HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

              Plaintiff,

    vs.

INTERNAL REVENUE SERVICE,

              Defendant.

NO. 2:15-cv-01605 RSM

JOINT STATUS REPORT AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

The above-captioned action is for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq.  The parties jointly request that this action remains open.  The parties agree to adopt the following procedures to resolve their outstanding disputes in this action:

1.      The parties agree that the Defendant shall complete a *Vaughn* index for all records that had been withheld in full based on the 5 U.S.C. § 552(b)(5) exemption.  *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).  To the extent that the Defendant previously asserted an alternative basis (other than the 5 U.S.C. § 552(b)(5) exemption) for withholding the record in full, the Defendant need not include the record on the *Vaughn* index.  To the extent that the Defendant takes the position that the record is exempt from disclosure based on an exemption

(other than the 5 U.S.C. § 552(b)(5) exemption) that the Defendant did not previously assert, the Defendant will include an entry in the *Vaughn* index for such record.

       2.      The parties propose adoption of the following schedule for this FOIA case:

| SCHEDULE | |
|---|---|
| **Event** | **Date** |
| Defendant to provide declaration(s) concerning the adequacy of its search to the Plaintiff by: | August 31, 2020 |
| Defendant to complete *Vaughn* index and provide to the Plaintiff by: | November 30, 2020 |
| Plaintiff to complete list of challenges to Defendant's exemption claims on records withheld in part and provide to Defendant by: | November 30, 2020 |
| Plaintiff to identify any remaining outstanding issues requiring briefing to Defendant by: | February 14, 2021 |
| Defendant's motions for summary judgment (or stipulated dismissals) filed with the Court by: | March 31, 2021 |

       3.      Without prejudice to the Plaintiff's right to raise additional issues pursuant to the schedule set forth in paragraph 2, the parties presently anticipate that any dispute requiring briefing may be limited to the following issues:

       a.      Whether records created and/or assembled by the law firm Quinn Emanuel Urquhart & Sullivan, LLP, pursuant to its contract with the Defendant for the provision of services, constitute agency records under FOIA.

       b.      Whether the Defendant conducted an adequate search of the hard drive of Samuel Maruca, Defendant's former Director of Transfer Pricing Operations.

       c.      Whether the Defendant's handling of Mr. Maruca's hard drive rendered Defendant's search of that hard drive "unreasonable" as to Mr. Maruca's records.

JOINT STATUS REPORT AND [PROPOSED]
ORDER REGARDING CASE SCHEDULE- 2
(Case No. 2:15-cv-01605 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1          d.     Whether the Defendant properly withheld records (in whole or in part)

2    based on a claim that such records were exempt from disclosure under 5 U.S.C. §

3    552(b)(5).

4         The parties jointly request that this action remains open and that the Court enter an order

5    adopting the case schedule proposed in paragraph 2.

6         Respectfully submitted this 17th day of March, 2020.

7

8    **BAKER & McKENZIE LLP**         **CALFO EAKES & OSTROVSKY LLP**

9    By: *s/ Daniel A. Rosen*            By: *s/ Patricia A. Eakes*

10      Daniel A. Rosen, NYBA #2790442      By: *s/ Andrea D. Ostrovsky*

11      *Pro Hac Vice*                  Patricia A. Eakes, WSBA #18888
   452 Fifth Avenue               Andrea D. Ostrovsky, WSBA #37749

12      New York, NY  10018            1301 Second Avenue, Suite 2800
   Tel:  (212) 626-4272            Seattle, WA  98101

13      Fax:  (212) 310-1600           Tel:  (206) 407-2200
   Email:  daniel.rosen@bakermckenzie.com  Fax:  (206) 407-2224

14                                          Email:  pattye@calfoeakes.com

15                                              andreao@calfoeakes.com

   *Attorneys for Plaintiff Microsoft Corporation*

16   **U.S. DEPARTMENT OF JUSTICE**

17

18   By:   *s/ Richard J. Hagerman*
    Richard J. Hagerman

19       Trial Attorney, Tax Division
    U.S. Department of Justice

20       Post Office Box 227
    Washington, DC 20044

21       Tel:  (202) 616-9832
    Fax:  (202) 514-6866

22       Email:  richard.j.hagerman@usdoj.gov

23      *Attorneys for Defendant Internal Revenue Service*

24

25

1

**[PROPOSED] ORDER**

2          It is SO ORDERED this ___ day of March, 2020.

3

4

5                                    _____
                                     THE HONORABLE RICARDO S. MARTINEZ
6                                    UNITED STATES DISTRICT COURT JUDGE

7    Presented by:

8

**BAKER & McKENZIE LLP**          **CALFO EAKES & OSTROVSKY LLP**
9

10   By: *s/ Daniel A. Rosen*          By:   *s/ Patricia A. Eakes*
     _____       _____
         Daniel A. Rosen, NYBA #2790442   By:   *s/ Andrea D. Ostrovsky*
11       *Pro Hac Vice*                _____
         452 Fifth Avenue                 Patricia A. Eakes, WSBA #18888
         New York, NY  10018              Andrea D. Ostrovsky, WSBA #37749
12       Tel:  (212) 626-4272             1301 Second Avenue, Suite 2800
         Fax:  (212) 310-1600             Seattle, WA  98101
13       Email:  daniel.rosen@bakermckenzie.com   Tel:  (206) 407-2200
                                          Fax:  (206) 407-2224
14                                        Email:  pattye@calfoeakes.com
                                                  andreao@calfoeakes.com
15

16   *Attorneys for Plaintiff Microsoft Corporation*

17
     **U.S. DEPARTMENT OF JUSTICE**
18

19   By:    *s/ Richard J. Hagerman*
     _____
         Richard J. Hagerman
20       Trial Attorney, Tax Division
         U.S. Department of Justice
21       Post Office Box 227
         Washington, DC 20044
22       Tel:  (202) 616-9832
         Fax:  (202) 514-6866
23   Email:  richard.j.hagerman@usdoj.gov

24   *Attorneys for Defendant Internal Revenue Service*

25