HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

    Defendant.

NO. 2:15-cv-01605 RSM

JOINT STATUS REPORT AND ORDER REGARDING CASE SCHEDULE

The above-captioned action is for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq. The parties jointly request that this action remains open. The parties agree to adopt the following procedures to resolve their outstanding disputes in this action:

1. The parties agree that the Defendant shall complete a *Vaughn* index for all records that had been withheld in full based on the 5 U.S.C. § 552(b)(5) exemption. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). To the extent that the Defendant previously asserted an alternative basis (other than the 5 U.S.C. § 552(b)(5) exemption) for withholding the record in full, the Defendant need not include the record on the *Vaughn* index. To the extent that the Defendant takes the position that the record is exempt from disclosure based on an exemption

JOINT STATUS REPORT AND
ORDER REGARDING CASE SCHEDULE- 1
(Case No. 2:15-cv-01605 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

(other than the 5 U.S.C. § 552(b)(5) exemption) that the Defendant did not previously assert, the Defendant will include an entry in the *Vaughn* index for such record.

2. The parties propose adoption of the following schedule for this FOIA case:

| SCHEDULE | |
|---|---|
| Event | Date |
| Defendant to provide declaration(s) concerning the adequacy of its search to the Plaintiff by: | August 31, 2020 |
| Defendant to complete *Vaughn* index and provide to the Plaintiff by: | November 30, 2020 |
| Plaintiff to complete list of challenges to Defendant's exemption claims on records withheld in part and provide to Defendant by: | November 30, 2020 |
| Plaintiff to identify any remaining outstanding issues requiring briefing to Defendant by: | February 14, 2021 |
| Defendant's motions for summary judgment (or stipulated dismissals) filed with the Court by: | March 31, 2021 |

3. Without prejudice to the Plaintiff's right to raise additional issues pursuant to the schedule set forth in paragraph 2, the parties presently anticipate that any dispute requiring briefing may be limited to the following issues:

　　a. Whether records created and/or assembled by the law firm Quinn Emanuel Urquhart & Sullivan, LLP, pursuant to its contract with the Defendant for the provision of services, constitute agency records under FOIA.

　　b. Whether the Defendant conducted an adequate search of the hard drive of Samuel Maruca, Defendant's former Director of Transfer Pricing Operations.

　　c. Whether the Defendant's handling of Mr. Maruca's hard drive rendered Defendant's search of that hard drive "unreasonable" as to Mr. Maruca's records.

JOINT STATUS REPORT AND
ORDER REGARDING CASE SCHEDULE- 2
(Case No. 2:15-cv-01605 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

d.      Whether the Defendant properly withheld records (in whole or in part) based on a claim that such records were exempt from disclosure under 5 U.S.C. § 552(b)(5).

        The parties jointly request that this action remains open and that the Court enter an order adopting the case schedule proposed in paragraph 2.

        Respectfully submitted this 17th day of March, 2020.

| **BAKER & McKENZIE LLP** | **CALFO EAKES & OSTROVSKY LLP** |
|---|---|
| By: _s/ Daniel A. Rosen_<br>   Daniel A. Rosen, NYBA #2790442<br>   *Pro Hac Vice*<br>   452 Fifth Avenue<br>   New York, NY 10018<br>   Tel: (212) 626-4272<br>   Fax: (212) 310-1600<br>   Email: daniel.rosen@bakermckenzie.com | By: _s/ Patricia A. Eakes_<br>By: _s/ Andrea D. Ostrovsky_<br>   Patricia A. Eakes, WSBA #18888<br>   Andrea D. Ostrovsky, WSBA #37749<br>   1301 Second Avenue, Suite 2800<br>   Seattle, WA 98101<br>   Tel: (206) 407-2200<br>   Fax: (206) 407-2224<br>   Email: pattye@calfoeakes.com<br>          andreao@calfoeakes.com |

*Attorneys for Plaintiff Microsoft Corporation*

**U.S. DEPARTMENT OF JUSTICE**

By: _s/ Richard J. Hagerman_
   Richard J. Hagerman
   Trial Attorney, Tax Division
   U.S. Department of Justice
   Post Office Box 227
   Washington, DC 20044
   Tel: (202) 616-9832
   Fax: (202) 514-6866
   Email: richard.j.hagerman@usdoj.gov

*Attorneys for Defendant Internal Revenue Service*

JOINT STATUS REPORT AND
ORDER REGARDING CASE SCHEDULE- 3
(Case No. 2:15-cv-01605 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

# ORDER

It is SO ORDERED this 18 day of March, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| **BAKER & McKENZIE LLP** | **CALFO EAKES & OSTROVSKY LLP** |
| By: _s/ Daniel A. Rosen_ | By: _s/ Patricia A. Eakes_ |
| Daniel A. Rosen, NYBA #2790442 | By: _s/ Andrea D. Ostrovsky_ |
| *Pro Hac Vice* | Patricia A. Eakes, WSBA #18888 |
| 452 Fifth Avenue | Andrea D. Ostrovsky, WSBA #37749 |
| New York, NY 10018 | 1301 Second Avenue, Suite 2800 |
| Tel: (212) 626-4272 | Seattle, WA 98101 |
| Fax: (212) 310-1600 | Tel: (206) 407-2200 |
| Email: daniel.rosen@bakermckenzie.com | Fax: (206) 407-2224 |
| | Email: pattye@calfoeakes.com |
| | andreao@calfoeakes.com |

*Attorneys for Plaintiff Microsoft Corporation*

**U.S. DEPARTMENT OF JUSTICE**

By: _s/ Richard J. Hagerman_
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 616-9832
    Fax: (202) 514-6866
Email: richard.j.hagerman@usdoj.gov

*Attorneys for Defendant Internal Revenue Service*

JOINT STATUS REPORT AND
ORDER REGARDING CASE SCHEDULE- 4
(Case No. 2:15-cv-01605 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224