1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE

9
10  | MICROSOFT CORPORATION, | NO. 2:15-cv-00369 RSM |
    |---|---|
    | Plaintiff, | |
    | vs. | JOINT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE |
    | INTERNAL REVENUE SERVICE, | |
    | Defendant. | |
    | MICROSOFT CORPORATION, | NO. 2:15-cv-00850 RSM |
    | Plaintiff, | NO. 2:15-cv-01605 RSM |
    | vs. | |
    | INTERNAL REVENUE SERVICE, | |
    | Defendant. | |

Based on the stipulation of the parties, the Court adopts the following amended schedule in the above cases:

| | |
|---|---|
| The IRS to provide draft revised declarations: | June 15, 2021 |
| The IRS to provide draft revised Vaughn indices: | August 13, 2021 |
| The IRS to file its motion for summary judgment: | September 13, 2021 |

JOINT MOTION TO EXTEND TIME AND ORDER REGARDING
CASE SCHEDULE

It is SO ORDERED this 29th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE