HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

    Defendant.

MICROSOFT CORPORATION,

    Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

    Defendant.

NO. 2:15-cv-01605 RSM

CONSENT MOTION AND ORDER REGARDING CASE SCHEDULE

The above-captioned action is for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq. The parties jointly request that the action remains open and that the Court

CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-9832 (Phone)
202-307-6866 (Fax)

approve the parties' agreed upon, modified schedule set forth in paragraph 1, below. In support of this request, the parties state the following:

1. On March 29, 2021, the Court issued a case management order in which the Court adopted the parties' proposed schedule and case management order. Under that schedule, the IRS was required to provide Microsoft with draft revised declarations by June 15, 2021. The IRS has revised its declarations, however the IRS requests, and Microsoft consents, to extend by nine days the deadline for transmitting the revised draft declarations to Microsoft. This additional time is requested to permit adequate time for undersigned counsel for the IRS to provide feedback on the draft revisions. Accordingly, the IRS requests that the Court adopt the following revised schedule for both of the above-captioned cases:

| SCHEDULE | |
|---|---|
| Event | Date |
| The IRS to provide draft revised declarations: | June 24, 2021 |
| The IRS to provide draft revised *Vaughn* indices: | August 13, 2021 |
| The IRS to file its motion for summary judgment: | September 13, 2021 |

2. Recognizing that the parties continue to engage in good faith negotiations, the parties agree that evidence of the IRS's efforts to address Microsoft's concerns, including any revisions to previously exchanged declarations or exemption claims, is not admissible to prove that the IRS's search was unreasonable or that the IRS's exemption claims were improper.

3. The parties jointly request that these actions remain open and that the Court enter an order adopting the case schedule proposed in paragraph 1.

Respectfully submitted this 15th day of June, 2021.

CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-9832 (Phone)
202-307-6866 (Fax)

**BAKER & McKENZIE LLP**

By: *s/ Daniel A. Rosen*
    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*
    452 Fifth Avenue
    New York, NY  10018
    Tel:  (212) 626-4272
    Fax:  (212) 310-1600
    Email:  daniel.rosen@bakermckenzie.com

*Attorney for Plaintiff Microsoft Corporation*

**U.S. DEPARTMENT OF JUSTICE**

By:   *s/ Richard J. Hagerman*
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel:  (202) 616-9832
    Fax:  (202) 514-6866
    Email:  richard.j.hagerman@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-9832 (Phone)
202-307-6866 (Fax)

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the foregoing JOINT MOTION via the Court's electronic case filing system on June 15, 2021.

/s Richard J. Hagerman

RICHARD J. HAGERMAN

CONSENT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-9832 (Phone)
202-307-6866 (Fax)

# ORDER

It is SO ORDERED this 16th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**BAKER & McKENZIE LLP**

By: *s/ Daniel A. Rosen*
    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*
    452 Fifth Avenue
    New York, NY  10018
    Tel:  (212) 626-4272
    Fax:  (212) 310-1600
    Email:  daniel.rosen@bakermckenzie.com

*Attorney for Plaintiff Microsoft Corporation*

**U.S. DEPARTMENT OF JUSTICE**

By: *s/ Richard J. Hagerman*
    Richard J. Hagerman
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel:  (202) 616-9832
    Fax:  (202) 514-6866
    Email:  richard.j.hagerman@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-9832 (Phone)
202-307-6866 (Fax)