HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>          Defendant. | NO. 2:15-cv-01605 RSM<br><br>SECOND CONSENT MOTION AND ORDER REGARDING CASE SCHEDULE |

The above-captioned action is for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*. The parties jointly request that the action remain open and that the Court approve the parties' agreed upon, modified schedule set forth in paragraph 1, below. In support of this request, the parties state the following:

1.  On June 16, 2021, the Court issued a case management order in which the Court adopted the parties' proposed schedule and case management order. Under that schedule, the IRS was required to provide Microsoft with draft revised declarations by June 24, 2021 and draft revised *Vaughn* indices by August 13, 2021, and to file a motion for summary judgment by

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER
REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

September 13, 2021. The IRS provided draft revised declarations to Microsoft on June 24, 2021, and Microsoft responded by letter dated July 28, 2021. The IRS, however, needs additional time to complete drafting revised *Vaughn* indices.[1] The IRS accordingly requests, and Microsoft consents, to extend the remaining deadlines for transmitting draft revised *Vaughn* indices to Microsoft and for filing a motion for summary judgment. The IRS therefore requests that the Court adopt the following revised schedule for the above-captioned case:

| SCHEDULE | |
|---|---|
| **Event** | **Date** |
| The IRS to provide draft revised *Vaughn* indices: | September 17, 2021 |
| The IRS to file its motion for summary judgment: | October 29, 2021 |

2.  Recognizing that the parties continue to engage in good faith negotiations, the parties agree that evidence of the IRS's efforts to address Microsoft's concerns, including any revisions to previously exchanged declarations or exemption claims, is not admissible to prove that the IRS's search was unreasonable or that the IRS's exemption claims were improper.

3.  The parties jointly request that this action remain open and that the Court enter an order adopting the case schedule proposed in paragraph 1.

Respectfully submitted this 12th day of August, 2021.

//

//

//

---

[1] The IRS has also proposed, and Microsoft has consented to, a two-week extension (by August 27, 2021) to provide Microsoft with draft revised *Vaughn* indices in 2:15-cv-00369 and 2:15-cv-00850.

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

**BAKER & McKENZIE LLP**

By: *s/ Daniel A. Rosen*
    Daniel A. Rosen, NYBA #2790442
    *Pro Hac Vice*
    452 Fifth Avenue
    New York, NY  10018
    Tel:  (212) 626-4272
    Fax:  (212) 310-1600
    Email:  daniel.rosen@bakermckenzie.com

*Attorney for Plaintiff Microsoft Corporation*


**U.S. DEPARTMENT OF JUSTICE**

By: *s/ Stephen S. Ho*
    Stephen S. Ho
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel:  (202) 616-8994
    Fax:  (202) 514-6866
    Email:  stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the foregoing JOINT MOTION via the Court's electronic case filing system on August 12, 2021.

<u>/s Stephen S. Ho</u>

STEPHEN S. HO

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)

# ORDER

It is SO ORDERED this 13th day of August, 2021.

                                                              _____
                                                              RICARDO S. MARTINEZ
                                                              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**BAKER & McKENZIE LLP**

By: *s/ Daniel A. Rosen*
     Daniel A. Rosen, NYBA #2790442
     *Pro Hac Vice*
     452 Fifth Avenue
     New York, NY  10018
     Tel:  (212) 626-4272
     Fax:  (212) 310-1600
     Email:  daniel.rosen@bakermckenzie.com

*Attorney for Plaintiff Microsoft Corporation*

**U.S. DEPARTMENT OF JUSTICE**

By: *s/ Stephen S. Ho*
     Stephen S. Ho
     Trial Attorney, Tax Division
     U.S. Department of Justice
     Post Office Box 227
     Washington, DC 20044
     Tel:  (202) 616-8994
     Fax:  (202) 514-6866
     Email:  stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

SECOND CONSENT MOTION TO EXTEND TIME AND ORDER REGARDING CASE SCHEDULE
(Case Nos. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-524-6866 (Fax)