UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. C15-1605 RSM<br><br>ORDER GRANTING FIFTH CONSENT MOTION REGARDING CASE SCHEDULE |

      This matter comes before the Court on the parties' Fifth stipulated Motion to Amend the Case Schedule. Dkt. #44. This case, originally filed in 2015, has been plagued with delays and stipulated continuances. In March of 2020, after a seventeen-month period where no status report was filed, the Court set a case schedule with a deadline for summary judgment in March of 2021. Four days before that deadline, the parties stipulated to an extension of time. The Court has now granted four such extensions. Each stipulation contained minimal information about the status of this case, and progress has apparently been glacial.

      The Court finds good cause to grant the instant unopposed Motion for a sixty-day extension of the summary judgment deadline given the continuing efforts of the IRS to respond to Microsoft's concerns via letter and efforts to engage in negotiations. However, this will be

ORDER GRANTING FIFTH CONSENT MOTION REGARDING CASE SCHEDULE - 1

the last extension absent a more substantial showing of good cause or the scheduling of a telephonic status conference.

Having considered the briefing from the parties and the remainder of the record, the Court hereby finds and ORDERS that the parties' Fifth stipulated Motion to Amend the Case Schedule, Dkt. #44, is GRANTED. The remaining deadline for the filing of IRS's motion for summary judgment is extended up to and including March 29, 2022.

DATED this 28th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE