UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. C15-1605 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART SIXTH CONSENT MOTION REGARDING CASE SCHEDULE |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

This matter comes before the Court on the parties' sixth stipulated Motion to Amend the Case Schedule. Case No. C15-1605, Dkt. #47. This case, originally filed in 2015, has been plagued with delays and stipulated continuances. In March of 2020, after a seventeen-month period where no status report was filed, the Court set a case schedule with a deadline for summary judgment in March of 2021. Four days before that deadline, the parties stipulated to an extension of time. There were several more extensions. The latest deadline for this filing was March 29, 2022. Four days before *that* deadline, the parties stipulate now to another extension of time. In the last Order, the Court said, "this will be the last extension absent a more substantial showing of good cause or the scheduling of a telephonic status conference." Dkt. #45.

ORDER GRANTING IN PART SIXTH CONSENT MOTION REGARDING CASE SCHEDULE - 1

The latest stipulation contains minimal information about the status of this case. However, it also indicates that counsel for the IRS has been dealing with a medical emergency in his immediate family and "a separate ongoing personal matter." Dkt. #47 at 2. The parties request extending the deadline for the filing of the IRS's motion for summary judgment to May 13, 2022. *Id*.

The Court finds good cause to grant the instant unopposed Motion in part. The IRS has given only minimal information about the progress of the case, and the personal and medical issues of an individual attorney working for the IRS do not justify a seven-week extension. The Court will instead extend the deadline to April 29, 2022. This will be the last extension.

Having considered the briefing from the parties and the remainder of the record, the Court hereby finds and ORDERS that the parties' Sixth stipulated Motion to Amend the Case Schedule, Dkt. #47, is GRANTED IN PART. The remaining deadline for the filing of IRS's motion for summary judgment is extended up to and including April 29, 2022.

.

DATED this 30th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART SIXTH CONSENT MOTION REGARDING CASE SCHEDULE - 2