HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　　　　Defendant. | NO. 2:15-cv-01605 RSM<br><br>**ORDER GRANTING IRS'S MOTION PURSUANT TO LCR 7(f) TO FILE OVER-LENGTH BRIEF**<br><br>NOTE ON MOTION CALENDAR<br>APRIL 25, 2022 |

　　　　This matter comes before the Court on the IRS's Motion to File Over-Length Brief. The IRS requests to file a 29-page brief in support of summary judgment.

　　　　Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a motion for summary judgment not to exceed 29 pages.

　　　　DATED this 26th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH BRIEF
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)

Presented by:

**U.S. DEPARTMENT OF JUSTICE**

By: ___*s/ Stephen S. Ho*___
    Stephen S. Ho
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 616-8994
    Fax: (202) 514-6866
    Email: stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

[PROPOSED] ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH BRIEF
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)