HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

           Plaintiff,

vs.

INTERNAL REVENUE SERVICE,

           Defendant.

NO. 2:15-cv-01605 RSM

**ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION OF TIME**

NOTE ON MOTION CALENDAR
AUGUST 9, 2022

This matter comes before the Court on the IRS's Second Motion for Extension of Time. The IRS requests an additional 10 days to reply in support of its Motion for Summary Judgment.

Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a reply and supplemental declarations in support of its Motion for Summary Judgment through August 22, 2022.

DATED this 10th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION
OF TIME
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)

Presented by:

**U.S. DEPARTMENT OF JUSTICE**

By: *s/ Stephen S. Ho*
    Stephen S. Ho
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 616-8994
    Fax: (202) 514-6866
    Email: stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

ORDER GRANTING IRS'S SECOND MOTION FOR EXTENSION OF TIME
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)