HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　　　　Defendant. | NO. 2:15-cv-01605 RSM<br><br>**ORDER GRANTING IRS'S MOTION PURSUANT TO LCR 7(f) TO FILE OVER-LENGTH REPLY BRIEF**<br><br>NOTE ON MOTION CALENDAR<br>APRIL 25, 2022 |

　　　This matter comes before the Court on the IRS's Motion to File Over-Length Reply Brief. The IRS requests to file a 15-page reply brief in support of summary judgment.

　　　Having considered the motion and good cause appearing, the Court hereby **ORDERS** that the motion is granted. The IRS may file a reply not to exceed 15 pages.

　　　DATED this 22nd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH
REPLY BRIEF
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: __s/ Stephen S. Ho__
    Stephen S. Ho
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 616-8994
    Fax: (202) 514-6866
    Email: stephen.s.ho@usdoj.gov

*Attorney for Defendant Internal Revenue Service*

ORDER GRANTING IRS MOTION TO FILE OVER-LENGTH REPLY BRIEF
(Case No. 2:15-cv-1605)

U.S. Department of Justice, Tax Division
Ben Franklin Station , P.O. Box 227
Washington, D.C. 20044
202-616-8994 (Phone)
202-514-6866 (Fax)