IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000003 | | 0.7.72.95851 | | | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED000004 | | 0.7.72.95658 | | | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED000004 | | 0.7.72.95658 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000005 | MSFOIA_RED000006 | 0.7.72.95166 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000011 | MSFOIA_RED000012 | 0.7.72.96371 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000013 | MSFOIA_RED000014 | 0.7.72.95590 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000022 | MSFOIA_RED000023 | 0.7.72.95180 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000024 | MSFOIA_RED000025 | 0.7.72.96041 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

**Exhibit**

**2**

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 2 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000026 | MSFOIA_RED000027 | 0.7.72.95996 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000028 | MSFOIA_RED000029 | 0.7.72.96323 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000031 | | 0.7.72.84652 | | | | | | | | Handwritten comment describing a decision being considered during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000037 | MSFOIA_RED000038 | 0.7.72.95366 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000041 | MSFOIA_RED000042 | 0.7.72.84272 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000050 | MSFOIA_RED000052 | 0.7.72.84490 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000053 | | 0.7.72.84504 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000054 | | 0.7.72.82706 | | | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 3 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000055 | MSFOIA_RED000057 | 0.7.72.95115 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000058 | MSFOIA_RED000060 | 0.7.72.95950 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000061 | MSFOIA_RED000062 | 0.7.72.95219 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000063 | MSFOIA_RED000066 | 0.7.72.23523 | | | | | | | | Handwritten notes from a conference call describing decisions being considered during the Microsoft examination. Conference call included agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000067 | | 0.7.72.23594 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000068 | | 0.7.72.23594 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000072 | | 0.7.72.23594 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000074 | | 0.7.72.23594 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 4 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000085 | MSFOIA_RED000086 | 0.7.72.23413 | | | | | | | | Contract amounts, hours worked, other contract info | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000090 | MSFOIA_RED000091 | 0.7.72.23452 | | | | | | | | Emails among IRS and IRS Chief Counsel employees discussing decisions to be made with respect to the Microsoft examination. | (b)(5)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000093 | | 0.7.72.23559 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000097 | MSFOIA_RED000098 | 0.7.72.23416 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000099 | | 0.7.72.23572 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000100 | | 0.7.72.23555 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 5 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000102 | | 0.7.72.23398 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000103 | MSFOIA_RED000104 | 0.7.72.23611 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000105 | | 0.7.72.23585 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000107 | MSFOIA_RED000108 | 0.7.72.23582 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000110 | | 0.7.72.23582 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 6 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000116 | MSFOIA_RED000117 | 0.7.72.23428 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000120 | | 0.7.72.23428 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000122 | | 0.7.72.23557 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000125 | | 0.7.72.23453 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000130 | MSFOIA_RED000135 | 0.7.72.23453 | | | | | | | | Internal draft of post contract award conference agenda, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000136 | MSFOIA_RED000138 | 0.7.72.23515 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000139 | MSFOIA_RED000140 | 0.7.72.23569 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM   Document 66-3   Filed 08/22/22   Page 7 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000141 | MSFOIA_RED000142 | 0.7.72.23569 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000145 | MSFOIA_RED000146 | 0.7.72.23526 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000148 | MSFOIA_RED000149 | 0.7.72.23551 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000150 | | 0.7.72.23551 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000151 | MSFOIA_RED000152 | 0.7.72.23551 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000153 | | 0.7.72.23626 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000154 | MSFOIA_RED000157 | 0.7.72.23626 | | | | | | | | Detailed description of proposed work to be done by contractor during the Microsoft examination, provided for discussion to inform decisions being made with respect to the examination and the contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000159 | | 0.7.72.23546 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000161 | MSFOIA_RED000168 | 0.7.72.23566 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 8 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000171 | MSFOIA_RED000196 | 0.7.72.23388 | | | | | | | | Cost estimates and details about tasks for various phases of Microsoft investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000232 | | 0.7.72.23530 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000233 | | 0.7.72.23540 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000245 | MSFOIA_RED000248 | 0.7.72.23477 | | | | | | | | Teleconference passcodes and encrypted file passwords | (b)(7)(E) | Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED000247 | MSFOIA_RED000248 | 0.7.72.23477 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000278 | MSFOIA_RED000279 | 0.7.72.23503 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000282 | | 0.7.72.23503 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000284 | MSFOIA_RED000285 | 0.7.72.23503 | | | | | | | | Text of legal advice memo provided by agency attorney to examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects legal advice provided by agency attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000286 | MSFOIA_RED000287 | 0.7.72.23503 | | | | | | | | Cost estimates and details about tasks for various phases of Microsoft investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 9 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000288 | MSFOIA_RED000303 | 0.7.72.23503 | | | | | | | | Drafts of a memorandum from IRS economist analyzing information to be used in making decisions during the Microsoft examination, including comments and feedback from other employees reviewing the drafts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000305 | MSFOIA_RED000308 | 0.7.72.23503 | | | | | | | | Cost estimate, and checkboxes indicating preliminary opinions of agency employees analyzing certain aspects of the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000314 | MSFOIA_RED000329 | 0.7.72.23503 | | | | | | | | Preliminary draft of a performance work statement for a prospective contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000330 | | 0.7.72.23503 | | | | | | | | Internal memorandum recommending a contract for expert services to assist with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000331 | MSFOIA_RED000340 | 0.7.72.23503 | | | | | | | | Draft of forms containing information about contract for expert services, communicated to agency employees to assist in decisions regarding the contract and the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000380 | MSFOIA_RED000397 | 0.7.72.23378 | | | | | | | | Draft of a memo provided by an expert services contractor to agency examiners regarding the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000398 | | 0.7.72.23378 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED000398 | | 0.7.72.23378 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000488 | | 0.7.72.206707 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000488 | | 0.7.72.206707 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 10 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000535 | MSFOIA_RED000537 | 0.7.72.23010 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000540 | MSFOIA_RED000542 | 0.7.72.22990 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000545 | MSFOIA_RED000551 | 0.7.72.22997 | | | | | | | | Invoice amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000554 | MSFOIA_RED000555 | 0.7.72.22957 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000557 | MSFOIA_RED000558 | 0.7.72.23003 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000560 | | 0.7.72.22975 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000562 | MSFOIA_RED000563 | 0.7.72.22994 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000565 | MSFOIA_RED000566 | 0.7.72.22964 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000568 | MSFOIA_RED000572 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000577 | MSFOIA_RED000578 | 0.7.72.22964 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000588 | | 0.7.72.22964 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000591 | MSFOIA_RED000592 | 0.7.72.22964 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000593 | MSFOIA_RED000601 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000601 | | 0.7.72.22964 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED000603 | MSFOIA_RED000604 | 0.7.72.22964 | | | | | | | | Preliminary description of issues, timeline, and phases of Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000605 | MSFOIA_RED000610 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000612 | | 0.7.72.22964 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 12 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000616 | MSFOIA_RED000619 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000621 | MSFOIA_RED000622 | 0.7.72.22964 | | | | | | | | Handwritten notes from a meeting among agency employees and contractor, describing decisions being considered during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000623 | MSFOIA_RED000628 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000630 | | 0.7.72.22964 | | | | | | | | Handwritten notes of agency employee reflecting thoughts and impressions about decisions being considered during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000631 | | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000633 | | 0.7.72.22964 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000635 | MSFOIA_RED000638 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000642 | | 0.7.72.22964 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 13 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000643 | | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000645 | MSFOIA_RED000646 | 0.7.72.22964 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000647 | MSFOIA_RED000654 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000655 | | 0.7.72.22964 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000658 | | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000661 | | 0.7.72.22964 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000662 | MSFOIA_RED000663 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 14 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000666 | MSFOIA_RED000667 | 0.7.72.22964 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000668 | MSFOIA_RED000672 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000676 | | 0.7.72.22964 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000678 | | 0.7.72.22964 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000679 | MSFOIA_RED000680 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000683 | MSFOIA_RED000684 | 0.7.72.22964 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000685 | MSFOIA_RED000686 | 0.7.72.22964 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 15 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000690 | | 0.7.72.22964 | | | | | | | | Handwritten notes of agency employee reflecting thoughts and impressions about decisions being considered during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000695 | MSFOIA_RED000698 | 0.7.72.22976 | | | | | | | | Description of expert services, estimated hours, and hourly rates | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000704 | MSFOIA_RED000718 | 0.7.72.22976 | | | | | | | | Description of planned phases, timelines, dates, and tasks to be performed by contractor with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000756 | | 0.7.72.23014 | | | | | | | | Discussion of suggested modifications to draft expert services contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000758 | | 0.7.72.23014 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED000760 | | 0.7.72.23014 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000762 | | 0.7.72.23014 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED000767 | | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing discussions during phone call with expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 16 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000769 | MSFOIA_RED000774 | 0.7.72.23014 | | | | | | | | Draft agenda for a post-award conference with expert services contractor, describing decisions to be discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000777 | MSFOIA_RED000778 | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing decisions discussed during phone call with Microsoft examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000779 | | 0.7.72.23014 | | | | | | | | Description of planned phases, timelines, dates, and tasks to be performed by contractor with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000780 | | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing planned upcoming discussions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000782 | MSFOIA_RED000787 | 0.7.72.23014 | | | | | | | | Draft agenda for a post-award conference with expert services contractor, describing decisions to be discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000789 | MSFOIA_RED000790 | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000794 | | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000795 | MSFOIA_RED000812 | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Redacted info includes the identity and direct contact information of a contractor who was considered but not selected to be awarded contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Privacy interest of individual who was not chosen for contract award outweighs public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 17 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000806 | | 0.7.72.23014 | | | | | | | | Names of employees of expert services contractor being considered for hiring to assist with Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interests of lower-level employees' of expert services contractor in their association with the examination is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000814 | MSFOIA_RED000816 | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing decisions discussed with Microsoft examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000820 | MSFOIA_RED000836 | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Redacted info includes the identity and direct contact information of a contractor who was considered but not selected to be awarded contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Privacy interest of individual who was not chosen for contract award outweighs public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000830 | | 0.7.72.23014 | | | | | | | | Descriptions of decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000839 | | 0.7.72.23014 | | | | | | | | Handwritten notes of agency employee describing decisions discussed with Microsoft examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000840 | | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000844 | | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000846 | | 0.7.72.23014 | | | | | | | | Proposed dates of completion of certain phases of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 18 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000849 | | 0.7.72.23014 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000856 | | 0.7.72.23014 | | | | | | | | Preliminary discussion draft of an expert contract closing report, including preliminary details about proposed adjustment amounts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000858 | | 0.7.72.23014 | | | | | | | | Preliminary discussion draft of an expert contract status report, including preliminary details about phases of examination and proposed amounts to be paid to contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000860 | | 0.7.72.23014 | | | | | | | | Preliminary discussion draft of an expert contract status report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000862 | MSFOIA_RED000865 | 0.7.72.22960 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000869 | MSFOIA_RED000872 | 0.7.72.22960 | | | | | | | | Descriptions of tasks to be performed by expert services contractor, estimated hours, and rates charged | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000876 | MSFOIA_RED000880 | 0.7.72.22960 | | | | | | | | Email messages among Julie Izumoto, JoAnn Cutler, and Evelyn Rivers regarding decisions involving the hiring of expert services contractors with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000883 | | 0.7.72.22960 | | | | | | | | Handwritten notes from agency employee communicating thoughts about decision involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000886 | MSFOIA_RED000889 | 0.7.72.22960 | | | | | | | | Descriptions of tasks to be performed by expert services contractor, estimated hours, and rates charged | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 19 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000893 | MSFOIA_RED000903 | 0.7.72.22960 | | | | | | | | Email messages among Julie Izumoto, JoAnn Cutler, Evelyn Rivers, and Kathleen Spinetti from June of 2008 regarding decisions involved in hiring expert services contractor with respect to the Microsoft examination; attachments to emails, including draft closing report reflecting preliminary proposed adjustments, and spreadsheet describing timing of phases of examination and prospective payment rates for contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000904 | | 0.7.72.22960 | | | | | | | | Handwritten notes from agency employee communicating thoughts about decision involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000907 | MSFOIA_RED000910 | 0.7.72.22960 | | | | | | | | Descriptions of tasks to be performed by expert services contractor, estimated hours, and rates charged | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED000914 | MSFOIA_RED000923 | 0.7.72.22960 | | | | | | | | Discussions regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000966 | MSFOIA_RED000970 | 0.7.72.22956 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000977 | | 0.7.72.23000 | | | | | | | | Computer screen shot showing file folders containing the names of files reflecting topics of decisions being investigated as part of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000978 | MSFOIA_RED000980 | 0.7.72.23000 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000982 | MSFOIA_RED000984 | 0.7.72.23000 | | | | | | | | Prospective examination adjustment amounts, budget estimates for hiring of contractor, descriptions of decisions being made regarding the examination, descriptions of capabilities of examiners conducting the exam, descriptions of agency attorneys' advice, indications of approval from various offices. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 20 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED000985 | MSFOIA_RED000986 | 0.7.72.22961 | | | | | | | | Handwritten notes of agency employee describing discussion regarding decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000987 | MSFOIA_RED000989 | 0.7.72.22961 | | | | | | | | Emails among agency employees discussing decisions involved in conducting the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000990 | MSFOIA_RED000993 | 0.7.72.22961 | | | | | | | | Resumes of individuals being considered for possible hiring as expert services contractors to assist with Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED000994 | MSFOIA_RED001003 | 0.7.72.22961 | | | | | | | | Letter from prospective contractor being considered for hire, to examiner Paul Weibel, discussing issues being considered for examination during the Microsoft exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001004 | | 0.7.72.22961 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED001007 | | 0.7.72.22961 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001009 | MSFOIA_RED001010 | 0.7.72.22961 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and handwritten notes of agency employee regarding proposed exam phases and contractor fees. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001013 | MSFOIA_RED001017 | 0.7.72.22961 | | | | | | | | Letter from prospective contractor being considered for hire, to agency employee Charles Davis, discussing issues and decisions being considered for examination during the Microsoft exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001041 | MSFOIA_RED001044 | 0.7.72.22961 | | | | | | | | Email from Paul Weibel to other examiners and attorney, dated April 8, 2008, discussing decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes email attachment with a draft of interview questions for prospective experts being considered for hiring. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 21 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001046 | | 0.7.72.22961 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001047 | MSFOIA_RED001048 | 0.7.72.22961 | | | | | | | | Handwritten notes of agency employee describing discussion regarding decisions involved in the Microsoft examination, including information shared with attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001049 | MSFOIA_RED001051 | 0.7.72.22961 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001052 | MSFOIA_RED001057 | 0.7.72.22961 | | | | | | | | Discussion draft of a letter to send to prospective contractor discussing issues and decisions involved in Microsoft examination, shared with attorney to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001058 | | 0.7.72.22961 | | | | | | | | Handwritten notes of agency employee describing discussion regarding decisions involved in the Microsoft examination, including information shared with attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001059 | | 0.7.72.22961 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED001060 | MSFOIA_RED001061 | 0.7.72.22961 | | | | | | | | Emails among agency employees discussing decisions to be made with respect to the Microsoft examination, particularly with regard to prospective contractors being considered. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 22 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001062 | MSFOIA_RED001075 | 0.7.72.22961 | | | | | | | | Letter from prospective contractor being considered for hire, to agency employee Charles Davis, discussing issues and decisions being considered for examination during the Microsoft exam, and including enclosures with tables describing proposed phases of examination and fee schedules, and resumes of prospective contractor employees. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001077 | | 0.7.72.22961 | | | | | | | | Handwritten notes of agency employee describing discussion regarding decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001078 | | 0.7.72.22961 | | | | | | | | Meeting reminder describing discussions planned regarding decisions to be made with respect to the Microsoft. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED001080 | MSFOIA_RED001093 | 0.7.72.22961 | | | | | | | | Email from Paul Weibel to other examiners and attorney, dated March 28, 2008, discussing decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes email attachment with contractor's responses to questions from the agency, reflecting issues and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001138 | | 0.7.72.405227 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001139 | | 0.7.72.398327 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001140 | | 0.7.72.397509 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 23 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001141 | | 0.7.72.397338 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001141 | | 0.7.72.397338 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED001144 | MSFOIA_RED001146 | 0.7.72.396840 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001199 | | 0.7.72.399006 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001200 | | 0.7.72.398080 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED001200 | MSFOIA_RED001201 | 0.7.72.398080 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001202 | | 0.7.72.397197 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001204 | | 0.7.72.403688 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED001204 | | 0.7.72.403688 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001207 | | 0.7.72.399931 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001209 | MSFOIA_RED001210 | 0.7.72.399676 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 24 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001211 | MSFOIA_RED001212 | 0.7.72.401389 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001266 | MSFOIA_RED001268 | 0.7.72.401389.19 | | | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001342 | MSFOIA_RED001402 | 0.7.72.391869.1 | | | | | | | | Unsigned discussion draft of expert services contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001409 | | 0.7.72.401362 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001411 | | 0.7.72.401362.1 | | | | | | | | Draft of LMSB Outside Expert Pre-approval Worksheet, showing prospective examination adjustment amounts, budget estimates for hiring of contractor, descriptions of decisions being made regarding the examination, descriptions of capabilities of examiners conducting the exam, descriptions of agency attorneys' advice, indications of approval from various offices. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001414 | | 0.7.72.401362.2 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001416 | | 0.7.72.401362.3 | | | | | | | | Draft of an outside expert closing report indicating preliminary proposed adjustment amounts in the Microsoft examination, and indicating the scope of expert services provided by contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001418 | MSFOIA_RED001419 | 0.7.72.395594 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 25 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001478 | MSFOIA_RED001479 | 0.7.72.396382 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and identity of an individual whose disclosure would indicate the subject of an issue being pursued by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001481 | MSFOIA_RED001482 | 0.7.72.396426 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and identity of an individual whose disclosure would indicate the subject of an issue being pursued by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001488 | MSFOIA_RED001493 | 0.7.72.399782.1 | | | | | | | | Discussion draft of post award conference meeting agenda, describing issues and decisions involved in the Microsoft examination to be discussed at conference. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001496 | MSFOIA_RED001501 | 0.7.72.398316.1 | | | | | | | | Discussion draft of post award conference meeting agenda, describing issues and decisions involved in the Microsoft examination to be discussed at conference. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001504 | | 0.7.72.396628.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001507 | | 0.7.72.402594.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001510 | | 0.7.72.397033.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001513 | | 0.7.72.398153.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001516 | | 0.7.72.399989.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001518 | | 0.7.72.397050 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001520 | | 0.7.72.394105.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001522 | | 0.7.72.396701.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001525 | | 0.7.72.394258.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001526 | | 0.7.72.397890 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001528 | | 0.7.72.393194 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001531 | | 0.7.72.402156 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001535 | | 0.7.72.392731 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001538 | | 0.7.72.395457 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001543 | | 0.7.72.393321 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 28 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001639 | MSFOIA_RED001640 | 0.7.72.395484.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001647 | | 0.7.72.393181 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001650 | MSFOIA_RED001651 | 0.7.72.393133.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001654 | | 0.7.72.391278 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001658 | | 0.7.72.393314 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001663 | | 0.7.72.404006 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001680 | | 0.7.72.392640 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 29 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001681 | MSFOIA_RED001682 | 0.7.72.392640.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001702 | | 0.7.72.396617.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001705 | | 0.7.72.408609.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001712 | | 0.7.72.392323.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001758 | | 0.7.72.408442.1 | | | | | | | | Draft travel authorization form unsigned by approving official, reflecting details about employee travel that indicate the scope, direction, and resource limitations of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Agency employee's privacy interest in information about personal travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001778 | | 0.7.72.392477.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 30 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001781 | | 0.7.72.400159.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001788 | | 0.7.72.392993.1 | | | | | | | | Discussion draft of a memorandum from Charles Davisto Maria Hwang dated June 30, 2009 discussing details about the issues being investigated, timeline, and resources  availability for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001796 | | 0.7.72.394682.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001798 | | 0.7.72.408644.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001801 | MSFOIA_RED001802 | 0.7.72.396218.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001805 | MSFOIA_RED001806 | 0.7.72.393593.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001812 | MSFOIA_RED001813 | 0.7.72.395679.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001846 | MSFOIA_RED001847 | 0.7.72.394526.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001849 | | 0.7.72.393833.1 | | | | | | | | Discussion draft of a memorandum from Charles Davisto Maria Hwang dated June 30, 2009 discussing details about the issues being investigated, timeline, and resources availability for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001852 | MSFOIA_RED001853 | 0.7.72.397907.1 | | | | | | | | Email from Paul Weibel to other agency employees, dated Dec. 5, 2008, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001859 | | 0.7.72.398968.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001872 | | 0.7.72.394128 | | | | | | | | Invoice dollar amounts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 32 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED001873 | | 0.7.72.394128.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001953 | | 0.7.72.403031 | | | | | | | | Invoice dollar amounts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001961 | | 0.7.72.391427.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED001966 | | 0.7.72.404848 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED001969 | | 0.7.72.392171 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED001979 | MSFOIA_RED001980 | 0.7.72.397387.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED001985 | MSFOIA_RED001986 | 0.7.72.397387.4 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002000 | MSFOIA_RED002001 | 0.7.72.391299.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002002 | MSFOIA_RED002004 | 0.7.72.393198 | | | | | | | | Invoice dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002009 | MSFOIA_RED002014 | 0.7.72.44627 | | | | | | | | Descriptions of discussions regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002032 | | 0.7.72.44601 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002038 | MSFOIA_RED002042 | 0.7.72.44607 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002043 | MSFOIA_RED002049 | 0.7.72.44610 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002050 | MSFOIA_RED002054 | 0.7.72.44612 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002062 | MSFOIA_RED002066 | 0.7.72.44614 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 34 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002067 | MSFOIA_RED002068 | 0.7.72.44619 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002069 | MSFOIA_RED002074 | 0.7.72.44618 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002075 | MSFOIA_RED002079 | 0.7.72.44617 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002080 | MSFOIA_RED002083 | 0.7.72.44616 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002106 | MSFOIA_RED002110 | 0.7.72.391338 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002115 | MSFOIA_RED002119 | 0.7.72.391924 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002120 | MSFOIA_RED002124 | 0.7.72.392068 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002125 | MSFOIA_RED002131 | 0.7.72.393365 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002172 | | 0.7.72.399893 | | | | | | | | | NO EXEMPTIONS ASSERTED |  |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 35 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002179 | | 0.7.72.403987 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002196 | | 0.7.72.392150.1 | | | | | | | | Memorandum from Charles Davisto Maria Hwang dated May 26, 2010 discussing details about the issues being investigated, timeline, and resources availability for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002199 | MSFOIA_RED002200 | 0.7.72.393603.1 | | | | | | | | Memorandum from Charles Davisto Maria Hwang dated May 26, 2010 discussing details about the issues being investigated, timeline, and resources availability for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002228 | MSFOIA_RED002230 | 0.7.72.44609 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002236 | MSFOIA_RED002238 | 0.7.72.400578.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002240 | MSFOIA_RED002242 | 0.7.72.394619.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002246 | | 0.7.72.398118.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002400 | MSFOIA_RED002402 | 0.7.72.397052.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 36 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002405 | MSFOIA_RED002407 | 0.7.72.394231.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002440 | MSFOIA_RED002441 | 0.7.72.392392.1 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002443 | MSFOIA_RED002444 | 0.7.72.399910.1 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002456 | MSFOIA_RED002458 | 0.7.72.55356 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002461 | | 0.7.72.391745.1 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002463 | | 0.7.72.392958.1 | | | | | | | | Invoice amount, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 37 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002466 | | 0.7.72.397306.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002497 | | 0.7.72.394453 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002499 | MSFOIA_RED002500 | 0.7.72.394453.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002502 | MSFOIA_RED002503 | 0.7.72.394178.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002544 | | 0.7.72.396350.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 38 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002546 | | 0.7.72.407147.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED002552 | MSFOIA_RED002555 | 0.7.72.54516 | | | | | | | | Description of discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002573 | MSFOIA_RED002575 | 0.7.72.405747.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002579 | MSFOIA_RED002581 | 0.7.72.400759.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002586 | MSFOIA_RED002590 | 0.7.72.408319 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED002737 | MSFOIA_RED002738 | 0.7.72.263905 | | | | | | | | Teleconference passcodes | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED002739 | | 0.7.72.264050 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED002743 | MSFOIA_RED002750 | 0.7.72.264383.1 | | | | | | | | Internal legal briefing memorandum from Laurel Robinson to Drita Tonuzi, dated August 24, 2011, communicated among agency attorneys developing advice for examiners investigating Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates legal advice from agency attorneys requested by agency employees. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 39 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED002751 | | 0.7.72.102065 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED002752 | | 0.7.72.101932 | | | | | | | | Descriptions of decisions being made regarding the examination, dates indicating exam timeline, descriptions of capabilities of examiners conducting the exam, descriptions of agency attorneys' advice, indications of approval from various offices. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002795 | MSFOIA_RED002796 | 0.7.72.378904 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002795 | | 0.7.72.378904 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED002914 | | 0.7.72.370954 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED002985 | | 0.7.72.375351 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003221 | | 0.7.72.364497 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003221 | | 0.7.72.364497 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED003233 | | 0.7.72.386259 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003233 | | 0.7.72.386259 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 40 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED003265 | | 0.7.72.382249 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003285 | MSFOIA_RED003287 | 0.7.72.373343 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED003494 | MSFOIA_RED003497 | 0.7.72.378353.5 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003750 | | 0.7.72.23114 | | | | | | | | Email from Joy Yen to Paul Weibel and Fred Rappaport dated November 1, 2009, discussing a draft acquisition buy-in report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003751 | MSFOIA_RED003753 | 0.7.72.23114 | | | | | | | | Handwritten notes of agency employee describing discussions with examiners regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003754 | MSFOIA_RED003770 | 0.7.72.23114 | | | | | | | | Balance sheets listing assets of entities acquired by Microsoft, used by agency employees for analysis during Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003771 | MSFOIA_RED003851 | 0.7.72.23114 | | | | | | | | Discussion draft of a report describing agency position on various issues in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED003852 | MSFOIA_RED003854 | 0.7.72.23114 | | | | | | | | Draft of examination workpaper, including handwritten notes of examiner | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 41 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004045 | | 0.7.72.23114 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004048 | | 0.7.72.23110 | | | | | | | | Handwritten notes of agency employee describing discussions regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004049 | | 0.7.72.23110 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED004050 | MSFOIA_RED004051 | 0.7.72.23110 | | | | | | | | Draft workpaper analyzing certain Microsoft financial information | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004052 | MSFOIA_RED004053 | 0.7.72.23110 | | | | | | | | Discussion draft of an Information Document Request, including comments in the margin from reviewer | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004054 | MSFOIA_RED004055 | 0.7.72.23110 | | | | | | | | Email dated December 3, 2007 from Paul Weibel to Fred Rappaport sharing previous discussion among agency employees Alton White, Charles Davis, and Michael Aarstol discussing decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004056 | MSFOIA_RED004057 | 0.7.72.23110 | | | | | | | | Draft workpaper analyzing certain Microsoft financial information | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004058 | | 0.7.72.23110 | | | | | | | | Document titled "Conference Call Discussion" containing notes describing a phone call among agency employees discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004059 | MSFOIA_RED004060 | 0.7.72.23110 | | | | | | | | Email dated February 28, 2008 from Michael Aarstol to Fred Rappaport, Paul Weibel, and Joy Yen discussing decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 42 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004061 | MSFOIA_RED004062 | 0.7.72.23110 | | | | | | | | Examiners' workpaper proposing various approaches for analyzing issues in Microsoft examination, shared via email with other agency employees working on the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004063 | MSFOIA_RED004065 | 0.7.72.23110 | | | | | | | | Handwritten notes of agency employee describing issues and decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004068 | | 0.7.72.23110 | | | | | | | | Discussion draft of an Information Document Report, including comments in the margin from reviewer | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004072 | | 0.7.72.23110 | | | | | | | | Email dated April 10, 2008 from Douglas Odell to Fred Rappaport, Paul Weibel, and Alton White discussing decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004073 | MSFOIA_RED004074 | 0.7.72.23110 | | | | | | | | Discussion draft of questions and answers circulated among examiners discussing issues being analyzed in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004075 | MSFOIA_RED004083 | 0.7.72.23110 | | | | | | | | Handwritten notes of agency employee describing issues and decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004084 | MSFOIA_RED004085 | 0.7.72.23110 | | | | | | | | Email dated April 1, 2008 from Cheryl Potop-Jackson to 9 employees working on the Microsoft examination, including an attorney discussing decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED004086 | | 0.7.72.23110 | | | | | | | | Document titled "Conference Call Discussion" containing notes describing a phone call among agency employees discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004089 | MSFOIA_RED004092 | 0.7.72.23110 | | | | | | | | Examiner's internal workpaper analyzing a certain issue in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004532 | | 0.7.72.23292 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED004538 | | 0.7.72.517926 | | | | | | | | Name of email attachment reflecting subject of decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004557 | | 0.7.72.23670 | | | | | | | | Discussion draft of an Information Document Report, including comments in the margin from reviewer | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004583 | | 0.7.72.23670 | | | | | | | | Handwritten notes of agency employee describing issues and decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004587 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated August 29, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004593 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated August 29, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004595 | | 0.7.72.23670 | | | | | | | | Email dated July 21, 2008 from Fred Rappaport to Paul Weibel discussing decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED004597 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated August 29, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 44 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004598 | | 0.7.72.23670 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004610 | | 0.7.72.23670 | | | | | | | | Email dated September 25, 2008 from Fred Rappaport to Paul Weibel discussing decisions related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED004613 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated September 23, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004615 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated September 23, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004619 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated September 23, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004621 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated September 23, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004637 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004644 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 45 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004646 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004649 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004651 | | 0.7.72.23670 | | | | | | | | Discussion draft of an Information Document Request | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004654 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004657 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated November 4, 2008, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004680 | | 0.7.72.23670 | | | | | | | | Fax cover sheet from Paul Weibel to Ceteris dated February 20, 2009, with a question and comments regarding decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004686 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated March 23, 2009, to Paul Weibel, discussing issues being examined in the Microsoft examination, with handwritten notes of agency employee reflecting thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004688 | | 0.7.72.23670 | | | | | | | | Copy of a letter from Ceteris dated July 31, 2009, to Paul Weibel, discussing issues being examined in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004689 | | 0.7.72.23670 | | | | | | | | Email from Ceteris dated July 31, 2009, to Paul Weibel, discussing issues being examined in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 46 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004690 | | 0.7.72.23670 | | | | | | | | Internal agency workpaper analyzing certain issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004715 | MSFOIA_RED004716 | 0.7.72.23708 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004753 | MSFOIA_RED004756 | 0.7.72.23708 | | | | | | | | Text of internal legal briefing memorandum for agency attorneys developing advice for examiners investigating Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates legal advice from agency attorneys requested by agency employees. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2016-10 | Part | MSFOIA_RED004757 | MSFOIA_RED004769 | 0.7.72.23708 | | | | | | | | Discussion draft of protest rebuttal, with handwritten comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004770 | MSFOIA_RED004773 | 0.7.72.23708 | | | | | | | | Text of internal legal briefing memorandum for agency attorneys developing advice for examiners investigating Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates legal advice from agency attorneys requested by agency employees. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2016-10 | Part | MSFOIA_RED004774 | MSFOIA_RED004775 | 0.7.72.23708 | | | | | | | | Email from William McCarthy to Paul Weibel dated July 27, 2011, discussing decisions with respect to the Microsoft examination and sharing legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the ongoing investigation into Microsoft's potential liability. |
| 2016-10 | Part | MSFOIA_RED004776 | | 0.7.72.23708 | | | | | | | | Email from Fred Rappaport to Paul Weibel dated May 10, 2010, discussing decisions with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004777 | | 0.7.72.23708 | | | | | | | | PowerPoint slide reflecting topic and information of interest to examiners and agency attorneys assisting with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 47 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004778 | | 0.7.72.23708 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004782 | MSFOIA_RED004789 | 0.7.72.23708 | | | | | | | | Internal examination workpapers describing and analyzing issues being investigated during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004793 | | 0.7.72.23708 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004803 | | 0.7.72.23708 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004804 | MSFOIA_RED004806 | 0.7.72.23708 | | | | | | | | Copy of email dated November 4, 2009 from Ceteris to Paul Weibel, discussing decisions involved in the Microsoft examination, and with handwritten notes reflecting agency employee's thoughts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004818 | | 0.7.72.23719 | | | | | | | | Agency employee's internal notes documenting discussion with contractor regarding decisions involved in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004819 | MSFOIA_RED004820 | 0.7.72.23719 | | | | | | | | Handwritten notes of agency employee reflecting thoughts about issues being investigated during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004821 | MSFOIA_RED004826 | 0.7.72.23719 | | | | | | | | Letter from Ceteris to Charles Davidated February 25, 2008 discussing issues being investigated during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004835 | | 0.7.72.23719 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 48 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED004854 | | 0.7.72.23737 | | | | | | | | Preliminary description of phases and timeline for the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004854 | | 0.7.72.23737 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED004856 | | 0.7.72.23701 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED004983 | | 0.7.72.586373 | | | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2016-10 | Part | MSFOIA_RED004984 | | 0.7.72.579912 | | | | | | | | Discussion regarding decisions to be made with respect to an issue being examined in the Microsoft examination and other unspecified examinations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED004997 | | 0.7.72.575532.1 | | | | | | | | List of certain Information Document Requests issued during the Microsoft examination, including detailed notes of agency employee communicating preliminary analysis of certain issues and decisions involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005028 | MSFOIA_RED005033 | 0.7.72.584777.1 | | | | | | | | Discussion draft of post award conference meeting agenda, describing issues and decisions involved in the Microsoft examination to be discussed at conference. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005039 | | 0.7.72.586710.1 | | | | | | | | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2016-10 | Part | MSFOIA_RED005125 | | 0.7.72.566958.1 | | | | | | | | Draft travel authorization form unsigned by approving official, reflecting details about employee travel that indicate the scope, direction, and resource limitations of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Agency employee's privacy interest in information about personal travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED005130 | MSFOIA_RED005131 | 0.7.72.577841 | | | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005133 | | 0.7.72.559822 | | | | | | | | Examiner's internal workpaper analyzing a certain issue in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005134 | | 0.7.72.578492 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED005137 | | 0.7.72.559223 | | | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2016-10 | Part | MSFOIA_RED005143 | | 0.7.72.571763 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005152 | | 0.7.72.576951 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005155 | | 0.7.72.576951.1 | | | | | | | | Handwritten comment describing a decision being considered during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005161 | | 0.7.72.576951.2 | | | | | | | | Notes from internal agency meeting among examiners and attorney describing discussions regarding issues and decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005266 | | 0.7.72.577629 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005266 | | 0.7.72.577629 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED005268 | MSFOIA_RED005269 | 0.7.72.582621.1 | | | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005271 | | 0.7.72.575692 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005273 | | 0.7.72.586299 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005273 | | 0.7.72.586299 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED005274 | | 0.7.72.564096 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005274 | | 0.7.72.564096 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED005275 | MSFOIA_RED005276 | 0.7.72.582613 | | | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005292 | | 0.7.72.84615 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED005555 | MSFOIA_RED005556 | 0.7.72.393303 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005558 | | 0.7.72.393303.1 | | | | | | | | Preliminary discussion draft of text for a letter to expert services contractor, attached to an email circulated among agency employees, describing issues and decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005559 | MSFOIA_RED005565 | 0.7.72.393303.2 | | | | | | | | Preliminary discussion draft of a letter to expert services contractor, attached to an email circulated among agency employees, describing issues and decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005606 | | 0.7.72.398107.1 | | | | | | | | Agency examiner's internal workpaper with preliminary analysis of an issue being investigated as part of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005609 | MSFOIA_RED005610 | 0.7.72.398107.2 | | | | | | | | Agency examiner's internal workpaper with preliminary analysis of an issue being investigated as part of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005611 | MSFOIA_RED005613 | 0.7.72.398107.3 | | | | | | | | Agency examiner's internal workpaper with preliminary analysis of an issue being investigated as part of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005660 | MSFOIA_RED005662 | 0.7.72.399315 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005662 | | 0.7.72.399315 | | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of contractor whose privacy interest outweighs any public interest in this information |
| 2016-10 | Part | MSFOIA_RED005665 | | 0.7.72.393331 | | | | | | | | Invoice amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy and scope of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005667 | | 0.7.72.406210 | | | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft, which constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 52 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED005675 | | 0.7.72.54563 | | | | | | | | Description of a decision involving personnel assigned to examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Full | MSFOIA_RED005733 | | 0.7.72.394098.1 | | | | | | Not indicated on document | Not indicated on document | CIC Monitoring report dated February 2010 with descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005739 | | 0.7.72.409269.1 | | | | | | | | CIC Monitoring report dated February 2010 with descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005767 | | 0.7.72.392980 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005821 | | 0.7.72.395733 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005829 | MSFOIA_RED005831 | 0.7.72.408997.1 | | | | | | | | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-10 | Part | MSFOIA_RED005868 | MSFOIA_RED005870 | 0.7.72.377661 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005930 | | 0.7.72.388725 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 53 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED005932 | MSFOIA_RED005956 | 0.7.72.366575 | | | | | | | | Descriptions of discussions regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED005968 | MSFOIA_RED005982 | 0.7.72.423375 | | | | | | | | Information about the examinations of taxpayers other than Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2016-10 | Part | MSFOIA_RED006100 | MSFOIA_RED006129 | 0.7.72.23103 | | | | | | | | Memorandum from Joy Yen to Charles Adelberg dated March 2, 2007 providing a detailed report on an issue being investigated as part of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006130 | MSFOIA_RED006159 | 0.7.72.23103 | | | | | | | | Copies of draft NOPAs | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006160 | MSFOIA_RED006222 | 0.7.72.23103 | | | | | | | | Copy of draft of economist's reports for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006224 | MSFOIA_RED006244 | 0.7.72.448227.1 | | | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006295 | | 0.7.72.502039 | | | | | | | | Discussion regarding decisions to be made with respect to an issue being examined in the Microsoft examination and other unspecified examinations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006296 | MSFOIA_RED006316 | 0.7.72.502039.1 | | | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006739 | | 0.7.72.571723.1 | | | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2016-10 | Part | MSFOIA_RED006744 | | 0.7.72.569263.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 54 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Part | MSFOIA_RED006760 | | 0.7.72.569263.4.1 | | | | | | | | Information about the examinations of taxpayers other than Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2016-10 | Part | MSFOIA_RED006761 | 0.7.72.569263.4.2 | | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2016-10 | Part | MSFOIA_RED006789 | 0.7.72.585527.3 | | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2016-10 | Part | MSFOIA_RED006799 | 0.7.72.586655 | | | | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2016-10 | Part | MSFOIA_RED006806 | | 0.7.72.571702 | | | | | | | | Estimates of dollar amounts related to investigation of Microsoft's tax liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006848 | 0.7.72.564252 | | | | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2016-10 | Part | MSFOIA_RED006923 | MSFOIA_RED006924 | 0.7.72.574479.1 | | | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006926 | | 0.7.72.560123 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED006926 | | 0.7.72.560123 | | | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED009605 | | 0.7.72.396400 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-10 | Part | MSFOIA_RED009605 | | 0.7.72.396400 | | | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-10 | Part | MSFOIA_RED009725 | MSFOIA_RED009726 | 0.7.72.402278 | | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 55 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Full | MSFOIA_RED006614 | MSFOIA_RED006615 | 0.7.72.392150.1 | 0006021 | 0006022 | Memorandum | Draft Request to Change ECD for Microsoft 200406 to 200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang | Communications Between the Exam Team and Service Management describing Exam's perspective on why there should be an extension for the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED006748 | MSFOIA_RED006749 | 0.7.72.392993.1 | 0006055 | 0006056 | Email | RE: Contract Dates | 12/5/2008 | Paul Weibel | JoAnn Cutler; Julie Izumoto; cc: Alton White; Charles Davis; Cheryl Potop-Jackson | Communications Between Exam Team concerning the current status of work being conducted by an expert and projections as to what further work should be undertaken by the expert. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED006870 | MSFOIA_RED006871 | 0.7.72.393603.1 | 0006108 | 0006109 | Memorandum | Request to change ECD for Microsoft 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang | Communications Between Exam Team and Service Management describing Exam's perspective on why there should be an extension for the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED006879 | MSFOIA_RED006880 | 0.7.72.393833.1 | 0006111 | 0006112 | Memorandum | Request to change ECD for Microsoft 200406-200606 from 10/30/09 to 6/30/10 | 6/30/3009 | Charles Davis | Maria Hwang | Communications Between Exam Team and Service Management describing Exam's perspective on why there should be an extension for the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Full | MSFOIA_RED010981 | MSFOIA_RED010984 | 0.7.72.394098.1 | 0006114 | 0006117 | Spreadsheet | CIC Monitoring Report | 2/12/2010 | Not indicated on document | Not indicated on document | A report prepared by Exam reflecting the then current status of the audit, with issues identified and recommendation as to tax and penalties, along with similar information about the examinations of taxpayers other than Microsoft. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal document regarding proposed penalties. The information being withheld is a chart of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. This information is being withheld, even though it consists, in part, of factual material, because the selective process to determine what categories and items of data for inclusion in the chart embodies the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. The withheld information is deliberative in that it contains opinions of agency personnel as to projected penalties. The document reflects the agency's deliberative processes which may or may not have led to final agency determinations. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2016-10 | Full | MSFOIA_RED007777 | MSFOIA_RED007778 | 0.7.72.397907.1 | 0006256 | 0006257 | Memorandum | Request to change ECD for Microsoft 200406-200606 from 10/30/09 to 6/30/10 | 6/30/3009 | Charles Davis | Maria Hwang | Communications Between Exam Team and Service Management describing Exam's perspective on why there should be an extension for the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C § 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED011075 | MSFOIA_RED011077 | 0.7.72.398107.1 | 0006267 | 0006269 | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/14/2008 | Fred Rapaport | Not indicated on document | Spreadsheet created by the Service and entitled "Crude Estimate of CIP Methodology --Americas CSA". | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED011078 | MSFOIA_RED011079 | 0.7.72.398107.2 | 0006270 | 0006271 | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/14/2008 | Fred Rapaport | Not indicated on document | Spreadsheet created by the Service and entitled "Crude Estimate of CIP Methodology --Americas CSA". | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-10 | Full | MSFOIA_RED011080 | | 0.7.72.398107.3 | 0006272 | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/9/2008 | Fred Rapaport | Not indicated on document | Spreadsheet created by the Service and entitled "Crude Estimate of CIP Methodology --Americas CSA". | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 57 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10 | Full | MSFOIA_RED011295 | MSFOIA_RED011298 | 0.7.72.409269.1 | 0006558 | 0006561 | Spreadsheet | CIC Monitoring Report | 2/23/2010 | Not indicated on document | Not indicated on document | A report prepared by Exam reflecting the then current status of the audit, with issues identified and recommendation as to tax and penalties, along with similar information about the examinations of taxpayers other than Microsoft. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal document regarding proposed penalties. The information being withheld is a chart of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. This information is being withheld, even though it consists, in part, of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. The withheld information is deliberative in that it contains opinions of agency personnel as to projected penalties. The document reflects the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2016-10 | Full | MSFOIA_RED009041 | | 0.7.72.576951.9 | 0006831 | | Memorandum | Meeting to discuss buy-in resolution | 1/15/2010 | Not indicated on document | Not indicated on document | Communications among Exam team members discussing preliminary thoughts and impressions regarding an issue being examined. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2016-11 | Part | MSFOIA_WH000009 | MSFOIA_WH000054 | 0.7.72.23549 | FOIA-0000001 | FOIA-0000047 | | | | | | Unsigned draft Notice of Proposed Adjustment with comments from agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH000157 | MSFOIA_WH000158 | 0.7.72.23402 | FOIA-0000095 | FOIA-0000096 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH000173 | MSFOIA_WH000191 | 0.7.72.23414 | FOIA-0000099 | FOIA-0000117 | | | | | | Handwritten notes describing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 58 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH000206 | MSFOIA_WH000207 | 0.7.72.23628 | FOIA-0000137 | FOIA-0000144 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000280 | | 0.7.72.23589 | FOIA-0000153 | FOIA-0000159 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000287 | MSFOIA_WH000288 | 0.7.72.23495 | FOIA-0000167 | FOIA-0000177 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000298 | MSFOIA_WH000300 | 0.7.72.23621 | FOIA-0000189 | FOIA-0000201 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000311 | | 0.7.72.23513 | FOIA-0000215 | FOIA-0000227 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000313 | MSFOIA_WH000314 | 0.7.72.23513 | FOIA-0000215 | FOIA-0000227 | | | | | | Discussion draft of document titled "Microsoft Corporation Audit Cycle for 2004-2006 Time Line and Audit Plan Outline" shared among IRS employees for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000315 | MSFOIA_WH000316 | 0.7.72.23513 | FOIA-0000215 | FOIA-0000227 | | | | | | Handwritten notes of agency employee describing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH000324 | | 0.7.72.23481 | FOIA-0000238 | FOIA-0000239 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH000332 | MSFOIA_WH000333 | 0.7.72.23601 | FOIA-0000242 | FOIA-0000243 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH000334 | | 0.7.72.23596 | FOIA-0000246 | FOIA-0000246 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH000904 | MSFOIA_WH000906 | 0.7.72.23770 | FOIA-0000248 | FOIA-0000250 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001019 | MSFOIA_WH001020 | 0.7.72.23765 | FOIA-0000254 | FOIA-0000261 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and handwritten notes reflecting aspects of that discussion and decision process. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH001021 | | 0.7.72.23765 | FOIA-0000254 | FOIA-0000261 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH001023 | | 0.7.72.23765 | FOIA-0000254 | FOIA-0000261 | | | | | | Handwritten notes describing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH001025 | MSFOIA_WH001026 | 0.7.72.23765 | FOIA-0000254 | FOIA-0000261 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001119 | | 0.7.72.101651 | FOIA-0000270 | FOIA-0000270 | | | | | | Handwritten notes describing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH001119 | | 0.7.72.101651 | FOIA-0000270 | FOIA-0000270 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH001150 | | 0.7.72.101608 | FOIA-0000272 | FOIA-0000275 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001151 | MSFOIA_WH001153 | 0.7.72.101608 | FOIA-0000272 | FOIA-0000275 | | | | | | Discussion draft of an Information Document Request shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001158 | | 0.7.72.102088 | FOIA-0000276 | FOIA-0000276 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001159 | | 0.7.72.101797 | FOIA-0000277 | FOIA-0000278 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001161 | | 0.7.72.102117 | FOIA-0000279 | FOIA-0000279 | | | | | | Names of employees of contractor | (b)(6) and (b)(7)(C) | Names of private individuals whose privacy interest outweighs any public interest in this information |
| 2016-11 | Part | MSFOIA_WH001171 | | 0.7.72.101767 | FOIA-0000280 | FOIA-0000281 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001176 | | 0.7.72.101795 | FOIA-0000282 | FOIA-0000282 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 61 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH001254 | | 0.7.72.101927 | FOIA-0000284 | FOIA-0000289 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001255 | MSFOIA_WH001259 | 0.7.72.101927 | FOIA-0000284 | FOIA-0000289 | | | | | | Discussion draft of a document titled "Opening Conference Agenda" | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001261 | | 0.7.72.102091 | FOIA-0000290 | FOIA-0000290 | | | | | | Description of a subject being referred for legal advice to assist with decision making during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001309 | | 0.7.72.101908 | FOIA-0000292 | FOIA-0000293 | | | | | | Email messages with the subject "Fax received," communicated among agency employees, attorneys, and contractors, discussing decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001554 | | 0.7.72.101971 | FOIA-0000318 | FOIA-0000318 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001554 | | 0.7.72.101971 | FOIA-0000318 | FOIA-0000318 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information |
| 2016-11 | Part | MSFOIA_WH001557 | | 0.7.72.101824 | FOIA-0000319 | FOIA-0000320 | | | | | | Details about employee's personal travel | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel plans is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH001557 | MSFOIA_WH001558 | 0.7.72.101824 | FOIA-0000319 | FOIA-0000320 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001559 | | 0.7.72.102164 | FOIA-0000321 | FOIA-0000321 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 62 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH001582 | | 0.7.72.102121 | FOIA-0000322 | FOIA-0000323 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001626 | | 0.7.72.102021 | FOIA-0000324 | FOIA-0000365 | | | | | | Handwritten note about personal issue unrelated to topic discussed in the record. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in personal information is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH001627 | MSFOIA_WH001634 | 0.7.72.102021 | FOIA-0000324 | FOIA-0000365 | | | | | | Discussion draft of a NOPA with handwritten comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH001681 | | 0.7.72.102195 | FOIA-0000366 | FOIA-0000366 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001689 | MSFOIA_WH001690 | 0.7.72.102037 | FOIA-0000367 | FOIA-0000368 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001694 | | 0.7.72.101742 | FOIA-0000369 | FOIA-0000371 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH001695 | MSFOIA_WH001696 | 0.7.72.101742 | FOIA-0000369 | FOIA-0000371 | | | | | | Letter and worksheet submitted by Microsoft but reflecting the handwritten notes of examiners indicating specific areas of interest, communicated among exam team and attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002288 | | 0.7.72.102085 | FOIA-0000372 | FOIA-0000391 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated among attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 63 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002289 | MSFOIA_WH002307 | 0.7.72.102085 | FOIA-0000372 | FOIA-0000391 | | | | | | Draft of an internal memorandum requesting advice of agency attorneys regarding issues being examined in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects a detailed request for legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002342 | | 0.7.72.101973 | FOIA-0000392 | FOIA-0000393 | | | | | | Subject of decisions to be made with respect to the Microsoft examination, communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002343 | | 0.7.72.101973 | FOIA-0000392 | FOIA-0000393 | | | | | | List of documents to be sent to agency attorneys as part of a request for legal advice regarding issues being examined during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002349 | | 0.7.72.101866 | FOIA-0000394 | FOIA-0000394 | | | | | | Subject of decision to be made with respect to the Microsoft examination, communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002359 | | 0.7.72.101611 | FOIA-0000395 | FOIA-0000395 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002406 | | 0.7.72.101917 | FOIA-0000396 | FOIA-0000398 | | | | | | Subject of decisions to be made with respect to the Microsoft examination, communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002407 | MSFOIA_WH002408 | 0.7.72.101917 | FOIA-0000396 | FOIA-0000398 | | | | | | Notes drafted by examiner for communication among exam team, including agency attorney, regarding a subject being investigated during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 64 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002417 | MSFOIA_WH002418 | 0.7.72.101722 | FOIA-0000399 | FOIA-0000400 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002418 | | 0.7.72.101722 | FOIA-0000399 | FOIA-0000400 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002496 | | 0.7.72.101717 | FOIA-0000401 | FOIA-0000401 | | | | | | Description of issues being investigated in the Microsoft examination for which advice is being sought from agency attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002542 | | 0.7.72.101893 | FOIA-0000402 | FOIA-0000402 | | | | | | Details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH002542 | | 0.7.72.101893 | FOIA-0000402 | FOIA-0000402 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002548 | | 0.7.72.102029 | FOIA-0000403 | FOIA-0000418 | | | | | | Handwritten note of agency employee indicating item of interest in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH002564 | MSFOIA_WH002565 | 0.7.72.101754 | FOIA-0000419 | FOIA-0000420 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002568 | | 0.7.72.101662 | FOIA-0000421 | FOIA-0000421 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002569 | MSFOIA_WH002570 | 0.7.72.101710 | FOIA-0000422 | FOIA-0000423 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002571 | MSFOIA_WH002572 | 0.7.72.102058 | FOIA-0000424 | FOIA-0000432 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002573 | MSFOIA_WH002579 | 0.7.72.102058 | FOIA-0000424 | FOIA-0000432 | | | | | | Draft of a legal argument provided by agency attorneys to examiners regarding issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002610 | | 0.7.72.101877 | FOIA-0000433 | FOIA-0000433 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002611 | MSFOIA_WH002613 | 0.7.72.101898 | FOIA-0000434 | FOIA-0000436 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002613 | | 0.7.72.101898 | FOIA-0000434 | FOIA-0000436 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002786 | | 0.7.72.102104 | FOIA-0000437 | FOIA-0000438 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 66 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002788 | | 0.7.72.101719 | FOIA-0000439 | FOIA-0000439 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002789 | | 0.7.72.101709 | FOIA-0000440 | FOIA-0000469 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002790 | MSFOIA_WH002818 | 0.7.72.101709 | FOIA-0000440 | FOIA-0000469 | | | | | | Draft of a legal argument provided by agency attorneys to examiners regarding issues being investigated in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002819 | | 0.7.72.101881 | FOIA-0000470 | FOIA-0000470 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002819 | | 0.7.72.101881 | FOIA-0000470 | FOIA-0000470 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002819 | | 0.7.72.101881 | FOIA-0000470 | FOIA-0000470 | | | | | | Phone number; details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Direct phone number of IRS employee whose privacy interest outweighs any public interest in this information. Agency employee's privacy interest in information about personal travel is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH002820 | | 0.7.72.102016 | FOIA-0000471 | FOIA-0000471 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002820 | | 0.7.72.102016 | FOIA-0000471 | FOIA-0000471 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002821 | | 0.7.72.102177 | FOIA-0000472 | FOIA-0000472 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 67 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002823 | | 0.7.72.101711 | FOIA-0000473 | FOIA-0000475 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002852 | | 0.7.72.101934 | FOIA-0000476 | FOIA-0000477 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002854 | | 0.7.72.102128 | FOIA-0000478 | FOIA-0000478 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002856 | | 0.7.72.102022 | FOIA-0000479 | FOIA-0000480 | | | | | | Subject line and attachments identify the topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH002856 | MSFOIA_WH002857 | 0.7.72.102022 | FOIA-0000479 | FOIA-0000480 | | | | | | Teleconference passcodes | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002862 | | 0.7.72.101619 | FOIA-0000481 | FOIA-0000481 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002876 | | 0.7.72.101992 | FOIA-0000482 | FOIA-0000485 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002883 | | 0.7.72.101654 | FOIA-0000487 | FOIA-0000493 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 68 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002910 | | 0.7.72.101872 | FOIA-0000494 | FOIA-0000500 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002911 | | 0.7.72.101872 | FOIA-0000494 | FOIA-0000500 | | | | | | Agenda for a discussion regarding the awarding of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002917 | MSFOIA_WH002918 | 0.7.72.101964 | FOIA-0000501 | FOIA-0000503 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002917 | | 0.7.72.101964 | FOIA-0000501 | FOIA-0000503 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH002920 | | 0.7.72.101829 | FOIA-0000504 | FOIA-0000511 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002922 | MSFOIA_WH002927 | 0.7.72.101829 | FOIA-0000504 | FOIA-0000511 | | | | | | Discussion draft of agenda for a conference regarding the awarding of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002928 | | 0.7.72.101652 | FOIA-0000512 | FOIA-0000512 | | | | | | List of decisions being discussed with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH002929 | | 0.7.72.102009 | FOIA-0000513 | FOIA-0000513 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH002966 | | 0.7.72.101817 | FOIA-0000514 | FOIA-0000515 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of contractor, whose privacy interest outweighs any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 69 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH002966 | MSFOIA_WH002967 | 0.7.72.101817 | FOIA-0000514 | FOIA-0000515 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and handwritten notes reflecting aspects of that discussion and decision process. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH002976 | | 0.7.72.101727 | FOIA-0000516 | FOIA-0000516 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002977 | | 0.7.72.101768 | FOIA-0000517 | FOIA-0000517 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH002977 | | 0.7.72.101768 | FOIA-0000517 | FOIA-0000517 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003008 | | 0.7.72.102160 | FOIA-0000518 | FOIA-0000518 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003008 | | 0.7.72.102160 | FOIA-0000518 | FOIA-0000518 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003018 | MSFOIA_WH003019 | 0.7.72.101814 | FOIA-0000521 | FOIA-0000522 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003020 | | 0.7.72.101832 | FOIA-0000523 | FOIA-0000523 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 70 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH003024 | | 0.7.72.102096 | FOIA-0000524 | FOIA-0000524 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003026 | | 0.7.72.101605 | FOIA-0000525 | FOIA-0000525 | | | | | | Subject of a request for legal advice to assist with decision making during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003027 | | 0.7.72.102163 | FOIA-0000526 | FOIA-0000526 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003028 | | 0.7.72.102073 | FOIA-0000527 | FOIA-0000534 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003030 | MSFOIA_WH003035 | 0.7.72.102073 | FOIA-0000527 | FOIA-0000534 | | | | | | Discussion draft of expert report with handwritten notes of agency employee | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003063 | | 0.7.72.101805 | FOIA-0000535 | FOIA-0000535 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003064 | | 0.7.72.101945 | FOIA-0000536 | FOIA-0000536 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH003093 | | 0.7.72.23101 | FOIA-0000537 | FOIA-0000537 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003093 | | 0.7.72.23101 | FOIA-0000537 | FOIA-0000537 | | | | | | Details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003161 | | 0.7.72.23121 | FOIA-0000539 | FOIA-0000539 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003161 | | 0.7.72.23121 | FOIA-0000539 | FOIA-0000539 | | | | | | Details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003277 | | 0.7.72.23290 | FOIA-0000541 | FOIA-0000545 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003277 | MSFOIA_WH003281 | 0.7.72.23290 | FOIA-0000541 | FOIA-0000545 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003277 | | 0.7.72.23290 | FOIA-0000541 | FOIA-0000545 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003284 | | 0.7.72.23318 | FOIA-0000546 | FOIA-0000553 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003285 | MSFOIA_WH003289 | 0.7.72.23318 | FOIA-0000546 | FOIA-0000553 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003290 | MSFOIA_WH003291 | 0.7.72.23270 | FOIA-0000554 | FOIA-0000559 | | | | | | Details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003290 | | 0.7.72.23270 | FOIA-0000554 | FOIA-0000559 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003291 | MSFOIA_WH003294 | 0.7.72.23270 | FOIA-0000554 | FOIA-0000559 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003298 | | 0.7.72.23245 | FOIA-0000560 | FOIA-0000567 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003298 | MSFOIA_WH003299 | 0.7.72.23245 | FOIA-0000560 | FOIA-0000567 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-11 | Part | MSFOIA_WH003299 | MSFOIA_WH003303 | 0.7.72.23245 | FOIA-0000560 | FOIA-0000567 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003304 | | 0.7.72.23287 | FOIA-0000568 | FOIA-0000568 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2016-11 | Part | MSFOIA_WH003304 | | 0.7.72.23287 | FOIA-0000568 | FOIA-0000568 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003304 | | 0.7.72.23287 | FOIA-0000568 | FOIA-0000568 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003305 | MSFOIA_WH003309 | 0.7.72.23227 | FOIA-0000569 | FOIA-0000574 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2016-11 | Part | MSFOIA_WH003305 | | 0.7.72.23227 | FOIA-0000569 | FOIA-0000574 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2016-11 | Part | MSFOIA_WH003310 | | 0.7.72.23227 | FOIA-0000569 | FOIA-0000574 | | | | | | Agency employee's handwritten notes regarding decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2016-11 | Part | MSFOIA_WH003311 | | 0.7.72.23241 | FOIA-0000575 | FOIA-0000590 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004279 | | 0.7.72.22303 | FOIA-0000593 | FOIA-0000593 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004416 | MSFOIA_WH004417 | 0.7.72.22314 | FOIA-0000594 | FOIA-0000595 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004416 | | 0.7.72.22314 | FOIA-0000594 | FOIA-0000595 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH004563 | MSFOIA_WH004564 | 0.7.72.22323 | FOIA-0000597 | FOIA-0000598 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004565 | | 0.7.72.22325 | FOIA-0000599 | FOIA-0000599 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004568 | | 0.7.72.22771 | FOIA-0000600 | FOIA-0000602 | | | | | | Discussion about a decision whether to promote certain agency employees. | (b)(6) and (b)(7)(C) | Agency employees' privacy interests in information about their selection for certain roles or promotions are not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH004569 | | 0.7.72.22771 | FOIA-0000600 | FOIA-0000602 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004573 | | 0.7.72.22774 | FOIA-0000605 | FOIA-0000605 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004624 | | 0.7.72.22785 | FOIA-0000616 | FOIA-0000616 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004625 | | 0.7.72.22786 | FOIA-0000617 | FOIA-0000617 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004660 | MSFOIA_WH004661 | 0.7.72.22794 | FOIA-0000618 | FOIA-0000619 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004662 | MSFOIA_WH004663 | 0.7.72.22795 | FOIA-0000620 | FOIA-0000621 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004664 | MSFOIA_WH004665 | 0.7.72.22796 | FOIA-0000622 | FOIA-0000623 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004666 | MSFOIA_WH004667 | 0.7.72.22797 | FOIA-0000624 | FOIA-0000626 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004669 | MSFOIA_WH004670 | 0.7.72.22798 | FOIA-0000627 | FOIA-0000629 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004672 | MSFOIA_WH004674 | 0.7.72.22799 | FOIA-0000630 | FOIA-0000632 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004698 | MSFOIA_WH004699 | 0.7.72.22802 | FOIA-0000633 | FOIA-0000634 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 75 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004700 | MSFOIA_WH004701 | 0.7.72.22803 | FOIA-0000635 | FOIA-0000637 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004703 | MSFOIA_WH004705 | 0.7.72.22804 | FOIA-0000638 | FOIA-0000640 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004706 | MSFOIA_WH004709 | 0.7.72.22805 | FOIA-0000641 | FOIA-0000644 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004712 | MSFOIA_WH004717 | 0.7.72.23020 | FOIA-0000683 | FOIA-0000689 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH004713 | MSFOIA_WH004717 | 0.7.72.23020 | FOIA-0000683 | FOIA-0000689 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from and provided by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004719 | | 0.7.72.23037 | FOIA-0000700 | FOIA-0000700 | | | | | | Name of email attachment reflecting subject of decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004720 | MSFOIA_WH004725 | 0.7.72.23038 | FOIA-0000701 | FOIA-0000706 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH004721 | MSFOIA_WH004724 | 0.7.72.23038 | FOIA-0000701 | FOIA-0000706 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004726 | | 0.7.72.23018 | FOIA-0000682 | FOIA-0000682 | | | | | | Discussion regarding decisions to be made regarding the drafting of an internal memorandum summarizing certain examination activities | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the examinations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004727 | MSFOIA_WH004732 | 0.7.72.23036 | FOIA-0000694 | FOIA-0000699 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH004727 | MSFOIA_WH004729 | 0.7.72.23036 | FOIA-0000694 | FOIA-0000699 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004733 | | 0.7.72.23030 | FOIA-0000693 | FOIA-0000693 | | | | | | Subject of decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004734 | | 0.7.72.23027 | FOIA-0000692 | FOIA-0000692 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH004735 | | 0.7.72.23025 | FOIA-0000690 | FOIA-0000691 | | | | | | Discussion about a decision whether to promote certain agency employees. | (b)(6) and (b)(7)(C) | Agency employees' privacy interests in information about their selection for certain roles or promotions are not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH004736 | | 0.7.72.23025 | FOIA-0000690 | FOIA-0000691 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice sought from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH004739 | MSFOIA_WH004742 | 0.7.72.125862.1 | FOIA-0000822 | FOIA-0000825 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH004740 | MSFOIA_WH004741 | 0.7.72.125862.1 | FOIA-0000822 | FOIA-0000825 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004765 | | 0.7.72.23627 | FOIA-0000780 | FOIA-0000780 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 77 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004790 | MSFOIA_WH004791 | 0.7.72.23498 | FOIA-0000726 | FOIA-0000727 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004792 | MSFOIA_WH004794 | 0.7.72.23568 | FOIA-0000754 | FOIA-0000756 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004796 | MSFOIA_WH004798 | 0.7.72.23539 | FOIA-0000733 | FOIA-0000735 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004808 | | 0.7.72.23624 | FOIA-0000778 | FOIA-0000779 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004853 | | 0.7.72.23369 | FOIA-0000718 | FOIA-0000719 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004879 | MSFOIA_WH004881 | 0.7.72.23494 | FOIA-0000720 | FOIA-0000725 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004885 | MSFOIA_WH004886 | 0.7.72.23590 | FOIA-0000775 | FOIA-0000777 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004889 | | 0.7.72.23552 | FOIA-0000736 | FOIA-0000753 | | | | | | Discussion draft of a performance work statement for a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Document was provided to agency attorney to solicit legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 78 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH004906 | | 0.7.72.23579 | FOIA-0000757 | FOIA-0000774 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH004924 | MSFOIA_WH004926 | 0.7.72.23501 | FOIA-0000728 | FOIA-0000732 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH004925 | | 0.7.72.23501 | FOIA-0000728 | FOIA-0000732 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-01 | Part | MSFOIA_WH005114 | MSFOIA_WH005118 | 0.7.72.196559 | FOIA-0000834 | FOIA-0000838 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005120 | | 0.7.72.194627 | FOIA-0000829 | FOIA-0000829 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005121 | | 0.7.72.199056 | FOIA-0000852 | FOIA-0000853 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005123 | MSFOIA_WH005124 | 0.7.72.197949 | FOIA-0000848 | FOIA-0000849 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005123 | | 0.7.72.197949 | FOIA-0000848 | FOIA-0000849 | | | | | | Details about employee's personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH005168 | | 0.7.72.196168 | FOIA-0000830 | FOIA-0000830 | | | | | | Details about employees' personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH005199 | | 0.7.72.199223 | FOIA-0000854 | FOIA-0000854 | | | | | | Details about employees' personal vacation plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal time off is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH005220 | | 0.7.72.198071 | FOIA-0000850 | FOIA-0000850 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005293 | | 0.7.72.197473 | FOIA-0000840 | FOIA-0000840 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005337 | | 0.7.72.196312 | FOIA-0000832 | FOIA-0000832 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005469 | MSFOIA_WH005471 | 0.7.72.197906 | FOIA-0000845 | FOIA-0000847 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH005589 | | 0.7.72.22969 | FOIA-0000645 | FOIA-0000662 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005590 | | 0.7.72.22969 | FOIA-0000645 | FOIA-0000662 | | | | | | Discussion draft of a performance work statement for a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Document was provided to agency attorney to solicit legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005607 | | 0.7.72.22983 | FOIA-0000663 | FOIA-0000681 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 80 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH005769 | MSFOIA_WH005772 | 0.7.72.395127 | FOIA-0000915 | FOIA-0000918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH005773 | MSFOIA_WH005778 | 0.7.72.391428 | FOIA-0000909 | FOIA-0000914 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including advice communicated by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006250 | | 0.7.72.254977 | FOIA-0000867 | FOIA-0000867 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated by attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006298 | | 0.7.72.220032 | FOIA-0000856 | FOIA-0000856 | | | | | | Subject of decision being made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH006347 | | 0.7.72.236716 | FOIA-0000865 | FOIA-0000865 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of advice being sought from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006565 | | 0.7.72.264337 | FOIA-0000870 | FOIA-0000872 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH006565 | MSFOIA_WH006567 | 0.7.72.264337 | FOIA-0000870 | FOIA-0000872 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in conducting various examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-01 | Part | MSFOIA_WH006731 | | 0.7.72.265913 | FOIA-0000880 | FOIA-0000880 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 81 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH006732 | MSFOIA_WH006733 | 0.7.72.267254 | FOIA-0000887 | FOIA-0000888 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006739 | | 0.7.72.264336 | FOIA-0000868 | FOIA-0000868 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006772 | MSFOIA_WH006773 | 0.7.72.266949 | FOIA-0000884 | FOIA-0000885 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH006837 | MSFOIA_WH006839 | 0.7.72.265005 | FOIA-0000875 | FOIA-0000877 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH006840 | MSFOIA_WH006841 | 0.7.72.266798 | FOIA-0000882 | FOIA-0000883 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH006842 | | 0.7.72.267073 | FOIA-0000886 | FOIA-0000886 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 82 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH006843 | MSFOIA_WH006844 | 0.7.72.265368 | FOIA-0000878 | FOIA-0000879 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH006971 | | 0.7.72.266328 | FOIA-0000881 | FOIA-0000881 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH007290 | MSFOIA_WH007291 | 0.7.72.367299 | FOIA-0000894 | FOIA-0000895 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007292 | MSFOIA_WH007297 | 0.7.72.369795 | FOIA-0000903 | FOIA-0000908 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH007293 | | 0.7.72.369795 | FOIA-0000903 | FOIA-0000908 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007298 | | 0.7.72.369391 | FOIA-0000896 | FOIA-0000902 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH007298 | | 0.7.72.369391 | FOIA-0000896 | FOIA-0000902 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-01 | Part | MSFOIA_WH007299 | MSFOIA_WH007300 | 0.7.72.369391 | FOIA-0000896 | FOIA-0000902 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007426 | | 0.7.72.420858 | FOIA-0000922 | FOIA-0000922 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007426 | | 0.7.72.420858 | FOIA-0000922 | FOIA-0000922 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 83 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH007454 | MSFOIA_WH007456 | 0.7.72.420536 | FOIA-0000919 | FOIA-0000921 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007702 | | 0.7.72.23106 | FOIA-0000707 | FOIA-0000717 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH007702 | | 0.7.72.23106 | FOIA-0000707 | FOIA-0000717 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007703 | | 0.7.72.23106 | FOIA-0000707 | FOIA-0000717 | | | | | | Draft of legal advice regarding certain issues in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH007805 | MSFOIA_WH007808 | 0.7.72.434982 | FOIA-0000926 | FOIA-0000929 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in implementing agency guidance in enforcement matters, and enforcement efforts related to specific taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007836 | MSFOIA_WH007839 | 0.7.72.450226.7 | FOIA-0000955 | FOIA-0000958 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in implementing agency guidance in enforcement matters, generally, and enforcement efforts related to specific taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007842 | MSFOIA_WH007856 | 0.7.72.470708 | FOIA-0000970 | FOIA-0000984 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in implementing agency guidance in enforcement matters, and enforcement efforts related to specific taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 84 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH007857 | MSFOIA_WH007872 | 0.7.72.470708.1 | FOIA-0000985 | FOIA-0001000 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in implementing agency guidance in enforcement matters, generally, and enforcement efforts related to specific taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007873 | | 0.7.72.443430 | FOIA-0000939 | FOIA-0000939 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007874 | | 0.7.72.470863 | FOIA-0001001 | FOIA-0001001 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007875 | | 0.7.72.435957 | FOIA-0000930 | FOIA-0000932 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007878 | | 0.7.72.444085 | FOIA-0000940 | FOIA-0000946 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH007885 | | 0.7.72.433335 | FOIA-0000924 | FOIA-0000924 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 85 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH007905 | | 0.7.72.436033 | FOIA-0000933 | FOIA-0000933 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007916 | MSFOIA_WH007917 | 0.7.72.479819 | FOIA-0001013 | FOIA-0001014 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007918 | | 0.7.72.473287 | FOIA-0001007 | FOIA-0001007 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007919 | | 0.7.72.473930 | FOIA-0001008 | FOIA-0001009 | | | | | | Details about employee's personal travel plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007919 | MSFOIA_WH007920 | 0.7.72.473930 | FOIA-0001008 | FOIA-0001009 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007921 | | 0.7.72.441353 | FOIA-0000937 | FOIA-0000938 | | | | | | Details about employee's personal travel plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007921 | | 0.7.72.441353 | FOIA-0000937 | FOIA-0000938 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007923 | | 0.7.72.468091 | FOIA-0000969 | FOIA-0000969 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007924 | | 0.7.72.450370 | FOIA-0000960 | FOIA-0000960 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH007925 | | 0.7.72.449353 | FOIA-0000947 | FOIA-0000947 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007926 | | 0.7.72.472988 | FOIA-0001004 | FOIA-0001006 | | | | | | Details about employee's personal travel plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007927 | | 0.7.72.472988 | FOIA-0001004 | FOIA-0001006 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007929 | MSFOIA_WH007930 | 0.7.72.478806 | FOIA-0001010 | FOIA-0001012 | | | | | | Details about employee's personal travel plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-01 | Part | MSFOIA_WH007930 | MSFOIA_WH007931 | 0.7.72.478806 | FOIA-0001010 | FOIA-0001012 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007932 | | 0.7.72.466511 | FOIA-0000966 | FOIA-0000967 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007968 | | 0.7.72.461838 | FOIA-0000961 | FOIA-0000961 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-01 | Part | MSFOIA_WH007970 | MSFOIA_WH007972 | 0.7.72.462047.1 | FOIA-0000963 | FOIA-0000965 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH008623 | MSFOIA_WH008627 | 0.7.72.519307 | FOIA-0001015 | FOIA-0001019 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and details about the examinations of taxpayers other than Microsoft, including thoughts and impressions about decisions being made in those examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH008628 | MSFOIA_WH008629 | 0.7.72.519498 | FOIA-0001020 | FOIA-0001021 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice requested from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH008690 | | 0.7.72.23668 | FOIA-0000788 | FOIA-0000788 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH008691 | MSFOIA_WH008692 | 0.7.72.23716 | FOIA-0000819 | FOIA-0000820 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-01 | Part | MSFOIA_WH008795 | MSFOIA_WH008796 | 0.7.72.23692 | FOIA-0000789 | FOIA-0000800 | | | | | | Documents describing individuals being considered for interviews during the Microsoft examination, including handwritten notes of agency employee indicating the subjects of decisions to be made with respect to the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH008936 | MSFOIA_WH008937 | 0.7.72.584325 | FOIA-0001026 | FOIA-0001027 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH008939 | | 0.7.72.559049 | FOIA-0001022 | FOIA-0001022 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 88 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-01 | Part | MSFOIA_WH008940 | | 0.7.72.562478 | FOIA-0001023 | FOIA-0001023 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-01 | Part | MSFOIA_WH008941 | MSFOIA_WH008942 | 0.7.72.570923 | FOIA-0001024 | FOIA-0001025 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH010426 | | 0.7.72.22769 | FOIA-0001232 | FOIA-0001232 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-02 | Part | MSFOIA_WH009910 | | 0.7.72.53361 | FOIA-0001349 | FOIA-0001349 | | | | | | Comments in the body of internal IRS email among IRS and contractor discussing decisions involved in Microsoft's examination, including strategy regarding Information Document Request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination or the IDRs being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |
| 2017-02 | Part | MSFOIA_WH009909 | | 0.7.72.54209 | FOIA-0001350 | FOIA-0001350 | | | | | | Comments in the body of internal IRS email discussing decisions involved in conducting Microsoft examination, including decisions involved in issuing IDRs | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination or the IDRs being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |
| 2017-02 | Part | MSFOIA_WH009912 | | 0.7.72.84255 | FOIA-0001351 | FOIA-0001351 | | | | | | Password to open a file | (b)(7)(E) | Specific passwords constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal information conducted for law enforcement purposes. |
| 2017-02 | Part | MSFOIA_WH009912 | | 0.7.72.84255 | FOIA-0001351 | FOIA-0001351 | | | | | | Comments in the body of internal IRS email discussing decisions involved in conducting Microsoft examination, including decisions involved in issuing IDRs | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination or the IDRs being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |
| 2017-02 | Part | MSFOIA_WH009807 | MSFOIA_WH009808 | 0.7.72.84329 | FOIA-0001352 | FOIA-0001353 | | | | | | Comments in the body of internal IRS and IRS Chief Counsel email discussing decisions involved in entering a contract for expert services, including details regarding the scope, direction, and strategy of the Microsoft examination which constitute return information of Microsoft, and including the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered, or with respect to plaintiff's examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 89 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH009636 | | 0.7.72.95613 | FOIA-0001354 | FOIA-0001354 | | | | | | Comments in the body of internal IRS and IRS Chief Counsel email discussing decisions involved in scope of engagement of contractor, including details regarding the scope, direction, and strategy of the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being conducted. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2017-02 | Part | MSFOIA_WH010588 | MSFOIA_WH010589 | 0.7.72.107542 | FOIA-0001355 | FOIA-0001356 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving third-party taxpayers, as well as Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010572 | | 0.7.72.134272 | FOIA-0001357 | FOIA-0001357 | | | | | | Comments in body of internal IRS and IRS Chief Counsel email reporting on status of ongoing CSA cases of third-party taxpayers and Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Communication from client agency, the IRS, for the purpose of securing legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010450 | MSFOIA_WH010451 | 0.7.72.194520 | FOIA-0001373 | FOIA-0001374 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010460 | MSFOIA_WH010461 | 0.7.72.194728 | FOIA-0001375 | FOIA-0001376 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010448 | MSFOIA_WH010449 | 0.7.72.194751 | FOIA-0001377 | FOIA-0001378 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010506 | MSFOIA_WH010506 | 0.7.72.196464 | FOIA-0001379 | FOIA-0001379 | | | | | | Comments in the body of internal IRS email discussing decisions involved in scope and course of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 90 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH010458 | MSFOIA_WH010458 | 0.7.72.196750 | FOIA-0001422 | FOIA-0001422 | | | | | | Comments in the body of internal IRS and Chief Counsel email discussing decisions involved in scope and course of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered, or with respect to plaintiff's examination.  Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2017-02 | Part | MSFOIA_WH010458 | MSFOIA_WH010458 | 0.7.72.196750 | FOIA-0001422 | FOIA-0001422 | | | | | | Details about employee's personal commuting plans | (b)(6) and (b)(7)(C) | Privacy interests of private individual outweigh any public interest in this information |
| 2017-02 | Part | MSFOIA_WH010549 | MSFOIA_WH010555 | 0.7.72.197503 | FOIA-0001423 | FOIA-0001433 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010560 | MSFOIA_WH010571 | 0.7.72.197503.1 | FOIA-0001434 | FOIA-0001445 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving third-party taxpayers, as well as Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010501 | | 0.7.72.197671.1 | FOIA-0001447 | FOIA-0001451 | | | | | | Comments in body of email discussing personnel issues | (b)(6) and (b)(7)(C) | Privacy interests of employees in job performance and assignment information outweigh any public interest in this information |
| 2017-02 | Part | MSFOIA_WH010501 | MSFOIA_WH010505 | 0.7.72.197671.1 | FOIA-0001447 | FOIA-0001451 | | | | | | Internal Chief Counsel IRS memorandum reporting on status of ongoing legal matters involving third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters. Includes discussion of treaty matters. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(3)/6105 | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 Disclosure of tax treaty information prohibited from disclosure pursuant to IRC § 6105 |
| 2017-02 | Part | MSFOIA_WH010485 | MSFOIA_WH010488 | 0.7.72.198824.7 | FOIA-0001475 | FOIA-0001478 | | | | | | Comments in body of internal report on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH010487 | | 0.7.72.198824.7 | FOIA-0001475 | FOIA-0001478 | | | | | | Comments in body of internal agency report on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH010459 | MSFOIA_WH010459 | 0.7.72.199080 | FOIA-0001490 | FOIA-0001490 | | | | | | Comments in body of internal IRS and Chief Counsel email discussing ongoing examination of both third-party taxpayer and Microsoft, including discussion of scope, course, and strategy of examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their agency, the IRS. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011496 | MSFOIA_WH011500 | 0.7.72.213324 | FOIA-0001491 | FOIA-0001495 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011496 | MSFOIA_WH011500 | 0.7.72.213324 | FOIA-0001491 | FOIA-0001495 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011741 | | 0.7.72.216013 | FOIA-0001496 | FOIA-0001496 | | | | | | Comments in body of email regarding updates to Tier 1 report, to update tax information related to third-party taxpayer | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011742 | MSFOIA_WH011745 | 0.7.72.216013.1 | FOIA-0001497 | FOIA-0001500 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011744 | | 0.7.72.216013.1 | FOIA-0001497 | FOIA-0001500 | | | | | | Discussion of decisions involved in issuing future potential published guidance | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011743 | MSFOIA_WH011744 | 0.7.72.216013.1 | FOIA-0001497 | FOIA-0001500 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011736 | | 0.7.72.217793 | FOIA-0001501 | FOIA-0001501 | | | | | | Comments in body of email regarding updates to Tier 1 report, to update tax information related to third-party taxpayer | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011737 | MSFOIA_WH011740 | 0.7.72.217793.1 | FOIA-0001502 | FOIA-0001505 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011739 | | 0.7.72.217793.1 | FOIA-0001502 | FOIA-0001505 | | | | | | Discussion of decisions involved in issuing future potential published guidance | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011738 | MSFOIA_WH011739 | 0.7.72.217793.1 | FOIA-0001502 | FOIA-0001505 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 92 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011389 | MSFOIA_WH011392 | 0.7.72.217805 | FOIA-0001506 | FOIA-0001510 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters. Also contains discussion of decisions involved in issuing future potential published guidance | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011379 | | 0.7.72.219934 | FOIA-0001511 | FOIA-0001511 | | | | | | Comments in body of email between IRS and Chief Counsel regarding status of third-party taxpayer tax matter | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH011384 | MSFOIA_WH011387 | 0.7.72.219934.2 | FOIA-0001516 | FOIA-0001519 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011554 | MSFOIA_WH011557 | 0.7.72.220335.1 | FOIA-0001521 | FOIA-0001524 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011555 | MSFOIA_WH011556 | 0.7.72.220335.1 | FOIA-0001521 | FOIA-0001524 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011311 | MSFOIA_WH011315 | 0.7.72.220386.1 | FOIA-0001526 | FOIA-0001530 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011311 | MSFOIA_WH011315 | 0.7.72.220386.1 | FOIA-0001526 | FOIA-0001530 | | | | | | Discussion of decisions involved in issuing future potential published guidance, and discussion of potential guidance as it relates to ongoing examinations related to Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |
| 2017-02 | Part | MSFOIA_WH011491 | | 0.7.72.221387 | FOIA-0001531 | FOIA-0001531 | | | | | | Comments in body of internal IRS and Chief Counsel email reporting on status of Microsoft examination, including discussion of scope, direction, and strategy of ongoing examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 93 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011545 | MSFOIA_WH011548 | 0.7.72.221573.1 | FOIA-0001533 | FOIA-0001536 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011547 | MSFOIA_WH011548 | 0.7.72.221573.1 | FOIA-0001533 | FOIA-0001536 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on guidance provided for conducting examinations and methods for examination | (b)(3)/6103(e)(7); (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011354 | MSFOIA_WH011358 | 0.7.72.222482.1 | FOIA-0001538 | FOIA-0001542 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011355 | MSFOIA_WH011356 | 0.7.72.222482.1 | FOIA-0001538 | FOIA-0001542 | | | | | | Discussion of decisions involved in issuing future potential published guidance, and discussion of potential guidance as it relates to ongoing examinations related to Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |
| 2017-02 | Part | MSFOIA_WH011502 | MSFOIA_WH011506 | 0.7.72.222813.1 | FOIA-0001544 | FOIA-0001548 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; and discussion of guidance as it relates to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011458 | MSFOIA_WH011462 | 0.7.72.225929 | FOIA-0001549 | FOIA-0001554 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011687 | MSFOIA_WH011690 | 0.7.72.226008.1 | FOIA-0001556 | FOIA-0001559 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011334 | MSFOIA_WH011338 | 0.7.72.226039 | FOIA-0001560 | FOIA-0001564 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011395 | MSFOIA_WH011398 | 0.7.72.226617.1 | FOIA-0001566 | FOIA-0001570 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011316 | | 0.7.72.229758 | FOIA-0001571 | FOIA-0001571 | | | | | | Comments in body of email between IRS and Chief Counsel regarding status of third-party taxpayer tax matter | (b)(3)/6103(a) | Names of third party taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH011320 | MSFOIA_WH011324 | 0.7.72.229758.2 | FOIA-0001575 | FOIA-0001579 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011492 | MSFOIA_WH011493 | 0.7.72.229841 | FOIA-0001580 | FOIA-0001581 | | | | | | Comments in body of internal IRS and Chief Counsel email regarding developing legal strategy for ongoing legal matters | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Drafted by a Chief Counsel attorney in response to a request for confidential legal advice. Drafted, reviewed, and edited by Chief Counsel attorneys with the assumption that Microsoft was highly likely to litigate the issues addressed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011470 | MSFOIA_WH011475 | 0.7.72.229851 | FOIA-0001582 | FOIA-0001587 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 95 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011368 | MSFOIA_WH011372 | 0.7.72.231093 | FOIA-0001588 | FOIA-0001592 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011299 | MSFOIA_WH011303 | 0.7.72.232874 | FOIA-0001593 | FOIA-0001597 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011840 | MSFOIA_WH011843 | 0.7.72.232989.1 | FOIA-0001599 | FOIA-0001602 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011374 | MSFOIA_WH11378 | 0.7.72.233025.1 | FOIA-0001604 | FOIA-0001608 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both thirds-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011632 | MSFOIA_WH011634 | 0.7.72.233256 | FOIA-0001609 | FOIA-0001611 | | | | | | Comments in body of internal IRS and Chief Counsel email discussing strategy for conducting examinations involving third-party taxpayers | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Names of third party taxpayers and those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects upon the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. |
| 2017-02 | Part | MSFOIA_WH011632 | | 0.7.72.233256 | FOIA-0001609 | FOIA-0001611 | | | | | | Telephone number of IRS employee | (b)(6) and (b)(7)(C) | Privacy interests of private individual outweigh any public interest in this information |
| 2017-02 | Part | MSFOIA_WH011727 | MSFOIA_WH011730 | 0.7.72.233841 | FOIA-0001659 | FOIA-0001662 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 96 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011305 | MSFOIA_WH011308 | 0.7.72.234771.1 | FOIA-0001664 | FOIA-0001668 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011682 | MSFOIA_WH011685 | 0.7.72.235890 | FOIA-0001703 | FOIA-0001706 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011746 | | 0.7.72.235898 | FOIA-0001707 | FOIA-0001707 | | | | | | Comments in body of internal IRS and IRS Chief Counsel email reporting on status of ongoing CSA cases of third-party taxpayers and Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Communication from client agency, the IRS, for the purpose of securing legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103 |
| 2017-02 | Part | MSFOIA_WH011426 | MSFOIA_WH011430 | 0.7.72.236001.1 | FOIA-0001724 | FOIA-0001728 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |
| 2017-02 | Part | MSFOIA_WH011463 | | 0.7.72.236740 | FOIA-0001729 | FOIA-0001729 | | | | | | Personal detail about employee's life | (b)(6) and (b)(7)(C) | Privacy interest in personal information about employee's life is not outweighed by public interest in this information |
| 2017-02 | Part | MSFOIA_WH011465 | MSFOIA_WH011469 | 0.7.72.236740.1 | FOIA-0001730 | FOIA-0001735 | | | | | | Comments in body of internal IRS and Chief Counsel memorandum reporting on status of ongoing legal matters involving both third-party taxpayers and Microsoft, including discussion of scope, direction, and strategy of ongoing legal matters; discussion of potential future guidance related to ongoing examinations; discussion of guidance with respect to ongoing Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011477 | MSFOIA_WH011482 | 0.7.72.237017.1 | FOIA-0001737 | FOIA-0001742 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011420 | MSFOIA_WH011424 | 0.7.72.237781 | FOIA-0001743 | FOIA-0001747 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011339 | MSFOIA_WH011342 | 0.7.72.237859 | FOIA-0001748 | FOIA-0001751 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011359 | MSFOIA_WH011362 | 0.7.72.238105 | FOIA-0001752 | FOIA-0001755 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011325 | | 0.7.72.238126 | FOIA-0001756 | FOIA-0001756 | | | | | | Taxpayer name | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH011329 | MSFOIA_WH011333 | 0.7.72.238126.2 | FOIA-0001760 | FOIA-0001764 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011732 | MSFOIA_WH011733 | 0.7.72.240195.1 | FOIA-0001766 | FOIA-0001769 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011835 | MSFOIA_WH011838 | 0.7.72.243109 | FOIA-0001770 | FOIA-0001773 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011592 | MSFOIA_WH011595 | 0.7.72.244818 | FOIA-0001774 | FOIA-0001777 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011431 | | 0.7.72.245549 | FOIA-0001778 | FOIA-0001780 | | | | | | Taxpayer name | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH011435 | MSFOIA_WH011438 | 0.7.72.245549.1 | FOIA-0001781 | FOIA-0001785 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011348 | MSFOIA_WH011352 | 0.7.72.245758 | FOIA-0001794 | FOIA-0001798 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 99 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011549 | MSFOIA_WH011552 | 0.7.72.245789 | FOIA-0001799 | FOIA-0001802 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011344 | MSFOIA_WH011347 | 0.7.72.249243.1 | FOIA-0001814 | FOIA-0001817 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011597 | MSFOIA_WH011600 | 0.7.72.249428.1 | FOIA-0001819 | FOIA-0001822 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011540 | MSFOIA_WH011543 | 0.7.72.249958 | FOIA-0001823 | FOIA-0001826 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011483 | | 0.7.72.251217 | FOIA-0001827 | FOIA-0001827 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-02 | Part | MSFOIA_WH011485 | MSFOIA_WH011490 | 0.7.72.251217.1.1 | FOIA-0001829 | FOIA-0001834 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting pending agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 100 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011364 | MSFOIA_WH011367 | 0.7.72.253387.1 | FOIA-0001836 | FOIA-0001839 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting pending agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011217 | MSFOIA_WH011236 | 0.7.72.253881.2 | FOIA-0001856 | FOIA-0001875 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011238 | MSFOIA_WH011257 | 0.7.72.254999.1 | FOIA-0001877 | FOIA-0001896 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011273 | MSFOIA_WH011276 | 0.7.72.254999.3 | FOIA-0001912 | FOIA-0001916 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting pending agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012020 | MSFOIA_WH012021 | 0.7.72.263945 | FOIA-0001917 | FOIA-0001918 | | | | | | Discussion of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 101 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH012384 | | 0.7.72.263952 | FOIA-0001919 | FOIA-0001919 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012017 | | 0.7.72.263996 | FOIA-0001920 | FOIA-0001920 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH012385 | | 0.7.72.264024 | FOIA-0001921 | FOIA-0001921 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-02 | Part | MSFOIA_WH011848 | | 0.7.72.264038 | FOIA-0001922 | FOIA-0001922 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011894 | | 0.7.72.264162 | FOIA-0001923 | FOIA-0001923 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012018 | | 0.7.72.264340 | FOIA-0001924 | FOIA-0001924 | | | | | | Details about employee's personal travel plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel is not outweighed by any public interest in this information |
| 2017-02 | Part | MSFOIA_WH012390 | MSFOIA_WH012391 | 0.7.72.264856 | FOIA-0001925 | FOIA-0001926 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 102 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011890 | MSFOIA_WH011893 | 0.7.72.264919 | FOIA-0001927 | FOIA-0001930 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012387 | | 0.7.72.265037 | FOIA-0001931 | FOIA-0001931 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH012007 | | 0.7.72.265325 | FOIA-0001932 | FOIA-0001932 | | | | | | Information about examination of taxpayer other than Microsoft, and discussion of decisions involved in that enforcement effort. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-02 | Part | MSFOIA_WH011859 | MSFOIA_WH011862 | 0.7.72.265468 | FOIA-0001933 | FOIA-0001936 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011917 | | 0.7.72.265774 | FOIA-0001937 | FOIA-0001937 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012386 | | 0.7.72.265976 | FOIA-0001938 | FOIA-0001938 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 103 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011895 | | 0.7.72.266065 | FOIA-0001939 | FOIA-0001939 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011978 | | 0.7.72.266163 | FOIA-0001940 | FOIA-0001940 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-02 | Part | MSFOIA_WH011844 | MSFOIA_WH011847 | 0.7.72.266266 | FOIA-0001941 | FOIA-0001944 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-02 | Part | MSFOIA_WH012022 | | 0.7.72.266275 | FOIA-0001945 | FOIA-0001945 | | | | | | Topic of an issue being discussed with attorneys as part of decisions involved in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH012388 | MSFOIA_WH012389 | 0.7.72.266304 | FOIA-0001947 | FOIA-0001948 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH011993 | | 0.7.72.266340 | FOIA-0001949 | FOIA-0001949 | | | | | | Information about examination of taxpayer other than Microsoft, and discussion of decisions involved in that enforcement effort. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-02 | Part | MSFOIA_WH012383 | | 0.7.72.266894 | FOIA-0001950 | FOIA-0001950 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH011864 | MSFOIA_WH011867 | 0.7.72.267223.1 | FOIA-0001952 | FOIA-0001955 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance and legal advice, and pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012019 | | 0.7.72.267280 | FOIA-0001956 | FOIA-0001956 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012392 | MSFOIA_WH012393 | 0.7.72.276842 | FOIA-0001957 | FOIA-0001959 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012594 | | 0.7.72.363492 | FOIA-0001961 | FOIA-0001961 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012602 | | 0.7.72.363847 | FOIA-0001962 | FOIA-0001962 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH012929 | | 0.7.72.370690 | FOIA-0001963 | FOIA-0001963 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH012573 | | 0.7.72.377505 | FOIA-0001964 | FOIA-0001964 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 105 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH012595 | MSFOIA_WH012596 | 0.7.72.380376 | FOIA-0001985 | FOIA-0001986 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH012597 | | 0.7.72.385200 | FOIA-0001987 | FOIA-0001987 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH010970 | | 0.7.72.394246 | FOIA-0001992 | FOIA-0001992 | | | | | | Topic of an issue being discussed as part of decisions involved in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH010714 | | 0.7.72.403181 | FOIA-0001999 | FOIA-0001999 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH010980 | MSFOIA_WH010981 | 0.7.72.404102 | FOIA-0002001 | FOIA-0002002 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH010981 | | 0.7.72.404102 | FOIA-0002001 | FOIA-0002002 | | | | | | Details about employee's personal leave | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-02 | Part | MSFOIA_WH010614 | | 0.7.72.404659 | FOIA-0002003 | FOIA-0002003 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH010977 | MSFOIA_WH010978 | 0.7.72.407219 | FOIA-0002103 | FOIA-0002104 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH010978 | | 0.7.72.407219 | FOIA-0002103 | FOIA-0002104 | | | | | | Details about employee's personal leave | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 106 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH010721 | MSFOIA_WH010722 | 0.7.72.409136.1 | FOIA-0002107 | FOIA-0002108 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH013679 | MSFOIA_WH013680 | 0.7.72.432298 | FOIA-0002109 | FOIA-0002110 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013671 | MSFOIA_WH013672 | 0.7.72.432445 | FOIA-0002111 | FOIA-0002112 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013395 | MSFOIA_WH013399 | 0.7.72.432484 | FOIA-0002113 | FOIA-0002117 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013374 | MSFOIA_WH013377 | 0.7.72.433642.6 | FOIA-0002135 | FOIA-0002138 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013766 | MSFOIA_WH013770 | 0.7.72.434439.1 | FOIA-0002153 | FOIA-0002157 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 107 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013766 | | 0.7.72.434439.1 | FOIA-0002153 | FOIA-0002157 | | | | | | Details about individuals being considered for potential internships or employment, and details about employee's leave plans. | (b)(6) and (b)(7)(C) | Privacy interests of individuals in information related to leave plans and factors considered during application for employment are not outweighed by any public interest in this information |
| 2017-02 | Part | MSFOIA_WH013504 | MSFOIA_WH013508 | 0.7.72.436762 | FOIA-0002158 | FOIA-0002162 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013728 | MSFOIA_WH013731 | 0.7.72.437654.2 | FOIA-0002168 | FOIA-0002171 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013675 | MSFOIA_WH013676 | 0.7.72.437848 | FOIA-0002201 | FOIA-0002202 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013488 | | 0.7.72.437997 | FOIA-0002203 | FOIA-0002205 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013492 | MSFOIA_WH013495 | 0.7.72.437997.1 | FOIA-0002206 | FOIA-0002210 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 108 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013316 | MSFOIA_WH013319 | 0.7.72.439216.7 | FOIA-0002238 | FOIA-0002241 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013803 | MSFOIA_WH013806 | 0.7.72.439415.3 | FOIA-0002261 | FOIA-0002264 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013213 | MSFOIA_WH013248 | 0.7.72.440999 | FOIA-0002280 | FOIA-0002316 | | | | | | Names of, and information about enforcement activity involving, taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the potential tax liability and examinations of taxpayers who are not Microsoft constitute return information statutorily protected from disclosure by IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH013224 | | 0.7.72.440999 | FOIA-0002280 | FOIA-0002316 | | | | | | Description of activity undertaken to facilitate decisions being made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013239 | MSFOIA_WH013240 | 0.7.72.440999 | FOIA-0002280 | FOIA-0002316 | | | | | | Details about individuals work performance, individuals being considered for employment, and employees being  transferred or promoted to new positions | (b)(6) and (b)(7)(C) | Individuals' privacy interests in information related to their job performance or consideration for various positions are not outweighed by any public interest in this information |
| 2017-02 | Part | MSFOIA_WH013391 | MSFOIA_WH013394 | 0.7.72.443136 | FOIA-0002317 | FOIA-0002320 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013625 | MSFOIA_WH013628 | 0.7.72.443259.1 | FOIA-0002322 | FOIA-0002325 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 109 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013410 | MSFOIA_WH013414 | 0.7.72.443463.4 | FOIA-0002336 | FOIA-0002340 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013432 | MSFOIA_WH013435 | 0.7.72.443966 | FOIA-0002357 | FOIA-0002361 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013472 | | 0.7.72.444071 | FOIA-0002362 | FOIA-0002364 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013476 | MSFOIA_WH013479 | 0.7.72.444071.1 | FOIA-0002365 | FOIA-0002369 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013673 | MSFOIA_WH013674 | 0.7.72.444095 | FOIA-0002378 | FOIA-0002379 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013254 | MSFOIA_WH013257 | 0.7.72.444755 | FOIA-0002380 | FOIA-0002384 | | | | | | Names of, and information about enforcement activity involving, taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the potential tax liability and examinations of taxpayers who are not Microsoft constitute return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 110 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013200 | MSFOIA_WH013203 | 0.7.72.446257.7 | FOIA-0002402 | FOIA-0002405 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013177 | MSFOIA_WH013178 | 0.7.72.447673 | FOIA-0002415 | FOIA-0002416 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013790 | MSFOIA_WH013793 | 0.7.72.448820 | FOIA-0002417 | FOIA-0002420 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013258 | MSFOIA_WH013261 | 0.7.72.450466 | FOIA-0002421 | FOIA-0002424 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013262 | | 0.7.72.451230 | FOIA-0002425 | FOIA-0002425 | | | | | | Information about investigation(s) into issues of taxpayer(s) other than Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-02 | Part | MSFOIA_WH013281 | MSFOIA_WH013284 | 0.7.72.451230.7 | FOIA-0002444 | FOIA-0002447 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 111 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013570 | MSFOIA_WH013574 | 0.7.72.453339.7 | FOIA-0002477 | FOIA-0002482 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013717 | MSFOIA_WH013720 | 0.7.72.453448.9 | FOIA-0002524 | FOIA-0002527 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013619 | MSFOIA_WH013623 | 0.7.72.454540.11 | FOIA-0002563 | FOIA-0002567 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013543 | MSFOIA_WH013547 | 0.7.72.455215 | FOIA-0002568 | FOIA-0002573 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013681 | MSFOIA_WH013684 | 0.7.72.455907 | FOIA-0002574 | FOIA-0002577 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 112 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013677 | MSFOIA_WH013678 | 0.7.72.457318 | FOIA-0002578 | FOIA-0002579 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013468 | MSFOIA_WH013471 | 0.7.72.457538.11 | FOIA-0002611 | FOIA-0002615 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013531 | MSFOIA_WH013534 | 0.7.72.458112.7 | FOIA-0002637 | FOIA-0002641 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013251 | MSFOIA_WH013252 | 0.7.72.458164.1 | FOIA-0002650 | FOIA-0002651 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013822 | MSFOIA_WH013825 | 0.7.72.459660 | FOIA-0002652 | FOIA-0002655 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013174 | | 0.7.72.463166 | FOIA-0002656 | FOIA-0002656 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 113 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013175 | MSFOIA_WH013176 | 0.7.72.463166.1 | FOIA-0002657 | FOIA-0002658 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013179 | MSFOIA_WH013182 | 0.7.72.465595 | FOIA-0002659 | FOIA-0002662 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013629 | MSFOIA_WH013632 | 0.7.72.466166 | FOIA-0002663 | FOIA-0002666 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013293 | MSFOIA_WH013296 | 0.7.72.473583 | FOIA-0002667 | FOIA-0002670 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013656 | MSFOIA_WH013659 | 0.7.72.477123.7 | FOIA-0002694 | FOIA-0002697 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013833 | | 0.7.72.489559 | FOIA-0002708 | FOIA-0002708 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013826 | | 0.7.72.492174 | FOIA-0002709 | FOIA-0002709 | | | | | | Personal details about agency employee | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal life is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 114 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH013827 | MSFOIA_WH013832 | 0.7.72.492174.1 | FOIA-0002710 | FOIA-0002715 | | | | | | Discussions of issues and decisions involved in the Microsoft examination; and issues and decisions involved in drafting agency guidance, and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013834 | MSFOIA_WH013835 | 0.7.72.493924 | FOIA-0002716 | FOIA-0002717 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013836 | MSFOIA_WH013837 | 0.7.72.507245 | FOIA-0002718 | FOIA-0002719 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH013981 | | 0.7.72.563329 | FOIA-0002720 | FOIA-0002720 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH016106 | | 0.7.72.568024 | FOIA-0002725 | FOIA-0002725 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH016104 | MSFOIA_WH016105 | 0.7.72.568864 | FOIA-0002768 | FOIA-0002769 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-02 | Part | MSFOIA_WH016102 | MSFOIA_WH016103 | 0.7.72.569916 | FOIA-0002770 | FOIA-0002771 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 115 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Part | MSFOIA_WH016149 | | 0.7.72.569980 | FOIA-0002772 | FOIA-0002772 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH016100 | | 0.7.72.574628 | FOIA-0002773 | FOIA-0002774 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH015272 | | 0.7.72.575870 | FOIA-0002775 | FOIA-0002775 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-02 | Part | MSFOIA_WH016220 | | 0.7.72.584772 | FOIA-0002776 | FOIA-0002776 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-02 | Part | MSFOIA_WH016220 | | 0.7.72.584772 | FOIA-0002776 | FOIA-0002776 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-02 | Full | MSFOIA_WH010129 | MSFOIA_WH010237 | 0.7.72.22766.1 | FOIA-0001030 | FOIA-0001138 | | | | Not indicated on document | Not indicated on document | Draft internal IRS training PowerPoint presentation from April 6, 2010 entitled "LMSB-CTM Transfer of Intangibles Offshore Cost Sharing Buy-in". | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents were withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist Counsel and Exam personnel, including executives, who are involved with and/or oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making determinations as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 116 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Full | MSFOIA_WH010239 | MSFOIA_WH010330 | 0.7.72.22767.1 | FOIA-0001140 | FOIA-0001231 | | | | Not indicated on document | Not indicated on document | Draft internal IRS training PowerPoint presentation from April 6, 2010 entitled "LMSB-CTM Transfer of Intangibles Offshore Cost Sharing Buy-in". | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist Counsel and Exam personnel, including executives, who are involved with and/or oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making determinations as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH010427 | MSFOIA_WH010447 | 0.7.72.22769.1 | FOIA-0001233 | FOIA-0001253 | | | | Not indicated on document | Not indicated on document | An internal spreadsheet of open cost-sharing cases, annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH010334 | MSFOIA_WH010335 | 0.7.72.22770.2 | FOIA-0001257 | FOIA-0001258 | | | | Not indicated on document | Not indicated on document | A draft of training material including LMSB "Questions for Discussion" involved with examining cost sharing buy-in transactions. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH010336 | MSFOIA_WH010425 | 0.7.72.22770.3 | FOIA-0001259 | FOIA-0001348 | | | | Not indicated on document | Not indicated on document | Draft internal IRS training PowerPoint presentation from April 6, 2010 entitled "LMSB-CTM Transfer of Intangibles Offshore Cost Sharing Buy-in". | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist Counsel and Exam personnel, including executives, who are involved with and/or oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making determinations as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Full | MSFOIA_WH011439 | MSFOIA_WH011444 | 0.7.72.245549.3 | FOIA-0001786 | FOIA-0001791 | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH011445 | MSFOIA_WH011446 | 0.7.72.245549.4 | FOIA-0001792 | FOIA-0001793 | Draft notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2009 | Not indicated on document | Not indicated on document | Draft talking points concerning a specific third party case then in litigation prepared by Counsel for the Deputy Commissioner as he prepared to give a speech. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The documents being withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making preparing remarks as to the current status of a litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH011202 | MSFOIA_WH011216 | 0.7.72.253881.1 | FOIA-0001841 | FOIA-0001855 | | | | Not indicated on document | Not indicated on document | Internal monthly report, specific to particular types of transactions, discussing significant developments, litigations, or other note worthy changes affecting the IRS's treatment of the transaction. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 118 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Full | MSFOIA_WH011258 | MSFOIA_WH011272 | 0.7.72.254999.2 | FOIA-0001897 | FOIA-0001911 | | | | Not indicated on document | Not indicated on document | An internal report listing inventory for cases involving cost sharing buy-in issues. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | Internal monthly report, specific to particular types of transactions, discussing significant developments, litigations, or other note worthy changes affecting the IRS's treatment of the transaction. The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH010975 | MSFOIA_WH010976 | 0.7.72.398040.1 | FOIA-0001997 | FOIA-0001998 | Spreadsheet | Multiple case status report | 8/1/2010 | Paul Weibel | | Case status report from a specific Exam employee. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | An internal report tracking the inventory of open Exam cases reflecting the then current status of numerous audits, including plaintiffs, with issues identified and information regarding potential for tax and penalties. The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 119 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-02 | Full | MSFOIA_WH013502 | MSFOIA_WH013503 | 0.7.72.437997.3 | FOIA-0002211 | FOIA-0002216 | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.  The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-02 | Full | MSFOIA_WH013486 | MSFOIA_WH013487 | 0.7.72.444071.3 | FOIA-0002370 | FOIA-0002375 | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.  The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-03 | Part | MSFOIA_WH017187 | MSFOIA_WH017189 | 0.7.72.82208 | FOIA-0002811 | FOIA-0002813 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 120 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017244 | | 0.7.72.96245 | FOIA-0002873 | FOIA-0002873 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017245 | | 0.7.72.82426 | FOIA-0002840 | FOIA-0002840 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017247 | | 0.7.72.82394 | FOIA-0002838 | FOIA-0002839 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017258 | | 0.7.72.82392 | FOIA-0002836 | FOIA-0002837 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017330 | MSFOIA_WH017333 | 0.7.72.95084 | FOIA-0002844 | FOIA-0002847 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017387 | | 0.7.72.95817 | FOIA-0002861 | FOIA-0002862 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017394 | | 0.7.72.95130 | FOIA-0002848 | FOIA-0002848 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017457 | | 0.7.72.95602 | FOIA-0002851 | FOIA-0002852 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017459 | MSFOIA_WH017460 | 0.7.72.96109 | FOIA-0002868 | FOIA-0002869 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017461 | MSFOIA_WH017463 | 0.7.72.96080 | FOIA-0002865 | FOIA-0002867 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017515 | MSFOIA_WH017516 | 0.7.72.95665 | FOIA-0002853 | FOIA-0002855 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017518 | | 0.7.72.95806 | FOIA-0002860 | FOIA-0002860 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017519 | MSFOIA_WH017520 | 0.7.72.96197 | FOIA-0002870 | FOIA-0002872 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017519 | | 0.7.72.96197 | FOIA-0002870 | FOIA-0002872 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017525 | MSFOIA_WH017526 | 0.7.72.96294 | FOIA-0002876 | FOIA-0002878 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated from attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017528 | MSFOIA_WH017529 | 0.7.72.95395 | FOIA-0002849 | FOIA-0002850 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 122 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017533 | | 0.7.72.84365 | FOIA-0002843 | FOIA-0002843 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017534 | MSFOIA_WH017536 | 0.7.72.95682 | FOIA-0002856 | FOIA-0002858 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017534 | | 0.7.72.95682 | FOIA-0002856 | FOIA-0002858 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017540 | | 0.7.72.95968 | FOIA-0002863 | FOIA-0002863 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017547 | | 0.7.72.81869 | FOIA-0002808 | FOIA-0002809 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017551 | MSFOIA_WH017552 | 0.7.72.84149 | FOIA-0002841 | FOIA-0002842 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017554 | | 0.7.72.96289 | FOIA-0002874 | FOIA-0002875 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017646 | MSFOIA_WH017649 | 0.7.72.82350 | FOIA-0002820 | FOIA-0002825 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017652 | MSFOIA_WH017655 | 0.7.72.82354 | FOIA-0002828 | FOIA-0002833 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 123 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017658 | MSFOIA_WH017660 | 0.7.72.82332 | FOIA-0002816 | FOIA-0002819 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017662 | | 0.7.72.82323 | FOIA-0002814 | FOIA-0002815 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017707 | | 0.7.72.23760 | FOIA-0002803 | FOIA-0002804 | | | | | | Description of a request for legal advice from agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Describes a request for advice from agency attorney. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-03 | Part | MSFOIA_WH017709 | MSFOIA_WH017713 | 0.7.72.22197 | FOIA-0002784 | FOIA-0002788 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-03 | Part | MSFOIA_WH017709 | | 0.7.72.22197 | FOIA-0002784 | FOIA-0002788 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017714 | | 0.7.72.22203 | FOIA-0002789 | FOIA-0002794 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-03 | Part | MSFOIA_WH017714 | | 0.7.72.22203 | FOIA-0002789 | FOIA-0002794 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017715 | | 0.7.72.22203 | FOIA-0002789 | FOIA-0002794 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017734 | MSFOIA_WH017737 | 0.7.72.22765.3 | FOIA-0002798 | FOIA-0002801 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 124 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017745 | | 0.7.72.52142 | FOIA-0002807 | FOIA-0002807 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017750 | | 0.7.72.52101 | FOIA-0002805 | FOIA-0002805 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017758 | | 0.7.72.194683 | FOIA-0003024 | FOIA-0003024 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017759 | MSFOIA_WH017760 | 0.7.72.199048 | FOIA-0003037 | FOIA-0003038 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017761 | | 0.7.72.197803 | FOIA-0003036 | FOIA-0003036 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017763 | MSFOIA_WH017772 | 0.7.72.195184.1 | FOIA-0003026 | FOIA-0003035 | | | | | | Information about various examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being produced. |
| 2017-03 | Part | MSFOIA_WH017769 | MSFOIA_WH017770 | 0.7.72.195184.1 | FOIA-0003026 | FOIA-0003035 | | | | | | Description of training attended by employees | (b)(6) and (b)(7)(C) | Individuals' privacy interests in information related to their job training opportunities are not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017773 | MSFOIA_WH017774 | 0.7.72.145642 | FOIA-0002943 | FOIA-0002944 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 125 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017775 | MSFOIA_WH017776 | 0.7.72.145453 | FOIA-0002940 | FOIA-0002942 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017778 | MSFOIA_WH017780 | 0.7.72.133404 | FOIA-0002885 | FOIA-0002887 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017781 | MSFOIA_WH017783 | 0.7.72.165307 | FOIA-0002957 | FOIA-0002959 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017784 | MSFOIA_WH017787 | 0.7.72.181732 | FOIA-0003007 | FOIA-0003010 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017788 | MSFOIA_WH017790 | 0.7.72.154562 | FOIA-0002946 | FOIA-0002948 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017791 | MSFOIA_WH017793 | 0.7.72.157090 | FOIA-0002949 | FOIA-0002951 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017794 | MSFOIA_WH017797 | 0.7.72.139015 | FOIA-0002893 | FOIA-0002896 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017798 | MSFOIA_WH017802 | 0.7.72.136733 | FOIA-0002888 | FOIA-0002892 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017798 | | 0.7.72.136733 | FOIA-0002888 | FOIA-0002892 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 126 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017803 | MSFOIA_WH017807 | 0.7.72.172705 | FOIA-0002967 | FOIA-0002971 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017803 | | 0.7.72.172705 | FOIA-0002967 | FOIA-0002971 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017808 | MSFOIA_WH017812 | 0.7.72.140088 | FOIA-0002897 | FOIA-0002901 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017808 | | 0.7.72.140088 | FOIA-0002897 | FOIA-0002901 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017813 | MSFOIA_WH017817 | 0.7.72.160254 | FOIA-0002952 | FOIA-0002956 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017813 | | 0.7.72.160254 | FOIA-0002952 | FOIA-0002956 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017818 | MSFOIA_WH017822 | 0.7.72.176856 | FOIA-0002979 | FOIA-0002984 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017819 | | 0.7.72.176856 | FOIA-0002979 | FOIA-0002984 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017824 | MSFOIA_WH017828 | 0.7.72.189750 | FOIA-0003016 | FOIA-0003020 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017825 | | 0.7.72.189750 | FOIA-0003016 | FOIA-0003020 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017829 | MSFOIA_WH017834 | 0.7.72.140641 | FOIA-0002910 | FOIA-0002915 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017830 | | 0.7.72.140641 | FOIA-0002910 | FOIA-0002915 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017835 | MSFOIA_WH017840 | 0.7.72.131330 | FOIA-0002879 | FOIA-0002884 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017836 | | 0.7.72.131330 | FOIA-0002879 | FOIA-0002884 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 127 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017841 | | 0.7.72.178473 | FOIA-0002991 | FOIA-0002996 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017841 | MSFOIA_WH017845 | 0.7.72.178473 | FOIA-0002991 | FOIA-0002996 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017842 | | 0.7.72.178473 | FOIA-0002991 | FOIA-0002996 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017847 | | 0.7.72.144395 | FOIA-0002931 | FOIA-0002936 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017847 | MSFOIA_WH017852 | 0.7.72.144395 | FOIA-0002931 | FOIA-0002936 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017848 | | 0.7.72.144395 | FOIA-0002931 | FOIA-0002936 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017853 | MSFOIA_WH017858 | 0.7.72.176883 | FOIA-0002985 | FOIA-0002990 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017853 | | 0.7.72.176883 | FOIA-0002985 | FOIA-0002990 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017854 | | 0.7.72.176883 | FOIA-0002985 | FOIA-0002990 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017860 | MSFOIA_WH017865 | 0.7.72.167403 | FOIA-0002960 | FOIA-0002966 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017860 | | 0.7.72.167403 | FOIA-0002960 | FOIA-0002966 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017861 | | 0.7.72.167403 | FOIA-0002960 | FOIA-0002966 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017867 | MSFOIA_WH017872 | 0.7.72.144083 | FOIA-0002924 | FOIA-0002930 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017867 | | 0.7.72.144083 | FOIA-0002924 | FOIA-0002930 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017868 | | 0.7.72.144083 | FOIA-0002924 | FOIA-0002930 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017874 | MSFOIA_WH017879 | 0.7.72.178719 | FOIA-0002997 | FOIA-0003003 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017874 | | 0.7.72.178719 | FOIA-0002997 | FOIA-0003003 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017875 | | 0.7.72.178719 | FOIA-0002997 | FOIA-0003003 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017880 | MSFOIA_WH017881 | 0.7.72.182413 | FOIA-0003011 | FOIA-0003015 | | | | | | Details about employee's personal leave plans and medical issues | (b)(6) and (b)(7)(C) | Agency employee's privacy interests in information about personal leave and medical issues are not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017880 | MSFOIA_WH017884 | 0.7.72.182413 | FOIA-0003011 | FOIA-0003015 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017880 | | 0.7.72.182413 | FOIA-0003011 | FOIA-0003015 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017887 | MSFOIA_WH017892 | 0.7.72.140444 | FOIA-0002902 | FOIA-0002909 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017887 | | 0.7.72.140444 | FOIA-0002902 | FOIA-0002909 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017888 | | 0.7.72.140444 | FOIA-0002902 | FOIA-0002909 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017895 | MSFOIA_WH017900 | 0.7.72.141616 | FOIA-0002916 | FOIA-0002923 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017895 | | 0.7.72.141616 | FOIA-0002916 | FOIA-0002923 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH017895 | MSFOIA_WH017896 | 0.7.72.141616 | FOIA-0002916 | FOIA-0002923 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017901 | | 0.7.72.173345 | FOIA-0002972 | FOIA-0002978 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017902 | MSFOIA_WH017907 | 0.7.72.173345 | FOIA-0002972 | FOIA-0002978 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017902 | | 0.7.72.173345 | FOIA-0002972 | FOIA-0002978 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017904 | | 0.7.72.173345 | FOIA-0002972 | FOIA-0002978 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH017911 | | 0.7.72.144568 | FOIA-0002937 | FOIA-0002939 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH017911 | | 0.7.72.144568 | FOIA-0002937 | FOIA-0002939 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH017918 | | 0.7.72.147795 | FOIA-0002945 | FOIA-0002945 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH017935 | | 0.7.72.404851 | FOIA-0003507 | FOIA-0003507 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018035 | | 0.7.72.401792 | FOIA-0003481 | FOIA-0003481 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018075 | | 0.7.72.392166 | FOIA-0003413 | FOIA-0003413 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 130 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018077 | | 0.7.72.398014 | FOIA-0003467 | FOIA-0003467 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018209 | | 0.7.72.402085 | FOIA-0003483 | FOIA-0003483 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018249 | | 0.7.72.403834 | FOIA-0003496 | FOIA-0003496 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018250 | MSFOIA_WH018251 | 0.7.72.403834.1 | FOIA-0003497 | FOIA-0003499 | | | | | | Description of topics being discussed and investigated in order to arrive at decisions with respect to the Microsoft examination, and a dollar amount indicating the scope and direction of exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018263 | | 0.7.72.399981 | FOIA-0003475 | FOIA-0003476 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018276 | | 0.7.72.393749 | FOIA-0003421 | FOIA-0003421 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018277 | | 0.7.72.393749.1 | FOIA-0003422 | FOIA-0003422 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018278 | | 0.7.72.393749.2 | FOIA-0003423 | FOIA-0003423 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018279 | | 0.7.72.393749.3 | FOIA-0003424 | FOIA-0003424 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018280 | | 0.7.72.402299 | FOIA-0003485 | FOIA-0003485 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018281 | | 0.7.72.402299.1 | FOIA-0003486 | FOIA-0003486 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018282 | | 0.7.72.402299.2 | FOIA-0003487 | FOIA-0003487 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018283 | | 0.7.72.402299.3 | FOIA-0003488 | FOIA-0003488 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018284 | | 0.7.72.397367 | FOIA-0003458 | FOIA-0003458 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and discussion regarding other decisions involved in the exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018285 | | 0.7.72.397367.1 | FOIA-0003459 | FOIA-0003459 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018286 | | 0.7.72.397367.2 | FOIA-0003460 | FOIA-0003460 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018287 | | 0.7.72.397367.3 | FOIA-0003461 | FOIA-0003461 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018288 | | 0.7.72.394435 | FOIA-0003428 | FOIA-0003428 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and discussion regarding other decisions involved in the exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018289 | | 0.7.72.394435.1 | FOIA-0003429 | FOIA-0003429 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018290 | | 0.7.72.394435.2 | FOIA-0003430 | FOIA-0003430 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018291 | | 0.7.72.394435.3 | FOIA-0003431 | FOIA-0003431 | | | | | | Description of legal advice requested from agency attorneys, related to specific issues being investigated in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018292 | | 0.7.72.392358 | FOIA-0003415 | FOIA-0003415 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 133 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018293 | | 0.7.72.392358.1 | FOIA-0003416 | FOIA-0003417 | | | | | | Legal advice provided by agency attorney regarding how to investigate certain issues in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018309 | | 0.7.72.392101 | FOIA-0003409 | FOIA-0003410 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018326 | | 0.7.72.396821 | FOIA-0003447 | FOIA-0003447 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018357 | MSFOIA_WH018358 | 0.7.72.397863.1 | FOIA-0003465 | FOIA-0003466 | | | | | | Legal advice provided by agency attorney regarding how to investigate certain issues in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018388 | MSFOIA_WH018389 | 0.7.72.392009 | FOIA-0003407 | FOIA-0003408 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018390 | MSFOIA_WH018394 | 0.7.72.408612 | FOIA-0003509 | FOIA-0003513 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018390 | | 0.7.72.408612 | FOIA-0003509 | FOIA-0003513 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH018395 | | 0.7.72.403984 | FOIA-0003500 | FOIA-0003505 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018396 | | 0.7.72.403984 | FOIA-0003500 | FOIA-0003505 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 134 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018481 | MSFOIA_WH018482 | 0.7.72.397063 | FOIA-0003450 | FOIA-0003452 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018487 | MSFOIA_WH018488 | 0.7.72.400841 | FOIA-0003478 | FOIA-0003479 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018489 | MSFOIA_WH018490 | 0.7.72.391625 | FOIA-0003404 | FOIA-0003405 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018504 | | 0.7.72.393793 | FOIA-0003425 | FOIA-0003425 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018538 | | 0.7.72.402418 | FOIA-0003491 | FOIA-0003491 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-03 | Part | MSFOIA_WH018555 | | 0.7.72.402427 | FOIA-0003493 | FOIA-0003493 | | | | | | Details about employee's personal vacation plans; Teleconference passcode | (b)(6) and (b)(7)(C); (b)(7)(E) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH018562 | | 0.7.72.393831 | FOIA-0003427 | FOIA-0003427 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018562 | | 0.7.72.393831 | FOIA-0003427 | FOIA-0003427 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH018563 | | 0.7.72.395387 | FOIA-0003432 | FOIA-0003433 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination, and discussion of issues being investigated during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018564 | | 0.7.72.395387 | FOIA-0003432 | FOIA-0003433 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 135 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018569 | | 0.7.72.391688 | FOIA-0003406 | FOIA-0003406 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018570 | | 0.7.72.401414 | FOIA-0003480 | FOIA-0003480 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018577 | MSFOIA_WH018578 | 0.7.72.396819 | FOIA-0003445 | FOIA-0003446 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018599 | MSFOIA_WH018602 | 0.7.72.395552 | FOIA-0003435 | FOIA-0003439 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018605 | | 0.7.72.398149 | FOIA-0003469 | FOIA-0003469 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018642 | | 0.7.72.245667 | FOIA-0003175 | FOIA-0003177 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018642 | | 0.7.72.245667 | FOIA-0003175 | FOIA-0003177 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH018645 | | 0.7.72.226783 | FOIA-0003077 | FOIA-0003079 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH018645 | | 0.7.72.226783 | FOIA-0003077 | FOIA-0003079 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH018646 | | 0.7.72.226783 | FOIA-0003077 | FOIA-0003079 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 136 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018652 | | 0.7.72.254429 | FOIA-0003244 | FOIA-0003244 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-03 | Part | MSFOIA_WH018656 | MSFOIA_WH018658 | 0.7.72.254429.2 | FOIA-0003246 | FOIA-0003248 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018660 | MSFOIA_WH018667 | 0.7.72.213627.1 | FOIA-0003041 | FOIA-0003058 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018724 | | 0.7.72.213577 | FOIA-0003039 | FOIA-0003039 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018726 | MSFOIA_WH018730 | 0.7.72.237047.1 | FOIA-0003103 | FOIA-0003107 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018731 | | 0.7.72.237047.2 | FOIA-0003108 | FOIA-0003108 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018731 | | 0.7.72.237047.2 | FOIA-0003108 | FOIA-0003108 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018735 | MSFOIA_WH018737 | 0.7.72.245481 | FOIA-0003172 | FOIA-0003174 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018738 | | 0.7.72.216178 | FOIA-0003060 | FOIA-0003060 | | | | | | Discussion regarding the drafting of a monthly report covering various cost-sharing issues in various taxpayers' examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the matters being discussed. |
| 2017-03 | Part | MSFOIA_WH018739 | MSFOIA_WH018741 | 0.7.72.216178.1 | FOIA-0003061 | FOIA-0003063 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018795 | MSFOIA_WH018797 | 0.7.72.245374.1 | FOIA-0003168 | FOIA-0003170 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018801 | MSFOIA_WH018805 | 0.7.72.224875 | FOIA-0003066 | FOIA-0003070 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018807 | MSFOIA_WH018811 | 0.7.72.249414.1 | FOIA-0003220 | FOIA-0003224 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 138 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018813 | MSFOIA_WH018817 | 0.7.72.234178.1 | FOIA-0003097 | FOIA-0003101 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018834 | | 0.7.72.226756 | FOIA-0003071 | FOIA-0003071 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-03 | Part | MSFOIA_WH018838 | MSFOIA_WH018841 | 0.7.72.226756.2 | FOIA-0003073 | FOIA-0003076 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018842 | | 0.7.72.256367 | FOIA-0003256 | FOIA-0003256 | | | | | | Discussion regarding the drafting of a monthly report covering various cost-sharing issues in various taxpayers' examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the matters being discussed. |
| 2017-03 | Part | MSFOIA_WH018843 | MSFOIA_WH018846 | 0.7.72.256367.1 | FOIA-0003257 | FOIA-0003260 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018847 | MSFOIA_WH018850 | 0.7.72.244032 | FOIA-0003128 | FOIA-0003131 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018851 | | 0.7.72.246879 | FOIA-0003178 | FOIA-0003178 | | | | | | Discussion regarding the drafting of a monthly report covering various cost-sharing issues in various taxpayers' examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the matters being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 139 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018852 | MSFOIA_WH018855 | 0.7.72.246879.1 | FOIA-0003179 | FOIA-0003182 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018856 | | 0.7.72.255651 | FOIA-0003249 | FOIA-0003250 | | | | | | Details about employee's personal leave | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH018856 | MSFOIA_WH018857 | 0.7.72.255651 | FOIA-0003249 | FOIA-0003250 | | | | | | Discussion regarding the drafting of a monthly report covering various cost-sharing issues in various taxpayers' examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the matters being discussed. |
| 2017-03 | Part | MSFOIA_WH018861 | MSFOIA_WH018864 | 0.7.72.255651.2 | FOIA-0003252 | FOIA-0003255 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018865 | MSFOIA_WH018868 | 0.7.72.229952 | FOIA-0003087 | FOIA-0003090 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018870 | MSFOIA_WH018873 | 0.7.72.257445.1 | FOIA-0003262 | FOIA-0003265 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018874 | MSFOIA_WH018879 | 0.7.72.238878 | FOIA-0003110 | FOIA-0003116 | | | | | | Information about the examinations of taxpayers who are not Microsoft, and discussion of decisions involved in enforcement efforts related to taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 140 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH018914 | MSFOIA_WH018917 | 0.7.72.245193.1 | FOIA-0003163 | FOIA-0003166 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018918 | MSFOIA_WH018921 | 0.7.72.228878 | FOIA-0003083 | FOIA-0003086 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018922 | | 0.7.72.238884 | FOIA-0003119 | FOIA-0003119 | | | | | | Details about employee's personal leave | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH018923 | | 0.7.72.238884.1 | FOIA-0003120 | FOIA-0003123 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018927 | | 0.7.72.227880 | FOIA-0003081 | FOIA-0003081 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-03 | Part | MSFOIA_WH018948 | | 0.7.72.253756 | FOIA-0003239 | FOIA-0003239 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-03 | Part | MSFOIA_WH018969 | | 0.7.72.220174 | FOIA-0003064 | FOIA-0003064 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-03 | Part | MSFOIA_WH018990 | MSFOIA_WH018993 | 0.7.72.239514 | FOIA-0003124 | FOIA-0003127 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH018994 | MSFOIA_WH018999 | 0.7.72.245019 | FOIA-0003132 | FOIA-0003137 | | | | | | Discussions of issues and decisions involved in the Microsoft examination and the examination of another taxpayer, communicated with attorneys assisting with the Microsoft exam. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 141 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019000 | MSFOIA_WH019023 | 0.7.72.245019.1 | FOIA-0003138 | FOIA-0003161 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019024 | MSFOIA_WH019029 | 0.7.72.248183 | FOIA-0003189 | FOIA-0003194 | | | | | | Discussions of issues and decisions involved in the Microsoft examination and the examination of another taxpayer, communicated with attorneys assisting with the Microsoft exam. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019030 | MSFOIA_WH019053 | 0.7.72.248183.1 | FOIA-0003195 | FOIA-0003218 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019055 | MSFOIA_WH019058 | 0.7.72.250425.1 | FOIA-0003231 | FOIA-0003235 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019060 | MSFOIA_WH019064 | 0.7.72.232014 | FOIA-0003091 | FOIA-0003095 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019065 | | 0.7.72.247725 | FOIA-0003183 | FOIA-0003183 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019066 | MSFOIA_WH019070 | 0.7.72.247725.1 | FOIA-0003184 | FOIA-0003188 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019071 | MSFOIA_WH019073 | 0.7.72.250000 | FOIA-0003225 | FOIA-0003227 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019074 | MSFOIA_WH019075 | 0.7.72.264422 | FOIA-0003281 | FOIA-0003282 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019093 | MSFOIA_WH019094 | 0.7.72.265441 | FOIA-0003295 | FOIA-0003296 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019138 | MSFOIA_WH019140 | 0.7.72.267133 | FOIA-0003305 | FOIA-0003307 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019158 | MSFOIA_WH019160 | 0.7.72.265014 | FOIA-0003283 | FOIA-0003285 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019195 | MSFOIA_WH019196 | 0.7.72.264137 | FOIA-0003266 | FOIA-0003267 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019211 | MSFOIA_WH019213 | 0.7.72.264319 | FOIA-0003278 | FOIA-0003280 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019249 | MSFOIA_WH019250 | 0.7.72.265184 | FOIA-0003286 | FOIA-0003288 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019267 | MSFOIA_WH019269 | 0.7.72.265399 | FOIA-0003289 | FOIA-0003292 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 144 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019285 | MSFOIA_WH019288 | 0.7.72.264209 | FOIA-0003268 | FOIA-0003272 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019304 | MSFOIA_WH019308 | 0.7.72.264298 | FOIA-0003273 | FOIA-0003277 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019325 | MSFOIA_WH019326 | 0.7.72.265408 | FOIA-0003293 | FOIA-0003294 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019329 | MSFOIA_WH019334 | 0.7.72.267077 | FOIA-0003299 | FOIA-0003304 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019344 | | 0.7.72.266051 | FOIA-0003297 | FOIA-0003298 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019390 | MSFOIA_WH019391 | 0.7.72.282680 | FOIA-0003311 | FOIA-0003312 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 145 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019392 | MSFOIA_WH019394 | 0.7.72.281681 | FOIA-0003308 | FOIA-0003310 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019395 | MSFOIA_WH019396 | 0.7.72.381008 | FOIA-0003388 | FOIA-0003389 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019397 | MSFOIA_WH019398 | 0.7.72.375567 | FOIA-0003360 | FOIA-0003361 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019399 | MSFOIA_WH019403 | 0.7.72.362774 | FOIA-0003313 | FOIA-0003317 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019399 | | 0.7.72.362774 | FOIA-0003313 | FOIA-0003317 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019405 | MSFOIA_WH019408 | 0.7.72.378882 | FOIA-0003376 | FOIA-0003381 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019405 | | 0.7.72.378882 | FOIA-0003376 | FOIA-0003381 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019411 | MSFOIA_WH019415 | 0.7.72.363990 | FOIA-0003320 | FOIA-0003325 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019411 | | 0.7.72.363990 | FOIA-0003320 | FOIA-0003325 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019416 | MSFOIA_WH019420 | 0.7.72.377285 | FOIA-0003368 | FOIA-0003372 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019416 | | 0.7.72.377285 | FOIA-0003368 | FOIA-0003372 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 146 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019422 | MSFOIA_WH019426 | 0.7.72.388492 | FOIA-0003398 | FOIA-0003403 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019422 | | 0.7.72.388492 | FOIA-0003398 | FOIA-0003403 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019427 | MSFOIA_WH019432 | 0.7.72.375454 | FOIA-0003354 | FOIA-0003359 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019427 | | 0.7.72.375454 | FOIA-0003354 | FOIA-0003359 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019428 | | 0.7.72.375454 | FOIA-0003354 | FOIA-0003359 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019434 | MSFOIA_WH019438 | 0.7.72.379417 | FOIA-0003382 | FOIA-0003387 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019434 | | 0.7.72.379417 | FOIA-0003382 | FOIA-0003387 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019435 | | 0.7.72.379417 | FOIA-0003382 | FOIA-0003387 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019439 | MSFOIA_WH019445 | 0.7.72.373920 | FOIA-0003347 | FOIA-0003353 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019440 | | 0.7.72.373920 | FOIA-0003347 | FOIA-0003353 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019441 | | 0.7.72.373920 | FOIA-0003347 | FOIA-0003353 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019448 | MSFOIA_WH019453 | 0.7.72.383478 | FOIA-0003390 | FOIA-0003397 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019448 | | 0.7.72.383478 | FOIA-0003390 | FOIA-0003397 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019449 | | 0.7.72.383478 | FOIA-0003390 | FOIA-0003397 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019457 | MSFOIA_WH019461 | 0.7.72.369466 | FOIA-0003332 | FOIA-0003339 | | | | | | Discussion regarding the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019457 | | 0.7.72.369466 | FOIA-0003332 | FOIA-0003339 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019458 | | 0.7.72.369466 | FOIA-0003332 | FOIA-0003339 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019476 | | 0.7.72.377363 | FOIA-0003373 | FOIA-0003373 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019510 | | 0.7.72.369276 | FOIA-0003328 | FOIA-0003328 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019556 | | 0.7.72.377192 | FOIA-0003364 | FOIA-0003364 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019606 | MSFOIA_WH019610 | 0.7.72.423721 | FOIA-0003514 | FOIA-0003518 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 148 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019629 | MSFOIA_WH019630 | 0.7.72.466920.1 | FOIA-0003623 | FOIA-0003624 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019631 | MSFOIA_WH019635 | 0.7.72.456626 | FOIA-0003601 | FOIA-0003605 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-03 | Part | MSFOIA_WH019648 | MSFOIA_WH019650 | 0.7.72.440139.7 | FOIA-0003545 | FOIA-0003547 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019676 | MSFOIA_WH019678 | 0.7.72.476023.7 | FOIA-0003640 | FOIA-0003642 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019693 | | 0.7.72.435530 | FOIA-0003519 | FOIA-0003520 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-03 | Part | MSFOIA_WH019695 | MSFOIA_WH019697 | 0.7.72.435530.1.1 | FOIA-0003522 | FOIA-0003524 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019708 | MSFOIA_WH019710 | 0.7.72.435530.1.7 | FOIA-0003530 | FOIA-0003532 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019728 | MSFOIA_WH019731 | 0.7.72.470853 | FOIA-0003625 | FOIA-0003628 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019732 | MSFOIA_WH019735 | 0.7.72.444067 | FOIA-0003571 | FOIA-0003574 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019736 | MSFOIA_WH019739 | 0.7.72.448248 | FOIA-0003592 | FOIA-0003595 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019755 | MSFOIA_WH019758 | 0.7.72.444137.7 | FOIA-0003582 | FOIA-0003585 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 150 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019773 | MSFOIA_WH019776 | 0.7.72.473338 | FOIA-0003629 | FOIA-0003632 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing agency enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019793 | MSFOIA_WH019796 | 0.7.72.444064.7 | FOIA-0003561 | FOIA-0003564 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing agency enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019811 | MSFOIA_WH019814 | 0.7.72.449181 | FOIA-0003596 | FOIA-0003600 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing agency enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019830 | | 0.7.72.460110.5 | FOIA-0003611 | FOIA-0003611 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2017-03 | Part | MSFOIA_WH019836 | MSFOIA_WH019839 | 0.7.72.460110.8 | FOIA-0003614 | FOIA-0003618 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing agency guidance and in pursuing agency enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019850 | MSFOIA_WH019854 | 0.7.72.501407 | FOIA-0003651 | FOIA-0003655 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019850 | | 0.7.72.501407 | FOIA-0003651 | FOIA-0003655 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019850 | | 0.7.72.501407 | FOIA-0003651 | FOIA-0003655 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 151 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019857 | MSFOIA_WH019862 | 0.7.72.502358 | FOIA-0003656 | FOIA-0003663 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH019857 | | 0.7.72.502358 | FOIA-0003656 | FOIA-0003663 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-03 | Part | MSFOIA_WH019858 | | 0.7.72.502358 | FOIA-0003656 | FOIA-0003663 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019865 | | 0.7.72.572975 | FOIA-0003668 | FOIA-0003669 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019865 | | 0.7.72.572975 | FOIA-0003668 | FOIA-0003669 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2017-03 | Part | MSFOIA_WH019910 | | 0.7.72.560852 | FOIA-0003666 | FOIA-0003666 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019940 | MSFOIA_WH019941 | 0.7.72.586574 | FOIA-0003686 | FOIA-0003687 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019943 | | 0.7.72.585663 | FOIA-0003684 | FOIA-0003684 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019947 | | 0.7.72.582695 | FOIA-0003677 | FOIA-0003678 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019953 | | 0.7.72.582695.2 | FOIA-0003680 | FOIA-0003681 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, including topics regarding which advice is being sought from agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 152 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-03 | Part | MSFOIA_WH019958 | | 0.7.72.559258 | FOIA-0003664 | FOIA-0003665 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH019962 | | 0.7.72.575832 | FOIA-0003674 | FOIA-0003674 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-03 | Part | MSFOIA_WH020710 | | 0.7.72.402875 | FOIA-0003494 | FOIA-0003494 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH020714 | | 0.7.72.399399 | FOIA-0003471 | FOIA-0003471 | | | | | | Discussion about a draft of a document related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the document being drafted or the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-03 | Part | MSFOIA_WH020767 | | 0.7.72.373784 | FOIA-0003345 | FOIA-0003345 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH020779 | MSFOIA_WH020779 | 0.7.72.84211 | FOIA-0003744 | FOIA-0003745 | | | | | | Comments in the body of internal emails between IRS and IRS Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020780 | MSFOIA_WH020780 | 0.7.72.84211 | FOIA-0003744 | FOIA-0003745 | | | | | | Comments in the body of internal email between IRS and contractor discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020781 | MSFOIA_WH020781 | 0.7.72.84424 | FOIA-0003748 | FOIA-0003748 | | | | | | Comments in the body of internal email between IRS and contractor discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 153 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH020873 | MSFOIA_WH020874 | 0.7.72.84422 | FOIA-0003746 | FOIA-0003747 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process; Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020926 | MSFOIA_WH020926 | 0.7.72.22295 | FOIA-0003688 | FOIA-0003688 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020927 | MSFOIA_WH020927 | 0.7.72.22298 | FOIA-0003690 | FOIA-0003690 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020928 | MSFOIA_WH020928 | 0.7.72.22297 | FOIA-0003689 | FOIA-0003689 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process; Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020929 | MSFOIA_WH020929 | 0.7.72.22299 | FOIA-0003691 | FOIA-0003691 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020930 | MSFOIA_WH020930 | 0.7.72.22300 | FOIA-0003692 | FOIA-0003692 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process; Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020931 | MSFOIA_WH020931 | 0.7.72.22333 | FOIA-0003693 | FOIA-0003694 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process; Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020931 | MSFOIA_WH020931 | 0.7.72.22333 | FOIA-0003693 | FOIA-0003694 | | | | | | Cell phone number of IRS Chief Counsel attorney | (b)(6) and (b)(7)(C) | Personal contact information of an individual whose privacy interests outweigh any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH020959 | MSFOIA_WH020960 | 0.7.72.200547 | FOIA-0004298 | FOIA-0004299 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing Microsoft examination and decisions involved in the scope and direction of Microsoft examination, and seeking legal advice from IRS attorney for purposes of securing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process; Privilege/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020962 | MSFOIA_WH020967 | 0.7.72.128930.1 | FOIA-0003795 | FOIA-0003800 | | | | | | Attachment to email containing LB&I International Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020968 | MSFOIA_WH020972 | 0.7.72.128930.2 | FOIA-0003801 | FOIA-0003805 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020973 | MSFOIA_WH020979 | 0.7.72.23510 | FOIA-0003737 | FOIA-0003743 | | | | | | Comments in body of internal email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020980 | MSFOIA_WH020985 | 0.7.72.23430 | FOIA-0003731 | FOIA-0003736 | | | | | | Comments in body of internal email between IRS employees and IRS Chief Counsel discussing decisions involved in entering a contract for expert services and discussing and seeking legal advice from IRS Chief Counsel attorneys regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH020985 | MSFOIA_WH020985 | 0.7.72.23430 | FOIA-0003731 | FOIA-0003736 | | | | | | Comments in body of internal email between IRS employees and prospective contractor discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020982 | MSFOIA_WH020982 | 0.7.72.23430 | FOIA-0003731 | FOIA-0003736 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Personal contact information of an individual whose privacy interests outweigh any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 155 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH020986 | MSFOIA_WH020988 | 0.7.72.23387 | FOIA-0003728 | FOIA-0003730 | | | | | | Comments in body of internal email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered.  Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020989 | MSFOIA_WH020989 | 0.7.72.194973 | FOIA-0004010 | FOIA-0004010 | | | | | | Comments in body of internal IRS and IRS Chief Counsel email discussing decisions involved in Microsoft examination, including scope, direction, and strategy | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020990 | MSFOIA_WH020990 | 0.7.72.197907 | FOIA-0004147 | FOIA-0004147 | | | | | | Comments in body of internal email between IRS Chief Counsel attorneys discussing status of ongoing cases of third-party taxpayers | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-04 | Part | MSFOIA_WH020991 | MSFOIA_WH020994 | 0.7.72.197907.1 | FOIA-0004148 | FOIA-0004151 | | | | | | INTL Briefing Book, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH020996 | MSFOIA_WH021002 | 0.7.72.194586.1 | FOIA-0003989 | FOIA-0003995 | | | | | | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021003 | MSFOIA_WH021003 | 0.7.72.196345 | FOIA-0004081 | FOIA-0004082 | | | | | | supplement to International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021005 | MSFOIA_WH021011 | 0.7.72.196345.1 | FOIA-0004083 | FOIA-0004089 | | | | | | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 156 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH021013 | MSFOIA_WH021013 | 0.7.72.198929 | FOIA-0004244 | FOIA-0004244 | | | | | | Comments in body of internal email among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021015 | MSFOIA_WH021015 | 0.7.72.197739 | FOIA-0004142 | FOIA-0004146 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021020 | MSFOIA_WH021020 | 0.7.72.194960 | FOIA-0004005 | FOIA-0004009 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021024 | MSFOIA_WH021024 | 0.7.72.198082 | FOIA-0004196 | FOIA-0004196 | | | | | | Comments in body of internal email among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021130 | MSFOIA_WH021131 | 0.7.72.195031.1 | FOIA-0004012 | FOIA-0004013 | | | | | | Comments in body of internal email between IRS Chief Counsel attorneys and IRS discussing international briefing book and decisions involved in examinations of taxpayers involving certain tax issues; discussing legal analysis and advice regarding such examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021132 | MSFOIA_WH021133 | 0.7.72.195031.2 | FOIA-0004014 | FOIA-0004015 | | | | | | Comments in body of internal email between IRS Chief Counsel attorneys and IRS discussing international briefing book and decisions involved in examinations of taxpayers involving certain tax issues; discussing legal analysis and advice regarding such examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021134 | MSFOIA_WH021149 | 0.7.72.195031.2.1 | FOIA-0004016 | FOIA-0004031 | | | | | | List of active cases of third-party taxpayers, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 157 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH021150 | MSFOIA_WH021193 | 0.7.72.195031.2.2 | FOIA-0004032 | FOIA-0004075 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021194 | MSFOIA_WH021237 | 0.7.72.194471 | FOIA-0003857 | FOIA-0003900 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege, and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021239 | MSFOIA_WH021281 | 0.7.72.197926.1 | FOIA-0004153 | FOIA-0004195 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021282 | MSFOIA_WH021325 | 0.7.72.194531 | FOIA-0003944 | FOIA-0003987 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021326 | MSFOIA_WH021327 | 0.7.72.196763 | FOIA-0004139 | FOIA-0004141 | | | | | | Comments in body of internal email between IRS and IRS Chief counsel attorneys discussing decisions involved in the scope and direction of Microsoft examination; requesting and discussing legal advice regarding legal issues involved in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH021329 | MSFOIA_WH021371 | 0.7.72.194529 | FOIA-0003901 | FOIA-0003943 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021372 | MSFOIA_WH021416 | 0.7.72.196399 | FOIA-0004091 | FOIA-0004135 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021417 | | 0.7.72.194698 | FOIA-0003996 | FOIA-0003996 | | | | | | Comments in body of internal email between IRS Chief Counsel attorneys regarding decisions involved in the scope and direction of Microsoft examination, and discussing legal advice and strategy regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021417 | | 0.7.72.194698 | FOIA-0003996 | FOIA-0003996 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH021418 | | 0.7.72.194865 | FOIA-0004001 | FOIA-0004001 | | | | | | Comments in body of internal email between IRS Chief Counsel attorneys regarding decisions involved in the scope and direction of Microsoft examination, and discussing legal advice and strategy regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021418 | | 0.7.72.194865 | FOIA-0004001 | FOIA-0004001 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH021419 | MSFOIA_WH021422 | 0.7.72.194712 | FOIA-0003997 | FOIA-0004000 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 159 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH021423 | MSFOIA_WH021467 | 0.7.72.198884 | FOIA-0004199 | FOIA-0004243 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021468 | MSFOIA_WH021514 | 0.7.72.198972 | FOIA-0004247 | FOIA-0004293 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021515 | MSFOIA_WH021517 | 0.7.72.196318 | FOIA-0004078 | FOIA-0004080 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding decisions involved in the scope and direction of Microsoft examination, and discussing legal advice and strategy regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021654 | MSFOIA_WH021655 | 0.7.72.194874 | FOIA-0004002 | FOIA-0004003 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding decisions involved in the scope and direction of Microsoft examination, and discussing legal advice and strategy regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021699 | MSFOIA_WH021702 | 0.7.72.199028 | FOIA-0004294 | FOIA-0004297 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH021703 | | 0.7.72.196162 | FOIA-0004076 | FOIA-0004076 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the status of the Microsoft investigation, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 160 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH021704 | | 0.7.72.196284 | FOIA-0004077 | FOIA-0004077 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the Microsoft examination, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH021705 | MSFOIA_WH021705 | 0.7.72.196435 | FOIA-0004136 | FOIA-0004136 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the status of the Microsoft investigation, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022505 | MSFOIA_WH022518 | 0.7.72.181221.1 | FOIA-0003842 | FOIA-0003855 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022520 | | 0.7.72.166353 | FOIA-0003825 | FOIA-0003825 | | | | | | Comments in body of internal email discussing inventory report, containing details regarding examinations of third-party taxpayers | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH022521 | MSFOIA_WH022534 | 0.7.72.166353.1 | FOIA-0003826 | FOIA-0003839 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022536 | | 0.7.72.136712 | FOIA-0003806 | FOIA-0003806 | | | | | | Comments in body of internal email discussing inventory report, containing details regarding examinations of third-party taxpayers | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH022538 | MSFOIA_WH022551 | 0.7.72.136712.2 | FOIA-0003808 | FOIA-0003821 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022552 | MSFOIA_WH022553 | 0.7.72.162229 | FOIA-0003822 | FOIA-0003823 | | | | | | Comments in body of internal IRS email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 161 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022556 | | 0.7.72.207273 | FOIA-0004300 | FOIA-0004301 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022563 | | 0.7.72.116341 | FOIA-0003793 | FOIA-0003793 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022564 | | 0.7.72.111921 | FOIA-0003792 | FOIA-0003792 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the status of the Microsoft examination, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022565 | MSFOIA_WH022566 | 0.7.72.109064 | FOIA-0003789 | FOIA-0003791 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the Microsoft examination, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022588 | MSFOIA_WH022591 | 0.7.72.22968 | FOIA-0003699 | FOIA-0003702 | | | | | | Comments in body of internal email between IRS, IRS Chief Counsel attorneys, and contractor for expert services regarding expert contract and legal and strategic issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the decisions and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022592 | MSFOIA_WH022593 | 0.7.72.22967 | FOIA-0003696 | FOIA-0003698 | | | | | | Comments in body of internal email between IRS, IRS Chief Counsel attorneys, and contractor for expert services regarding expert contract and legal and strategic issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the decisions and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022595 | MSFOIA_WH022597 | 0.7.72.22985 | FOIA-0003709 | FOIA-0003711 | | | | | | Comments in body of internal email between IRS, IRS Chief Counsel attorneys, and contractor for expert services regarding expert contract and legal and strategic issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the decisions and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022598 | MSFOIA_WH022599 | 0.7.72.22996 | FOIA-0003712 | FOIA-0003714 | | | | | | Comments in body of internal email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022601 | MSFOIA_WH022602 | 0.7.72.22971 | FOIA-0003703 | FOIA-0003704 | | | | | | Comments in body of internal email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022611 | MSFOIA_WH022614 | 0.7.72.22979 | FOIA-0003705 | FOIA-0003708 | | | | | | Comments in body of internal email between IRS employees and/or IRS Chief Counsel attorneys discussing decisions and legal issues involved in entering a contract for expert services related to the Microsoft examination, and discussing scope, direction, and strategy of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022615 | | 0.7.72.23007 | FOIA-0003715 | FOIA-0003724 | | | | | | Comments in body of internal email discussing decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022625 | | 0.7.72.404023 | FOIA-0004805 | FOIA-0004806 | | | | | | Comments in body of internal email discussing scope and direction of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the expert services being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022627 | | 0.7.72.394423 | FOIA-0004767 | FOIA-0004767 | | | | | | Comments in body of internal email discussing scope and direction of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the expert services being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022629 | | 0.7.72.396358 | FOIA-0004775 | FOIA-0004775 | | | | | | Comments in body of internal email discussing scope and direction of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the expert services being considered.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022631 | | 0.7.72.410757 | FOIA-0004821 | FOIA-0004821 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022634 | MSFOIA_WH022636 | 0.7.72.403924 | FOIA-0004797 | FOIA-0004800 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of third-party taxpayer | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 163 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022640 | MSFOIA_WH022641 | 0.7.72.399894 | FOIA-0004785 | FOIA-0004786 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022642 | MSFOIA_WH022643 | 0.7.72.397299 | FOIA-0004777 | FOIA-0004778 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022644 | | 0.7.72.399591 | FOIA-0004780 | FOIA-0004780 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the Microsoft examination, including discussion of draft memorandum, and the strategy, scope, and direction of examination and the legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022645 | | 0.7.72.398052 | FOIA-0004779 | FOIA-0004779 | | | | | | Comments in body of internal IRS email discussing decisions involved in scope, direction, and strategy of examination of Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022646 | MSFOIA_WH022647 | 0.7.72.393828 | FOIA-0004763 | FOIA-0004764 | | | | | | Comments in body of internal email between IRS employees regarding the Microsoft examination, including discussion of the strategy, scope, and direction of examination and the legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022648 | | 0.7.72.399891 | FOIA-0004784 | FOIA-0004784 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the Microsoft examination, including discussion of draft memorandum, and the strategy, scope, and direction of examination and the legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH022649 | MSFOIA_WH022651 | 0.7.72.399798 | FOIA-0004781 | FOIA-0004783 | | | | | | Comments in body of internal email between IRS and Chief Counsel attorneys regarding the Microsoft examination, including discussion of draft memorandum, and the strategy, scope, and direction of examination and the legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft memorandum and strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022652 | | 0.7.72.394145 | FOIA-0004765 | FOIA-0004765 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022660 | | 0.7.72.395606 | FOIA-0004772 | FOIA-0004772 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022661 | MSFOIA_WH022663 | 0.7.72.391564 | FOIA-0004727 | FOIA-0004729 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including proposed time line of legal correspondence and filings | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022664 | | 0.7.72.392676 | FOIA-0004750 | FOIA-0004750 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022667 | MSFOIA_WH022668 | 0.7.72.401407 | FOIA-0004792 | FOIA-0004794 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022727 | | 0.7.72.404506 | FOIA-0004807 | FOIA-0004807 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022740 | | 0.7.72.405241 | FOIA-0004809 | FOIA-0004809 | | | | | | Email attaching a draft document with respect to the Microsoft examination, and including discussion of decisions to be made with respect to the scope, direction, and strategy of the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022766 | MSFOIA_WH022768 | 0.7.72.400840 | FOIA-0004787 | FOIA-0004789 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022769 | | 0.7.72.402234 | FOIA-0004795 | FOIA-0004795 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 165 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022769 | | 0.7.72.402234 | FOIA-0004795 | FOIA-0004795 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022770 | | 0.7.72.406087 | FOIA-0004817 | FOIA-0004817 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022817 | | 0.7.72.393092 | FOIA-0004752 | FOIA-0004753 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects a request for advice from Chief Counsel attorney representing client agency, the IRS; contains communication from attorney requesting information for purpose of providing legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022819 | | 0.7.72.395720 | FOIA-0004773 | FOIA-0004774 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022820 | | 0.7.72.395720 | FOIA-0004773 | FOIA-0004774 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH022821 | | 0.7.72.400983 | FOIA-0004790 | FOIA-0004791 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022821 | | 0.7.72.400983 | FOIA-0004790 | FOIA-0004791 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH022823 | MSFOIA_WH022824 | 0.7.72.391837 | FOIA-0004730 | FOIA-0004731 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022824 | | 0.7.72.391837 | FOIA-0004730 | FOIA-0004731 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 166 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022871 | | 0.7.72.406066 | FOIA-0004815 | FOIA-0004815 | | | | | | Internal discussion among IRS employees regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022873 | MSFOIA_WH022874 | 0.7.72.393125 | FOIA-0004754 | FOIA-0004755 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022875 | MSFOIA_WH022876 | 0.7.72.392178 | FOIA-0004739 | FOIA-0004740 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022884 | MSFOIA_WH022886 | 0.7.72.393355 | FOIA-0004760 | FOIA-0004762 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022887 | | 0.7.72.394626 | FOIA-0004769 | FOIA-0004769 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022888 | | 0.7.72.403262 | FOIA-0004796 | FOIA-0004796 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022889 | | 0.7.72.405249 | FOIA-0004813 | FOIA-0004813 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022889 | | 0.7.72.405249 | FOIA-0004813 | FOIA-0004813 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 167 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH022969 | MSFOIA_WH022971 | 0.7.72.392131 | FOIA-0004736 | FOIA-0004738 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022972 | MSFOIA_WH022975 | 0.7.72.392327 | FOIA-0004746 | FOIA-0004749 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022975 | | 0.7.72.392327 | FOIA-0004746 | FOIA-0004749 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022976 | | 0.7.72.395277 | FOIA-0004770 | FOIA-0004771 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH022978 | MSFOIA_WH022981 | 0.7.72.392100 | FOIA-0004732 | FOIA-0004735 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022982 | | 0.7.72.409181 | FOIA-0004819 | FOIA-0004820 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH022984 | | 0.7.72.403964 | FOIA-0004803 | FOIA-0004803 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorney discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023035 | MSFOIA_WH023038 | 0.7.72.393351 | FOIA-0004756 | FOIA-0004759 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 168 of 1159    8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023039 | MSFOIA_WH023042 | 0.7.72.392244 | FOIA-0004742 | FOIA-0004745 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH023268 | MSFOIA_WH023299 | 0.7.72.237025.3 | FOIA-0004351 | FOIA-0004382 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH023322 | MSFOIA_WH023353 | 0.7.72.239419.1 | FOIA-0004402 | FOIA-0004433 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH023498 | MSFOIA_WH023529 | 0.7.72.242185.3 | FOIA-0004442 | FOIA-0004473 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH023551 | MSFOIA_WH023552 | 0.7.72.244738 | FOIA-0004476 | FOIA-0004477 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023553 | MSFOIA_WH023554 | 0.7.72.251761 | FOIA-0004506 | FOIA-0004507 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 169 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023555 | MSFOIA_WH023556 | 0.7.72.238079 | FOIA-0004397 | FOIA-0004399 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023558 | MSFOIA_WH023559 | 0.7.72.228799 | FOIA-0004345 | FOIA-0004347 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023562 | MSFOIA_WH023565 | 0.7.72.213586.1 | FOIA-0004310 | FOIA-0004313 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023567 | MSFOIA_WH023570 | 0.7.72.241944.1 | FOIA-0004435 | FOIA-0004438 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023572 | MSFOIA_WH023576 | 0.7.72.237875.1 | FOIA-0004392 | FOIA-0004396 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023577 | MSFOIA_WH023582 | 0.7.72.237608 | FOIA-0004385 | FOIA-0004390 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 170 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023584 | MSFOIA_WH023589 | 0.7.72.213319.1 | FOIA-0004303 | FOIA-0004308 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023590 | | 0.7.72.245640 | FOIA-0004497 | FOIA-0004497 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH023590 | | 0.7.72.245640 | FOIA-0004497 | FOIA-0004497 | | | | | | Email containing information about third-party taxpayers' examinations | (b)(3)/I.R.C. § 6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH023591 | MSFOIA_WH023596 | 0.7.72.245640.1 | FOIA-0004498 | FOIA-0004503 | | | | | | High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts; also discusses Appeals techniques and procedures | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-04 | Part | MSFOIA_WH023599 | MSFOIA_WH023612 | 0.7.72.220169.1 | FOIA-0004330 | FOIA-0004343 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023614 | | 0.7.72.253607 | FOIA-0004508 | FOIA-0004508 | | | | | | Email containing information about third-party taxpayers' examinations | (b)(3)/I.R.C. § 6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH023615 | MSFOIA_WH023628 | 0.7.72.253607.1 | FOIA-0004509 | FOIA-0004522 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023630 | | 0.7.72.245135 | FOIA-0004478 | FOIA-0004478 | | | | | | Email containing information about third-party taxpayers' examinations | (b)(3)/I.R.C. § 6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH023632 | MSFOIA_WH023645 | 0.7.72.245135.2 | FOIA-0004480 | FOIA-0004493 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 171 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023646 | MSFOIA_WH023647 | 0.7.72.250345 | FOIA-0004504 | FOIA-0004505 | | | | | | Internal discussion among IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to draft document related to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023648 | MSFOIA_WH023650 | 0.7.72.245474 | FOIA-0004494 | FOIA-0004496 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to draft document related to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023651 | MSFOIA_WH023654 | 0.7.72.217643 | FOIA-0004324 | FOIA-0004327 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023655 | | 0.7.72.217643.1 | FOIA-0004328 | FOIA-0004328 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH023662 | MSFOIA_WH023668 | 0.7.72.217466 | FOIA-0004317 | FOIA-0004323 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023669 | MSFOIA_WH023670 | 0.7.72.256044 | FOIA-0004524 | FOIA-0004525 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to draft document related to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023673 | | 0.7.72.214758.1 | FOIA-0004316 | FOIA-0004316 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH023674 | | 0.7.72.238183 | FOIA-0004400 | FOIA-0004400 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to draft document related to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 172 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023675 | MSFOIA_WH023676 | 0.7.72.267029 | FOIA-0004634 | FOIA-0004635 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination and discussing draft document related to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023682 | | 0.7.72.265025 | FOIA-0004592 | FOIA-0004592 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023683 | MSFOIA_WH023684 | 0.7.72.264421 | FOIA-0004583 | FOIA-0004584 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal advice provided regarding matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023685 | MSFOIA_WH023687 | 0.7.72.264867 | FOIA-0004587 | FOIA-0004589 | | | | | | INTL Briefing Book, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; also discussing legal advice sought from counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023688 | MSFOIA_WH023690 | 0.7.72.266066 | FOIA-0004616 | FOIA-0004618 | | | | | | INTL Briefing Book, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; also discussing legal advice sought from counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023691 | | 0.7.72.264214 | FOIA-0004530 | FOIA-0004530 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 173 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023692 | MSFOIA_WH023695 | 0.7.72.264214.1 | FOIA-0004531 | FOIA-0004534 | | | | | | INTL Briefing Book, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; also discussing legal advice sought from counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023696 | MSFOIA_WH023699 | 0.7.72.266176 | FOIA-0004619 | FOIA-0004622 | | | | | | INTL Briefing Book, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; also discussing legal advice sought from counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023700 | MSFOIA_WH023701 | 0.7.72.266253 | FOIA-0004623 | FOIA-0004624 | | | | | | Internal discussion between IRS Chief Counsel attorneys regarding decisions to be made with respect to draft INTL Briefing Book, which identifies examinations of third-party taxpayers and discusses scope, strategy, and direction of Microsoft examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023702 | MSFOIA_WH023703 | 0.7.72.264894 | FOIA-0004590 | FOIA-0004591 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023704 | MSFOIA_WH023705 | 0.7.72.264860 | FOIA-0004585 | FOIA-0004586 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 174 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023706 | | 0.7.72.265419 | FOIA-0004615 | FOIA-0004615 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023707 | | 0.7.72.267089 | FOIA-0004639 | FOIA-0004639 | | | | | | Comments in the body of internal emails between IRS and IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023707 | | 0.7.72.267089 | FOIA-0004639 | FOIA-0004639 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH023707 | | 0.7.72.267089 | FOIA-0004639 | FOIA-0004639 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH023738 | MSFOIA_WH023739 | 0.7.72.266841 | FOIA-0004626 | FOIA-0004627 | | | | | | Comments in the body of internal emails between IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023740 | | 0.7.72.266925 | FOIA-0004633 | FOIA-0004633 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to draft INTL Briefing Book, which identifies examinations of third-party taxpayers and discusses scope, strategy, and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH023740 | | 0.7.72.266925 | FOIA-0004633 | FOIA-0004633 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH023741 | MSFOIA_WH023743 | 0.7.72.265378 | FOIA-0004598 | FOIA-0004600 | | | | | | Report prepared by counsel containing information on status of ongoing Microsoft examinations; discussing decisions involved in the scope and direction of examinations and legal advice sought and provided regarding issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its examination. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 175 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH023745 | MSFOIA_WH023791 | 0.7.72.264386.1 | FOIA-0004536 | FOIA-0004582 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023804 | MSFOIA_WH023805 | 0.7.72.267243 | FOIA-0004640 | FOIA-0004642 | | | | | | Comments in the body of internal emails among IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023807 | MSFOIA_WH023809 | 0.7.72.266854 | FOIA-0004628 | FOIA-0004630 | | | | | | Comments in the body of internal emails among IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023843 | | 0.7.72.266878 | FOIA-0004631 | FOIA-0004632 | | | | | | Internal email between IRS employees and contractor for expert services discussing decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH023845 | MSFOIA_WH023846 | 0.7.72.265149 | FOIA-0004593 | FOIA-0004594 | | | | | | Comments in the body of internal emails among IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023912 | | 0.7.72.265356 | FOIA-0004596 | FOIA-0004596 | | | | | | Comments in the body of internal emails among IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH023938 | MSFOIA_WH023940 | 0.7.72.265411 | FOIA-0004601 | FOIA-0004603 | | | | | | Discussion of third-party taxpayer liabilities | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH024122 | | 0.7.72.264168 | FOIA-0004526 | FOIA-0004529 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024125 | | 0.7.72.266294 | FOIA-0004625 | FOIA-0004625 | | | | | | Discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024146 | | 0.7.72.102043 | FOIA-0003783 | FOIA-0003785 | | | | | | Discussion between IRS employees and IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024147 | | 0.7.72.102043 | FOIA-0003783 | FOIA-0003785 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-04 | Part | MSFOIA_WH024150 | MSFOIA_WH024170 | 0.7.72.101918 | FOIA-0003762 | FOIA-0003782 | | | | | | Comments in body of internal email between IRS employees and IRS Chief Counsel discussing decisions involved in entering a contract for expert services and discussing draft document related to expert services and seeking and providing legal advice regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH024175 | MSFOIA_WH024176 | 0.7.72.102101 | FOIA-0003786 | FOIA-0003787 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination and attaching and discussing draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024183 | | 0.7.72.102134 | FOIA-0003788 | FOIA-0003788 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination and discussing draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 177 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH024184 | | 0.7.72.101749 | FOIA-0003761 | FOIA-0003761 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination and discussing draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024193 | | 0.7.72.101698 | FOIA-0003755 | FOIA-0003760 | | | | | | Counsel's notes, detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024193 | | 0.7.72.101698 | FOIA-0003755 | FOIA-0003760 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whom privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH024198 | | 0.7.72.101698 | FOIA-0003755 | FOIA-0003760 | | | | | | Counsel's notes, detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH024444 | | 0.7.72.374488 | FOIA-0004673 | FOIA-0004673 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024543 | | 0.7.72.373359 | FOIA-0004668 | FOIA-0004668 | | | | | | Discussion regarding decisions involved in entering a contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH024614 | | 0.7.72.375487 | FOIA-0004676 | FOIA-0004676 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024615 | MSFOIA_WH024616 | 0.7.72.376627 | FOIA-0004679 | FOIA-0004680 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 178 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH024617 | MSFOIA_WH024618 | 0.7.72.378275 | FOIA-0004681 | FOIA-0004682 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024619 | MSFOIA_WH024622 | 0.7.72.390171 | FOIA-0004716 | FOIA-0004719 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024664 | | 0.7.72.388498 | FOIA-0004710 | FOIA-0004710 | | | | | | Discussion of spreadsheet reflecting preliminary analysis related to Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024682 | | 0.7.72.388498.2 | FOIA-0004712 | FOIA-0004712 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH024683 | | 0.7.72.363493 | FOIA-0004645 | FOIA-0004645 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH024821 | | 0.7.72.381061 | FOIA-0004685 | FOIA-0004685 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025012 | MSFOIA_WH025013 | 0.7.72.362673 | FOIA-0004643 | FOIA-0004644 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025014 | | 0.7.72.370632 | FOIA-0004658 | FOIA-0004660 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025014 | | 0.7.72.370632 | FOIA-0004658 | FOIA-0004660 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-04 | Part | MSFOIA_WH025017 | | 0.7.72.369418 | FOIA-0004653 | FOIA-0004655 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 179 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025018 | | 0.7.72.369418 | FOIA-0004653 | FOIA-0004655 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-04 | Part | MSFOIA_WH025027 | MSFOIA_WH025028 | 0.7.72.364855 | FOIA-0004647 | FOIA-0004648 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH025029 | | 0.7.72.385196 | FOIA-0004706 | FOIA-0004706 | | | | | | Internal discussion among IRS employees with respect to draft document related to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025057 | | 0.7.72.379694 | FOIA-0004683 | FOIA-0004683 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025058 | MSFOIA_WH025059 | 0.7.72.381855 | FOIA-0004686 | FOIA-0004687 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025060 | MSFOIA_WH025061 | 0.7.72.385743 | FOIA-0004708 | FOIA-0004709 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025062 | MSFOIA_WH025064 | 0.7.72.370811 | FOIA-0004661 | FOIA-0004663 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025065 | MSFOIA_WH025067 | 0.7.72.389996 | FOIA-0004713 | FOIA-0004715 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025096 | | 0.7.72.370934 | FOIA-0004664 | FOIA-0004665 | | | | | | Employee ID | (b)(6) and (b)(7)(C) | Employee ID number of employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 180 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025096 | MSFOIA_WH025097 | 0.7.72.370934 | FOIA-0004664 | FOIA-0004665 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025175 | | 0.7.72.370934.2 | FOIA-0004667 | FOIA-0004667 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH025176 | | 0.7.72.379799 | FOIA-0004684 | FOIA-0004684 | | | | | | Emailing discussing meeting between IRS employees and IRS Chief Counsel attorneys and identifying legal issues to be discussed with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-04 | Part | MSFOIA_WH025180 | MSFOIA_WH025182 | 0.7.72.384517 | FOIA-0004703 | FOIA-0004705 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-04 | Part | MSFOIA_WH025183 | | 0.7.72.390792 | FOIA-0004725 | FOIA-0004725 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination, and discussing decisions to be made regarding draft document relating to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the draft document being discussed. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-04 | Part | MSFOIA_WH025191 | MSFOIA_WH025192 | 0.7.72.370590 | FOIA-0004656 | FOIA-0004657 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination, and discussing decisions to be made regarding draft document relating to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the draft document being discussed. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-04 | Part | MSFOIA_WH025195 | MSFOIA_WH025196 | 0.7.72.366922 | FOIA-0004649 | FOIA-0004650 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination, and discussing decisions to be made regarding draft document relating to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the draft document being discussed. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 181 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025197 | MSFOIA_WH025200 | 0.7.72.390203 | FOIA-0004720 | FOIA-0004724 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to the Microsoft examination, and discussing decisions to be made regarding draft document relating to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the draft document and examination being discussed. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH025205 | | 0.7.72.384058 | FOIA-0004700 | FOIA-0004700 | | | | | | Discussion regarding draft document with respect to the Microsoft examination shared among agency employees for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025229 | | 0.7.72.376177 | FOIA-0004677 | FOIA-0004677 | | | | | | Discussion regarding draft document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH025255 | MSFOIA_WH025263 | 0.7.72.382510 | FOIA-0004688 | FOIA-0004696 | | | | | | Discussion regarding draft document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH025255 | | 0.7.72.382510 | FOIA-0004688 | FOIA-0004696 | | | | | | Details about employee's employment status | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about employment status is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH025257 | | 0.7.72.382510 | FOIA-0004688 | FOIA-0004696 | | | | | | Details about employee's employment status | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about employment status is not outweighed by any public interest in this information |
| 2017-04 | Part | MSFOIA_WH025289 | | 0.7.72.375308 | FOIA-0004674 | FOIA-0004674 | | | | | | Discussion regarding draft document shared among agency employees for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025314 | MSFOIA_WH025315 | 0.7.72.419600 | FOIA-0004824 | FOIA-0004825 | | | | | | Discussion of third-party taxpayer examinations and liabilities | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH025376 | MSFOIA_WH025389 | 0.7.72.422930 | FOIA-0004837 | FOIA-0004850 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 182 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025377 | | 0.7.72.422930 | FOIA-0004837 | FOIA-0004850 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025418 | MSFOIA_WH025443 | 0.7.72.423357 | FOIA-0004851 | FOIA-0004876 | | | | | | Internal report sharing updates on status of ongoing cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope, direction, and strategy of cases in examination and litigation. Comments also describe discussions of tentative agency positions on current tax issues. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH025610 | MSFOIA_WH025641 | 0.7.72.459051.3 | FOIA-0005328 | FOIA-0005359 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including third-party taxpayers and Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025663 | MSFOIA_WH025664 | 0.7.72.443258 | FOIA-0004923 | FOIA-0004924 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and legal advice regarding the matters in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH025665 | | 0.7.72.443272 | FOIA-0004925 | FOIA-0004934 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and legal advice regarding the matters in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH025675 | | 0.7.72.443272.1 | FOIA-0004935 | FOIA-0004935 | | | | | | | NO EXEMPTIONS ASSERTED | |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 183 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025676 | MSFOIA_WH025684 | 0.7.72.443272.2 | FOIA-0004936 | FOIA-0004945 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and legal advice regarding the matters in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH025681 | MSFOIA_WH025682 | 0.7.72.443272.2 | FOIA-0004936 | FOIA-0004945 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and legal advice regarding the matters in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH025685 | | 0.7.72.443272.2 | FOIA-0004936 | FOIA-0004945 | | | | | | Photo of new IRS employee | (b)(6) and (b)(7)(C) | Employee's personal privacy interest in not disclosing personal image outweighs public's interest in this information |
| 2017-04 | Part | MSFOIA_WH025686 | MSFOIA_WH025699 | 0.7.72.450039 | FOIA-0005032 | FOIA-0005045 | | | | | | Communications, Media, and Technology Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025701 | MSFOIA_WH025714 | 0.7.72.444618.1 | FOIA-0004968 | FOIA-0004981 | | | | | | Communications, Media, and Technology Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH025716 | MSFOIA_WH025722 | 0.7.72.456786.1 | FOIA-0005318 | FOIA-0005324 | | | | | | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 184 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025724 | MSFOIA_WH025730 | 0.7.72.450250.1 | FOIA-0005047 | FOIA-0005053 | | | | | | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025732 | MSFOIA_WH025750 | 0.7.72.468065.1 | FOIA-0005535 | FOIA-0005553 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025752 | MSFOIA_WH025771 | 0.7.72.443842.1 | FOIA-0004947 | FOIA-0004966 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025773 | MSFOIA_WH025793 | 0.7.72.446570.1 | FOIA-0004983 | FOIA-0005003 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025795 | MSFOIA_WH025815 | 0.7.72.437095.1 | FOIA-0004900 | FOIA-0004920 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 185 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH025817 | MSFOIA_WH025837 | 0.7.72.432194.1 | FOIA-0004878 | FOIA-0004898 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025839 | MSFOIA_WH025859 | 0.7.72.463681.1 | FOIA-0005400 | FOIA-0005420 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH025861 | MSFOIA_WH025881 | 0.7.72.447080.1 | FOIA-0005009 | FOIA-0005029 | | | | | | International Inventory Summary, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026026 | MSFOIA_WH026057 | 0.7.72.460527.3 | FOIA-0005365 | FOIA-0005396 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH026079 | | 0.7.72.467036 | FOIA-0005421 | FOIA-0005421 | | | | | | Telephone number of internal IRS employee | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH026080 | MSFOIA_WH026162 | 0.7.72.467036.1 | FOIA-0005422 | FOIA-0005504 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 186 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026164 | MSFOIA_WH026293 | 0.7.72.455865.1 | FOIA-0005104 | FOIA-0005233 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026300 | | 0.7.72.448250 | FOIA-0005030 | FOIA-0005031 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026302 | MSFOIA_WH026303 | 0.7.72.439128 | FOIA-0004921 | FOIA-0004922 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026304 | MSFOIA_WH026305 | 0.7.72.471428 | FOIA-0005556 | FOIA-0005557 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026306 | | 0.7.72.453388 | FOIA-0005057 | FOIA-0005058 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to third-party taxpayer examinations, including discussion of legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |
| 2017-04 | Part | MSFOIA_WH026308 | MSFOIA_WH026351 | 0.7.72.453388.1 | FOIA-0005059 | FOIA-0005102 | | | | | | Memorandum reporting on status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation; discussing legal theories and legal advice involved in the above-referenced examinations and litigations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026352 | | 0.7.72.479503 | FOIA-0005608 | FOIA-0005609 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the third party taxpayer examinations, including discussion of legal issues involved | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026354 | MSFOIA_WH026369 | 0.7.72.479503.1 | FOIA-0005610 | FOIA-0005625 | | | | | | CC:LB&I:CTM List of active cases of third-party taxpayers, including internal reference numbers, details about the tax issues involved in each case; comments and questions regarding same | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-04 | Part | MSFOIA_WH026370 | MSFOIA_WH026413 | 0.7.72.479503.2 | FOIA-0005626 | FOIA-0005669 | | | | | | Internal report on Outbound and Inbound transfer pricing matters, sharing updates on status of ongoing cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope, direction, and strategy of cases in examination and litigation. Comments also describe discussions of tentative agency positions on current tax issues. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026414 | MSFOIA_WH026415 | 0.7.72.467180 | FOIA-0005505 | FOIA-0005507 | | | | | | Discussion among IRS employees regarding decisions to be made with respect to third-party taxpayer examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. |
| 2017-04 | Part | MSFOIA_WH026417 | MSFOIA_WH026434 | 0.7.72.467180.1 | FOIA-0005508 | FOIA-0005525 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026436 | MSFOIA_WH026480 | 0.7.72.473327.1 | FOIA-0005559 | FOIA-0005603 | | | | | | Internal report on Outbound and Inbound transfer pricing matters, sharing updates on status of ongoing cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope, direction, and strategy of cases in examination and litigation. Comments also describe discussions of tentative agency positions on current tax issues. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026482 | MSFOIA_WH026557 | 0.7.72.456488.1 | FOIA-0005241 | FOIA-0005316 | | | | | | Internal report on Outbound and Inbound transfer pricing matters, sharing updates on status of ongoing cases involving third-party taxpayers and Microsoft; discussing decisions involved in the scope, direction, and strategy of cases in examination and litigation. Comments also describe discussions of tentative agency positions on current tax issues. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 188 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026559 | MSFOIA_WH026561 | 0.7.72.479226.1 | FOIA-0005605 | FOIA-0005607 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation.  Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency. |
| 2017-04 | Part | MSFOIA_WH026623 | | 0.7.72.446768 | FOIA-0005004 | FOIA-0005005 | | | | | | Internal email discussing internal personnel matters | (b)(6) and (b)(7)C | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-04 | Part | MSFOIA_WH026718 | | 0.7.72.467195 | FOIA-0005526 | FOIA-0005529 | | | | | | Internal discussion among IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026722 | MSFOIA_WH026723 | 0.7.72.479727 | FOIA-0005670 | FOIA-0005671 | | | | | | Internal discussion among IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also discusses legal advice sought from counsel and tentative course of action regarding receipt of advice from counsel with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026724 | MSFOIA_WH026725 | 0.7.72.451873 | FOIA-0005054 | FOIA-0005056 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains requests for legal advice from chief counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026724 | | 0.7.72.451873 | FOIA-0005054 | FOIA-0005056 | | | | | | Discussion of personal matters related to IRS employees | (b)(6) and (b)(7)C | Personal matters of IRS employees whose privacy interests outweigh any public interest in this information |
| 2017-04 | Part | MSFOIA_WH026727 | MSFOIA_WH026728 | 0.7.72.471190 | FOIA-0005554 | FOIA-0005555 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026727 | | 0.7.72.471190 | FOIA-0005554 | FOIA-0005555 | | | | | | Phone number | (b)(6) and (b)(7)C | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 189 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026730 | MSFOIA_WH026735 | 0.7.72.508103.1 | FOIA-0005673 | FOIA-0005678 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-04 | Part | MSFOIA_WH026738 | | 0.7.72.23157 | FOIA-0003725 | FOIA-0003725 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH026739 | MSFOIA_WH026740 | 0.7.72.538500 | FOIA-0005705 | FOIA-0005706 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation and draft document regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination and the draft being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026741 | MSFOIA_WH026744 | 0.7.72.540328 | FOIA-0005720 | FOIA-0005723 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026745 | | 0.7.72.540328.1 | FOIA-0005724 | FOIA-0005724 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026746 | MSFOIA_WH026750 | 0.7.72.548570 | FOIA-0005734 | FOIA-0005738 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026751 | | 0.7.72.548570.1 | FOIA-0005739 | FOIA-0005739 | | | | | | | NO EXEMPTIONS ASSERTED | |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 190 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026752 | MSFOIA_WH026756 | 0.7.72.540989 | FOIA-0005725 | FOIA-0005729 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026757 | | 0.7.72.540989.1 | FOIA-0005730 | FOIA-0005730 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026758 | MSFOIA_WH026762 | 0.7.72.539875 | FOIA-0005707 | FOIA-0005711 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026763 | | 0.7.72.539875.1 | FOIA-0005712 | FOIA-0005712 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026764 | MSFOIA_WH026768 | 0.7.72.549010 | FOIA-0005754 | FOIA-0005758 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026769 | | 0.7.72.549010.1 | FOIA-0005759 | FOIA-0005759 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026771 | | 0.7.72.548118 | FOIA-0005731 | FOIA-0005733 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026771 | MSFOIA_WH026772 | 0.7.72.548118 | FOIA-0005731 | FOIA-0005733 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH026773 | MSFOIA_WH026778 | 0.7.72.540142 | FOIA-0005713 | FOIA-0005718 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 191 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026779 | | 0.7.72.540142.1 | FOIA-0005719 | FOIA-0005719 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026780 | MSFOIA_WH026785 | 0.7.72.548897 | FOIA-0005747 | FOIA-0005752 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026786 | | 0.7.72.548897.1 | FOIA-0005753 | FOIA-0005753 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026787 | MSFOIA_WH026792 | 0.7.72.548883 | FOIA-0005740 | FOIA-0005745 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026793 | | 0.7.72.548883.1 | FOIA-0005746 | FOIA-0005746 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026794 | MSFOIA_WH026795 | 0.7.72.522798 | FOIA-0005694 | FOIA-0005695 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-04 | Part | MSFOIA_WH026797 | MSFOIA_WH026800 | 0.7.72.519005 | FOIA-0005679 | FOIA-0005684 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026803 | MSFOIA_WH026804 | 0.7.72.519020 | FOIA-0005685 | FOIA-0005688 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026807 | MSFOIA_WH026809 | 0.7.72.519286 | FOIA-0005689 | FOIA-0005693 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026811 | | 0.7.72.523079 | FOIA-0005696 | FOIA-0005696 | | | | | | Discussion regarding decisions to be made with respect to examinations of third-party taxpayers and Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026813 | MSFOIA_WH026814 | 0.7.72.523079.1 | FOIA-0005697 | FOIA-0005700 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026823 | MSFOIA_WH026825 | 0.7.72.529648 | FOIA-0005702 | FOIA-0005704 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026963 | MSFOIA_WH026964 | 0.7.72.582740 | FOIA-0005778 | FOIA-0005779 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026965 | | 0.7.72.573672 | FOIA-0005766 | FOIA-0005766 | | | | | | Discussion regarding decisions to be made with respect to the examinations of third-party taxpayers and Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-04 | Part | MSFOIA_WH026968 | | 0.7.72.576419 | FOIA-0005768 | FOIA-0005768 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026969 | MSFOIA_WH026970 | 0.7.72.560406 | FOIA-0005760 | FOIA-0005761 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 193 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH026971 | | 0.7.72.576562 | FOIA-0005769 | FOIA-0005769 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026972 | | 0.7.72.572674 | FOIA-0005765 | FOIA-0005765 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026973 | MSFOIA_WH026976 | 0.7.72.579866 | FOIA-0005773 | FOIA-0005776 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026977 | | 0.7.72.579866.1 | FOIA-0005777 | FOIA-0005777 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-04 | Part | MSFOIA_WH026979 | MSFOIA_WH026980 | 0.7.72.560431 | FOIA-0005762 | FOIA-0005763 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026980 | | 0.7.72.560431 | FOIA-0005762 | FOIA-0005763 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-04 | Part | MSFOIA_WH026981 | MSFOIA_WH026982 | 0.7.72.579688 | FOIA-0005770 | FOIA-0005772 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-04 | Part | MSFOIA_WH026994 | | 0.7.72.585569 | FOIA-0005780 | FOIA-0005780 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 194 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-04 | Part | MSFOIA_WH027016 | | 0.7.72.569088 | FOIA-0005764 | FOIA-0005764 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035356 | MSFOIA_WH035357 | 0.7.72.84690 | FOIA-0005808 | FOIA-0005809 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035358 | | 0.7.72.84221 | FOIA-0005806 | FOIA-0005806 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035365 | | 0.7.72.82374 | FOIA-0005800 | FOIA-0005800 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035375 | MSFOIA_WH035377 | 0.7.72.95271 | FOIA-0005810 | FOIA-0005812 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035381 | | 0.7.72.84559 | FOIA-0005807 | FOIA-0005807 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035401 | MSFOIA_WH035403 | 0.7.72.82835 | FOIA-0005801 | FOIA-0005803 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035402 | | 0.7.72.82835 | FOIA-0005801 | FOIA-0005803 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 195 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035438 | MSFOIA_WH035439 | 0.7.72.81686 | FOIA-0005792 | FOIA-0005793 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035479 | MSFOIA_WH035480 | 0.7.72.83973 | FOIA-0005804 | FOIA-0005805 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035481 | | 0.7.72.81749 | FOIA-0005794 | FOIA-0005795 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035483 | | 0.7.72.81877 | FOIA-0005796 | FOIA-0005799 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035484 | | 0.7.72.81877 | FOIA-0005796 | FOIA-0005799 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035504 | | 0.7.72.96062 | FOIA-0005813 | FOIA-0005813 | | | | | | Discussion regarding draft report with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the draft being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035504 | | 0.7.72.96062 | FOIA-0005813 | FOIA-0005813 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH035602 | | 0.7.72.22219 | FOIA-0005781 | FOIA-0005781 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035603 | | 0.7.72.22221 | FOIA-0005782 | FOIA-0005782 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 196 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035604 | | 0.7.72.22222 | FOIA-0005783 | FOIA-0005783 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035644 | | 0.7.72.22242 | FOIA-0005784 | FOIA-0005784 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035645 | | 0.7.72.22243 | FOIA-0005785 | FOIA-0005785 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035646 | | 0.7.72.22244 | FOIA-0005786 | FOIA-0005786 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035667 | | 0.7.72.197777 | FOIA-0005829 | FOIA-0005829 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035667 | | 0.7.72.197777 | FOIA-0005829 | FOIA-0005829 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to third-party taxpayers' examinations, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examinations at issue. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035669 | MSFOIA_WH035670 | 0.7.72.195203.1 | FOIA-0005822 | FOIA-0005823 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to third-party and Microsoft examinations, including discussion of scope, direction, timing, and strategy of those investigations; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examinations at issue. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035673 | | 0.7.72.197502 | FOIA-0005825 | FOIA-0005828 | | | | | | Discussion of examination of third-party taxpayer | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH035673 | MSFOIA_WH035676 | 0.7.72.197502 | FOIA-0005825 | FOIA-0005828 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035678 | | 0.7.72.194461 | FOIA-0005817 | FOIA-0005817 | | | | | | Discussion of decisions involved in year-end goal setting | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy and goals being considered |
| 2017-05 | Part | MSFOIA_WH035703 | | 0.7.72.196424 | FOIA-0005824 | FOIA-0005824 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035705 | | 0.7.72.194726 | FOIA-0005819 | FOIA-0005820 | | | | | | Internal discussion among IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal issues for which advice has been sought and provided | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035706 | | 0.7.72.144094 | FOIA-0005814 | FOIA-0005816 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035712 | MSFOIA_WH035713 | 0.7.72.395729 | FOIA-0006185 | FOIA-0006186 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 198 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035723 | MSFOIA_WH035724 | 0.7.72.406693 | FOIA-0006286 | FOIA-0006288 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035731 | | 0.7.72.396411 | FOIA-0006190 | FOIA-0006190 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035734 | MSFOIA_WH035735 | 0.7.72.392995 | FOIA-0006151 | FOIA-0006153 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035734 | MSFOIA_WH035735 | 0.7.72.392995 | FOIA-0006151 | FOIA-0006153 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH035737 | | 0.7.72.397097 | FOIA-0006207 | FOIA-0006208 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035739 | MSFOIA_WH035740 | 0.7.72.397455 | FOIA-0006216 | FOIA-0006218 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035740 | MSFOIA_WH035741 | 0.7.72.397455 | FOIA-0006216 | FOIA-0006218 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH035760 | MSFOIA_WH035761 | 0.7.72.397205 | FOIA-0006209 | FOIA-0006210 | | | | | | Teleconference passcode; links to secure internal websites | (b)(7)(E) | Passwords to protect electronic means of communication and secure links constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH035762 | MSFOIA_WH035763 | 0.7.72.410767 | FOIA-0006291 | FOIA-0006293 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035762 | | 0.7.72.410767 | FOIA-0006291 | FOIA-0006293 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035763 | | 0.7.72.410767 | FOIA-0006291 | FOIA-0006293 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH035770 | | 0.7.72.393609 | FOIA-0006162 | FOIA-0006163 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 199 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035772 | MSFOIA_WH035776 | 0.7.72.393609.1 | FOIA-0006164 | FOIA-0006168 | | | | | | Business Results of CIC Cases report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035778 | MSFOIA_WH035782 | 0.7.72.399812 | FOIA-0006248 | FOIA-0006252 | | | | | | Business Results of CIC Cases report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035784 | MSFOIA_WH035788 | 0.7.72.398913.1 | FOIA-0006224 | FOIA-0006228 | | | | | | Business Results of CIC Cases report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035790 | MSFOIA_WH035797 | 0.7.72.401506.1 | FOIA-0006260 | FOIA-0006267 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035798 | MSFOIA_WH035799 | 0.7.72.401412 | FOIA-0006256 | FOIA-0006257 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035801 | | 0.7.72.396788 | FOIA-0006203 | FOIA-0006204 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035803 | MSFOIA_WH035804 | 0.7.72.396788.1 | FOIA-0006205 | FOIA-0006206 | | | | | | CIC Monitoring Report, reporting on status of ongoing examination of Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 200 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035805 | MSFOIA_WH035807 | 0.7.72.393520 | FOIA-0006158 | FOIA-0006160 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035809 | MSFOIA_WH035811 | 0.7.72.399117 | FOIA-0006229 | FOIA-0006231 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035813 | MSFOIA_WH035815 | 0.7.72.392528 | FOIA-0006143 | FOIA-0006145 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035817 | | 0.7.72.392034 | FOIA-0006141 | FOIA-0006141 | | | | | | Email discussing meeting between IRS employees and IRS Chief Counsel attorneys and identifying legal issues to be discussed with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035817 | | 0.7.72.392034 | FOIA-0006141 | FOIA-0006141 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH035823 | | 0.7.72.398127 | FOIA-0006219 | FOIA-0006219 | | | | | | Email discussing meeting between IRS employees and IRS Chief Counsel attorneys and identifying legal issues to be discussed with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035823 | | 0.7.72.398127 | FOIA-0006219 | FOIA-0006219 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH035829 | MSFOIA_WH035831 | 0.7.72.396629 | FOIA-0006192 | FOIA-0006194 | | | | | | CIC Monitoring Report, reporting on status of ongoing examination of Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035832 | MSFOIA_WH035835 | 0.7.72.396629.1 | FOIA-0006195 | FOIA-0006198 | | | | | | CIC Monitoring Report, reporting on status of ongoing examination of Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 201 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035837 | MSFOIA_WH035842 | 0.7.72.399641.1 | FOIA-0006242 | FOIA-0006247 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035843 | | 0.7.72.54770 | FOIA-0005787 | FOIA-0005787 | | | | | | CIC Monitoring Report, reporting on status of ongoing examination of Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035849 | MSFOIA_WH035854 | 0.7.72.403348.1 | FOIA-0006278 | FOIA-0006283 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035855 | | 0.7.72.392984 | FOIA-0006150 | FOIA-0006150 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation | (b)(3)/6103(e)(7);(b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035856 | | 0.7.72.395130 | FOIA-0006176 | FOIA-0006176 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation and discussion of legal issues to be addressed by counsel | (b)(3)/6103(e)(7);(b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035857 | | 0.7.72.409284 | FOIA-0006290 | FOIA-0006290 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035861 | MSFOIA_WH035863 | 0.7.72.396773 | FOIA-0006199 | FOIA-0006201 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035872 | | 0.7.72.397307.1 | FOIA-0006212 | FOIA-0006212 | | | | | | | NO EXEMPTIONS ASSERTED | |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 202 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035873 | MSFOIA_WH035875 | 0.7.72.397382 | FOIA-0006213 | FOIA-0006215 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035873 | MSFOIA_WH035874 | 0.7.72.397382 | FOIA-0006213 | FOIA-0006215 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035876 | MSFOIA_WH035878 | 0.7.72.391355 | FOIA-0006138 | FOIA-0006140 | | | | | | Internal discussion between IRS Chief Counsel attorneys and IRS employees with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation | (b)(3)/6103(e)(7);(b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or as advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035879 | MSFOIA_WH035881 | 0.7.72.402029 | FOIA-0006268 | FOIA-0006271 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035880 | | 0.7.72.402029 | FOIA-0006268 | FOIA-0006271 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035883 | MSFOIA_WH035886 | 0.7.72.394552 | FOIA-0006172 | FOIA-0006175 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035885 | | 0.7.72.394552 | FOIA-0006172 | FOIA-0006175 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035890 | MSFOIA_WH035891 | 0.7.72.392659 | FOIA-0006147 | FOIA-0006148 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035894 | MSFOIA_WH035897 | 0.7.72.395560.1 | FOIA-0006180 | FOIA-0006183 | | | | | | CIC Business Results Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH035901 | MSFOIA_WH035903 | 0.7.72.399398 | FOIA-0006233 | FOIA-0006235 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035911 | | 0.7.72.399398.5 | FOIA-0006240 | FOIA-0006240 | | | | | | | NO EXEMPTIONS ASSERTED | |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 203 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035912 | | 0.7.72.395680 | FOIA-0006184 | FOIA-0006184 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035913 | MSFOIA_WH035914 | 0.7.72.402177 | FOIA-0006272 | FOIA-0006273 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035913 | | 0.7.72.402177 | FOIA-0006272 | FOIA-0006273 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035919 | MSFOIA_WH035920 | 0.7.72.405353 | FOIA-0006284 | FOIA-0006285 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys for purpose of securing/providing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH035919 | | 0.7.72.405353 | FOIA-0006284 | FOIA-0006285 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-05 | Part | MSFOIA_WH035921 | | 0.7.72.393302 | FOIA-0006155 | FOIA-0006155 | | | | | | Communication with contractor for expert services regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035922 | | 0.7.72.394441 | FOIA-0006170 | FOIA-0006171 | | | | | | Communication with contractor for expert services regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035924 | MSFOIA_WH035925 | 0.7.72.398194 | FOIA-0006221 | FOIA-0006222 | | | | | | Communication with contractor for expert services regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH035962 | MSFOIA_WH035966 | 0.7.72.236053.1 | FOIA-0005966 | FOIA-0005970 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 204 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH035967 | | 0.7.72.221676 | FOIA-0005854 | FOIA-0005855 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH035969 | MSFOIA_WH035973 | 0.7.72.221676.1 | FOIA-0005856 | FOIA-0005860 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH035974 | | 0.7.72.235927 | FOIA-0005958 | FOIA-0005959 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH035976 | MSFOIA_WH035980 | 0.7.72.235927.1 | FOIA-0005960 | FOIA-0005964 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH035981 | MSFOIA_WH035984 | 0.7.72.235624 | FOIA-0005945 | FOIA-0005948 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH035986 | MSFOIA_WH035989 | 0.7.72.221191.1 | FOIA-0005850 | FOIA-0005853 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH035990 | | 0.7.72.242321 | FOIA-0005985 | FOIA-0005985 | | | | | | Discussion of decisions involved in approach to examination of certain types of cases involving certain types of transactions | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH035993 | MSFOIA_WH036007 | 0.7.72.242321.2 | FOIA-0005987 | FOIA-0006001 | | | | | | Identification of third-party taxpayer examinations and Microsoft examination and discussion of decisions involved in certain types of cases involving certain types of transactions and tax issues | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 205 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036009 | MSFOIA_WH036011 | 0.7.72.237923.1 | FOIA-0005974 | FOIA-0005976 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036012 | | 0.7.72.244047 | FOIA-0006009 | FOIA-0006009 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036013 | MSFOIA_WH036015 | 0.7.72.244047.1 | FOIA-0006010 | FOIA-0006012 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036017 | MSFOIA_WH036019 | 0.7.72.235739.1 | FOIA-0005950 | FOIA-0005952 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036031 | | 0.7.72.255209 | FOIA-0006048 | FOIA-0006049 | | | | | | Discussion of decisions to be made about draft briefing document | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH036032 | | 0.7.72.255209 | FOIA-0006048 | FOIA-0006049 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036311 | | 0.7.72.237913 | FOIA-0005971 | FOIA-0005972 | | | | | | Discussion of decisions to be made about section 482 cost sharing cases, including Microsoft examination, and identification of third-party taxpayer examinations with respect to 482 cost sharing cases | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH036314 | MSFOIA_WH036347 | 0.7.72.224824.1 | FOIA-0005862 | FOIA-0005895 | | | | | | Briefing Book on the High-Technology Industry, containing discussion of the issues and decisions to be made with respect to enforcement efforts involving high-technology industry taxpayers, including Microsoft; contains description of discussions regarding decisions to be made with respect to various enforcement efforts; also contains discussion of draft document with respect to examinations of high-technology industry taxpayers, including Microsoft | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 206 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036439 | MSFOIA_WH036442 | 0.7.72.252023.1 | FOIA-0006038 | FOIA-0006041 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036443 | MSFOIA_WH036446 | 0.7.72.240458 | FOIA-0005979 | FOIA-0005982 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036447 | | 0.7.72.247702 | FOIA-0006030 | FOIA-0006030 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036448 | MSFOIA_WH036451 | 0.7.72.247702.1 | FOIA-0006031 | FOIA-0006034 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036453 | MSFOIA_WH036457 | 0.7.72.254972.1 | FOIA-0006043 | FOIA-0006047 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036458 | MSFOIA_WH036459 | 0.7.72.232154 | FOIA-0005923 | FOIA-0005924 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036460 | MSFOIA_WH036462 | 0.7.72.244995 | FOIA-0006026 | FOIA-0006029 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036464 | MSFOIA_WH036467 | 0.7.72.229654 | FOIA-0005907 | FOIA-0005910 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036468 | MSFOIA_WH036471 | 0.7.72.229698 | FOIA-0005911 | FOIA-0005914 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036472 | MSFOIA_WH036476 | 0.7.72.235861 | FOIA-0005953 | FOIA-0005957 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayers | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036489 | | 0.7.72.226019 | FOIA-0005897 | FOIA-0005897 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036490 | MSFOIA_WH036491 | 0.7.72.243756 | FOIA-0006007 | FOIA-0006008 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 208 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036494 | MSFOIA_WH036495 | 0.7.72.235557 | FOIA-0005935 | FOIA-0005936 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys for the purpose of securing/providing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036498 | MSFOIA_WH036500 | 0.7.72.218658 | FOIA-0005840 | FOIA-0005842 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036499 | | 0.7.72.218658 | FOIA-0005840 | FOIA-0005842 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036501 | MSFOIA_WH036504 | 0.7.72.244847 | FOIA-0006022 | FOIA-0006025 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036502 | | 0.7.72.244847 | FOIA-0006022 | FOIA-0006025 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036501 | | 0.7.72.244847 | FOIA-0006022 | FOIA-0006025 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036505 | MSFOIA_WH036507 | 0.7.72.227713 | FOIA-0005904 | FOIA-0005906 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036506 | | 0.7.72.227713 | FOIA-0005904 | FOIA-0005906 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036508 | MSFOIA_WH036510 | 0.7.72.244658 | FOIA-0006019 | FOIA-0006021 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036509 | | 0.7.72.244658 | FOIA-0006019 | FOIA-0006021 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036511 | | 0.7.72.244605 | FOIA-0006013 | FOIA-0006013 | | | | | | Discussion regarding decisions to be made regarding draft High Tech Monthly Report | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-05 | Part | MSFOIA_WH036511 | | 0.7.72.244605 | FOIA-0006013 | FOIA-0006013 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 209 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036512 | MSFOIA_WH036516 | 0.7.72.244605.1 | FOIA-0006014 | FOIA-0006018 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036517 | | 0.7.72.220328 | FOIA-0005843 | FOIA-0005843 | | | | | | Discussion regarding decisions to be made regarding draft High Tech Monthly Report | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-05 | Part | MSFOIA_WH036517 | | 0.7.72.220328 | FOIA-0005843 | FOIA-0005843 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036518 | MSFOIA_WH036522 | 0.7.72.220328.1 | FOIA-0005844 | FOIA-0005848 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036530 | MSFOIA_WH036534 | 0.7.72.226103.1 | FOIA-0005899 | FOIA-0005903 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036539 | MSFOIA_WH036543 | 0.7.72.232063 | FOIA-0005918 | FOIA-0005922 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036545 | MSFOIA_WH036549 | 0.7.72.213782.1 | FOIA-0005833 | FOIA-0005837 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 210 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036551 | MSFOIA_WH036556 | 0.7.72.235581.1 | FOIA-0005939 | FOIA-0005944 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036558 | MSFOIA_WH036563 | 0.7.72.234776.1 | FOIA-0005927 | FOIA-0005932 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036569 | | 0.7.72.233989 | FOIA-0005925 | FOIA-0005925 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036570 | MSFOIA_WH036571 | 0.7.72.241939 | FOIA-0005983 | FOIA-0005984 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036572 | | 0.7.72.229840 | FOIA-0005915 | FOIA-0005915 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036573 | | 0.7.72.214766 | FOIA-0005838 | FOIA-0005839 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036575 | MSFOIA_WH036577 | 0.7.72.267227 | FOIA-0006063 | FOIA-0006065 | | | | | | Monthly report on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft, discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers, and advice requested from/provided by IRS Chief counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 211 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036599 | | 0.7.72.263925 | FOIA-0006051 | FOIA-0006051 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036632 | | 0.7.72.264102 | FOIA-0006053 | FOIA-0006054 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH036632 | MSFOIA_WH036633 | 0.7.72.264102 | FOIA-0006053 | FOIA-0006054 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036635 | | 0.7.72.265102 | FOIA-0006058 | FOIA-0006058 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036636 | | 0.7.72.264844 | FOIA-0006056 | FOIA-0006057 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036639 | MSFOIA_WH036640 | 0.7.72.267270 | FOIA-0006066 | FOIA-0006067 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036641 | | 0.7.72.267019 | FOIA-0006062 | FOIA-0006062 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036642 | | 0.7.72.264229 | FOIA-0006055 | FOIA-0006055 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 212 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036643 | | 0.7.72.264019 | FOIA-0006052 | FOIA-0006052 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036644 | | 0.7.72.272526 | FOIA-0006068 | FOIA-0006068 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036645 | | 0.7.72.272526.1 | FOIA-0006069 | FOIA-0006069 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and third-party taxpayer examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036645 | | 0.7.72.272526.1 | FOIA-0006069 | FOIA-0006069 | | | | | | Discussion of internal employee timekeeping matters | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personnel matters is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036647 | | 0.7.72.321340 | FOIA-0006073 | FOIA-0006073 | | | | | | Identification of third-party taxpayer | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036648 | | 0.7.72.283042 | FOIA-0006071 | FOIA-0006071 | | | | | | Identification of third-party taxpayer | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036649 | | 0.7.72.296981 | FOIA-0006072 | FOIA-0006072 | | | | | | Identification of third-party taxpayer | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH036679 | MSFOIA_WH036681 | 0.7.72.368418 | FOIA-0006087 | FOIA-0006089 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036683 | MSFOIA_WH036685 | 0.7.72.376648 | FOIA-0006115 | FOIA-0006118 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036686 | | 0.7.72.373104 | FOIA-0006099 | FOIA-0006099 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036707 | | 0.7.72.380501 | FOIA-0006122 | FOIA-0006123 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 213 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036707 | MSFOIA_WH036708 | 0.7.72.380501 | FOIA-0006122 | FOIA-0006123 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036709 | | 0.7.72.367871 | FOIA-0006086 | FOIA-0006086 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036710 | MSFOIA_WH036711 | 0.7.72.364416 | FOIA-0006081 | FOIA-0006082 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036710 | | 0.7.72.364416 | FOIA-0006081 | FOIA-0006082 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036712 | | 0.7.72.384684 | FOIA-0006131 | FOIA-0006132 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036712 | MSFOIA_WH036712 | 0.7.72.384684 | FOIA-0006131 | FOIA-0006132 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036714 | MSFOIA_WH036716 | 0.7.72.362471 | FOIA-0006074 | FOIA-0006076 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036715 | | 0.7.72.362471 | FOIA-0006074 | FOIA-0006076 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036717 | MSFOIA_WH036719 | 0.7.72.383562 | FOIA-0006128 | FOIA-0006130 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036718 | | 0.7.72.383562 | FOIA-0006128 | FOIA-0006130 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036720 | | 0.7.72.365308 | FOIA-0006083 | FOIA-0006083 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 214 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036721 | | 0.7.72.371689 | FOIA-0006091 | FOIA-0006092 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036724 | | 0.7.72.380875 | FOIA-0006124 | FOIA-0006124 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-05 | Part | MSFOIA_WH036725 | | 0.7.72.380875.1 | FOIA-0006125 | FOIA-0006127 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036728 | | 0.7.72.373876 | FOIA-0006101 | FOIA-0006102 | | | | | | Discussion of employee personnel matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH036735 | | 0.7.72.364297 | FOIA-0006079 | FOIA-0006080 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036737 | MSFOIA_WH036739 | 0.7.72.372717 | FOIA-0006096 | FOIA-0006098 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036738 | | 0.7.72.372717 | FOIA-0006096 | FOIA-0006098 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036740 | | 0.7.72.369034 | FOIA-0006090 | FOIA-0006090 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036741 | | 0.7.72.379477 | FOIA-0006121 | FOIA-0006121 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036742 | | 0.7.72.374516 | FOIA-0006109 | FOIA-0006109 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036743 | | 0.7.72.377502 | FOIA-0006119 | FOIA-0006120 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 215 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036745 | MSFOIA_WH036746 | 0.7.72.364237 | FOIA-0006077 | FOIA-0006078 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036772 | | 0.7.72.386938 | FOIA-0006133 | FOIA-0006133 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036778 | | 0.7.72.367184 | FOIA-0006084 | FOIA-0006084 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036808 | MSFOIA_WH036810 | 0.7.72.374644 | FOIA-0006110 | FOIA-0006112 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036808 | MSFOIA_WH036809 | 0.7.72.374644 | FOIA-0006110 | FOIA-0006112 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036811 | MSFOIA_WH036813 | 0.7.72.371829 | FOIA-0006093 | FOIA-0006095 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036814 | MSFOIA_WH036816 | 0.7.72.374510 | FOIA-0006104 | FOIA-0006107 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036815 | MSFOIA_WH036816 | 0.7.72.374510 | FOIA-0006104 | FOIA-0006107 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH036819 | | 0.7.72.375432 | FOIA-0006113 | FOIA-0006113 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 216 of 1159    8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036836 | MSFOIA_WH036842 | 0.7.72.468940.1 | FOIA-0006361 | FOIA-0006375 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036852 | MSFOIA_WH036866 | 0.7.72.451241.1 | FOIA-0006327 | FOIA-0006341 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036936 | MSFOIA_WH036942 | 0.7.72.438395.1 | FOIA-0006304 | FOIA-0006310 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036944 | MSFOIA_WH036950 | 0.7.72.460560.1 | FOIA-0006343 | FOIA-0006349 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH036952 | MSFOIA_WH036961 | 0.7.72.449531.1 | FOIA-0006316 | FOIA-0006325 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 217 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH036962 | | 0.7.72.434811 | FOIA-0006296 | FOIA-0006297 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036964 | MSFOIA_WH036965 | 0.7.72.433834 | FOIA-0006294 | FOIA-0006295 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036964 | | 0.7.72.433834 | FOIA-0006294 | FOIA-0006295 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH036966 | MSFOIA_WH036967 | 0.7.72.440525 | FOIA-0006313 | FOIA-0006314 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH036967 | | 0.7.72.440525 | FOIA-0006313 | FOIA-0006314 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH036976 | MSFOIA_WH036980 | 0.7.72.466129.4 | FOIA-0006354 | FOIA-0006358 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-05 | Part | MSFOIA_WH036983 | | 0.7.72.439304 | FOIA-0006311 | FOIA-0006311 | | | | | | Discussion of decisions involved in year-end goal setting | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy and goals being considered |
| 2017-05 | Part | MSFOIA_WH036993 | MSFOIA_WH036996 | 0.7.72.435581.1 | FOIA-0006299 | FOIA-0006302 | | | | | | High Technology Industry monthly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 218 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037008 | | 0.7.72.502146 | FOIA-0006377 | FOIA-0006377 | | | | | | Discussion of decisions involved in approach to examination of certain types of cases involving certain types of transactions | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH037011 | MSFOIA_WH037025 | 0.7.72.502146.2 | FOIA-0006379 | FOIA-0006393 | | | | | | Identification of third-party taxpayer examinations and Microsoft examination and discussion of decisions involved in certain types of cases involving certain types of transactions and tax issues | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH037026 | | 0.7.72.498180 | FOIA-0006376 | FOIA-0006376 | | | | | | Discussion of decisions to be made about section 482 cost sharing cases, and identification of Microsoft and third-party taxpayer examinations with respect to 482 cost sharing cases | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-05 | Part | MSFOIA_WH037028 | MSFOIA_WH037032 | 0.7.72.524721.1 | FOIA-0006395 | FOIA-0006399 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Disclosure would harm law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-05 | Part | MSFOIA_WH037033 | MSFOIA_WH037034 | 0.7.72.569209 | FOIA-0006440 | FOIA-0006441 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037050 | MSFOIA_WH037052 | 0.7.72.565094 | FOIA-0006429 | FOIA-0006431 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH037050 | | 0.7.72.565094 | FOIA-0006429 | FOIA-0006431 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037053 | MSFOIA_WH037055 | 0.7.72.562328 | FOIA-0006417 | FOIA-0006419 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH037053 | | 0.7.72.562328 | FOIA-0006417 | FOIA-0006419 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037059 | MSFOIA_WH037062 | 0.7.72.561501 | FOIA-0006409 | FOIA-0006412 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH037059 | MSFOIA_WH037060 | 0.7.72.561501 | FOIA-0006409 | FOIA-0006412 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 219 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037063 | | 0.7.72.586683 | FOIA-0006506 | FOIA-0006508 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037064 | | 0.7.72.586683 | FOIA-0006506 | FOIA-0006508 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH037066 | | 0.7.72.563131 | FOIA-0006423 | FOIA-0006425 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037067 | MSFOIA_WH037068 | 0.7.72.563131 | FOIA-0006423 | FOIA-0006425 | | | | | | Discussion of personnel and internal employee hiring matters | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. |
| 2017-05 | Part | MSFOIA_WH037069 | MSFOIA_WH037070 | 0.7.72.572741 | FOIA-0006452 | FOIA-0006455 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037069 | MSFOIA_WH037071 | 0.7.72.572741 | FOIA-0006452 | FOIA-0006455 | | | | | | Discussion of personnel and internal employee hiring matters; details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Personal privacy interest in personnel being discussed outweighs the public's interest in this information. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037073 | MSFOIA_WH037074 | 0.7.72.576581 | FOIA-0006474 | FOIA-0006475 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037074 | | 0.7.72.576581 | FOIA-0006474 | FOIA-0006475 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH037076 | | 0.7.72.573594 | FOIA-0006458 | FOIA-0006458 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037087 | MSFOIA_WH037088 | 0.7.72.560296 | FOIA-0006402 | FOIA-0006404 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037087 | | 0.7.72.560296 | FOIA-0006402 | FOIA-0006404 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this plan |
| 2017-05 | Part | MSFOIA_WH037088 | | 0.7.72.560296 | FOIA-0006402 | FOIA-0006404 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 220 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037112 | | 0.7.72.568042 | FOIA-0006438 | FOIA-0006438 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037113 | | 0.7.72.583637 | FOIA-0006494 | FOIA-0006494 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037114 | | 0.7.72.561193 | FOIA-0006406 | FOIA-0006406 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037122 | | 0.7.72.587469 | FOIA-0006509 | FOIA-0006509 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037123 | MSFOIA_WH037124 | 0.7.72.563420 | FOIA-0006427 | FOIA-0006428 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037123 | | 0.7.72.563420 | FOIA-0006427 | FOIA-0006428 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH037125 | | 0.7.72.587503 | FOIA-0006510 | FOIA-0006510 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037126 | | 0.7.72.586408 | FOIA-0006501 | FOIA-0006501 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037131 | MSFOIA_WH037132 | 0.7.72.582253 | FOIA-0006489 | FOIA-0006490 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 221 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037160 | | 0.7.72.573597 | FOIA-0006460 | FOIA-0006460 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037161 | MSFOIA_WH037162 | 0.7.72.572003 | FOIA-0006450 | FOIA-0006451 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037163 | MSFOIA_WH037164 | 0.7.72.561257 | FOIA-0006407 | FOIA-0006408 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037165 | MSFOIA_WH037166 | 0.7.72.579992 | FOIA-0006483 | FOIA-0006484 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037167 | | 0.7.72.567979 | FOIA-0006437 | FOIA-0006437 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037168 | MSFOIA_WH037169 | 0.7.72.573967 | FOIA-0006462 | FOIA-0006463 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037170 | | 0.7.72.560404 | FOIA-0006405 | FOIA-0006405 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037211 | | 0.7.72.570114 | FOIA-0006445 | FOIA-0006447 | | | | | | Discussion regarding decisions to be made with respect to audit strategies related to specific international tax matters | (b)(5)/Deliberative Process Privilege; (b)(7)(E) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to audit strategies being considered. Disclosure would harm IRS law enforcement efforts by revealing technique and procedures used to track and monitor tax investigations. |
| 2017-05 | Part | MSFOIA_WH037222 | | 0.7.72.568838 | FOIA-0006439 | FOIA-0006439 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 222 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037224 | MSFOIA_WH037227 | 0.7.72.575042 | FOIA-0006464 | FOIA-0006467 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains requests for, and receipt of, legal advice from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-05 | Part | MSFOIA_WH037224 | | 0.7.72.575042 | FOIA-0006464 | FOIA-0006467 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH037232 | | 0.7.72.583693 | FOIA-0006495 | FOIA-0006495 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037234 | | 0.7.72.586437 | FOIA-0006503 | FOIA-0006503 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH037235 | MSFOIA_WH037236 | 0.7.72.569260 | FOIA-0006442 | FOIA-0006444 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains discussion of internal law enforcement procedures | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Disclosure would harm IRS law enforcement efforts by revealing technique and procedures used to track, monitor, and conduct tax investigations. |
| 2017-05 | Part | MSFOIA_WH037243 | | 0.7.72.563140 | FOIA-0006426 | FOIA-0006426 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037277 | | 0.7.72.565931 | FOIA-0006434 | FOIA-0006434 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037280 | MSFOIA_WH037281 | 0.7.72.579430 | FOIA-0006481 | FOIA-0006482 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037282 | | 0.7.72.560112 | FOIA-0006400 | FOIA-0006401 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037284 | MSFOIA_WH037285 | 0.7.72.571679 | FOIA-0006448 | FOIA-0006449 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 223 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037286 | MSFOIA_WH037288 | 0.7.72.576566 | FOIA-0006471 | FOIA-0006473 | | | | | | Identification of third-party taxpayer enforcement matter | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH037289 | MSFOIA_WH037291 | 0.7.72.562555 | FOIA-0006420 | FOIA-0006422 | | | | | | Identification of third-party taxpayer enforcement matter | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH037289 | | 0.7.72.562555 | FOIA-0006420 | FOIA-0006422 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037289 | | 0.7.72.562555 | FOIA-0006420 | FOIA-0006422 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037296 | | 0.7.72.562225 | FOIA-0006413 | FOIA-0006416 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037297 | MSFOIA_WH037299 | 0.7.72.562225 | FOIA-0006413 | FOIA-0006416 | | | | | | Identification of third-party taxpayer enforcement matter | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-05 | Part | MSFOIA_WH037297 | | 0.7.72.562225 | FOIA-0006413 | FOIA-0006416 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037300 | | 0.7.72.583632 | FOIA-0006493 | FOIA-0006493 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037301 | MSFOIA_WH037302 | 0.7.72.580689 | FOIA-0006485 | FOIA-0006486 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037301 | | 0.7.72.580689 | FOIA-0006485 | FOIA-0006486 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037666 | | 0.7.72.587652 | FOIA-0006511 | FOIA-0006511 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037666 | | 0.7.72.587652 | FOIA-0006511 | FOIA-0006511 | | | | | | File passcode | (b)(7)(E) | Passwords to protect electronic files constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access confidential files created for law enforcement purposes. |
| 2017-05 | Part | MSFOIA_WH037667 | | 0.7.72.573718 | FOIA-0006461 | FOIA-0006461 | | | | | | Status update on ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 224 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037668 | MSFOIA_WH037669 | 0.7.72.580782 | FOIA-0006487 | FOIA-0006488 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037670 | MSFOIA_WH037671 | 0.7.72.572909 | FOIA-0006456 | FOIA-0006457 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037672 | MSFOIA_WH037673 | 0.7.72.565095 | FOIA-0006432 | FOIA-0006433 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037672 | | 0.7.72.565095 | FOIA-0006432 | FOIA-0006433 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037674 | MSFOIA_WH037675 | 0.7.72.586586 | FOIA-0006504 | FOIA-0006505 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037711 | | 0.7.72.584567 | FOIA-0006496 | FOIA-0006496 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037746 | MSFOIA_WH037747 | 0.7.72.576702 | FOIA-0006477 | FOIA-0006478 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037748 | MSFOIA_WH037749 | 0.7.72.583372 | FOIA-0006491 | FOIA-0006492 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH037748 | | 0.7.72.583372 | FOIA-0006491 | FOIA-0006492 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-05 | Part | MSFOIA_WH037750 | | 0.7.72.577492 | FOIA-0006479 | FOIA-0006479 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 225 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05 | Part | MSFOIA_WH037751 | | 0.7.72.575590 | FOIA-0006468 | FOIA-0006469 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH038304 | | 0.7.72.391265 | FOIA-0006135 | FOIA-0006136 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-05 | Part | MSFOIA_WH038304 | MSFOIA_WH038305 | 0.7.72.391265 | FOIA-0006135 | FOIA-0006136 | | | | | | Teleconference passcode; links to secure internal websites | (b)(7)(E) | Passwords to protect electronic means of communication and secure links constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH029383 | | 0.7.72.95620 | 6931 | 6931 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH029384 | | 0.7.72.95474 | 6930 | 6930 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects facts provided to attorneys for the purpose of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH029385 | MSFOIA_WH029386 | 0.7.72.81772 | 6901 | 6902 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029387 | | 0.7.72.81801 | 6903 | 6903 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029388 | | 0.7.72.81747 | 6900 | 6900 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029391 | MSFOIA_WH029394 | 0.7.72.81642 | 6894 | 6898 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects facts provided to attorneys for the purpose of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 226 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029420 | MSFOIA_WH029421 | 0.7.72.96172 | 6935 | 6936 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029422 | | 0.7.72.96147 | 6934 | 6934 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects facts provided to attorneys for the purpose of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH029423 | MSFOIA_WH029424 | 0.7.72.95684 | 6932 | 6933 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029424 | | 0.7.72.95684 | 6932 | 6933 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH029448 | MSFOIA_WH029449 | 0.7.72.81811 | 6904 | 6906 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029451 | | 0.7.72.81734 | 6899 | 6899 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029547 | | 0.7.72.81817 | 6907 | 6908 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029547 | | 0.7.72.81817 | 6907 | 6908 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH029549 | MSFOIA_WH029551 | 0.7.72.82362 | 6912 | 6914 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 227 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029552 | MSFOIA_WH029553 | 0.7.72.95458 | 6928 | 6929 | | | | | | Meeting agenda items listing issues being addressed and decisions to be made with respect to the Microsoft examination, including specific topics to be the subject of upcoming deliberations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029554 | MSFOIA_WH029555 | 0.7.72.84426 | 6920 | 6921 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029556 | | 0.7.72.81610 | 6893 | 6893 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029573 | MSFOIA_WH029575 | 0.7.72.81830 | 6909 | 6911 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029578 | MSFOIA_WH029580 | 0.7.72.84317 | 6915 | 6918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029580 | | 0.7.72.84317 | 6915 | 6918 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH029582 | MSFOIA_WH029585 | 0.7.72.84489 | 6922 | 6925 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029586 | MSFOIA_WH029587 | 0.7.72.84552 | 6926 | 6927 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects facts provided to attorneys for the purpose of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH029588 | | 0.7.72.84333 | 6919 | 6919 | | | | | | Comments within Examination Plan Issue Leadsheet indicating decisions about the scope and focus of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 228 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029589 | MSFOIA_WH029590 | 0.7.72.22246 | 6870 | 6871 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys regarding discussions of the possible scope, strategy, and direction of the Microsoft examination, including the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029591 | MSFOIA_WH029592 | 0.7.72.22247 | 6872 | 6873 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys regarding discussions of the possible scope, strategy, and direction of the Microsoft examination, including the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029593 | MSFOIA_WH029594 | 0.7.72.22248 | 6874 | 6875 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys regarding communications by the Exam Team about the possible scope, strategy, and direction of the Microsoft examination for the purpose of soliciting legal advice and including the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029595 | MSFOIA_WH029596 | 0.7.72.22249 | 6876 | 6877 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys regarding discussions of the possible scope, strategy, and direction of the Microsoft examination, including the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029597 | | 0.7.72.22251 | 6878 | 6878 | | | | | | Subject line, name of attachment to, and comments in the body of internal emails between IRS and IRS attorneys containing the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency and related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029598 | | 0.7.72.22253 | 6881 | 6881 | | | | | | Subject line, name of attachment to, and comments in the body of internal email between IRS attorneys containing discussions regarding legal questions addressed during the course of providing advice to the client agency and related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 229 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029604 | MSFOIA_WH029605 | 0.7.72.22252 | 6879 | 6880 | | | | | | Comments in the body of internal emails between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorneys  regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029606 | | 0.7.72.22257 | 6886 | 6886 | | | | | | Subject line and comments in the body of an internal email and the file name of an attachment between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorneys  regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029614 | | 0.7.72.22255 | 6883 | 6883 | | | | | | Subject line and comments in the body of an internal email and the file name of an attachment between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029615 | MSFOIA_WH029616 | 0.7.72.22256 | 6884 | 6885 | | | | | | Subject line and comments in the body of an internal email and the file name of an attachment between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029617 | | 0.7.72.22262 | 6888 | 6888 | | | | | | Comments in the body of internal emails among IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination and comments on the progress of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029618 | | 0.7.72.22263 | 6889 | 6889 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys regarding meeting agenda items regarding decisions to be made with respect to the Microsoft examination, including specific topics to be the subject of upcoming deliberations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029700 | | 0.7.72.197903 | 6956 | 6957 | | | | | | Comments in the body of internal email between IRS and IRS attorneys providing minutes to meeting regarding decisions to be made with respect to the Microsoft examination, including examination procedural and strategic decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 230 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029702 | | 0.7.72.197862 | 6955 | 6955 | | | | | | Comments in the body of internal email between IRS attorneys discussing decisions to be made with respect to the Microsoft examination and commenting on the progress of the investigation. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029704 | MSFOIA_WH029715 | 0.7.72.199288.1 | 6959 | 6972 | | | | | | IRS attorney's case notes regarding the case history of non-Microsoft taxpayers. Details attorney's thoughts and impressions about the case and possible IRS strategies. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed.<br>Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS.<br>Document was prepared for case on the Tax Court calendar. |
| 2017-06 | Part | MSFOIA_WH029718 | | 0.7.72.195141 | 6951 | 6951 | | | | | | Comments in the body of internal email between IRS attorneys regarding discussions of decision to be made with respect to the examination of a non-Microsoft taxpayer, including attorney's thoughts and impressions about the case and possible IRS strategies. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Work Product Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed.<br>Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS.<br>Document was prepared for case on the Tax Court calendar. |
| 2017-06 | Part | MSFOIA_WH029720 | MSFOIA_WH029721 | 0.7.72.195287.1 | 6953 | 6954 | | | | | | Comments in the body of an internal IRS and IRS attorney report providing to decision-makers status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed.<br>Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. |
| 2017-06 | Part | MSFOIA_WH029722 | | 0.7.72.194440 | 6950 | 6950 | | | | | | Comments in the body of an internal email between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS.<br>Document was prepared for case on the Tax Court calendar.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into the third party taxpayers' potential liability. |
| 2017-06 | Part | MSFOIA_WH029722 | | 0.7.72.194440 | 6950 | 6950 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 231 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029723 | MSFOIA_WH029724 | 0.7.72.206681 | 6973 | 6974 | | | | | | Comments in the body of an internal IRS and IRS attorney report providing to decision-makers status updates and notes about decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorney by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH029725 | | 0.7.72.116857 | 6940 | 6940 | | | | | | Comments in the body of internal IRS email regarding discussions of decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-06 | Part | MSFOIA_WH029727 | | 0.7.72.116857.1 | 6941 | 6944 | | | | | | Comments in the body of internal IRS report regarding status updates and notes about decisions to be made with respect to the Microsoft examination, including comments about the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029727 | MSFOIA_WH029729 | 0.7.72.116857.1 | 6941 | 6944 | | | | | | Comments in the body of internal IRS report regarding status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-06 | Part | MSFOIA_WH029730 | MSFOIA_WH029732 | 0.7.72.107338 | 6937 | 6939 | | | | | | Comments in the body of an internal IRS and IRS attorney report providing to decision-makers status updates and notes about decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorney by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH029733 | MSFOIA_WH029734 | 0.7.72.118242 | 6945 | 6946 | | | | | | Comments in the body of internal IRS emails regarding meeting summaries concerning status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 232 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029735 | | 0.7.72.118242.1 | 6947 | 6947 | | | | | | Internal IRS spreadsheet detailing "Potential Unagreed Issues" in the Microsoft examination, including comments about the scope and direction of the investigation. Contains a list of issues with comments that indicate the scope and direction of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029736 | MSFOIA_WH029737 | 0.7.72.407407 | 7588 | 7589 | | | | | | Comments in the body of internal email between IRS exam team and IRS attorney discussing decisions to be made with respect to the Microsoft examination. Comments refer to the progress of the investigation and reflect the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029738 | MSFOIA_WH029739 | 0.7.72.401766 | 7579 | 7580 | | | | | | Subject line and comments in the body of internal IRS emails containing communications with IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Comments refer to the progress of the investigation and reflect the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029740 | MSFOIA_WH029741 | 0.7.72.396334 | 7549 | 7550 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Comments refer to the progress of the investigation and contain issues raised for the purpose of obtaining legal advice. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029742 | MSFOIA_WH029743 | 0.7.72.406857 | 7585 | 7586 | | | | | | Comments in the body of internal IRS emails regarding decisions to be made with respect to the Microsoft examination, including comments about the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029743 | | 0.7.72.406857 | 7585 | 7586 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH029745 | | 0.7.72.399898 | 7562 | 7562 | | | | | | Comments in the body of internal IRS email organizing a meeting to discuss decisions to be made with respect to the Microsoft examination. Includes potential issues to be raised, which implicate the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 233 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029746 | | 0.7.72.401117 | 7569 | 7569 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. Includes a description of calculations and models that the Exam Team is relying on in its investigation and indications of the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029749 | | 0.7.72.396652 | 7551 | 7552 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029751 | | 0.7.72.404699 | 7581 | 7581 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination, including reference to specific transactions and valuation methods. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029759 | | 0.7.72.406070 | 7584 | 7584 | | | | | | Comments in the body of internal emails between IRS and IRS attorney discussing decisions to be made with respect to the Microsoft examination. Includes the thoughts and impressions of IRS attorney regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029760 | | 0.7.72.400685 | 7563 | 7563 | | | | | | Subject line, name of attachment, and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including reference to specific transactions and valuation methods. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029852 | MSFOIA_WH029853 | 0.7.72.396237 | 7547 | 7548 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. Specific reference is made to the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029852 | | 0.7.72.396237 | 7547 | 7548 | | | | | | Comments in email regarding employee's health. | (b)(6) and (b)(7)(C) | Public interest in details about this government employee's health does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH029856 | | 0.7.72.396174.1 | 7546 | 7546 | | | | | | Internal IRS spreadsheet detailing "Potential Unagreed Issues" in the Microsoft examination, including comments about the scope and direction of the investigation. Contains a list of issues with comments that indicate the scope and direction of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029859 | | 0.7.72.394686.1 | 7533 | 7533 | | | | | | Internal IRS spreadsheet detailing "Potential Unagreed Issues" in the Microsoft examination, including comments about the scope and direction of the investigation. Contains a list of issues with comments that indicate the scope and direction of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 234 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH029860 | | 0.7.72.394444 | 7529 | 7530 | | | | | | Comments in the body of internal IRS emails discussing a draft of an internal report regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH029868 | | 0.7.72.410039 | 7593 | 7594 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH029870 | | 0.7.72.400952 | 7565 | 7566 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH030114 | | 0.7.72.397087 | 7554 | 7554 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys discussing decisions to be made with respect to, and the status of, the Microsoft examination. Includes questions and communications for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030118 | MSFOIA_WH030120 | 0.7.72.394108 | 7524 | 7527 | | | | | | Subject line and comments in the body of emails between contractor and IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates thoughts and impressions of attorneys advising the IRS, and information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030124 | MSFOIA_WH030125 | 0.7.72.408230.1 | 7591 | 7592 | | | | | | Internal IRS spreadsheet detailing issues in the Microsoft examination, including management comments about the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030144 | MSFOIA_WH030145 | 0.7.72.397506.1 | 7558 | 7559 | | | | | | Internal IRS spreadsheet detailing issues in the Microsoft examination, including management comments about the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030148 | | 0.7.72.401544.1 | 7575 | 7578 | | | | | | Internal IRS spreadsheet detailing issues in the Microsoft examination, including management comments about the scope and direction of the investigation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030148 | MSFOIA_WH030149 | 0.7.72.401544.1 | 7575 | 7578 | | | | | | Comments in the body of internal IRS report regarding status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 235 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH030153 | | 0.7.72.401469.1 | 7572 | 7573 | | | | | | Internal IRS spreadsheet detailing decisions to be made with respect to the Microsoft examination, including status updates and notes about the scope and direction of the investigation. Comments reflect communication with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030156 | | 0.7.72.395214.1 | 7536 | 7537 | | | | | | Internal IRS spreadsheet detailing decisions to be made with respect to the Microsoft examination, including status updates and notes about the scope and direction of the investigation. Comments reflect communication with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030486 | MSFOIA_WH030487 | 0.7.72.392057 | 7518 | 7520 | | | | | | Comments in the body of internal emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Includes questions and comments for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030490 | | 0.7.72.399386 | 7560 | 7561 | | | | | | Subject line and comments in the body of emails between IRS and contractor regarding comments on and editing of expert models related to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030490 | | 0.7.72.399386 | 7560 | 7561 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH030521 | | 0.7.72.54854 | 6890 | 6892 | | | | | | Internal IRS spreadsheet detailing decisions to be made with respect to the Microsoft examination, including status updates and notes about the scope and direction of the investigation. Comments reflect confidential sources of information as well as communication with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030524 | | 0.7.72.391321 | 7515 | 7517 | | | | | | Internal IRS spreadsheet detailing decisions to be made with respect to the Microsoft examination, including status updates and notes about the scope and direction of the investigation. Comments reflect confidential sources of information as well as communication with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030527 | | 0.7.72.393379 | 7522 | 7522 | | | | | | Name of attachment and comments in the body of internal email discussing decisions to be made with respect to the Microsoft examination and details about the scope of work completed by contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 236 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH030538 | | 0.7.72.397348 | 7555 | 7555 | | | | | | Comments in the body of internal IRS email discussing operational details and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030627 | MSFOIA_WH030632 | 0.7.72.232868 | 7203 | 7208 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030629 | | 0.7.72.232868 | 7203 | 7208 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH030634 | MSFOIA_WH030637 | 0.7.72.213453.1 | 6978 | 6981 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030638 | MSFOIA_WH030644 | 0.7.72.245158 | 7253 | 7259 | | | | | | Subject lines and comments in the body of emails between IRS and IRS attorneys discussing issues and decisions to be made with respect to the Microsoft examination and the examination of a non-Microsoft taxpayer. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH030645 | | 0.7.72.239468 | 7224 | 7224 | | | | | | Comments in email regarding outside job prospects of certain IRS employee. | (b)(6) and (b)(7)(C) | Public interest in details about this government employee's job prospects does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH030645 | | 0.7.72.239468 | 7224 | 7224 | | | | | | Subject lines and comments in the body of emails between IRS attorneys discussing issues and decisions to be made with respect to the Microsoft examination and the examination of a non-Microsoft taxpayer. Comments reference how to allocate agency resources, and communicate information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH030646 | | 0.7.72.237563 | 7218 | 7218 | | | | | | Comments in the body of email among IRS attorneys sharing a draft of internally circulated notes describing a recommendation for additional topics with respect to investigations of non-Microsoft taxpayers to be added to the draft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-06 | Part | MSFOIA_WH030647 | MSFOIA_WH030651 | 0.7.72.237563.1 | 7219 | 7223 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030653 | MSFOIA_WH030657 | 0.7.72.218979.1 | 6990 | 6994 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030658 | | 0.7.72.251934 | 7273 | 7273 | | | | | | Subject line and comments in the body of internal email among IRS exam team and IRS attorneys discussing decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers. Includes questions and communications for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030659 | | 0.7.72.253361 | 7274 | 7274 | | | | | | Subject lines and comments in the body of internal emails among IRS exam team and IRS attorneys discussing decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers. Includes questions and communications for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 238 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH030660 | MSFOIA_WH030661 | 0.7.72.213418 | 6975 | 6976 | | | | | | Subject lines and comments in the body of internal emails among IRS exam team and IRS attorneys discussing decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers. Includes questions and communications for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030662 | | 0.7.72.254562 | 7275 | 7276 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH030662 | | 0.7.72.254562 | 7275 | 7276 | | | | | | Subject lines and comments in the body of internal emails among IRS exam team and IRS attorneys discussing decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers. Includes questions and communications for Counsel attorneys assigned to assist the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030664 | | 0.7.72.226429 | 7014 | 7016 | | | | | | Name of a non-Microsoft taxpayer. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-06 | Part | MSFOIA_WH030757 | MSFOIA_WH030789 | 0.7.72.226429.9 | 7107 | 7140 | | | | | | Internal report prepared by High-Technology Industry Counsel briefing CTM Industry Director on the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH030989 | MSFOIA_WH030991 | 0.7.72.229805 | 7164 | 7166 | | | | | | Comments in the body of an internal IRS attorney report providing to decision-makers status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives. Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 239 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH030993 | MSFOIA_WH030997 | 0.7.72.249418.1 | 7268 | 7272 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031000 | MSFOIA_WH031002 | 0.7.72.226790.1 | 7151 | 7154 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031004 | | 0.7.72.243945 | 7246 | 7247 | | | | | | Comment in the body of internal IRS attorney email referencing the scope of pressing issues confronted by the IRS. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other examinations being addressed. |
| 2017-06 | Part | MSFOIA_WH031006 | MSFOIA_WH031010 | 0.7.72.243945.1 | 7248 | 7252 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031012 | MSFOIA_WH031017 | 0.7.72.254989.1 | 7278 | 7283 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, pressing issues, and tentative legislative proposals, communicated by email among IRS High Tech Industry Counsel attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 240 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031019 | MSFOIA_WH031036 | 0.7.72.232834.1 | 7185 | 7202 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031038 | MSFOIA_WH031043 | 0.7.72.245507.1 | 7261 | 7266 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031044 | | 0.7.72.220419 | 6995 | 6995 | | | | | | Reference in an email to a non-Microsoft taxpayer. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-06 | Part | MSFOIA_WH031045 | MSFOIA_WH031050 | 0.7.72.220419.1 | 6996 | 7001 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031052 | MSFOIA_WH031058 | 0.7.72.232042.1 | 7177 | 7183 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031073 | | 0.7.72.231218 | 7167 | 7168 | | | | | | Comments in the body of internal emails among IRS attorneys discussing the scope and direction of the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Communicates confidential inter-attorney communications among attorneys advising the IRS. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 241 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031075 | MSFOIA_WH031080 | 0.7.72.231218.1 | 7169 | 7175 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031082 | MSFOIA_WH031087 | 0.7.72.216517 | 6982 | 6988 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031089 | MSFOIA_WH031090 | 0.7.72.241286 | 7234 | 7235 | | | | | | Comments in the body of internal emails among IRS attorneys discussing the scope and direction of the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications among attorneys advising the IRS. |
| 2017-06 | Part | MSFOIA_WH031091 | MSFOIA_WH031097 | 0.7.72.241286.1 | 7236 | 7242 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031098 | MSFOIA_WH031099 | 0.7.72.227771 | 7155 | 7157 | | | | | | Comments in the body of internal emails among IRS attorneys discussing the scope and direction of the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications among attorneys advising the IRS. |
| 2017-06 | Part | MSFOIA_WH031101 | MSFOIA_WH031106 | 0.7.72.227771.1 | 7158 | 7163 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys. Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 242 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031107 | MSFOIA_WH031108 | 0.7.72.233164 | 7209 | 7211 | | | | | | Comments in the body of internal emails among IRS attorneys discussing the scope and direction of the examinations of non-Microsoft taxpayers and the use and limitations of agency resources. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications among attorneys advising the IRS. |
| 2017-06 | Part | MSFOIA_WH031110 | MSFOIA_WH031115 | 0.7.72.233164.1 | 7212 | 7217 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys.  Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031116 | MSFOIA_WH031118 | 0.7.72.241185 | 7225 | 7227 | | | | | | Comments in the body of internal emails among IRS attorneys discussing the scope and direction of the examinations of non-Microsoft taxpayers and the use and limitations of agency resources. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications among attorneys advising the IRS. |
| 2017-06 | Part | MSFOIA_WH031119 | MSFOIA_WH031124 | 0.7.72.241185.1 | 7228 | 7233 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys.  Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031126 | MSFOIA_WH031132 | 0.7.72.226431.1 | 7142 | 7148 | | | | | | Draft of internally circulated report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues communicated by email among IRS attorneys.  Describes the subjects of various requests for legal advice from agency attorneys, and indicates the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH031134 | MSFOIA_WH031144 | 0.7.72.225710.1 | 7003 | 7013 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 243 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031414 | MSFOIA_WH031415 | 0.7.72.374045 | 7396 | 7398 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031417 | MSFOIA_WH031419 | 0.7.72.366582 | 7328 | 7330 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031420 | MSFOIA_WH031424 | 0.7.72.387056 | 7483 | 7487 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031421 | | 0.7.72.387056 | 7483 | 7487 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031425 | | 0.7.72.370230 | 7345 | 7350 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031427 | | 0.7.72.370230 | 7345 | 7350 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031431 | MSFOIA_WH031437 | 0.7.72.381048 | 7456 | 7462 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031434 | | 0.7.72.381048 | 7456 | 7462 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031438 | MSFOIA_WH031444 | 0.7.72.387617 | 7496 | 7502 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031441 | | 0.7.72.387617 | 7496 | 7502 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031445 | MSFOIA_WH031450 | 0.7.72.366449 | 7322 | 7327 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031447 | | 0.7.72.366449 | 7322 | 7327 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031451 | MSFOIA_WH031457 | 0.7.72.362753 | 7289 | 7295 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031454 | | 0.7.72.362753 | 7289 | 7295 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031458 | MSFOIA_WH031464 | 0.7.72.387176 | 7488 | 7494 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031458 | MSFOIA_WH031461 | 0.7.72.387176 | 7488 | 7494 | | | | | | Comments in email regarding vacation and leave time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031465 | MSFOIA_WH031472 | 0.7.72.373361 | 7388 | 7395 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031465 | MSFOIA_WH031469 | 0.7.72.373361 | 7388 | 7395 | | | | | | Comments in email regarding vacation and leave time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031473 | MSFOIA_WH031481 | 0.7.72.371661 | 7359 | 7367 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031474 | MSFOIA_WH031478 | 0.7.72.371661 | 7359 | 7367 | | | | | | Comments in email regarding vacation and leave time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 245 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031482 | MSFOIA_WH031489 | 0.7.72.372704 | 7378 | 7386 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031486 | | 0.7.72.372704 | 7378 | 7386 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031495 | MSFOIA_WH031504 | 0.7.72.374775 | 7401 | 7411 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031501 | | 0.7.72.374775 | 7401 | 7411 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031506 | MSFOIA_WH031512 | 0.7.72.371555 | 7351 | 7358 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031510 | | 0.7.72.371555 | 7351 | 7358 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031514 | MSFOIA_WH031522 | 0.7.72.369340 | 7334 | 7342 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031519 | | 0.7.72.369340 | 7334 | 7342 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031523 | MSFOIA_WH031531 | 0.7.72.366065 | 7313 | 7321 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031528 | | 0.7.72.366065 | 7313 | 7321 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031532 | MSFOIA_WH031541 | 0.7.72.371791 | 7368 | 7377 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031538 | | 0.7.72.371791 | 7368 | 7377 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031542 | MSFOIA_WH031552 | 0.7.72.388417 | 7503 | 7514 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031549 | | 0.7.72.388417 | 7503 | 7514 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031554 | MSFOIA_WH031563 | 0.7.72.376472 | 7421 | 7430 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031560 | | 0.7.72.376472 | 7421 | 7430 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031564 | | 0.7.72.377596 | 7435 | 7435 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031564 | | 0.7.72.377596 | 7435 | 7435 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031565 | MSFOIA_WH031577 | 0.7.72.364866 | 7300 | 7312 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031573 | | 0.7.72.364866 | 7300 | 7312 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031578 | MSFOIA_WH031591 | 0.7.72.378913 | 7439 | 7452 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 247 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031587 | | 0.7.72.378913 | 7439 | 7452 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031592 | MSFOIA_WH031605 | 0.7.72.386501 | 7468 | 7482 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031601 | | 0.7.72.386501 | 7468 | 7482 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH031607 | | 0.7.72.387562 | 7495 | 7495 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031608 | | 0.7.72.363866 | 7298 | 7299 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031610 | MSFOIA_WH031611 | 0.7.72.376725 | 7431 | 7432 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031612 | MSFOIA_WH031613 | 0.7.72.377437 | 7433 | 7434 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031614 | MSFOIA_WH031615 | 0.7.72.386388 | 7466 | 7467 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 248 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH031616 | MSFOIA_WH031617 | 0.7.72.374517 | 7399 | 7400 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031618 | MSFOIA_WH031619 | 0.7.72.369589 | 7343 | 7344 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031621 | | 0.7.72.362694 | 7286 | 7287 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031624 | MSFOIA_WH031625 | 0.7.72.375322 | 7412 | 7413 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031628 | MSFOIA_WH031630 | 0.7.72.367022 | 7331 | 7333 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031632 | | 0.7.72.378808 | 7436 | 7437 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH031638 | | 0.7.72.362915 | 7296 | 7297 | | | | | | Comments in the body of internal IRS email discussing contractor work product and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032155 | MSFOIA_WH032156 | 0.7.72.384957 | 7463 | 7464 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 249 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH032158 | MSFOIA_WH032159 | 0.7.72.379641 | 7453 | 7454 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032161 | MSFOIA_WH032162 | 0.7.72.376440 | 7417 | 7419 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032524 | | 0.7.72.376174 | 7415 | 7416 | | | | | | Comments in the body of internal IRS email discussing decisions involved in entering a contract for expert services with respect to certain issues in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-06 | Part | MSFOIA_WH032915 | MSFOIA_WH032916 | 0.7.72.465507 | 7838 | 7839 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the Microsoft examination and the examination of a non-Microsoft taxpayer.  Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032917 | MSFOIA_WH032929 | 0.7.72.445568 | 7735 | 7747 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032932 | MSFOIA_WH032933 | 0.7.72.456415 | 7814 | 7815 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination and the examinations of non-Microsoft taxpayers. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH032932 | | 0.7.72.456415 | 7814 | 7815 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 250 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH033065 | MSFOIA_WH033066 | 0.7.72.471601 | 7843 | 7844 | | | | | | Comments in the body of an internal IRS and IRS attorney report providing to managers status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives.  Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. |
| 2017-06 | Part | MSFOIA_WH033077 | MSFOIA_WH033078 | 0.7.72.443716 | 7727 | 7728 | | | | | | Comments in the body of an internal IRS and IRS attorney report providing to managers status updates and notes about decisions to be made with respect to the examinations of non-Microsoft taxpayers, including comments about the scope and direction of the investigations and related procedural and administrative constraints and objectives.  Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. |
| 2017-06 | Part | MSFOIA_WH033079 | MSFOIA_WH033080 | 0.7.72.451872 | 7812 | 7813 | | | | | | Comments in the body of an internal IRS attorney report providing  status updates and notes about decisions to be made with respect to the examinations of Microsoft and non-Microsoft taxpayers, including comments about the scope and direction of the investigations.  Includes the thoughts and impressions of IRS attorneys regarding legal questions addressed during the course of providing advice to the client agency. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033116 | MSFOIA_WH033133 | 0.7.72.479611.1 | 7865 | 7882 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts.  Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 251 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH033135 | MSFOIA_WH033152 | 0.7.72.465170.1 | 7820 | 7837 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033154 | MSFOIA_WH033171 | 0.7.72.438366.1 | 7666 | 7683 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033172 | MSFOIA_WH033189 | 0.7.72.434909 | 7607 | 7624 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033191 | MSFOIA_WH033208 | 0.7.72.436160.1 | 7628 | 7645 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033211 | MSFOIA_WH033228 | 0.7.72.438045.1 | 7647 | 7664 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 252 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH033231 | MSFOIA_WH033248 | 0.7.72.472323.1 | 7846 | 7863 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033249 | MSFOIA_WH033253 | 0.7.72.443908 | 7729 | 7733 | | | | | | Draft of internal IRS High Tech Industry Counsel report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues.  Comments describe the subjects of various requests for legal advice from agency attorneys, and indicate the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH033270 | MSFOIA_WH033276 | 0.7.72.443601.1 | 7720 | 7726 | | | | | | Draft of internal IRS High Tech Industry Counsel report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues.  Comments describe the subjects of various requests for legal advice from agency attorneys, and indicate the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH033278 | MSFOIA_WH033288 | 0.7.72.441090.1 | 7708 | 7718 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033290 | MSFOIA_WH033300 | 0.7.72.434843.1 | 7596 | 7606 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 253 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH033302 | MSFOIA_WH033312 | 0.7.72.450005.1 | 7801 | 7811 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033313 | MSFOIA_WH033323 | 0.7.72.440376 | 7696 | 7706 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033325 | MSFOIA_WH033335 | 0.7.72.438982.1 | 7685 | 7695 | | | | | | Internal report prepared by Industry Counsel sharing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. Comments also describe discussions of tentative agency positions on pressing IRS issues and tentative legislative proposals. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH033600 | | 0.7.72.446741 | 7748 | 7748 | | | | | | Name of a non-Microsoft taxpayer. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-06 | Part | MSFOIA_WH034196 | MSFOIA_WH034240 | 0.7.72.447274.1 | 7751 | 7795 | | | | | | IRS Area 5 mid-year report, outlining agency goals and summarizing cases worked in the prior year. Portions of the report contain substantive communications regarding the nature, scope and direction of ongoing Microsoft and non-Microsoft audits. Comments reflect tentative guidance priorities. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not plaintiff constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH034242 | MSFOIA_WH034247 | 0.7.72.508048.1 | 7884 | 7889 | | | | | | Draft of internal IRS High Tech Industry Counsel report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues. Comments describe the subjects of various requests for legal advice from agency attorneys, and indicate the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH034262 | | 0.7.72.512996 | 7893 | 7894 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the examinations of non-Microsoft taxpayers. Communicates attorney discussions regarding and the thoughts and impressions of attorneys in the course of formulating legal advice for the IRS. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. |
| 2017-06 | Part | MSFOIA_WH034264 | | 0.7.72.512996.1 | 7895 | 7901 | | | | | | Draft of internal IRS High Tech Industry Counsel report describing the status of Microsoft and non-Microsoft taxpayers' examinations and discussing general enforcement and investigation efforts, and pressing issues. Comments describe the subjects of various requests for legal advice from agency attorneys, and indicate the scope of effort and resources involved in examinations. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose the scope, direction, and resources available in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Discloses confidential inter-attorney communications, opinions, and facts divulged to attorneys by IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of investigations into taxpayers' potential liability, and by providing insight into the resources available to pursue investigations. |
| 2017-06 | Part | MSFOIA_WH034271 | MSFOIA_WH034283 | 0.7.72.550299 | 8008 | 8020 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034279 | | 0.7.72.550299 | 8008 | 8020 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034284 | MSFOIA_WH034297 | 0.7.72.541896 | 7963 | 7976 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034293 | | 0.7.72.541896 | 7963 | 7976 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034298 | MSFOIA_WH034311 | 0.7.72.540673 | 7933 | 7947 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034307 | | 0.7.72.540673 | 7933 | 7947 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 255 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH034313 | MSFOIA_WH034328 | 0.7.72.538410 | 7902 | 7917 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034323 | | 0.7.72.538410 | 7902 | 7917 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034329 | MSFOIA_WH034342 | 0.7.72.547768 | 7977 | 7991 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034338 | | 0.7.72.547768 | 7977 | 7991 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034338 | MSFOIA_WH034354 | 0.7.72.547768 | 7977 | 7991 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034344 | MSFOIA_WH034358 | 0.7.72.539482 | 7918 | 7932 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034359 | MSFOIA_WH034373 | 0.7.72.541029 | 7948 | 7962 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034369 | | 0.7.72.541029 | 7948 | 7962 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-06 | Part | MSFOIA_WH034374 | MSFOIA_WH034388 | 0.7.72.549262 | 7992 | 8007 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice, attorney discussions regarding that information, and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034384 | | 0.7.72.549262 | 7992 | 8007 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 256 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH034500 | | 0.7.72.559796 | 8025 | 8025 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034529 | | 0.7.72.579843 | 8063 | 8063 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034530 | MSFOIA_WH034531 | 0.7.72.567909 | 8043 | 8044 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including decisions related to expert models. Includes a password used for access to expert model. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH034532 | MSFOIA_WH034533 | 0.7.72.577532 | 8057 | 8058 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including decisions related to expert models. Includes a password used for access to expert model. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH034534 | MSFOIA_WH034535 | 0.7.72.570624 | 8055 | 8056 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including decisions related to expert models. Includes a password used for access to expert model. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-06 | Part | MSFOIA_WH034596 | | 0.7.72.578908 | 8059 | 8060 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including decisions related to expert models. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034598 | MSFOIA_WH034599 | 0.7.72.569133 | 8047 | 8049 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination, including decisions related to expert models. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 257 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH034606 | | 0.7.72.558987 | 8021 | 8021 | | | | | | Comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034698 | MSFOIA_WH034699 | 0.7.72.580945 | 8064 | 8065 | | | | | | Comments in the body of emails between agency and contractor reflecting questions and comments about the use of expert models being used in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034700 | MSFOIA_WH034701 | 0.7.72.587672 | 8073 | 8074 | | | | | | Comments in the body of emails between agency and contractor reflecting questions and comments about the use of expert models being used in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034702 | MSFOIA_WH034703 | 0.7.72.584717 | 8070 | 8071 | | | | | | Comments in the body of emails between agency and contractor reflecting questions and comments about the use of expert models being used in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034704 | MSFOIA_WH034705 | 0.7.72.568899 | 8045 | 8046 | | | | | | Comments in the body of emails between agency and contractor reflecting questions and comments about the use of expert models being used in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-06 | Part | MSFOIA_WH034706 | MSFOIA_WH034707 | 0.7.72.579732 | 8061 | 8062 | | | | | | Comments in the body of internal IRS emails discussing a draft of a report relating to, and decisions to be made with respect to, the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH034715 | | 0.7.72.565103 | 8029 | 8030 | | | | | | Comments in the body of internal IRS emails containing names and references to multiple non-Microsoft taxpayers. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-06 | Part | MSFOIA_WH034849 | | 0.7.72.569969 | 8052 | 8053 | | | | | | Comments in the body of internal IRS emails containing names and references to multiple non-Microsoft taxpayers. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-06 | Part | MSFOIA_WH035065 | | 0.7.72.583364 | 8066 | 8066 | | | | | | Comments in the body of internal IRS emails providing comments about a draft report relating to the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-06 | Part | MSFOIA_WH035165 | | 0.7.72.569685 | 8050 | 8050 | | | | | | Subject line and name of attachment to an internal IRS email relating to details of the Microsoft Examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 258 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06 | Part | MSFOIA_WH035175 | | 0.7.72.586533 | 8072 | 8072 | | | | | | Subject line in an internal IRS email relating to details of the Microsoft Examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH035284 | | 0.7.72.559785 | 8023 | 8023 | | | | | | Name of attachment to an internal IRS email relating to details of the Microsoft Examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-06 | Part | MSFOIA_WH035289 | MSFOIA_WH035298 | 0.7.72.567378 | 8033 | 8042 | | | | | | Examining Officer's Activity Report containing notes about investigatory procedures used, and decisions to be made, in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039410 | | 0.7.72.95086 | FOIA-0006589 | FOIA-0006590 | | | | | | Comments in the body of internal IRS email discussing decisions involved in entering into a contract for expert services. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the prospective expert services contract being considered. |
| 2017-07 | Part | MSFOIA_WH039424 | | 0.7.72.95278 | FOIA-0006594 | FOIA-0006594 | | | | | | IDR number | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-07 | Part | MSFOIA_WH039425 | MSFOIA_WH039427 | 0.7.72.82569 | FOIA-0006563 | FOIA-0006565 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039432 | | 0.7.72.95467 | FOIA-0006599 | FOIA-0006599 | | | | | | Names of attachments to and comments in the body of email between agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039435 | | 0.7.72.96136 | FOIA-0006664 | FOIA-0006665 | | | | | | Comments in the body of email between agency and contractor revealing IDR number and disk password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability.<br>Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 259 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH039476 | | 0.7.72.84485 | FOIA-0006585 | FOIA-0006585 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039477 | | 0.7.72.84464 | FOIA-0006584 | FOIA-0006584 | | | | | | Comments in the body of email between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039546 | | 0.7.72.82741 | FOIA-0006568 | FOIA-0006568 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039551 | MSFOIA_WH039552 | 0.7.72.82754 | FOIA-0006572 | FOIA-0006574 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039555 | | 0.7.72.82738 | FOIA-0006566 | FOIA-0006567 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination relating to economic models. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039559 | MSFOIA_WH039560 | 0.7.72.82756 | FOIA-0006575 | FOIA-0006576 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039561 | MSFOIA_WH039563 | 0.7.72.53290 | FOIA-0006534 | FOIA-0006536 | | | | | | Subject line, name of attachment, and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039566 | | 0.7.72.82743 | FOIA-0006569 | FOIA-0006569 | | | | | | Comments in the body of internal IRS email revealing IDR numbers and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 260 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH039578 | | 0.7.72.82227 | FOIA-0006561 | FOIA-0006562 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039580 | MSFOIA_WH039581 | 0.7.72.82225 | FOIA-0006559 | FOIA-0006560 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039593 | | 0.7.72.84159 | FOIA-0006582 | FOIA-0006583 | | | | | | Personal phone number. | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest in outweighs any public interest in this information |
| 2017-07 | Part | MSFOIA_WH039594 | | 0.7.72.84159 | FOIA-0006582 | FOIA-0006583 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039600 | | 0.7.72.81596 | FOIA-0006538 | FOIA-0006538 | | | | | | Subject line and comments in the body of internal IRS email revealing IDR numbers and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-07 | Part | MSFOIA_WH039670 | | 0.7.72.96260 | FOIA-0006671 | FOIA-0006671 | | | | | | Subject line and comments in the body of email between agency and contractor revealing IDR number and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039704 | | 0.7.72.95202 | FOIA-0006593 | FOIA-0006593 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039749 | | 0.7.72.52518 | FOIA-0006533 | FOIA-0006533 | | | | | | Comments in the body of email between agency and contractor revealing IDR number and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039753 | MSFOIA_WH039755 | 0.7.72.96236 | FOIA-0006668 | FOIA-0006670 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039753 | | 0.7.72.96236 | FOIA-0006668 | FOIA-0006670 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 261 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH039760 | MSFOIA_WH039761 | 0.7.72.95285 | FOIA-0006595 | FOIA-0006596 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039762 | | 0.7.72.95047 | FOIA-0006588 | FOIA-0006588 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039763 | | 0.7.72.53303 | FOIA-0006537 | FOIA-0006537 | | | | | | Subject line and comments in the body of emails between agency and contractor revealing IDR number and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039768 | MSFOIA_WH039771 | 0.7.72.83227 | FOIA-0006577 | FOIA-0006581 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039769 | | 0.7.72.83227 | FOIA-0006577 | FOIA-0006581 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-07 | Part | MSFOIA_WH039790 | MSFOIA_WH039791 | 0.7.72.95812 | FOIA-0006660 | FOIA-0006661 | | | | | | Comments in the body of emails between IRS and IRS attorney discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039794 | MSFOIA_WH039796 | 0.7.72.22201 | FOIA-0006512 | FOIA-0006514 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS.  Certain comments reference non-Microsoft taxpayers. | (b)(3)/6103a; (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039797 | | 0.7.72.22210 | FOIA-0006523 | FOIA-0006523 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination.  Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 262 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH039807 | MSFOIA_WH039808 | 0.7.72.22204 | FOIA-0006515 | FOIA-0006516 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. Certain comments reference non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039809 | MSFOIA_WH039811 | 0.7.72.22205 | FOIA-0006517 | FOIA-0006519 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039812 | MSFOIA_WH039814 | 0.7.72.22207 | FOIA-0006520 | FOIA-0006522 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039815 | MSFOIA_WH039816 | 0.7.72.136770 | FOIA-0006677 | FOIA-0006678 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039821 | | 0.7.72.136770.2 | FOIA-0006680 | FOIA-0006681 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039826 | | 0.7.72.175031 | FOIA-0006687 | FOIA-0006688 | | | | | | Comments in the body of emails among IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. Certain comments reference non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 263 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH039847 | | 0.7.72.184118 | FOIA-0006691 | FOIA-0006691 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039848 | MSFOIA_WH039849 | 0.7.72.184118.1 | FOIA-0006692 | FOIA-0006693 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039850 | | 0.7.72.169304 | FOIA-0006684 | FOIA-0006684 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039851 | MSFOIA_WH039852 | 0.7.72.169304.1 | FOIA-0006685 | FOIA-0006686 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039853 | | 0.7.72.180222 | FOIA-0006690 | FOIA-0006690 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039854 | MSFOIA_WH039856 | 0.7.72.132612 | FOIA-0006674 | FOIA-0006676 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH039857 | MSFOIA_WH039863 | 0.7.72.50799 | FOIA-0006526 | FOIA-0006532 | | | | | | Minutes of Audit Status Meeting containing descriptions of discussions of decisions to be made with respect to the Microsoft Examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH039955 | MSFOIA_WH039957 | 0.7.72.393298 | FOIA-0006950 | FOIA-0006953 | | | | | | Comments in internal agency email regarding decisions involved in hiring expert services contractor during the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Pre-decisional document maintained in office files for use during internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 264 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040020 | MSFOIA_WH040021 | 0.7.72.392986 | FOIA-0006948 | FOIA-0006949 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040051 | | 0.7.72.396352 | FOIA-0007019 | FOIA-0007019 | | | | | | Subject line, names of attachments, and comments in the body of emails between agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040057 | | 0.7.72.391546 | FOIA-0006940 | FOIA-0006940 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040061 | MSFOIA_WH040062 | 0.7.72.394514 | FOIA-0006978 | FOIA-0006980 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination and containing a phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040067 | | 0.7.72.393439 | FOIA-0006957 | FOIA-0006957 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040068 | MSFOIA_WH040069 | 0.7.72.393439.1 | FOIA-0006958 | FOIA-0006959 | | | | | | Subject line, names of attachments, and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040089 | | 0.7.72.394625 | FOIA-0006982 | FOIA-0006982 | | | | | | Names of attachments and comments in the body of emails between agency and contractor revealing IDR number and discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 265 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040099 | | 0.7.72.402350 | FOIA-0007093 | FOIA-0007094 | | | | | | Comments in the body of emails between agency and contractor revealing IDR number and CD-ROM access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040122 | | 0.7.72.393589 | FOIA-0006963 | FOIA-0006963 | | | | | | Comments in the body of emails between agency and contractor discussing details of contractor work and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040124 | | 0.7.72.399062 | FOIA-0007058 | FOIA-0007059 | | | | | | Comments in the body of emails between agency and contractor discussing details of contractor work and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040128 | | 0.7.72.391796 | FOIA-0006946 | FOIA-0006947 | | | | | | Comments in the body of emails from contractor to agency discussing the scope of contractor work and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040136 | MSFOIA_WH040137 | 0.7.72.391454 | FOIA-0006937 | FOIA-0006939 | | | | | | Subject line and comments in the body of emails between agency and contractor discussing details of contractor work and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040144 | | 0.7.72.400046 | FOIA-0007076 | FOIA-0007076 | | | | | | Comments in the body of emails among IRS, contractor, and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040171 | | 0.7.72.395293 | FOIA-0006993 | FOIA-0006994 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040171 | | 0.7.72.395293 | FOIA-0006993 | FOIA-0006994 | | | | | | Personal phone number of agency employee. | (b)(6) and (b)(7)(C) | Personal phone number of agency employee whose privacy interest outweighs any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 266 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040173 | | 0.7.72.397266 | FOIA-0007034 | FOIA-0007034 | | | | | | Comments in the body of emails among IRS, contractor, and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040184 | MSFOIA_WH040187 | 0.7.72.403025.1 | FOIA-0007097 | FOIA-0007100 | | | | | | Information in internal agency document about the Microsoft examination and the examination of a non-Microsoft taxpayer and descriptions of decisions involved in the respective enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure of information about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040188 | | 0.7.72.399759 | FOIA-0007070 | FOIA-0007070 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040189 | MSFOIA_WH040190 | 0.7.72.393469 | FOIA-0006960 | FOIA-0006961 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040191 | | 0.7.72.396677 | FOIA-0007028 | FOIA-0007028 | | | | | | Subject line of internal IRS email relating information about decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040214 | | 0.7.72.391397 | FOIA-0006932 | FOIA-0006932 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040237 | MSFOIA_WH040238 | 0.7.72.393366 | FOIA-0006955 | FOIA-0006956 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040239 | MSFOIA_WH040240 | 0.7.72.401134 | FOIA-0007088 | FOIA-0007089 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 267 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040241 | | 0.7.72.397309 | FOIA-0007043 | FOIA-0007043 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040241 | | 0.7.72.397309 | FOIA-0007043 | FOIA-0007043 | | | | | | Details about employee's personal leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-07 | Part | MSFOIA_WH040243 | | 0.7.72.394607 | FOIA-0006981 | FOIA-0006981 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Included among the comments are file access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040243 | | 0.7.72.394607 | FOIA-0006981 | FOIA-0006981 | | | | | | Details about employee's personal leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-07 | Part | MSFOIA_WH040244 | | 0.7.72.396503 | FOIA-0007025 | FOIA-0007025 | | | | | | Subject line of internal IRS email relating information about decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040263 | | 0.7.72.402202 | FOIA-0007090 | FOIA-0007092 | | | | | | Comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH040266 | | 0.7.72.404880.1 | FOIA-0007106 | FOIA-0007107 | | | | | | Information in internal agency document about the Microsoft examination and descriptions of decisions involved in the enforcement effort. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040269 | | 0.7.72.396223.1 | FOIA-0007017 | FOIA-0007018 | | | | | | Information in internal agency document about the Microsoft examination and descriptions of decisions involved in the enforcement effort. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040273 | MSFOIA_WH040278 | 0.7.72.400691.1 | FOIA-0007079 | FOIA-0007084 | | | | | | Information in internal agency document about the Microsoft examination and the examination of a non-Microsoft taxpayer and descriptions of decisions involved in the respective enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 268 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040281 | MSFOIA_WH040286 | 0.7.72.399110.1 | FOIA-0007062 | FOIA-0007067 | | | | | | Information in internal agency document about the Microsoft examination and the examination of a non-Microsoft taxpayer and descriptions of decisions involved in the respective enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040287 | | 0.7.72.395593 | FOIA-0007000 | FOIA-0007001 | | | | | | Name of a non-Microsoft taxpayer. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-07 | Part | MSFOIA_WH040289 | MSFOIA_WH040294 | 0.7.72.395593.1 | FOIA-0007002 | FOIA-0007007 | | | | | | Information in internal agency document about the Microsoft examination and the examination of a non-Microsoft taxpayer and descriptions of decisions involved in the respective enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040295 | | 0.7.72.410021 | FOIA-0007108 | FOIA-0007110 | | | | | | Name of a non-Microsoft taxpayer. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-07 | Part | MSFOIA_WH040298 | MSFOIA_WH040303 | 0.7.72.410021.1 | FOIA-0007111 | FOIA-0007116 | | | | | | Information in internal agency document about the Microsoft examination and the examination of a non-Microsoft taxpayer and descriptions of decisions involved in the respective enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040304 | MSFOIA_WH040305 | 0.7.72.398142 | FOIA-0007047 | FOIA-0007048 | | | | | | Comments in the body of internal IRS emails discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040312 | | 0.7.72.397128 | FOIA-0007033 | FOIA-0007033 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040313 | | 0.7.72.395216 | FOIA-0006988 | FOIA-0006989 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 269 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040315 | MSFOIA_WH040316 | 0.7.72.396777 | FOIA-0007031 | FOIA-0007032 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040316 | MSFOIA_WH040317 | 0.7.72.398444 | FOIA-0007056 | FOIA-0007057 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040320 | | 0.7.72.404764 | FOIA-0007101 | FOIA-0007101 | | | | | | Comments in the body of internal IRS emails discussing details of engagement with contractor and related decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040331 | MSFOIA_WH040333 | 0.7.72.250019.2 | FOIA-0006747 | FOIA-0006749 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040334 | MSFOIA_WH040335 | 0.7.72.252392 | FOIA-0006755 | FOIA-0006756 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040337 | MSFOIA_WH040339 | 0.7.72.238049.1 | FOIA-0006726 | FOIA-0006728 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040343 | | 0.7.72.235902 | FOIA-0006720 | FOIA-0006720 | | | | | | | NO EXEMPTIONS ASSERTED | |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040344 | MSFOIA_WH040347 | 0.7.72.235902.1 | FOIA-0006721 | FOIA-0006724 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040350 | | 0.7.72.213580 | FOIA-0006696 | FOIA-0006696 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-07 | Part | MSFOIA_WH040351 | MSFOIA_WH040354 | 0.7.72.213580.1 | FOIA-0006697 | FOIA-0006700 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040355 | | 0.7.72.219974 | FOIA-0006704 | FOIA-0006704 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated among attorneys. Contains phone number for internal IRS teleconference line. | (b)(3)/6103(a)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040357 | MSFOIA_WH040359 | 0.7.72.251616.1 | FOIA-0006751 | FOIA-0006754 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040362 | MSFOIA_WH040364 | 0.7.72.225026.1 | FOIA-0006706 | FOIA-0006708 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 271 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040365 | MSFOIA_WH040367 | 0.7.72.228929 | FOIA-0006709 | FOIA-0006711 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040369 | MSFOIA_WH040371 | 0.7.72.256325.1 | FOIA-0006768 | FOIA-0006770 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040372 | | 0.7.72.245746 | FOIA-0006730 | FOIA-0006730 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040373 | | 0.7.72.255394 | FOIA-0006757 | FOIA-0006757 | | | | | | Details about employee's personal mealtime plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal mealtime plans is not outweighed by any public interest in this information. |
| 2017-07 | Part | MSFOIA_WH040374 | MSFOIA_WH040377 | 0.7.72.255394.1 | FOIA-0006758 | FOIA-0006761 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040378 | | 0.7.72.230848 | FOIA-0006712 | FOIA-0006712 | | | | | | Details about employee's personal mealtime plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal mealtime plans is not outweighed by any public interest in this information. |
| 2017-07 | Part | MSFOIA_WH040378 | | 0.7.72.230848 | FOIA-0006712 | FOIA-0006712 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the examinations of non-Microsoft taxpayers. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 272 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040379 | MSFOIA_WH040381 | 0.7.72.230848.1 | FOIA-0006713 | FOIA-0006716 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040383 | | 0.7.72.249969 | FOIA-0006739 | FOIA-0006740 | | | | | | Details about employee's personal mealtime plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal mealtime plans is not outweighed by any public interest in this information. |
| 2017-07 | Part | MSFOIA_WH040383 | | 0.7.72.249969 | FOIA-0006739 | FOIA-0006740 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the examinations of non-Microsoft taxpayers. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Return information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. |
| 2017-07 | Part | MSFOIA_WH040385 | MSFOIA_WH040387 | 0.7.72.249969.1 | FOIA-0006741 | FOIA-0006744 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040390 | MSFOIA_WH040392 | 0.7.72.255701.1 | FOIA-0006763 | FOIA-0006766 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040394 | | 0.7.72.213511 | FOIA-0006695 | FOIA-0006695 | | | | | | Comments in the body of emails between IRS attorneys discussing decisions to be made with respect to the Microsoft examination and the examinations of non-Microsoft taxpayers. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040395 | MSFOIA_WH040396 | 0.7.72.213822 | FOIA-0006701 | FOIA-0006702 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS in preparation for litigation on the respective issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Work Product Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Notes were prepared by attorneys in contemplation of litigation. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 273 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040696 | MSFOIA_WH040699 | 0.7.72.246061.1 | FOIA-0006732 | FOIA-0006735 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040707 | | 0.7.72.231916 | FOIA-0006717 | FOIA-0006718 | | | | | | Subject line and comments in the body internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination and the examinations of non-Microsoft taxpayers. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of discussions about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-07 | Part | MSFOIA_WH040715 | MSFOIA_WH040716 | 0.7.72.266235 | FOIA-0006808 | FOIA-0006809 | | | | | | Draft of annual internal IRS report containing updates on the status of Microsoft and non-Microsoft taxpayers' examinations, discussing enforcement and investigation efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of discussions about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-07 | Part | MSFOIA_WH040739 | MSFOIA_WH040752 | 0.7.72.264167.1 | FOIA-0006773 | FOIA-0006786 | | | | | | IRS attorney's case notes describing discussions of the case histories of Microsoft and non-Microsoft taxpayers. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of discussions about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-07 | Part | MSFOIA_WH040753 | | 0.7.72.265148 | FOIA-0006805 | FOIA-0006805 | | | | | | Information about the Microsoft examination and the examinations of non-Microsoft taxpayers, and discussion of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040763 | MSFOIA_WH040778 | 0.7.72.264381.1 | FOIA-0006789 | FOIA-0006804 | | | | | | IRS attorney's case notes describing discussions of the case histories of Microsoft and non-Microsoft taxpayers. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure of discussions about Microsoft would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-07 | Part | MSFOIA_WH040834 | | 0.7.72.344221 | FOIA-0006847 | FOIA-0006847 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040844 | | 0.7.72.346794 | FOIA-0006852 | FOIA-0006852 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040845 | | 0.7.72.349948 | FOIA-0006853 | FOIA-0006853 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040846 | | 0.7.72.294119 | FOIA-0006818 | FOIA-0006818 | | | | | | Comments in the body of internal IRS attorney emails referencing a non-Microsoft taxpayer and discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040847 | MSFOIA_WH040848 | 0.7.72.331249 | FOIA-0006841 | FOIA-0006842 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 275 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040850 | MSFOIA_WH040851 | 0.7.72.299787 | FOIA-0006822 | FOIA-0006823 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040853 | MSFOIA_WH040854 | 0.7.72.345688 | FOIA-0006850 | FOIA-0006851 | | | | | | Comments in the body of internal IRS attorney emails referencing a non-Microsoft taxpayer and discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040855 | MSFOIA_WH040856 | 0.7.72.318864 | FOIA-0006829 | FOIA-0006830 | | | | | | Comments in the body of internal IRS attorney emails referencing a non-Microsoft taxpayer and discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040857 | MSFOIA_WH040858 | 0.7.72.318864.1 | FOIA-0006831 | FOIA-0006832 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040859 | MSFOIA_WH040861 | 0.7.72.295744 | FOIA-0006819 | FOIA-0006821 | | | | | | Comments in the body of internal IRS attorney emails referencing a non-Microsoft taxpayer and discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040862 | | 0.7.72.352736 | FOIA-0006854 | FOIA-0006854 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 276 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040872 | | 0.7.72.335647 | FOIA-0006846 | FOIA-0006846 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040873 | MSFOIA_WH040875 | 0.7.72.324333 | FOIA-0006838 | FOIA-0006840 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040876 | MSFOIA_WH040877 | 0.7.72.291502 | FOIA-0006815 | FOIA-0006817 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040879 | MSFOIA_WH040881 | 0.7.72.321404 | FOIA-0006833 | FOIA-0006835 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040882 | | 0.7.72.308809 | FOIA-0006827 | FOIA-0006827 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040883 | MSFOIA_WH040884 | 0.7.72.308761 | FOIA-0006825 | FOIA-0006826 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040886 | | 0.7.72.334282 | FOIA-0006844 | FOIA-0006845 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 277 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040887 | | 0.7.72.310216 | FOIA-0006828 | FOIA-0006828 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040888 | | 0.7.72.321447 | FOIA-0006836 | FOIA-0006837 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040890 | MSFOIA_WH040891 | 0.7.72.371543 | FOIA-0006891 | FOIA-0006892 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040907 | | 0.7.72.372377 | FOIA-0006893 | FOIA-0006894 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040909 | MSFOIA_WH040910 | 0.7.72.363639 | FOIA-0006857 | FOIA-0006859 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040912 | | 0.7.72.374705 | FOIA-0006902 | FOIA-0006903 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040914 | MSFOIA_WH040915 | 0.7.72.378814 | FOIA-0006917 | FOIA-0006918 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 278 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040916 | MSFOIA_WH040917 | 0.7.72.383150 | FOIA-0006926 | FOIA-0006927 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040918 | MSFOIA_WH040919 | 0.7.72.385756 | FOIA-0006928 | FOIA-0006930 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040921 | MSFOIA_WH040924 | 0.7.72.368316 | FOIA-0006868 | FOIA-0006871 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040925 | | 0.7.72.364276 | FOIA-0006860 | FOIA-0006860 | | | | | | Subject line and comments in the body of email between IRS and IRS attorneys discussing decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040927 | MSFOIA_WH040928 | 0.7.72.369812 | FOIA-0006881 | FOIA-0006882 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice for the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040929 | MSFOIA_WH040931 | 0.7.72.381400 | FOIA-0006923 | FOIA-0006925 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040932 | MSFOIA_WH040935 | 0.7.72.365722 | FOIA-0006862 | FOIA-0006865 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 279 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040936 | | 0.7.72.370371 | FOIA-0006883 | FOIA-0006883 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040937 | MSFOIA_WH040938 | 0.7.72.369328 | FOIA-0006879 | FOIA-0006880 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040939 | MSFOIA_WH040940 | 0.7.72.381097 | FOIA-0006921 | FOIA-0006922 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040939 | | 0.7.72.381097 | FOIA-0006921 | FOIA-0006922 | | | | | | Comments in email regarding vacation time planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-07 | Part | MSFOIA_WH040941 | MSFOIA_WH040943 | 0.7.72.373340 | FOIA-0006899 | FOIA-0006901 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040947 | MSFOIA_WH040948 | 0.7.72.372732 | FOIA-0006897 | FOIA-0006898 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040949 | MSFOIA_WH040950 | 0.7.72.369287 | FOIA-0006876 | FOIA-0006878 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040949 | | 0.7.72.369287 | FOIA-0006876 | FOIA-0006878 | | | | | | Comments in email regarding the personal leave of certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' leave does not outweigh the employees' privacy interest in this information. |
| 2017-07 | Part | MSFOIA_WH040952 | MSFOIA_WH040955 | 0.7.72.370708 | FOIA-0006887 | FOIA-0006890 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 280 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040956 | MSFOIA_WH040957 | 0.7.72.368984 | FOIA-0006873 | FOIA-0006875 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040956 | | 0.7.72.368984 | FOIA-0006873 | FOIA-0006875 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040959 | MSFOIA_WH040961 | 0.7.72.370614 | FOIA-0006884 | FOIA-0006886 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040960 | | 0.7.72.370614 | FOIA-0006884 | FOIA-0006886 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040962 | MSFOIA_WH040964 | 0.7.72.376162 | FOIA-0006910 | FOIA-0006912 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040965 | | 0.7.72.376207 | FOIA-0006913 | FOIA-0006913 | | | | | | Subject line of internal IRS emails referencing issues related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040969 | MSFOIA_WH040972 | 0.7.72.376017 | FOIA-0006906 | FOIA-0006909 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040971 | | 0.7.72.376017 | FOIA-0006906 | FOIA-0006909 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH040973 | | 0.7.72.368872 | FOIA-0006872 | FOIA-0006872 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040974 | MSFOIA_WH040975 | 0.7.72.379805 | FOIA-0006919 | FOIA-0006920 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 281 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH040976 | MSFOIA_WH040977 | 0.7.72.377156 | FOIA-0006915 | FOIA-0006916 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040976 | | 0.7.72.377156 | FOIA-0006915 | FOIA-0006916 | | | | | | Comments in email regarding work accommodations planned by certain IRS employees. | (b)(6) and (b)(7)(C) | Public interest in details about these government employees' work accommodations does not outweigh the employees' privacy interest in this information. |
| 2017-07 | Part | MSFOIA_WH040980 | | 0.7.72.367898 | FOIA-0006866 | FOIA-0006867 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH040986 | MSFOIA_WH040987 | 0.7.72.372448 | FOIA-0006895 | FOIA-0006896 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041601 | | 0.7.72.477931 | FOIA-0007153 | FOIA-0007153 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041606 | | 0.7.72.479172 | FOIA-0007158 | FOIA-0007158 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-07 | Part | MSFOIA_WH041607 | MSFOIA_WH041608 | 0.7.72.478831 | FOIA-0007155 | FOIA-0007156 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041610 | MSFOIA_WH041611 | 0.7.72.459119 | FOIA-0007143 | FOIA-0007144 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041613 | MSFOIA_WH041615 | 0.7.72.460753 | FOIA-0007146 | FOIA-0007148 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 282 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH041616 | MSFOIA_WH041618 | 0.7.72.433880 | FOIA-0007117 | FOIA-0007119 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041619 | | 0.7.72.474248 | FOIA-0007149 | FOIA-0007150 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041641 | MSFOIA_WH041659 | 0.7.72.448493.2 | FOIA-0007123 | FOIA-0007142 | | | | | | Information about the examinations of Microsoft and non-Microsoft taxpayers and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041662 | MSFOIA_WH041664 | 0.7.72.486864.1 | FOIA-0007160 | FOIA-0007163 | | | | | | Information about issues and decisions involved in the Microsoft examination, the examinations of non-Microsoft taxpayers, and the drafting of regulations. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041666 | | 0.7.72.511972 | FOIA-0007169 | FOIA-0007170 | | | | | | Comments in the body of internal IRS emails containing information about the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-07 | Part | MSFOIA_WH041762 | MSFOIA_WH041763 | 0.7.72.500529 | FOIA-0007164 | FOIA-0007165 | | | | | | Comments in the body of internal IRS emails containing information about the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-07 | Part | MSFOIA_WH041858 | MSFOIA_WH041859 | 0.7.72.506382 | FOIA-0007167 | FOIA-0007168 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041860 | MSFOIA_WH041862 | 0.7.72.540728 | FOIA-0007172 | FOIA-0007174 | | | | | | Comments in the body of internal IRS attorney emails discussing decisions to be made with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 283 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH041863 | | 0.7.72.561581 | FOIA-0007182 | FOIA-0007183 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions involving contractor to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041929 | | 0.7.72.587266 | FOIA-0007336 | FOIA-0007336 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions involving contractor to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041940 | MSFOIA_WH041941 | 0.7.72.570685 | FOIA-0007203 | FOIA-0007204 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-07 | Part | MSFOIA_WH041951 | | 0.7.72.571596 | FOIA-0007244 | FOIA-0007244 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041953 | | 0.7.72.562234 | FOIA-0007185 | FOIA-0007185 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041954 | | 0.7.72.576752 | FOIA-0007265 | FOIA-0007265 | | | | | | Subject line and comments in the body of email between agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH041955 | | 0.7.72.575660 | FOIA-0007262 | FOIA-0007263 | | | | | | Subject line and comments in the body of emails including agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH041957 | | 0.7.72.570979 | FOIA-0007205 | FOIA-0007205 | | | | | | Subject line and comments in the body of emails including agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 284 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH041958 | | 0.7.72.580463 | FOIA-0007283 | FOIA-0007284 | | | | | | Subject line and comments in the body of emails including agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH041960 | | 0.7.72.568018 | FOIA-0007201 | FOIA-0007202 | | | | | | Subject line and comments in the body of emails including agency and contractor discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2017-07 | Part | MSFOIA_WH041971 | | 0.7.72.573716 | FOIA-0007252 | FOIA-0007252 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041972 | | 0.7.72.583575 | FOIA-0007286 | FOIA-0007287 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041974 | | 0.7.72.578909 | FOIA-0007281 | FOIA-0007281 | | | | | | Subject line and comments in the body of internal IRS email discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041976 | | 0.7.72.583369 | FOIA-0007285 | FOIA-0007285 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041977 | | 0.7.72.586439 | FOIA-0007326 | FOIA-0007326 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041978 | MSFOIA_WH041980 | 0.7.72.583621 | FOIA-0007289 | FOIA-0007291 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 285 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH041981 | MSFOIA_WH041983 | 0.7.72.586376 | FOIA-0007323 | FOIA-0007325 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041984 | MSFOIA_WH041987 | 0.7.72.559200 | FOIA-0007178 | FOIA-0007181 | | | | | | Subject line and comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041988 | | 0.7.72.574675 | FOIA-0007253 | FOIA-0007253 | | | | | | Subject line and comments in the body of email between agency and contractor discussing decisions to be made with respect to the Microsoft examination. Includes passwords used for access to contractor-provided files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting Microsoft's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-07 | Part | MSFOIA_WH041989 | MSFOIA_WH041991 | 0.7.72.575038 | FOIA-0007254 | FOIA-0007256 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041992 | MSFOIA_WH041995 | 0.7.72.584294 | FOIA-0007297 | FOIA-0007301 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041993 | | 0.7.72.584294 | FOIA-0007297 | FOIA-0007301 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-07 | Part | MSFOIA_WH041997 | MSFOIA_WH042001 | 0.7.72.583705 | FOIA-0007292 | FOIA-0007296 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH041999 | | 0.7.72.583705 | FOIA-0007292 | FOIA-0007296 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-07 | Part | MSFOIA_WH042004 | | 0.7.72.585392 | FOIA-0007318 | FOIA-0007320 | | | | | | Comments in the body of emails between IRS and IRS attorneys discussing decisions to be made with respect to employee travel related to the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 286 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH042054 | | 0.7.72.576931.1 | FOIA-0007270 | FOIA-0007270 | | | | | | Comments in a draft of an internal agency memorandum discussing potential liabilities at issue in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042069 | | 0.7.72.584480.2 | FOIA-0007312 | FOIA-0007312 | | | | | | Comments in a draft of an internal agency memorandum discussing potential liabilities at issue in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042075 | | 0.7.72.583603 | FOIA-0007288 | FOIA-0007288 | | | | | | Comments in a draft of an internal agency memorandum discussing potential liabilities at issue in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042082 | | 0.7.72.563175.2 | FOIA-0007194 | FOIA-0007194 | | | | | | Comments in a draft of an internal agency memorandum discussing potential liabilities at issue in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042093 | | 0.7.72.587217.2 | FOIA-0007333 | FOIA-0007333 | | | | | | Comments in a draft of an internal agency memorandum discussing potential liabilities at issue in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042101 | MSFOIA_WH042102 | 0.7.72.558942 | FOIA-0007175 | FOIA-0007176 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice and the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042125 | | 0.7.72.564182 | FOIA-0007197 | FOIA-0007197 | | | | | | Subject line and name of attachment in internal IRS emails regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-07 | Part | MSFOIA_WH042136 | | 0.7.72.559007 | FOIA-0007177 | FOIA-0007177 | | | | | | Comments in the body of emails between IRS and IRS attorneys regarding discussions of decisions to be made with respect to the Microsoft examination. Communicates information shared with attorneys to elicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 287 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-07 | Part | MSFOIA_WH042151 | MSFOIA_WH042152 | 0.7.72.587288 | FOIA-0007338 | FOIA-0007339 | | | | | | Subject line and comments in the body of internal IRS emails discussing decisions to be made with respect to the examinations of non-Microsoft taxpayers. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH042500 | | 0.7.72.81902 | FOIA-0007348 | FOIA-0007349 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042508 | | 0.7.72.82027 | FOIA-0007385 | FOIA-0007385 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042509 | MSFOIA_WH042512 | 0.7.72.81965 | FOIA-0007367 | FOIA-0007371 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042514 | MSFOIA_WH042515 | 0.7.72.81978 | FOIA-0007372 | FOIA-0007373 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042516 | MSFOIA_WH042519 | 0.7.72.81928 | FOIA-0007350 | FOIA-0007353 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042520 | MSFOIA_WH042523 | 0.7.72.81931 | FOIA-0007354 | FOIA-0007357 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a description of legal advice provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042526 | MSFOIA_WH042529 | 0.7.72.81942 | FOIA-0007358 | FOIA-0007361 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 288 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH042531 | MSFOIA_WH042535 | 0.7.72.81994 | FOIA-0007376 | FOIA-0007380 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042536 | | 0.7.72.82021 | FOIA-0007383 | FOIA-0007384 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042548 | | 0.7.72.81982 | FOIA-0007374 | FOIA-0007375 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042555 | MSFOIA_WH042558 | 0.7.72.81964 | FOIA-0007363 | FOIA-0007366 | | | | | | Notes memorializing discussions regarding decisions to be made with respect to the Microsoft examination, including notes describing information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042578 | | 0.7.72.81997 | FOIA-0007381 | FOIA-0007382 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042581 | | 0.7.72.81943 | FOIA-0007362 | FOIA-0007362 | | | | | | Information identifying candidates being considered for possible expert services contract to assist with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042627 | MSFOIA_WH042629 | 0.7.72.95842 | FOIA-0007411 | FOIA-0007413 | | | | | | Dollar amount | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and strategy of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042630 | MSFOIA_WH042632 | 0.7.72.96042 | FOIA-0007428 | FOIA-0007430 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 289 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH042633 | MSFOIA_WH042634 | 0.7.72.95878 | FOIA-0007419 | FOIA-0007421 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042636 | | 0.7.72.95655 | FOIA-0007408 | FOIA-0007408 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH042688 | | 0.7.72.95847 | FOIA-0007417 | FOIA-0007418 | | | | | | Contractor's billing information | (b)(4) | Billing information of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2017-08 | Part | MSFOIA_WH042891 | | 0.7.72.82204 | FOIA-0007386 | FOIA-0007387 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042893 | | 0.7.72.82215 | FOIA-0007388 | FOIA-0007390 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes password for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-08 | Part | MSFOIA_WH042991 | | 0.7.72.96382 | FOIA-0007434 | FOIA-0007435 | | | | | | List of topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042993 | | 0.7.72.96054 | FOIA-0007431 | FOIA-0007431 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH042994 | MSFOIA_WH042995 | 0.7.72.95919 | FOIA-0007425 | FOIA-0007427 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 290 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH042997 | | 0.7.72.95039 | FOIA-0007397 | FOIA-0007399 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH043006 | MSFOIA_WH043007 | 0.7.72.82745 | FOIA-0007392 | FOIA-0007393 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH043014 | | 0.7.72.95154 | FOIA-0007400 | FOIA-0007401 | | | | | | Preliminary discussion about an aspect of how interviews would be conducted. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-08 | Part | MSFOIA_WH043016 | MSFOIA_WH043017 | 0.7.72.95843 | FOIA-0007414 | FOIA-0007416 | | | | | | Preliminary discussion about an aspect of how interviews would be conducted. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-08 | Part | MSFOIA_WH043020 | | 0.7.72.95907 | FOIA-0007423 | FOIA-0007424 | | | | | | Preliminary discussion about an aspect of how interviews would be conducted. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2017-08 | Part | MSFOIA_WH043031 | | 0.7.72.95618 | FOIA-0007407 | FOIA-0007407 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-08 | Part | MSFOIA_WH043192 | | 0.7.72.84449 | FOIA-0007394 | FOIA-0007395 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH043343 | | 0.7.72.82565 | FOIA-0007391 | FOIA-0007391 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH043448 | MSFOIA_WH043449 | 0.7.72.81680 | FOIA-0007340 | FOIA-0007341 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH043513 | MSFOIA_WH043515 | 0.7.72.81789 | FOIA-0007345 | FOIA-0007347 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 291 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH043533 | MSFOIA_WH043535 | 0.7.72.81684 | FOIA-0007342 | FOIA-0007344 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH044270 | | 0.7.72.194551 | FOIA-0007519 | FOIA-0007519 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH044272 | MSFOIA_WH044284 | 0.7.72.194593.1 | FOIA-0007521 | FOIA-0007533 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH044316 | | 0.7.72.194818 | FOIA-0007534 | FOIA-0007534 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH044453 | | 0.7.72.199004 | FOIA-0007540 | FOIA-0007541 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH044766 | | 0.7.72.197527 | FOIA-0007537 | FOIA-0007537 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, including information communicated with attorneys, and name of a taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 292 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH045339 | | 0.7.72.206709 | FOIA-0007542 | FOIA-0007543 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH045341 | | 0.7.72.206720 | FOIA-0007544 | FOIA-0007545 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH045343 | MSFOIA_WH045357 | 0.7.72.207010 | FOIA-0007546 | FOIA-0007560 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045358 | MSFOIA_WH045373 | 0.7.72.207010.1 | FOIA-0007561 | FOIA-0007576 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045439 | MSFOIA_WH045458 | 0.7.72.207317 | FOIA-0007577 | FOIA-0007596 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045459 | MSFOIA_WH045479 | 0.7.72.207317.1 | FOIA-0007597 | FOIA-0007617 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045501 | | 0.7.72.113081 | FOIA-0007480 | FOIA-0007481 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 293 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH045510 | MSFOIA_WH045514 | 0.7.72.113081.3 | FOIA-0007484 | FOIA-0007488 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH045518 | MSFOIA_WH045527 | 0.7.72.114947.1 | FOIA-0007490 | FOIA-0007499 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045534 | MSFOIA_WH045540 | 0.7.72.107717.1 | FOIA-0007445 | FOIA-0007451 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045566 | MSFOIA_WH045571 | 0.7.72.110898.1 | FOIA-0007471 | FOIA-0007479 | | | | | | Descriptions of status, decisions, and issues being discussed as part of the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045575 | MSFOIA_WH045590 | 0.7.72.109188.1 | FOIA-0007453 | FOIA-0007469 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH045593 | MSFOIA_WH045608 | 0.7.72.117475.1 | FOIA-0007502 | FOIA-0007518 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH047681 | | 0.7.72.407611 | FOIA-0008007 | FOIA-0008008 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH047695 | MSFOIA_WH047696 | 0.7.72.396751 | FOIA-0007867 | FOIA-0007868 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys, and information about the examination of a taxpayer who is not Microsoft. Includes password for teleconference line. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-08 | Part | MSFOIA_WH047707 | MSFOIA_WH047708 | 0.7.72.405447 | FOIA-0007988 | FOIA-0007989 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH047709 | | 0.7.72.402516 | FOIA-0007954 | FOIA-0007955 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH047720 | | 0.7.72.395118 | FOIA-0007826 | FOIA-0007827 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH047845 | | 0.7.72.397117 | FOIA-0007874 | FOIA-0007874 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH047855 | | 0.7.72.392666 | FOIA-0007716 | FOIA-0007717 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 295 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WHO47874 | | 0.7.72.400758 | FOIA-0007929 | FOIA-0007930 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WHO47884 | | 0.7.72.391336 | FOIA-0007680 | FOIA-0007681 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WHO47894 | MSFOIA_WHO47895 | 0.7.72.399083 | FOIA-0007911 | FOIA-0007912 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WHO47896 | | 0.7.72.396212 | FOIA-0007846 | FOIA-0007847 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WHO47906 | MSFOIA_WHO47907 | 0.7.72.395051 | FOIA-0007819 | FOIA-0007820 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WHO47953 | | 0.7.72.391415 | FOIA-0007692 | FOIA-0007692 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WHO47954 | | 0.7.72.391415.1 | FOIA-0007693 | FOIA-0007694 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WHO47957 | | 0.7.72.396248 | FOIA-0007851 | FOIA-0007852 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH048752 | MSFOIA_WH048753 | 0.7.72.395763 | FOIA-0007831 | FOIA-0007833 | | | | | | Names of taxpayers other than Microsoft and details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH048755 | MSFOIA_WH048757 | 0.7.72.395763.1 | FOIA-0007834 | FOIA-0007837 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048786 | MSFOIA_WH048787 | 0.7.72.394604.2 | FOIA-0007809 | FOIA-0007811 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048789 | MSFOIA_WH048790 | 0.7.72.398458 | FOIA-0007899 | FOIA-0007901 | | | | | | Names of taxpayers other than Microsoft and details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH048792 | MSFOIA_WH048794 | 0.7.72.398458.1 | FOIA-0007902 | FOIA-0007905 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048795 | | 0.7.72.391413 | FOIA-0007685 | FOIA-0007687 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048797 | | 0.7.72.391413 | FOIA-0007685 | FOIA-0007687 | | | | | | Names of taxpayers other than Microsoft and details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH048799 | MSFOIA_WH048801 | 0.7.72.391413.1 | FOIA-0007688 | FOIA-0007691 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048802 | MSFOIA_WH048803 | 0.7.72.396469 | FOIA-0007860 | FOIA-0007861 | | | | | | Names of taxpayers other than Microsoft and details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 297 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH048809 | MSFOIA_WH048810 | 0.7.72.396469.2 | FOIA-0007863 | FOIA-0007865 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048815 | | 0.7.72.407100 | FOIA-0007994 | FOIA-0007997 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048817 | MSFOIA_WH048818 | 0.7.72.407100 | FOIA-0007994 | FOIA-0007997 | | | | | | Names of taxpayers other than Microsoft and details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH048820 | MSFOIA_WH048822 | 0.7.72.407100.1 | FOIA-0007998 | FOIA-0008001 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048825 | MSFOIA_WH048827 | 0.7.72.408438.1 | FOIA-0008018 | FOIA-0008021 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048832 | | 0.7.72.402295.1 | FOIA-0007952 | FOIA-0007953 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH048833 | MSFOIA_WH048834 | 0.7.72.394654 | FOIA-0007816 | FOIA-0007817 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 298 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH048835 | | 0.7.72.394654.1 | FOIA-0007818 | FOIA-0007818 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH049057 | | 0.7.72.394599 | FOIA-0007799 | FOIA-0007800 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigation being discussed. |
| 2017-08 | Part | MSFOIA_WH049058 | MSFOIA_WH049063 | 0.7.72.394599.1 | FOIA-0007801 | FOIA-0007806 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049065 | | 0.7.72.398973 | FOIA-0007906 | FOIA-0007907 | | | | | | Name of taxpayer other than Microsoft and details about their examination. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH049066 | | 0.7.72.397856 | FOIA-0007882 | FOIA-0007883 | | | | | | Name of taxpayer other than Microsoft and details about their examination. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH049068 | MSFOIA_WH049073 | 0.7.72.397856.1 | FOIA-0007884 | FOIA-0007889 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049074 | | 0.7.72.393311 | FOIA-0007730 | FOIA-0007731 | | | | | | Name of taxpayer other than Microsoft and details about their examination. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH049076 | MSFOIA_WH049081 | 0.7.72.393311.1 | FOIA-0007732 | FOIA-0007737 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 299 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH049089 | | 0.7.72.397067 | FOIA-0007869 | FOIA-0007869 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049090 | MSFOIA_WH049092 | 0.7.72.397067.1 | FOIA-0007870 | FOIA-0007873 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049097 | MSFOIA_WH049099 | 0.7.72.393369.1 | FOIA-0007740 | FOIA-0007742 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049101 | | 0.7.72.393369.2 | FOIA-0007743 | FOIA-0007744 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049105 | MSFOIA_WH049106 | 0.7.72.409280.1 | FOIA-0008034 | FOIA-0008036 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049307 | MSFOIA_WH049309 | 0.7.72.404566.1 | FOIA-0007975 | FOIA-0007977 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049311 | MSFOIA_WH049313 | 0.7.72.404045.1 | FOIA-0007971 | FOIA-0007973 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 300 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH049345 | | 0.7.72.405173.1 | FOIA-0007984 | FOIA-0007984 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049350 | | 0.7.72.397501.1 | FOIA-0007880 | FOIA-0007880 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049352 | | 0.7.72.402235 | FOIA-0007949 | FOIA-0007949 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049353 | | 0.7.72.402235.1 | FOIA-0007950 | FOIA-0007950 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049378 | MSFOIA_WH049379 | 0.7.72.400956.1 | FOIA-0007940 | FOIA-0007941 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049381 | MSFOIA_WH049382 | 0.7.72.405323.1 | FOIA-0007986 | FOIA-0007987 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049384 | MSFOIA_WH049385 | 0.7.72.399007.1 | FOIA-0007909 | FOIA-0007910 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 301 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH049387 | MSFOIA_WH049388 | 0.7.72.407865.1 | FOIA-0008010 | FOIA-0008011 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049390 | MSFOIA_WH049391 | 0.7.72.395104.1 | FOIA-0007824 | FOIA-0007825 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049392 | | 0.7.72.403934 | FOIA-0007967 | FOIA-0007967 | | | | | | Issues referred to counsel attorneys for advice. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues being discussed. Reflects subjects of legal advice sought from agency attorneys. |
| 2017-08 | Part | MSFOIA_WH049397 | | 0.7.72.399265 | FOIA-0007918 | FOIA-0007918 | | | | | | Issues referred to counsel attorneys for advice. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues being discussed. Reflects subjects of legal advice sought from agency attorneys. |
| 2017-08 | Part | MSFOIA_WH049412 | | 0.7.72.394267.1 | FOIA-0007793 | FOIA-0007795 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049417 | | 0.7.72.400178.1 | FOIA-0007926 | FOIA-0007928 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049422 | | 0.7.72.396366.1 | FOIA-0007857 | FOIA-0007859 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049426 | | 0.7.72.410548.1 | FOIA-0008038 | FOIA-0008040 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049931 | | 0.7.72.398114 | FOIA-0007895 | FOIA-0007895 | | | | | | Name of taxpayer other than Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 302 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH049932 | MSFOIA_WH049934 | 0.7.72.398114.1 | FOIA-0007896 | FOIA-0007898 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH049970 | | 0.7.72.404767.1 | FOIA-0007979 | | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050199 | | 0.7.72.400865.1 | FOIA-0007936 | FOIA-0007981 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050204 | MSFOIA_WH050205 | 0.7.72.392411.1 | FOIA-0007703 | FOIA-0007704 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050209 | MSFOIA_WH050210 | 0.7.72.403704.1 | FOIA-0007959 | FOIA-0007962 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050214 | MSFOIA_WH050215 | 0.7.72.401478.1 | FOIA-0007947 | FOIA-0007948 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 303 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH050217 | MSFOIA_WH050218 | 0.7.72.396189.1 | FOIA-0007844 | FOIA-0007845 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050315 | | 0.7.72.398062.1 | FOIA-0007892 | FOIA-0007894 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050325 | | 0.7.72.396170.1 | FOIA-0007840 | FOIA-0007842 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050369 | | 0.7.72.401020.1 | FOIA-0007943 | FOIA-0007945 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050373 | | 0.7.72.393783.1 | FOIA-0007746 | FOIA-0007748 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050383 | | 0.7.72.391577.1 | FOIA-0007698 | FOIA-0007700 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050388 | | 0.7.72.408309.1 | FOIA-0008014 | FOIA-0008016 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 304 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH050393 | | 0.7.72.399230.1 | FOIA-0007915 | | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050422 | MSFOIA_WH050423 | 0.7.72.392587.1 | FOIA-0007706 | FOIA-0007707 FOIA-0007917 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050475 | | 0.7.72.406988 | FOIA-0007990 | FOIA-0007990 | | | | | | Name of taxpayer other than Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-08 | Part | MSFOIA_WH050476 | MSFOIA_WH050477 | 0.7.72.406988.1 | FOIA-0007991 | FOIA-0007992 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050538 | MSFOIA_WH050540 | 0.7.72.394623.1 | FOIA-0007813 | FOIA-0007815 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050553 | MSFOIA_WH050555 | 0.7.72.392652.1 | FOIA-0007713 | FOIA-0007715 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050557 | MSFOIA_WH050559 | 0.7.72.399746.1 | FOIA-0007922 | FOIA-0007924 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050561 | MSFOIA_WH050563 | 0.7.72.394134.1 | FOIA-0007755 | FOIA-0007757 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 305 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH050649 | MSFOIA_WH050650 | 0.7.72.395550.1 | FOIA-0007829 | FOIA-0007830 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050652 | | 0.7.72.397444 | FOIA-0007875 | FOIA-0007875 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050653 | MSFOIA_WH050655 | 0.7.72.397444.1 | FOIA-0007876 | FOIA-0007878 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050658 | | 0.7.72.393785 | FOIA-0007749 | FOIA-0007750 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050660 | MSFOIA_WH050662 | 0.7.72.393785.1 | FOIA-0007751 | FOIA-0007753 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050981 | | 0.7.72.403881 | FOIA-0007963 | FOIA-0007963 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH050982 | MSFOIA_WH050984 | 0.7.72.403881.1 | FOIA-0007964 | FOIA-0007966 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 306 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH051004 | MSFOIA_WH051006 | 0.7.72.393179.1 | FOIA-0007722 | FOIA-0007724 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051008 | MSFOIA_WH051010 | 0.7.72.394256.1 | FOIA-0007759 | FOIA-0007761 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051011 | MSFOIA_WH051039 | 0.7.72.394256.2 | FOIA-0007762 | FOIA-0007790 | | | | | | Information about status and decisions in various examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH051046 | MSFOIA_WH051048 | 0.7.72.393242.1 | FOIA-0007727 | FOIA-0007729 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051609 | MSFOIA_WH051611 | 0.7.72.392588.1 | FOIA-0007709 | FOIA-0007711 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051645 | MSFOIA_WH051648 | 0.7.72.408990.1 | FOIA-0008028 | FOIA-0008031 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051650 | MSFOIA_WH051653 | 0.7.72.407450.1 | FOIA-0008003 | FOIA-0008006 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH051672 | | 0.7.72.408886 | FOIA-0008022 | FOIA-0008022 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 307 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH051673 | MSFOIA_WH051676 | 0.7.72.408886.1 | FOIA-0008023 | FOIA-0008026 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH052039 | | 0.7.72.237776 | FOIA-0007625 | FOIA-0007625 | | | | | | Issues regarding a general enforcement effort referred to other revenue agents and counsel attorneys for discussion and advice. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues being discussed. Reflects subjects of legal advice sought from agency attorneys. |
| 2017-08 | Part | MSFOIA_WH052040 | MSFOIA_WH052046 | 0.7.72.237776.1 | FOIA-0007626 | FOIA-0007632 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-08 | Part | MSFOIA_WH052461 | MSFOIA_WH052462 | 0.7.72.249755.1 | FOIA-0007634 | FOIA-0007635 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH052530 | MSFOIA_WH052531 | 0.7.72.216051 | FOIA-0007618 | FOIA-0007619 | | | | | | Information about examination of taxpayer who is not Microsoft, and discussion of decisions involved in enforcement efforts generally. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH052532 | MSFOIA_WH052536 | 0.7.72.216051.1 | FOIA-0007620 | FOIA-0007624 | | | | | | Names of taxpayers other than Microsoft and various details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH052678 | | 0.7.72.253871 | FOIA-0007636 | FOIA-0007638 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH052960 | | 0.7.72.267017 | FOIA-0007652 | FOIA-0007652 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination that was referred to agency attorney for advice, and agency attorney's home phone number. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the subject of legal advice sought from agency attorneys. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053195 | | 0.7.72.267041 | FOIA-0007653 | FOIA-0007654 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 308 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH053274 | | 0.7.72.267101 | FOIA-0007655 | FOIA-0007655 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053304 | | 0.7.72.267111 | FOIA-0007656 | FOIA-0007656 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and name of taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053305 | | 0.7.72.264388 | FOIA-0007641 | FOIA-0007641 | | | | | | Discussion of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to a taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053306 | | 0.7.72.265420 | FOIA-0007644 | FOIA-0007645 | | | | | | Discussion of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to a taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053329 | MSFOIA_WH053330 | 0.7.72.264164 | FOIA-0007639 | FOIA-0007640 | | | | | | Discussion of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in enforcement efforts related to a taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 309 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH053331 | MSFOIA_WH053332 | 0.7.72.265457 | FOIA-0007646 | FOIA-0007647 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and name of taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH053337 | | 0.7.72.265357 | FOIA-0007642 | FOIA-0007643 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-08 | Part | MSFOIA_WH054267 | MSFOIA_WH054272 | 0.7.72.101694 | FOIA-0007437 | FOIA-0007443 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including a request for advice from agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects a request for legal advice from agency attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-08 | Part | MSFOIA_WH054730 | | 0.7.72.367997 | FOIA-0007658 | FOIA-0007658 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH054808 | | 0.7.72.370834 | FOIA-0007661 | FOIA-0007661 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-08 | Part | MSFOIA_WH054857 | | 0.7.72.387894 | FOIA-0007674 | FOIA-0007674 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH056240 | | 0.7.72.369324 | FOIA-0007659 | FOIA-0007660 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 310 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH056810 | | 0.7.72.380843 | FOIA-0007669 | FOIA-0007670 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH056815 | | 0.7.72.381443 | FOIA-0007672 | FOIA-0007672 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH056839 | | 0.7.72.374047 | FOIA-0007662 | FOIA-0007664 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH056870 | | 0.7.72.388800 | FOIA-0007677 | FOIA-0007679 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-08 | Part | MSFOIA_WH056871 | MSFOIA_WH056872 | 0.7.72.388800 | FOIA-0007677 | FOIA-0007679 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH057277 | MSFOIA_WH057290 | 0.7.72.417619 | FOIA-0008041 | FOIA-0008055 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH057292 | MSFOIA_WH057306 | 0.7.72.417619.1 | FOIA-0008056 | FOIA-0008071 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH057308 | MSFOIA_WH057319 | 0.7.72.423395 | FOIA-0008138 | FOIA-0008149 | | | | | | Information about the examinations of taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-08 | Part | MSFOIA_WH057325 | MSFOIA_WH057373 | 0.7.72.422868 | FOIA-0008089 | FOIA-0008137 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and descriptions of issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH057657 | MSFOIA_WH057843 | 0.7.72.423476 | FOIA-0008150 | FOIA-0008336 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and descriptions of status and issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-08 | Part | MSFOIA_WH058643 | MSFOIA_WH058659 | 0.7.72.422405 | FOIA-0008072 | FOIA-0008088 | | | | | | Information about various examinations of taxpayers who are not Microsoft, and descriptions of status and issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 311 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH058805 | MSFOIA_WH058806 | 0.7.72.441473.1 | FOIA-0008393 | FOIA-0008394 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH058823 | MSFOIA_WH058835 | 0.7.72.439048.1 | FOIA-0008379 | FOIA-0008391 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH060761 | MSFOIA_WH060765 | 0.7.72.432688.1 | FOIA-0008338 | FOIA-0008342 | | | | | | Proposed adjustment amount in the Microsoft exam; information about various examinations of taxpayers who are not Microsoft, and descriptions of status and issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft exam or other investigations being discussed. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH060766 | MSFOIA_WH060778 | 0.7.72.436708 | FOIA-0008343 | FOIA-0008356 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH060780 | MSFOIA_WH060800 | 0.7.72.436927 | FOIA-0008357 | FOIA-0008377 | | | | | | Proposed adjustment amount in the Microsoft exam; information about various examinations of taxpayers who are not Microsoft, and descriptions of status and issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft exam or other investigations being discussed. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH061031 | MSFOIA_WH061037 | 0.7.72.473349.1 | FOIA-0008425 | FOIA-0008431 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 312 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH061039 | MSFOIA_WH061041 | 0.7.72.462532.1 | FOIA-0008399 | FOIA-0008401 | | | | | | Descriptions of status, issues, and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH061070 | | 0.7.72.461650 | FOIA-0008397 | FOIA-0008397 | | | | | | Discussion of status, issues, and decisions involved in the Microsoft examination, and discussion of enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062559 | MSFOIA_WH062560 | 0.7.72.522589.1 | FOIA-0008437 | FOIA-0008439 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062561 | MSFOIA_WH062563 | 0.7.72.522589.2 | FOIA-0008440 | FOIA-0008442 | | | | | | Descriptions of issues, status of decisions, and timeline of activities involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062564 | | 0.7.72.523132 | FOIA-0008448 | FOIA-0008448 | | | | | | Topic of decision to be made with respect to the Microsoft examination, and details about another taxpayer's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062566 | MSFOIA_WH062567 | 0.7.72.523132.1 | FOIA-0008449 | FOIA-0008451 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 313 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH062581 | MSFOIA_WH062587 | 0.7.72.527713.1 | FOIA-0008461 | FOIA-0008469 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062591 | MSFOIA_WH062593 | 0.7.72.518842 | FOIA-0008432 | FOIA-0008435 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062597 | MSFOIA_WH062599 | 0.7.72.528546.1 | FOIA-0008473 | FOIA-0008477 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062611 | MSFOIA_WH062613 | 0.7.72.523065.1 | FOIA-0008444 | FOIA-0008447 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH062621 | MSFOIA_WH062623 | 0.7.72.526712.1 | FOIA-0008454 | FOIA-0008458 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-08 | Part | MSFOIA_WH063067 | MSFOIA_WH063071 | 0.7.72.531065 | FOIA-0008478 | FOIA-0008506 | | | Memorandum from contractor regarding decisions to be made with respect to the Microsoft examination | | | | | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 314 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-08 | Part | MSFOIA_WH064145 | MSFOIA_WH064146 | 0.7.72.562953 | FOIA-0008507 | FOIA-0008508 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH064429 | | 0.7.72.566145 | FOIA-0008509 | FOIA-0008509 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-08 | Part | MSFOIA_WH066070 | MSFOIA_WH066071 | 0.7.72.566233 | FOIA-0008511 | FOIA-0008512 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes name of a taxpayer other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH066072 | MSFOIA_WH066076 | 0.7.72.566233.1 | FOIA-0008513 | FOIA-0008517 | | | | | | Proposed adjustment amount in the Microsoft exam; information about various examinations of taxpayers who are not Microsoft, and descriptions of status and issues involved in these enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft exam or other investigations being discussed. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-08 | Part | MSFOIA_WH066172 | | 0.7.72.576478.1 | FOIA-0008519 | FOIA-0008519 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-08 | Part | MSFOIA_WH066674 | | 0.7.72.580588 | FOIA-0008521 | FOIA-0008521 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2017-08 | Part | MSFOIA_WH066683 | MSFOIA_WH066686 | 0.7.72.580588.3 | FOIA-0008524 | FOIA-0008527 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 315 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042315 | | 0.7.72.396 | FOIA-0008530 | FOIA-0008530 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042320 | | 0.7.72.1024 | FOIA-0008531 | FOIA-0008531 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042323 | | 0.7.72.1074 | FOIA-0008532 | FOIA-0008532 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042334 (PRE-LITIGATION BATES NO.: MSFOIA_WH043671) | | 0.7.72.22307 | FOIA-0008535 | FOIA-0008535 | | | | | | Internal discussion between IRS employees and IRS Chief Counsel attorneys with respect to Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation; email also contains discussion of legal advice from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH042338 | | 0.7.72.39262 | FOIA-0008538 | FOIA-0008539 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042367 | | 0.7.72.52999 | FOIA-0008540 | FOIA-0008540 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042407 (PRE-LITIGATION BATES NO.: MSFOIA_WH050377) | | 0.7.72.55301 | FOIA-0008545 | FOIA-0008547 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042499 (PRE-LITIGATION BATES NO.: MSFOIA_WH039677) | | 0.7.72.61415 | FOIA-0008548 | FOIA-0008548 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 316 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042508 (PRE-LITIGATION BATES NO.: MSFOIA_WH043405) | MSFOIA_WH042509 | 0.7.72.82382 | FOIA-0008551 | FOIA-0008554 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042509 (PRE-LITIGATION BATES NO.: MSFOIA_WH043463) | | 0.7.72.82407 | FOIA-0008555 | FOIA-0008555 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042516 (PRE-LITIGATION BATES NO.: MSFOIA_WH043414) | | 0.7.72.84414 | FOIA-0008557 | FOIA-0008557 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042520 (PRE-LITIGATION BATES NO.: MSFOIA_WH043443) | | 0.7.72.84520 | FOIA-0008558 | FOIA-0008559 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042524 (PRE-LITIGATION BATES NO.: MSFOIA_WH043447) | | 0.7.72.84542 | FOIA-0008560 | FOIA-0008560 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042530 (PRE-LITIGATION BATES NO.: MSFOIA_WH043396) | MSFOIA_WH042536 | 0.7.72.84648 | FOIA-0008562 | FOIA-0008568 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042531 (PRE-LITIGATION BATES NO.: MSFOIA_WH043445) | MSFOIA_WH042532 | 0.7.72.84695 | FOIA-0008569 | FOIA-0008570 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042536 | | 0.7.72.95304 | FOIA-0008571 | FOIA-0008571 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 317 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042538 (PRE-LITIGATION BATES NO.: MSFOIA_WH043536) | | 0.7.72.95334 | FOIA-0008572 | FOIA-0008573 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042538 (PRE-LITIGATION BATES NO.: MSFOIA_WH043536) | | 0.7.72.95334 | FOIA-0008572 | FOIA-0008573 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-09 | Part | MSFOIA_WH042540 | | 0.7.72.95995 | FOIA-0008574 | FOIA-0008574 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042547 (PRE-LITIGATION BATES NO.: MSFOIA_WH045617) | MSFOIA_WH042549 | 0.7.72.113138 | FOIA-0008580 | FOIA-0008582 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042559 (PRE-LITIGATION BATES NO.: MSFOIA_WH044084) | MSFOIA_WH042560 | 0.7.72.127058 | FOIA-0008585 | FOIA-0008586 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042559 (PRE-LITIGATION BATES NO.: MSFOIA_WH044084) | | 0.7.72.127058 | FOIA-0008585 | FOIA-0008586 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042573 (PRE-LITIGATION BATES NO.: MSFOIA_WH044086) | MSFOIA_WH042588 | 0.7.72.127058.1 | FOIA-0008587 | FOIA-0008602 | | | | | | CSA Buy-In Inventory Report, containing list of active cases of third-party taxpayers and Microsoft, including internal reference numbers, details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042576 (PRE-LITIGATION BATES NO.: MSFOIA_WH045297) | | 0.7.72.141798 | FOIA-0008604 | FOIA-0008605 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042577 (PRE-LITIGATION BATES NO.: MSFOIA_WH045297) | | 0.7.72.141798 | FOIA-0008604 | FOIA-0008605 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 318 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042581 (PRE-LITIGATION BATES NO.: MSFOIA_WH044467) | MSFOIA_WH042582 | 0.7.72.194451 | FOIA-0008608 | FOIA-0008609 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042582 (PRE-LITIGATION BATES NO.: MSFOIA_WH044498) | MSFOIA_WH042583 | 0.7.72.194508 | FOIA-0008610 | FOIA-0008611 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042588 (PRE-LITIGATION BATES NO.: MSFOIA_WH044515) | | 0.7.72.194556 | FOIA-0008612 | FOIA-0008612 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042589 (PRE-LITIGATION BATES NO.: MSFOIA_WH044506) | MSFOIA_WH042590 | 0.7.72.194749 | FOIA-0008613 | FOIA-0008615 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042591 (PRE-LITIGATION BATES NO.: MSFOIA_WH044510) | | 0.7.72.194835 | FOIA-0008616 | FOIA-0008616 | | | | | | Title of discussion draft of document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH042598 (PRE-LITIGATION BATES NO.: MSFOIA_WH044492) | MSFOIA_WH042599 | 0.7.72.195004 | FOIA-0008618 | FOIA-0008619 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 319 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042600 (PRE-LITIGATION BATES NO.: MSFOIA_WH044496) | | 0.7.72.195011 | FOIA-0008620 | FOIA-0008621 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042602 (PRE-LITIGATION BATES NO.: MSFOIA_WH044504) | | 0.7.72.195027 | FOIA-0008622 | FOIA-0008623 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042603 (PRE-LITIGATION BATES NO.: MSFOIA_WH044494) | MSFOIA_WH042604 | 0.7.72.195033 | FOIA-0008624 | FOIA-0008625 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042605 (PRE-LITIGATION BATES NO.: MSFOIA_WH044514) | | 0.7.72.195222 | FOIA-0008626 | FOIA-0008626 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042606 (PRE-LITIGATION BATES NO.: MSFOIA_WH044516) | | 0.7.72.195229 | FOIA-0008627 | FOIA-0008627 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042612 (PRE-LITIGATION BATES NO.: MSFOIA_WH044488) | MSFOIA_WH042613 | 0.7.72.195319 | FOIA-0008628 | FOIA-0008629 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 320 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042614 (PRE-LITIGATION BATES NO.: MSFOIA_WH044502) | MSFOIA_WH042615 | 0.7.72.196266 | FOIA-0008630 | FOIA-0008631 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042616 (PRE-LITIGATION BATES NO.: MSFOIA_WH044465) | | 0.7.72.196401 | FOIA-0008632 | FOIA-0008632 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042617 (PRE-LITIGATION BATES NO.: MSFOIA_WH044486) | MSFOIA_WH042618 | 0.7.72.196412 | FOIA-0008633 | FOIA-0008634 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042620 (PRE-LITIGATION BATES NO.: MSFOIA_WH044470) | MSFOIA_WH042624 | 0.7.72.197504 | FOIA-0008635 | FOIA-0008639 | | | | | | Seattle Counsel's year-end report, reporting on the status of ongoing cases, including cases in pre-litigation and active litigation, and cases in examination; discussing legal advice requested and provided by Counsel with respect to third-party taxpayer enforcement matters, and Microsoft enforcement matters; discussing decisions involved in third-party taxpayer and Microsoft examinations, including scope and direction of cases and legal theories and advice to IRS with regard to the examinations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042620 (PRE-LITIGATION BATES NO.: MSFOIA_WH044470) | | 0.7.72.197504 | FOIA-0008635 | FOIA-0008639 | | | | | | Seattle Counsel's year-end report, reporting on the status of personnel matters, including details about employee's personal travel/vacation/leave plans, hiring matters, and other personnel-related matters | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information; agency employee's privacy interest in hiring and personnel decisions is not outweighed by any public interest in this information |
| 2017-09 | Part | MSFOIA_WH042621 (PRE-LITIGATION BATES NO.: MSFOIA_WH044444) | | 0.7.72.197757 | FOIA-0008640 | FOIA-0008640 | | | | | | Discussion regarding draft document regarding Microsoft examination and requesting input from Chief Counsel attorneys regarding the draft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 321 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042624 (PRE-LITIGATION BATES NO.: MSFOIA_WH044478) | | 0.7.72.197789 | FOIA-0008642 | FOIA-0008642 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042627 (PRE-LITIGATION BATES NO.: MSFOIA_WH044455) | MSFOIA_WH042628 | 0.7.72.197916 | FOIA-0008644 | FOIA-0008645 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042630 (PRE-LITIGATION BATES NO.: MSFOIA_WH044466) | | 0.7.72.197942 | FOIA-0008646 | FOIA-0008646 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042633 (PRE-LITIGATION BATES NO.: MSFOIA_WH044500) | MSFOIA_WH042634 | 0.7.72.198062 | FOIA-0008647 | FOIA-0008648 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042636 (PRE-LITIGATION BATES NO.: MSFOIA_WH044475) | MSFOIA_WH042638 | 0.7.72.198098 | FOIA-0008649 | FOIA-0008651 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal theories and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042637 (PRE-LITIGATION BATES NO.: MSFOIA_WH044452) | | 0.7.72.198814 | FOIA-0008652 | FOIA-0008652 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 322 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042638 (PRE-LITIGATION BATES NO.: MSFOIA_WH044443) | | 0.7.72.198911 | FOIA-0008653 | FOIA-0008653 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042654 (PRE-LITIGATION BATES NO.: MSFOIA_WH044459) | | 0.7.72.199068 | FOIA-0008654 | FOIA-0008654 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042656 (PRE-LITIGATION BATES NO.: MSFOIA_WH044460) | | 0.7.72.199083 | FOIA-0008655 | FOIA-0008655 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042661 (PRE-LITIGATION BATES NO.: MSFOIA_WH044451) | | 0.7.72.199086 | FOIA-0008657 | FOIA-0008657 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042667 (PRE-LITIGATION BATES NO.: MSFOIA_WH044485) | | 0.7.72.199229 | FOIA-0008658 | FOIA-0008658 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042670 (PRE-LITIGATION BATES NO.: MSFOIA_WH044457) | | 0.7.72.199293 | FOIA-0008659 | FOIA-0008659 | | | | | | Discussion among IRS Chief Counsel attorneys discussing draft document related to Microsoft examination and reflecting decisions involved in scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042675 (PRE-LITIGATION BATES NO.: MSFOIA_WH043933) | | 0.7.72.200069 | FOIA-0008661 | FOIA-0008661 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 323 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042678 (PRE-LITIGATION BATES NO.: MSFOIA_WH043935) | | 0.7.72.200183 | FOIA-0008663 | FOIA-0008664 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing draft document related to Microsoft examination and reflecting decisions involved in scope and direction of examination and legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042681 (PRE-LITIGATION BATES NO.: MSFOIA_WH043962) | MSFOIA_WH042684 | 0.7.72.202198 | FOIA-0008667 | FOIA-0008670 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042683 (PRE-LITIGATION BATES NO.: MSFOIA_WH043957) | | 0.7.72.203947 | FOIA-0008672 | FOIA-0008672 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042688 (PRE-LITIGATION BATES NO.: MSFOIA_WH043946) | MSFOIA_WH042689 | 0.7.72.204568 | FOIA-0008675 | FOIA-0008676 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042690 (PRE-LITIGATION BATES NO.: MSFOIA_WH043953) | | 0.7.72.204759 | FOIA-0008677 | FOIA-0008677 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042693 (PRE-LITIGATION BATES NO.: MSFOIA_WH043948) | | 0.7.72.205033 | FOIA-0008679 | FOIA-0008679 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042702 (PRE-LITIGATION BATES NO.: MSFOIA_WH045374) | | 0.7.72.206998 | FOIA-0008682 | FOIA-0008695 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 324 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042708 (PRE-LITIGATION BATES NO.: MSFOIA_WH045388) | MSFOIA_WH042722 | 0.7.72.206998.1 | FOIA-0008696 | FOIA-0008710 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042709 (PRE-LITIGATION BATES NO.: MSFOIA_WH045338) | | 0.7.72.207001 | FOIA-0008711 | FOIA-0008711 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042710 (PRE-LITIGATION BATES NO.: MSFOIA_WH045403) | MSFOIA_WH042725 | 0.7.72.207011 | FOIA-0008712 | FOIA-0008727 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042711 (PRE-LITIGATION BATES NO.: MSFOIA_WH045419) | MSFOIA_WH042727 | 0.7.72.207011.1 | FOIA-0008728 | FOIA-0008744 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042712 (PRE-LITIGATION BATES NO.: MSFOIA_WH052635) | MSFOIA_WH042715 | 0.7.72.213583 | FOIA-0008745 | FOIA-0008748 | | | | | | CTM Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042713 (PRE-LITIGATION BATES NO.: MSFOIA_WH052673) | | 0.7.72.218928 | FOIA-0008749 | FOIA-0008749 | | | | | | Discussion regarding decisions involved in audit and examination strategy involving a particular set of tax issues | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 325 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042752 (PRE-LITIGATION BATES NO.: MSFOIA_WH052674) | MSFOIA_WH042755 | 0.7.72.218928.1 | FOIA-0008750 | FOIA-0008753 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation. Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042781 (PRE-LITIGATION BATES NO.: MSFOIA_WH052634) | | 0.7.72.220350 | FOIA-0008754 | FOIA-0008754 | | | | | | Discussion between IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042798 (PRE-LITIGATION BATES NO.: MSFOIA_WH052645) | MSFOIA_WH042800 | 0.7.72.224538 | FOIA-0008755 | FOIA-0008757 | | | | | | Discussion between IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042799 (PRE-LITIGATION BATES NO.: MSFOIA_WH052645) | | 0.7.72.224538 | FOIA-0008755 | FOIA-0008757 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-09 | Part | MSFOIA_WH042804 (PRE-LITIGATION BATES NO.: MSFOIA_WH052631) | | 0.7.72.224586 | FOIA-0008758 | FOIA-0008758 | | | | | | Discussion between IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042804 (PRE-LITIGATION BATES NO.: MSFOIA_WH052631) | | 0.7.72.224586 | FOIA-0008758 | FOIA-0008758 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042806 (PRE-LITIGATION BATES NO.: MSFOIA_WH052656) | | 0.7.72.225963 | FOIA-0008759 | FOIA-0008759 | | | | | | Discussion between IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042806 (PRE-LITIGATION BATES NO.: MSFOIA_WH052656) | | 0.7.72.225963 | FOIA-0008759 | FOIA-0008759 | | | | | | Discussion of decisions involved in third-party taxpayer examination | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 326 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042807 (PRE-LITIGATION BATES NO.: MSFOIA_WH052657) | | 0.7.72.226608 | FOIA-0008760 | FOIA-0008760 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042817 (PRE-LITIGATION BATES NO.: MSFOIA_WH052659) | | 0.7.72.226757.1 | FOIA-0008762 | FOIA-0008765 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation. Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042850 (PRE-LITIGATION BATES NO.: MSFOIA_WH052632) | MSFOIA_WH042851 | 0.7.72.232116 | FOIA-0008766 | FOIA-0008767 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042850 (PRE-LITIGATION BATES NO.: MSFOIA_WH052632) | | 0.7.72.232116 | FOIA-0008766 | FOIA-0008767 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042852 (PRE-LITIGATION BATES NO.: MSFOIA_WH052642) | MSFOIA_WH042853 | 0.7.72.233054 | FOIA-0008768 | FOIA-0008770 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042852 (PRE-LITIGATION BATES NO.: MSFOIA_WH052642) | MSFOIA_WH042853 | 0.7.72.233054 | FOIA-0008768 | FOIA-0008770 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-09 | Part | MSFOIA_WH042853 (PRE-LITIGATION BATES NO.: MSFOIA_WH052642) | | 0.7.72.233054 | FOIA-0008768 | FOIA-0008770 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042861 (PRE-LITIGATION BATES NO.: MSFOIA_WH052630) | | 0.7.72.234117 | FOIA-0008771 | FOIA-0008771 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042863 (PRE-LITIGATION BATES NO.: MSFOIA_WH052640) | MSFOIA_WH042864 | 0.7.72.235021 | FOIA-0008772 | FOIA-0008773 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042863 (PRE-LITIGATION BATES NO.: MSFOIA_WH052640) | | 0.7.72.235021 | FOIA-0008772 | FOIA-0008773 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042863 (PRE-LITIGATION BATES NO.: MSFOIA_WH052640) | | 0.7.72.235021 | FOIA-0008772 | FOIA-0008773 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-09 | Part | MSFOIA_WH042888 (PRE-LITIGATION BATES NO.: MSFOIA_WH052664) | MSFOIA_WH042894 | 0.7.72.235600.1 | FOIA-0008775 | FOIA-0008781 | | | | | | CTM Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042891 (PRE-LITIGATION BATES NO.: MSFOIA_WH052671) | MSFOIA_WH042894 | 0.7.72.238888 | FOIA-0008782 | FOIA-0008783 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042893 (PRE-LITIGATION BATES NO.: MSFOIA_WH052654) | MSFOIA_WH042894 | 0.7.72.239763 | FOIA-0008784 | FOIA-0008785 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042896 (PRE-LITIGATION BATES NO.: MSFOIA_WH052628) | MSFOIA_WH042897 | 0.7.72.244770 | FOIA-0008786 | FOIA-0008787 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 328 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042897 (PRE-LITIGATION BATES NO.: MSFOIA_WH052648) | MSFOIA_WH042898 | 0.7.72.244953 | FOIA-0008788 | FOIA-0008789 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042903 (PRE-LITIGATION BATES NO.: MSFOIA_WH052639) | | 0.7.72.253563 | FOIA-0008792 | FOIA-0008792 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042905 (PRE-LITIGATION BATES NO.: MSFOIA_WH053229) | | 0.7.72.263973 | FOIA-0008793 | FOIA-0008793 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042926 (PRE-LITIGATION BATES NO.: MSFOIA_WH053228) | | 0.7.72.264293 | FOIA-0008796 | FOIA-0008796 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042928 (PRE-LITIGATION BATES NO.: MSFOIA_WH053238) | | 0.7.72.264376 | FOIA-0008797 | FOIA-0008797 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042930 (PRE-LITIGATION BATES NO.: MSFOIA_WH053222) | | 0.7.72.264395 | FOIA-0008798 | FOIA-0008798 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 329 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042931 | | 0.7.72.264906 | FOIA-0008799 | FOIA-0008799 | | | | | | Discussion between IRS Chief Counsel attorneys, IRS employees, and contractor for expert services discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing draft document and requesting input from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042947 (PRE-LITIGATION BATES NO.: MSFOIA_WH053272) | | 0.7.72.265018 | FOIA-0008804 | FOIA-0008804 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042949 (PRE-LITIGATION BATES NO.: MSFOIA_WH053302) | | 0.7.72.265140 | FOIA-0008805 | FOIA-0008805 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042951 (PRE-LITIGATION BATES NO.: MSFOIA_WH053199) | MSFOIA_WH042952 | 0.7.72.265165 | FOIA-0008806 | FOIA-0008807 | | | | | | Report on status of ongoing cases in litigation and pre-litigation involving third-party involving Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation. Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042953 (PRE-LITIGATION BATES NO.: MSFOIA_WH053204) | MSFOIA_WH042954 | 0.7.72.266257 | FOIA-0008808 | FOIA-0008809 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042959 (PRE-LITIGATION BATES NO.: MSFOIA_WH053197) | MSFOIA_WH042960 | 0.7.72.266301 | FOIA-0008811 | FOIA-0008812 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 330 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042962 (PRE-LITIGATION BATES NO.: MSFOIA_WH053206) | | 0.7.72.266303 | FOIA-0008813 | FOIA-0008813 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042962 (PRE-LITIGATION BATES NO.: MSFOIA_WH053206) | | 0.7.72.266303 | FOIA-0008813 | FOIA-0008813 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-09 | Part | MSFOIA_WH042967 (PRE-LITIGATION BATES NO.: MSFOIA_WH053177) | | 0.7.72.266831 | FOIA-0008815 | FOIA-0008815 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042967 (PRE-LITIGATION BATES NO.: MSFOIA_WH053177) | | 0.7.72.266831 | FOIA-0008815 | FOIA-0008815 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-09 | Part | MSFOIA_WH042970 (PRE-LITIGATION BATES NO.: MSFOIA_WH053223) | | 0.7.72.266863 | FOIA-0008816 | FOIA-0008816 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042972 (PRE-LITIGATION BATES NO.: MSFOIA_WH053201) | MSFOIA_WH042974 | 0.7.72.266930 | FOIA-0008817 | FOIA-0008819 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH042976 (PRE-LITIGATION BATES NO.: MSFOIA_WH053225) | | 0.7.72.267156 | FOIA-0008820 | FOIA-0008821 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042981 (PRE-LITIGATION BATES NO.: MSFOIA_WH056326) | | 0.7.72.362749 | FOIA-0008822 | FOIA-0008822 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 331 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042983 (PRE-LITIGATION BATES NO.: MSFOIA_WH056329) | MSFOIA_WH042984 | 0.7.72.362882 | FOIA-0008823 | FOIA-0008824 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042985 (PRE-LITIGATION BATES NO.: MSFOIA_WH056350) | MSFOIA_WH042988 | 0.7.72.364357.1 | FOIA-0008826 | FOIA-0008830 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042986 (PRE-LITIGATION BATES NO.: MSFOIA_WH056276) | | 0.7.72.365314 | FOIA-0008831 | FOIA-0008831 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH042986 (PRE-LITIGATION BATES NO.: MSFOIA_WH056276) | | 0.7.72.365314 | FOIA-0008831 | FOIA-0008831 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH042987 (PRE-LITIGATION BATES NO.: MSFOIA_WH056832) | MSFOIA_WH042989 | 0.7.72.365786 | FOIA-0008832 | FOIA-0008834 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042988 (PRE-LITIGATION BATES NO.: MSFOIA_WH056862) | | 0.7.72.367851 | FOIA-0008835 | FOIA-0008835 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042989 (PRE-LITIGATION BATES NO.: MSFOIA_WH056465) | | 0.7.72.368039 | FOIA-0008836 | FOIA-0008837 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH042993 (PRE-LITIGATION BATES NO.: MSFOIA_WH056277) | MSFOIA_WH042994 | 0.7.72.369260 | FOIA-0008874 | FOIA-0008875 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 332 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH042997 (PRE-LITIGATION BATES NO.: MSFOIA_WH056820) | MSFOIA_WH042999 | 0.7.72.370804.1 | FOIA-0008877 | FOIA-0008880 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043000 (PRE-LITIGATION BATES NO.: MSFOIA_WH056861) | | 0.7.72.371675 | FOIA-0008881 | FOIA-0008881 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043001 (PRE-LITIGATION BATES NO.: MSFOIA_WH056381) | | 0.7.72.375436 | FOIA-0008882 | FOIA-0008882 | | | | | | Discussion between IRS Chief Counsel attorneys, IRS employees, and contractor for expert services discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043003 (PRE-LITIGATION BATES NO.: MSFOIA_WH056824) | | 0.7.72.381027 | FOIA-0008883 | FOIA-0008883 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043004 (PRE-LITIGATION BATES NO.: MSFOIA_WH056825) | MSFOIA_WH043007 | 0.7.72.381027.1 | FOIA-0008884 | FOIA-0008888 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043006 (PRE-LITIGATION BATES NO.: MSFOIA_WH056855) | MSFOIA_WH043009 | 0.7.72.381752.1 | FOIA-0008890 | FOIA-0008893 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043009 (PRE-LITIGATION BATES NO.: MSFOIA_WH056356) | MSFOIA_WH043012 | 0.7.72.381767.1 | FOIA-0008895 | FOIA-0008899 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 333 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043010 (PRE-LITIGATION BATES NO.: MSFOIA_WH056852) | MSFOIA_WH043011 | 0.7.72.382315 | FOIA-0008900 | FOIA-0008901 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043011 (PRE-LITIGATION BATES NO.: MSFOIA_WH056467) | | 0.7.72.382481 | FOIA-0008902 | FOIA-0008902 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043016 (PRE-LITIGATION BATES NO.: MSFOIA_WH056403) | MSFOIA_WH043018 | 0.7.72.382736.1 | FOIA-0008905 | FOIA-0008909 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft examinations, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043019 (PRE-LITIGATION BATES NO.: MSFOIA_WH056845) | MSFOIA_WH043021 | 0.7.72.382801 | FOIA-0008910 | FOIA-0008912 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043022 (PRE-LITIGATION BATES NO.: MSFOIA_WH056841) | MSFOIA_WH043024 | 0.7.72.382950 | FOIA-0008914 | FOIA-0008916 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043025 (PRE-LITIGATION BATES NO.: MSFOIA_WH056385) | | 0.7.72.384558 | FOIA-0008918 | FOIA-0008918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043029 (PRE-LITIGATION BATES NO.: MSFOIA_WH056813) | MSFOIA_WH043030 | 0.7.72.388723 | FOIA-0008920 | FOIA-0008921 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 334 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043030 (PRE-LITIGATION BATES NO.: MSFOIA_WH056863) | | 0.7.72.389300 | FOIA-0008922 | FOIA-0008923 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043031 (PRE-LITIGATION BATES NO.: MSFOIA_WH056463) | | 0.7.72.389411 | FOIA-0008924 | FOIA-0008925 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043032 (PRE-LITIGATION BATES NO.: MSFOIA_WH056830) | | 0.7.72.389520 | FOIA-0008926 | FOIA-0008927 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043050 (PRE-LITIGATION BATES NO.: MSFOIA_WH056686) | | 0.7.72.390663 | FOIA-0008928 | FOIA-0008928 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043167 (PRE-LITIGATION BATES NO.: MSFOIA_WH056807) | MSFOIA_WH043170 | 0.7.72.390663.3 | FOIA-0008931 | FOIA-0008931 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043171 (PRE-LITIGATION BATES NO.: MSFOIA_WH056835) | MSFOIA_WH043173 | 0.7.72.391048 | FOIA-0008932 | FOIA-0008934 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043184 (PRE-LITIGATION BATES NO.: MSFOIA_WH050651) | | 0.7.72.391327 | FOIA-0008935 | FOIA-0008935 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043187 (PRE-LITIGATION BATES NO.: MSFOIA_WH050547) | MSFOIA_WH043188 | 0.7.72.391328 | FOIA-0008936 | FOIA-0008937 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 335 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043188 (PRE-LITIGATION BATES NO.: MSFOIA_WH050607) | | 0.7.72.391562 | FOIA-0008938 | FOIA-0008938 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043190 (PRE-LITIGATION BATES NO.: MSFOIA_WH050541) | | 0.7.72.391602 | FOIA-0008940 | FOIA-0008940 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043192 (PRE-LITIGATION BATES NO.: MSFOIA_WH050574) | MSFOIA_WH043193 | 0.7.72.391608 | FOIA-0008941 | FOIA-0008942 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043194 (PRE-LITIGATION BATES NO.: MSFOIA_WH050974) | MSFOIA_WH043195 | 0.7.72.391619 | FOIA-0008943 | FOIA-0008944 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043206 (PRE-LITIGATION BATES NO.: MSFOIA_WH050739) | | 0.7.72.391792 | FOIA-0008947 | FOIA-0008947 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043211 (PRE-LITIGATION BATES NO.: MSFOIA_WH051224) | | 0.7.72.391838 | FOIA-0008948 | FOIA-0008949 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043213 (PRE-LITIGATION BATES NO.: MSFOIA_WH050566) | MSFOIA_WH043214 | 0.7.72.391870 | FOIA-0008950 | FOIA-0008951 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 336 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043215 (PRE-LITIGATION BATES NO.: MSFOIA_WH050483) | | 0.7.72.391971 | FOIA-0008952 | FOIA-0008952 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043219 (PRE-LITIGATION BATES NO.: MSFOIA_WH050530) | | 0.7.72.391971.3 | FOIA-0008955 | FOIA-0008955 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043220 (PRE-LITIGATION BATES NO.: MSFOIA_WH050761) | MSFOIA_WH043221 | 0.7.72.391994 | FOIA-0008956 | FOIA-0008957 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043222 (PRE-LITIGATION BATES NO.: MSFOIA_WH050825) | | 0.7.72.392103 | FOIA-0008958 | FOIA-0008958 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043228 (PRE-LITIGATION BATES NO.: MSFOIA_WH050705) | | 0.7.72.392337 | FOIA-0008960 | FOIA-0008960 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043262 (PRE-LITIGATION BATES NO.: MSFOIA_WH050542) | MSFOIA_WH043263 | 0.7.72.392612 | FOIA-0008962 | FOIA-0008963 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043264 (PRE-LITIGATION BATES NO.: MSFOIA_WH050544) | | 0.7.72.392612.1 | FOIA-0008964 | FOIA-0008964 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043266 (PRE-LITIGATION BATES NO.: MSFOIA_WH050625) | MSFOIA_WH043269 | 0.7.72.392968 | FOIA-0008965 | FOIA-0008968 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 337 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043270 (PRE-LITIGATION BATES NO.: MSFOIA_WH050570) | MSFOIA_WH043271 | 0.7.72.393005 | FOIA-0008969 | FOIA-0008970 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043272 (PRE-LITIGATION BATES NO.: MSFOIA_WH050740) | MSFOIA_WH043273 | 0.7.72.393156 | FOIA-0008971 | FOIA-0008972 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043275 (PRE-LITIGATION BATES NO.: MSFOIA_WH050459) | MSFOIA_WH043278 | 0.7.72.393260 | FOIA-0008973 | FOIA-0008976 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043276 (PRE-LITIGATION BATES NO.: MSFOIA_WH050411) | MSFOIA_WH043278 | 0.7.72.393387 | FOIA-0008977 | FOIA-0008979 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043282 (PRE-LITIGATION BATES NO.: MSFOIA_WH050400) | | 0.7.72.393454 | FOIA-0008981 | FOIA-0008981 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043283 (PRE-LITIGATION BATES NO.: MSFOIA_WH050978) | | 0.7.72.393629 | FOIA-0008982 | FOIA-0008983 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043324 (PRE-LITIGATION BATES NO.: MSFOIA_WH051181) | | 0.7.72.393798 | FOIA-0008987 | FOIA-0008987 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 338 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043328 (PRE-LITIGATION BATES NO.: MSFOIA_WH050480) | MSFOIA_WH043329 | 0.7.72.394411 | FOIA-0008988 | FOIA-0008989 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043330 (PRE-LITIGATION BATES NO.: MSFOIA_WH050965) | | 0.7.72.394643 | FOIA-0008990 | FOIA-0008990 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043332 (PRE-LITIGATION BATES NO.: MSFOIA_WH050645) | MSFOIA_WH043333 | 0.7.72.394685 | FOIA-0008992 | FOIA-0008993 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043335 (PRE-LITIGATION BATES NO.: MSFOIA_WH050647) | | 0.7.72.394685.1 | FOIA-0008994 | FOIA-0008994 | | | | | | | NOT RESPONSIVE - BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043337 (PRE-LITIGATION BATES NO.: MSFOIA_WH050947) | MSFOIA_WH043338 | 0.7.72.395070 | FOIA-0008995 | FOIA-0008996 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043343 (PRE-LITIGATION BATES NO.: MSFOIA_WH050767) | | 0.7.72.395071 | FOIA-0008997 | FOIA-0008997 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043345 (PRE-LITIGATION BATES NO.: MSFOIA_WH050469) | MSFOIA_WH043347 | 0.7.72.395109 | FOIA-0008999 | FOIA-0009001 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 339 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043386 (PRE-LITIGATION BATES NO.: MSFOIA_WH050945) | MSFOIA_WH043387 | 0.7.72.395219 | FOIA-0009003 | FOIA-0009004 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043388 (PRE-LITIGATION BATES NO.: MSFOIA_WH050751) | | 0.7.72.395266 | FOIA-0009005 | FOIA-0009005 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043389 (PRE-LITIGATION BATES NO.: MSFOIA_WH051178) | MSFOIA_WH043391 | 0.7.72.395291 | FOIA-0009006 | FOIA-0009008 | | | | | | Discussion among IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043395 (PRE-LITIGATION BATES NO.: MSFOIA_WH050579) | MSFOIA_WH043396 | 0.7.72.395396 | FOIA-0009009 | FOIA-0009010 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043403 (PRE-LITIGATION BATES NO.: MSFOIA_WH050398) | MSFOIA_WH043404 | 0.7.72.395430 | FOIA-0009012 | FOIA-0009013 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043405 (PRE-LITIGATION BATES NO.: MSFOIA_WH050463) | MSFOIA_WH043410 | 0.7.72.395467 | FOIA-0009014 | FOIA-0009019 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043409 (PRE-LITIGATION BATES NO.: MSFOIA_WH050450) | | 0.7.72.395566 | FOIA-0009020 | FOIA-0009020 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 340 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043410 (PRE-LITIGATION BATES NO.: MSFOIA_WH051627) | | 0.7.72.396204 | FOIA-0009021 | FOIA-0009021 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043415 (PRE-LITIGATION BATES NO.: MSFOIA_WH050871) | | 0.7.72.396502 | FOIA-0009023 | FOIA-0009023 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043425 (PRE-LITIGATION BATES NO.: MSFOIA_WH051520) | | 0.7.72.396522 | FOIA-0009025 | FOIA-0009026 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043443 (PRE-LITIGATION BATES NO.: MSFOIA_WH051522) | | 0.7.72.396522.1 | FOIA-0009027 | FOIA-0009027 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043445 (PRE-LITIGATION BATES NO.: MSFOIA_WH050629) | | 0.7.72.396531 | FOIA-0009028 | FOIA-0009028 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043448 (PRE-LITIGATION BATES NO.: MSFOIA_WH050641) | | 0.7.72.396531.2 | FOIA-0009030 | FOIA-0009030 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043450 (PRE-LITIGATION BATES NO.: MSFOIA_WH050455) | | 0.7.72.397236 | FOIA-0009031 | FOIA-0009034 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043457 (PRE-LITIGATION BATES NO.: MSFOIA_WH050568) | MSFOIA_WH043458 | 0.7.72.397318 | FOIA-0009035 | FOIA-0009036 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043458 | | 0.7.72.397319 | FOIA-0009037 | FOIA-0009037 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 341 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043469 (PRE-LITIGATION BATES NO.: MSFOIA_WH050564) | MSFOIA_WH043470 | 0.7.72.397481 | FOIA-0009040 | FOIA-0009041 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043486 (PRE-LITIGATION BATES NO.: MSFOIA_WH050401) | MSFOIA_WH043487 | 0.7.72.397488 | FOIA-0009042 | FOIA-0009043 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043500 (PRE-LITIGATION BATES NO.: MSFOIA_WH050375) | | 0.7.72.397842 | FOIA-0009045 | FOIA-0009045 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043516 | | 0.7.72.397932 | FOIA-0009047 | FOIA-0009047 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043532 (PRE-LITIGATION BATES NO.: MSFOIA_WH050404) | MSFOIA_WH043533 | 0.7.72.398156 | FOIA-0009049 | FOIA-0009050 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043536 (PRE-LITIGATION BATES NO.: MSFOIA_WH050744) | MSFOIA_WH043538 | 0.7.72.398266 | FOIA-0009052 | FOIA-0009054 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043538 (PRE-LITIGATION BATES NO.: MSFOIA_WH051176) | MSFOIA_WH043539 | 0.7.72.398275 | FOIA-0009055 | FOIA-0009056 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043591 (PRE-LITIGATION BATES NO.: MSFOIA_WH050957) | | 0.7.72.398430 | FOIA-0009057 | FOIA-0009057 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 342 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043594 (PRE-LITIGATION BATES NO.: MSFOIA_WH051398) | | 0.7.72.398969 | FOIA-0009059 | FOIA-0009059 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043598 (PRE-LITIGATION BATES NO.: MSFOIA_WH051519) | | 0.7.72.398969.5 | FOIA-0009062 | FOIA-0009062 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043601 (PRE-LITIGATION BATES NO.: MSFOIA_WH050940) | | 0.7.72.399396 | FOIA-0009063 | FOIA-0009063 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and requesting input from IRS counsel regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043602 (PRE-LITIGATION BATES NO.: MSFOIA_WH051629) | MSFOIA_WH043603 | 0.7.72.399598 | FOIA-0009064 | FOIA-0009065 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043610 (PRE-LITIGATION BATES NO.: MSFOIA_WH050985) | MSFOIA_WH043611 | 0.7.72.399790 | FOIA-0009068 | FOIA-0009069 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043643 (PRE-LITIGATION BATES NO.: MSFOIA_WH050415) | | 0.7.72.399791 | FOIA-0009071 | FOIA-0009071 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043651 (PRE-LITIGATION BATES NO.: MSFOIA_WH050829) | | 0.7.72.400061 | FOIA-0009076 | FOIA-0009076 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043694 (PRE-LITIGATION BATES NO.: MSFOIA_WH050758) | | 0.7.72.400175 | FOIA-0009080 | FOIA-0009080 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 343 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043705 | | 0.7.72.400728 | FOIA-0009081 | FOIA-0009081 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and requesting input from IRS counsel regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043910 (PRE-LITIGATION BATES NO.: MSFOIA_WH051396) | MSFOIA_WH043911 | 0.7.72.400870 | FOIA-0009084 | FOIA-0009085 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043911 (PRE-LITIGATION BATES NO.: MSFOIA_WH051222) | MSFOIA_WH043912 | 0.7.72.401004 | FOIA-0009086 | FOIA-0009087 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043912 (PRE-LITIGATION BATES NO.: MSFOIA_WH050473) | MSFOIA_WH043913 | 0.7.72.401818 | FOIA-0009088 | FOIA-0009089 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043913 (PRE-LITIGATION BATES NO.: MSFOIA_WH050656) | MSFOIA_WH043914 | 0.7.72.401854 | FOIA-0009090 | FOIA-0009091 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043915 (PRE-LITIGATION BATES NO.: MSFOIA_WH050747) | MSFOIA_WH043917 | 0.7.72.402030 | FOIA-0009092 | FOIA-0009094 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043917 (PRE-LITIGATION BATES NO.: MSFOIA_WH050750) | | 0.7.72.402030.1 | FOIA-0009095 | FOIA-0009095 | | | | | | | NOT RESPONSIVE - BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043919 (PRE-LITIGATION BATES NO.: MSFOIA_WH051185) | MSFOIA_WH043920 | 0.7.72.402330 | FOIA-0009096 | FOIA-0009098 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 344 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043928 (PRE-LITIGATION BATES NO.: MSFOIA_WH051049) | | 0.7.72.402394 | FOIA-0009102 | FOIA-0009102 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043933 (PRE-LITIGATION BATES NO.: MSFOIA_WH051390) | | 0.7.72.403191 | FOIA-0009104 | FOIA-0009105 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043934 (PRE-LITIGATION BATES NO.: MSFOIA_WH050576) | MSFOIA_WH043936 | 0.7.72.403255 | FOIA-0009106 | FOIA-0009108 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043935 (PRE-LITIGATION BATES NO.: MSFOIA_WH051529) | MSFOIA_WH043936 | 0.7.72.403287 | FOIA-0009109 | FOIA-0009110 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043937 (PRE-LITIGATION BATES NO.: MSFOIA_WH051626) | | 0.7.72.403344 | FOIA-0009111 | FOIA-0009111 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043945 (PRE-LITIGATION BATES NO.: MSFOIA_WH050722) | | 0.7.72.403668 | FOIA-0009112 | FOIA-0009112 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043948 (PRE-LITIGATION BATES NO.: MSFOIA_WH050395) | | 0.7.72.403738 | FOIA-0009114 | FOIA-0009116 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043949 (PRE-LITIGATION BATES NO.: MSFOIA_WH050572) | MSFOIA_WH043950 | 0.7.72.404039 | FOIA-0009117 | FOIA-0009118 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 345 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH043952 (PRE-LITIGATION BATES NO.: MSFOIA_WH051615) | | 0.7.72.404087 | FOIA-0009119 | FOIA-0009120 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043953 (PRE-LITIGATION BATES NO.: MSFOIA_WH050642) | MSFOIA_WH043954 | 0.7.72.404855 | FOIA-0009121 | FOIA-0009122 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043954 (PRE-LITIGATION BATES NO.: MSFOIA_WH050644) | | 0.7.72.404855.1 | FOIA-0009123 | FOIA-0009123 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH043957 (PRE-LITIGATION BATES NO.: MSFOIA_WH051226) | MSFOIA_WH043958 | 0.7.72.405452 | FOIA-0009124 | FOIA-0009125 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH043972 (PRE-LITIGATION BATES NO.: MSFOIA_WH051394) | MSFOIA_WH043973 | 0.7.72.405492 | FOIA-0009131 | FOIA-0009132 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043974 (PRE-LITIGATION BATES NO.: MSFOIA_WH050813) | | 0.7.72.405539 | FOIA-0009133 | FOIA-0009133 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043988 (PRE-LITIGATION BATES NO.: MSFOIA_WH050545) | MSFOIA_WH043989 | 0.7.72.405584 | FOIA-0009135 | FOIA-0009136 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH043994 (PRE-LITIGATION BATES NO.: MSFOIA_WH050442) | | 0.7.72.406133 | FOIA-0009139 | FOIA-0009141 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH044084 (PRE-LITIGATION BATES NO.: MSFOIA_WH050596) | | 0.7.72.406257 | FOIA-0009142 | FOIA-0009143 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 346 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044109 (PRE-LITIGATION BATES NO.: MSFOIA_WH051528) | | 0.7.72.406410 | FOIA-0009147 | FOIA-0009147 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044152 (PRE-LITIGATION BATES NO.: MSFOIA_WH051392) | MSFOIA_WH044153 | 0.7.72.406704 | FOIA-0009148 | FOIA-0009149 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044153 (PRE-LITIGATION BATES NO.: MSFOIA_WH051621) | MSFOIA_WH044154 | 0.7.72.407231 | FOIA-0009150 | FOIA-0009151 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044160 (PRE-LITIGATION BATES NO.: MSFOIA_WH051619) | | 0.7.72.407829 | FOIA-0009154 | FOIA-0009155 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044162 (PRE-LITIGATION BATES NO.: MSFOIA_WH051636) | | 0.7.72.409647 | FOIA-0009156 | FOIA-0009156 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044164 (PRE-LITIGATION BATES NO.: MSFOIA_WH051631) | MSFOIA_WH044165 | 0.7.72.409761 | FOIA-0009157 | FOIA-0009158 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044165 (PRE-LITIGATION BATES NO.: MSFOIA_WH050759) | MSFOIA_WH044166 | 0.7.72.409817 | FOIA-0009159 | FOIA-0009160 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044166 (PRE-LITIGATION BATES NO.: MSFOIA_WH051617) | MSFOIA_WH044167 | 0.7.72.409911 | FOIA-0009161 | FOIA-0009162 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 347 of 1159

8/22/22

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044168 (PRE-LITIGATION BATES NO.: MSFOIA_WH051183) | MSFOIA_WH044169 | 0.7.72.410036 | FOIA-0009163 | FOIA-0009164 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044169 (PRE-LITIGATION BATES NO.: MSFOIA_WH050365) | | 0.7.72.410175 | FOIA-0009165 | FOIA-0009165 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044176 (PRE-LITIGATION BATES NO.: MSFOIA_WH057252) | | 0.7.72.416498 | FOIA-0009167 | FOIA-0009167 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044177 (PRE-LITIGATION BATES NO.: MSFOIA_WH057253) | | 0.7.72.417779 | FOIA-0009168 | FOIA-0009169 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044179 (PRE-LITIGATION BATES NO.: MSFOIA_WH061019) | MSFOIA_WH044180 | 0.7.72.432256 | FOIA-0009170 | FOIA-0009172 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044183 (PRE-LITIGATION BATES NO.: MSFOIA_WH060980) | | 0.7.72.434498 | FOIA-0009173 | FOIA-0009173 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044188 (PRE-LITIGATION BATES NO.: MSFOIA_WH061005) | | 0.7.72.437918 | FOIA-0009175 | FOIA-0009175 | | | | | | Discussion of decisions to be made with respect to ongoing examination projects and Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the projects considered, or the issues being examined. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 348 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044205 (PRE-LITIGATION BATES NO.: MSFOIA_WH061006) | MSFOIA_WH044208 | 0.7.72.437918.1 | FOIA-0009176 | FOIA-0009179 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues under examination or in litigation.  Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH044206 (PRE-LITIGATION BATES NO.: MSFOIA_WH061022) | MSFOIA_WH044208 | 0.7.72.442489 | FOIA-0009180 | FOIA-0009182 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044210 (PRE-LITIGATION BATES NO.: MSFOIA_WH060999) | MSFOIA_WH044211 | 0.7.72.443673 | FOIA-0009183 | FOIA-0009184 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044214 (PRE-LITIGATION BATES NO.: MSFOIA_WH061003) | MSFOIA_WH044215 | 0.7.72.444096 | FOIA-0009185 | FOIA-0009186 | | | | | | LB&I Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH044216 (PRE-LITIGATION BATES NO.: MSFOIA_WH060963) | MSFOIA_WH044217 | 0.7.72.444282 | FOIA-0009187 | FOIA-0009188 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 349 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044223 (PRE-LITIGATION BATES NO.: MSFOIA_WH060938) | MSFOIA_WH044225 | 0.7.72.445135.1 | FOIA-0009190 | FOIA-0009192 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation.  Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH044224 (PRE-LITIGATION BATES NO.: MSFOIA_WH060971) | | 0.7.72.449147 | FOIA-0009193 | FOIA-0009193 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044252 (PRE-LITIGATION BATES NO.: MSFOIA_WH060979) | | 0.7.72.450350 | FOIA-0009195 | FOIA-0009195 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044270 (PRE-LITIGATION BATES NO.: MSFOIA_WH061010) | | 0.7.72.457397 | FOIA-0009196 | FOIA-0009197 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination and ongoing enforcement projects | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044271 (PRE-LITIGATION BATES NO.: MSFOIA_WH061012) | MSFOIA_WH044274 | 0.7.72.457397.1 | FOIA-0009198 | FOIA-0009201 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation.  Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH044272 (PRE-LITIGATION BATES NO.: MSFOIA_WH060989) | MSFOIA_WH044273 | 0.7.72.458918 | FOIA-0009202 | FOIA-0009203 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 350 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044286 (PRE-LITIGATION BATES NO.: MSFOIA_WH061001) | MSFOIA_WH044287 | 0.7.72.463481 | FOIA-0009205 | FOIA-0009206 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044300 (PRE-LITIGATION BATES NO.: MSFOIA_WH060967) | | 0.7.72.466784 | FOIA-0009207 | FOIA-0009207 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044302 (PRE-LITIGATION BATES NO.: MSFOIA_WH061016) | | 0.7.72.468330 | FOIA-0009208 | FOIA-0009208 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044303 (PRE-LITIGATION BATES NO.: MSFOIA_WH061017) | MSFOIA_WH044304 | 0.7.72.470221 | FOIA-0009209 | FOIA-0009210 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044316 (PRE-LITIGATION BATES NO.: MSFOIA_WH061025) | MSFOIA_WH044318 | 0.7.72.470639 | FOIA-0009211 | FOIA-0009213 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044317 (PRE-LITIGATION BATES NO.: MSFOIA_WH060969) | MSFOIA_WH044318 | 0.7.72.474533 | FOIA-0009214 | FOIA-0009215 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 351 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044318 (PRE-LITIGATION BATES NO.: MSFOIA_WH060965) | | 0.7.72.480729 | FOIA-0009216 | FOIA-0009217 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044343 (PRE-LITIGATION BATES NO.: MSFOIA_WH060924) | MSFOIA_WH044355 | 0.7.72.481126.1 | FOIA-0009219 | FOIA-0009231 | | | | | | Area 5 Biweekly report prepared by counsel, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal issues and involvement of counsel in each of the matters under examination or in litigation. Comments also describe consideration of tentative agency positions on current tax issues. | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-09 | Part | MSFOIA_WH044345 (PRE-LITIGATION BATES NO.: MSFOIA_WH062601) | MSFOIA_WH044350 | 0.7.72.518999 | FOIA-0009232 | FOIA-0009238 | | | | | | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044348 (PRE-LITIGATION BATES NO.: MSFOIA_WH062615) | MSFOIA_WH044349 | 0.7.72.522303 | FOIA-0009239 | FOIA-0009240 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044349 (PRE-LITIGATION BATES NO.: MSFOIA_WH062608) | MSFOIA_WH044350 | 0.7.72.528259 | FOIA-0009241 | FOIA-0009242 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044373 (PRE-LITIGATION BATES NO.: MSFOIA_WH064068) | MSFOIA_WH044375 | 0.7.72.530818 | FOIA-0009243 | FOIA-0009246 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 352 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044376 (PRE-LITIGATION BATES NO.: MSFOIA_WH064086) | MSFOIA_WH044378 | 0.7.72.531437 | FOIA-0009247 | FOIA-0009250 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044379 (PRE-LITIGATION BATES NO.: MSFOIA_WH064077) | MSFOIA_WH044382 | 0.7.72.532046 | FOIA-0009251 | FOIA-0009255 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044381 (PRE-LITIGATION BATES NO.: MSFOIA_WH064056) | MSFOIA_WH044384 | 0.7.72.532118 | FOIA-0009256 | FOIA-0009260 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044383 (PRE-LITIGATION BATES NO.: MSFOIA_WH064082) | MSFOIA_WH044385 | 0.7.72.532286 | FOIA-0009261 | FOIA-0009264 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044384 (PRE-LITIGATION BATES NO.: MSFOIA_WH064064) | MSFOIA_WH044386 | 0.7.72.532537 | FOIA-0009265 | FOIA-0009268 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044386 (PRE-LITIGATION BATES NO.: MSFOIA_WH064072) | MSFOIA_WH044389 | 0.7.72.532615 | FOIA-0009269 | FOIA-0009273 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044387 (PRE-LITIGATION BATES NO.: MSFOIA_WH066728) | MSFOIA_WH044389 | 0.7.72.558935 | FOIA-0009274 | FOIA-0009276 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 353 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044389 (PRE-LITIGATION BATES NO.: MSFOIA_WH066870) | | 0.7.72.559456 | FOIA-0009277 | FOIA-0009277 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-09 | Part | MSFOIA_WH044389 (PRE-LITIGATION BATES NO.: MSFOIA_WH066870) | | 0.7.72.559456 | FOIA-0009277 | FOIA-0009277 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044391 (PRE-LITIGATION BATES NO.: MSFOIA_WH066871) | | 0.7.72.559456.1 | FOIA-0009278 | FOIA-0009278 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH044394 (PRE-LITIGATION BATES NO.: MSFOIA_WH066496) | | 0.7.72.559464 | FOIA-0009279 | FOIA-0009280 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044397 (PRE-LITIGATION BATES NO.: MSFOIA_WH066872) | | 0.7.72.560309 | FOIA-0009281 | FOIA-0009282 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044400 (PRE-LITIGATION BATES NO.: MSFOIA_WH066202) | | 0.7.72.560429 | FOIA-0009283 | FOIA-0009284 | | | | | | Discussion regarding decisions to be made with respect to ongoing enforcement efforts involving specific tax issues | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-09 | Part | MSFOIA_WH044418 (PRE-LITIGATION BATES NO.: MSFOIA_WH066201) | | 0.7.72.563260 | FOIA-0009286 | FOIA-0009286 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044419 (PRE-LITIGATION BATES NO.: MSFOIA_WH066380) | MSFOIA_WH044420 | 0.7.72.564269 | FOIA-0009287 | FOIA-0009288 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044433 (PRE-LITIGATION BATES NO.: MSFOIA_WH066443) | | 0.7.72.564275 | FOIA-0009289 | FOIA-0009290 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 354 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044433 (PRE-LITIGATION BATES NO.: MSFOIA_WH066443) | | 0.7.72.564275 | FOIA-0009289 | FOIA-0009290 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-09 | Part | MSFOIA_WH044434 (PRE-LITIGATION BATES NO.: MSFOIA_WH066423) | MSFOIA_WH044435 | 0.7.72.564954 | FOIA-0009291 | FOIA-0009292 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044436 (PRE-LITIGATION BATES NO.: MSFOIA_WH066687) | | 0.7.72.565164 | FOIA-0009293 | FOIA-0009293 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044438 (PRE-LITIGATION BATES NO.: MSFOIA_WH066528) | | 0.7.72.566316 | FOIA-0009294 | FOIA-0009294 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044441 (PRE-LITIGATION BATES NO.: MSFOIA_WH066495) | | 0.7.72.567096 | FOIA-0009296 | FOIA-0009296 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044442 | | 0.7.72.567994 | FOIA-0009297 | FOIA-0009297 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044444 (PRE-LITIGATION BATES NO.: MSFOIA_WH066198) | | 0.7.72.568692 | FOIA-0009299 | FOIA-0009300 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044445 (PRE-LITIGATION BATES NO.: MSFOIA_WH066689) | | 0.7.72.568739 | FOIA-0009301 | FOIA-0009301 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 355 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044451 (PRE-LITIGATION BATES NO.: MSFOIA_WH066880) | | 0.7.72.569682 | FOIA-0009302 | FOIA-0009302 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044453 (PRE-LITIGATION BATES NO.: MSFOIA_WH066929) | | 0.7.72.569682.2 | FOIA-0009304 | FOIA-0009304 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH044455 (PRE-LITIGATION BATES NO.: MSFOIA_WH066208) | | 0.7.72.569686 | FOIA-0009305 | FOIA-0009305 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044455 (PRE-LITIGATION BATES NO.: MSFOIA_WH066208) | | 0.7.72.569686 | FOIA-0009305 | FOIA-0009305 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-09 | Part | MSFOIA_WH044457 (PRE-LITIGATION BATES NO.: MSFOIA_WH066336) | | 0.7.72.570103 | FOIA-0009306 | FOIA-0009306 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044458 (PRE-LITIGATION BATES NO.: MSFOIA_WH067009) | MSFOIA_WH044459 | 0.7.72.570867 | FOIA-0009307 | FOIA-0009308 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044459 (PRE-LITIGATION BATES NO.: MSFOIA_WH066493) | | 0.7.72.571654 | FOIA-0009309 | FOIA-0009309 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044462 (PRE-LITIGATION BATES NO.: MSFOIA_WH066379) | | 0.7.72.573825 | FOIA-0009313 | FOIA-0009313 | | | | | | Identification of third-party taxpayer examinations | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH044461 (PRE-LITIGATION BATES NO.: MSFOIA_WH066379) | | 0.7.72.573825 | FOIA-0009313 | FOIA-0009313 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 356 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044464 (PRE-LITIGATION BATES NO.: MSFOIA_WH066200) | | 0.7.72.573960 | FOIA-0009314 | FOIA-0009314 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044465 (PRE-LITIGATION BATES NO.: MSFOIA_WH067007) | MSFOIA_WH044466 | 0.7.72.573965 | FOIA-0009315 | FOIA-0009316 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044466 (PRE-LITIGATION BATES NO.: MSFOIA_WH066789) | | 0.7.72.574745 | FOIA-0009317 | FOIA-0009317 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044467 (PRE-LITIGATION BATES NO.: MSFOIA_WH066790) | | 0.7.72.574745.1 | FOIA-0009318 | FOIA-0009318 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH044469 (PRE-LITIGATION BATES NO.: MSFOIA_WH066498) | MSFOIA_WH044470 | 0.7.72.574789 | FOIA-0009319 | FOIA-0009320 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-09 | Part | MSFOIA_WH044471 (PRE-LITIGATION BATES NO.: MSFOIA_WH066874) | MSFOIA_WH044472 | 0.7.72.575537 | FOIA-0009321 | FOIA-0009323 | | | | | | Identification of third-party taxpayer examinations | (b)(3)/6103(a) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. |
| 2017-09 | Part | MSFOIA_WH044478 (PRE-LITIGATION BATES NO.: MSFOIA_WH066778) | MSFOIA_WH044479 | 0.7.72.576445.1 | FOIA-0009326 | FOIA-0009327 | | | | | | Workload review of IRS employee, providing details of status of ongoing examinations of third-party taxpayers and Microsoft, and discussing scope and direction of each examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044479 (PRE-LITIGATION BATES NO.: MSFOIA_WH066780) | | 0.7.72.576445.2 | FOIA-0009328 | FOIA-0009328 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH044485 (PRE-LITIGATION BATES NO.: MSFOIA_WH066382) | MSFOIA_WH044487 | 0.7.72.578869 | FOIA-0009329 | FOIA-0009332 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 357 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044486 (PRE-LITIGATION BATES NO.: MSFOIA_WH066377) | MSFOIA_WH044487 | 0.7.72.580920 | FOIA-0009333 | FOIA-0009334 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044488 (PRE-LITIGATION BATES NO.: MSFOIA_WH066386) | | 0.7.72.581459 | FOIA-0009335 | FOIA-0009335 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044492 (PRE-LITIGATION BATES NO.: MSFOIA_WH066791) | | 0.7.72.582320 | FOIA-0009337 | FOIA-0009337 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044498 (PRE-LITIGATION BATES NO.: MSFOIA_WH066425) | | 0.7.72.584194 | FOIA-0009340 | FOIA-0009340 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044502 (PRE-LITIGATION BATES NO.: MSFOIA_WH066787) | | 0.7.72.585260 | FOIA-0009342 | FOIA-0009342 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and discussing draft document with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044504 (PRE-LITIGATION BATES NO.: MSFOIA_WH066788) | | 0.7.72.585260.1 | FOIA-0009343 | FOIA-0009343 | | | | | | | NOT RESPONSIVE - .BMP image file used as email background | |
| 2017-09 | Part | MSFOIA_WH044506 (PRE-LITIGATION BATES NO.: MSFOIA_WH066375) | MSFOIA_WH044507 | 0.7.72.585352 | FOIA-0009344 | FOIA-0009345 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-09 | Part | MSFOIA_WH044509 (PRE-LITIGATION BATES NO.: MSFOIA_WH066688) | | 0.7.72.585679 | FOIA-0009346 | FOIA-0009346 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-09 | Part | MSFOIA_WH044510 (PRE-LITIGATION BATES NO.: MSFOIA_WH066289) | | 0.7.72.586438 | FOIA-0009347 | FOIA-0009347 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-09 | Part | MSFOIA_WH044514 (PRE-LITIGATION BATES NO.: MSFOIA_WH066494) | | 0.7.72.587377 | FOIA-0009350 | FOIA-0009350 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-09 | Part | MSFOIA_WH044515 (PRE-LITIGATION BATES NO.: MSFOIA_WH066731) | MSFOIA_WH044516 | 0.7.72.587400 | FOIA-0009351 | FOIA-0009352 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-09 | Part | MSFOIA_WH044517 (PRE-LITIGATION BATES NO.: MSFOIA_WH066574) | MSFOIA_WH044518 | 0.7.72.587462 | FOIA-0009354 | FOIA-0009355 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2017-09 | Part | MSFOIA_WH044517 (PRE-LITIGATION BATES NO.: MSFOIA_WH066574) | | 0.7.72.587462 | FOIA-0009354 | FOIA-0009355 | | | | | | Discussion of decisions involved in third-party taxpayer examination | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the examination being considered. |
| 2017-10 | Part | MSFOIA_WH043211 | MSFOIA_WH043212 | 0.7.72.84275 | FOIA-0009388 | FOIA-0009389 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043213 | | 0.7.72.84274 | FOIA-0009386 | FOIA-0009387 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043222 | MSFOIA_WH043223 | 0.7.72.84293 | FOIA-0009390 | FOIA-0009391 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 359 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH043262 | MSFOIA_WH043263 | 0.7.72.84339 | FOIA-0009392 | FOIA-0009393 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH043264 | MSFOIA_WH043265 | 0.7.72.84598 | FOIA-0009405 | FOIA-0009406 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043266 | MSFOIA_WH043269 | 0.7.72.84386 | FOIA-0009394 | FOIA-0009397 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043270 | | 0.7.72.84638 | FOIA-0009407 | FOIA-0009408 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH043272 | MSFOIA_WH043274 | 0.7.72.84574 | FOIA-0009402 | FOIA-0009404 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043275 | | 0.7.72.84686 | FOIA-0009413 | FOIA-0009413 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043276 | MSFOIA_WH043279 | 0.7.72.84639 | FOIA-0009409 | FOIA-0009412 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH043280 | MSFOIA_WH043281 | 0.7.72.84271 | FOIA-0009384 | FOIA-0009385 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 360 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH043282 | | 0.7.72.84689 | FOIA-0009414 | FOIA-0009414 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH043317 | MSFOIA_WH043318 | 0.7.72.84207 | FOIA-0009375 | FOIA-0009376 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH043319 | MSFOIA_WH043322 | 0.7.72.84204 | FOIA-0009370 | FOIA-0009374 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination.  Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH043324 | MSFOIA_WH043326 | 0.7.72.84224 | FOIA-0009379 | FOIA-0009382 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination.  Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH043328 | MSFOIA_WH043329 | 0.7.72.84217 | FOIA-0009377 | FOIA-0009378 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH043331 | | 0.7.72.84494 | FOIA-0009401 | FOIA-0009401 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH043332 | MSFOIA_WH043334 | 0.7.72.84486 | FOIA-0009398 | FOIA-0009400 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 361 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH043344 | | 0.7.72.84256 | FOIA-0009383 | FOIA-0009383 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH043386 | | 0.7.72.81573 | FOIA-0009368 | FOIA-0009369 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH044348 | | 0.7.72.195295 | FOIA-0009463 | FOIA-0009463 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044374 | MSFOIA_WH044375 | 0.7.72.196123 | FOIA-0009479 | FOIA-0009481 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH044376 | MSFOIA_WH044378 | 0.7.72.194878 | FOIA-0009453 | FOIA-0009455 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH044379 | MSFOIA_WH044380 | 0.7.72.198815 | FOIA-0009509 | FOIA-0009510 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 362 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH044381 | MSFOIA_WH044382 | 0.7.72.198950 | FOIA-0009511 | FOIA-0009512 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044384 | MSFOIA_WH044385 | 0.7.72.195164 | FOIA-0009456 | FOIA-0009457 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination.  Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH044387 | | 0.7.72.196747 | FOIA-0009503 | FOIA-0009504 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044389 | MSFOIA_WH044390 | 0.7.72.199000 | FOIA-0009514 | FOIA-0009515 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044391 | MSFOIA_WH044392 | 0.7.72.196143 | FOIA-0009482 | FOIA-0009484 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044394 | MSFOIA_WH044396 | 0.7.72.199202 | FOIA-0009517 | FOIA-0009519 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044397 | MSFOIA_WH044399 | 0.7.72.194860 | FOIA-0009450 | FOIA-0009452 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 363 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH044400 | MSFOIA_WH044403 | 0.7.72.197522 | FOIA-0009505 | FOIA-0009508 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044405 | MSFOIA_WH044417 | 0.7.72.195333 | FOIA-0009465 | FOIA-0009478 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |
| 2017-10 | Part | MSFOIA_WH044420 | MSFOIA_WH044432 | 0.7.72.196628.1 | FOIA-0009489 | FOIA-0009502 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |
| 2017-10 | Part | MSFOIA_WH044433 | | 0.7.72.196183 | FOIA-0009485 | FOIA-0009485 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH044434 | MSFOIA_WH044435 | 0.7.72.196413 | FOIA-0009486 | FOIA-0009487 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044436 | MSFOIA_WH044437 | 0.7.72.195217 | FOIA-0009461 | FOIA-0009462 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH044438 | MSFOIA_WH044439 | 0.7.72.195187 | FOIA-0009459 | FOIA-0009460 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH044440 | | 0.7.72.194579 | FOIA-0009449 | FOIA-0009449 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH044441 | | 0.7.72.199054 | FOIA-0009516 | FOIA-0009516 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH045267 | MSFOIA_WH045284 | 0.7.72.181811 | FOIA-0009431 | FOIA-0009448 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft relating to decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH045285 | MSFOIA_WH045291 | 0.7.72.161770 | FOIA-0009424 | FOIA-0009430 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-10 | Part | MSFOIA_WH045292 | | 0.7.72.132425 | FOIA-0009421 | FOIA-0009422 | | | | | | Discussion regarding decisions to be made with respect to the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH045326 | | 0.7.72.207389 | FOIA-0009520 | FOIA-0009521 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH045561 | | 0.7.72.116164 | FOIA-0009415 | FOIA-0009415 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH045562 | MSFOIA_WH045563 | 0.7.72.116877 | FOIA-0009416 | FOIA-0009417 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 365 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049765 | | 0.7.72.392397 | FOIA-0009788 | FOIA-0009789 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049768 | MSFOIA_WH049769 | 0.7.72.397340 | FOIA-0009851 | FOIA-0009853 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049771 | MSFOIA_WH049772 | 0.7.72.403955 | FOIA-0009903 | FOIA-0009904 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049773 | MSFOIA_WH049775 | 0.7.72.393091 | FOIA-0009794 | FOIA-0009796 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049776 | MSFOIA_WH049777 | 0.7.72.395620 | FOIA-0009823 | FOIA-0009824 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH049779 | MSFOIA_WH049782 | 0.7.72.403215 | FOIA-0009897 | FOIA-0009900 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049787 | MSFOIA_WH049788 | 0.7.72.404887 | FOIA-0009906 | FOIA-0009907 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049791 | MSFOIA_WH049793 | 0.7.72.55333 | FOIA-0009363 | FOIA-0009367 | | | | | | Information about the Microsoft examination and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 366 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049795 | MSFOIA_WH049797 | 0.7.72.396516 | FOIA-0009830 | FOIA-0009832 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049808 | | 0.7.72.391856 | FOIA-0009784 | FOIA-0009784 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049809 | | 0.7.72.392522 | FOIA-0009791 | FOIA-0009792 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049813 | | 0.7.72.396841 | FOIA-0009841 | FOIA-0009842 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049817 | | 0.7.72.394549 | FOIA-0009802 | FOIA-0009803 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049821 | MSFOIA_WH049822 | 0.7.72.398269 | FOIA-0009864 | FOIA-0009865 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049823 | MSFOIA_WH049824 | 0.7.72.400949 | FOIA-0009884 | FOIA-0009885 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049825 | | 0.7.72.398137 | FOIA-0009863 | FOIA-0009863 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049826 | | 0.7.72.391653 | FOIA-0009773 | FOIA-0009773 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049827 | | 0.7.72.396235 | FOIA-0009828 | FOIA-0009829 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049829 | | 0.7.72.397528 | FOIA-0009857 | FOIA-0009858 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049831 | MSFOIA_WH049832 | 0.7.72.401858 | FOIA-0009886 | FOIA-0009887 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049835 | | 0.7.72.397036.1 | FOIA-0009845 | FOIA-0009847 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049838 | | 0.7.72.408248 | FOIA-0009927 | FOIA-0009928 | | | | | | Details about employee's personal travel/vacation/leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH049841 | | 0.7.72.408248.1 | FOIA-0009929 | FOIA-0009931 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049844 | | 0.7.72.402850 | FOIA-0009888 | FOIA-0009889 | | | | | | Details about employee's personal travel/vacation/leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH049847 | MSFOIA_WH049848 | 0.7.72.402850.1 | FOIA-0009890 | FOIA-0009893 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 368 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049893 | | 0.7.72.407976 | FOIA-0009919 | FOIA-0009920 | | | | | | Information about the examination of a taxpayer who is not Microsoft. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(a); (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH049896 | MSFOIA_WH049897 | 0.7.72.407976.1 | FOIA-0009921 | FOIA-0009924 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049900 | | 0.7.72.396760 | FOIA-0009835 | FOIA-0009836 | | | | | | Details about employee's personal travel/vacation/leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH049903 | | 0.7.72.396760.1 | FOIA-0009837 | FOIA-0009839 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049906 | | 0.7.72.406339 | FOIA-0009913 | FOIA-0009914 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049908 | | 0.7.72.408646 | FOIA-0009933 | FOIA-0009933 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049935 | | 0.7.72.396230 | FOIA-0009826 | FOIA-0009827 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049937 | MSFOIA_WH049938 | 0.7.72.400070 | FOIA-0009882 | FOIA-0009883 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049939 | | 0.7.72.396758 | FOIA-0009834 | FOIA-0009834 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 369 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049940 | | 0.7.72.54521 | FOIA-0009356 | FOIA-0009356 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049941 | | 0.7.72.406302 | FOIA-0009912 | FOIA-0009912 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049942 | | 0.7.72.398322 | FOIA-0009866 | FOIA-0009866 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049960 | | 0.7.72.398123 | FOIA-0009862 | FOIA-0009862 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH049961 | MSFOIA_WH049962 | 0.7.72.399735 | FOIA-0009880 | FOIA-0009881 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049966 | MSFOIA_WH049967 | 0.7.72.407471 | FOIA-0009916 | FOIA-0009917 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049973 | MSFOIA_WH049974 | 0.7.72.392238 | FOIA-0009785 | FOIA-0009786 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH049977 | | 0.7.72.405596 | FOIA-0009909 | FOIA-0009909 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 370 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH049998 | | 0.7.72.397204 | FOIA-0009849 | FOIA-0009849 | | | | | | Names of attachments being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050016 | MSFOIA_WH050017 | 0.7.72.391325 | FOIA-0009769 | FOIA-0009770 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050018 | MSFOIA_WH050019 | 0.7.72.391277 | FOIA-0009764 | FOIA-0009765 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050020 | MSFOIA_WH050023 | 0.7.72.395227 | FOIA-0009819 | FOIA-0009822 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH050024 | MSFOIA_WH050025 | 0.7.72.395063 | FOIA-0009807 | FOIA-0009808 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050068 | | 0.7.72.397385 | FOIA-0009854 | FOIA-0009855 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050074 | MSFOIA_WH050075 | 0.7.72.408925 | FOIA-0009936 | FOIA-0009937 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050083 | MSFOIA_WH050085 | 0.7.72.393178 | FOIA-0009797 | FOIA-0009799 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 371 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH050093 | | 0.7.72.403193 | FOIA-0009895 | FOIA-0009895 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050097 | | 0.7.72.399066 | FOIA-0009875 | FOIA-0009876 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050104 | | 0.7.72.395114 | FOIA-0009811 | FOIA-0009814 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050111 | | 0.7.72.391674 | FOIA-0009774 | FOIA-0009778 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050117 | MSFOIA_WH050118 | 0.7.72.410415 | FOIA-0009943 | FOIA-0009944 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050122 | | 0.7.72.409751 | FOIA-0009941 | FOIA-0009941 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH050128 | | 0.7.72.395061 | FOIA-0009805 | FOIA-0009805 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050131 | | 0.7.72.406120 | FOIA-0009911 | FOIA-0009911 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 372 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH050132 | | 0.7.72.404004 | FOIA-0009905 | FOIA-0009905 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050134 | MSFOIA_WH050135 | 0.7.72.398978.1 | FOIA-0009873 | FOIA-0009874 | | | | | | Information about the Microsoft examination and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050190 | MSFOIA_WH050191 | 0.7.72.55163 | FOIA-0009360 | FOIA-0009362 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050193 | MSFOIA_WH050194 | 0.7.72.391851 | FOIA-0009781 | FOIA-0009783 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050201 | | 0.7.72.407905 | FOIA-0009918 | FOIA-0009918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050212 | | 0.7.72.406839 | FOIA-0009915 | FOIA-0009915 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050219 | | 0.7.72.398475 | FOIA-0009868 | FOIA-0009868 | | | | | | Names of attachments being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 373 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH050223 | | 0.7.72.391300 | FOIA-0009766 | FOIA-0009766 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050231 | | 0.7.72.398936 | FOIA-0009871 | FOIA-0009871 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050317 | MSFOIA_WH050318 | 0.7.72.391576 | FOIA-0009771 | FOIA-0009772 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050320 | | 0.7.72.54675 | FOIA-0009357 | FOIA-0009359 | | | | | | Information about the Microsoft examination and unrelated examinations of Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH050327 | MSFOIA_WH050328 | 0.7.72.399672 | FOIA-0009878 | FOIA-0009879 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050341 | | 0.7.72.395123 | FOIA-0009817 | FOIA-0009818 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH050343 | MSFOIA_WH050344 | 0.7.72.397849 | FOIA-0009859 | FOIA-0009860 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 374 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH052493 | MSFOIA_WH052494 | 0.7.72.231999 | FOIA-0009628 | FOIA-0009629 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH052495 | MSFOIA_WH052496 | 0.7.72.253945 | FOIA-0009644 | FOIA-0009645 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH052497 | MSFOIA_WH052499 | 0.7.72.235088 | FOIA-0009635 | FOIA-0009637 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH052500 | MSFOIA_WH052501 | 0.7.72.223794 | FOIA-0009550 | FOIA-0009551 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH052502 | MSFOIA_WH052504 | 0.7.72.235000 | FOIA-0009630 | FOIA-0009632 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 375 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH052514 | MSFOIA_WH052516 | 0.7.72.228655 | FOIA-0009553 | FOIA-0009555 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH052517 | MSFOIA_WH052519 | 0.7.72.244600 | FOIA-0009638 | FOIA-0009640 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH052520 | MSFOIA_WH052522 | 0.7.72.244691 | FOIA-0009641 | FOIA-0009643 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A; (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH052523 | MSFOIA_WH052525 | 0.7.72.214993 | FOIA-0009527 | FOIA-0009529 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A; (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH052526 | | 0.7.72.214911 | FOIA-0009524 | FOIA-0009525 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH052529 | | 0.7.72.227428 | FOIA-0009552 | FOIA-0009552 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 376 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH052537 | | 0.7.72.228916 | FOIA-0009556 | FOIA-0009556 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-10 | Part | MSFOIA_WH052539 | MSFOIA_WH052608 | 0.7.72.228916.2 | FOIA-0009558 | FOIA-0009627 | | | | | | Descriptions of issues and status of decisions involved in enforcement efforts related to taxpayers other than Microsoft, and preliminary estimate of adjustment amount in the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH052610 | | 0.7.72.218593 | FOIA-0009531 | FOIA-0009532 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-10 | Part | MSFOIA_WH052612 | MSFOIA_WH052627 | 0.7.72.218593.2 | FOIA-0009534 | FOIA-0009549 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH053002 | MSFOIA_WH053003 | 0.7.72.265347 | FOIA-0009675 | FOIA-0009677 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH053006 | | 0.7.72.266191 | FOIA-0009684 | FOIA-0009684 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH053127 | MSFOIA_WH053129 | 0.7.72.267127 | FOIA-0009685 | FOIA-0009687 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH053130 | | 0.7.72.265464 | FOIA-0009678 | FOIA-0009678 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 377 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH053131 | MSFOIA_WH053142 | 0.7.72.264964 | FOIA-0009649 | FOIA-0009660 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH053143 | MSFOIA_WH053154 | 0.7.72.264964.1 | FOIA-0009661 | FOIA-0009672 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH053155 | | 0.7.72.267253 | FOIA-0009688 | FOIA-0009688 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH053169 | MSFOIA_WH053170 | 0.7.72.267283 | FOIA-0009692 | FOIA-0009693 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH053171 | MSFOIA_WH053173 | 0.7.72.267263 | FOIA-0009689 | FOIA-0009691 | | | | | | Information about the Microsoft examination and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH053174 | MSFOIA_WH053176 | 0.7.72.264201 | FOIA-0009646 | FOIA-0009648 | | | | | | Information about the Microsoft examination and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH054386 | | 0.7.72.349573 | FOIA-0009694 | FOIA-0009694 | | | | | | Discussion regarding decisions to be made with respect to the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH055838 | MSFOIA_WH055839 | 0.7.72.364013 | FOIA-0009707 | FOIA-0009708 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055841 | MSFOIA_WH055842 | 0.7.72.363001 | FOIA-0009702 | FOIA-0009703 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055844 | MSFOIA_WH055845 | 0.7.72.369541 | FOIA-0009723 | FOIA-0009725 | | | | | | Information about Microsoft examinations and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH055847 | | 0.7.72.377498 | FOIA-0009751 | FOIA-0009751 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055863 | | 0.7.72.374860 | FOIA-0009747 | FOIA-0009747 | | | | | | Topic of and names of attachments related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055881 | | 0.7.72.374532 | FOIA-0009743 | FOIA-0009743 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH055882 | MSFOIA_WH055883 | 0.7.72.372321 | FOIA-0009736 | FOIA-0009737 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH055884 | | 0.7.72.363691 | FOIA-0009705 | FOIA-0009705 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055900 | MSFOIA_WH055902 | 0.7.72.367200 | FOIA-0009717 | FOIA-0009720 | | | | | | Information about Microsoft examinations and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH055904 | | 0.7.72.376735 | FOIA-0009749 | FOIA-0009749 | | | | | | Names of attachments being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH055908 | MSFOIA_WH055914 | 0.7.72.366530 | FOIA-0009710 | FOIA-0009716 | | | | | | Information about Microsoft examinations and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH055941 | | 0.7.72.373869 | FOIA-0009741 | FOIA-0009742 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH056019 | | 0.7.72.381723 | FOIA-0009760 | FOIA-0009760 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH056135 | MSFOIA_WH056138 | 0.7.72.362252 | FOIA-0009697 | FOIA-0009700 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056162 | | 0.7.72.362589 | FOIA-0009701 | FOIA-0009701 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH056163 | MSFOIA_WH056164 | 0.7.72.368583 | FOIA-0009721 | FOIA-0009722 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH056169 | | 0.7.72.380198 | FOIA-0009754 | FOIA-0009754 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056177 | MSFOIA_WH056179 | 0.7.72.370487 | FOIA-0009730 | FOIA-0009733 | | | | | | Information about Microsoft examinations and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056244 | MSFOIA_WH056245 | 0.7.72.374665 | FOIA-0009744 | FOIA-0009746 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056247 | MSFOIA_WH056248 | 0.7.72.372784 | FOIA-0009738 | FOIA-0009739 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056251 | | 0.7.72.381593 | FOIA-0009758 | FOIA-0009759 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH056253 | | 0.7.72.380494 | FOIA-0009757 | FOIA-0009757 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination.  Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 381 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH056254 | | 0.7.72.370695 | FOIA-0009734 | FOIA-0009734 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056270 | | 0.7.72.383431 | FOIA-0009762 | FOIA-0009763 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH056272 | MSFOIA_WH056274 | 0.7.72.369804 | FOIA-0009726 | FOIA-0009729 | | | | | | Information about Microsoft examinations and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH058473 | MSFOIA_WH058542 | 0.7.72.423120 | FOIA-0009945 | FOIA-0010014 | | | | | | Descriptions of issues and status of decisions involved in enforcement efforts related to taxpayers other than Microsoft, and preliminary estimate of adjustment amount in the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH058543 | MSFOIA_WH058554 | 0.7.72.424099 | FOIA-0010103 | FOIA-0010114 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH058555 | MSFOIA_WH058597 | 0.7.72.423269 | FOIA-0010015 | FOIA-0010102 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060358 | MSFOIA_WH060360 | 0.7.72.473329 | FOIA-0010289 | FOIA-0010291 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 382 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH060361 | MSFOIA_WH060363 | 0.7.72.450489 | FOIA-0010176 | FOIA-0010178 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH060388 | MSFOIA_WH060389 | 0.7.72.472302 | FOIA-0010273 | FOIA-0010275 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH060415 | MSFOIA_WH060417 | 0.7.72.476273 | FOIA-0010293 | FOIA-0010295 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH060419 | | 0.7.72.461881 | FOIA-0010227 | FOIA-0010228 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH060421 | MSFOIA_WH060422 | 0.7.72.471238 | FOIA-0010270 | FOIA-0010272 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH060448 | | 0.7.72.435066 | FOIA-0010115 | FOIA-0010115 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 383 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH060578 | | 0.7.72.474523 | FOIA-0010292 | FOIA-0010292 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH060606 | | 0.7.72.469323 | FOIA-0010268 | FOIA-0010269 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH060608 | | 0.7.72.451570 | FOIA-0010179 | FOIA-0010179 | | | | | | Names of attachments being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH060717 | MSFOIA_WH060730 | 0.7.72.435102.1 | FOIA-0010118 | FOIA-0010131 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060731 | MSFOIA_WH060732 | 0.7.72.436676 | FOIA-0010134 | FOIA-0010135 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060733 | MSFOIA_WH060735 | 0.7.72.436676.1 | FOIA-0010136 | FOIA-0010138 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 384 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH060736 | MSFOIA_WH060737 | 0.7.72.435972 | FOIA-0010132 | FOIA-0010133 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060739 | MSFOIA_WH060747 | 0.7.72.443914.1 | FOIA-0010142 | FOIA-0010150 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to certain public outreach initiatives. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060749 | MSFOIA_WH060757 | 0.7.72.472846.1 | FOIA-0010278 | FOIA-0010286 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to certain public outreach initiatives. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060758 | MSFOIA_WH060759 | 0.7.72.472846.2 | FOIA-0010287 | FOIA-0010288 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060802 | MSFOIA_WH060822 | 0.7.72.444584.1 | FOIA-0010152 | FOIA-0010172 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060841 | MSFOIA_WH060848 | 0.7.72.467349.3 | FOIA-0010234 | FOIA-0010241 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 385 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH060849 | MSFOIA_WH060850 | 0.7.72.452989 | FOIA-0010188 | FOIA-0010190 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060852 | MSFOIA_WH060862 | 0.7.72.458498 | FOIA-0010191 | FOIA-0010202 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060864 | MSFOIA_WH060875 | 0.7.72.458498.1 | FOIA-0010203 | FOIA-0010214 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060876 | MSFOIA_WH060886 | 0.7.72.469070 | FOIA-0010245 | FOIA-0010255 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060887 | MSFOIA_WH060898 | 0.7.72.469070.1 | FOIA-0010256 | FOIA-0010267 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH060899 | | 0.7.72.447954 | FOIA-0010173 | FOIA-0010174 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 386 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH060901 | MSFOIA_WH060911 | 0.7.72.459195 | FOIA-0010215 | FOIA-0010225 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH061802 | | 0.7.72.491789 | FOIA-0010315 | FOIA-0010315 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH061803 | | 0.7.72.505181 | FOIA-0010316 | FOIA-0010316 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-10 | Part | MSFOIA_WH061805 | MSFOIA_WH061874 | 0.7.72.505181.2 | FOIA-0010318 | FOIA-0010387 | | | | | | Descriptions of issues and status of decisions involved in enforcement efforts related to taxpayers other than Microsoft, and preliminary estimate of adjustment amount in the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH061876 | | 0.7.72.490309 | FOIA-0010296 | FOIA-0010297 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-10 | Part | MSFOIA_WH061878 | MSFOIA_WH061893 | 0.7.72.490309.2 | FOIA-0010299 | FOIA-0010314 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063122 | | 0.7.72.530284 | FOIA-0010388 | FOIA-0010388 | | | | | | Information about unrelated examinations of Microsoft and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063123 | MSFOIA_WH063126 | 0.7.72.530629 | FOIA-0010755 | FOIA-0010758 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 387 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH063127 | MSFOIA_WH063129 | 0.7.72.531645 | FOIA-0010824 | FOIA-0010826 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063130 | MSFOIA_WH063132 | 0.7.72.530315 | FOIA-0010389 | FOIA-0010391 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063133 | MSFOIA_WH063136 | 0.7.72.531313 | FOIA-0010816 | FOIA-0010819 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063137 | MSFOIA_WH063140 | 0.7.72.531727 | FOIA-0011097 | FOIA-0011100 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063142 | MSFOIA_WH063143 | 0.7.72.531640 | FOIA-0010821 | FOIA-0010823 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063144 | MSFOIA_WH063192 | 0.7.72.531303 | FOIA-0010759 | FOIA-0010815 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063201 | MSFOIA_WH063480 | 0.7.72.530600 | FOIA-0010427 | FOIA-0010754 | | | | | | Case inventory data sheets with descriptions of issues and status of decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH063529 | MSFOIA_WH063610 | 0.7.72.531674 | FOIA-0010827 | FOIA-0011090 | | | | | | Case inventory data sheets with descriptions of issues and status of decisions involved in enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-10 | Part | MSFOIA_WH063794 | MSFOIA_WH063816 | 0.7.72.532567 | FOIA-0011103 | FOIA-0011195 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and examinations of taxpayers who are not Microsoft used to make decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063887 | MSFOIA_WH063921 | 0.7.72.530599 | FOIA-0010392 | FOIA-0010426 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and examinations of taxpayers who are not Microsoft used to make decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH063984 | MSFOIA_WH063989 | 0.7.72.531698 | FOIA-0011091 | FOIA-0011096 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and examinations of taxpayers who are not Microsoft used to make decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH064009 | | 0.7.72.532042 | FOIA-0011101 | FOIA-0011102 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and examinations of taxpayers who are not Microsoft used to make decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH065787 | | 0.7.72.578514 | FOIA-0011269 | FOIA-0011269 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH065788 | MSFOIA_WH065789 | 0.7.72.560845 | FOIA-0011206 | FOIA-0011207 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 389 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH065814 | MSFOIA_WH065816 | 0.7.72.585674 | FOIA-0011327 | FOIA-0011329 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065817 | MSFOIA_WH065818 | 0.7.72.565899 | FOIA-0011233 | FOIA-0011234 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH065819 | MSFOIA_WH065821 | 0.7.72.571740 | FOIA-0011245 | FOIA-0011247 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065822 | MSFOIA_WH065824 | 0.7.72.559026 | FOIA-0011196 | FOIA-0011198 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination.  File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH065834 | MSFOIA_WH065835 | 0.7.72.580907 | FOIA-0011315 | FOIA-0011317 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065837 | | 0.7.72.579382 | FOIA-0011274 | FOIA-0011274 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 390 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH065838 | | 0.7.72.562388 | FOIA-0011216 | FOIA-0011217 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065840 | | 0.7.72.574893 | FOIA-0011255 | FOIA-0011255 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065841 | | 0.7.72.587291 | FOIA-0011331 | FOIA-0011331 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH065842 | | 0.7.72.562021 | FOIA-0011211 | FOIA-0011211 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065843 | | 0.7.72.566918 | FOIA-0011235 | FOIA-0011235 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065844 | | 0.7.72.564770 | FOIA-0011228 | FOIA-0011229 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065847 | | 0.7.72.559535 | FOIA-0011203 | FOIA-0011203 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 391 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH065848 | | 0.7.72.583479 | FOIA-0011322 | FOIA-0011322 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH065873 | | 0.7.72.575536 | FOIA-0011256 | FOIA-0011256 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH065893 | MSFOIA_WH065894 | 0.7.72.574519 | FOIA-0011252 | FOIA-0011253 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH066011 | MSFOIA_WH066012 | 0.7.72.559476 | FOIA-0011201 | FOIA-0011202 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-10 | Part | MSFOIA_WH066013 | MSFOIA_WH066014 | 0.7.72.585246 | FOIA-0011324 | FOIA-0011325 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH066016 | MSFOIA_WH066017 | 0.7.72.562249 | FOIA-0011212 | FOIA-0011214 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066020 | MSFOIA_WH066021 | 0.7.72.582735 | FOIA-0011318 | FOIA-0011320 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH066024 | MSFOIA_WH066025 | 0.7.72.559858 | FOIA-0011204 | FOIA-0011205 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066026 | MSFOIA_WH066028 | 0.7.72.578615 | FOIA-0011270 | FOIA-0011272 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH066030 | MSFOIA_WH066031 | 0.7.72.580468 | FOIA-0011313 | FOIA-0011314 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH066034 | MSFOIA_WH066035 | 0.7.72.576958.1 | FOIA-0011263 | FOIA-0011264 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066037 | MSFOIA_WH066039 | 0.7.72.564080 | FOIA-0011220 | FOIA-0011223 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH066042 | | 0.7.72.585745 | FOIA-0011330 | FOIA-0011330 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 393 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH066044 | | 0.7.72.565438 | FOIA-0011231 | FOIA-0011231 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066062 | | 0.7.72.571042 | FOIA-0011244 | FOIA-0011244 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH066063 | | 0.7.72.572596 | FOIA-0011249 | FOIA-0011249 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-10 | Part | MSFOIA_WH066068 | | 0.7.72.569764 | FOIA-0011242 | FOIA-0011243 | | | | | | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066097 | MSFOIA_WH066131 | 0.7.72.579663.1 | FOIA-0011277 | FOIA-0011311 | | | | | | Information about the Microsoft examination, unrelated examinations of Microsoft, and the examinations of taxpayers who are not Microsoft used to make decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066136 | MSFOIA_WH066137 | 0.7.72.576876 | FOIA-0011258 | FOIA-0011260 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employees' planned personal gathering. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employees' privacy interest in information about personal leisure plans is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH066139 | MSFOIA_WH066141 | 0.7.72.564099 | FOIA-0011225 | FOIA-0011227 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employees' planned personal gathering. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employees' privacy interest in information about personal leisure plans is not outweighed by any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-10 | Part | MSFOIA_WH066142 | MSFOIA_WH066144 | 0.7.72.567269 | FOIA-0011237 | FOIA-0011239 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employees' planned personal gathering and family-related inquiry. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employees' privacy interest in information about personal leisure plans and family is not outweighed by any public interest in this information. |
| 2017-10 | Part | MSFOIA_WH066165 | | 0.7.72.563513 | FOIA-0011219 | FOIA-0011219 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066166 | | 0.7.72.561354 | FOIA-0011209 | FOIA-0011209 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066169 | | 0.7.72.569221 | FOIA-0011240 | FOIA-0011241 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-10 | Part | MSFOIA_WH066174 | MSFOIA_WH066176 | 0.7.72.577837 | FOIA-0011266 | FOIA-0011268 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination.  File access password. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-10 | Part | MSFOIA_WH066181 | | 0.7.72.572639 | FOIA-0011250 | FOIA-0011250 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043184 | MSFOIA_WH043186 | 0.7.72.84338 | FOIA-0011356 | FOIA-0011358 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 395 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH043189 | | 0.7.72.84459 | FOIA-0011359 | FOIA-0011359 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043190 | MSFOIA_WH043191 | 0.7.72.84636 | FOIA-0011360 | FOIA-0011361 | | | | | | Discussion involving contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043601 | | 0.7.72.22239 | FOIA-0011332 | FOIA-0011332 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043648 | | 0.7.72.22260 | FOIA-0011333 | FOIA-0011333 | | | | | | Topic of a decision being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043649 | | 0.7.72.22261 | FOIA-0011334 | FOIA-0011334 | | | | | | Topic of a decision being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043650 | | 0.7.72.22266 | FOIA-0011335 | FOIA-0011335 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH043974 | MSFOIA_WH043975 | 0.7.72.127481 | FOIA-0011386 | FOIA-0011388 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 396 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH044300 | | 0.7.72.198816 | FOIA-0011418 | FOIA-0011419 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH044341 | MSFOIA_WH044342 | 0.7.72.199006 | FOIA-0011420 | FOIA-0011421 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination and information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH044343 | MSFOIA_WH044344 | 0.7.72.199022 | FOIA-0011422 | FOIA-0011423 | | | | | | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination and information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH044345 | | 0.7.72.196724 | FOIA-0011415 | FOIA-0011417 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination and information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH045529 | | 0.7.72.116162 | FOIA-0011382 | FOIA-0011382 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH045542 | MSFOIA_WH045555 | 0.7.72.109334.1 | FOIA-0011363 | FOIA-0011376 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 397 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH045556 | | 0.7.72.110206 | FOIA-0011377 | FOIA-0011378 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination and the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH045559 | | 0.7.72.110955 | FOIA-0011380 | FOIA-0011380 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination and information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH045559 | | 0.7.72.110955 | FOIA-0011380 | FOIA-0011380 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH048901 | | 0.7.72.407559 | FOIA-0012127 | FOIA-0012128 | | | | | | Information about the examinations of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-11 | Part | MSFOIA_WH048903 | MSFOIA_WH048931 | 0.7.72.407559.1 | FOIA-0012129 | FOIA-0012157 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-11 | Part | MSFOIA_WH048934 | MSFOIA_WH048950 | 0.7.72.404084.1 | FOIA-0012046 | FOIA-0012074 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-11 | Part | MSFOIA_WH048963 | | 0.7.72.407179 | FOIA-0012084 | FOIA-0012085 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-11 | Part | MSFOIA_WH048965 | MSFOIA_WH048993 | 0.7.72.407179.1 | FOIA-0012086 | FOIA-0012114 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-11 | Part | MSFOIA_WH048994 | | 0.7.72.409026 | FOIA-0012163 | FOIA-0012164 | | | | | | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-11 | Part | MSFOIA_WH049053 | MSFOIA_WH049054 | 0.7.72.398310 | FOIA-0011980 | FOIA-0011981 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049083 | MSFOIA_WH049088 | 0.7.72.398416.1 | FOIA-0011984 | FOIA-0011989 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 398 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049094 | | 0.7.72.395614 | FOIA-0011941 | FOIA-0011941 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049107 | | 0.7.72.402522 | FOIA-0012018 | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049108 | | 0.7.72.402522 | FOIA-0012018 | FOIA-0012019 | | | | | | Details about employee's personal leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049172 | MSFOIA_WH049173 | 0.7.72.398282 | FOIA-0011972 | FOIA-0011973 | | | | | | Discussion including IRS, IRS attorneys, and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049174 | | 0.7.72.396838 | FOIA-0011965 | FOIA-0011965 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049175 | | 0.7.72.394671 | FOIA-0011913 | FOIA-0011913 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049179 | | 0.7.72.402221 | FOIA-0012014 | FOIA-0012015 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049179 | MSFOIA_WH049180 | 0.7.72.402221 | FOIA-0012014 | FOIA-0012015 | | | | | | Details about employee's personal vacation plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049181 | | 0.7.72.407424 | FOIA-0012126 | FOIA-0012126 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049181 | | 0.7.72.407424 | FOIA-0012126 | FOIA-0012126 | | | | | | Details about employee's personal vacation plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 399 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049182 | | 0.7.72.400026 | FOIA-0012006 | FOIA-0012007 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049182 | | 0.7.72.400026 | FOIA-0012006 | FOIA-0012007 | | | | | | Details about employee's personal vacation plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049184 | | 0.7.72.399338 | FOIA-0011998 | FOIA-0011999 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049189 | MSFOIA_WH049190 | 0.7.72.393756 | FOIA-0011899 | FOIA-0011900 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049190 | | 0.7.72.393756 | FOIA-0011899 | FOIA-0011900 | | | | | | Details about employee's personal vacation plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049192 | MSFOIA_WH049193 | 0.7.72.394570 | FOIA-0011906 | FOIA-0011907 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049194 | MSFOIA_WH049195 | 0.7.72.398993 | FOIA-0011993 | FOIA-0011994 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049195 | | 0.7.72.398993 | FOIA-0011993 | FOIA-0011994 | | | | | | Details about employee's personal vacation plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal vacation is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049197 | | 0.7.72.393817 | FOIA-0011902 | FOIA-0011902 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049199 | MSFOIA_WH049200 | 0.7.72.391316 | FOIA-0011799 | FOIA-0011800 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049284 | MSFOIA_WH049285 | 0.7.72.402930 | FOIA-0012020 | FOIA-0012021 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 400 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049314 | MSFOIA_WH049315 | 0.7.72.391401 | FOIA-0011824 | FOIA-0011826 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049321 | MSFOIA_WH049322 | 0.7.72.396428 | FOIA-0011947 | FOIA-0011948 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049339 | MSFOIA_WH049340 | 0.7.72.408943 | FOIA-0012158 | FOIA-0012159 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049339 | | 0.7.72.408943 | FOIA-0012158 | FOIA-0012159 | | | | | | Details about employee's personal leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH049346 | MSFOIA_WH049347 | 0.7.72.399917 | FOIA-0012003 | FOIA-0012004 | | | | | | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049351 | | 0.7.72.394556 | FOIA-0011905 | FOIA-0011905 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049355 | MSFOIA_WH049358 | 0.7.72.404397.1 | FOIA-0012076 | FOIA-0012079 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049361 | MSFOIA_WH049363 | 0.7.72.393483.1 | FOIA-0011895 | FOIA-0011897 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 401 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049366 | MSFOIA_WH049371 | 0.7.72.410660.1 | FOIA-0012170 | FOIA-0012175 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049373 | MSFOIA_WH049376 | 0.7.72.396388.1 | FOIA-0011943 | FOIA-0011946 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049402 | | 0.7.72.394628 | FOIA-0011908 | FOIA-0011908 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049403 | MSFOIA_WH049404 | 0.7.72.394628.1 | FOIA-0011909 | FOIA-0011910 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049405 | MSFOIA_WH049406 | 0.7.72.400937 | FOIA-0012012 | FOIA-0012013 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049407 | | 0.7.72.394476 | FOIA-0011904 | FOIA-0011904 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH049408 | | 0.7.72.399057 | FOIA-0011996 | FOIA-0011996 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049428 | | 0.7.72.403426 | FOIA-0012042 | FOIA-0012042 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 402 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049429 | MSFOIA_WH049430 | 0.7.72.395592 | FOIA-0011937 | FOIA-0011938 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049431 | MSFOIA_WH049432 | 0.7.72.405472 | FOIA-0012082 | FOIA-0012083 | | | | | | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049577 | MSFOIA_WH049579 | 0.7.72.393359 | FOIA-0011890 | FOIA-0011892 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049580 | | 0.7.72.391323 | FOIA-0011821 | FOIA-0011821 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049582 | MSFOIA_WH049583 | 0.7.72.404732 | FOIA-0012080 | FOIA-0012081 | | | | | | Discussion including IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH049585 | MSFOIA_WH049586 | 0.7.72.398959 | FOIA-0011990 | FOIA-0011991 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049588 | MSFOIA_WH049589 | 0.7.72.395038 | FOIA-0011917 | FOIA-0011918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049594 | MSFOIA_WH049596 | 0.7.72.400777 | FOIA-0012008 | FOIA-0012010 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 403 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049599 | | 0.7.72.395468 | FOIA-0011934 | FOIA-0011935 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049602 | MSFOIA_WH049603 | 0.7.72.395240 | FOIA-0011931 | FOIA-0011932 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049605 | | 0.7.72.395039 | FOIA-0011920 | FOIA-0011920 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049616 | | 0.7.72.407255 | FOIA-0012115 | FOIA-0012115 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049627 | MSFOIA_WH049628 | 0.7.72.395595 | FOIA-0011939 | FOIA-0011940 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH049629 | MSFOIA_WH049630 | 0.7.72.394662 | FOIA-0011911 | FOIA-0011912 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 404 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH049631 | | 0.7.72.403697 | FOIA-0012043 | FOIA-0012043 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.
Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.
Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.
Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability.
Specific conference line numbers constitute disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH049632 | | 0.7.72.398306 | FOIA-0011974 | FOIA-0011975 | | | | | | Information about the examination of a taxpayer who is not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.
Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH049638 | | 0.7.72.402339 | FOIA-0012016 | FOIA-0012016 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.
Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.
Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH049642 | MSFOIA_WH049643 | 0.7.72.398263 | FOIA-0011966 | FOIA-0011967 | | | | | | Information about the examination of a taxpayer who is not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.
Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH049652 | | 0.7.72.409834 | FOIA-0012167 | FOIA-0012167 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.
Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.
Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.
Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH049654 | | 0.7.72.409201 | FOIA-0012165 | FOIA-0012166 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.
Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.
Reflects confidential communications made to attorneys for the purpose of obtaining legal advice.
Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH052463 | MSFOIA_WH052465 | 0.7.72.216361 | FOIA-0011424 | FOIA-0011426 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.
Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.
Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.
Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.
Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 405 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH052466 | MSFOIA_WH052467 | 0.7.72.240350 | FOIA-0011451 | FOIA-0011452 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination.  Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052468 | MSFOIA_WH052469 | 0.7.72.231041 | FOIA-0011433 | FOIA-0011434 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination.  Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052470 | MSFOIA_WH052471 | 0.7.72.223696 | FOIA-0011431 | FOIA-0011432 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination.  Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052472 | | 0.7.72.236723 | FOIA-0011435 | FOIA-0011435 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft.  Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH052485 | MSFOIA_WH052486 | 0.7.72.220193 | FOIA-0011427 | FOIA-0011428 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination.  Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 406 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH052487 | | 0.7.72.239571 | FOIA-0011448 | FOIA-0011448 | | | | | | Topic of a decision being discussed by IRS and IRS attorneys with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052488 | MSFOIA_WH052489 | 0.7.72.239571.1 | FOIA-0011449 | FOIA-0011450 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. File access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052490 | MSFOIA_WH052491 | 0.7.72.221349 | FOIA-0011429 | FOIA-0011430 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH052976 | MSFOIA_WH052977 | 0.7.72.264100 | FOIA-0011456 | FOIA-0011457 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH052978 | MSFOIA_WH052979 | 0.7.72.265160 | FOIA-0011492 | FOIA-0011493 | | | | | | Information about examinations of taxpayers who are not Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-11 | Part | MSFOIA_WH052980 | | 0.7.72.266886 | FOIA-0011512 | FOIA-0011512 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605-RSM (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 407 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH052994 | MSFOIA_WH052996 | 0.7.72.264001 | FOIA-0011453 | FOIA-0011455 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH052997 | MSFOIA_WH052999 | 0.7.72.265904 | FOIA-0011509 | FOIA-0011511 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH054350 | | 0.7.72.277313 | FOIA-0011514 | FOIA-0011514 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054351 | | 0.7.72.280711 | FOIA-0011515 | FOIA-0011515 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054352 | | 0.7.72.276207 | FOIA-0011513 | FOIA-0011513 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH054369 | MSFOIA_WH054370 | 0.7.72.332526 | FOIA-0011516 | FOIA-0011518 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH054853 | MSFOIA_WH054854 | 0.7.72.375345 | FOIA-0011662 | FOIA-0011663 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Home phone number of IRS employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Personal phone number of agency employee whose privacy interest outweighs any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 408 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH054855 | MSFOIA_WH054856 | 0.7.72.365869 | FOIA-0011533 | FOIA-0011534 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Home phone number of IRS employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Personal phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-11 | Part | MSFOIA_WH054860 | | 0.7.72.388717 | FOIA-0011777 | FOIA-0011777 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054863 | | 0.7.72.382494 | FOIA-0011774 | FOIA-0011774 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054864 | | 0.7.72.365768 | FOIA-0011531 | FOIA-0011532 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH054866 | MSFOIA_WH054867 | 0.7.72.386952 | FOIA-0011775 | FOIA-0011776 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH054868 | | 0.7.72.369277 | FOIA-0011539 | FOIA-0011539 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054874 | MSFOIA_WH054875 | 0.7.72.368502 | FOIA-0011536 | FOIA-0011538 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054877 | | 0.7.72.372315 | FOIA-0011643 | FOIA-0011643 | | | | | | Topic of a decision being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 409 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH054883 | MSFOIA_WH054884 | 0.7.72.372397 | FOIA-0011649 | FOIA-0011650 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054885 | MSFOIA_WH054886 | 0.7.72.373705 | FOIA-0011652 | FOIA-0011653 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054887 | MSFOIA_WH054888 | 0.7.72.371031 | FOIA-0011639 | FOIA-0011640 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054889 | MSFOIA_WH054890 | 0.7.72.374040 | FOIA-0011654 | FOIA-0011655 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054906 | | 0.7.72.366865 | FOIA-0011535 | FOIA-0011535 | | | | | | Topic of and names of attachments related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054907 | | 0.7.72.372459 | FOIA-0011651 | FOIA-0011651 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054948 | MSFOIA_WH054949 | 0.7.72.390811 | FOIA-0011780 | FOIA-0011782 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054967 | MSFOIA_WH054969 | 0.7.72.375561 | FOIA-0011667 | FOIA-0011669 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH054970 | MSFOIA_WH054971 | 0.7.72.375507 | FOIA-0011664 | FOIA-0011666 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH055008 | | 0.7.72.381601 | FOIA-0011773 | FOIA-0011773 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH055009 | | 0.7.72.371583 | FOIA-0011641 | FOIA-0011641 | | | | | | Topic of and names of attachments related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH055011 | | 0.7.72.374728 | FOIA-0011661 | FOIA-0011661 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH055629 | | 0.7.72.369385 | FOIA-0011545 | FOIA-0011546 | | | | | | Names of attachments related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH055725 | | 0.7.72.378288 | FOIA-0011772 | FOIA-0011772 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH055728 | | 0.7.72.377594 | FOIA-0011670 | FOIA-0011670 | | | | | | Names of attachments related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH058799 | MSFOIA_WH058803 | 0.7.72.432285.1 | FOIA-0012177 | FOIA-0012181 | | | | | | Information about the examinations of taxpayers who are not Microsoft and decisions involved in the various enforcement efforts. Information about decisions to be made with respect to the drafting of regulations. Subjects of various requests for legal advice from attorneys and thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determinations.<br>Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |
| 2017-11 | Part | MSFOIA_WH058810 | MSFOIA_WH058815 | 0.7.72.451601.2 | FOIA-0012510 | FOIA-0012515 | | | | | | Information about the examinations of taxpayers who are not Microsoft and decisions involved in the various enforcement efforts. Information about decisions to be made with respect to the drafting of regulations. Subjects of various requests for legal advice from attorneys and thoughts and impressions of attorneys. Details about IRS attorney's personal family news. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determinations.<br>Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.<br>Agency employee's privacy interest in information about personal news is not outweighed by any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 411 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH058817 | MSFOIA_WH058818 | 0.7.72.457305.1 | FOIA-0012854 | FOIA-0012855 | | | | | | Information about the examinations of taxpayers who are not Microsoft and decisions involved in the various enforcement efforts. Information about decisions to be made with respect to the drafting of regulations. Subjects of various requests for legal advice from attorneys and thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. |
| 2017-11 | Part | MSFOIA_WH058820 | | 0.7.72.456510.1 | FOIA-0012748 | FOIA-0012749 | | | | | | Information about the examinations of taxpayers who are not Microsoft and decisions involved in the various enforcement efforts. Information about decisions to be made with respect to the drafting of regulations. Subjects of various requests for legal advice from attorneys and thoughts and impressions of attorneys. Details about IRS attorney's personal family news. | (b)(3)/6103(a); (b)(5)/Deliberative Process and Attorney-Client Privilege; (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Agency employee's privacy interest in information about personal news is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH058836 | | 0.7.72.479892 | FOIA-0013184 | FOIA-0013184 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH058837 | | 0.7.72.458904 | FOIA-0012887 | FOIA-0012887 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058838 | | 0.7.72.451405 | FOIA-0012506 | FOIA-0012506 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058839 | | 0.7.72.465152 | FOIA-0013000 | FOIA-0013000 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH058840 | MSFOIA_WH058856 | 0.7.72.443893 | FOIA-0012335 | FOIA-0012351 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH058857 | MSFOIA_WH058874 | 0.7.72.457070 | FOIA-0012835 | FOIA-0012852 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH058875 | | 0.7.72.450119 | FOIA-0012420 | FOIA-0012420 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058876 | MSFOIA_WH058893 | 0.7.72.480787 | FOIA-0013185 | FOIA-0013202 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH058894 | MSFOIA_WH058912 | 0.7.72.443943 | FOIA-0012352 | FOIA-0012370 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH058913 | | 0.7.72.444745 | FOIA-0012372 | FOIA-0012372 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 413 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH058914 | | 0.7.72.434370 | FOIA-0012182 | FOIA-0012182 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058915 | | 0.7.72.443176 | FOIA-0012253 | FOIA-0012253 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058917 | MSFOIA_WH058924 | 0.7.72.440545.1 | FOIA-0012195 | FOIA-0012202 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058926 | MSFOIA_WH058933 | 0.7.72.452209.1 | FOIA-0012517 | FOIA-0012524 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. Details about employee's retirement. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about retirement is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH058934 | MSFOIA_WH058940 | 0.7.72.453769 | FOIA-0012616 | FOIA-0012622 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to CIPs. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 414 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH058941 | | 0.7.72.461346 | FOIA-0012888 | FOIA-0012889 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH058943 | | 0.7.72.473304 | FOIA-0013183 | FOIA-0013183 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058944 | | 0.7.72.446619 | FOIA-0012373 | FOIA-0012373 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058974 | | 0.7.72.446665 | FOIA-0012374 | FOIA-0012374 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH058994 | | 0.7.72.443652 | FOIA-0012254 | FOIA-0012254 | | | | | | Name of attachment containing information about the examination of a taxpayer who is not Microsoft, which references the topic of decisions to be made with respect to that taxpayer's examination. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2017-11 | Part | MSFOIA_WH059039 | MSFOIA_WH059040 | 0.7.72.453502 | FOIA-0012525 | FOIA-0012526 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH059130 | | 0.7.72.462737 | FOIA-0012890 | FOIA-0012891 | | | | | | Information about the examination of a taxpayer who is not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 415 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH059238 | | 0.7.72.435821 | FOIA-0012183 | FOIA-0012184 | | | | | | Information about the examination of a taxpayer who is not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059244 | | 0.7.72.448356 | FOIA-0012394 | FOIA-0012395 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059246 | | 0.7.72.464878 | FOIA-0012998 | FOIA-0012999 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059248 | | 0.7.72.441067 | FOIA-0012227 | FOIA-0012227 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect of Microsoft and of taxpayers who are not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059249 | | 0.7.72.440927 | FOIA-0012203 | FOIA-0012203 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 416 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH059273 | | 0.7.72.472261 | FOIA-0013098 | FOIA-0013098 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH059297 | | 0.7.72.458338 | FOIA-0012858 | FOIA-0012858 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059437 | | 0.7.72.450076 | FOIA-0012396 | FOIA-0012396 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH059625 | MSFOIA_WH059626 | 0.7.72.471318 | FOIA-0013094 | FOIA-0013095 | | | | | | Topic of decision being discussed by IRS and IRS attorneys with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. File access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059627 | MSFOIA_WH059628 | 0.7.72.471318.1 | FOIA-0013096 | FOIA-0013097 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. File access passwords. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH059629 | | 0.7.72.444593 | FOIA-0012371 | FOIA-0012371 | | | | | | Details about employee's personal leave plans. Phone number and access code for internal IRS teleconference line. | (b)(6) and (b)(7)(C); (b)(7)(E) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 417 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH059676 | | 0.7.72.454862 | FOIA-0012715 | FOIA-0012715 | | | | | | Topics of IRS attorney discussions regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH059791 | | 0.7.72.443812 | FOIA-0012274 | FOIA-0012274 | | | | | | Topics of IRS attorney discussions regarding decisions to be made with respect to the Microsoft examination. Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH059852 | | 0.7.72.472956 | FOIA-0013122 | FOIA-0013122 | | | | | | Details about employee's personal leave plans. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information. |
| 2017-11 | Part | MSFOIA_WH059917 | | 0.7.72.454429 | FOIA-0012623 | FOIA-0012623 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH060271 | | 0.7.72.456754 | FOIA-0012750 | FOIA-0012750 | | | | | | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH060356 | MSFOIA_WH060357 | 0.7.72.457915 | FOIA-0012856 | FOIA-0012857 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH061612 | | 0.7.72.498342 | FOIA-0013203 | FOIA-0013203 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH061613 | MSFOIA_WH061706 | 0.7.72.498342.1 | FOIA-0013204 | FOIA-0013297 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-11 | Part | MSFOIA_WH061707 | | 0.7.72.512506 | FOIA-0013298 | FOIA-0013298 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-11 | Part | MSFOIA_WH061708 | MSFOIA_WH061801 | 0.7.72.512506.1 | FOIA-0013299 | FOIA-0013392 | | | | | | Information about the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 418 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH062569 | MSFOIA_WH062577 | 0.7.72.517979.1 | FOIA-0013394 | FOIA-0013402 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH064525 | | 0.7.72.559252 | FOIA-0013406 | FOIA-0013406 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064582 | | 0.7.72.560089 | FOIA-0013407 | FOIA-0013407 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH064583 | | 0.7.72.565174 | FOIA-0013553 | FOIA-0013554 | | | | | | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH064585 | | 0.7.72.561981 | FOIA-0013411 | FOIA-0013411 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064586 | | 0.7.72.578801 | FOIA-0013730 | FOIA-0013730 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064587 | | 0.7.72.577553 | FOIA-0013699 | FOIA-0013699 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 419 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH064589 | | 0.7.72.577484 | FOIA-0013694 | FOIA-0013694 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064590 | | 0.7.72.570714 | FOIA-0013633 | FOIA-0013633 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064672 | | 0.7.72.563095 | FOIA-0013414 | FOIA-0013414 | | | | | | Topic of discussion related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064677 | | 0.7.72.574742 | FOIA-0013663 | FOIA-0013663 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064702 | | 0.7.72.568817 | FOIA-0013628 | FOIA-0013628 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064703 | MSFOIA_WH064704 | 0.7.72.576416 | FOIA-0013689 | FOIA-0013690 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064705 | | 0.7.72.569738 | FOIA-0013632 | FOIA-0013632 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064706 | | 0.7.72.577960 | FOIA-0013700 | FOIA-0013701 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064708 | | 0.7.72.575730 | FOIA-0013688 | FOIA-0013688 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH064709 | | 0.7.72.574736 | FOIA-0013659 | FOIA-0013659 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064713 | | 0.7.72.582806 | FOIA-0013844 | FOIA-0013844 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064720 | MSFOIA_WH064721 | 0.7.72.574608 | FOIA-0013657 | FOIA-0013658 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064722 | MSFOIA_WH064723 | 0.7.72.572659 | FOIA-0013653 | FOIA-0013654 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064724 | MSFOIA_WH064725 | 0.7.72.571846 | FOIA-0013647 | FOIA-0013648 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064746 | MSFOIA_WH064747 | 0.7.72.561554 | FOIA-0013409 | FOIA-0013410 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064748 | | 0.7.72.563483 | FOIA-0013416 | FOIA-0013416 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064844 | | 0.7.72.578894 | FOIA-0013731 | FOIA-0013731 | | | | | | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 421 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH064869 | | 0.7.72.586294 | FOIA-0013901 | FOIA-0013901 | | | | | | Names of attachments being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064909 | | 0.7.72.561399 | FOIA-0013408 | FOIA-0013408 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064934 | MSFOIA_WH064935 | 0.7.72.565996 | FOIA-0013555 | FOIA-0013557 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH064937 | MSFOIA_WH064938 | 0.7.72.570836 | FOIA-0013634 | FOIA-0013635 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH065015 | | 0.7.72.559214 | FOIA-0013403 | FOIA-0013404 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065018 | | 0.7.72.571632 | FOIA-0013644 | FOIA-0013645 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065024 | | 0.7.72.585398 | FOIA-0013849 | FOIA-0013850 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065076 | | 0.7.72.587341 | FOIA-0014041 | FOIA-0014041 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH065078 | MSFOIA_WH065079 | 0.7.72.577507 | FOIA-0013695 | FOIA-0013697 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065086 | | 0.7.72.567861 | FOIA-0013626 | FOIA-0013626 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065098 | | 0.7.72.578642 | FOIA-0013727 | FOIA-0013728 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065109 | | 0.7.72.578512 | FOIA-0013702 | FOIA-0013702 | | | | | | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2017-11 | Part | MSFOIA_WH065134 | | 0.7.72.566323 | FOIA-0013578 | FOIA-0013578 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065170 | | 0.7.72.563149 | FOIA-0013415 | FOIA-0013415 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065171 | MSFOIA_WH065172 | 0.7.72.573553 | FOIA-0013655 | FOIA-0013656 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH065173 | MSFOIA_WH065174 | 0.7.72.584757 | FOIA-0013847 | FOIA-0013848 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH065175 | | 0.7.72.565143 | FOIA-0013512 | FOIA-0013512 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH065216 | MSFOIA_WH065217 | 0.7.72.576923 | FOIA-0013691 | FOIA-0013692 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH065364 | | 0.7.72.566259 | FOIA-0013558 | FOIA-0013558 | | | | | | Names of attachment being shared by email related to decisions being discussed with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065383 | MSFOIA_WH065384 | 0.7.72.582455 | FOIA-0013842 | FOIA-0013843 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Part | MSFOIA_WH065595 | | 0.7.72.576957 | FOIA-0013693 | FOIA-0013693 | | | | | | Phone number and access code for internal IRS teleconference line. | (b)(7)(E) | Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2017-11 | Part | MSFOIA_WH065619 | | 0.7.72.567259 | FOIA-0013614 | FOIA-0013615 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2017-11 | Part | MSFOIA_WH065621 | MSFOIA_WH065622 | 0.7.72.562041 | FOIA-0013412 | FOIA-0013413 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Personal phone number of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 424 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Part | MSFOIA_WH065623 | MSFOIA_WH065624 | 0.7.72.572002 | FOIA-0013649 | FOIA-0013651 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-11 | Part | MSFOIA_WH065627 | | 0.7.72.566268 | FOIA-0013577 | FOIA-0013577 | | | | | | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2017-11 | Full | MSFOIA_WH043651 | MSFOIA_WH043657 | 0.7.72.22266.1 | FOIA-0011336 | FOIA-0011342 | Word | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/11/2009 | Not indicated on document | Not indicated on document | The document being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH043658 | MSFOIA_WH043670 | 0.7.72.22266.2 | FOIA-0011343 | FOIA-0011355 | Draft report | Briefing On Microsoft CSA 12-14 -09.ppt | 12/11/2009 | Not indicated on document | Not indicated on document | The document being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH045530 | MSFOIA_WH045532 | 0.7.72.116162.1 | FOIA-0011383 | FOIA-0011385 | Draft report | Issue Briefing 9 17 09 Mtg DFO | 2009/09/03 | Cheryl Potop-Jackson | | An issue briefing paper prepared by Examination personnel in anticipation of a meeting concerning the plaintiff's audit. This briefing documents involves Exam personnel discussing development of issues in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This document describes information gathered in the Exam, the progress of the examination, specific items of information that remain to be determined in the Exam and anticipated 'next steps' in the audit. The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH043977 | MSFOIA_WH043987 | 0.7.72.127481.1 | FOIA-0011389 | FOIA-0011399 | Spreadsheet | CSA cases | 2010/03/02 | Geraldine Quinn | Michael Danilack; DeNard Paul D; Gloria Sullivan; Drenthe Pamela J; Leonard Barbara M; Kroening Linda M; Tonuzi Drita; Musher Steven A; Ricca Bettie N; Christopher Bello; Silver Meryl | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 425 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH043988 | MSFOIA_WH043988 | 0.7.72.127481.2 | FOIA-0011400 | | Draft report | Summary Tier I buy-in cases | 2010/03/02 | Geraldine Quinn | Michael Danilack; DeNard Paul D; Gloria Sullivan; Drenthe Pamela J; Leonard Barbara M; Kroening Linda M; Tonuzi Drita; Musher Steven A; Ricca Bettie N; Christopher Bello; Silver Meryl | An internal spreadsheet of open CSA buy-in cases annotated with information counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-11 | Full | MSFOIA_WH044303 | MSFOIA_WH044315 | 0.7.72.195007.1 | FOIA-0011402 | FOIA-0011414 | Draft report | | | Not indicated on document | Not indicated on document | Internal monthly report tracking the inventory of cases assigned within Counsel and specific to particular types of transactions, discussing significant developments, litigations, or other noteworthy changes affecting the IRS's treatment of the transaction. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations.  The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2017-11 | Full | MSFOIA_WH052473 | MSFOIA_WH052473 | 0.7.72.236723.1 | FOIA-0011436 | | Draft report | | | Not indicated on document | Not indicated on document | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations.  The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 426 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH052474 | MSFOIA_WH052484 | 0.7.72.236723.2 | FOIA-0011437 | FOIA-0011447 | Draft report | IMT Tier I report | 2010/03/02 | Geraldine Quinn | Chaback Patricia C; Nancy Bronson; Beck Kathy J; Tamaki Jon A; McGinty Donald R; Hodapp Natalie; Zhang Joanne J; Alexander Elisabeth A; Dearth Lorraine C; Joy Yen; Michelle Korbas; Sullivan Gloria | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH052940 | MSFOIA_WH052959 | 0.7.72.264303.1 | FOIA-0011459 | FOIA-0011478 | Draft report | McCarthy sharepoint report | 2009/03/06 | William McCarthy | | An Internal Case History summary prepared by Counsel. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.  The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation.  The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney.  The information being withheld consists of advice prepared by Chief Counsel attorneys in response to a request for legal advice associated with the hazards of litigating specific transactions from plaintiff's audit. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH052982 | MSFOIA_WH052993 | 0.7.72.264891.1 | FOIA-0011480 | FOIA-0011491 | Draft report | McCarthy sharepoint report | 2010/02/05 | William McCarthy | Cathy Goodson | Internal report, specific to particular types of transactions, discussing significant developments, litigations, or other noteworthy developments affecting the IRS's treatment of the transaction. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH052962 | MSFOIA_WH052975 | 0.7.72.265295.1 | FOIA-0011495 | FOIA-0011508 | Workpaper | Case Histories August 2009 | 2009/08/11 | William McCarthy | | An internal Case History summary prepared by Counsel. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH054372 | MSFOIA_WH054382 | 0.7.72.332526.1 | FOIA-0011519 | FOIA-0011529 | Spreadsheet | CSA cases | 2010/03/02 | Geraldine Quinn | G. Holmes; Steven Musher | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH054383 | MSFOIA_WH054383 | 0.7.72.332526.2 | FOIA-0011530 | | Spreadsheet | CSA cases | 2010/03/02 | Geraldine Quinn | G. Homes; Steven Musher | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 428 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH054869 | MSFOIA_WH054873 | 0.7.72.369277.1 | FOIA-0011540 | FOIA-0011544 | Spreadsheet | 200406-200606 Summary of Cost Pool Adjustments | 2009/07/28 | Marie Ishii, Douglas Odell | | Spreadsheets Prepared by or Modified by Examination personnel. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal draft work paper compiled by an agent working the Exam focusing on information available to date in the audit and speculating as to additional information that may be needed. The withheld information is deliberative in that it contains opinions of agency personnel as to the usefulness of available information and the necessity for specific additional information. The document reflects the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion and assessments within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055631 | MSFOIA_WH055644 | 0.7.72.369385.1 | FOIA-0011547 | FOIA-0011560 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055645 | MSFOIA_WH055654 | 0.7.72.369385.3 | FOIA-0011561 | FOIA-0011570 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055655 | MSFOIA_WH055670 | 0.7.72.369385.5 | FOIA-0011571 | FOIA-0011586 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 429 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH055671 | MSFOIA_WH055680 | 0.7.72.369385.11 | FOIA-0011587 | FOIA-0011596 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055681 | MSFOIA_WH055705 | 0.7.72.369385.13 | FOIA-0011597 | FOIA-0011621 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055706 | MSFOIA_WH055715 | 0.7.72.369385.17 | FOIA-0011622 | FOIA-0011631 | | | | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH055716 | MSFOIA_WH055721 | 0.7.72.369385.19 | FOIA-0011632 | FOIA-0011637 | PowerPoint | Singapore Trip | 2006/03/28 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Deputy Commissioner. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency including Examination and Counsel personnel to assist the executives who oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055010 | MSFOIA_WH055010 | 0.7.72.371583.1 | FOIA-0011642 | | | | | Not indicated on document | Not indicated on document | An internal memorandum prepared by Examination personnel and discussing specific issures pertinent to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054878 | MSFOIA_WH054882 | 0.7.72.372315.1 | FOIA-0011644 | FOIA-0011648 | MS Word | Audit Status Meeting | 2009/07/29 | Cheryl Potop-Jackson | | Notes from an internal meeting to discuss NOPAs. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054891 | MSFOIA_WH054895 | 0.7.72.374040.1 | FOIA-0011656 | FOIA-0011660 | spreadsheet | 200406-200606 Summary of Cost Pool Adjustments | 2009/07/28 | Marie Ishii | | Spreadsheets prepared or modified by Examination personnel for internal use. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055729 | MSFOIA_WH055729 | 0.7.72.377594.1 | FOIA-0011671 | | | | | Not indicated on document | Not indicated on document | The information being withheld is a chart of specific categories of information related to plaintiff's buy-in calculations that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 431 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH055730 | MSFOIA_WH055735 | 0.7.72.377594.2 | FOIA-0011672 | | | | | Not indicated on document | Not indicated on document | The information being withheld is a chart of specific categories of information related to plaintiff's buy-in calculations that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH055731 | MSFOIA_WH055828 | 0.7.72.377594.3 | FOIA-0011673 | FOIA-0011770 | Report | draft IRS economist's report | 2010/03/10 | Joy Yen | | The information being withheld is a chart of specific categories of information related to plaintiff's buy-in calculations that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054861 | MSFOIA_WH054862 | 0.7.72.388717.1 | FOIA-0011778 | FOIA-0011779 | | | | Not indicated on document | Not indicated on document | A draft interactive model prepared by Examination personnel for use by the team in the analysis of issues relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054951 | MSFOIA_WH054953 | 0.7.72.390811.1 | FOIA-0011783 | FOIA-0011785 | | | | Not indicated on document | Not indicated on document | Internal documents prepared by Examination personnel illustrating a scenario and the tax effect regarding section 482 adjustments. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054954 | MSFOIA_WH054960 | 0.7.72.390811.2 | FOIA-0011786 | FOIA-0011792 | | | | Not indicated on document | Not indicated on document | Internal documents prepared by Examination personnel illustrating a scenario and the tax effect regarding section 482 adjustments. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 432 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH054961 | MSFOIA_WH054963 | 0.7.72.390811.3 | FOIA-0011793 | FOIA-0011795 | | | | Not indicated on document | Not indicated on document | Internal documents prepared by Examination personnel illustrating a scenario and the tax effect regarding section 482 adjustments. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH054964 | MSFOIA_WH054966 | 0.7.72.390811.4 | FOIA-0011796 | FOIA-0011798 | | | | Not indicated on document | Not indicated on document | Internal documents prepared by Examination personnel illustrating a scenario and the tax effect regarding section 482 adjustments. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049201 | MSFOIA_WH049201 | 0.7.72.391316.1 | FOIA-0011801 | | Handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2007/02/07 | J. Brotten | | Handwritten notes taken during a meeting. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These meeting notes involve Exam personnel discussing development of issues in the audit.  This document describes information gathered in the Exam, the progress of the examination, references specific items of information that remain to be determined in the Exam and anticipated 'next steps' in the audit.  The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049203 | MSFOIA_WH049204 | 0.7.72.391316.3 | FOIA-0011802 | | Handwritten notes | Conference Call | 2007/03/11 | J. Brotten | | Handwritten notes taken during a meeting. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These meeting notes involve Exam personnel discussing development of issues in the audit.  This document describes information gathered in the Exam, the progress of the examination, references specific items of information that remain to be determined in the Exam and anticipated 'next steps' in the audit.  The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049205 | MSFOIA_WH049220 | 0.7.72.391316.5 | FOIA-0011803 | FOIA-0011804 | Handwritten notes | Buy-In Issue Meeting | 2007/03/08 | J. Brotten | | Handwritten notes taken during a meeting. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These meeting notes involve Exam personnel discussing development of issues in the audit.  This document describes information gathered in the Exam, the progress of the examination, references specific items of information that remain to be determined in the Exam and anticipated 'next steps' in the audit.  The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049205 | MSFOIA_WH049220 | 0.7.72.391316.8 | FOIA-0011805 | FOIA-0011820 | Draft notes | Minutes of IE Status Update Meeting | 2006/10/10 | Dianne Hill | | Draft meeting notes. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These meeting notes involve Exam personnel discussing development of issues in the audit.  This document describes information gathered in the Exam, the progress of the examination, references specific items of information that remain to be determined in the Exam and anticipated 'next steps' in the audit.  The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 433 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049317 | MSFOIA_WH049318 | 0.7.72.391401.1 | FOIA-0011827 | FOIA-0011828 | Spreadsheet | Fund Transfer | 2009/09/29 | Julie Izumoto | | Spreadsheet prepared or modified by the Service summarizing the total hours, allocations of hours per phase and travel money remaining to be spent in the contract between the Service and an outside contractor for use in addressing a request for a modification of the contract. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The spreadsheet was used for internal deliberations of the request.  The document being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH048997 | MSFOIA_WH049002 | 0.7.72.392617.1 | FOIA-0011830 | FOIA-0011835 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049003 | MSFOIA_WH049007 | 0.7.72.392617.2 | FOIA-0011836 | FOIA-0011840 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049008 | MSFOIA_WH049014 | 0.7.72.392617.3 | FOIA-0011841 | FOIA-0011847 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049015 | MSFOIA_WH049018 | 0.7.72.392617.4 | FOIA-0011848 | FOIA-0011851 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049019 | MSFOIA_WH049021 | 0.7.72.392617.5 | FOIA-0011852 | FOIA-0011854 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049022 | MSFOIA_WH049025 | 0.7.72.392617.6 | FOIA-0011855 | FOIA-0011858 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions.  As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions.  This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 434 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049026 | MSFOIA_WH049028 | 0.7.72.392617.7 | FOIA-0011859 | FOIA-0011861 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049029 | MSFOIA_WH049034 | 0.7.72.392617.8 | FOIA-0011862 | FOIA-0011867 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049035 | MSFOIA_WH049040 | 0.7.72.392617.9 | FOIA-0011868 | FOIA-0011873 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049041 | MSFOIA_WH049048 | 0.7.72.392617.10 | FOIA-0011874 | FOIA-0011881 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049049 | MSFOIA_WH049052 | 0.7.72.392617.11 | FOIA-0011882 | FOIA-0011885 | | Singapore Interview Notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel's employees characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049641 | MSFOIA_WH049641 | 0.7.72.393210.1 | FOIA-0011889 | | Spreadsheet | potential adjustment amounts | 2010/02/18 | Paul Weibel | | Spreadsheets prepared or modified by Examination personnel for internal use. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 435 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049191 | MSFOIA_WH049191 | 0.7.72.393756.1 | FOIA-0011901 | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/09/10 | Ceteris | | A spreadsheet prepared by a contractor providing comparisons between plaintiff and Service analysis of specific items at issue in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a spreadsheet of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS and/or its contractor on its own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the spreadsheet reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049198 | MSFOIA_WH049198 | 0.7.72.393817.1 | FOIA-0011903 | | MS Word document | Agenda-Meeting with DFO | 2009/09/15 | Cheryl Potop-Jackson | | The agenda for a meeting involving the Exam Team and Service Management. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Examination meeting agenda listing issues being addressed and future plans for the examination. The information being withheld consists of the listing of specific topics to be that were to be the subject of upcoming deliberations and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049176 | MSFOIA_WH049178 | 0.7.72.394671.1 | FOIA-0011914 | FOIA-0011916 | | | | Not indicated on document | Not indicated on document | A paper prepared by the Exam team of use in briefing Service management on specific issues relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The document being withheld was prepared by components within the agency to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049606 | MSFOIA_WH049615 | 0.7.72.395039.1 | FOIA-0011921 | FOIA-0011930 | Spreadsheet | Scenarios to close audit | 2010/03/03 | Cheryl Potop-Jackson | Charles Davis | Communications Between the Exam Team and Service Management describing Exam's perspective on why there should be an extension of the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049323 | MSFOIA_WH049329 | 0.7.72.396428.1 | FOIA-0011949 | FOIA-0011955 | | | | Not indicated on document | Not indicated on document | Communications Between the Exam Team and Service Management describing Exam's perspective on a variety of scenarios relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 436 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049330 | MSFOIA_WH049332 | 0.7.72.396428.2 | FOIA-0011956 | FOIA-0011958 | | | | Not indicated on document | Not indicated on document | Communications Between the Exam Team and Service Management describing Exam's perspective on a variety of scenarios relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049333 | MSFOIA_WH049335 | 0.7.72.396428.3 | FOIA-0011959 | FOIA-0011961 | | | | Not indicated on document | Not indicated on document | Communications Between the Exam Team and Service Management describing Exam's perspective on a variety of scenarios relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049336 | MSFOIA_WH049338 | 0.7.72.396428.4 | FOIA-0011962 | FOIA-0011964 | | | | Not indicated on document | Not indicated on document | Communications Between the Exam Team and Service Management describing Exam's perspective on a variety of scenarios relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049644 | MSFOIA_WH049647 | 0.7.72.398263.1 | FOIA-0011968 | FOIA-0011971 | Spreadsheet | action plan for Danliack briefing | 2010/03/05 | Gloria Sullivan | | This is a briefing document prepared for a presentation on cost-sharing to Service management. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The document being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049634 | MSFOIA_WH049637 | 0.7.72.398306.1 | FOIA-0011976 | FOIA-0011979 | Spreadsheet | action plan for Danliack briefing | 2010/03/05 | Gloria Sullivan | | This is a briefing document prepared for a presentation on cost-sharing to Service management. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The document being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 437 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049196 | MSFOIA_WH049196 | 0.7.72.398993.1 | FOIA-0011995 | | MS Word | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/09/10 | Ceteris | | A spreadsheet prepared by a contractor providing comparisons between plaintiff and Service analysis of specific items at issue in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a spreadsheet of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS and/or its contractor on its own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the spreadsheet reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049409 | MSFOIA_WH049409 | 0.7.72.399057.1 | FOIA-0011997 | | | | | Not indicated on document | Not indicated on document | Spreadsheets Prepared by or Modified by the Service concerning the potential adjustments for a buy-in relevant in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049186 | MSFOIA_WH049188 | 0.7.72.399338.1 | FOIA-0012000 | FOIA-0012002 | PDF of Letter | Request for Revisions to Contract TIRWR-08-C-00022 | 2009/09/10 | Ceteris | Julie Izumoto | A document containing information relevant to the contract between the Service and an outside contractor for use in addressing a request by the contractor for a modification of the contract. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This document was used by the Service in its internal deliberations and there is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049639 | MSFOIA_WH049639 | 0.7.72.402339.1 | FOIA-0012017 | | Spreadsheet | potential adjustment amounts | 2010/02/17 | Paul Weibel | | Spreadsheet prepared or modified by service concerning the potential adjustments for a buy-in relevant in the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049286 | MSFOIA_WH049286 | 0.7.72.402930.1 | FOIA-0012022 | | | | | Not indicated on document | Not indicated on document | Minutes from a meeting of Examination team members describing the progress of the examination, and detailing issues being addressed and future plans for the examination. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049288 | MSFOIA_WH049289 | 0.7.72.402930.3 | FOIA-0012023 | | | | | Not indicated on document | Not indicated on document | Minutes from a meeting of Examination team members describing the progress of the examination, and detailing issues being addressed and future plans for the examination. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049290 | MSFOIA_WH049305 | 0.7.72.402930.5 | FOIA-0012024 | FOIA-0012025 | PDF of audit meeting notes | Buy-in Issue Meeting | 2007/03/08 | J. Brotten | | Minutes from a meeting of Examination team members describing the progress of the examination, and detailing issues being addressed and future plans for the examination. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 438 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH049290 | MSFOIA_WH049305 | 0.7.72.402930.8 | FOIA-0012026 | FOIA-0012041 | | | | Not indicated on document | Not indicated on document | Minutes from a meeting of Examination team members describing the progress of the examination, and detailing issues being addressed and future plans for the examination. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld consists of the discussion of strategy and proposed actions for the examination and as such reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049617 | MSFOIA_WH049626 | 0.7.72.407255.1 | FOIA-0012116 | FOIA-0012125 | Spreadsheet | scenarios to close audit | 2010/03/03 | Cheryl Potop-Jackson | Charles Davis | Spreadsheet prepared or modified by Service with Exam's perspective on why there should be an extension for the ECD. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The document being withheld was prepared by Examination personnel to assist the executives in reviewing the status of the audit to date and determining logical next steps in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049341 | MSFOIA_WH049343 | 0.7.72.408943.1 | FOIA-0012160 | FOIA-0012162 | | | | Not indicated on document | Not indicated on document | Communications Between the Exam Team and Service Management describing Exam's perspective on a variety of scenarios relevant to the audit. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH049653 | MSFOIA_WH049653 | 0.7.72.409834.1 | FOIA-0012168 | | PowerPoint | Danilack briefing | 2010/03/03 | Cheryl Potop-Jackson | | A flowchart of the APAC transaction used by Counsel to illustrate the type of document requested with respect to the EMEA transaction for use in the briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059240 | MSFOIA_WH059243 | 0.7.72.435821.1 | FOIA-0012185 | FOIA-0012188 | Spreadsheet | Action plan for Danilack presentation | 2010/03/05 | Gloria Sullivan | | A draft document prepared for a briefing of Service executives.. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 439 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH058946 | MSFOIA_WH058949 | 0.7.72.438274.1 | FOIA-0012190 | FOIA-0012193 | Memorandum | CSA presentation to Danilack | 2010/03/02 | unknown | | The outline of a presentation prepared by Examination and Counsel personnel for the briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059250 | MSFOIA_WH059272 | 0.7.72.440927.1 | FOIA-0012204 | FOIA-0012226 | PowerPoint | MS CSA presentation | 2010/03/11 | Joy Yen | William McCarthy; Cathy Goodson; Laurel Robinson | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059015 | MSFOIA_WH059037 | 0.7.72.442406.1 | FOIA-0012230 | FOIA-0012252 | PowerPoint | MS CSA presentation | 2010/03/03 | William McCarthy | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 440 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH058995 | MSFOIA_WH059009 | 0.7.72.443652.1 | FOIA-0012255 | FOIA-0012269 | | | | Not indicated on document | Not indicated on document | An outline associated with a draft PowerPoint presentation | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059010 | MSFOIA_WH059013 | 0.7.72.443652.3 | FOIA-0012270 | FOIA-0012273 | MS Word | Danilack presentation | 2010/03/03 | Barbara Leonard | Gloria Sullivan; Chaback Patricia C; Laurel Robinson; William McCarthy; Nancy Bronson; Joy Yen; Perry Stanley | A presentation concerning recent case law and regulations from 1995 that were associated with draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.  This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059792 | MSFOIA_WH059851 | 0.7.72.443812.1 | FOIA-0012275 | FOIA-0012334 | PowerPoint | Danilack briefing | 2010/03/19 | Laurel Robinson | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 441 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH058975 | MSFOIA_WH058989 | 0.7.72.446665.1 | FOIA-0012375 | FOIA-0012389 | | | | Not indicated on document | Not indicated on document | An outline associated with a draft PowerPoint presentation | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH058990 | MSFOIA_WH058993 | 0.7.72.446665.3 | FOIA-0012390 | FOIA-0012393 | Draft PowerPoint | Danilack presentation | 2010/03/03 | Barbara Leonard | | Discussion draft of on an internal PowerPoint presentation | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059438 | MSFOIA_WH059460 | 0.7.72.450076.1 | FOIA-0012397 | FOIA-0012419 | Draft PowerPoint | Danilack briefing | 2010/03/16 | William McCarthy | | Discussion draft of on an internal PowerPoint presentation | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 442 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH060187 | MSFOIA_WH060270 | 0.7.72.451105.1 | FOIA-0012422 | FOIA-0012505 | Draft PowerPoint | Danilack briefing | 2010/03/19 | Joy Yen | | Discussion draft of on an internal PowerPoint presentation | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH058808 | MSFOIA_WH058809 | 0.7.72.451601.1 | FOIA-0012508 | FOIA-0012509 | | | | Not indicated on document | Not indicated on document | Internal bi-weekly report tracking the inventory of cases assigned within Counsel and specific to particular types of transactions, discussing significant developments, litigations, or other noteworthy changes affecting the IRS's treatment of the transaction. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059041 | MSFOIA_WH059059 | 0.7.72.453502.1 | FOIA-0012527 | FOIA-0012545 | | | | Not indicated on document | Not indicated on document | A spreadsheet providing specifics as to buy-in transactions relevant to numerous taxpayers. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/22

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059060 | MSFOIA_WH059103 | 0.7.72.453502.2 | FOIA-0012546 | FOIA-0012589 | Spreadsheet | CSA buy ins | 2010/03/05 | Joy Yen | Gloria Sullivan; Leonard Barbara M; Laurel Robinson; Nancy Bronson; Quinn Geraldine M; Stanley Perry; William McCarthy | A spreadsheet providing specifics as to buy-in transactions relevant to numerous taxpayers. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059104 | MSFOIA_WH059129 | 0.7.72.453502.3 | FOIA-0012590 | FOIA-0012615 | Draft PowerPoint | MS CSA buy-ins | 2010/03/05 | Joy Yen | Gloria Sullivan; Leonard Barbara M; Laurel Robinson; Nancy Bronson; Quinn Geraldine M; Stanley Perry; William McCarthy | An early discussion draft of a PowerPoint presentation | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059918 | MSFOIA_WH060008 | 0.7.72.454429.1 | FOIA-0012624 | FOIA-0012714 | Draft PowerPoint | Danilack briefing | 2010/03/19 | Joy Yen | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 3 in conjunction with This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 444 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059677 | MSFOIA_WH059684 | 0.7.72.454862.1 | FOIA-0012716 | FOIA-0012723 | Draft PowerPoint | Danilack briefing | 2010/03/19 | Laurel Robinson | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059685 | MSFOIA_WH059707 | 0.7.72.454862.4 | FOIA-0012724 | FOIA-0012746 | Draft PowerPoint | Danilack briefing re MS | 2010/03/19 | Laurel Robinson | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice.  The privilege also applies to agency counsel who provides guidance to the agency.  The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts.  The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications.   This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH060272 | MSFOIA_WH060355 | 0.7.72.456754.1 | FOIA-0012751 | FOIA-0012834 | Draft PowerPoint | Danilack briefing | 2010/03/19 | Joy Yen | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059298 | MSFOIA_WH059325 | 0.7.72.458338.1 | FOIA-0012859 | FOIA-0012886 | | | | Not indicated on document | Not indicated on document | The information being withheld consists of a predecisional Draft NOPAA. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | This draft Form was subject to further review and revision by management level staff within the Examination function and/or Office of Chief Counsel attorneys.  There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 445 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059132 | MSFOIA_WH059136 | 0.7.72.462737.1 | FOIA-0012892 | FOIA-0012896 | Draft memo | Danilack presentation- action plan | 2010/02/23 | Unknown | | An "Action Plan" compiled for a Cost-Sharing presentation to a Service executive. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059137 | MSFOIA_WH059137 | 0.7.72.462737.2 | FOIA-0012897 | | | | | Not indicated on document | Not indicated on document | A spreadsheet of Tier I Buy-In Inventory Tracking Data from Feb. 2010 prepared for briefing Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059138 | MSFOIA_WH059148 | 0.7.72.462737.3 | FOIA-0012898 | FOIA-0012908 | | | | Not indicated on document | Not indicated on document | A spreadsheet of CSA Buy-In Inventory Open Cases from Feb. 2010. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker. Spreadsheets prepared or modified by Examination personnel for internal use in briefing Service executives. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney-client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 446 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059149 | MSFOIA_WH059152 | 0.7.72.462737.4 | FOIA-0012909 | FOIA-0012912 | | | | Not indicated on document | Not indicated on document | An outline compiled for a Cost-Sharing presentation to a Service executive. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH059153 | MSFOIA_WH059156 | 0.7.72.462737.5 | FOIA-0012913 | FOIA-0012916 | Notes/Outline | Danilack presentation - outline | 2010/03/03 | Barbara Leonard | | An outline compiled for a Cost-Sharing presentation to a Service executive. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 447 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059157 | MSFOIA_WH059237 | 0.7.72.462737.6 | FOIA-0012917 | FOIA-0012997 | Draft PowerPoint | Danilack presentation | 2010/03/05 | Joy Yen | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH060010 | MSFOIA_WH060101 | 0.7.72.467760.1 | FOIA-0013002 | FOIA-0013093 | Draft PowerPoint | Danilack briefing | 2009/03/19 | Joy Yen | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 448 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH059274 | MSFOIA_WH059296 | 0.7.72.472261.1 | FOIA-0013099 | FOIA-0013121 | PowerPoint | Slides for Danilack briefing | 2010/03/11 | Joy Yen | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH059853 | MSFOIA_WH059912 | 0.7.72.472956.1 | FOIA-0013123 | FOIA-0013182 | PowerPoint | Danilack briefing | 2010/03/19 | Laurel Robinson | | A draft document prepared for a briefing of Service executives. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH064749 | MSFOIA_WH064843 | 0.7.72.563483.1 | FOIA-0013417 | FOIA-0013511 | | | | ==Not indicated on document== | ==Not indicated on document== | An internal working draft on the "Evaluation of Acquisition Buy-in Payments". | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 449 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH065176 | MSFOIA_WH065215 | 0.7.72.565143.1 | FOIA-0013513 | FOIA-0013552 | Spreadsheet | acquisition buy-ins | 2010/03/08 | David Wagner | | A spreadsheet providing preliminary analysis of an issue being examined. | (b)(3)/IRC § 6103(a); (b)(3)/IRC §6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH065365 | MSFOIA_WH065381 | 0.7.72.566259.1 | FOIA-0013559 | FOIA-0013575 | Spreadsheet | buy-ins spreadsheet | 2010/03/15 | Joy Yen | | Spreadsheets prepared or modified by Examination personnel for internal use. | (b)(3)/IRC § 6103(a); (b)(3)/IRC §6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH065135 | MSFOIA_WH065169 | 0.7.72.566323.1 | FOIA-0013579 | FOIA-0013613 | Spreadsheet | CSA data | 2010/03/05 | Stanley Perry | Joy Yen; Gloria Sullivan | A spreadsheet providing preliminary analysis of an issue being examined. | (b)(3)/IRC § 6103(a); (b)(3)/IRC §6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Spreadsheets prepared or modified by Examination personnel for internal use. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5.  Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).   Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH065089 | MSFOIA_WH065096 | 0.7.72.567411.1 | FOIA-0013617 | FOIA-0013624 | PowerPoint | CSA presentation | 2010/03/04 | Joy Yen | | Information assembled related to the background on plaintiff for inclusion in a PowerPoint presentation for Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld was prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist the executives in Counsel responsible for legal analysis applicable to the types of transactions that were the subject of focus in plaintiff's audit in making final decisions as to how the agency should proceed in the audit with consideration given to potential litigation. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein were adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH064939 | MSFOIA_WH064946 | 0.7.72.570836.1 | FOIA-0013636 | FOIA-0013643 | Spreadsheet Worksheet | Cost Sharing Analysis | 2010/02/26 | Not indicated on document | Not indicated on document | A chart detailing "cost-sharing analysis." | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a chart of specific categories of information related to plaintiff's buy-in calculations that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH064710 | MSFOIA_WH064712 | 0.7.72.574736.1 | FOIA-0013660 | FOIA-0013662 | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/07/14 | Fred Rapaport | | A spreadsheet providing a "crude estimate of CIP Methodology--APAC CSA". | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a spreadsheet of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. This information is being withheld, even though it consists of factual material, because the selective process reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064678 | MSFOIA_WH064683 | 0.7.72.574742.1 | FOIA-0013664 | FOIA-0013669 | spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/09/03 | Joy Yen | | A spreadsheet consisting of information related to plaintiff's company as a whole with growth forecasts. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a spreadsheet of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS and/or its expert on their own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the spreadsheet reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 451 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH064684 | MSFOIA_WH064701 | 0.7.72.574742.2 | FOIA-0013670 | FOIA-0013687 | spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/09/03 | Joy Yen | | A spreadsheet consisting of information related to plaintiff's company as a wholewith growth forecasts. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a spreadsheet of specific categories of information that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS and/or its expert on their own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the spreadsheet reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH065110 | MSFOIA_WH065133 | 0.7.72.578512.1 | FOIA-0013703 | FOIA-0013726 | Spreadsheet | CSA data | 2010/03/04 | David Wagner | Joy Yen | A chart detailing "cost-sharing analysis." | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The information being withheld is a chart of specific categories of information related to plaintiff's buy-in calculations that were selectively extracted from documents either provided to the IRS by the plaintiff or assembled by the IRS on its own initiative. This information is being withheld, even though it consists of factual material, because the selective process to determine what categories and items of data for inclusion in the chart reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2017-11 | Full | MSFOIA_WH064469 | MSFOIA_WH064474 | 0.7.72.579548.1 | FOIA-0013735 | FOIA-0013740 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064475 | MSFOIA_WH064479 | 0.7.72.579548.2 | FOIA-0013741 | FOIA-0013745 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064480 | MSFOIA_WH064486 | 0.7.72.579548.3 | FOIA-0013746 | FOIA-0013752 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH064487 | MSFOIA_WH064490 | 0.7.72.579548.4 | FOIA-0013753 | FOIA-0013756 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064491 | MSFOIA_WH064493 | 0.7.72.579548.5 | FOIA-0013757 | FOIA-0013759 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064494 | MSFOIA_WH064497 | 0.7.72.579548.6 | FOIA-0013760 | FOIA-0013763 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064498 | MSFOIA_WH064500 | 0.7.72.579548.7 | FOIA-0013764 | FOIA-0013766 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064501 | MSFOIA_WH064506 | 0.7.72.579548.8 | FOIA-0013767 | FOIA-0013772 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064507 | MSFOIA_WH064512 | 0.7.72.579548.9 | FOIA-0013773 | FOIA-0013778 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064513 | MSFOIA_WH064520 | 0.7.72.579548.10 | FOIA-0013779 | FOIA-0013786 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 453 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH064521 | MSFOIA_WH064524 | 0.7.72.579548.11 | FOIA-0013787 | FOIA-0013790 | | Singapore interview notes | | Not indicated on document | Not indicated on document | These are notes prepared by Expert/ Examination and/or Counsel personnel during or after an interview with employee(s) of plaintiff. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | These notes reflect the impressions of Expert/Examination/Counsel personnel as to matters discussed during the interview and includes the Expert/Examination/Counsel employees' characterizations and evaluations of what transpired during those discussions. As such, the summary reveals the tactical and strategic thought processes of IRS personnel or a contractor working for the IRS such that the factual data is bound up with the deliberative discussions. This document is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064965 | MSFOIA_WH065013 | 0.7.72.579870.1 | FOIA-0013792 | FOIA-0013840 | PowerPoint | cost sharing analysis | 2010/03/01 | Joy Yen | Chris Miller | A selection of PowerPoint slides for review and use by Exam personnel involved in preparing briefing material for Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist Counsel and Exam personnel, including executives, who are involved with and/or oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making determinations as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064714 | MSFOIA_WH064715 | 0.7.72.582806.1 | FOIA-0013845 | FOIA-0013846 | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2009/09/14 | Fred Rapaport | | Spreadsheets prepared by Exam team personnel using 'growth sensitivity version of CIP American model' provided by an IRS contractor. Spreadsheets prepared or modified by Examination personnel for internal use. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH065026 | MSFOIA_WH065074 | 0.7.72.585398.1 | FOIA-0013851 | FOIA-0013899 | PowerPoint | MS cost sharing | 2010/03/01 | Joy Yen | | A selection of PowerPoint slides for review and use by Exam personnel involved in preparing briefing material for Service executives. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The documents being withheld were prepared by components within the agency (including Chief Counsel attorneys and/or Examination personnel) to assist Counsel and Exam personnel, including executives, who are involved with and/or oversee the investigations of the types of transactions that were the subject of focus in plaintiff's audit in making determinations as to how the agency should proceed in the audit. There is nothing on the face of this document to indicate that any recommendations or conclusions contained therein was adopted, directly or indirectly, or incorporated by reference, by any final agency decision maker and it is, therefore, being withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH064870 | MSFOIA_WH064888 | 0.7.72.586294.1 | FOIA-0013902 | FOIA-0013920 | | | | Not indicated on document | Not indicated on document | Worksheets regarding the estimates of acquisition buy-ins for numerous taxpayers prepared by Exam team personnel. Internal draft work paper compiled by the Exam team focusing on information available to date in various audits. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 454 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-11 | Full | MSFOIA_WH064889 | MSFOIA_WH064907 | 0.7.72.586294.2 | FOIA-0013921 | FOIA-0013939 | | | | Not indicated on document | Not indicated on document | Worksheets regarding the estimates of acquisition buy-ins for numerous taxpayers prepared by Exam team personnel. Internal draft work paper compiled by the Exam team focusing on information available to date in various audits. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Certain of the withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. Further, even though certain of this information may be factual material, because the selective process to determine what actions should be taken at proposed times reveals the tactical and strategic thought processes of IRS personnel such that the factual data is bound up with the deliberative discussions of strategy employed by IRS personnel conducting the examination. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-11 | Full | MSFOIA_WH065484 | MSFOIA_WH065581 | 0.7.72.587338.1 | FOIA-0013942 | FOIA-0014039 | Report | Economist Report | 2010/03/17 | Joy Yen | | A draft economist's report submitted for review to Exam team personnel. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). |
| 2017-12 | Part | MSFOIA_WH043907 | MSFOIA_WH043908 | 0.7.72.22321 | 8075 | 8077 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043910 | | 0.7.72.22322 | 8078 | 8078 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043911 | | 0.7.72.22324 | 8079 | 8079 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043912 | | 0.7.72.22327 | 8080 | 8080 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH043913 | | 0.7.72.22328 | 8081 | 8082 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043915 | | 0.7.72.22330 | 8085 | 8086 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043915 | | 0.7.72.22330 | 8085 | 8086 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-12 | Part | MSFOIA_WH043917 | MSFOIA_WH043918 | 0.7.72.22329 | 8083 | 8084 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043917 | | 0.7.72.22329 | 8083 | 8084 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-12 | Part | MSFOIA_WH043919 | | 0.7.72.22331 | 8087 | 8088 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043921 | MSFOIA_WH043922 | 0.7.72.22332 | 8089 | 8090 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043923 | MSFOIA_WH043924 | 0.7.72.22334 | 8091 | 8092 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 456 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH043925 | MSFOIA_WH043927 | 0.7.72.22335 | 8093 | 8095 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043928 | MSFOIA_WH043929 | 0.7.72.22336 | 8096 | 8097 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043930 | MSFOIA_WH043932 | 0.7.72.22337 | 8098 | 8100 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043967 | MSFOIA_WH043971 | 0.7.72.203925 | 8618 | 8622 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH043972 | MSFOIA_WH043973 | 0.7.72.23032 | 8139 | 8140 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination; also discussing third-party taxpayer examination, and sharing teleconference passcodes | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH044104 | MSFOIA_WH044106 | 0.7.72.23613 | 8295 | 8300 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 457 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044153 | | 0.7.72.23504 | 8275 | 8276 | | | | | | Internal case notes, providing preliminary analysis of issues related to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044157 | MSFOIA_WH044158 | 0.7.72.23429 | 8235 | 8237 | | | | | | Activity log, containing handwritten notes of IRS employee detailing thoughts, impressions, and preliminary analysis of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044160 | MSFOIA_WH044161 | 0.7.72.23394 | 8232 | 8233 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044160 | | 0.7.72.23394 | 8232 | 8233 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH044162 | MSFOIA_WH044163 | 0.7.72.23377 | 8226 | 8227 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044162 | | 0.7.72.23377 | 8226 | 8227 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH044164 | | 0.7.72.23483 | 8250 | 8250 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044164 | | 0.7.72.23483 | 8250 | 8250 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH044165 | | 0.7.72.23445 | 8243 | 8243 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 458 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044166 | MSFOIA_WH044167 | 0.7.72.23469 | 8248 | 8249 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of third-party taxpayer examinations and Microsoft examination; also detailing legal advice received from IRS counsel | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or third-party taxpayer examinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-12 | Part | MSFOIA_WH044168 | | 0.7.72.23605 | 8294 | 8294 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination; also detailing legal advice received from IRS counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-12 | Part | MSFOIA_WH044169 | MSFOIA_WH044172 | 0.7.72.23462 | 8244 | 8247 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044173 | MSFOIA_WH044175 | 0.7.72.23571 | 8288 | 8290 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044176 | | 0.7.72.23528 | 8283 | 8283 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination; also email containing discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044177 | MSFOIA_WH044178 | 0.7.72.23500 | 8273 | 8274 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044179 | MSFOIA_WH044182 | 0.7.72.23562 | 8284 | 8287 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 459 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044183 | | 0.7.72.23497 | 8272 | 8272 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044184 | MSFOIA_WH044187 | 0.7.72.23391 | 8228 | 8231 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044214 | MSFOIA_WH044215 | 0.7.72.23591 | 8292 | 8293 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044214 | | 0.7.72.23591 | 8292 | 8293 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH044216 | MSFOIA_WH044221 | 0.7.72.23508 | 8277 | 8282 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044222 | | 0.7.72.23642 | 8324 | 8324 | | | | | | Handwritten notes of IRS employee detailing thoughts, impressions, and discussion of decisions involved in scope, direction, and strategy of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044223 | | 0.7.72.23573 | 8291 | 8291 | | | | | | Calculations and notes of status of contract with respect to Microsoft examination prepared for purpose of discussion of decisions to be made with respect to contract related to Microsoft examination and scope and direction of same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the issues being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044224 | MSFOIA_WH044246 | 0.7.72.23629 | 8301 | 8323 | | | | | | Calculations and notes of status of contract with respect to Microsoft examination, prepared for discussion of decisions to be made with respect to scope and direction of contract; also contains draft of contract, which reflects discussion regarding potential strategy and scope of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the issues being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044247 | | 0.7.72.23442 | 8238 | 8242 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 460 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044250 | MSFOIA_WH044251 | 0.7.72.23442 | 8238 | 8242 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains calculations and notes of status of contract with respect to Microsoft examination, prepared for discussion of decisions to be made with respect to scope and direction of contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044252 | MSFOIA_WH044269 | 0.7.72.23493 | 8254 | 8271 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains calculations and notes of status of contract with respect to Microsoft examination, prepared for discussion of decisions to be made with respect to scope and direction of contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH044517 | MSFOIA_WH044518 | 0.7.72.197616 | 8606 | 8607 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer examination | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044519 | MSFOIA_WH044520 | 0.7.72.198848 | 8613 | 8614 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044519 | | 0.7.72.198848 | 8613 | 8614 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-12 | Part | MSFOIA_WH044656 | | 0.7.72.195291.1 | 8587 | 8587 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-12 | Part | MSFOIA_WH044660 | MSFOIA_WH044661 | 0.7.72.195291.2 | 8591 | 8592 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 461 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044662 | MSFOIA_WH044663 | 0.7.72.195291.3 | 8593 | 8594 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044666 | | 0.7.72.195291.5 | 8596 | 8596 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044668 | | 0.7.72.195291.6 | 8597 | 8598 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044669 | MSFOIA_WH044671 | 0.7.72.195311 | 8600 | 8602 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044696 | | 0.7.72.194595 | 8582 | 8582 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044763 | MSFOIA_WH044764 | 0.7.72.197449 | 8604 | 8605 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 462 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH044765 | | 0.7.72.195298 | 8599 | 8599 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044767 | MSFOIA_WH044768 | 0.7.72.197895 | 8611 | 8612 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044769 | MSFOIA_WH044772 | 0.7.72.194516 | 8578 | 8581 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044773 | | 0.7.72.195278 | 8584 | 8584 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH044775 | | 0.7.72.198918 | 8616 | 8616 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH045317 | MSFOIA_WH045319 | 0.7.72.155419.1 | 8569 | 8572 | | | | | | Discussion regarding decisions to be made with respect to third-party taxpayer examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. |
| 2017-12 | Part | MSFOIA_WH045318 | | 0.7.72.155419.1 | 8569 | 8572 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH045322 | MSFOIA_WH045324 | 0.7.72.193501.1 | 8574 | 8577 | | | | | | Discussion regarding decisions to be made with respect to third-party taxpayer examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH045323 | | 0.7.72.193501.1 | 8574 | 8577 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH045480 | MSFOIA_WH045481 | 0.7.72.206674 | 8623 | 8624 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH045620 | MSFOIA_WH045623 | 0.7.72.116057 | 8557 | 8561 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH045625 | MSFOIA_WH045629 | 0.7.72.114724 | 8550 | 8554 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH045625 | MSFOIA_WH045626 | 0.7.72.114724 | 8550 | 8554 | | | | | | Discussion of third-party taxpayer examinations | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-12 | Part | MSFOIA_WH045630 | MSFOIA_WH045631 | 0.7.72.115994 | 8555 | 8556 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of advice received from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH045632 | MSFOIA_WH045635 | 0.7.72.119636 | 8562 | 8566 | | | | | | Discussion of decisions to be made with respect to third-party taxpayer examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or the issues being examined. |
| 2017-12 | Part | MSFOIA_WH045635 | | 0.7.72.119636 | 8562 | 8566 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of advice received from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 464 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH045638 | MSFOIA_WH045639 | 0.7.72.111686 | 8546 | 8547 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of advice received from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH045640 | MSFOIA_WH045641 | 0.7.72.113173 | 8548 | 8549 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of advice received from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH047644 | MSFOIA_WH047645 | 0.7.72.23009 | 8134 | 8135 | | | | | | Discussion of projected amounts to be spent on contract with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047646 | | 0.7.72.23002 | 8130 | 8130 | | | | | | | NO EXEMPTIONS ASSERTED | |
| 2017-12 | Part | MSFOIA_WH047647 | MSFOIA_WH047649 | 0.7.72.23013 | 8136 | 8138 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047650 | MSFOIA_WH047652 | 0.7.72.22963 | 8104 | 8106 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047655 | MSFOIA_WH047657 | 0.7.72.22962 | 8101 | 8103 | | | | | | Submission to IRS employees of proposal from potential contractor for expert services, detailing contractor's billing schedule and practices | (b)(4) | Billing procedures and schedules of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2017-12 | Part | MSFOIA_WH047658 | MSFOIA_WH047659 | 0.7.72.22972 | 8107 | 8108 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047660 | | 0.7.72.22989 | 8129 | 8129 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047661 | | 0.7.72.22974 | 8109 | 8110 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 465 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH047661 | MSFOIA_WH047662 | 0.7.72.22974 | 8109 | 8110 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047663 | | 0.7.72.22986 | 8111 | 8128 | | | | | | Checksheet of OEP funding request with respect to the Microsoft examination, and discussing preliminary draft documentation with respect to funding request | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the draft documentation being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047664 | MSFOIA_WH047665 | 0.7.72.22986 | 8111 | 8128 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047667 | MSFOIA_WH047674 | 0.7.72.22986 | 8111 | 8128 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and discussing draft document with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the draft being considered. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047675 | | 0.7.72.22986 | 8111 | 8128 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH047676 | MSFOIA_WH047680 | 0.7.72.22986 | 8111 | 8128 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH051655 | MSFOIA_WH051657 | 0.7.72.400035.1 | 8868 | 8871 | | | | | | Submission to IRS employees of proposal from potential contractor for expert services, detailing contractor's billing schedule and practices | (b)(4) | Billing procedures and schedules of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2017-12 | Part | MSFOIA_WH051659 | | 0.7.72.400035.2 | 8872 | 8876 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2017-12 | Part | MSFOIA_WH051667 | MSFOIA_WH051671 | 0.7.72.404757 | 8887 | 8891 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination; also mentions third-party taxpayer | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 466 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH051677 | | 0.7.72.408190 | 8896 | 8896 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051681 | | 0.7.72.396774 | 8855 | 8855 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051699 | MSFOIA_WH051700 | 0.7.72.398436 | 8858 | 8860 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051703 | MSFOIA_WH051705 | 0.7.72.399792 | 8862 | 8864 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051708 | MSFOIA_WH05171 | 0.7.72.404086 | 8882 | 8885 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051713 | MSFOIA_WH051714 | 0.7.72.409699 | 8899 | 8900 | | | | | | Discussion among IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice from Counsel with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 467 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH051715 | MSFOIA_WH051717 | 0.7.72.401371 | 8878 | 8880 | | | | | | Discussion among IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice from Counsel with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH051718 | | 0.7.72.402197 | 8881 | 8881 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH051719 | MSFOIA_WH051721 | 0.7.72.406686 | 8892 | 8895 | | | | | | Discussion among IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice from Counsel with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH052883 | MSFOIA_WH052886 | 0.7.72.220392 | 8626 | 8630 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH052883 | | 0.7.72.220392 | 8626 | 8630 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH053310 | | 0.7.72.267031 | 8660 | 8661 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053313 | MSFOIA_WH053314 | 0.7.72.265016 | 8635 | 8636 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 468 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH053316 | MSFOIA_WH053317 | 0.7.72.267136 | 8663 | 8664 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053318 | MSFOIA_WH053319 | 0.7.72.265380 | 8645 | 8646 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053320 | MSFOIA_WH053321 | 0.7.72.266169 | 8656 | 8658 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053321 | | 0.7.72.266169 | 8656 | 8658 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH053323 | MSFOIA_WH053325 | 0.7.72.266018 | 8650 | 8652 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053326 | MSFOIA_WH053327 | 0.7.72.265340 | 8638 | 8640 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053327 | | 0.7.72.265340 | 8638 | 8640 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH053333 | MSFOIA_WH053336 | 0.7.72.265352 | 8641 | 8644 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053339 | | 0.7.72.266296 | 8659 | 8659 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053340 | | 0.7.72.263993 | 8632 | 8632 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053341 | | 0.7.72.265105 | 8637 | 8637 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053342 | | 0.7.72.265384 | 8647 | 8647 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053343 | | 0.7.72.265384.1 | 8648 | 8648 | | | | | | Case coordination checksheet discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 470 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH053344 | | 0.7.72.265384.2 | 8649 | 8649 | | | | | | Case opening checksheet discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053350 | | 0.7.72.267213 | 8665 | 8665 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053353 | | 0.7.72.265004 | 8633 | 8633 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053358 | | 0.7.72.266141 | 8653 | 8653 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053376 | | 0.7.72.102026 | 8486 | 8486 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues and advice to IRS with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH053377 | | 0.7.72.101929 | 8478 | 8481 | | | | | | handwritten IRS employee note discussing decisions to be made with respect to the Microsoft examination, and containing preliminary thoughts and impressions of the IRS employee | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH053387 | | 0.7.72.101956 | 8482 | 8483 | | | | | | Metadata of files containing notes of interviews, reflecting the significance and extent of these interviews and thereby indicating scope and limitations of exam, and the focus of agency employees' decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 471 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH053922 | | 0.7.72.101636 | 8428 | 8428 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054035 | | 0.7.72.101967 | 8484 | 8484 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of advice received from Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH054036 | | 0.7.72.102012 | 8485 | 8485 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054037 | | 0.7.72.101670 | 8433 | 8433 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054038 | MSFOIA_WH054039 | 0.7.72.102038 | 8487 | 8488 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054040 | | 0.7.72.101792 | 8449 | 8449 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054041 | | 0.7.72.102196 | 8545 | 8545 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054042 | | 0.7.72.101813 | 8467 | 8467 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054043 | MSFOIA_WH054095 | 0.7.72.102084 | 8490 | 8542 | | | | | | Discussion draft of document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH054138 | | 0.7.72.102074 | 8489 | 8489 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054140 | MSFOIA_WH054141 | 0.7.72.101897 | 8471 | 8472 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054142 | | 0.7.72.101674 | 8434 | 8434 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 473 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054143 | MSFOIA_WH054145 | 0.7.72.101838 | 8468 | 8470 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054146 | | 0.7.72.102123 | 8543 | 8543 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054196 | MSFOIA_WH054198 | 0.7.72.101648 | 8429 | 8431 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054220 | | 0.7.72.101658 | 8432 | 8432 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054220 | | 0.7.72.101658 | 8432 | 8432 | | | | | | Discussion of decisions involved in third-party taxpayer examination | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. |
| 2017-12 | Part | MSFOIA_WH054222 | MSFOIA_WH054230 | 0.7.72.101752 | 8439 | 8447 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues to IRS with regard to examination; also contains discussion draft of document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054222 | | 0.7.72.101752 | 8439 | 8447 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 474 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054231 | | 0.7.72.101760 | 8448 | 8448 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys; also contains teleconference access codes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH054240 | MSFOIA_WH054244 | 0.7.72.101899 | 8473 | 8477 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054241 | MSFOIA_WH054243 | 0.7.72.101899 | 8473 | 8477 | | | | | | Attachment to email containing IRS employee's preliminary analysis of issues with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH054261 | MSFOIA_WH054264 | 0.7.72.101706 | 8435 | 8438 | | | | | | Attachment to communication between IRS employee and Chief Counsel attorney containing identification of legal issues discussed by Chief Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054273 | MSFOIA_WH054289 | 0.7.72.101801 | 8450 | 8466 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054290 | | 0.7.72.102185 | 8544 | 8544 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH054525 | MSFOIA_WH054528 | 0.7.72.319963 | 8724 | 8728 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054530 | MSFOIA_WH054533 | 0.7.72.295698 | 8707 | 8710 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054534 | MSFOIA_WH054538 | 0.7.72.282793 | 8666 | 8670 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054539 | MSFOIA_WH054543 | 0.7.72.327172 | 8739 | 8743 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054544 | MSFOIA_WH054546 | 0.7.72.327109 | 8735 | 8738 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054548 | MSFOIA_WH054551 | 0.7.72.292953 | 8698 | 8701 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054552 | MSFOIA_WH054555 | 0.7.72.335719 | 8758 | 8761 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 476 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054556 | MSFOIA_WH054559 | 0.7.72.286892 | 8675 | 8678 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054560 | MSFOIA_WH054563 | 0.7.72.291327 | 8688 | 8692 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054565 | MSFOIA_WH054568 | 0.7.72.332754 | 8753 | 8756 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054599 | MSFOIA_WH054602 | 0.7.72.287102 | 8679 | 8682 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054603 | MSFOIA_WH054606 | 0.7.72.312799 | 8715 | 8718 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054607 | MSFOIA_WH054610 | 0.7.72.332712 | 8749 | 8752 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 477 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054611 | MSFOIA_WH054614 | 0.7.72.301184 | 8711 | 8714 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054615 | MSFOIA_WH054618 | 0.7.72.331570 | 8744 | 8747 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054649 | MSFOIA_WH054652 | 0.7.72.285777 | 8671 | 8674 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054653 | MSFOIA_WH054657 | 0.7.72.340296 | 8762 | 8766 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054658 | MSFOIA_WH054661 | 0.7.72.287325 | 8683 | 8686 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054692 | MSFOIA_WH054696 | 0.7.72.295689 | 8702 | 8706 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 478 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH054697 | MSFOIA_WH054701 | 0.7.72.313004 | 8719 | 8723 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054702 | MSFOIA_WH054706 | 0.7.72.322931 | 8729 | 8733 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH054725 | MSFOIA_WH054729 | 0.7.72.291692 | 8693 | 8697 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056883 | MSFOIA_WH056887 | 0.7.72.363917 | 8773 | 8777 | | | | | | Agent's case activity report of third-party taxpayers and Microsoft, containing details about scope and direction of each examination, and comments and questions regarding same | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH056888 | MSFOIA_WH056889 | 0.7.72.380472 | 8825 | 8826 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056888 | | 0.7.72.380472 | 8825 | 8826 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |
| 2017-12 | Part | MSFOIA_WH056890 | | 0.7.72.375285 | 8793 | 8793 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 479 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH056900 | | 0.7.72.374660 | 8791 | 8792 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056902 | | 0.7.72.380276 | 8823 | 8824 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056904 | MSFOIA_WH056906 | 0.7.72.381857 | 8832 | 8835 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056908 | | 0.7.72.389037 | 8841 | 8841 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056909 | | 0.7.72.381441 | 8827 | 8828 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056941 | | 0.7.72.387052 | 8839 | 8840 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056941 | | 0.7.72.387052 | 8839 | 8840 | | | | | | Identification of third-party taxpayer examination | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 480 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH056943 | MSFOIA_WH056947 | 0.7.72.377189 | 8804 | 8808 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056948 | MSFOIA_WH056949 | 0.7.72.362623 | 8767 | 8769 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056951 | MSFOIA_WH056953 | 0.7.72.377501 | 8809 | 8811 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056954 | MSFOIA_WH056956 | 0.7.72.369654 | 8783 | 8785 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056957 | MSFOIA_WH056960 | 0.7.72.376666 | 8800 | 8803 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056961 | MSFOIA_WH056964 | 0.7.72.364533 | 8778 | 8781 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 481 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH056965 | MSFOIA_WH056966 | 0.7.72.374482 | 8789 | 8790 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056967 | MSFOIA_WH056970 | 0.7.72.378769 | 8815 | 8818 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056971 | | 0.7.72.370996 | 8786 | 8786 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH056972 | | 0.7.72.381722 | 8831 | 8831 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH056974 | MSFOIA_WH056975 | 0.7.72.378923 | 8819 | 8821 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH056987 | MSFOIA_WH056989 | 0.7.72.363877 | 8770 | 8772 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057007 | MSFOIA_WH057012 | 0.7.72.390143 | 8842 | 8848 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 482 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH057014 | MSFOIA_WH057016 | 0.7.72.378649 | 8812 | 8814 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057017 | MSFOIA_WH057019 | 0.7.72.384841 | 8836 | 8838 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057020 | MSFOIA_WH057022 | 0.7.72.375442 | 8797 | 8799 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057223 | MSFOIA_WH057224 | 0.7.72.373768 | 8787 | 8788 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057225 | MSFOIA_WH057226 | 0.7.72.391077 | 8849 | 8850 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH057227 | | 0.7.72.369394 | 8782 | 8782 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 483 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH057255 | MSFOIA_WH057264 | 0.7.72.418524 | 8901 | 8911 | | | | | | Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-12 | Part | MSFOIA_WH057266 | MSFOIA_WH057276 | 0.7.72.418524.1 | 8912 | 8922 | | | | | | Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-12 | Part | MSFOIA_WH058662 | MSFOIA_WH058683 | 0.7.72.23059 | 8154 | 8176 | | | | | | Internal discussion document regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH058684 | | 0.7.72.23059 | 8154 | 8176 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH058696 | MSFOIA_WH058702 | 0.7.72.23054 | 8147 | 8153 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and discussion draft of document shared among agency employees and contractor for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH058711 | | 0.7.72.23052 | 8141 | 8146 | | | | | | Internal IRS employee notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 484 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH061042 | | 0.7.72.451360 | 8940 | 8940 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH061043 | MSFOIA_WH061044 | 0.7.72.446695 | 8927 | 8928 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH061046 | MSFOIA_WH061048 | 0.7.72.468779.1 | 8954 | 8956 | | | | | | Biweekly report, reporting on status of ongoing cases in litigation and pre-litigation involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations and litigation cases of taxpayers; discussing legal theories and involvement of counsel in each of the matters under examination or in litigation | (b)(3)/6103(e)(7); (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2017-12 | Part | MSFOIA_WH061049 | | 0.7.72.452196 | 8941 | 8941 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH061050 | | 0.7.72.441104 | 8923 | 8923 | | | | | | Internal discussion among IRS Chief Counsel attorneys regarding decisions to be made with respect to Microsoft examination, and discussing scope, strategy, and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft document and strategy being considered, or the issues being examined. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH061051 | | 0.7.72.458118 | 8950 | 8950 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 485 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH061071 | MSFOIA_WH061073 | 0.7.72.450044 | 8937 | 8939 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061083 | MSFOIA_WH061085 | 0.7.72.443911 | 8924 | 8926 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061086 | MSFOIA_WH061089 | 0.7.72.452993 | 8942 | 8945 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061090 | MSFOIA_WH061092 | 0.7.72.446852 | 8929 | 8931 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061094 | MSFOIA_WH061096 | 0.7.72.448501 | 8933 | 8935 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061098 | MSFOIA_WH061099 | 0.7.72.467122 | 8951 | 8952 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH061898 | | 0.7.72.23259 | 8206 | 8206 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 486 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH061899 | | 0.7.72.23159 | 8179 | 8179 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061903 | | 0.7.72.23190 | 8188 | 8189 | | | | | | IRS employee's notes discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061957 | MSFOIA_WH061959 | 0.7.72.23166 | 8180 | 8182 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061959 | | 0.7.72.23166 | 8180 | 8182 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061960 | | 0.7.72.23291 | 8212 | 8213 | | | | | | IRS employee's notes discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061960 | | 0.7.72.23291 | 8212 | 8213 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061964 | | 0.7.72.23170 | 8183 | 8184 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061966 | | 0.7.72.23149 | 8178 | 8178 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061967 | MSFOIA_WH061969 | 0.7.72.23264 | 8207 | 8211 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 487 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH061972 | | 0.7.72.23231 | 8198 | 8200 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061975 | | 0.7.72.23321 | 8217 | 8219 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061978 | | 0.7.72.23295 | 8214 | 8216 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061981 | MSFOIA_WH061982 | 0.7.72.23185 | 8185 | 8187 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061984 | MSFOIA_WH061989 | 0.7.72.23225 | 8192 | 8197 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination; also contains teleconference passcodes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH061985 | | 0.7.72.23225 | 8192 | 8197 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH061990 | MSFOIA_WH061993 | 0.7.72.23243 | 8202 | 8205 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH061994 | MSFOIA_WH061995 | 0.7.72.23213 | 8190 | 8191 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH061998 | MSFOIA_WH062001 | 0.7.72.23324 | 8220 | 8223 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys; also contains teleconference access codes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH062035 | MSFOIA_WH062037 | 0.7.72.547765 | 8975 | 8977 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH062069 | | 0.7.72.548354 | 8979 | 8979 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH062221 | | 0.7.72.549770 | 8980 | 8980 | | | | | | Discussion among IRS Chief Counsel attorneys discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 489 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH062626 | MSFOIA_WH062629 | 0.7.72.525673 | 8966 | 8970 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH062630 | | 0.7.72.517774 | 8957 | 8957 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH062648 | | 0.7.72.517995 | 8960 | 8960 | | | | | | Discussion between IRS Chief Counsel attorneys and IRS employees discussing decisions involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH062649 | | 0.7.72.529516 | 8971 | 8971 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and relaying discussions with IRS Chief Counsel attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH062650 | MSFOIA_WH062651 | 0.7.72.529673 | 8972 | 8974 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and discussing communications with IRS Chief Counsel attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH062653 | MSFOIA_WH062656 | 0.7.72.521501 | 8962 | 8965 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, and discussing communications with IRS Chief Counsel attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH062653 | | 0.7.72.521501 | 8962 | 8965 | | | | | | Email discussing decisions to be made about third-party taxpayer examination; also discussing decisions to be made about broader strategic goals with respect to IRS examinations | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 490 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH062816 | MSFOIA_WH062840 | 0.7.72.23710 | 8374 | 8398 | | | | | | Internal notes and communications between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to Microsoft examination; discussions of edits to be made to draft document; notes with respect to communications between IRS Chief Counsel attorneys and IRS employees; teleconference passwords | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH062841 | MSFOIA_WH062859 | 0.7.72.23665 | 8349 | 8367 | | | | | | Internal notes and communications between IRS Chief Counsel attorneys and IRS employees regarding decisions to be made with respect to Microsoft examination; discussion draft of document shared among agency employees and attorneys for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH062860 | MSFOIA_WH062876 | 0.7.72.23728 | 8405 | 8421 | | | | | | Discussion and internal notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH062929 | MSFOIA_WH062933 | 0.7.72.23738 | 8422 | 8426 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH062930 | | 0.7.72.23738 | 8422 | 8426 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2017-12 | Part | MSFOIA_WH062967 | | 0.7.72.23741 | 8427 | 8427 | | | | | | Discussion and internal notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH062968 | MSFOIA_WH062973 | 0.7.72.23705 | 8368 | 8373 | | | | | | Discussion and internal notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH062974 | MSFOIA_WH062979 | 0.7.72.23711 | 8399 | 8404 | | | | | | Discussion and internal notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH063011 | MSFOIA_WH063023 | 0.7.72.23646 | 8325 | 8337 | | | | | | Discussion draft of document related to interview of KPMG shared among contractor for expert services and agency employees for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH063055 | MSFOIA_WH063064 | 0.7.72.23660 | 8338 | 8348 | | | | | | Discussion and internal notes regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067148 | MSFOIA_WH067149 | 0.7.72.574635 | 8994 | 8995 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH067229 | | 0.7.72.579553 | 8996 | 8996 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2017-12 | Part | MSFOIA_WH067308 | | 0.7.72.571128 | 8989 | 8989 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067315 | MSFOIA_WH067316 | 0.7.72.570610 | 8986 | 8987 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067318 | | 0.7.72.583678 | 9001 | 9001 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 492 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017-12 | Part | MSFOIA_WH067329 | | 0.7.72.581404 | 8997 | 8997 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067358 | | 0.7.72.569967 | 8985 | 8985 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067359 | | 0.7.72.582425 | 9000 | 9000 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067360 | MSFOIA_WH067361 | 0.7.72.565099 | 8983 | 8984 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067362 | | 0.7.72.571620 | 8993 | 8993 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including discussion of information shared with attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH067441 | | 0.7.72.197859 | 8608 | 8608 | | | | | | Discussion among IRS Chief Counsel attorneys involved in Microsoft examination, including scope and direction of examination and discussing legal issues with regard to examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2017-12 | Part | MSFOIA_WH067878 | MSFOIA_WH067880 | 0.7.72.23491 | 8251 | 8253 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH070752 | | 0.7.72.396547 | 8851 | 8852 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2017-12 | Part | MSFOIA_WH070752 | | 0.7.72.396547 | 8851 | 8852 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 493 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH042903 | | 0.7.72.84382 | FOIA-0014054 | FOIA-0014055 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH042967 | | 0.7.72.95935 | FOIA-0014059 | FOIA-0014061 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH043004 | | 0.7.72.95587 | FOIA-0014058 | FOIA-0014058 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH043005 | | 0.7.72.82688 | FOIA-0014053 | FOIA-0014053 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH043005 | | 0.7.72.82688 | FOIA-0014053 | FOIA-0014053 | | | | | | Passwords | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH043019 | | 0.7.72.84406 | FOIA-0014056 | FOIA-0014056 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH043705 | | 0.7.72.22311 | FOIA-0014048 | FOIA-0014048 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH045065 | MSFOIA_WH045067 | 0.7.72.151170 | FOIA-0014066 | FOIA-0014068 | | | | | | Discussion about decisions involved in drafting a response to a Congressional inquiry regarding an issue addressed in multiple examinations. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Congressional inquiry response being drafted. |
| 2018-01 | Part | MSFOIA_WH045202 | | 0.7.72.171804 | FOIA-0014071 | FOIA-0014071 | | | | | | Discussion regarding decisions to be made with respect to training examiners to investigate a particular issue | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting various taxpayers' examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 494 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH045436 | | 0.7.72.206999 | FOIA-0014080 | FOIA-0014080 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH045437 | MSFOIA_WH045438 | 0.7.72.207361 | FOIA-0014081 | FOIA-0014082 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048489 | MSFOIA_WH048490 | 0.7.72.403714 | FOIA-0014635 | FOIA-0014636 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048494 | MSFOIA_WH048495 | 0.7.72.401801 | FOIA-0014629 | FOIA-0014630 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH048496 | | 0.7.72.393176 | FOIA-0014535 | FOIA-0014535 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH048502 | MSFOIA_WH048504 | 0.7.72.403178 | FOIA-0014631 | FOIA-0014633 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048508 | MSFOIA_WH048509 | 0.7.72.399793 | FOIA-0014623 | FOIA-0014624 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048511 | | 0.7.72.395405 | FOIA-0014575 | FOIA-0014575 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 495 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH048525 | | 0.7.72.398919 | FOIA-0014614 | FOIA-0014614 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH048543 | | 0.7.72.399647 | FOIA-0014622 | FOIA-0014622 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH048544 | | 0.7.72.403877 | FOIA-0014638 | FOIA-0014639 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH048574 | MSFOIA_WH048575 | 0.7.72.407130 | FOIA-0014660 | FOIA-0014661 | | | | | | Identifying information of taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH048759 | | 0.7.72.395289 | FOIA-0014573 | FOIA-0014574 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048760 | | 0.7.72.404080 | FOIA-0014641 | FOIA-0014641 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH048765 | | 0.7.72.404080.2 | FOIA-0014643 | FOIA-0014644 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048770 | MSFOIA_WH048771 | 0.7.72.393663 | FOIA-0014548 | FOIA-0014549 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 496 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH048836 | | 0.7.72.406132 | FOIA-0014657 | FOIA-0014657 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048836 | | 0.7.72.406132 | FOIA-0014657 | FOIA-0014657 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH048837 | | 0.7.72.393330 | FOIA-0014543 | FOIA-0014543 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048842 | | 0.7.72.391913 | FOIA-0014517 | FOIA-0014518 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048845 | | 0.7.72.397210 | FOIA-0014598 | FOIA-0014598 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048846 | | 0.7.72.393250 | FOIA-0014538 | FOIA-0014539 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination.  Subject line of email reveals the topic of decisions being made. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048849 | MSFOIA_WH048851 | 0.7.72.399054 | FOIA-0014616 | FOIA-0014618 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination.  Subject line of email reveals the topic of decisions being made. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048854 | MSFOIA_WH048855 | 0.7.72.398309 | FOIA-0014610 | FOIA-0014612 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048857 | MSFOIA_WH048859 | 0.7.72.394528 | FOIA-0014566 | FOIA-0014568 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination.  Subject line of email reveals the topic of decisions being made. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 497 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH048874 | | 0.7.72.405376 | FOIA-0014653 | FOIA-0014654 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2018-01 | Part | MSFOIA_WH048896 | | 0.7.72.395451 | FOIA-0014580 | FOIA-0014580 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048897 | | 0.7.72.394508 | FOIA-0014562 | FOIA-0014562 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH048899 | | 0.7.72.398178 | FOIA-0014604 | FOIA-0014605 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH049221 | MSFOIA_WH049222 | 0.7.72.404445 | FOIA-0014647 | FOIA-0014648 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH050119 | | 0.7.72.406158 | FOIA-0014658 | FOIA-0014658 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH050329 | | 0.7.72.395571 | FOIA-0014581 | FOIA-0014581 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH050329 | | 0.7.72.395571 | FOIA-0014581 | FOIA-0014581 | | | | | | Details about employee medical issue | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal medical issues is not outweighed by any public interest in this information |
| 2018-01 | Part | MSFOIA_WH050335 | | 0.7.72.393020 | FOIA-0014531 | FOIA-0014531 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH050335 | | 0.7.72.393020 | FOIA-0014531 | FOIA-0014531 | | | | | | Details about employee medical issue | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal medical issues is not outweighed by any public interest in this information |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 498 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH050815 | MSFOIA_WH050816 | 0.7.72.401339 | FOIA-0014626 | FOIA-0014627 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH050884 | | 0.7.72.391915 | FOIA-0014520 | FOIA-0014520 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH051637 | | 0.7.72.397925 | FOIA-0014603 | FOIA-0014603 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH051638 | | 0.7.72.394665 | FOIA-0014571 | FOIA-0014572 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH051640 | MSFOIA_WH051641 | 0.7.72.405165 | FOIA-0014651 | FOIA-0014652 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH052316 | | 0.7.72.253941 | FOIA-0014260 | FOIA-0014260 | | | | | | Details about employee's personal travel | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel is not outweighed by any public interest in this information |
| 2018-01 | Part | MSFOIA_WH052322 | MSFOIA_WH052324 | 0.7.72.213460.1 | FOIA-0014089 | FOIA-0014091 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052325 | MSFOIA_WH052327 | 0.7.72.213460.2 | FOIA-0014092 | FOIA-0014094 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 499 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH052328 | MSFOIA_WH052330 | 0.7.72.234919 | FOIA-0014236 | FOIA-0014239 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052332 | MSFOIA_WH052336 | 0.7.72.215183 | FOIA-0014107 | FOIA-0014111 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052338 | MSFOIA_WH052342 | 0.7.72.213815.1 | FOIA-0014102 | FOIA-0014106 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052345 | MSFOIA_WH052438 | 0.7.72.226559.1 | FOIA-0014128 | FOIA-0014221 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052439 | MSFOIA_WH052442 | 0.7.72.226559.2 | FOIA-0014222 | FOIA-0014225 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 500 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH052443 | MSFOIA_WH052444 | 0.7.72.231820 | FOIA-0014226 | FOIA-0014227 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052445 | MSFOIA_WH052449 | 0.7.72.231820.1 | FOIA-0014228 | FOIA-0014232 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052450 | MSFOIA_WH052451 | 0.7.72.235536 | FOIA-0014240 | FOIA-0014241 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052452 | MSFOIA_WH052455 | 0.7.72.235536.1 | FOIA-0014242 | FOIA-0014245 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052456 | MSFOIA_WH052459 | 0.7.72.216081 | FOIA-0014112 | FOIA-0014115 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052904 | | 0.7.72.267275 | FOIA-0014271 | FOIA-0014271 | | | | | | Information about examination of taxpayer who is not Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigation being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 501 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH052905 | | 0.7.72.264111 | FOIA-0014263 | FOIA-0014264 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052937 | | 0.7.72.264015 | FOIA-0014262 | FOIA-0014262 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH052937 | | 0.7.72.264015 | FOIA-0014262 | FOIA-0014262 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH052938 | | 0.7.72.266234 | FOIA-0014270 | FOIA-0014270 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054327 | | 0.7.72.268509.1 | FOIA-0014287 | FOIA-0014308 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054481 | MSFOIA_WH054482 | 0.7.72.311249 | FOIA-0014349 | FOIA-0014351 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054514 | MSFOIA_WH054516 | 0.7.72.303999 | FOIA-0014314 | FOIA-0014316 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 502 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH054517 | MSFOIA_WH054520 | 0.7.72.361378 | FOIA-0014409 | FOIA-0014412 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054521 | MSFOIA_WH054524 | 0.7.72.299938 | FOIA-0014310 | FOIA-0014313 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054780 | | 0.7.72.362328 | FOIA-0014413 | FOIA-0014413 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054782 | | 0.7.72.363674 | FOIA-0014415 | FOIA-0014415 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054784 | | 0.7.72.364519 | FOIA-0014419 | FOIA-0014419 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054788 | | 0.7.72.376503 | FOIA-0014476 | FOIA-0014476 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054793 | | 0.7.72.372405 | FOIA-0014445 | FOIA-0014445 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 503 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH054796 | | 0.7.72.373700 | FOIA-0014457 | FOIA-0014457 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054799 | | 0.7.72.366768 | FOIA-0014424 | FOIA-0014424 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054802 | | 0.7.72.377378 | FOIA-0014481 | FOIA-0014481 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054806 | | 0.7.72.373989 | FOIA-0014460 | FOIA-0014460 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054809 | MSFOIA_WH054812 | 0.7.72.371682 | FOIA-0014437 | FOIA-0014440 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054813 | MSFOIA_WH054816 | 0.7.72.370469 | FOIA-0014429 | FOIA-0014432 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054817 | MSFOIA_WH054821 | 0.7.72.384929 | FOIA-0014496 | FOIA-0014500 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 504 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH054822 | MSFOIA_WH054825 | 0.7.72.371680 | FOIA-0014433 | FOIA-0014436 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH054826 | MSFOIA_WH054827 | 0.7.72.365778 | FOIA-0014421 | FOIA-0014422 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054830 | | 0.7.72.381449 | FOIA-0014494 | FOIA-0014495 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054832 | MSFOIA_WH054833 | 0.7.72.372338 | FOIA-0014442 | FOIA-0014444 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054835 | MSFOIA_WH054837 | 0.7.72.373329 | FOIA-0014454 | FOIA-0014456 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054838 | MSFOIA_WH054839 | 0.7.72.376754 | FOIA-0014478 | FOIA-0014479 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054840 | MSFOIA_WH054841 | 0.7.72.369653 | FOIA-0014426 | FOIA-0014428 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054843 | MSFOIA_WH054844 | 0.7.72.378691 | FOIA-0014488 | FOIA-0014489 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH054844 | | 0.7.72.378691 | FOIA-0014488 | FOIA-0014489 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 505 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH054973 | | 0.7.72.375601 | FOIA-0014467 | FOIA-0014467 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH056333 | | 0.7.72.389022 | FOIA-0014510 | FOIA-0014510 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH056374 | MSFOIA_WH056376 | 0.7.72.373123 | FOIA-0014447 | FOIA-0014450 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH056374 | | 0.7.72.373123 | FOIA-0014447 | FOIA-0014450 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH056865 | MSFOIA_WH056866 | 0.7.72.374635 | FOIA-0014465 | FOIA-0014466 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH056867 | MSFOIA_WH056868 | 0.7.72.374035 | FOIA-0014462 | FOIA-0014464 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH056867 | | 0.7.72.374035 | FOIA-0014462 | FOIA-0014464 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-01 | Part | MSFOIA_WH056873 | MSFOIA_WH056877 | 0.7.72.386336 | FOIA-0014501 | FOIA-0014505 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH056874 | | 0.7.72.386336 | FOIA-0014501 | FOIA-0014505 | | | | | | Details about employee's personal travel/vacation/leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 506 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH056881 | | 0.7.72.376759 | FOIA-0014480 | FOIA-0014480 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH056882 | | 0.7.72.372333 | FOIA-0014441 | FOIA-0014441 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH057374 | MSFOIA_WH057444 | 0.7.72.424119 | FOIA-0014695 | FOIA-0014765 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH057445 | MSFOIA_WH057456 | 0.7.72.422834 | FOIA-0014683 | FOIA-0014694 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH057457 | MSFOIA_WH057656 | 0.7.72.424167 | FOIA-0014766 | FOIA-0014965 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH061028 | | 0.7.72.471258 | FOIA-0014980 | FOIA-0014980 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH061029 | | 0.7.72.474065 | FOIA-0014981 | FOIA-0014981 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH061130 | MSFOIA_WH061158 | 0.7.72.508101.1 | FOIA-0015367 | FOIA-0015395 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH061161 | MSFOIA_WH061189 | 0.7.72.488307.1 | FOIA-0015001 | FOIA-0015029 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH061190 | | 0.7.72.513075 | FOIA-0015491 | FOIA-0015492 | | | | | | Name and location of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH061192 | | 0.7.72.492245 | FOIA-0015134 | FOIA-0015135 | | | | | | Location of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH061194 | MSFOIA_WH061222 | 0.7.72.492245.1 | FOIA-0015136 | FOIA-0015164 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH061223 | | 0.7.72.503545 | FOIA-0015267 | FOIA-0015267 | | | | | | Name of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH061223 | | 0.7.72.503545 | FOIA-0015267 | FOIA-0015267 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH061224 | MSFOIA_WH061317 | 0.7.72.503545.1 | FOIA-0015268 | FOIA-0015361 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-01 | Part | MSFOIA_WH061318 | | 0.7.72.496484 | FOIA-0015165 | FOIA-0015165 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-01 | Part | MSFOIA_WH061319 | MSFOIA_WH061412 | 0.7.72.496484.1 | FOIA-0015166 | FOIA-0015259 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-01 | Part | MSFOIA_WH061413 | | 0.7.72.508684 | FOIA-0015396 | FOIA-0015396 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-01 | Part | MSFOIA_WH061414 | MSFOIA_WH061507 | 0.7.72.508684.1 | FOIA-0015397 | FOIA-0015490 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-01 | Part | MSFOIA_WH061508 | | 0.7.72.488705 | FOIA-0015030 | FOIA-0015031 | | | | | | Discussion regarding the drafting of a report regarding assignment of employees to certain enforcement issues. | (b)(5)/Deliberative Process Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the enforcement matters being discussed. |
| 2018-01 | Part | MSFOIA_WH061508 | | 0.7.72.488705 | FOIA-0015030 | FOIA-0015031 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-01 | Part | MSFOIA_WH061510 | MSFOIA_WH061611 | 0.7.72.488705.1 | FOIA-0015032 | FOIA-0015133 | | | | | | Information about various examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-01 | Part | MSFOIA_WH062002 | MSFOIA_WH062004 | 0.7.72.540985 | FOIA-0015493 | FOIA-0015495 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH062657 | | 0.7.72.89880 | FOIA-0014057 | FOIA-0014057 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH062657 | | 0.7.72.89880 | FOIA-0014057 | FOIA-0014057 | | | | | | Password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-01 | Part | MSFOIA_WH064353 | | 0.7.72.568674 | FOIA-0015523 | FOIA-0015524 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 509 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH064360 | | 0.7.72.561574 | FOIA-0015509 | FOIA-0015509 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including description of information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH064369 | | 0.7.72.569126 | FOIA-0015525 | FOIA-0015525 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064372 | MSFOIA_WH064373 | 0.7.72.560799 | FOIA-0015500 | FOIA-0015501 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064379 | MSFOIA_WH064380 | 0.7.72.561202 | FOIA-0015507 | FOIA-0015508 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064381 | MSFOIA_WH064382 | 0.7.72.563476 | FOIA-0015511 | FOIA-0015512 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064384 | | 0.7.72.565951 | FOIA-0015514 | FOIA-0015515 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064385 | | 0.7.72.580587 | FOIA-0015551 | FOIA-0015551 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH064390 | | 0.7.72.580587.2 | FOIA-0015553 | FOIA-0015554 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 510 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH064395 | | 0.7.72.584587 | FOIA-0015569 | FOIA-0015569 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064405 | | 0.7.72.566169 | FOIA-0015516 | FOIA-0015517 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064414 | | 0.7.72.581616 | FOIA-0015557 | FOIA-0015557 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064424 | | 0.7.72.584305 | FOIA-0015568 | FOIA-0015568 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH064425 | | 0.7.72.582383 | FOIA-0015564 | FOIA-0015565 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH064427 | | 0.7.72.560273 | FOIA-0015499 | FOIA-0015499 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064428 | | 0.7.72.561173 | FOIA-0015506 | FOIA-0015506 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064457 | | 0.7.72.583730 | FOIA-0015567 | FOIA-0015567 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 511 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH064458 | | 0.7.72.564802 | FOIA-0015513 | FOIA-0015513 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH064459 | | 0.7.72.587496 | FOIA-0015588 | FOIA-0015588 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH066337 | | 0.7.72.568182 | FOIA-0015520 | FOIA-0015520 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH067011 | MSFOIA_WH067013 | 0.7.72.575559 | FOIA-0015538 | FOIA-0015540 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH067014 | MSFOIA_WH067015 | 0.7.72.575947 | FOIA-0015541 | FOIA-0015543 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH067017 | MSFOIA_WH067018 | 0.7.72.577643 | FOIA-0015544 | FOIA-0015545 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH067068 | | 0.7.72.569732 | FOIA-0015530 | FOIA-0015530 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH078436 | | 0.7.72.22315 | FOIA-0014050 | FOIA-0014050 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 512 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-01 | Part | MSFOIA_WH078438 | MSFOIA_WH078440 | 0.7.72.398248 | FOIA-0014606 | FOIA-0014608 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH078440 | | 0.7.72.398248 | FOIA-0014606 FOIA-0014608 | | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-01 | Part | MSFOIA_WH078445 | MSFOIA_WH078458 | 0.7.72.268330 | FOIA-0014272 | FOIA-0014285 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078461 | MSFOIA_WH078474 | 0.7.72.307297.1 | FOIA-0014335 | FOIA-0014348 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078477 | MSFOIA_WH078490 | 0.7.72.317074.1 | FOIA-0014355 | FOIA-0014368 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078493 | MSFOIA_WH078510 | 0.7.72.350149.1 | FOIA-0014387 | FOIA-0014404 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078513 | MSFOIA_WH078526 | 0.7.72.307280.1 | FOIA-0014319 | FOIA-0014332 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078529 | MSFOIA_WH078542 | 0.7.72.323149.1 | FOIA-0014371 | FOIA-0014384 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078543 | MSFOIA_WH078544 | 0.7.72.378233 | FOIA-0014483 | FOIA-0014484 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-01 | Part | MSFOIA_WH078545 | MSFOIA_WH078546 | 0.7.72.378233.1 | FOIA-0014485 | FOIA-0014487 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-01 | Part | MSFOIA_WH078553 | MSFOIA_WH078566 | 0.7.72.477197.1 | FOIA-0014985 | FOIA-0014998 | | | | | | Information about the examinations of a taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-01 | Part | MSFOIA_WH078567 | | 0.7.72.550318 | FOIA-0015497 FOIA-0015497 | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH042339 | MSFOIA_WH042343 | 0.7.72.94978 | FOIA-0015593 | FOIA-0015621 | | | | | | Memorandum from contractor regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH042344 | MSFOIA_WH042349 | 0.7.72.94978 | FOIA-0015593 | FOIA-0015621 | | | | | | Contractor's resume, including details about work history and personal contact information | (b)(6) and (b)(7)(C) | Private individual's privacy interest in work and education history and contact information outweighs any public interest in this information |
| 2018-02 | Part | MSFOIA_WH042350 | | 0.7.72.94978 | FOIA-0015593 | FOIA-0015621 | | | | | | Contractor's billing schedule | (b)(4) | Billing schedule of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 513 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH042351 | MSFOIA_WH042366 | 0.7.72.94978 | FOIA-0015593 | FOIA-0015621 | | | | | | Presentation describing services provided by contractor, provided to agency to assist with decision regarding whether to hire contractor to assist with decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH043598 | MSFOIA_WH043599 | 0.7.72.84407 | FOIA-0015592 | FOIA-0015592 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH043599 | | 0.7.72.22202 | FOIA-0015589 | FOIA-0015591 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044804 | MSFOIA_WH044805 | 0.7.72.140285 | FOIA-0015629 | FOIA-0015629 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH044807 | | 0.7.72.163266 | FOIA-0015672 | FOIA-0015674 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044810 | MSFOIA_WH044811 | 0.7.72.141625 | FOIA-0015631 | FOIA-0015633 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 514 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH044814 | MSFOIA_WH044816 | 0.7.72.142958 | FOIA-0015637 | FOIA-0015640 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes teleconference passcodes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044823 | MSFOIA_WH044825 | 0.7.72.139227 | FOIA-0015625 | FOIA-0015628 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes teleconference passcodes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044828 | MSFOIA_WH044831 | 0.7.72.176747 | FOIA-0015684 | FOIA-0015688 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes teleconference passcodes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044834 | MSFOIA_WH044837 | 0.7.72.143490 | FOIA-0015641 | FOIA-0015646 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes teleconference passcodes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044840 | | 0.7.72.172321 | FOIA-0015675 | FOIA-0015680 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 515 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH044843 | MSFOIA_WH044844 | 0.7.72.172321 | FOIA-0015675 | FOIA-0015680 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH044846 | | 0.7.72.150358 | FOIA-0015647 | FOIA-0015649 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044848 | MSFOIA_WH044849 | 0.7.72.182389 | FOIA-0015697 | FOIA-0015700 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044852 | MSFOIA_WH044853 | 0.7.72.180345 | FOIA-0015694 | FOIA-0015695 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH044862 | | 0.7.72.161608 | FOIA-0015654 | FOIA-0015654 | | | | | | Names of taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH044960 | MSFOIA_WH044975 | 0.7.72.161608.2 | FOIA-0015656 | FOIA-0015671 | | | | | | Descriptions of issues and status of enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 516 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH044970 | | 0.7.72.150576 | FOIA-0015650 | FOIA-0015652 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH044978 | | 0.7.72.150576 | FOIA-0015650 | FOIA-0015652 | | | | | | Names of taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH045515 | MSFOIA_WH045516 | 0.7.72.113282 | FOIA-0015622 | FOIA-0015623 | | | | | | Discussion of decisions to be made in various enforcement efforts regarding taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the enforcement of tax liability of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the enforcement efforts being discussed. |
| 2018-02 | Part | MSFOIA_WH047697 | | 0.7.72.403791 | FOIA-0016062 | FOIA-0016062 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047722 | | 0.7.72.391878 | FOIA-0015920 | FOIA-0015920 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047724 | MSFOIA_WH047725 | 0.7.72.405250 | FOIA-0016064 | FOIA-0016065 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047736 | MSFOIA_WH047738 | 0.7.72.395621 | FOIA-0015981 | FOIA-0015983 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including description of information to be communicated with attorneys while seeking legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH047749 | | 0.7.72.396341 | FOIA-0015997 | FOIA-0015997 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047778 | MSFOIA_WH047779 | 0.7.72.392561 | FOIA-0015936 | FOIA-0015936 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 517 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH047824 | | 0.7.72.392561 | FOIA-0015936 | FOIA-0015936 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047824 | | 0.7.72.395064 | FOIA-0015976 | FOIA-0015976 | | | | | | Phone number | (b)(6) and (b)(7)(C) | Direct phone number of agency employee whose privacy interest outweighs any public interest in this information |
| 2018-02 | Part | MSFOIA_WH047836 | | 0.7.72.395581 | FOIA-0015979 | FOIA-0015979 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047846 | | 0.7.72.409051 | FOIA-0016067 | FOIA-0016067 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047865 | | 0.7.72.398400 | FOIA-0016032 | FOIA-0016032 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047913 | | 0.7.72.393375 | FOIA-0015938 | FOIA-0015938 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047924 | | 0.7.72.400133 | FOIA-0016050 | FOIA-0016051 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047936 | | 0.7.72.396762 | FOIA-0016002 | FOIA-0016002 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH047944 | | 0.7.72.392328 | FOIA-0015929 | FOIA-0015930 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 518 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH047976 | MSFOIA_WH047979 | 0.7.72.394691 | FOIA-0015969 | FOIA-0015972 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH047991 | MSFOIA_WH047994 | 0.7.72.391566 | FOIA-0015915 | FOIA-0015918 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048006 | MSFOIA_WH048007 | 0.7.72.396246 | FOIA-0015986 | FOIA-0015987 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048043 | MSFOIA_WH048044 | 0.7.72.396246.8 | FOIA-0015995 | FOIA-0015996 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048045 | MSFOIA_WH048046 | 0.7.72.392010 | FOIA-0015922 | FOIA-0015924 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048063 | MSFOIA_WH048065 | 0.7.72.399742 | FOIA-0016043 | FOIA-0016046 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048067 | MSFOIA_WH048068 | 0.7.72.403220 | FOIA-0016058 | FOIA-0016060 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 519 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH048090 | MSFOIA_WH048092 | 0.7.72.397398 | FOIA-0016024 | FOIA-0016026 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048108 | MSFOIA_WH048109 | 0.7.72.398144 | FOIA-0016028 | FOIA-0016030 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048163 | MSFOIA_WH048164 | 0.7.72.396831 | FOIA-0016008 | FOIA-0016009 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048213 | MSFOIA_WH048214 | 0.7.72.396831.10 | FOIA-0016019 | FOIA-0016020 | | | | | | Emails among revenue agents and agency attorneys from August and September of 2007, discussing decisions to be made regarding possible expert services contractors to hire for assistance with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048227 | | 0.7.72.394676 | FOIA-0015968 | FOIA-0015968 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH048231 | | 0.7.72.391348 | FOIA-0015900 | FOIA-0015901 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048302 | | 0.7.72.400009 | FOIA-0016049 | FOIA-0016049 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 520 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH048303 | | 0.7.72.396818 | FOIA-0016006 | FOIA-0016006 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048304 | MSFOIA_WH048305 | 0.7.72.393633 | FOIA-0015944 | FOIA-0015946 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048313 | | 0.7.72.393445 | FOIA-0015942 | FOIA-0015943 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048371 | | 0.7.72.393445 | FOIA-0015942 | FOIA-0015943 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048372 | | 0.7.72.394117 | FOIA-0015948 | FOIA-0015948 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048391 | | 0.7.72.402268 | FOIA-0016057 | FOIA-0016057 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH048392 | | 0.7.72.396826 | FOIA-0016007 | FOIA-0016007 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 521 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH048393 | | 0.7.72.391686 | FOIA-0015919 | FOIA-0015919 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048399 | | 0.7.72.394456 | FOIA-0015965 | FOIA-0015965 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH048408 | | 0.7.72.394234 | FOIA-0015950 | FOIA-0015950 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH048412 | | 0.7.72.399600 | FOIA-0016040 | FOIA-0016040 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH048450 | MSFOIA_WH048451 | 0.7.72.401125 | FOIA-0016055 | FOIA-0016056 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048484 | | 0.7.72.395108 | FOIA-0015978 | FOIA-0015978 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH048485 | | 0.7.72.400005 | FOIA-0016047 | FOIA-0016047 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH052000 | MSFOIA_WH052008 | 0.7.72.218856 | FOIA-0015713 | FOIA-0015721 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 522 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052005 | | 0.7.72.250301 | FOIA-0015834 | FOIA-0015834 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052060 | | 0.7.72.250301.2 | FOIA-0015836 | FOIA-0015845 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-02 | Part | MSFOIA_WH052066 | | 0.7.72.251806 | FOIA-0015846 | FOIA-0015846 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052071 | MSFOIA_WH052072 | 0.7.72.251806.1 | FOIA-0015847 | FOIA-0015848 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052073 | MSFOIA_WH052074 | 0.7.72.228678 | FOIA-0015731 | FOIA-0015732 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052077 | MSFOIA_WH052086 | 0.7.72.228678.1 | FOIA-0015733 | FOIA-0015742 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in developing, drafting, and implementing agency guidance related to enforcement efforts being pursued against various taxpayers. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 523 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052087 | MSFOIA_WH052089 | 0.7.72.228678.2 | FOIA-0015743 | FOIA-0015745 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052090 | MSFOIA_WH052092 | 0.7.72.228678.3 | FOIA-0015746 | FOIA-0015748 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052093 | | 0.7.72.238930 | FOIA-0015757 | FOIA-0015757 | | | | | | Name of taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH052106 | MSFOIA_WH052116 | 0.7.72.238930.2 | FOIA-0015759 | FOIA-0015769 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-02 | Part | MSFOIA_WH052113 | | 0.7.72.245610 | FOIA-0015797 | FOIA-0015797 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052118 | | 0.7.72.240649 | FOIA-0015773 | FOIA-0015773 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052122 | MSFOIA_WH052134 | 0.7.72.240649.1 | FOIA-0015774 | FOIA-0015786 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 524 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052130 | | 0.7.72.250257 | FOIA-0015828 | FOIA-0015828 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103.<br>Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations.<br>Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052136 | MSFOIA_WH052138 | 0.7.72.250257.1 | FOIA-0015829 | FOIA-0015831 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103.<br>Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations.<br>Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052139 | MSFOIA_WH052140 | 0.7.72.229656 | FOIA-0015749 | FOIA-0015749 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103.<br>Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations.<br>Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052163 | | 0.7.72.235660 | FOIA-0015754 | FOIA-0015756 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability.<br>Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH052166 | | 0.7.72.213482 | FOIA-0015703 | FOIA-0015705 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.<br>Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination.<br>Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency.<br>Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability.<br>Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 525 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052169 | | 0.7.72.242364 | FOIA-0015787 | FOIA-0015789 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH052173 | | 0.7.72.242364 | FOIA-0015787 | FOIA-0015789 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH052175 | | 0.7.72.231074 | FOIA-0015751 | FOIA-0015753 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH052178 | MSFOIA_WH052179 | 0.7.72.218815 | FOIA-0015709 | FOIA-0015712 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 526 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052182 | MSFOIA_WH052183 | 0.7.72.240444 | FOIA-0015770 | FOIA-0015771 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH052187 | | 0.7.72.240444 | FOIA-0015770 | FOIA-0015771 | | | | | | Names of taxpayers who are not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH052273 | MSFOIA_WH052288 | 0.7.72.248561 | FOIA-0015812 | FOIA-0015827 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-02 | Part | MSFOIA_WH052283 | | 0.7.72.245917 | FOIA-0015801 | FOIA-0015801 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052290 | MSFOIA_WH052292 | 0.7.72.245917.1 | FOIA-0015802 | FOIA-0015804 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052293 | MSFOIA_WH052295 | 0.7.72.221226 | FOIA-0015722 | FOIA-0015722 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 527 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH052297 | MSFOIA_WH052299 | 0.7.72.221226.1 | FOIA-0015723 | FOIA-0015725 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052300 | MSFOIA_WH052302 | 0.7.72.265460 | FOIA-0015849 | FOIA-0015849 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH052898 | | 0.7.72.273181 | FOIA-0015880 | FOIA-0015880 | | | | | | Details about contractor's proposed fees for various services and for various phases of the proposed work. Describes various phases of the Microsoft exam. | (b)(4); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Proposed fees of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH054296 | | 0.7.72.270449 | FOIA-0015857 | FOIA-0015857 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH054310 | MSFOIA_WH054325 | 0.7.72.270449.1 | FOIA-0015858 | FOIA-0015873 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH054367 | | 0.7.72.365714 | FOIA-0015885 | FOIA-0015885 | | | | | | Information about various examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-02 | Part | MSFOIA_WH054735 | | 0.7.72.381743 | FOIA-0015896 | FOIA-0015896 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 528 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH054736 | | 0.7.72.378373 | FOIA-0015890 | FOIA-0015890 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH054767 | MSFOIA_WH054768 | 0.7.72.386371 | FOIA-0015897 | FOIA-0015899 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH054770 | | 0.7.72.380385 | FOIA-0015892 | FOIA-0015892 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH057320 | MSFOIA_WH057324 | 0.7.72.469728 | FOIA-0016111 | FOIA-0016111 | | | | | | Details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. |
| 2018-02 | Part | MSFOIA_WH058735 | MSFOIA_WH058737 | 0.7.72.450016 | FOIA-0016094 | FOIA-0016094 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH058758 | MSFOIA_WH058760 | 0.7.72.450016.8 | FOIA-0016102 | FOIA-0016104 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 529 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH058761 | MSFOIA_WH058763 | 0.7.72.443215 | FOIA-0016076 | FOIA-0016076 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH058783 | MSFOIA_WH058785 | 0.7.72.443215.7 | FOIA-0016083 | FOIA-0016085 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH058786 | MSFOIA_WH058788 | 0.7.72.443215.8 | FOIA-0016086 | FOIA-0016088 | | | | | | Discussions of issues and decisions involved in the Microsoft examination, and discussion of issues and decisions involved in developing and drafting agency guidance and in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH061100 | | 0.7.72.504278 | FOIA-0016135 | FOIA-0016135 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH061123 | MSFOIA_WH061125 | 0.7.72.502488 | FOIA-0016130 | FOIA-0016134 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 530 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH063095 | | 0.7.72.532409 | FOIA-0016137 | FOIA-0016138 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064100 | | 0.7.72.586664 | FOIA-0016265 | FOIA-0016266 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064102 | | 0.7.72.564072 | FOIA-0016143 | FOIA-0016143 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064103 | MSFOIA_WH064104 | 0.7.72.582423 | FOIA-0016244 | FOIA-0016244 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064116 | | 0.7.72.566804 | FOIA-0016145 | FOIA-0016145 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064127 | | 0.7.72.572037 | FOIA-0016214 | FOIA-0016215 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064129 | | 0.7.72.569717 | FOIA-0016201 | FOIA-0016202 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 531 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH064141 | | 0.7.72.580833 | FOIA-0016234 | FOIA-0016235 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information that was later communicated with attorneys. Also includes comment about an employee's job performance. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Agency employee's privacy interest in information about job performance is not outweighed by any public interest in this information Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH064148 | | 0.7.72.580833 | FOIA-0016234 | FOIA-0016235 | | | | | | Details about employee's personal leave plans | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2018-02 | Part | MSFOIA_WH064149 | MSFOIA_WH064156 | 0.7.72.580833.1 | FOIA-0016236 | FOIA-0016243 | | | | | | Descriptions of issues and status of decisions involved in the Microsoft examination, and details about enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064157 | MSFOIA_WH064160 | 0.7.72.561561 | FOIA-0016139 | FOIA-0016142 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064161 | MSFOIA_WH064163 | 0.7.72.571893 | FOIA-0016208 | FOIA-0016211 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH064165 | MSFOIA_WH064167 | 0.7.72.573722 | FOIA-0016221 | FOIA-0016224 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH064170 | | 0.7.72.575024 | FOIA-0016226 | FOIA-0016226 | | | | | | Name of taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH064186 | | 0.7.72.575024.2 | FOIA-0016228 | FOIA-0016228 | | | | | | Information about various examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-02 | Part | MSFOIA_WH064187 | | 0.7.72.566973 | FOIA-0016147 | FOIA-0016147 | | | | | | Information about examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 532 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH064188 | | 0.7.72.566973.1 | FOIA-0016148 | FOIA-0016148 | | | | | | Information about various examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-02 | Part | MSFOIA_WH064204 | | 0.7.72.566973.3 | FOIA-0016150 | FOIA-0016150 | | | | | | Information about various examinations of taxpayers who are not Microsoft | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-02 | Part | MSFOIA_WH064211 | | 0.7.72.576829 | FOIA-0016231 | FOIA-0016231 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064237 | | 0.7.72.572918 | FOIA-0016219 | FOIA-0016219 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064238 | | 0.7.72.569268.1 | FOIA-0016170 | FOIA-0016198 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064287 | | 0.7.72.573024 | FOIA-0016220 | FOIA-0016220 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064288 | MSFOIA_WH064289 | 0.7.72.586259 | FOIA-0016263 | FOIA-0016264 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064290 | | 0.7.72.567374 | FOIA-0016151 | FOIA-0016151 | | | | | | Information identifying candidates being considered for possible expert services contract to assist with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064304 | MSFOIA_WH064319 | 0.7.72.584458 | FOIA-0016246 | FOIA-0016246 | | | | | | Names of taxpayers other than Microsoft and various details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |
| 2018-02 | Part | MSFOIA_WH064321 | MSFOIA_WH064336 | 0.7.72.584458.1 | FOIA-0016247 | FOIA-0016262 | | | | | | Names of taxpayers other than Microsoft and various details about their examinations. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH064337 | | 0.7.72.572878 | FOIA-0016216 | FOIA-0016217 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064345 | | 0.7.72.565418 | FOIA-0016144 | FOIA-0016144 | | | | | | Information identifying candidates being considered for possible expert services contract to assist with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH064346 | | 0.7.72.568850 | FOIA-0016168 | FOIA-0016168 | | | | | | Information identifying candidates being considered for possible expert services contract to assist with the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH067390 | MSFOIA_WH067395 | 0.7.72.194463 | FOIA-0014073 | FOIA-0014078 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including legal advice provided by agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH067459 | | 0.7.72.213322 | FOIA-0014083 | FOIA-0014083 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067460 | MSFOIA_WH067461 | 0.7.72.213322.1 | FOIA-0014084 | FOIA-0014085 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067462 | | 0.7.72.213432 | FOIA-0014086 | FOIA-0014086 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067491 | | 0.7.72.216510 | FOIA-0014116 | FOIA-0014116 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 534 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH067492 | MSFOIA_WH067493 | 0.7.72.216510.1 | FOIA-0014117 | FOIA-0014118 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067494 | MSFOIA_WH067495 | 0.7.72.218833 | FOIA-0014119 | FOIA-0014120 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes teleconference passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067523 | | 0.7.72.22245 | FOIA-0014043 | FOIA-0014043 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067872 | MSFOIA_WH067873 | 0.7.72.223814 | FOIA-0014122 | FOIA-0014124 | | | | | | Names of taxpayers other than Microsoft and various details about efforts to enforce their tax liability; personal details about an employee's family. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Agency employee's privacy interest in information about family is not outweighed by any public interest in this information |
| 2018-02 | Part | MSFOIA_WH067875 | | 0.7.72.231846 | FOIA-0014233 | FOIA-0014233 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH067876 | MSFOIA_WH067877 | 0.7.72.231846.1 | FOIA-0014234 | FOIA-0014235 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 535 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH067881 | MSFOIA_WH067882 | 0.7.72.252417 | FOIA-0014246 | FOIA-0014247 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH068000 | | 0.7.72.264394 | FOIA-0014267 | | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH068908 | MSFOIA_WH068911 | 0.7.72.359981 | FOIA-0014405 | FOIA-0014408 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH069173 | | 0.7.72.376069 | FOIA-0014472 | FOIA-0014472 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH069174 | MSFOIA_WH069175 | 0.7.72.376069.2 | FOIA-0014474 | FOIA-0014475 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH069311 | MSFOIA_WH069312 | 0.7.72.386438 | FOIA-0014506 | FOIA-0014507 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 536 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH069522 | | 0.7.72.391345 | FOIA-0014513 | FOIA-0014513 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH069527 | | 0.7.72.391550 | FOIA-0014515 | FOIA-0014515 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH069529 | | 0.7.72.392183 | FOIA-0014523 | FOIA-0014523 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2018-02 | Part | MSFOIA_WH069654 | | 0.7.72.392438 | FOIA-0014525 | FOIA-0014525 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH069871 | | 0.7.72.393463 | FOIA-0014544 | FOIA-0014544 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH070031 | | 0.7.72.393484 | FOIA-0014546 | FOIA-0014546 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential liability. |
| 2018-02 | Part | MSFOIA_WH070080 | | 0.7.72.393807 | FOIA-0014553 | FOIA-0014553 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH070169 | | 0.7.72.394395 | FOIA-0014556 | FOIA-0014556 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 537 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH070265 | | 0.7.72.394448 | FOIA-0014558 | FOIA-0014560 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH070266 | | 0.7.72.394448 | FOIA-0014558 | FOIA-0014560 | | | | | | Name of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH070269 | | 0.7.72.394551 | FOIA-0014569 | FOIA-0014569 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH070513 | | 0.7.72.396463 | FOIA-0014583 | FOIA-0014583 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH070612 | | 0.7.72.396471 | FOIA-0014585 | FOIA-0014585 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH070706 | | 0.7.72.396538 | FOIA-0014587 | FOIA-0014587 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH070829 | | 0.7.72.397065 | FOIA-0014593 | FOIA-0014594 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 538 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH071266 | | 0.7.72.399379 | FOIA-0014620 | FOIA-0014620 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2018-02 | Part | MSFOIA_WH071406 | | 0.7.72.405583 | FOIA-0014655 | FOIA-0014655 | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH071453 | | 0.7.72.408948 | FOIA-0014677 | FOIA-0014677 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH071598 | | 0.7.72.446980 | FOIA-0014976 | FOIA-0014977 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2018-02 | Part | MSFOIA_WH071606 | | 0.7.72.446980 | FOIA-0014976 | FOIA-0014977 | | | | | | Information about the examination of a taxpayer who is not Microsoft | (b)(3)/6103(a) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2018-02 | Part | MSFOIA_WH071607 | | 0.7.72.463747 | FOIA-0014978 | FOIA-0014978 | | | | | | Teleconference passcode; details about employee's personal leave plans | (b)(7)(E); (b)(6) and (b)(7)(C) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. Agency employee's privacy interest in information about personal leave is not outweighed by any public interest in this information |
| 2018-02 | Part | MSFOIA_WH071710 | | 0.7.72.498563 | FOIA-0015260 | FOIA-0015260 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH071711 | MSFOIA_WH071712 | 0.7.72.498563.1 | FOIA-0015261 | FOIA-0015262 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 539 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH071713 | MSFOIA_WH071714 | 0.7.72.502209 | FOIA-0015263 | FOIA-0015264 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files and teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes or to eavesdrop on internal agency discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH071715 | MSFOIA_WH071716 | 0.7.72.502209.1 | FOIA-0015265 | FOIA-0015266 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH071717 | | 0.7.72.507313 | FOIA-0015362 | FOIA-0015362 | | | | | | Teleconference passcode | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH071718 | | 0.7.72.507313.1 | FOIA-0015363 | FOIA-0015364 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH075714 | | 0.7.72.569237 | FOIA-0015527 | FOIA-0015527 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and password for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH075761 | MSFOIA_WH075762 | 0.7.72.570050 | FOIA-0015535 | FOIA-0015536 | | | | | | Discussion regarding decisions to be made with respect to the Microsoft examination, including information communicated with attorneys. Includes password for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 540 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-02 | Part | MSFOIA_WH075857 | MSFOIA_WH075858 | 0.7.72.581643.1 | FOIA-0015562 | FOIA-0015563 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and passwords for electronic files. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH075859 | | 0.7.72.583385 | FOIA-0015566 | FOIA-0015566 | | | | | | Topics of certain decisions to be made with respect to the Microsoft examination, and password for teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2018-02 | Part | MSFOIA_WH075860 | | 0.7.72.585500 | FOIA-0015578 | | | | | | | Topic of certain decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000001 | MSFOIA_WH000003 | 0.7.72.23476 | | | Email | [Withheld, because disclosing this detail would thwart exemptions] | 2/8/2011 | William McCarthy | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Cathy Goodson | Internal agency communication with comments concerning certain issues being examined, including comments provided by government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Communicates the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000004 | MSFOIA_WH000007 | 0.7.72.23496 | | | Handwritten notes, excerpt of draft expert report | None provided on document | 2/23/2011 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting internal discussions among examiners and attorneys regarding legal position and course of action with respect to issues in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Communicates the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000055 | MSFOIA_WH000096 | 0.7.72.23643 | | | Draft NOPA | None provided on document | 2/22/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a NOPA. This document is watermarked "Draft." | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000097 | MSFOIA_WH000137 | 0.7.72.23488 | | | Draft NOPA | None provided on document | 10/25/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a NOPA with handwritten comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 541 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000138 | MSFOIA_WH000142 | 0.7.72.23595 | | | Handwritten notes | None provided on document | 3/9/2009 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting preliminary thoughts and impressions about interview with Microsoft employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000143 | MSFOIA_WH000143 | 0.7.72.23372 | | | Handwritten notes | None provided on document | 2/27/2009 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting preliminary thoughts and impressions about interview with Microsoft employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000144 | MSFOIA_WH000146 | 0.7.72.23619 | | | Handwritten notes | None provided on document | 3/12/2009 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting preliminary thoughts and impressions about interview with Microsoft employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000147 | MSFOIA_WH000149 | 0.7.72.23520 | | | Handwritten Notes | None provided on document | 3/11/2009 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting preliminary thoughts and impressions about interview with Microsoft employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000150 | MSFOIA_WH000152 | 0.7.72.23439 | | | Handwritten notes | None provided on document | 3/11/2009 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting preliminary thoughts and impressions about interview with Microsoft employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000153 | MSFOIA_WH000153 | 0.7.72.23534 | | | Email | Briefing Teleconference | 10/6/2009 | Marty Walker | Charles Davis | Internal discussion among IRS employees regarding decisions and actions related to the examination, and describing advice sought from agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Describes a request for legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000154 | MSFOIA_WH000156 | 0.7.72.23531 | | | Handwritten notes | None provided on document | 7/7/2011 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting internal discussions among examiners and attorneys regarding legal position and course of action with respect to issues in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000159 | MSFOIA_WH000172 | 0.7.72.23376 | | | Handwritten notes, PowerPoint with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 11/6/2007 | Charles Davis | Not indicated on document | Examiner's handwritten notes on presentation slides regarding an issue being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 542 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000192 | MSFOIA_WH000205 | 0.7.72.23440 | | | Handwritten notes, PowerPoint presentation with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 2/6/2008 | Charles Davis | Not indicated on document | Examiner's handwritten notes on presentation slides regarding an issue being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000214 | MSFOIA_WH000221 | 0.7.72.23441 | | | Handwritten Notes, presentation | [Withheld, because disclosing this detail would thwart exemptions] | 1/25/2010 | Charles Davis | Not indicated on document | Examiner's handwritten notes on presentation slides regarding an issue being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000222 | MSFOIA_WH000231 | 0.7.72.23570 | | | Handwritten notes | None provided on document | 9/1/2010 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about interviews of Microsoft personnel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000232 | MSFOIA_WH000235 | 0.7.72.23380 | | | Handwritten notes | Preliminary audit plan meeting | 6/14/2007 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000236 | MSFOIA_WH000238 | 0.7.72.23602 | | | Handwritten notes | None provided on document | 9/10/2007 | Not indicated on document | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about presentation on background on international issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000239 | MSFOIA_WH000244 | 0.7.72.23505 | | | Word, handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 10/23/2007 | Not indicated on document | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about meeting among examiners and agency attorneys regarding outside experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Describes requests for legal advice from, and advice provided by, government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000245 | MSFOIA_WH000248 | 0.7.72.23536 | | | Handwritten notes | None provided on document | 4/3/2008 | Not indicated on document | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about meeting among examiners and agency attorneys regarding outside experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Describes requests for legal advice from, and advice provided by, government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000249 | MSFOIA_WH000251 | 0.7.72.23487 | | | Handwritten notes | None provided on document | 8/7/2008 | Charles Davis | Not indicated on document | Handwritten notes of examiner reflecting thoughts and impressions about international issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 543 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000252 | MSFOIA_WH000254 | 0.7.72.23525 | | | Word, email | Tier 1 & Tier 2 Issues | 5/1/2007 | Fred Rapaport; Douglas Odell | Charles Astleford, Peter Orth, Fred Rapaport | Documents created to communicate analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000255 | MSFOIA_WH000256 | 0.7.72.23609 | | | Word | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/29/2012 | Charles Astleford | Not indicated on document | Examiner's summary of thoughts and impressions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000257 | MSFOIA_WH000259 | 0.7.72.23458 | | | Word Table | Microsoft Corporation, Preliminary List of Issues | 3/29/2012 | Charles Astleford | Not indicated on document | Examiner's thoughts and impressions regarding preliminary list of issues being examined | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000260 | MSFOIA_WH000260 | 0.7.72.23499 | | | Form | Examiner's Risk Analysis Worksheet | 8/25/2008 | Cheryl Potop-Jackson | Charles Davis | Examiner's thoughts and impressions regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000261 | MSFOIA_WH000263 | 0.7.72.23544 | | | Spreadsheet | MS Initial Risk Analysis | 10/17/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's thoughts and impressions regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000264 | MSFOIA_WH000267 | 0.7.72.23393 | | | Spreadsheet | MS Initial Risk Analysis | 7/30/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's thoughts and impressions regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000268 | MSFOIA_WH000268 | 0.7.72.23418 | | | Form | Examiner's Risk Analysis Worksheet | 11/27/2007 | Cheryl Potop-Jackson | Charles Davis | Examiner's thoughts and impressions regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000269 | MSFOIA_WH000269 | 0.7.72.23633 | | | Spreadsheet | Updated Audit Analysis | 4/15/2009 | Cheryl Potop-Jackson | Charles Davis | Examiner's list of certain issues, comments on those issues, and description of resource allocation and timelines for work on those issues. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource limitations of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, direction, and resource limitations on the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 544 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000270 | MSFOIA_WH000271 | 0.7.72.23586 | | | Email | More on your plate | 4/27/2007 | Charles Astleford | Fred Rapaport | Internal agency communication with extensive comments about certain issues being examined, communicated as part of the examination planning process | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000272 | MSFOIA_WH000274 | 0.7.72.23607 | | | Handwritten notes | None provided on document | 7/13/2011 | Not indicated on document | Not indicated on document | Notes from call with examiners and Chief Counsel attorneys regarding examination issues being developed | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Communicates the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000275 | MSFOIA_WH000278 | 0.7.72.23479 | | | Handwritten notes | None provided on document | 7/11/2011 | Charles Davis | Not indicated on document | Notes from call with examiners and Chief Counsel attorneys regarding examination issues being developed | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000279 | MSFOIA_WH000279 | 0.7.72.23507 | | | Handwritten notes | None provided on document | 10/23/2007 | Charles Davis | Not indicated on document | Examiner's handwritten notes from telephone conference discussing acquisition of certain resources to assist with certain exam issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000326 | MSFOIA_WH000327 | 0.7.72.23638 | | | Memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/11 to 9/30/11 | 6/1/2011 | Cheryl Potop-Jackson | Maria Hwang; Marty Walker; | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000328 | MSFOIA_WH000328 | 0.7.72.23415 | | | Handwritten notes | None provided on document | 5/26/2011 | Cheryl Potop-Jackson | Not indicated on document | Notes from meeting with examiners and counsel re: planning timeline for rebuttal and protest, and describing the thoughts and impressions of examiners and attorneys with respect to certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000329 | MSFOIA_WH000331 | 0.7.72.23567 | | | Handwritten notes | None provided on document | 5/20/2011 | Cheryl Potop-Jackson | Not indicated on document | Notes from May 20, 2011 conference call with exam team regarding extension of due date for protest, including thoughts and impressions of examiners regarding proposed positions to be taken by the agency with respect to certain issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 545 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000335 | MSFOIA_WH000338 | 0.7.72.23754 | | | Excel printout with handwritten notes | None provided on document | 5/25/2012 | Cathy Goodson | Not indicated on document | Workpapers and handwritten notes regarding Americas Cost Sharing Agreements with handwritten notes by counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000339 | MSFOIA_WH000341 | 0.7.72.23751 | | | Word; handwritten notes | Agenda - Meeting with DFO | 9/17/2009 | handwritten notes by Cathy Goodson | Not indicated on document | Agenda and handwritten notes from meeting among examiners and ageny attorneys regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000342 | MSFOIA_WH000342 | 0.7.72.23745 | | | Handwritten notes | None provided on document | 12/9/2009 | Cathy Goodson | Not indicated on document | Notes reflecting thoughts and impressions of ageny attorney regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000343 | MSFOIA_WH000343 | 0.7.72.23750 | | | Handwritten notes | None provided on document | 12/16/2009 | Cathy Goodson | Not indicated on document | Notes reflecting thoughts and impressions of ageny attorney regarding certain issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000344 | MSFOIA_WH000368 | 0.7.72.23747 | | | Draft Rebuttal | [Withheld, because disclosing this detail would thwart exemptions] | 8/2/2011 | Not indicated on document | Not indicated on document | Draft rebuttal to Microsoft protest, with handwritten comments and edits reflecting thoughts and impressions of a Chief Counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000369 | MSFOIA_WH000397 | 0.7.72.23752 | | | Draft memo with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 9/1/2011 | Cathy Goodson | Not indicated on document | Draft rebuttal to Microsoft protest, with handwritten comments and edits reflecting thoughts and impressions of a Chief Counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 546 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000398 | MSFOIA_WH000443 | 0.7.72.23746 | | | Email and Draft NOPA | [Withheld, because disclosing this detail would thwart exemptions] | 2/4/2011 | William McCarthy | Paul Weibel, Charles Davisand Cathy Goodson; | Email re: draft NOPA and a draft NOPA re: Americas buy-in with handwritten editing and comments reflecting thoughts and impressions of a Chief Counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000444 | MSFOIA_WH000486 | 0.7.72.23749 | | | Draft NOPA | None provided on document | 5/25/2012 | Not indicated on document | Not indicated on document | Draft NOPA re: Americas buy-in with handwritten editing and comments reflecting thoughts and impressions of a Chief Counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000487 | MSFOIA_WH000490 | 0.7.72.23756 | | | Handwritten notes | None provided on document | 7/2/2011 | Cathy Goodson | Not indicated on document | Notes from meeting with examiners and counsel, describing their thoughts and impressions regarding certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000491 | MSFOIA_WH000532 | 0.7.72.23757 | | | Draft report with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 5/25/2012 | Ceteris; Cathy Goodson (notes) | Not indicated on document | Discussion draft response to Americas Protest, with handwritten notes to communicate thoughts and impressions of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000533 | MSFOIA_WH000568 | 0.7.72.23753 | | | Draft report with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 5/25/2012 | Ceteris; Cathy Goodson (notes) | Not indicated on document | Discussion draft Ceteris Response to APAC Protest, with handwritten notes to communicate thoughts and impressions of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000569 | MSFOIA_WH000571 | 0.7.72.23790 | | | Handwritten notes | None provided on document | 10/19/2010 | Melissa Hilty | Not indicated on document | Notes from an internal examiners' meeting reflecting preliminary thoughts about decisions to be made regarding issues under examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000572 | MSFOIA_WH000639 | 0.7.72.23791 | | | Draft expert report with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 9/24/2009 | Melissa Hilty (notes) | Not indicated on document | Discussion draft of expert's report, with handwritten notes to communicate thoughts and impressions of ageny attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000640 | MSFOIA_WH000646 | 0.7.72.23784 | | | Fax w/ highlighting | None provided on document | 11/19/2010 | Paul Weibel (original fax); Melissa Hilty (mark-ups) | Melissa Hilty and William McCarthy | Pages from examination workpapers appearing to be draft analysis, with questions directed to Counsel from examiner Paul Weibel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects request for advice from attorneys who are providing legal advice to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000647 | MSFOIA_WH000647 | 0.7.72.23785 | | | Handwritten notes | None provided on document | 5/30/2012 | Melissa Hilty | Not indicated on document | Handwritten notes of agency attorney regarding analysis of certain transactions under examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000648 | MSFOIA_WH000649 | 0.7.72.23797 | | | Handwritten notes | None provided on document | 12/16/2010 | Melissa Hilty | Not indicated on document | Handwritten notes of agency attorney from a meeting about the drafting of Microsoft NOPAs | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000650 | MSFOIA_WH000652 | 0.7.72.23801 | | | Handwritten notes | None provided on document | 11/17/2010 | Melissa Hilty | Not indicated on document | Handwritten notes of agency attorney from a meeting with examiners and contractor regarding preliminary analysis of transactions under examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000653 | MSFOIA_WH000655 | 0.7.72.23786 | | | Handwritten notes | None provided on document | 11/9/2010 | Melissa Hilty | Not indicated on document | Handwritten notes of agency attorney from a meeting with examiners regarding preliminary analysis of transactions under examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 548 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000656 | MSFOIA_WH000658 | 0.7.72.23788 | | | handwritten notes | None provided on document | 11/4/2010 | Melissa Hilty | Not indicated on document | Handwritten notes of agency attorney from a meeting with examiners and attorneys regarding preliminary analysis of transactions under examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000659 | MSFOIA_WH000660 | 0.7.72.23796 | | | Email | Microsoft - Tough decisions ahead | 10/15/2010 | William McCarthy | Cathy Goodson; Shannon Cohen; Melissa Hilty | Discussion of decisions to be made in the Microsoft examination, including preliminary thoughts and impressions of agency attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000661 | MSFOIA_WH000758 | 0.7.72.23803 | | | Draft expert memo with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/20/2010 | Ceteris; Melissa Hilty (notes) | Not indicated on document | Discussion draft of expert report, with handwritten mark-up and margin notes from agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000759 | MSFOIA_WH000851 | 0.7.72.23802 | | | Draft expert report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2010 | Ceteris; Melissa Hilty (notes) | Not indicated on document | Discussion draft of expert report, with handwritten mark-up and margin notes from agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000852 | MSFOIA_WH000854 | 0.7.72.23800 | | | Memo with handwritten notations | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/5/2010 | Melissa Hilty (notes) | Not indicated on document | Examiners' workpaper summarizing preliminary discussions with agency attorneys regarding transactions and issues being examined, and showing additional handwritten notes and comments of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000855 | MSFOIA_WH000858 | 0.7.72.23793 | | | Excerpt from Draft expert report w/comments | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2010 | Ceteris | Not indicated on document | Excerpt of discussion draft of expert report, with comments reflecting thoughts of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 549 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000859 | MSFOIA_WH000860 | 0.7.72.23799 | | | Court document with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/30/2012 | Melissa Hilty (notes) | Not indicated on document | Excerpt from case law with handwritten comments reflecting thoughts of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000861 | MSFOIA_WH000863 | 0.7.72.23787 | | | Document with handwritten notes | [Withheld, because disclosing this detail would thwart exemptions] | 5/30/2012 | Melissa Hilty (notes) | Not indicated on document | Excerpt from IRS regulations with handwritten comments reflecting thoughts of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000864 | MSFOIA_WH000883 | 0.7.72.23795 | | | Draft memo with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy (original memo); Melissa Hilty (notes) | Associate Chief Counsel (International) (original memo) | Copy of a discussion draft of a memo requesting legal advice from agency attorneys; with handwritten notes reflecting the thoughts and impressions of another agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000884 | MSFOIA_WH000886 | 0.7.72.23769 | | | Handwritten notes | None provided on document | 4/23/2008 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing Microsoft buy-in issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000887 | MSFOIA_WH000888 | 0.7.72.23771 | | | Memo (exhibit) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/11/2012 | Michelle Korbas (handwriting) | Not indicated on document | Discussion draft of exhibit to be included in memo requesting legal advice on transaction of interest in Microsoft examination, with handwritten notations by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000889 | MSFOIA_WH000895 | 0.7.72.23778 | | | Email and typed notes | Microsoft Concall - E-mail 4/1/08 | 4/1/2008 | Michelle Korbas | Not indicated on document | Typed notes of agency attorney reflecting decisions discussed and other thoughts and impressions following a meeting to discuss a specific issue being examined.  Attached to the notes is a copy of an Email scheduling the meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 550 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000896 | MSFOIA_WH000903 | 0.7.72.23764 | | | Handwritten note by Michelle Korbas | MS | 10/27/2008 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000907 | MSFOIA_WH000928 | 0.7.72.23782 | | | Agreement with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/27/2008 | Microsoft (containing handwritten notes by Michelle Korbas) | Not indicated on document | Document from Microsoft containing extensive handwritten markup and comments by agency attorney providing advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000929 | MSFOIA_WH000951 | 0.7.72.23783 | | | Copy of taxpayer document with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/27/2008 | Microsoft (containing handwritten notes by Michelle Korbas) | Not indicated on document | Document from Microsoft containing extensive handwritten markup and comments by agency attorney providing advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000952 | MSFOIA_WH000972 | 0.7.72.23776 | | | APAC CSA contract with handwritten notes by Michelle Korbas | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/27/2008 | Microsoft (containing handwritten notes by Michelle Korbas) | Not indicated on document | Document from Microsoft containing extensive handwritten markup and comments by agency attorney providing advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH000973 | MSFOIA_WH001001 | 0.7.72.23775 | | | Copy of taxpayer document with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/27/2008 | Microsoft (containing handwritten notes by Michelle Korbas) | Not indicated on document | Document from Microsoft containing extensive handwritten markup and comments by agency attorney providing advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001002 | MSFOIA_WH001008 | 0.7.72.23772 | | | Handwritten Notes | MS | 3/11/2008 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 551 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001009 | MSFOIA_WH001011 | 0.7.72.23774 | | | Handwritten Notes | MS | 4/23/2008 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001012 | MSFOIA_WH001018 | 0.7.72.23781 | | | Handwritten Notes | MS | 3/11/2008 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001027 | MSFOIA_WH001029 | 0.7.72.23777 | | | Handwritten Notes | None provided on document | 10/25/2007 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001030 | | 0.7.72.23763 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/7/2007 | William McCarthy | Laurel Robinson, Michelle Korbas, Robert Geraghty | Discussion of decisions involved in Microsoft examiation issues such as buy ins, outside expert, etc., and describing advice to be requested from Counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the content of requests for legal advice from agency attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001031 | | 0.7.72.23763 | | | Email with handwritten notes | FW: CTM Bi-Weekly for 7/14/11 | 7/15/2011 | Mary Wynne (original email); handwritten notes from Michelle Korbas | Patricia Chaback, Maria Hwang, Kim Orlowski, Gloria Sullivan, Stephen Moore, Kathleen Follis, Lavena Williams, Laurel Robinson, Ewan Purkiss, Michelle Korbas | Discussion of decisions involved in Microsoft examiation issues such as buy ins, outside expert, etc., and describing advice to be requested from Counsel. Includes handwritten notes of Counsel attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the content of requests for legal advice from agency attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001032 | | 0.7.72.23763 | | | Spreadsheet | Maria Hwang Briefing 18-February-2010 | 2/18/2010 | Not indicated on document | Not indicated on document | Spreadsheet from executive briefing about transfer price anlysis, drafted for consideration by Microsoft examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 552 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001033 | MSFOIA_WH001043 | 0.7.72.23779 | | | Handwritten notes | None provided on document | 9/16/2009 | Michelle Korbas | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues, including legal theories and case development | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001044 | MSFOIA_WH001045 | 0.7.72.23780 | | | email with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2008 | Paul Weibel | Michelle Korbas; Fred Rapaport; William McCarthy; Caroline Chen; Laurel Robinson | Internal agency communication with comments concerning issues being examined, including comments provided by government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001046 | MSFOIA_WH001066 | 0.7.72.23766 | | | Draft PowerPoint | XYZ Corp. | 5/29/2008 | Joy Yen & Michael Aarstol (original presentation); Michelle Korbas (handwriting) | Not indicated on document | Presentation created to communicate audit considerations and strategy, for use by examination team in making decisions regarding issues under examination, and containing handwritten notations of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001067 | MSFOIA_WH001073 | 0.7.72.23768 | | | PowerPoint with handwritten annotations | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/5/2008 | Joy Yen & Michael Aarstol (original presentation); Michelle Korbas (handwriting) | Not indicated on document | Presentation created to communicate audit considerations and strategy, for use by examination team in making decisions regarding issues under examination, and containing handwritten notations of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001074 | MSFOIA_WH001076 | 0.7.72.23773 | | | Email with handwritten annotations | FW: cost sharing case | 2/8/2010 | Joy Yen | Michelle Korbas; Jon Tamaki; Nancy Bronson; | Discussion among examination team involving decisions o be made with respect to analysis of certain issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001077 | MSFOIA_WH001095 | 0.7.72.23767 | | | Draft memo with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy (original memo); Michelle Korbas (notes) | Associate Chief Counsel (International) (original memo) | Copy of a discussion draft of a memo requesting legal advice from agency attorneys; with handwritten notes reflecting the thoughts and impressions of another agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 553 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001096 | MSFOIA_WH001109 | 0.7.72.101849 | | | Email | Assistance Requested - [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/16/2009 | William McCarthy; Michelle Korbas (notes) | Douglas Odell | Discussion among agency attorneys and examiners regarding issues being examined. Includes handwritten annotation and highlights by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001110 | MSFOIA_WH001116 | 0.7.72.101970 | | | Email | Assistance Requested - [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/26/2009 | Douglas Odell; Michelle Korbas (notes) | Michelle Korbas, William McCarthy, Caroline Chen, Rex Lee, Kenneth Christman, Julie Fields, Paul Weibel, Alton White, Fred Rapaport, Julie Fields, Paul Weibel, Alton White, Fred Rapaport; | Discussion among agency attorneys and examiners regarding issues being examined. Includes handwritten annotations by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001117 | MSFOIA_WH001118 | 0.7.72.101624 | | | Email | Post Contract Award Conference with Outside Expert | 8/21/2008 | William McCarthy | Paul Weibel, Charles Davis | Discussion among examination team, including agency attorneys, regarding draft documents describing examination issues being discussed with expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001120 | MSFOIA_WH001120 | 0.7.72.102063 | | | Email | Expert Search | 4/18/2008 | William McCarthy | Paul Weibel, Cheryl Potop-Jackson, Charles Davis | Discussion among examiners and agency attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001121 | MSFOIA_WH001124 | 0.7.72.102179 | | | Email with Handwritten Notes | Follow-up to Discussion on Wednesday | 4/11/2008 | Paul Weibel (Email), William McCarthy (Notes) | Michael Aarstol, William McCarthy | Discussion among examiners and agency attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001125 | MSFOIA_WH001125 | 0.7.72.101969 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2008 | Marikay Lee-Martinez | William McCarthy, Rick Hosler | Discussion among agency employees and attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 554 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001126 | MSFOIA_WH001126 | 0.7.72.101993 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/17/2008 | Thomas Vidano | William McCarthy; | Discussion among agency employees and attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001127 | MSFOIA_WH001127 | 0.7.72.102052 | | | Email with Handwritten Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/9/2008 | Paul Weibel (Email), William McCarthy (Notes) | William McCarthy | Discussion among agency employee and attorney regarding selection of various decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001128 | MSFOIA_WH001128 | 0.7.72.102140 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2008 | William McCarthy | Thomas Vidano | Discussion among agency attorneys regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001129 | MSFOIA_WH001129 | 0.7.72.101655 | | | Handwritten Notes | None provided on document | 2/21/2013 | William McCarthy | Not indicated on document | Agency attorney's handwritten notes memorializing advice provided to examiners to aid with decisions involved in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001130 | MSFOIA_WH001130 | 0.7.72.102006 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/18/2008 | Danielle Dold | William McCarthy | Discussion among agency attorneys regarding decisions involved in selection of various expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001131 | MSFOIA_WH001131 | 0.7.72.101675 | | | Email with Handwritten Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2008 | William McCarthy | Anne Hintermeister | Discussion among agency attorneys regarding decisions involved in selection of various potential expert services contractors, with additional handwritten comments reflecting additional thoughts and impressions of attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 555 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001132 | MSFOIA_WH001132 | 0.7.72.101959 | | | Email | Outside Experts | 2/7/2008 | Paul Weibel | Alton White, Charles Davis, JoAnn Cutler, William McCarthy, Cheryl Potop-Jackson, Michael Aarstol | Discussion among agency employees and attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with attorneys to solicit advice to assist IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001133 | MSFOIA_WH001135 | 0.7.72.101819 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/12/2008 | Paul Weibel | William McCarthy, Michael Aarstol, Charles Davis, Alton White; | Discussion among agency employees and attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with attorneys to solicit advice to assist IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001137 | MSFOIA_WH001142 | 0.7.72.101837 | | | C.V. with Handwritten Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Bio & C.V. of potential expert services contractor being considered by examination team, with handwritten notes of attorney communicating thoughts and impressions to aid examination team in decisionmaking | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001143 | MSFOIA_WH001143 | 0.7.72.101699 | | | Email | Re: Contract | 2/15/2008 | Michael Aarstol | Paul Weibel, Charles Davis, Alton White, William McCarthy, JoAnn Cutler, Cheryl Potop-Jackson; | Discussion among agency employees and attorney regarding decisions involving selection of various potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with attorneys to solicit advice to assist IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001144 | MSFOIA_WH001146 | 0.7.72.102192 | | | Email | Today's IMT Call | 4/1/2008 | Cheryl Potop-Jackson | Matthew Hartman, Charles Davis, Alton White, Paul Weibel, William McCarthy, Douglas Odell, Fred Rapaport, Michael Aarstol, Joy Yen, Cheryl Potop-Jackson; | Email and attached notes memorializing issues and decisions in the Microsoft examination that were discussed during a conference call among the examination team and agency attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001147 | MSFOIA_WH001149 | 0.7.72.102137 | | | Email with Handwritten Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/10/2008 | Paul Weibel | William McCarthy, Fred Rapaport, Douglas Odell; | Email discussing draft IDR, and attached discussion draft IDR, with attorney's handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001154 | MSFOIA_WH001157 | 0.7.72.102083 | | | Email with Attachments | RE: Planning? | 6/2/2008 | William McCarthy | Paul Weibel | Email discussing draft IDR, and attached discussion draft IDR, with attorney's handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001162 | MSFOIA_WH001169 | 0.7.72.102032 | | | Email | None provided on document | 6/26/2008 | Paul Weibel | William McCarthy, Charles Davis, Cheryl Potop-Jackson, Joy Yen, Alton White, J. Ryan, Fred Rapaport, Michael Aarstol; | Email and attached notes memorializing issues and decisions in the Microsoft examination that were discussed during a conference call among the examination team and agency attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001172 | MSFOIA_WH001175 | 0.7.72.102049 | | | Email | RE: IDR's | 6/11/2008 | William McCarthy | Paul Weibel, Fred Rapaport, Robert Geraghty | Email discussing decisions involved in drafting IDR, and attached discussion draft IDR | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001177 | MSFOIA_WH001177 | 0.7.72.102126 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/15/2008 | Julie Fields | William McCarthy | Discussion among agency attorneys regarding decisions involved in the examination and in the use of expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001178 | MSFOIA_WH001178 | 0.7.72.101746 | | | Email | FW: Contract | 2/15/2008 | William McCarthy | Michelle Korbas, Julie Fields | Discussion among examiners and agency attorneys regarding decisions involved in selection of potential expert services contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001180 | MSFOIA_WH001180 | 0.7.72.101808 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/26/2008 | Fred Rapaport | Michael Aarstol, Joy Yen, William McCarthy, Paul Weibel, Alton White | Discussion among examiners and agency attorneys regarding a transaction being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 557 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001181 | MSFOIA_WH001181 | 0.7.72.101678 | | | Email | 1st Response | 2/26/2008 | Paul Weibel | William McCarthy, Joy Yen, Michael Aarstol, Alton White | Discussion among examiners and agency attorney regarding decision involving selection of expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with agency attorney to solicit legal advice to assist IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001182 | MSFOIA_WH001216 | 0.7.72.101690 | | | Handwritten Notes | MS Conf. | 11/6/2007 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit, and copy of conference presentation reflecting attorney's handwritten notes and comments | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001217 | MSFOIA_WH001224 | 0.7.72.101922 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/27/2008 | William McCarthy | Fred Rapaport | Email discussing decisions involved in drafting IDR, attached discussion draft language for IDR reflecting attorney's handwritten notes, and attached news article exchanged for consideration by examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001225 | MSFOIA_WH001224 | 0.7.72.101753 | | | Handwritten Notes | None provided on document | 10/25/2007 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during call with another attorney about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001226 | MSFOIA_WH001226 | 0.7.72.102181 | | | Email | Requests for Legal Advice | 10/9/2007 | William McCarthy | Paul Weibel, Robert Geraghty | Discussion of legal theories and decisions with respect to an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001227 | MSFOIA_WH001228 | 0.7.72.101975 | | | Email | Recommendation for Outside Assistance | 10/18/2007 | Paul Weibel | William McCarthy | Discussion of draft legal recommendations from agency attorneys regarding decisions involved in hiring expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 558 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001229 | MSFOIA_WH001229 | 0.7.72.101841 | | | Email | Requests for Legal Advice | 10/9/2007 | Paul Weibel | William McCarthy, Cheryl Potop-Jackson, Alton White, Fred Rapaport; | Discussion of draft legal recommendations from agency attorneys regarding decisions involved in hiring expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001230 | MSFOIA_WH001232 | 0.7.72.102001 | | | Email and attached spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/18/2007 | Paul Weibel | Jon Tamaki, JoAnn Cutler, William McCarthy, Joy Yen, Michael Aarstol, Alton White, Charles Davis, Cheryl Potop-Jackson, Ahmad Shahshahani, Fred Rapaport | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with agency attorney with the purpose of soliciting legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001233 | MSFOIA_WH001233 | 0.7.72.101828 | | | Email | RE: Requests for Legal Advice | 10/9/2007 | Paul Weibel | William McCarthy | Discussion of legal theories and decisions with respect to an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001234 | MSFOIA_WH001236 | 0.7.72.101747 | | | Handwritten Notes | None provided on document | 9/27/2007 | William McCarthy | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues, including legal theories and case development | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001237 | MSFOIA_WH001237 | 0.7.72.102080 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/27/2007 | William McCarthy | Robert Geraghty | Discussion of legal issues and decisions involved in the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001238 | MSFOIA_WH001239 | 0.7.72.101745 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/18/2007 | Paul Weibel | Jon Tamaki, JoAnn Cutler, William McCarthy, Joy Yen, Michael Aarstol, Alton White, Charles Davis, Cheryl Potop-Jackson, Ahmad Shahshahani, Fred Rapaport; | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 559 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001240 | | 0.7.72.101745 | | | Email | Outside Expert List (Rev) | 9/27/2007 | Paul Weibel | William McCarthy | Discussion among agency employee and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001241 | MSFOIA_WH001242 | 0.7.72.102028 | | | Email with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/28/2007 | Cheryl Potop-Jackson | William McCarthy, Paul Weibel | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor, and handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001243 | MSFOIA_WH001244 | 0.7.72.102113 | | | Email | RE: Teleconference | 9/14/2007 | Paul Weibel | Joy Yen, Jon Tamaki, JoAnn Cutler, William McCarthy, Alton White, Fred Rapaport, Michael Aarstol, Ahmad Shahshahani, Charles Davis, Cheryl Potop-Jackson; | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001245 | MSFOIA_WH001246 | 0.7.72.101823 | | | Email | RE: Teleconference | 9/13/2007 | William McCarthy | Paul Weibel | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001247 | MSFOIA_WH001247 | 0.7.72.102182 | | | Email | FW: Additional Possibility | 8/30/2007 | Paul Weibel | Ahmad Shahshahani, Charles Davis, Cheryl Potop-Jackson, Joy Yen, Michael Aarstol, William McCarthy | Discussion among agency employees and attorney regarding decisions involving selection of potential expert services contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001248 | MSFOIA_WH001248 | 0.7.72.102205 | | | Handwritten Notes | None provided on document | 8/30/2007 | William McCarthy | Not indicated on document | Handwritten notes of agency attorney reflecting thoughts and impressions from meeting discussing decisions to be made with respect to certain Microsoft examination issues | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 560 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001249 | MSFOIA_WH001253 | 0.7.72.101771 | | | Memo with handwritten notes | IDR Process | 8/23/2007 | Craig Nakano (memo); William McCarthy (notes) | Charles Davis | Internal memorandum among examiners discussing IDR procedures used during the Microsoft examination, shared with agency attorney to solicit legal advice, and showing handwritten notes of agency attorney reflecting thoughts and impressions pertinent to legal analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001260 | MSFOIA_WH001260 | 0.7.72.102150 | | | Email | Re: Service of Summons | 8/24/2007 | Cheryl Potop-Jackson | William McCarthy, Charles Davis | Legal advice regarding service of summons, provided by agency attorney, and discussion of decisions to be made with respect to service of summons in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001263 | MSFOIA_WH001267 | 0.7.72.101660 | | | Email | Travel Voucher for 03/06/2009 to 03/13/2009 | 4/9/2009 | Kellie Summers | William McCarthy | Internal communication about availability of employee travel resources for Microsoft examination, and attached voucher form reflecting resources allocated to examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001268 | MSFOIA_WH001269 | 0.7.72.102078 | | | Email | Travel Voucher for William McCarthy 03/06/2009 to 03/13/2009 | 4/6/2009 | William McCarthy | Kellie Summers, Marie Hopkins | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001270 | MSFOIA_WH001275 | 0.7.72.102071 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing extensive handwritten comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001276 | MSFOIA_WH001286 | 0.7.72.101621 | | | PowerPoint with handwritten note | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing extensive handwritten comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 561 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001287 | MSFOIA_WH001289 | 0.7.72.101610 | | | Meeting Agenda | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | William McCarthy (notes) | Not indicated on document | Discussion draft of proposed questions for interview with Microsoft employee, provided to agency attorney to solicit legal advice, and containing extensive handwritten markup and comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001290 | MSFOIA_WH001307 | 0.7.72.101707 | | | Memo | Trip Report - Singapore Microsoft Audit [remaining portion withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/3/2008 | M.E. Burkhart, Christopher Smith | Charles Davis, Nanette Hamilton, Charles Adelberg | Extensive and detailed internal discussion of issues and transactions being examined, and summary & analysis of information provided by taxpayer during interviews and tour of taxpayer facilities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001326 | MSFOIA_WH001326 | 0.7.72.101682 | | | PowerPoint slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document; Notes - William McCarthy | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001327 | MSFOIA_WH001327 | 0.7.72.102031 | | | Email | Travel Voucher for William McCarthy 03/06/2009 to 03/13/2009 | 4/2/2009 | Kellie Summers | William McCarthy, Marie Hopkins | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001328 | MSFOIA_WH001329 | 0.7.72.101672 | | | Email and Handwritten Notes | Singapore Trip | 3/23/2009 | William McCarthy | Marie Hopkins, Cathy Goodson | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination, and handwritten notes of attorney reflecting thoughts and impressions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001330 | MSFOIA_WH001330 | 0.7.72.101848 | | | Email | RE: Singapore Trip | 3/23/2009 | Cathy Goodson | William McCarthy, Marie Hopkins | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001331 | MSFOIA_WH001333 | 0.7.72.101851 | | | Email | FW: Foreign Travel - Manual Travel Voucher Preparation | 3/24/2009 | Paul Weibel | Charles Davis, William McCarthy, Joy Yen | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 562 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001334 | MSFOIA_WH001337 | 0.7.72.101696 | | | Travel Authorization Form | Manual Travel Authorization | 2/5/2009 | William McCarthy | Not indicated on document | Internal form communicating information to inform decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001338 | MSFOIA_WH001338 | 0.7.72.101864 | | | Email | RE: Singapore Trip | 3/4/2009 | C. Weems | William McCarthy | Internal communication about allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001339 | MSFOIA_WH001342 | 0.7.72.102125 | | | Email with Handwritten Notes | Reservation Correction Sheraton Reservation #[Withheld - (b)(6) and (b)(7)(C)] | 2/4/2009 | Paul Weibel | William McCarthy | Internal communication about allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001343 | MSFOIA_WH001343 | 0.7.72.101606 | | | Email | AUTHORIZATION# FOR WILLIAM A MCCARTHY | 2/19/2009 | Teresa Cox | Barbara Leonard, William McCarthy, Carlos Weems | Internal communication about allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001344 | MSFOIA_WH001347 | 0.7.72.102005 | | | Travel Voucher Form | Travel Voucher | Not Dated | William McCarthy | Not indicated on document | Unsigned draft of internal communication about allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001348 | MSFOIA_WH001351 | 0.7.72.101997 | | | Travel Authorization Form | Travel Authorization | 2/17/2009 | William McCarthy | Not indicated on document | Internal communication about availability of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001352 | MSFOIA_WH001357 | 0.7.72.102019 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001358 | MSFOIA_WH001362 | 0.7.72.101854 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | "February 2009" | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten comments by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001363 | MSFOIA_WH001367 | 0.7.72.102033 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten annotation by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001368 | MSFOIA_WH001377 | 0.7.72.101840 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten annotation by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001378 | MSFOIA_WH001383 | 0.7.72.101874 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | "February 2009" | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten annotation by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001384 | MSFOIA_WH001393 | 0.7.72.101884 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten annotation by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001394 | MSFOIA_WH001404 | 0.7.72.102200 | | | PowerPoint Slides | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]; William McCarthy (notes) | Not indicated on document | Document from Microsoft provided by exam team to agency attorney to solicit legal advice, and containing handwritten annotation by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001413 | MSFOIA_WH001413 | 0.7.72.101603 | | | Checklist | March '09 Trip | Not Dated | William McCarthy | Not indicated on document | Internal agency record describing employee travel and compensation, and allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans and compensation is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 564 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001414 | | 0.7.72.101700 | | | Email | Fw: McCarthy Travel Form | 2/20/2009 | Barbara Leonard | Laurel Robinson, William McCarthy, Cathy Goodson | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001415 | MSFOIA_WH001418 | 0.7.72.101700 | | | Travel Authorization Form | Manual Travel Authorization | 2/13/2009 | William McCarthy | Not indicated on document | Internal form communicating information to inform decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001419 | MSFOIA_WH001423 | 0.7.72.101700 | | | Memo | Funding Request | 1/22/2009 | Charles Davis | Maria Hwang, Alton White | Discussion of decisions regarding issues being examined, allocation of resources for Microsoft examination, and describing prospective travel of agency employees and contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employees' and contractors' privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001424 | MSFOIA_WH001424 | 0.7.72.102146 | | | Handwritten Notes | None provided on document | 3/4/2009 | William McCarthy | Not indicated on document | Notes describing aspects of employee's travel plans, including credit card information | (b)(2); (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Government credit card information relates solely to the internal personnel practices of the agency. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001425 | MSFOIA_WH001429 | 0.7.72.101681 | | | Email and attached form | Travel Form 13635 - William McCarthy | 2/17/2009 | Laurel Robinson | Johanna Jones, William McCarthy, Cathy Goodson, Barbara Leonard | Internal communication about availability of employee travel resources for Microsoft examination, and attached authorization form reflecting resources allocated to examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001430 | MSFOIA_WH001433 | 0.7.72.102070 | | | Draft Travel Authorization Form | Manual Travel Authorization | Not Dated | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001434 | MSFOIA_WH001437 | 0.7.72.101996 | | | Draft Travel Authorization Form | Manual Travel Authorization | Not Dated | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination, with handwritten annotations of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 565 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001438 | | 0.7.72.101904 | | | Email | RE: Trip Costs | 2/6/2009 | Paul Weibel | William McCarthy | Discussion involving availability of resources for Microsoft examination and decisions involved in resource allocation, specifically, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001439 | MSFOIA_WH001442 | 0.7.72.101904 | | | Travel Authorization Form | Manual Travel Authorization | 2/4/2009 | Paul Weibel | Not indicated on document | Form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001443 | MSFOIA_WH001446 | 0.7.72.102034 | | | Draft Travel Authorization Form | Manual Travel Authorization | 2/5/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001447 | MSFOIA_WH001456 | 0.7.72.101926 | | | Email and attached unsigned draft travel voucher and authorization forms | RE: Singapore Trip | 2/4/2009 | Carlos Weems | William McCarthy | Discussion of decisions regarding issues being examined, allocation of resources for Microsoft examination, and describing prospective travel of agency employees and contractor, including unsigned discussion drafts of authorization forms | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employees' and contractors' privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001457 | MSFOIA_WH001457 | 0.7.72.101878 | | | Email | Trip (CC Memo) | 2/5/2009 | William McCarthy | Paul Weibel | Discussion of decisions regarding allocation of employee travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001458 | MSFOIA_WH001458 | 0.7.72.102017 | | | Handwritten Notes | None provided on document | 1/30/2009 | William McCarthy | Not indicated on document | Notes regarding availability of resources for Microsoft examination, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001459 | MSFOIA_WH001459 | 0.7.72.101725 | | | Handwritten Notes | None provided on document | 2/9/2009 | William McCarthy | Not indicated on document | Notes regarding availability of resources for Microsoft examination, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001460 | MSFOIA_WH001460 | 0.7.72.102193 | | | Handwritten Notes | None provided on document | 2/9/2009 | William McCarthy | Not indicated on document | Notes regarding availability of resources for Microsoft examination, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 566 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001461 | MSFOIA_WH001462 | 0.7.72.102122 | | | Email | FW: Your Reservation Confirmation | 2/5/2009 | Paul Weibel | William McCarthy | Details regarding allocation of employee travel resources for Microsoft examination, and attached document providing precise details and costs of employee travel | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001463 | MSFOIA_WH001470 | 0.7.72.101868 | | | Email | FW: Trip | 2/3/2009 | Paul Weibel | William McCarthy | Discussion regarding decisions involved in resource allocation, specifically, regarding travel to be undertaken by member of examination team; and attached unsigned draft forms communicating information about employee travel plans | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001471 | MSFOIA_WH001471 | 0.7.72.101736 | | | Email | Trip (CC Memo) | 2/6/2009 | Paul Weibel | William McCarthy | Discussion regarding decisions involved in resource allocation, specifically, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001472 | MSFOIA_WH001472 | 0.7.72.101751 | | | Email | FW: AUTHORIZATION# FOR PAUL D WEIBEL (FOREIGN TRAVEL) | 2/5/2009 | Paul Weibel | Joy Yen, William McCarthy, Charles Davis | Discussion regarding decisions involved in resource allocation, specifically, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001473 | MSFOIA_WH001475 | 0.7.72.101639 | | | Email | FW: Sheraton Reservation #[Withheld (b)(6) and (b)(7)(C)] | 2/4/2009 | Paul Weibel | William McCarthy | Detail about resource allocation for Microsoft examination, specifically, regarding travel to be undertaken by member of examination team | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001476 | MSFOIA_WH001476 | 0.7.72.101862 | | | Handwritten Notes | None provided on document | Not Dated | William McCarthy | Not indicated on document | Attorney's handwritten notes describing thoughts on an issue being examined during Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of government attorney providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001477 | MSFOIA_WH001486 | 0.7.72.101980 | | | Email and attachments | Projections | 4/9/2009 | Paul Weibel | William McCarthy | Internal agency communication sharing examiners' thoughts, and certain documents from the taxpayer, for consideration by agency attorney to inform legal advice regarding decisions to be made on an issue in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001487 | MSFOIA_WH001487 | 0.7.72.102115 | | | Handwritten Notes | None provided on document | 2/19/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001488 | MSFOIA_WH001529 | 0.7.72.101729 | | | Draft NOPA | Form 886A - Explanation of Items | 2/21/2013 | William McCarthy | Not indicated on document | Preliminary draft of exam document with handwritten notes reflecting thoughts and impressions of agency attorney who is developing legal advice solicited by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001530 | MSFOIA_WH001538 | 0.7.72.101689 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | William McCarthy | Paul Weibel, Cheryl Potop-Jackson, Alton White, Charles Davis, Cathy Goodson; | Internal agency communication with comments concerning an issue being examined and draft language for a NOPA, including comments provided by government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001539 | MSFOIA_WH001539 | 0.7.72.101743 | | | Handwritten Notes | None provided on document | 4/14/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001540 | MSFOIA_WH001540 | 0.7.72.102112 | | | Handwritten Notes | None provided on document | 4/14/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001541 | MSFOIA_WH001541 | 0.7.72.101978 | | | Handwritten Notes | None provided on document | 3/16/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 568 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001542 | MSFOIA_WH001543 | 0.7.72.101940 | | | Email | RE: Draft expert report | 3/17/2011 | Charles Davis | William McCarthy, Paul Weibel, Cheryl Potop-Jackson, Cathy Goodson, Martin Walker | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001544 | MSFOIA_WH001547 | 0.7.72.101856 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/3/2010 | William McCarthy | Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001548 | MSFOIA_WH001553 | 0.7.72.101613 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/8/2011 | William McCarthy | C.Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Cathy Goodson; | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001555 | MSFOIA_WH001556 | 0.7.72.101982 | | | Email | RE: Addition? | 2/7/2011 | William McCarthy | Paul Weibel | Discussion among examiners and agency attorneys regarding decisions involved in drafting IDRs and NOPAs during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001560 | MSFOIA_WH001563 | 0.7.72.102048 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/12/2011 | William McCarthy | Paul Weibel; Cheryl Potop-Jackson, Alton White, Charles Davis, Melissa Hilty, Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues or draft documents addressed. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001564 | MSFOIA_WH001564 | 0.7.72.101637 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2011 | Cathy Goodson | William McCarthy, Melissa Hilty | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues or draft documents addressed. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 569 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001565 | MSFOIA_WH001569 | 0.7.72.101723 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2011 | William McCarthy | Paul Weibel, Cheryl Potop-Jackson, Melissa Hilty, Cathy Goodson, Charles Davis | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues or draft documents addressed. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001570 | MSFOIA_WH001570 | 0.7.72.102057 | | | Handwritten Notes | None provided on document | 2/16/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001571 | MSFOIA_WH001571 | 0.7.72.101764 | | | Handwritten Notes | None provided on document | 2/16/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001572 | MSFOIA_WH001572 | 0.7.72.101703 | | | Handwritten Notes | None provided on document | 2/15/2011 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001573 | MSFOIA_WH001577 | 0.7.72.102036 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/15/2011 | Charles Davis | Melissa Hilty | Internal agency communication with comments concerning an issue being examined, including information shared with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001578 | MSFOIA_WH001581 | 0.7.72.101640 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/9/2011 | P.Weibel | William McCarthy, Joy Yen, Cheryl Potop-Jackson, A.White | Internal agency communication with comments concerning issues being examined and draft NOPA, including information shared with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 570 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001584 | MSFOIA_WH001587 | 0.7.72.101667 | | | Handwritten notes | None provided on document | 4/27/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call with examiners and contractor about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001588 | MSFOIA_WH001588 | 0.7.72.102030 | | | Handwritten Notes | None provided on document | 4/16/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001589 | MSFOIA_WH001589 | 0.7.72.102131 | | | Email | RE: Ceteris-IRS TeleConf | 4/21/2010 | Cathy Goodson | William McCarthy | Discussion among examiners and agency attorneys regarding decisions involved in conducting the Microsoft examination. Includes teleconference line passcode. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001590 | MSFOIA_WH001591 | 0.7.72.102151 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/6/2010 | William McCarthy | Michelle Korbas | Discussion among examiners and agency attorneys regarding decisions involved in examining certain issues and drafting a NOPA during the Microsoft examination. Discusses aspects of another taxpayer's exam. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about tax enforcement efforts involving those taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001592 | MSFOIA_WH001592 | 0.7.72.102187 | | | Handwritten Notes | None provided on document | 1/6/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 571 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001593 | MSFOIA_WH001600 | 0.7.72.101931 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/19/2010 | Paul Weibel | William McCarthy; | Discussion among examiners and agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. Discusses aspects of enforcement efforts involving another taxpayer. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about tax enforcement efforts involving those taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001601 | MSFOIA_WH001601 | 0.7.72.101806 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/27/2009 | William McCarthy | Joy Yen; Paul Weibel | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001602 | MSFOIA_WH001615 | 0.7.72.102102 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwriting) | Not indicated on document | Slides provided by Microsoft that were shared with agency attorney to solicit legal advice, with handwritten notes reflecting attorney's thoughts and impressions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001616 | MSFOIA_WH001616 | 0.7.72.101731 | | | Handwritten Notes | None provided on document | 1/15/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001617 | MSFOIA_WH001617 | 0.7.72.101663 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/3/2010 | William McCarthy | Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001618 | MSFOIA_WH001620 | 0.7.72.101944 | | | Email with attachment | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/26/2010 | Paul Weibel | William McCarthy, Joy Yen, Charles Davis, Alton White, Douglas Odell; | Discussion among examiners and agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. Discusses aspects of enforcement efforts involving another taxpayer. | (b)(3)(6103)(a); (b)(3)(6103)(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about tax enforcement efforts involving those taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal assistance to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001621 | MSFOIA_WH001622 | 0.7.72.101796 | | | Handwritten Notes | None provided on document | 1/25/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)(6103)(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001623 | MSFOIA_WH001625 | 0.7.72.101988 | | | Email | 886-A review | 9/24/2010 | William McCarthy | Paul Weibel | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination, including recommended edits and markup to draft by agency attorney | (b)(3)(6103)(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues or draft documents addressed. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001668 | MSFOIA_WH001668 | 0.7.72.101985 | | | Handwritten Notes | None provided on document | 5/6/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)(6103)(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001669 | MSFOIA_WH001669 | 0.7.72.101833 | | | Email | FW: Your request for ino | 5/11/2011 | William McCarthy | Daniel Lavassar; Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting rebuttals to protests during the Microsoft examination | (b)(3)(6103)(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues or draft documents addressed. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 573 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001670 | MSFOIA_WH001671 | 0.7.72.101750 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/20/2011 | Michelle Korbas | Christopher Bello; Joseph Tobin, Jason Osborn, Rex Lee, Caroline Chen, Laurel Robinson, Julie Fields, William McCarthy, Maura Sullivan | Internal agency communication discussing issues being examined, including handwritten notes of government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001672 | MSFOIA_WH001680 | 0.7.72.101834 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | William McCarthy (handwriting) | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001682 | MSFOIA_WH001683 | 0.7.72.101785 | | | Regulations | None provided on document | Not Dated | William McCarthy (handwriting) | Not indicated on document | Excerpt of 1.482-4 regs with agency attorney's handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001684 | MSFOIA_WH001684 | 0.7.72.101979 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/8/2011 | Cheryl Potop-Jackson | Charles Davis, Paul Weibel, William McCarthy, Alton White, Cheryl Potop-Jackson | Internal agency communication with comments concerning issues being examined and draft NOPA, including information shared with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001685 | MSFOIA_WH001686 | 0.7.72.101830 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/8/2011 | W.McCarthy | Cheryl Potop-Jackson, Charles Davis, Alton White | Internal agency communication with comments concerning issues being examined and draft NOPA, including thoughts and advice of government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001687 | MSFOIA_WH001687 | 0.7.72.102198 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Excerpt of draft language of from examination workpaper regarding a certain transaction being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 574 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001688 | MSFOIA_WH001688 | 0.7.72.101643 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/1/2011 | Paul Weibel | William McCarthy, Joy Yen, Melissa Hilty | Request for legal advice regarding a decision to be made with respect to the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001691 | MSFOIA_WH001691 | 0.7.72.102035 | | | Workpaper | None provided on document | 2/21/2013 | Not indicated on document | Not indicated on document | Excerpt of draft language of from examination workpaper regarding a certain transaction being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001692 | MSFOIA_WH001693 | 0.7.72.102167 | | | Email | NOPA 2006 Adjustment | 2/1/2011 | Paul Weibel | Charles Davis, Cheryl Potop-Jackson, William McCarthy, Alton White | Internal agency communication with comments concerning issues being examined and draft NOPA, including information shared with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001697 | MSFOIA_WH001742 | 0.7.72.101620 | | | Draft NOPA | Form 886A - Explanation of Items | 3/18/2011 | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001743 | MSFOIA_WH001786 | 0.7.72.101976 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001787 | MSFOIA_WH001827 | 0.7.72.101744 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 575 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001828 | MSFOIA_WH001872 | 0.7.72.102060 | | | Email | RE: NOPA (housekeeping items) | 1/21/2011 | Paul Weibel | William McCarthy | Internal agency communication with comments concerning issues being examined and draft NOPA, including advice of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001873 | MSFOIA_WH001920 | 0.7.72.101873 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | Paul Weibel | William McCarthy | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination, and draft NOPA with comments and markup | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001921 | MSFOIA_WH001962 | 0.7.72.101734 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH001963 | MSFOIA_WH002012 | 0.7.72.101989 | | | Draft Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of report by expert services contractor with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002013 | MSFOIA_WH002075 | 0.7.72.101977 | | | Draft Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of report by expert services contractor with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002076 | MSFOIA_WH002109 | 0.7.72.101880 | | | Draft Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of report by expert services contractor with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 576 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002110 | MSFOIA_WH002134 | 0.7.72.102046 | | | Draft Report | None provided on document | Not Dated | William McCarthy (handwritten notes) | Not indicated on document | Draft of excerpt from outside expert report with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002135 | MSFOIA_WH002168 | 0.7.72.102154 | | | Draft Report | None provided on document | 9/24/2010 | William McCarthy (handwritten notes) | Not indicated on document | Draft of excerpt from outside expert report with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002169 | MSFOIA_WH002266 | 0.7.72.101827 | | | Draft Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwritten notes) | Not indicated on document | Discussion draft of report by expert services contractor with handwritten notes of agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002267 | MSFOIA_WH002267 | 0.7.72.101781 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/28/2009 | William McCarthy | Cathy Goodson; Michelle Korbas | Discussion of a request for agency attorneys' advice regarding decisions to be made about an issue being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002268 | MSFOIA_WH002268 | 0.7.72.101984 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/30/2009 | William McCarthy | Cathy Goodson | Discussion regarding development of legal advice to support prospective decisions with respect to issues being examined, including attorney's handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002269 | MSFOIA_WH002287 | 0.7.72.102191 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/28/2009 | William McCarthy (original memo) | Associate Chief Counsel (International) | Copy of a discussion draft of a memo requesting legal advice from agency attorneys | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 577 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002308 | MSFOIA_WH002318 | 0.7.72.101883 | | | Email with attachment | Help with facts | 3/26/2009 | William McCarthy | Paul Weibel, Fred Rapaport | Internal agency communication with comments concerning a draft examination document, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002319 | MSFOIA_WH002321 | 0.7.72.101720 | | | Regulations | None provided on document | 2/21/2013 | William McCarthy (handwritten notes) | Not indicated on document | Excerpt of 1.482-6 regs with handwritten notations of agency attorney regarding decisions to be made in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002322 | MSFOIA_WH002327 | 0.7.72.101821 | | | Email and attachment | RE: Trip | 2/4/2009 | Paul Weibel | William McCarthy; | Discussion of decisions regarding allocation of employee and contractor travel resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002328 | MSFOIA_WH002328 | 0.7.72.101955 | | | Workpaper | None provided on document | Not Dated | William McCarthy (handwriting) | Not indicated on document | Excerpt of discussion draft of expert services contractor's report with handwritten notes reflecting agency attorney's thoughts and impressions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002329 | MSFOIA_WH002329 | 0.7.72.102136 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/28/2009 | Paul Weibel (original email); William McCarthy (handwriting) | William McCarthy; Fred Rapaport | Internal agency communication with comments concerning decisions to be made regarding an issue in the examination, including information shared with agency attorney to solicit advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002330 | MSFOIA_WH002341 | 0.7.72.101876 | | | Email with attachment and handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/6/2009 | Paul Weibel | William McCarthy; Fred Rapaport | Discussion among examiners and agency attorneys regarding decisions involved in drafting a legal advice memo during the Microsoft examination, and draft of memo, including recommended edits and markup to draft by agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002344 | MSFOIA_WH002344 | 0.7.72.101708 | | | Draft memo (excerpt) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | not indicated on document | Not indicated on document | Excerpt from draft legal advice memo requested to assist with decisions involved in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002345 | MSFOIA_WH002345 | 0.7.72.102098 | | | Draft memo (excerpt) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | not indicated on document | Not indicated on document | Excerpt from draft legal advice memo requested to assist with decisions involved in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002346 | MSFOIA_WH002347 | 0.7.72.101974 | | | Email | Microsoft | 9/17/2009 | Cathy Goodson | Laurel Robinson; William McCarthy; Christopher Bello | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002348 | MSFOIA_WH002348 | 0.7.72.101889 | | | Email with handwriting | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Kenneth Christman | William McCarthy; Christopher Bello, Laurel Robinson, Michelle Korbas | Email discussing a request for legal advice to inform decisions involved in examining certain issues during the Microsoft examin, with agency attorney's handwritten notes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002350 | MSFOIA_WH002352 | 0.7.72.101962 | | | Handwritten Notes | None provided on document | 12/7/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002353 | MSFOIA_WH002353 | 0.7.72.102015 | | | Handwritten Notes | None provided on document | 9/10/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 579 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002354 | MSFOIA_WH002354 | 0.7.72.101942 | | | Handwritten Notes | None provided on document | 9/9/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002355 | MSFOIA_WH002355 | 0.7.72.102092 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/2/2009 | William McCarthy | Allan Lang | Discussion among agency employee and attorney regarding development of legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002356 | MSFOIA_WH002356 | 0.7.72.102168 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/3/2010 | Douglas Odell | Alton White, J. Ryan, Cheryl Potop Jackson, Paul Weibel, Fred Rapaport, Charles Davis, Joy Yen, William McCarthy, Marie Ishii; | Discussion among examiners and agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002357 | MSFOIA_WH002358 | 0.7.72.101622 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | William McCarthy | Michelle Korbas; Christopher Bello, Kenneth Christman, Laurel Robinson | Discussion among agency employees and attorneys regarding development of legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002360 | MSFOIA_WH002363 | 0.7.72.101733 | | | Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006) | 9/24/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo providing information to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002364 | MSFOIA_WH002364 | 0.7.72.101697 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | TSS4510; Kenneth Christman; Christopher Bello, Laurel Robinson, Michelle Korbas, Cathy Goodson | Email transmitting a request for legal advice to inform decisions involved in examining certain issues during the Microsoft examin. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 580 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002365 | MSFOIA_WH002384 | 0.7.72.102132 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002385 | MSFOIA_WH002386 | 0.7.72.102139 | | | Email | Microsoft Legal Issue | 11/4/2009 | William McCarthy | Kenneth Christman | Legal advice communicated to agency employee to inform decisions on issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002387 | MSFOIA_WH002405 | 0.7.72.102173 | | | Copy of memo with handwritten comments | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello; | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination, with handwritten notes of agency attorney reflecting initial thoughts and impressions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002409 | MSFOIA_WH002416 | 0.7.72.101609 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | William McCarthy (handwriting) | Not indicated on document | Presentation discussing various issues and transactions being examined, with with handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002419 | MSFOIA_WH002419 | 0.7.72.101780 | | | Workpaper | None provided on document | 2/18/2010 | Not indicated on document | Not indicated on document | Analysis of certain transactions being examined, provided to inform examiners' decisions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002420 | MSFOIA_WH002423 | 0.7.72.101641 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/15/2009 | William McCarthy | Charles Davis; Paul Weibel | Memo providing legal advice with respect to information provided in expert services contractor's report, communicated to examiners to assist with decisions in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 581 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002424 | MSFOIA_WH002426 | 0.7.72.101668 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/15/2009 | William McCarthy | Charles Davis; Paul Weibel | Memo providing legal advice with respect to information provided in expert services contractor's report, communicated to examiners to assist with decisions in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002427 | MSFOIA_WH002427 | 0.7.72.101867 | | | Handwritten Notes | None provided on document | 12/23/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002428 | MSFOIA_WH002428 | 0.7.72.102107 | | | Email | RE: Microsoft Case - Facts | 12/23/2009 | William McCarthy | Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions to be made with respect to legal advice being developed for Microsoft examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002429 | MSFOIA_WH002429 | 0.7.72.102130 | | | Email | RE: Microsoft Case - Facts | 12/18/2009 | Kenneth Christman | William McCarthy; | Discussion among examiners and agency attorneys regarding decisions to be made with respect to legal advice being developed for Microsoft examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002430 | MSFOIA_WH002437 | 0.7.72.102147 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/15/2010 | William McCarthy (handwriting) | Not indicated on document | Internal agency communication regarding decisions to be made with respect to certain issues being examined, including handwritten notes reflecting thoughts and impressions of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002438 | MSFOIA_WH002438 | 0.7.72.101766 | | | Handwritten Notes | None provided on document | 10/26/2009 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 582 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002439 | MSFOIA_WH002440 | 0.7.72.102203 | | | Email | RE: Microsoft legal issue | 11/13/2009 | Kenneth Christman | William McCarthy | Discussion among examiners and agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination, with agency's handwritten notes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002441 | MSFOIA_WH002444 | 0.7.72.102110 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/26/2010 | William McCarthy | Alton White; Charles Davis | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002445 | MSFOIA_WH002449 | 0.7.72.101818 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002450 | MSFOIA_WH002451 | 0.7.72.101671 | | | Handwritten Notes | None provided on document | 10/22/2006 | William McCarthy | Not indicated on document | Attorney's handwritten notes and diagrams describing decisions and issues discussed during phone call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002452 | MSFOIA_WH002470 | 0.7.72.101951 | | | Email | RE: Legal Advice | 8/14/2009 | Paul Weibel | William McCarthy | Internal agency communication with comments concerning drafting of an IDR, including comments provided by government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002471 | MSFOIA_WH002472 | 0.7.72.101778 | | | Email | RE: Additional Info needed for legal advice | 8/12/2009 | Paul Weibel | William McCarthy; Fred Rapaport | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 583 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002473 | MSFOIA_WH002473 | 0.7.72.101804 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/23/2009 | Kenneth Christman | William McCarthy; Christopher Bello | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002474 | MSFOIA_WH002474 | 0.7.72.101802 | | | Draft Form | Form 4564 Information Document Request | Not Dated | Paul Weibel | Not indicated on document | Draft IDR with handwritten comments of examiner, provided to agency attorney to solicit legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002475 | MSFOIA_WH002480 | 0.7.72.102018 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/22/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002481 | MSFOIA_WH002483 | 0.7.72.101607 | | | Draft memo | None provided on document | 9/21/2009 | William McCarthy | Not indicated on document | Rough draft of memo responding to request for information to be provided to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination, including attorneys handwritten markup and notes. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002484 | MSFOIA_WH002487 | 0.7.72.101900 | | | Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006) | 9/24/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo providing information to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002488 | MSFOIA_WH002489 | 0.7.72.102189 | | | Email | RE: Redmond | 9/28/2009 | William McCarthy | Paul Weibel; Fred Rapaport | Discussion of decisions to be made in the Microsoft examination, including preliminary thoughts and impressions of agency attorneys providing advice to examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 584 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002490 | MSFOIA_WH002491 | 0.7.72.101938 | | | Email | Microsoft: meeting with Maria Hwang & team | 9/18/2009 | Cathy Goodson | Laurel Robinson; William McCarthy | Discussion of decisions to be made in the Microsoft examination, including preliminary thoughts and impressions of agency attorneys providing advice to examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002492 | MSFOIA_WH002493 | 0.7.72.101845 | | | Workpaper | Case History | 9/7/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002494 | MSFOIA_WH002495 | 0.7.72.101612 | | | Email | RE: Your assistance (cs) | 3/23/2009 | Fred Rapaport | William McCarthy; Paul Weibel | Internal agency communication dicussing decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002497 | MSFOIA_WH002537 | 0.7.72.101714 | | | Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/6/2011 | Ceteris | Not indicated on document | Discussion draft of expert's report, provided to agency attorney for review and to solicit legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002538 | MSFOIA_WH002540 | 0.7.72.101915 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/25/2011 | Daniel Lavassar | William McCarthy; | Internal agency communication with comments concerning a draft rebuttal, including comments provided by government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002541 | MSFOIA_WH002541 | 0.7.72.101909 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/13/2011 | Douglas Odell | Cheryl Potop-Jackson, Paul Weibel, William McCarthy | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 585 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002543 | MSFOIA_WH002543 | 0.7.72.101686 | | | Email | Microsoft buy-in rebuttal | 7/13/2011 | William McCarthy | Christopher Bello; Joseph Tobin; | Internal agency communication with comments concerning Microsoft's rebuttal, including discussion among agency attorneys regarding development of legal advice to be provided to examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002544 | MSFOIA_WH002544 | 0.7.72.101825 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/19/2011 | William McCarthy | Douglas Odell | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002561 | MSFOIA_WH002561 | 0.7.72.101896 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/8/2011 | Paul Weibel | William McCarthy; | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002562 | MSFOIA_WH002563 | 0.7.72.101647 | | | Email | RE: Draft argument | 4/14/2011 | William McCarthy | Cheryl Potop-Jackson; Paul Weibel; Joy Yen; Charles Davis; Cathy Goodson | Internal agency communication concerning decisions regarding issues being examined, including comments provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002566 | MSFOIA_WH002567 | 0.7.72.102047 | | | Email | FW: M case timing | 4/13/2011 | Cathy Goodson | William McCarthy | Discussion among examiners and agency attorneys regarding decisions involved in drafting certain documents during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002580 | MSFOIA_WH002609 | 0.7.72.101642 | | | Draft Rebuttal | Rebuttal to Taxpayer Protest | 9/8/2011 | LB&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal to Microsoft protest, provided to agency attorney to solicit legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 586 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002614 | MSFOIA_WH002644 | 0.7.72.101901 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/12/2011 | William McCarthy | Joseph Tobin, Cathy Goodson, Daniel Lavassar, Michelle Korbas | Discussion among examiners and agency attorneys regarding decisions involved in drafting response to Microsoft protest. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002645 | MSFOIA_WH002675 | 0.7.72.101839 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/12/2011 | William McCarthy | Cathy Goodson; | Discussion among examiners and agency attorneys regarding decisions involved in drafting response to Microsoft protest. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002676 | MSFOIA_WH002696 | 0.7.72.101765 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/12/2011 | William McCarthy | Justin Radziewicz | Discussion draft of rebuttal to Microsoft protest, provided to agency attorney to solicit legal advice, and with handwriting reflecting agency attorney's initial thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002697 | MSFOIA_WH002725 | 0.7.72.102077 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Discussion draft of rebuttal to Microsoft protest, provided to agency attorney to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002726 | MSFOIA_WH002754 | 0.7.72.101791 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/1/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal to Microsoft protest, provided to agency attorney to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002755 | MSFOIA_WH002785 | 0.7.72.102020 | | | Email and attached draft rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/6/2011 | Cathy Goodson | William McCarthy | Email among agency attorneys discussing decisions and development of legal advice with respect to draft rebuttal. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 587 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002825 | MSFOIA_WH002825 | 0.7.72.102155 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/22/2011 | Paul Weibel | William McCarthy, Daniel Lavassar | Discussion with attorneys regarding legal advice sought to assist with decisions regarding draft debuttal | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002826 | MSFOIA_WH002849 | 0.7.72.101748 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Discussion draft of rebuttal to Microsoft protest with markup and comments, provided to agency attorneys to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002850 | MSFOIA_WH002851 | 0.7.72.101920 | | | Email and attached workpaper | Correction | 4/19/2011 | Paul Weibel | William McCarthy, Joy Yen, Alton White; | Discussion among examiners and attorney of proposed calculations for draft NOPA, and workpaper providing preliminary analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002855 | MSFOIA_WH002855 | 0.7.72.102003 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/15/2011 | Cheryl Potop-Jackson | Alton White, Nancy Bronson, Joy Yen, William McCarthy, Charles Davis, Marty Walker, Paul Weibel, Cheryl Potop-Jackson | Discussion among examiners and attorney of draft NOPAs circulated for comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002858 | MSFOIA_WH002859 | 0.7.72.101961 | | | Email | Tomorrow's Conference call re: Outside Expert Report | 4/15/2009 | Joy Yen | Paul Weibel, Fred Rapaport, William McCarthy, Charles Davis, Cheryl Potop-Jackson | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002860 | MSFOIA_WH002861 | 0.7.72.101953 | | | Email | RE: Tomorrow's Conference call re: Outside Expert Report | 4/15/2009 | Charles Davis | Joy Yen, Paul Weibel, Fred Rapaport, William McCarthy, Cheryl Potop-Jackson | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 588 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002863 | MSFOIA_WH002864 | 0.7.72.102153 | | | Email | RE: IDR & Question for Bill - READ ME | 1/26/2009 | William McCarthy | Paul Weibel, Charles Davis | Discussion among examiners and agency attorney regarding draft IDRs, including attorney's response to a request for legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002865 | MSFOIA_WH002875 | 0.7.72.101947 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of presentation provided by expert services contractor to examiners and agency attorneys for consideration with respect to decisions being made in the exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002880 | MSFOIA_WH002881 | 0.7.72.102094 | | | Email | RE: Outside Expert Documents | 9/9/2008 | Paul Weibel | William McCarthy, Joy Yen, Michael Aarstol, Fred Rapaport | Discussion of issues being assessed by expert services contractor to aid with exam decisions, including information provided to agency attorney to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002890 | MSFOIA_WH002891 | 0.7.72.101625 | | | Email | RE: Thanks you! Facts to Review | 11/4/2008 | William McCarthy | Laurel Robinson | Attorney's response to request for legal advice from examiner, to aid exam team in making decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002892 | MSFOIA_WH002893 | 0.7.72.101798 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/3/2008 | Ceteris | Paul Weibel | Draft memo regarding issues being analyzed by expert services contractor to assist with decisions involved in the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002894 | MSFOIA_WH002895 | 0.7.72.101994 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2008 | Ceteris | Paul Weibel | Draft memo regarding issues being analyzed by expert services contractor to assist with decisions involved in the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002896 | MSFOIA_WH002901 | 0.7.72.101741 | | | Email and attached memo and notes | FW: Singapore Trip | 12/16/2008 | Paul Weibel | Alton White | Discussion of decisions regarding allocation of resources for provision of expert services during Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 589 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002902 | MSFOIA_WH002908 | 0.7.72.101762 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris (draft); Paul Weibel (comments); William McCarthy (handwritten notes) | Not indicated on document | Draft memo regarding issues being analyzed by expert services contractor to assist with decisions involved in the examination, with markup and comments in the margin, and handwritten comments reflecting thoughts of agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002909 | MSFOIA_WH002909 | 0.7.72.101809 | | | Handwritten Notes | None provided on document | 9/5/2008 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during phone call about the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002930 | MSFOIA_WH002933 | 0.7.72.102086 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/5/2008 | William McCarthy | Paul Weibel | Agency attorney's legal advice in response to examiner's request for advice, regarding decisions to be made with respect to issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002934 | MSFOIA_WH002934 | 0.7.72.101879 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2010 | not indicated on document | Paul Weibel, Charles Davis, Cheryl Potop-Jackson, Alton White, Chris Miller, Joy Yen, William McCarthy, Melissa Coe, Douglas Odell; | Outlook calendar meeting with description of issues to discuss and resolve, including information shared with agency attorney to solicit advice, and a teleconference passcode | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002935 | MSFOIA_WH002936 | 0.7.72.101755 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/9/2010 | William McCarthy | Melissa Coe, Douglas Odell | Discussion among examiners and agency attorney regarding decisions involved in drafting an IDR during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 590 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002937 | MSFOIA_WH002941 | 0.7.72.101865 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/18/2011 | Joy Yen | Paul Weibel, Charles Davis, Cheryl Potop-Jackson, Alton White, William McCarthy; | Discussion among examiners and agency attorneys regarding decisions to be made with respect to certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002942 | MSFOIA_WH002943 | 0.7.72.102008 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/25/2011 | Lloyd Silberzweig | Rex Lee, William McCarthy, Scott Mentink, Michelle Korbas | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002944 | MSFOIA_WH002944 | 0.7.72.101782 | | | Email | Draft expert report | 3/17/2011 | William McCarthy | Charles Davis, Cathy Goodson | Advice from agency attorney to examiners regarding issues pertaining to decisions involved in expert services contractor's draft report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002945 | MSFOIA_WH002947 | 0.7.72.102171 | | | Email and attached workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/13/2010 | Joy Yen | Joy Yen, William McCarthy, Charles Davis, Paul Weibel, Cheryl Potop-Jackson, Douglas Odell, Alton White | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination, and workpaper providing analysis to be used by exam team and attorney to inform decisions and advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002948 | MSFOIA_WH002949 | 0.7.72.101730 | | | Draft of Letter | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | William McCarthy | Ceteris | Unsigned draft of a letter from agency attorney to expert services contractor sharing attorney's thoughts and impressions regarding disussion draft of contractor's expert report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002950 | MSFOIA_WH002951 | 0.7.72.102051 | | | Email | Microsoft -- Tough decision ahead | 10/15/2010 | William McCarthy | Cathy Goodson, Shannon Cohen, Melissa Coe | Discussion among agency attorneys regarding the development of advice for examiners to assist with decisions involved in the Microsoft exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 591 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002952 | MSFOIA_WH002952 | 0.7.72.101645 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/20/2010 | Melissa Coe | William McCarthy | Communication among attorneys regarding draft of expert service contractor's draft report, and file password to open encrypted copy of draft report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002953 | MSFOIA_WH002954 | 0.7.72.101713 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/19/2010 | Paul Weibel | William McCarthy, Charles Davis, Alton White, Melissa Coe | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002955 | MSFOIA_WH002956 | 0.7.72.101775 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/21/2010 | Paul Weibel | Joy Yen, Charles Davis, Alton White, William McCarthy, Melissa Coe | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination, and workpaper providing analysis to be used by exam team and attorneys to inform decisions and advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002957 | MSFOIA_WH002957 | 0.7.72.101630 | | | Email | Microsoft Priorities | 12/6/2010 | William McCarthy | Melissa Coe | Discussion among agency attorneys regarding the development of advice for examiners to assist with decisions involved in the Microsoft exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002958 | MSFOIA_WH002960 | 0.7.72.101773 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/2/2010 | William McCarthy | Paul Weibel, Melissa Coe | Discussion among examiners and agency attorneys, and attorney's legal advice, regarding decisions to be made with respect to certain issues during the Microsoft examination. Also shows attorney's handwritten notes reflecting preliminary thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 592 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002961 | MSFOIA_WH002963 | 0.7.72.102197 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/3/2010 | Paul Weibel | William McCarthy | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002964 | MSFOIA_WH002965 | 0.7.72.101803 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/2/2010 | Paul Weibel | William McCarthy, Charles Davis, Alton White | Discussion among examiners, expert services contractor, and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002968 | MSFOIA_WH002968 | 0.7.72.101633 | | | Email | Microsoft update | 11/17/2010 | Cathy Goodson | William McCarthy; | Discussion among agency attorneys regarding the development of advice for examiners to assist with decisions involved in the Microsoft exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002969 | MSFOIA_WH002975 | 0.7.72.101957 | | | Fax cover sheet and workpapers | None provided on document | 11/19/2010 | Paul Weibel | William McCarthy; Melissa Coe | Draft analysis of transactions at issue in the Microsoft examination, communicated among examiner and agency attorneys to solicit legal advice that will assist with decisions to be made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002978 | MSFOIA_WH002978 | 0.7.72.102095 | | | Email | RE: Tax Form | 11/12/2010 | Paul Weibel | William McCarthy, Melissa Coe | Discussion among examiner and agency attorneys regarding attorneys' legal analysis of transactions at issue in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002979 | MSFOIA_WH002980 | 0.7.72.101688 | | | Handwritten Notes | None provided on document | 11/17/2010 | William McCarthy | Not indicated on document | Attorney's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 593 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002981 | MSFOIA_WH002987 | 0.7.72.101761 | | | Email and attached workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/9/2010 | Douglas Odell | William McCarthy, Melissa Coe, Paul Weibel; | Discussion among examiners and agency attorney regarding decisions to be made with respect to certain issues during the Microsoft examination, and workpapers providing analysis to be used by exam team and attorney to inform decisions and advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002988 | MSFOIA_WH002988 | 0.7.72.102042 | | | Email | Follow up | 11/9/2010 | William McCarthy | Paul Weibel | Discussion about an issue being decided in the exam, about which agency attorney is formulating legal advice requested by the exam team. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002989 | MSFOIA_WH002991 | 0.7.72.102055 | | | Email and workpaper | Memory | 11/26/2010 | Paul Weibel | Cheryl Potop-Jackson; Melissa Coe; William McCarthy; Alton White; Charles Davis; Douglas Odell | Discussion among examiners and agency attorneys regarding decisions to be made with respect to certain issues during the Microsoft examination, and workpaper providing analysis to be used by exam team and attorney to inform decisions and advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002992 | MSFOIA_WH002995 | 0.7.72.101998 | | | Email and attached memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/10/2010 | Melissa Coe | William McCarthy | Discussion among agency attorneys regarding development of legal advice with respect to an issue involved in the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002996 | MSFOIA_WH002996 | 0.7.72.102097 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/22/2010 | William McCarthy | Melissa Coe (now Hilty), Cathy Goodson; | Discussion among agency attorneys regarding development of legal advice with respect to an issue involved being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002997 | MSFOIA_WH002998 | 0.7.72.101737 | | | Email | NOPA (housekeeping items) | 1/20/2011 | William McCarthy | Paul Weibel, Charles Davis, Cathy Goodson | Advice of attorney regarding draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 594 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH002999 | MSFOIA_WH003004 | 0.7.72.101846 | | | Email with Handwritten Notes | FW: NOPA review (SUPPLEMENT) | 1/19/2011 | Cathy Goodson | William McCarthy | Discussion among agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003005 | MSFOIA_WH003005 | 0.7.72.101888 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/8/2010 | Cathy Goodson | William McCarthy | Discussion among agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment.  Includes discussion of the case of an unrelated third party taxpayer. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about tax enforcement efforts involving those taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003006 | MSFOIA_WH003007 | 0.7.72.101638 | | | Email | FW: Addition? | 2/7/2011 | Paul Weibel | William McCarthy | Discussion among examiner and agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003009 | MSFOIA_WH003010 | 0.7.72.101769 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/7/2011 | Paul Weibel | William McCarthy, Joy Yen, Charles Davis, Cheryl Potop-Jackson | Discussion among examiner and agency attorneys regarding legal advice to be provided with respect to drafting  of expert services contractor's report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003012 | MSFOIA_WH003013 | 0.7.72.101850 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/8/2010 | Cathy Goodson | William McCarthy | Discussion among agency attorneys regarding legal advice to be provided with respect to an issue being examined.  Includes discussion of the case of an unrelated third party taxpayer. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about tax enforcement efforts involving those taxpayers are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 595 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003015 | MSFOIA_WH003015 | 0.7.72.101981 | | | Email with Handwritten Notes | Ceteris request- Contract TIRWR-08-C-00022 | 8/19/2010 | Ceteris | William McCarthy | Discussion between agency attorney and expert services contractor regarding legal advice needed for decisions involved in drafting expert service's contractor's report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003016 | MSFOIA_WH003017 | 0.7.72.101820 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/8/2011 | P.Weibel | William McCarthy | Discussion among examiner agency attorneys regarding legal advice to be provided with respect to drafting NOPA. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003021 | MSFOIA_WH003023 | 0.7.72.102023 | | | Form | Form 4564 Information Document Request | Not Dated | William McCarthy (notes) | Not indicated on document | Discussion draft of IDR circulated to agency attorney for comment, with handwritten notes reflecting attorney's thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003025 | MSFOIA_WH003025 | 0.7.72.102174 | | | Email | RE: Last Cycle | 8/30/2010 | William McCarthy | Paul Weibel; | Internal agency communication with comments concerning decisions involved in drafting of expert services contractor's report, including advice provided by agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003036 | MSFOIA_WH003039 | 0.7.72.102141 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | Paul Weibel | William McCarthy | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination, and draft NOPA with comments and markup | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003040 | MSFOIA_WH003045 | 0.7.72.101835 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | Charles Davis | William McCarthy, Paul Weibel, Cheryl Potop-Jackson, Melissa Hilty, Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination, and draft NOPA with comments and markup | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 596 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003046 | MSFOIA_WH003046 | 0.7.72.102068 | | | Email | RE: NOPA conclusion | 1/14/2011 | Melissa Hilty | William McCarthy | Discussion among agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003047 | MSFOIA_WH003048 | 0.7.72.102166 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/29/2010 | Joy Yen | Douglas Odell, Paul Weibel, William McCarthy, Cheryl Potop-Jackson, Alton White, Charles Davis | Discussion among examiners and agency attorneys regarding decisions involved in drafting of expert's report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003049 | MSFOIA_WH003050 | 0.7.72.101787 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/29/2010 | William McCarthy | Melissa Coe | Discussion among examiners and agency attorneys regarding decisions to be made with respect to certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003051 | MSFOIA_WH003061 | 0.7.72.101842 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/5/2010 | William McCarthy | Not indicated on document | Summary of discussion between Douglas Odell & William McCarthy regarding development of legal advice regarding draft expert services contractor's report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003062 | MSFOIA_WH003062 | 0.7.72.101882 | | | Email | PWS | 5/18/2010 | William McCarthy | Paul Weibel, Charles Davis | Agency attorney's legal advice regarding the drafting of a contract for expert services. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003065 | MSFOIA_WH003069 | 0.7.72.22940 | | | Handwritten Notes | None provided on document | 9/1/2010 | Douglas Odell | Not indicated on document | Handwritten interview notes recorded by examiner during interview with Microsoft employee | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 597 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003070 | MSFOIA_WH003079 | 0.7.72.23098 | | | Meeting Agenda | Audit Status Meeting | 6/17/2008 | not indicated on document | Not indicated on document | Examiners' notes regarding issues and decisions discussed during a meeting about the exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003080 | MSFOIA_WH003084 | 0.7.72.23055 | | | Handwritten notes | None provided on document | 8/5/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003085 | MSFOIA_WH003085 | 0.7.72.23067 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/19/2008 | Fred Rapaport | Not indicated on document | Discussion among examiners regarding decisions involved in analyzing information provided in response to IDRs | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003086 | MSFOIA_WH003086 | 0.7.72.23109 | | | Memo | MID-CYCLE AUDIT ANALYSIS | 8/25/2008 | Fred Rapaport | Not indicated on document | Description of decisions and issues involved in the examination, assignments of employees to certain issues, and timelines for planned completion. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003087 | MSFOIA_WH003087 | 0.7.72.23069 | | | Handwritten teleconference notes | None provided on document | 9/4/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003088 | MSFOIA_WH003092 | 0.7.72.23117 | | | Handwritten meeting notes | None provided on document | 9/18/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003094 | MSFOIA_WH003094 | 0.7.72.23088 | | | Table with handwritten notes | None provided on document | 10/1/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes on a table analyzing data being used to reach decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003095 | MSFOIA_WH003098 | 0.7.72.23053 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris | Paul Weibel | Discussion draft of a memo from expert services contractor regarding information to be collected for purposes of analying issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003099 | MSFOIA_WH003101 | 0.7.72.23133 | | | Handwritten notes | None provided on document | 10/2/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call with exam team, including contractor, about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 598 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003102 | MSFOIA_WH003102 | 0.7.72.23099 | | | Handwritten Notes | None provided on document | 10/7/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003103 | MSFOIA_WH003110 | 0.7.72.23138 | | | Handwritten Notes | None provided on document | 10/16/2008 | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues discussed during conference call about the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003111 | MSFOIA_WH003111 | 0.7.72.23137 | | | Workpaper | None provided on document | 10/30/2008 | Fred Rapaport | Not indicated on document | Table created by exam team to analyze data for purposes of facilitating decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003112 | MSFOIA_WH003112 | 0.7.72.23087 | | | Memo | None provided on document | 8/29/2008 | Ceteris; Fred Rapaport (handwriting) | Paul Weibel | Memo describing information to be used to facilitate decisions regarding issues being examined, with handwritten notes of examiner reflecting preliminary thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003113 | MSFOIA_WH003116 | 0.7.72.23091 | | | Workpaper with handwritten notes | None provided on document | 3/28/2012 | Fred Rapaport | Not indicated on document | Table created by exam team to analyze data for purposes of facilitating decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003117 | MSFOIA_WH003158 | 0.7.72.23120 | | | Draft Memo | Communication with IRS Counsel | Not Dated | not indicated on document | William McCarthy | Drafts of request for advice of agency attorney regarding issues being examined, with handwritten markup and comments of examiner reflecting preliminary thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003159 | MSFOIA_WH003160 | 0.7.72.23050 | | | Draft Memo | None provided on document | Not Dated | not indicated on document | Not indicated on document | Drafts of request for advice of agency attorney regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003162 | MSFOIA_WH003162 | 0.7.72.23104 | | | Handwritten Notes | None provided on document | Not Dated | Fred Rapaport | Not indicated on document | Agency employee's handwritten notes describing decisions and issues involved in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 599 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003163 | MSFOIA_WH003164 | 0.7.72.23196 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/7/2011 | Michelle Korbas | Joy Yen; Jon Tamaki; Nancy Bronson; William McCarthy; Julie Fields; Laurel Robinson | Discussion among examiners and agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003165 | MSFOIA_WH003166 | 0.7.72.23219 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/7/2011 | Joy Yen | Michelle Korbas; Jon Tamaki; Nancy Bronson | Discussion among examiners and agency attorneys regarding legal advice to be provided with respect to draft NOPA circulated for comment. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003167 | MSFOIA_WH003174 | 0.7.72.23194 | | | PowerPoint Presentation with handwritten annotations | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/5/2008 | Jon Tamaki (handwriting) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Agency employee's handwritten notes describing decisions and issues involved in examination, written on a powerpoint presentation describing a transaciotn being examined. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003175 | MSFOIA_WH003267 | 0.7.72.23147 | | | Draft memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2009 | Ceteris | Not indicated on document | Discussion draft of report with preliminary analysis of issue being examined | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003268 | MSFOIA_WH003268 | 0.7.72.23218 | | | Workpaper (Excel spreadsheet) | None provided on document | 2/18/2010 | Jon Tamaki | Maria Hwang | Tables prepared by exam team analyzing data to facilitate decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003269 | MSFOIA_WH003276 | 0.7.72.23300 | | | PowerPoint with handwritten annotations | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/5/2008 | Jon Tamaki (handwriting) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Agency employee's handwritten notes describing decisions and issues involved in examination, written on a powerpoint presentation describing a transaciotn being examined. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003313 | MSFOIA_WH003326 | 0.7.72.23241 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/8/2008 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/IRC § 6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003327 | MSFOIA_WH003328 | 0.7.72.23337 | | | Email | RE: M... 04-06 AUDIT case - Revised performance work statements -11-30-07 | 12/17/2007 | Paul Weibel | Jon Tamaki; Alton White | Disussion among examiners regarding decisions involved in obtaining contract for expert services | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003329 | MSFOIA_WH003329 | 0.7.72.23329 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/8/2007 | Jon Tamaki | Paul Weibel | Diussion among examiners regarding decisions involved in analyzing certain issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003330 | MSFOIA_WH003330 | 0.7.72.23282 | | | Email | RE: Recommendation Outside Assistance | 10/19/2007 | Paul Weibel | Jon Tamaki; JoAnn Cutler | Diussion among examiners regarding decisions involved in obtaining contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003331 | MSFOIA_WH003331 | 0.7.72.23309 | | | Email | RE: Recommendation Outside Assistance | 10/18/2007 | Jon Tamaki | Paul Weibel | Diussion among examiners regarding decisions involved in obtaining contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003332 | MSFOIA_WH003333 | 0.7.72.23172 | | | Email | Recommendation Outside Assistance | 10/18/2007 | Paul Weibel | Jon Tamaki | Diussion among examiners regarding decisions involved in obtaining contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003334 | MSFOIA_WH003336 | 0.7.72.23192 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/18/2007 | Paul Weibel | Jon Tamaki; JoAnn Cutler | Diussion among examiners and agency attorney regarding decisions involved in obtaining contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003337 | MSFOIA_WH003347 | 0.7.72.23301 | | | Email and attachment | Scope of Work | 9/21/2007 | Paul Weibel | Michael Aartsol; Joy Yen; William McCarthy; Alton White; JoAnn Cutler; Fred Rapaport; Cheryl Potop- Jackson; JoAnn Cutler; Jon Tamaki; Ahmad Shahshahani | Discussion among examiners and agency attorney regarding decisions involved in obtaining contract for expert services, and draft contract language circulated for consideration. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003348 | MSFOIA_WH003348 | 0.7.72.23327 | | | Memo | Summary of IE-2022 and IE 2023 Responses | 9/5/2007 | Fred Rapaport | Jon Tamaki | Discussion among examiners regarding decisions involved in analyzing information regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003349 | MSFOIA_WH003349 | 0.7.72.23193 | | | Excel spreadsheet with handwritten annotations | None provided on document | 9/18/2007 | Paul Weibel (handwriting) | Not indicated on document | Tables prepared by exam team analyzing data to facilitate decisions regarding issues being examined, with handwritten comment communicating preliminary thoughts of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 601 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003350 | MSFOIA_WH003350 | 0.7.72.22912 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup and comments reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003351 | MSFOIA_WH003351 | 0.7.72.22922 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003352 | MSFOIA_WH003352 | 0.7.72.22927 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003353 | MSFOIA_WH003353 | 0.7.72.22906 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003354 | MSFOIA_WH003354 | 0.7.72.22924 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003355 | MSFOIA_WH003355 | 0.7.72.22907 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003356 | MSFOIA_WH003356 | 0.7.72.22918 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003357 | MSFOIA_WH003357 | 0.7.72.22905 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003358 | MSFOIA_WH003358 | 0.7.72.22920 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 602 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003359 | MSFOIA_WH003359 | 0.7.72.22898 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003360 | MSFOIA_WH003360 | 0.7.72.22900 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003361 | MSFOIA_WH003361 | 0.7.72.22915 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003362 | MSFOIA_WH003362 | 0.7.72.22910 | | | Agreement (portion) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of a document provided to examiners by Microsoft, with markup reflecting examiner's preliminary thoughts and analysis | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003363 | MSFOIA_WH003363 | 0.7.72.22926 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003364 | MSFOIA_WH003364 | 0.7.72.22902 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003365 | MSFOIA_WH003365 | 0.7.72.22921 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003366 | MSFOIA_WH003366 | 0.7.72.22901 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003367 | MSFOIA_WH003367 | 0.7.72.22917 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 603 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003368 | MSFOIA_WH003368 | 0.7.72.22916 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003369 | MSFOIA_WH003369 | 0.7.72.22908 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003370 | MSFOIA_WH003370 | 0.7.72.22903 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003371 | MSFOIA_WH003371 | 0.7.72.22914 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003372 | MSFOIA_WH003372 | 0.7.72.22909 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003373 | MSFOIA_WH003373 | 0.7.72.22904 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003374 | MSFOIA_WH003374 | 0.7.72.22911 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003375 | MSFOIA_WH003375 | 0.7.72.22928 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003376 | MSFOIA_WH003376 | 0.7.72.22923 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 604 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003377 | MSFOIA_WH003377 | 0.7.72.22919 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential tax liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003378 | MSFOIA_WH003378 | 0.7.72.22913 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential tax liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003379 | MSFOIA_WH003379 | 0.7.72.22899 | | | Letter | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/17/2007 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Letter provided to examiners by third party with information needed for exam, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential tax liability. |
| 2014-06 (WH Batch 001) | Full | MSFOIA_WH003380 | MSFOIA_WH003380 | 0.7.72.22925 | | | Memo (draft) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/26/2007 | not indicated on document | Not indicated on document | Portion of discussion draft of memo analyzing issues being examined, with handwritten markup reflecting examiner's preliminary thoughts and analysis. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003381 | MSFOIA_WH003385 | 0.7.72.84198 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/24/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of an issue being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003386 | MSFOIA_WH003391 | 0.7.72.84644 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | William McCarthy | Charles Davis, Paul Weibel, Cheryl Potop-Jackson, Melissa Hilty, Cathy Goodson | Discussion about draft Notice of Proposed Adjustment shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003392 | MSFOIA_WH003394 | 0.7.72.84212 | | | Email | RE: NOPA (housekeeping items) | 1/21/2011 | Paul Weibel | William McCarthy | Discussion about draft Notice of Proposed Adjustment shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 605 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003395 | MSFOIA_WH003396 | 0.7.72.84246 | | | Email | RE: NOPA (housekeeping items) | 1/20/2011 | William McCarthy | Charles Davis, Cathy Goodson | Discussion about draft Notice of Proposed Adjustment shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003397 | MSFOIA_WH003400 | 0.7.72.84669 | | | Email | RE: transfer price | 12/3/2010 | Paul Weibel | William McCarthy | Discussion about draft expert report being shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003401 | MSFOIA_WH003404 | 0.7.72.81674 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/18/2011 | Paul Weibel | William McCarthy | Discussion about draft Notice of Proposed Adjustment and expert reports shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003405 | MSFOIA_WH003411 | 0.7.72.84336 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/18/2011 | P.Weibel | William McCarthy | Discussion about draft Notice of Proposed Adjustment and expert reports shared among agency examiners and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003412 | MSFOIA_WH003413 | 0.7.72.81755 | | | Email | RE: 2006 Americas Adjustment | Not Dated | Ceteris | Paul Weibel | Discussion among examiner and expert services contractor regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003414 | MSFOIA_WH003415 | 0.7.72.95027 | | | Draft Letter | None provided on document | 10/23/2008 | not indicated on document | Microsoft Corporation | Partial draft of letter to Microsoft counsel, shared among examination team for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 606 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003416 | MSFOIA_WH003423 | 0.7.72.39396 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003424 | MSFOIA_WH003448 | 0.7.72.39331 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/2/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003449 | MSFOIA_WH003473 | 0.7.72.39299 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/2/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003474 | MSFOIA_WH003499 | 0.7.72.39540 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/5/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003500 | MSFOIA_WH003516 | 0.7.72.39359 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/5/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003517 | MSFOIA_WH003541 | 0.7.72.39380 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/2/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 607 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003542 | MSFOIA_WH003742 | 0.7.72.39477 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/19/2011 | Microsoft | IRS | Copy of Microsoft protest with mark-up indicating preliminary thoughts and analysis of examiner | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003743 | MSFOIA_WH003778 | 0.7.72.39567 | | | Draft memo | Response to Taxpayer's Protest to the Notice of Proposed Adjustment and the Accompanying Economist Report | 8/26/2011 | Joy Yen | Ellen Burkhart, Cheryl Potop-Jackson, Alton White, William McCarthy, Paul Weibel | Draft memo providing preliminary thoughts and analysis for response to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003779 | MSFOIA_WH003801 | 0.7.72.39354 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/26/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003802 | MSFOIA_WH003839 | 0.7.72.39425 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/28/2011 | Douglas Odell | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003840 | MSFOIA_WH003865 | 0.7.72.39272 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/5/2011 | Not indicated on document | Not indicated on document | Draft of rebuttal to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment prior to being issued to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH003866 | MSFOIA_WH004010 | 0.7.72.39497 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/28/2011 | Not indicated on document | Not indicated on document | Copy of Microsoft protest with mark-up indicating preliminary thoughts and analysis of examiner | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 608 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004011 | MSFOIA_WH004201 | 0.7.72.39341 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/3/2011 | Not indicated on document | Not indicated on document | Copy of Microsoft protest with mark-up indicating preliminary thoughts and analysis of examiner | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004202 | MSFOIA_WH004202 | 0.7.72.82746 | | | Workpaper | None provided on document | 8/24/2011 | Douglas Odell | William McCarthy | Examiner's workpaper communicating analysis of an issue being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004203 | MSFOIA_WH004232 | 0.7.72.39578 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/12/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004233 | MSFOIA_WH004261 | 0.7.72.39458 | | | Draft Rebuttal | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/1/2001 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004262 | MSFOIA_WH004263 | 0.7.72.82418 | | | Workpaper | None provided on document | 10/14/2011 | Not indicated on document | Not indicated on document | Document created to communicate analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004264 | MSFOIA_WH004271 | 0.7.72.84354 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 609 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004272 | MSFOIA_WH004272 | 0.7.72.22290 | | | Email | RE: Microsoft Case - Facts | 2/22/2010 | Laurel Robinson | Christopher Bello; cc: William McCarthy; Musher Steven A; Leonard Barbara M | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004273 | MSFOIA_WH004273 | 0.7.72.22291 | | | Email | Fw: Microsoft Case - Facts | 2/22/2010 | William McCarthy | Christopher Bello; cc: Silver Meryl; Ricca Bettie N | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004274 | MSFOIA_WH004275 | 0.7.72.22292 | | | Email | Re: Microsoft Case - Facts | 2/22/2010 | C Bello | Steven Musher; cc: M. Silver; B. Ricca; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004276 | MSFOIA_WH004276 | 0.7.72.22293 | | | Email | FW: Microsoft Case - Facts | 2/23/2010 | Christopher Bello | Laurel Robinson cc: William McCarthy; Barbara Leonard; Steven Musher; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004277 | MSFOIA_WH004278 | 0.7.72.22294 | | | Email | RE: Microsoft Case - Facts | 2/23/2010 | Laurel Robinson | Christopher Bello cc: William McCarthy; Leonard Barbara M; Musher Steven A | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 610 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004280 | MSFOIA_WH004281 | 0.7.72.22310 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/11/2011 | William McCarthy | C Bello; Joseph Tobin; cc: Lloyd Silberzweig; Michelle Korbas; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding Microsoft protest document and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004282 | MSFOIA_WH004415 | 0.7.72.22310.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Copy of taxpayer protest document, shared with agency attorneys to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004418 | MSFOIA_WH004551 | 0.7.72.22314.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Copy of taxpayer protest document, shared with agency attorneys to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004552 | MSFOIA_WH004552 | 0.7.72.22313 | | | Email | M* Case; discussion with Exam today on our call with Steve -- question for you | 7/12/2011 | Joseph Tobin | Chrisopher Bello; Anne Shelburne | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004553 | MSFOIA_WH004553 | 0.7.72.22316 | | | Email | FW: M* Case; discussion with Exam today on our call with Steve -- question for you | 7/13/2011 | Paul Weibel | Joseph Tobin; Anne Shelburne | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 611 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004554 | MSFOIA_WH004556 | 0.7.72.22317 | | | Email | RE: M* Case; discussion with Exam today on our call with Steve -- question for you | 7/13/2011 | Joseph Tobin | Christopher Bello; Anne Shelburne | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004557 | MSFOIA_WH004559 | 0.7.72.22318 | | | Email | RE: M* Case; discussion with Exam today on our call with Steve -- question for you | 7/13/2011 | Joseph Tobin | Christopher Bello; Anne Shelburne | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004560 | MSFOIA_WH004562 | 0.7.72.22319 | | | Email | RE: M* Case; discussion with Exam today on our call with Steve -- question for you | 7/13/2011 | Joseph Tobin | Christopher Bello; Anne Shelburne | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004566 | MSFOIA_WH004567 | 0.7.72.22342 | | | Email | RE: APAC Buy-In Rebuttal (Microsoft) deadline for Br6 comments | 9/22/2011 | Joseph Tobin | William McCarthy; cc: Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding Microsoft protest document, drafting of rebuttal, and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004584 | MSFOIA_WH004584 | 0.7.72.22775 | | | Email | FW: FW: M Case briefing | 9/9/2011 | Laurel Robinson | Maria Hwang, Marty Walker, Cathy Goodson, Thomas Vidano | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 612 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004585 | MSFOIA_WH004585 | 0.7.72.22775.1 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/9/2011 | Not indicated on document | Not indicated on document | Meeting reminder communicating topic of discussion among examiners and agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004586 | MSFOIA_WH004586 | 0.7.72.22776 | | | Email | RE: FW: M Case briefing | 9/9/2011 | Laurel Robinson | Cathy Goodson; cc: Patricia Chaback | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004587 | MSFOIA_WH004587 | 0.7.72.22777 | | | Email | Microsoft Briefing Paper : Briefing on 9-16-2011 @ 11:00 a.m. | 9/9/2011 | Cathy Goodson | Patricia Chaback; Maria Hwang; Marty Walker; Nancy Bronson; Alton White; Cheryl Potop-Jackson; Paul Weibel; cc: Laurel Robinson; William McCarthy | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004588 | MSFOIA_WH004595 | 0.7.72.22777.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004596 | MSFOIA_WH004597 | 0.7.72.22778 | | | Email | Sam Maruca briefing | 9/16/2011 | Maria Hwang | Patricia Chaback;cc: Laurel Robinson, Marty Walker, Carol Poindexter | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 613 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004598 | MSFOIA_WH004599 | 0.7.72.22779 | | | Email | RE: Sam Maruca briefing | 9/18/2011 | Patricia Chaback | Maria Hwang; cc: Laurel Robinson, Marty Walker, Carol Poindexter, Gloria Sullivan, P. Carter | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004600 | MSFOIA_WH004602 | 0.7.72.22780 | | | Email | RE: Sam Maruca briefing | 9/19/2011 | Maria Hwang | Patricia Chaback; cc: Laurel Robinson, Marty Walker, Carol Poindexter, Gloria Sullivan, P. Carter | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004603 | MSFOIA_WH004603 | 0.7.72.22781 | | | Email | FW: Microsoft Briefing Paper: Briefing on 9-16-2011 @ 11:00 a.m. | 9/19/2011 | Maria Hwang | Patricia Chaback; cc: Carol Poindexter; Laurel Robinson; Marty Walker; Gloria Sullivan | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004604 | MSFOIA_WH004611 | 0.7.72.22781.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004612 | MSFOIA_WH004614 | 0.7.72.22782 | | | Email | FW: Sam Maruca briefing | 9/19/2011 | Maria Hwang | Patricia Chaback; cc: Laurel Robinson, Carol Poindexter, Gloria Sullivan, Marty Walker | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 614 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004615 | MSFOIA_WH004618 | 0.7.72.22783 | | | Email | RE: Sam Maruca briefing | 9/19/2011 | Patricia Chaback | Maria Hwang; cc: Laurel Robinson, Carol Poindexter, Gloria Sullivan, Marty Walker | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004619 | MSFOIA_WH004623 | 0.7.72.22784 | | | Email | RE: Sam Maruca briefing | 9/19/2011 | Maria Hwang | Patricia Chaback; cc: Laurel Robinson, Carol Poindexter, Gloria Sullivan, Marty Walker | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004626 | MSFOIA_WH004628 | 0.7.72.22787 | | | Email | Fw: Microsoft | 9/21/2011 | Laurel Robinson | Patricia Chaback | Internal agency communication with comments concerning issuance of IDR, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004630 | MSFOIA_WH004630 | 0.7.72.22788 | | | Email | RE: M and International | 9/21/2011 | Maria Hwang | Marty Walker, Patricia Chaback, Carol Poindexter | Discussion of preliminary thoughts about decisions to be made regarding the management, scope, and direction of the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004631 | MSFOIA_WH004632 | 0.7.72.22789 | | | Email | RE: M and International | 9/21/2011 | P. Chabck | Maria Hwang, Marty Walker, Carol Poindexter | Discussion of preliminary thoughts about decisions to be made regarding the management, scope, and direction of the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004633 | MSFOIA_WH004634 | 0.7.72.22790 | | | Email | FW: M and International | 9/21/2011 | Paul Weibel | Laurel Robinson; cc: Gloria Sullivan | Discussion of preliminary thoughts about decisions to be made regarding the management, scope, and direction of the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 615 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004635 | MSFOIA_WH004638 | 0.7.72.22791 | | | Email | FW: Draft IDR language | 9/21/2011 | Maria Hwang | Carol Poindexter; cc: Patricia Chaback, Gloria Sullivan, Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and drafting of Individual Document Request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004640 | MSFOIA_WH004640 | 0.7.72.22792 | | | Email | FW: Draft IDR - 1 | 9/21/2011 | Maria Hwang | Carol Poindexter; cc: Patricia Chaback, Gloria Sullivan, Laurel Robinson | Internal agency communication with comments concerning issues being examined and a draft of an IDR, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004641 | MSFOIA_WH004655 | 0.7.72.22792.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004656 | MSFOIA_WH004657 | 0.7.72.22792.2 | | | Draft IDR | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004658 | MSFOIA_WH004659 | 0.7.72.22793 | | | Email | RE: M and International - 1 | 9/21/2011 | Maria Hwang | Patricia Chaback; Marty Walker; Carol Poindexter | Internal communication among IRS examiners and agency attorneys regarding issues being examined, and drafting and issuance of Individual Document Request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004675 | MSFOIA_WH004675 | 0.7.72.22800 | | | Email | FW: Draft IDR | 9/22/2011 | Maria Hwang | Carol Poindexter; cc: Patricia Chaback; Gloria Sullivan; Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined, and drafting and issuance of Individual Document Request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 616 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004676 | MSFOIA_WH004690 | 0.7.72.22800.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004691 | MSFOIA_WH004692 | 0.7.72.22800.2 | | | Draft IDR | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004693 | MSFOIA_WH004696 | 0.7.72.22801 | | | Email | FW: Draft IDR language 1 | 9/22/2011 | Maria Hwang | Carol Poindexter; cc: Patricia Chaback; Gloria Sullivan; Laurel Robinson | Internal communication among IRS examiners  and agency attorneys regarding issues being examined, and drafting and issuance of Individual Document Request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004710 | MSFOIA_WH004711 | 0.7.72.23031 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/8/2008 | Patricia Chaback | Maria Hwang; cc: Barbara Leonard | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004737 | MSFOIA_WH004737 | 0.7.72.23026 | | | Email | CIC ECD extension | 5/23/2011 | Laurel Robinson | Patricia Chaback; Maria Hwang; Cathy Goodson; Ewan Purkiss | Internal agency communication with comments concerning issues being examined, including communication with government attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004743 | MSFOIA_WH004745 | 0.7.72.125862.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004746 | MSFOIA_WH004747 | 0.7.72.125194 | | | Email | RE: | 9/27/2011 | Michael Danilack | Samuel Maruca | Internal agency communication with preliminary comments concerning issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 617 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004748 | MSFOIA_WH004749 | 0.7.72.23426 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/21/2010 | Martin Walker | Patricia Chaback; Maria Hwang | Communicating preliminary thoughts about decisions to be made regarding assignment of examiners to work on the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C) (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about work assignment is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004750 | MSFOIA_WH004750 | 0.7.72.23457 | | | Handwritten notes | None provided on document | 12/16/2010 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004751 | MSFOIA_WH004753 | 0.7.72.23473 | | | Notes | None provided on document | 211/01/05 | Charles Davis | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004754 | MSFOIA_WH004760 | 0.7.72.23641 | | | Fax cover sheet and workpapers | None provided on document | 11/29/2010 | Paul Weibel | Charles Davis | Examiner's workpaper communicating analysis of an issue being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004761 | MSFOIA_WH004761 | 0.7.72.23422 | | | Handwritten notes | Re: 6/21/2010 Meeting w/MSFT Bill Sample & Mike Bernard | 6/21/2010 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004762 | MSFOIA_WH004762 | 0.7.72.23622 | | | Handwritten notes | None provided on document | 2/15/2010 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 618 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004763 | MSFOIA_WH004763 | 0.7.72.23593 | | | Draft memo | Counsel Advice/Response that has been requested | 2/9/2010 | Cheryl Potop-Jackson | Marty Walker; Charles Davis | Draft of internal communication describing legal advice requested from agency attorneys to assist with decisions to be made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004764 | MSFOIA_WH004764 | 0.7.72.23502 | | | Handwritten notes | None provided on document | 2/3/2010 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004766 | MSFOIA_WH004771 | 0.7.72.23632 | | | Handwritten notes | None provided on document | 11/3/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004772 | MSFOIA_WH004773 | 0.7.72.23409 | | | Handwritten notes | None provided on document | 11/3/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004774 | MSFOIA_WH004776 | 0.7.72.23392 | | | Handwritten notes | None provided on document | 9/15/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004777 | MSFOIA_WH004778 | 0.7.72.23563 | | | Handwritten notes | None provided on document | 9/15/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004779 | MSFOIA_WH004783 | 0.7.72.23423 | | | Agenda with handwritten notes, workpapers, and email | Agenda - Meeting with DFO | 9/17/2009 | Charles Davis; Marty Walker | Not indicated on document | Copy of meeting agenda communicating preliminary details about issues to be examined, with handwritten notes reflecting preliminary thoughts of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004784 | MSFOIA_WH004784 | 0.7.72.23492 | | | Handwritten notes | None provided on document | 8/24/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004785 | MSFOIA_WH004785 | 0.7.72.23517 | | | Handwritten notes | None provided on document | 1/8/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004786 | MSFOIA_WH004787 | 0.7.72.23437 | | | Draft memo with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/3/2008 | Ceteris; Charles Davis (notes) | Not indicated on document | Discussion draft of a memo from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004788 | MSFOIA_WH004789 | 0.7.72.23373 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2008 | Ceteris | Not indicated on document | Preliminary discussion about proposed interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004795 | MSFOIA_WH004795 | 0.7.72.23535 | | | Handwritten notes | None provided on document | 4/1/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004799 | MSFOIA_WH004801 | 0.7.72.23561 | | | Workpaper | Audit Plan Summary Risk Assessment - ALL Issues | 11/27/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of an issue being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 620 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004802 | MSFOIA_WH004804 | 0.7.72.23432 | | | Notes | Audit Status Meeting | 5/12/2008 | Cheryl Potop-Jackson | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004805 | MSFOIA_WH004807 | 0.7.72.23608 | | | Notes | Audit Status Meeting | 10/16/2007 | Charles Davis | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004810 | MSFOIA_WH004817 | 0.7.72.23548 | | | Handwritten notes; draft memo | None provided on document | 7/21/2009 | Charles Davis | Not indicated on document | Discussion draft of a memo from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004818 | MSFOIA_WH004818 | 0.7.72.23553 | | | Workpaper with handwritten notes | None provided on document | 7/21/2009 | Charles Davis | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004819 | MSFOIA_WH004819 | 0.7.72.23584 | | | Handwritten notes | None provided on document | 4/15/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004820 | MSFOIA_WH004820 | 0.7.72.23464 | | | Workpaper | Updated Audit Analysis | 4/15/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004821 | MSFOIA_WH004821 | 0.7.72.23435 | | | Workpaper | Updated Audit Analysis | 2/27/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 621 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004822 | MSFOIA_WH004823 | 0.7.72.23449 | | | Handwritten notes | None provided on document | 8/7/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004824 | MSFOIA_WH004824 | 0.7.72.23574 | | | Form with handwritten notes | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Copy of procurement document communicating preliminary details about exam planning, with handwritten notes reflecting preliminary thoughts of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004825 | MSFOIA_WH004826 | 0.7.72.23620 | | | Workpaper | Examiner's Risk Analysis Worksheet | Not Dated | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004827 | MSFOIA_WH004829 | 0.7.72.23370 | | | Notes | Audit Status Meeting | 5/12/2008 | Cheryl Potop-Jackson | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004830 | MSFOIA_WH004830 | 0.7.72.23382 | | | Handwritten notes | "Status Meeting" | 5/18/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004831 | MSFOIA_WH004834 | 0.7.72.23485 | | | Handwritten notes | None provided on document | 3/5/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004835 | MSFOIA_WH004837 | 0.7.72.23489 | | | Handwritten notes | None provided on document | 10/16/2007 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 622 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004838 | MSFOIA_WH004839 | 0.7.72.23420 | | | Memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang, Martin Walker | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004840 | MSFOIA_WH004843 | 0.7.72.23547 | | | Memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 10/30/09 to 6/30/10 | 6/30/2009 | Charles Davis | Maria Hwang, Martin Walker | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004844 | MSFOIA_WH004847 | 0.7.72.23537 | | | Draft memo with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris; Charles Davis(notes) | Paul Weibel | Discussion draft of a memo from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004848 | MSFOIA_WH004850 | 0.7.72.23543 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris | Paul Weibel | Discussion draft of a document communicating preliminary thoughts and analysis intended to aid in decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004851 | MSFOIA_WH004851 | 0.7.72.23532 | | | Workpaper | Ceteris Invoices | 10/14/2009 | Charles Davis | Not indicated on document | Workpaper communicating analysis of agency resources involved in Microsoft examination efforts, to assist decisions regarding how to conduct. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004852 | MSFOIA_WH004852 | 0.7.72.23600 | | | Workpaper | None provided on document | 1/12/2009 | Not indicated on document | Not indicated on document | Workpaper communicating analysis of agency resources involved in Microsoft examination efforts, to assist decisions regarding how to conduct. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004855 | MSFOIA_WH004856 | 0.7.72.23407 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/17/2008 | Julie Izumoto | Paul Weibel; cc: Cheryl Potop-Jackson; Charles Davis; JoAnn Cutler | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004857 | MSFOIA_WH004859 | 0.7.72.23560 | | | Spreadsheet | None provided on document | 7/19/2010 | Ceteris | Not indicated on document | Preliminary workplan provided by expert services contractor to examiners to assist with decisions being made regarding the use of contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004860 | MSFOIA_WH004861 | 0.7.72.23618 | | | Spreadsheet with handwritten notes | None provided on document | 5/26/2010 | Ceteris | Not indicated on document | Preliminary workplan provided by expert services contractor to examiners to assist with decisions being made regarding the use of contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004862 | MSFOIA_WH004878 | 0.7.72.23470 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | 5/26/2010 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004929 | MSFOIA_WH004935 | 0.7.72.23516 | | | Typed and handwritten notes | Potential Interview Questions for Outside 482 Experts | 4/10/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004936 | MSFOIA_WH004941 | 0.7.72.23461 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel | Responses from outside expert being considered for possible contract to examiners' questions. This contractor was not ultimately selected. | (b)(3)/6103(e)(7); (b)(4) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004942 | MSFOIA_WH004944 | 0.7.72.23636 | | | Email | RE: FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel, JoAnn Cutler | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(4) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 624 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004945 | MSFOIA_WH004950 | 0.7.72.23434 | | | Document, handwritten notes | Potential Interview Questions for Outside 482 Experts | 4/9/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004951 | MSFOIA_WH004979 | 0.7.72.23474 | | | Letter, resume, PowerPoint presentation | None provided on document | 2/25/2008 | Ceteris | Charles Davis | Ceteris response to Service questions and other information to assist with decision regarding selection of expert services contractor to assist with exam | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004980 | MSFOIA_WH004988 | 0.7.72.23419 | | | Document, handwritten notes, | Potential Interview Questions for Outside 482 Experts | 4/9/2008 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH004989 | MSFOIA_WH005004 | 0.7.72.23558 | | | Letter | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | 3/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | Charles Davis; Paul Weibel | Communication from prospective expert services contractor who was not selected for hire, reflecting confidential aspects of contractor's business activity as well as preliminary thoughts about how to analyze certain issue to be examined. | (b)(3)/6103(e)(7); (b)(4) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005005 | MSFOIA_WH005012 | 0.7.72.23466 | | | Document, handwritten notes, email, | Potential Interview Questions for Outside 482 Experts | 4/10/2008 | Charles Davis, Paul Weibel | Michael Aarstol; Joy Yen; Ahmad Shahshahani; Alton White; Fred Rapaport; Julie Izumoto; JoAnn Cutler; C.Davis; Cheryl Potop-Jackson; William McCarthy | Draft of interview questions and notes for outside expert who was not ultimately retained, shared among exam team for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005013 | MSFOIA_WH005022 | 0.7.72.23475 | | | Letter | None provided on document | 3/5/2008 | [Withheld - disclosure would thwart (b)(3), (b)(4), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; Charles Davis | Communication from prospective expert services contractor who was not selected for hire, reflecting confidential aspects of contractor's business activity as well as preliminary thoughts about how to analyze certain issue to be examined. | (b)(3)/6103(e)(7); (b)(4) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 625 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005023 | MSFOIA_WH005025 | 0.7.72.23519 | | | Handwritten notes, workpapers | None provided on document | 1/25/2010 | Charles Davis, | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005026 | MSFOIA_WH005027 | 0.7.72.23395 | | | Workpaper | None provided on document | 5/7/2008 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005028 | MSFOIA_WH005030 | 0.7.72.23482 | | | Handwritten notes | None provided on document | 1/25/2010 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005031 | MSFOIA_WH005031 | 0.7.72.23541 | | | Draft with handwritten notes | None provided on document | 9/24/2009 | Charles Davis(notes) | Not indicated on document | Discussion draft of a memo from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005032 | MSFOIA_WH005032 | 0.7.72.23587 | | | Draft | None provided on document | 9/24/2009 | Not indicated on document | Not indicated on document | Excerpt of Draft Ceteris Americas Report | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005033 | MSFOIA_WH005036 | 0.7.72.23447 | | | Email & attached workpapers | Files | 3/5/2010 | Paul Weibel | Charles Davis, Alton White | Discussion of preliminary thoughts about decisions to be made regarding the management, scope, and direction of the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005037 | MSFOIA_WH005039 | 0.7.72.23468 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/15/2009 | William McCarthy | Charles Davis, Paul Weibel | Internal Chief Counsel memorandum relating legal analysis regarding issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005040 | MSFOIA_WH005040 | 0.7.72.23404 | | | Notes | Questions/Concerns for Ceteris - Meeting June 10, 2009 | 6/10/2009 | Charles Davis | Not indicated on document | Notes communicating examiner's preliminary thoughts about exam issues and decisions to be discussed during an internal meeting involving expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005041 | MSFOIA_WH005041 | 0.7.72.23431 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Discussion draft of a report from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005042 | MSFOIA_WH005042 | 0.7.72.23521 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005043 | MSFOIA_WH005043 | 0.7.72.23490 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005044 | MSFOIA_WH005044 | 0.7.72.23396 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005045 | MSFOIA_WH005045 | 0.7.72.23403 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005046 | MSFOIA_WH005046 | 0.7.72.23425 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 627 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005047 | MSFOIA_WH005047 | 0.7.72.23614 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005048 | MSFOIA_WH005048 | 0.7.72.23455 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005049 | MSFOIA_WH005049 | 0.7.72.23564 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005050 | MSFOIA_WH005050 | 0.7.72.23580 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005051 | MSFOIA_WH005051 | 0.7.72.23399 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005052 | MSFOIA_WH005052 | 0.7.72.23443 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005053 | MSFOIA_WH005053 | 0.7.72.23623 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005054 | MSFOIA_WH005054 | 0.7.72.23424 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005055 | MSFOIA_WH005055 | 0.7.72.23463 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 628 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005056 | MSFOIA_WH005056 | 0.7.72.23410 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005057 | MSFOIA_WH005057 | 0.7.72.23454 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005058 | MSFOIA_WH005058 | 0.7.72.23389 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005059 | MSFOIA_WH005059 | 0.7.72.23368 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005060 | MSFOIA_WH005060 | 0.7.72.23436 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005061 | MSFOIA_WH005061 | 0.7.72.23371 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005062 | MSFOIA_WH005062 | 0.7.72.23400 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005063 | MSFOIA_WH005064 | 0.7.72.23631 | | | Handwritten notes | None provided on document | 6/9/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 629 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005065 | MSFOIA_WH005066 | 0.7.72.23639 | | | Handwritten notes | None provided on document | 6/10/2009 | Charles Davis | Not indicated on document | Description of issues discussed during telephone conference with Exam, Counsel and Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005067 | MSFOIA_WH005067 | 0.7.72.23554 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005068 | MSFOIA_WH005068 | 0.7.72.23606 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005069 | MSFOIA_WH005069 | 0.7.72.23616 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005070 | MSFOIA_WH005070 | 0.7.72.23446 | | | Handwritten notes | None provided on document | 5/29/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005071 | MSFOIA_WH005071 | 0.7.72.23383 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005072 | MSFOIA_WH005072 | 0.7.72.23527 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005073 | MSFOIA_WH005073 | 0.7.72.23411 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 630 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005074 | MSFOIA_WH005074 | 0.7.72.23524 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005075 | MSFOIA_WH005075 | 0.7.72.23603 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005076 | MSFOIA_WH005076 | 0.7.72.23575 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005077 | MSFOIA_WH005077 | 0.7.72.23565 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005078 | MSFOIA_WH005078 | 0.7.72.23511 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005079 | MSFOIA_WH005079 | 0.7.72.23412 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005080 | MSFOIA_WH005080 | 0.7.72.23610 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005081 | MSFOIA_WH005081 | 0.7.72.23598 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005082 | MSFOIA_WH005082 | 0.7.72.23472 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 631 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005083 | MSFOIA_WH005083 | 0.7.72.23401 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005084 | MSFOIA_WH005084 | 0.7.72.23451 | | | Draft report with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Ceteris; Charles Davis(notes) | Not indicated on document | Excerpt from discussion draft of expert services contractor's report with handwritten notes reflecting preliminary thoughts and impressions of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005085 | MSFOIA_WH005088 | 0.7.72.23550 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/15/2009 | William McCarthy | Charles Davis; Paul Weibel | Internal Chief Counsel memorandum relating legal analysis regarding issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005089 | MSFOIA_WH005089 | 0.7.72.23514 | | | Handwritten notes | None provided on document | 7/27/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005090 | MSFOIA_WH005091 | 0.7.72.23478 | | | Handwritten notes | None provided on document | 7/14/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005092 | MSFOIA_WH005092 | 0.7.72.23599 | | | Workpaper | Summary of MAIL Income and Expenses | 10/30/2008 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 632 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005093 | MSFOIA_WH005095 | 0.7.72.23604 | | | Handwritten notes | None provided on document | 7/13/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005096 | MSFOIA_WH005097 | 0.7.72.23467 | | | Handwritten notes | None provided on document | 7/10/2009 | Charles Davis | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005098 | MSFOIA_WH005106 | 0.7.72.23576 | | | Draft PowerPoint | Post Draft Report Briefing | 6/30/2009 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005107 | MSFOIA_WH005108 | 0.7.72.196755 | | | Email | FW: Microsoft Case - Facts | 10/27/2010 | Goodson Cathy A | Goodson Cathy A | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005109 | MSFOIA_WH005113 | 0.7.72.197637 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | William McCarthy | Cathy Goodson | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005119 | MSFOIA_WH005119 | 0.7.72.198898 | | | Email | RE: Microsoft Buy-In issue | 1/16/2011 | Laurel Robinson | Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 633 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005126 | MSFOIA_WH005130 | 0.7.72.196436 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/2/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005131 | MSFOIA_WH005136 | 0.7.72.194714 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/2/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005137 | MSFOIA_WH005141 | 0.7.72.196332 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/2/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005142 | MSFOIA_WH005146 | 0.7.72.199194 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/2/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005147 | MSFOIA_WH005151 | 0.7.72.199091 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 634 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005153 | MSFOIA_WH005157 | 0.7.72.197794.1 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005158 | MSFOIA_WH005162 | 0.7.72.197666 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005163 | MSFOIA_WH005167 | 0.7.72.199007 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005169 | MSFOIA_WH005173 | 0.7.72.196168.1 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005174 | MSFOIA_WH005178 | 0.7.72.198135 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 635 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005179 | MSFOIA_WH005183 | 0.7.72.195218 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-In issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005184 | MSFOIA_WH005188 | 0.7.72.198915 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-In issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005189 | MSFOIA_WH005193 | 0.7.72.197740 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-In issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005194 | MSFOIA_WH005198 | 0.7.72.196614 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-In issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005200 | MSFOIA_WH005204 | 0.7.72.199223.1 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-In issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 636 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005205 | MSFOIA_WH005209 | 0.7.72.196768 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005210 | MSFOIA_WH005214 | 0.7.72.196010 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005215 | MSFOIA_WH005219 | 0.7.72.199071 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/4/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005221 | MSFOIA_WH005226 | 0.7.72.198071.1 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005227 | MSFOIA_WH005232 | 0.7.72.196735 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 637 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005233 | MSFOIA_WH005239 | 0.7.72.194492 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005240 | MSFOIA_WH005245 | 0.7.72.194740 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005246 | MSFOIA_WH005252 | 0.7.72.197483 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005253 | MSFOIA_WH005259 | 0.7.72.195318 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005260 | MSFOIA_WH005266 | 0.7.72.195336 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 638 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005267 | MSFOIA_WH005273 | 0.7.72.196039 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005274 | MSFOIA_WH005280 | 0.7.72.199043 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/6/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005281 | MSFOIA_WH005286 | 0.7.72.197806 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005287 | MSFOIA_WH005292 | 0.7.72.196411 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005294 | MSFOIA_WH005313 | 0.7.72.197473.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 639 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005314 | MSFOIA_WH005319 | 0.7.72.197473.2 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005320 | MSFOIA_WH005327 | 0.7.72.196580 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005329 | MSFOIA_WH005336 | 0.7.72.194606.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005338 | MSFOIA_WH005345 | 0.7.72.196312.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005346 | MSFOIA_WH005374 | 0.7.72.195322 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005375 | MSFOIA_WH005403 | 0.7.72.197482 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/2/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005404 | MSFOIA_WH005409 | 0.7.72.198100 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005410 | MSFOIA_WH005438 | 0.7.72.196712 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (Issue No. 1) | 9/2/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005439 | MSFOIA_WH005468 | 0.7.72.196179 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005472 | MSFOIA_WH005501 | 0.7.72.196020 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005502 | MSFOIA_WH005531 | 0.7.72.194950 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005532 | MSFOIA_WH005533 | 0.7.72.197732 | | | Email | RE: Microsoft update: APAC buy-in rebuttal | 9/8/2011 | William McCarthy | Cathy Goodson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005534 | MSFOIA_WH005543 | 0.7.72.195001 | | | Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006) | 9/9/2011 | Shawn Barrett | S. Baker, Cheryl Potop-Jackson | Discussion of legal issues, planning, effect on examination, and other considerations in responding to FOIA Request | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Communications between the Service and Counsel |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005544 | MSFOIA_WH005544 | 0.7.72.196472 | | | Email | FW: Microsoft Briefing Paper: Briefing on 9-16-2011 @ 11:00 a.m. | 9/15/2011 | Cathy Goodson | Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005545 | MSFOIA_WH005552 | 0.7.72.196472.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005553 | MSFOIA_WH005554 | 0.7.72.195338 | | | Email | FW: Microsoft & potential IDR consequences | 9/20/2011 | Cathy Goodson | William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 642 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005555 | MSFOIA_WH005569 | 0.7.72.195338.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005570 | MSFOIA_WH005571 | 0.7.72.195338.2 | | | Draft IDR | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005572 | MSFOIA_WH005573 | 0.7.72.196555 | | | Email | RE: Microsoft & potential IDR consequences | 9/20/2007 | Cathy Goodson | William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005574 | MSFOIA_WH005577 | 0.7.72.131220 | | | List of cases | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Comments regarding status of ongoing enforcement matters involving third-party taxpayers, as well as Microsoft, including discussion of scope, direction, and strategy of ongoing enforcement matters | (b)(3);6103(a); (b)(3);6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRS § 6103 |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005578 | MSFOIA_WH005583 | 0.7.72.151588 | | | List of cases | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Comments regarding status of ongoing enforcement matters involving third-party taxpayers, as well as Microsoft, including discussion of scope, direction, and strategy of ongoing enforcement matters | (b)(3);6103(a); (b)(3);6103(e)(7); (b)(5)/Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Reflects the thoughts and impressions of attorneys during the process of formulating legal advice for their client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. Names of third party taxpayers and information about those taxpayers' tax matters are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRS § 6103 |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005584 | MSFOIA_WH005588 | 0.7.72.207276 | | | Email | RE: NOPA review (SUPPLEMENT) | 1/14/2011 | Cathy Goodson | William McCarthy; Hilty Melissa L | Discussion among examiners and agency attorneys regarding decisions involved in drafting a NOPA during the Microsoft examination | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005626 | MSFOIA_WH005629 | 0.7.72.23015 | | | Email | RE: TIRWR-08-C-00022 | 4/21/2010 | A. Malcolm | C Davis; cc: Julie izumoto; Alton White; Cheryl Potop-Jackson; Paul Weibel; Marty Walker; JoAnn Cutler; D. Focht | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005630 | MSFOIA_WH005632 | 0.7.72.22988 | | | Email | RE: TIRWR-08-C-00023 | 4/20/2010 | Charles Davis | A. Malcolm; cc: Julie izumoto; Alton White; Cheryl Potop-Jackson; Paul Weibel; Marty Walker; JoAnn Cutler; D. Focht | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005633 | MSFOIA_WH005634 | 0.7.72.23006 | | | Email | RE: TIRWR-08-C-00024 | 6/22/2009 | Paul Weibel | Julie izumoto; Charles Davis; cc: JoAnn Cutler | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005635 | MSFOIA_WH005637 | 0.7.72.22977 | | | Email | RE: TIRWR-08-C-00025 | 6/16/2009 | JoAnn Cutler | Charles Davis; Julie izumoto | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005638 | MSFOIA_WH005638 | 0.7.72.23016 | | | Email with handwritten notes | RE: TIRWR-08-C-00025 | 6/15/2009 | Julie izumoto; JoAnn Cutler (handwriting) | Charles Davis, Paul Weibel, cc: JoAnn Cutler | Copy of email discussing decisions to be made regarding hiring of expert services contractor, with handwritten notes reflecting preliminary thoughts of agency employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005639 | MSFOIA_WH005640 | 0.7.72.22998 | | | Email | Request for concurrence for outside expert funding | 1/15/2008 | Charles Davis | M. Szostak; cc: JoAnn Cutler; Alton White; Ahmad Shahshahani | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005641 | MSFOIA_WH005665 | 0.7.72.22984 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; Ahmad Shahshahani | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 644 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005666 | MSFOIA_WH005706 | 0.7.72.23011 | | | Email and attachments | Potential Experts | 9/14/2007 | JoAnn Cutler | Cheryl Potop-Jackson | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005707 | MSFOIA_WH005753 | 0.7.72.23004 | | | Procurement workpaper | Chapter 12 - Outside Expert Requisitions, Acquisition Plan | Not Dated | Not indicated on document | Not indicated on document | Excerpts of draft expert contract acquisition plan, draft statement of work, notes from meetings, related emails | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005754 | MSFOIA_WH005758 | 0.7.72.391840 | | | Email | RE: Read Me. | 1/14/2011 | Cheryl Potop-Jackson | Paul Weibel | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005759 | MSFOIA_WH005763 | 0.7.72.399377 | | | Email | Read Me | 1/14/2011 | Paul Weibel | Charles Davis; Alton White; cc:William McCarthy; Cheryl Potop-Jackson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005764 | MSFOIA_WH005764 | 0.7.72.402349 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2011 | Cheryl Potop-Jackson | William McCarthy; Hilty Melissa L; cc: Goodson Cathy A; Charles Davis; Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005765 | MSFOIA_WH005765 | 0.7.72.402349.1 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Explanation of a legal position regarding an issue about which additional legal advice was being sought from agency attorneys. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 645 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005766 | MSFOIA_WH005767 | 0.7.72.405332 | | | Email | RE: FOIA Exemption 5 | 1/14/2011 | Cathy Goodson | Cheryl Potop-Jackson; William McCarthy; Hilty Melissa  cc:Charles Davis; Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005767 | MSFOIA_WH005768 | 0.7.72.410764 | | | Email | RE: FOIA Exemption 5 | 1/14/2011 | Cheryl Potop-Jackson | Cathy Goodson, William McCarthy, Melissa Hilty; cc: Charles Davis, Paul Weibel | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding how to manage information involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005779 | MSFOIA_WH005779 | 0.7.72.391764 | | | Email | Stop Work Order | 1/26/2011 | Julie izumoto | Ceteris; cc: Charles Davis, Paul Weibel | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005780 | MSFOIA_WH005780 | 0.7.72.391764.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005781 | MSFOIA_WH005781 | 0.7.72.403197 | | | Email | FW: Stop Work Order | 1/26/2011 | Paul Weibel | Alton White; Cheryl Potop-Jackson | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005782 | MSFOIA_WH005782 | 0.7.72.403197.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005783 | MSFOIA_WH005786 | 0.7.72.55012 | | | Draft Rebuttal | Response T/P's Rebuttal sec. 199 | Not Dated | Not indicated on document | Not indicated on document | Draft points on response to Microsoft Rebuttal | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005787 | MSFOIA_WH005787 | 0.7.72.55398 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005788 | MSFOIA_WH005832 | 0.7.72.55255 | | | Draft NOPA | Form 886A - Explanation of Items | 3/21/2011 | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005833 | MSFOIA_WH005858 | 0.7.72.392620 | | | Draft Rebuttal | Rebuttal to Taxpayer Protest: Americas Buy-In (Issue No. 2) | 8/5/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005859 | MSFOIA_WH005872 | 0.7.72.23363 | | | Handwritten notes, PowerPoint | None provided on document | 11/6/2007 | Cheryl Potop-Jackson | Not indicated on document | Set of documents re: 11/06/2007 Microsoft presentation re: Americas buy-in, including handwritten notes and PowerPoint with handwritten notations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005873 | MSFOIA_WH005891 | 0.7.72.23367 | | | Handwritten notes, PowerPoint | None provided on document | 11/6/2007 | Cheryl Potop-Jackson | Not indicated on document | Set of document re: 11/06/2007 presentation by Microsoft re: APAC buy-in, including handwritten notes, PowerPoint with handwritten notations, | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005892 | MSFOIA_WH005899 | 0.7.72.23349 | | | Word, PowerPoint | Microsoft 200406 - 200606 Audit | 5/28/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes from May 28, 2008 meeting with Service and Microsoft, including PowerPoint presentation with handwritten notations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005900 | MSFOIA_WH005907 | 0.7.72.23361 | | | Handwritten notes | None provided on document | 1/25/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005908 | MSFOIA_WH005917 | 0.7.72.23354 | | | Handwritten notes | None provided on document | 9/1/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005918 | MSFOIA_WH005921 | 0.7.72.23356 | | | Handwritten notes | None provided on document | 6/14/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005922 | MSFOIA_WH005924 | 0.7.72.23345 | | | Handwritten notes | None provided on document | 9/10/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005925 | MSFOIA_WH005929 | 0.7.72.23357 | | | Workpaper and handwritten notes | Conference Call with Stan Perry, Discussion about Outside Experts | 10/23/2007 | Cheryl Potop-Jackson | Not indicated on document | Workpaper communicating analysis of agency resources involved in Microsoft examination efforts, to assist decisions regarding how to conduct. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005930 | MSFOIA_WH005933 | 0.7.72.23348 | | | Handwritten notes | None provided on document | 4/8/2003 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005934 | MSFOIA_WH005936 | 0.7.72.23347 | | | Handwritten notes | None provided on document | 6/30/1905 | Cheryl Potop-Jackson | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005937 | MSFOIA_WH005939 | 0.7.72.23344 | | | Workpaper and email | Microsoft Corporation, Tier 1 and Tier 2 Issues | 4/30/2007 | Fred Rapaport; Douglas Odell | Charles Astleford; Peter Orth; Fred Rapaport | Document created to communicate analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 648 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005940 | MSFOIA_WH005941 | 0.7.72.23359 | | | Workpaper | Microsoft Corporation, High Level Issue Review | Not Dated | Charles Astleford | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005942 | MSFOIA_WH005944 | 0.7.72.23350 | | | Workpaper | Microsoft Corporation, Preliminary List of Issues | 6/29/1905 | Charles Astleford | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005945 | MSFOIA_WH005945 | 0.7.72.23360 | | | Workpaper | Examiner's Risk Analysis Worksheet | 8/25/2008 | Cheryl Potop-Jackson | Charles Davis | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005946 | MSFOIA_WH005948 | 0.7.72.23352 | | | Workpaper | MS Initial Risk Analysis | 10/17/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005949 | MSFOIA_WH005952 | 0.7.72.23351 | | | Workpaper | MS Initial Risk Analysis | 7/30/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005953 | MSFOIA_WH005953 | 0.7.72.23346 | | | Service Worksheet | Examiner's Risk Analysis Worksheet | 11/27/2007 | Cheryl Potop-Jackson | Charles Davis | Document created to communicate analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005954 | MSFOIA_WH005954 | 0.7.72.23353 | | | Spreadsheet | Updated Audit Analysis | 4/15/2009 | Cheryl Potop-Jackson | Charles Davis | Document created to communicate analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 649 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005955 | MSFOIA_WH005956 | 0.7.72.23365 | | | Email | More on your plate | 4/27/2007 | Charles Astleford | Fred Rapaport | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH005957 | MSFOIA_WH006002 | 0.7.72.52211 | | | Memo | None provided on document | 8/2/2011 | Joy Yen (mark-up) | Not indicated on document | Copy of Microsoft protest with mark-up indicating preliminary thoughts and analysis of examiner | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006003 | MSFOIA_WH006043 | 0.7.72.52207 | | | Draft memo | Response to Taxpayer's Protest to the Notice of Proposed Adjustments and the Accompanying Economist Report | 8/6/2011 | Joy Yen | Not indicated on document | Draft memo providing preliminary thoughts and analysis for response to Microsoft protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006044 | MSFOIA_WH006077 | 0.7.72.52166 | | | Draft memo | Response to Taxpayer's Protest to the Notice of Proposed Adjustments and the Accompanying Economist Report | 8/17/2011 | Joy Yen | Not indicated on document | Draft memo providing preliminary thoughts and analysis for response to Microsoft protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006078 | MSFOIA_WH006115 | 0.7.72.52164 | | | Draft Rebuttal | Rebuttal to Taxpayer Protest: Great Plains Acquisition Buy-In (Issue No. 9A) | 8/30/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006116 | MSFOIA_WH006117 | 0.7.72.245673 | | | Email | RE: Microsoft Case - Facts | 3/1/2010 | Michelle Korbas | Laurel Robinson, William McCarthy, Rex Lee; Caroline Chen | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 650 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006118 | MSFOIA_WH006159 | 0.7.72.241263 | | | Spreadsheet | Significant § 482 Buy-in Cases | 9/8/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006161 | MSFOIA_WH006164 | 0.7.72.228549.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006165 | MSFOIA_WH006206 | 0.7.72.227879 | | | Spreadsheet | Significant § 482 Buy-in Cases | 10/10/2010 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006207 | MSFOIA_WH006249 | 0.7.72.245762 | | | Spreadsheet | Significant § 482 Buy-in Cases | 12/15/2010 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006251 | MSFOIA_WH006297 | 0.7.72.248233 | | | Spreadsheet | Significant § 482 Buy-in Cases | 2/10/2011 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006299 | MSFOIA_WH006346 | 0.7.72.220032.1 | | | Spreadsheet | Significant § 482 Buy-in Cases | 5/16/2011 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006348 | MSFOIA_WH006395 | 0.7.72.236716.1 | | | Spreadsheet | Significant § 482 Buy-in Cases | 5/16/2011 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006397 | MSFOIA_WH006406 | 0.7.72.226574.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/13/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006407 | MSFOIA_WH006505 | 0.7.72.226574.2 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/15/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006506 | MSFOIA_WH006553 | 0.7.72.217484 | | | Spreadsheet | Significant § 482 Buy-in Cases | 5/16/2011 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 652 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006555 | MSFOIA_WH006564 | 0.7.72.231225.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 7/20/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006568 | MSFOIA_WH006575 | 0.7.72.267047 | | | Workpaper | Case History | 2/2/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006576 | MSFOIA_WH006583 | 0.7.72.266937 | | | Workpaper | Case History | 2/23/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006584 | MSFOIA_WH006590 | 0.7.72.266386 | | | Workpaper | Case History | 3/4/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006591 | MSFOIA_WH006598 | 0.7.72.265204 | | | Workpaper | Case History | 4/18/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 653 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006599 | MSFOIA_WH006607 | 0.7.72.264435 | | | Workpaper | Case History | 5/6/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006608 | MSFOIA_WH006619 | 0.7.72.266128 | | | Workpaper | Case History | 6/8/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006620 | MSFOIA_WH006620 | 0.7.72.266856 | | | Email | Buy-in agreements - MSFT | 6/14/2011 | Daniel Lavassar | Rex Lee; Farhad Asghar; William McCarthy | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006621 | MSFOIA_WH006635 | 0.7.72.266856.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006636 | MSFOIA_WH006651 | 0.7.72.266856.2 | | | Draft NOPA | Form 886A - Explanation of Items | 6/14/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM   Document 66-3   Filed 08/22/22   Page 654 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006652 | MSFOIA_WH006671 | 0.7.72.266856.3 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006672 | MSFOIA_WH006693 | 0.7.72.266856.4 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006694 | MSFOIA_WH006704 | 0.7.72.266856.5 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006705 | MSFOIA_WH006710 | 0.7.72.266856.6 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006711 | MSFOIA_WH006719 | 0.7.72.266856.7 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Excerpt from a document submitted by the taxpayer, shared among attorneys and other agency employees for consideration while formulating legal advice and making decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 655 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006720 | MSFOIA_WH006720 | 0.7.72.266287 | | | Email | RE: Pre-Appeals conferences and buy-in issues | 6/30/2011 | Lloyd Silberzweig | William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006721 | MSFOIA_WH006730 | 0.7.72.265437 | | | Workpaper | Case History | 6/30/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006734 | MSFOIA_WH006738 | 0.7.72.267020 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/1/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006740 | MSFOIA_WH006744 | 0.7.72.264336.1 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/2/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006745 | MSFOIA_WH006749 | 0.7.72.265113 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/3/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 656 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006750 | MSFOIA_WH006755 | 0.7.72.267262 | | | Draft Workpaper | Briefing Paper: Treas. Reg. § 1.482-7 Buy-in issues | 8/5/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a briefing document communicating examiners' and agency attorneys' thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006757 | MSFOIA_WH006763 | 0.7.72.264892.1 | | | Draft Memo | Microsoft - Transfer Pricing Briefing | Not Dated | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006764 | MSFOIA_WH006771 | 0.7.72.265314 | | | Draft Memo | Microsoft - Transfer Pricing Briefing | Not Dated | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006774 | MSFOIA_WH006778 | 0.7.72.264425 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006779 | MSFOIA_WH006807 | 0.7.72.265370 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006808 | MSFOIA_WH006836 | 0.7.72.265096 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/1/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 657 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006845 | MSFOIA_WH006845 | 0.7.72.266025 | | | Email | Draft Response | 9/6/2011 | Ceteris | William McCarthy; cc: Paul Weibel, Michelle Johnson, Ceteris | Transmitting document password | (b)(7)(E) | Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006846 | MSFOIA_WH006847 | 0.7.72.266929 | | | Email | RE: San Jose LB&I Biweekly Report | 9/7/2011 | Farhad Asghar | William McCarthy | Discussion of preliminary thoughts about decisions to be made regarding the management, scope, and direction of the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006848 | MSFOIA_WH006877 | 0.7.72.264418 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/7/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006878 | MSFOIA_WH006897 | 0.7.72.265961 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 9/8/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006898 | MSFOIA_WH006898 | 0.7.72.267067 | | | Fax cover sheet | None provided on document | 9/8/2011 | William McCarthy | Ceteris | Fax cover sheet re APAC facts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006899 | MSFOIA_WH006899 | 0.7.72.266114 | | | Draft Workpaper | LMSB Case Coordination Checksheet | 9/9/2011 | William McCarthy | Not indicated on document | Internal form used to coordinate work by agency attorneys, describing plans for development of advice sought by examiners. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Discussions of work being assigned to certain employees is solely related to internal personnel practices, discussed in documents the agency typically keeps to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employee's privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 658 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006900 | MSFOIA_WH006911 | 0.7.72.264451 | | | Workpaper | Case History | 8/31/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006912 | MSFOIA_WH006941 | 0.7.72.263950 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: APAC BUY-IN (NOPA No. 40/Issue No. 1) | 9/12/2011 | LB&I, Internal Revenue Service | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006942 | MSFOIA_WH006951 | 0.7.72.264108 | | | Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006), FOIA Request for Expert Files | 9/9/2011 | LB&I Counsel | S. Baker, Cheryl Potop-Jackson | Memo re FOIA request for Ceteris Documents | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006952 | MSFOIA_WH006953 | 0.7.72.264218 | | | Email | Microsoft: IDR for $30.4 billion valuation | 9/20/2011 | Cathy Goodson | Laurel Robinson; William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006954 | MSFOIA_WH006968 | 0.7.72.264218.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006969 | MSFOIA_WH006970 | 0.7.72.264218.2 | | | Draft IDR | Draft IDR language (Form 5471) | Not Dated | not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 659 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006972 | MSFOIA_WH006973 | 0.7.72.349606 | | | Email | FW: Microsoft Case - Facts | 2/23/2010 | Musher Steven A | Meryl Silver; Bettie Ricca; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006975 | MSFOIA_WH006984 | 0.7.72.297317.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/13/2011 | not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH006985 | MSFOIA_WH007083 | 0.7.72.297317.2 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/15/2011 | not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007085 | MSFOIA_WH007095 | 0.7.72.314225.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 8/10/2011 | not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007096 | MSFOIA_WH007119 | 0.7.72.364946 | | | Draft NOPA | Form 886A - Explanation of Items | 10/19/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007120 | MSFOIA_WH007143 | 0.7.72.370505 | | | Draft NOPA | Form 886A - Explanation of Items | 10/20/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007144 | MSFOIA_WH007167 | 0.7.72.369196 | | | Draft NOPA | Form 886A - Explanation of Items | 10/21/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007168 | MSFOIA_WH007191 | 0.7.72.362340 | | | Draft NOPA | Form 886A - Explanation of Items | 11/1/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007192 | MSFOIA_WH007219 | 0.7.72.363815 | | | Draft NOPA | Form 886A - Explanation of Items | 11/2/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007220 | MSFOIA_WH007247 | 0.7.72.370209 | | | Draft NOPA | Form 886A - Explanation of Items | 11/3/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007248 | MSFOIA_WH007275 | 0.7.72.362724 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007276 | MSFOIA_WH007279 | 0.7.72.372758 | | | Email | FW: America Transfer Price | 11/19/2010 | Joy Yen | Paul Weibel; cc: Douglas Odell, Cheryl Potop-Jackson | Internal discussion regarding the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007280 | MSFOIA_WH007280 | 0.7.72.372758.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007281 | MSFOIA_WH007281 | 0.7.72.372758.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 661 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007282 | MSFOIA_WH007287 | 0.7.72.366101 | | | Email | RE: America Transfer Price | 11/22/2010 | Joy Yen | Douglas Odell, Paul Weibel; cc: Cheryl Potop-Jackson | Internal discussion regarding the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007288 | MSFOIA_WH007288 | 0.7.72.366101.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007289 | MSFOIA_WH007289 | 0.7.72.366101.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007305 | MSFOIA_WH007313 | 0.7.72.376094 | | | Email | RE: America Transfer Price | 11/29/2010 | Joy Yen | Douglas Odell, Paul Weibel; cc: Cheryl Potop-Jackson | Internal discussion regarding the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007314 | MSFOIA_WH007314 | 0.7.72.376094.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007315 | MSFOIA_WH007315 | 0.7.72.376094.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007316 | MSFOIA_WH007343 | 0.7.72.369025 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2010 | not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007344 | MSFOIA_WH007420 | 0.7.72.364888 | | | Draft Report | Economist Report | 4/15/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007421 | MSFOIA_WH007422 | 0.7.72.370981 | | | Email | RE: MICR Rebuttal Update - Odell | 8/30/2011 | William McCarthy | Douglas Odell | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 662 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007423 | MSFOIA_WH007425 | 0.7.72.370974 | | | Email | FW: MICR - Strategies Discussion | 9/14/2011 | Douglas Odell | William McCarthy; cc: Alton White, Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007427 | MSFOIA_WH007452 | 0.7.72.420858.1 | | | Draft Rebuttal | Rebuttal to Taxpayer Protest: Americas Buy-In (Issue No. 2) | 8/5/2011 | LB&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007453 | MSFOIA_WH007453 | 0.7.72.421587 | | | Email | RE: M Case | 8/29/2011 | William McCarthy | Thomas Vidano; cc: Laurel Robinson, Cathy Goodson, Ewan Purkiss | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007457 | MSFOIA_WH007701 | 0.7.72.23061 | | | Draft report | Analysis of Microsoft Americas Retail Buy-In | 5/29/2009 | Fred Rapaport (notes) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting examiner's preliminary thoughts, to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007713 | MSFOIA_WH007727 | 0.7.72.23070 | | | Handwritten notes | None provided on document | 10/27/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007728 | MSFOIA_WH007730 | 0.7.72.23077 | | | Handwritten notes | None provided on document | 7/13/2009 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007731 | MSFOIA_WH007735 | 0.7.72.23095 | | | Workpapers | None provided on document | Not Dated | Microsoft Corporation | Not indicated on document | Various excerpted pages from reports providing analysis of certain transactions being examined, with examiner's handwritten notes indicating preliminary thoughts and impressions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007736 | MSFOIA_WH007736 | 0.7.72.23057 | | | Handwritten notes | None provided on document | Not Dated | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007737 | MSFOIA_WH007743 | 0.7.72.23132 | | | Handwritten notes | None provided on document | Not Dated | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007744 | MSFOIA_WH007751 | 0.7.72.23102 | | | Handwritten notes | None provided on document | Not Dated | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007752 | MSFOIA_WH007754 | 0.7.72.23066 | | | Notes | Preliminary International Issues | 4/3/2007 | Fred Rapaport | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007755 | MSFOIA_WH007756 | 0.7.72.23139 | | | Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/5/2007 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007757 | MSFOIA_WH007757 | 0.7.72.23062 | | | Notes | Summary of IE-2022 and IE 2023 Responses | 9/5/2007 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 664 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007758 | MSFOIA_WH007758 | 0.7.72.23108 | | | Notes | Comments re review for McCarthy meeting | 9/21/2007 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007759 | MSFOIA_WH007764 | 0.7.72.23076 | | | Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Examiner's notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007765 | MSFOIA_WH007765 | 0.7.72.23082 | | | Handwritten notes | None provided on document | Not Dated | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007766 | MSFOIA_WH007768 | 0.7.72.23116 | | | Handwritten notes | None provided on document | 3/27/2012 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007769 | MSFOIA_WH007769 | 0.7.72.23065 | | | Email | Draft Performance Work Statement | 1/8/2008 | JoAnn Cutler | Charles Davis, Cheryl Potop-Jackson, Paul Weibel, Alton White, A. Shahshahni, Julie Izumoto, Michael Aarstol, Joy Yen, Fred Rapaport, William McCarthy, Stanley Perry, Ron Cerruti | Draft Performance Work Statement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007770 | MSFOIA_WH007780 | 0.7.72.23129 | | | Handwritten notes | None provided on document | 2/5/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007781 | MSFOIA_WH007781 | 0.7.72.23079 | | | Draft IDR | None provided on document | Not Dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007782 | MSFOIA_WH007784 | 0.7.72.23049 | | | Handwritten note | None provided on document | 4/10/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007785 | MSFOIA_WH007785 | 0.7.72.23125 | | | Workpaper | None provided on document | 4/14/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007786 | MSFOIA_WH007787 | 0.7.72.23064 | | | Workpaper | Summary of Buy-in and Cost Share Payments | 4/15/2006 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007788 | MSFOIA_WH007788 | 0.7.72.23115 | | | Draft IDR | None provided on document | 4/21/2008 | Fred Rapaport | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007789 | MSFOIA_WH007789 | 0.7.72.23128 | | | Handwritten notes | None provided on document | 4/30/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007790 | MSFOIA_WH007794 | 0.7.72.23044 | | | Handwritten notes | Staff Meeting | 5/12/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007795 | MSFOIA_WH007795 | 0.7.72.23063 | | | Handwritten notes | Q's for Joy | 5/19/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 666 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007796 | MSFOIA_WH007799 | 0.7.72.23071 | | | Handwritten notes | None provided on document | 5/27/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007800 | MSFOIA_WH007800 | 0.7.72.23136 | | | Handwritten notes | None provided on document | 5/29/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007801 | MSFOIA_WH007802 | 0.7.72.454821 | | | Email | Fw: Microsoft Case - Facts | 2/23/2010 | Barbara Leonard | Drita Tonuzi | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007803 | MSFOIA_WH007804 | 0.7.72.456262 | | | Email | FW: Microsoft Case - Facts | 3/1/2010 | Laurel Robinson | Michelle Korbas; cc: William McCarthy; Rex Lee; Caroline Chen | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007810 | MSFOIA_WH007813 | 0.7.72.450226.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007814 | MSFOIA_WH007817 | 0.7.72.450226.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007818 | MSFOIA_WH007820 | 0.7.72.450226.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007821 | MSFOIA_WH007825 | 0.7.72.450226.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007826 | MSFOIA_WH007832 | 0.7.72.450226.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007833 | MSFOIA_WH007835 | 0.7.72.450226.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007840 | MSFOIA_WH007841 | 0.7.72.450226.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 667 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007886 | MSFOIA_WH007894 | 0.7.72.433335.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 5/27/2011 | Julie Fields | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007896 | MSFOIA_WH007904 | 0.7.72.439134.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 1/15/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007906 | MSFOIA_WH007915 | 0.7.72.436033.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/13/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007934 | MSFOIA_WH007944 | 0.7.72.466511.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 8/10/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007945 | MSFOIA_WH007951 | 0.7.72.438394 | | | Draft memo | Microsoft - Transfer Pricing Briefing | Not Dated | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 668 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007952 | MSFOIA_WH007958 | 0.7.72.448570 | | | Draft memo | Microsoft - Transfer Pricing Briefing | Not Dated | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007960 | MSFOIA_WH007967 | 0.7.72.471557.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | Not Dated | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007973 | MSFOIA_WH007973 | 0.7.72.442172 | | | Email | Microsoft Briefing Paper: Briefing on 9-16-2011 @ 11:00 a.m. | 9/9/2011 | Cathy Goodson | Patricia Chaback, Maria Hwang, Marty Walker, Nancy Bronson, Alton White, Cheryl Potop-Jackson, Paul Weibel; cc: Laurel Robinson, William McCarthy | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007974 | MSFOIA_WH007981 | 0.7.72.442172.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007982 | MSFOIA_WH007983 | 0.7.72.448529 | | | Email | Fw: Microsoft: IDR for $30.4 billion valuation | 9/20/2011 | Laurel Robinson | Cathy Goodson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 669 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007984 | MSFOIA_WH007985 | 0.7.72.465989 | | | Email | FW: Microsoft: IDR for $30.4 billion valuation | 9/27/2011 | Cathy Goodson | Laurel Robinson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH007986 | MSFOIA_WH008000 | 0.7.72.465989.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008001 | MSFOIA_WH008002 | 0.7.72.465989.2 | | | Draft IDR | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008003 | MSFOIA_WH008004 | 0.7.72.471254 | | | Email | Fw: Microsoft: IDR for $30.4 billion valuation | 9/28/2011 | Cathy Goodson | Laurel Robinson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008005 | MSFOIA_WH008019 | 0.7.72.471254.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008020 | MSFOIA_WH008021 | 0.7.72.471254.2 | | | Draft IDR | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 670 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008022 | MSFOIA_WH008120 | 0.7.72.537744 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/15/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008121 | MSFOIA_WH008130 | 0.7.72.537774 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 6/13/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008131 | MSFOIA_WH008141 | 0.7.72.537990 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 8/10/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008142 | MSFOIA_WH008143 | 0.7.72.545957 | | | Email | RE: MS docs: Please remind me... | 9/1/2011 | William McCarthy | Joseph Tobin | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008144 | MSFOIA_WH008286 | 0.7.72.545957.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/28/2011 | Microsoft, Inc. | Not indicated on document | Copy of excerpt from Microsoft protest provided by agency attorney for consideration while formulating legal advice to assist with decisions to be made during examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 671 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008287 | MSFOIA_WH008477 | 0.7.72.545957.2 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/28/2011 | Microsoft, Inc. | Not indicated on document | Copy of excerpt from Microsoft protest provided by agency attorney to another agency attorney for consideration while formulating legal advice to assist with decisions to be made during examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008478 | MSFOIA_WH008622 | 0.7.72.545957.3 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/28/2011 | Microsoft, Inc. | Not indicated on document | Copy of excerpt from Microsoft protest provided by agency attorney to another agency attorney for consideration while formulating legal advice to assist with decisions to be made during examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008630 | MSFOIA_WH008631 | 0.7.72.89853 | | | Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | not indicated on document | Not indicated on document | Discussion of issues arising in examination of another taxpayer as compared to similar issues in Microsoft examination, to assist examiners with decisions to be made in Microsoft exam | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008632 | MSFOIA_WH008674 | 0.7.72.23652 | | | Draft contract | None provided on document | 12/15/2011 | Paul Weibel | Not indicated on document | Drafts of expert contract with handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008675 | MSFOIA_WH008684 | 0.7.72.23695 | | | E-mail | Today's Conference Call - APAC Royalty Payment | 11/20/2008 | Joy Yen | Paul Weibel; Fred Rapaport; Joy Yen; Cheryl Potop-Jackson | Today's Conference Call - APAC Royalty Payment | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008685 | MSFOIA_WH008689 | 0.7.72.23697 | | | Meeting Agenda with handwritten notes | Ceteris-IRS Meeting Chicago August 28, 2008 | 8/28/2008 | Not indicated on document | Not indicated on document | Copy of meeting agenda with examiner's handwritten notes reflecting preliminary thoughts about issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008693 | MSFOIA_WH008696 | 0.7.72.23713 | | | Fax with workpapers | None provided on document | 8/11/2008 | Paul Weibel | Ceteris | Examiner's workpapers communicating to expert services contractor preliminary thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008713 | MSFOIA_WH008722 | 0.7.72.23722 | | | Regulations | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Copy of legal research resource indicating focus and direction of examiners' analysis of issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008723 | MSFOIA_WH008729 | 0.7.72.23718 | | | Book excerpt | Practical Guide to U.S. Transfer Pricing | Not Dated | Not indicated on document | Not indicated on document | Copy of research resource indicating focus and direction of examiners' analysis of issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008730 | MSFOIA_WH008733 | 0.7.72.23723 | | | Memo | Tier I -- Transfer of Intangibles Offshore / section 482 Cost Sharing Buy-In Payment Issue Directive #2 | 3/21/2008 | Patricia Chaback | LMSB Division | Discussion draft of a document communicating preliminary thoughts and analysis intended to aid in decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008734 | MSFOIA_WH008735 | 0.7.72.23702 | | | Memo | Microsoft 2004-2006 Audit Case -- Status Report | 10/11/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson | Discussion draft of a document communicating preliminary thoughts and analysis intended to aid in decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008736 | MSFOIA_WH008738 | 0.7.72.23703 | | | Spreadsheet | Audit Plan Summary Risk Assessment - ALL Issues | 11/27/2007 | Cheryl Potop-Jackson | Not indicated on document | Document communicating examiners' preliminary thoughts regarding issues and activities of focus during examination, used to inform decisions regarding management of exam resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008739 | MSFOIA_WH008741 | 0.7.72.23682 | | | Report | MID-CYCLE AUDIT ANALYSIS | 8/25/2008 | Not indicated on document | Not indicated on document | Internal report listing details about employee resources allocated to various aspects of exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008742 | MSFOIA_WH008748 | 0.7.72.23684 | | | Workpaper | International Examiner Audit Plan | 10/10/2007 | Joy Yen, Michael Aarstol | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008749 | MSFOIA_WH008765 | 0.7.72.23736 | | | Workpaper with handwritten notes | INTERNATIONAL AUDIT PLAN MICROSOFT EXAM CYCLE: 200406 – 200606 | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008766 | MSFOIA_WH008768 | 0.7.72.23696 | | | Email, handwritten notes | RE: Planning? | 6/2/2008 | William McCarthy (email) | Paul Weibel | Copy of email containing advice of agency attorney, with examiner's handwritten notes reflecting preliminary thoughts about decisions regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008769 | MSFOIA_WH008769 | 0.7.72.23734 | | | Workpaper | None provided on document | 1/17/2008 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008770 | MSFOIA_WH008773 | 0.7.72.23731 | | | Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/5/2007 | Fred Rapaport | Not indicated on document | Summary of Microsoft Americas region retail segment cost sharing and related software transfer pricing with handwritten notes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008774 | MSFOIA_WH008778 | 0.7.72.23694 | | | Meeting Agenda and attachments | Microsoft Corporation, Introduce Key Team Members, 2004-2006 Cycles | 6/5/2007 | Charles Astleford | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008779 | MSFOIA_WH008779 | 0.7.72.23690 | | | Notes | None provided on document | 5/12/2008 | Douglas Odell | Not indicated on document | Meeting notes communicating preliminary thoughts about decisions to be made regarding issues being examined and/or how to conduct the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 674 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008780 | MSFOIA_WH008782 | 0.7.72.23693 | | | Meeting minutes | Audit Status Meeting | 3/5/2008 | Not indicated on document | Not indicated on document | Examiner's notes describing internal discussion regarding examination planning and thoughts about issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008783 | MSFOIA_WH008784 | 0.7.72.23647 | | | Handwritten notes | None provided on document | Not Dated | Paul Weibel | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008797 | MSFOIA_WH008798 | 0.7.72.23689 | | | Draft notes | IRS Marvin – Singapore, Puerto Rico & Redmond Interviews | 11/4/2008 | Ceteris | Paul Weibel | Summary of issues, preliminary analysis, timelines, and areas of interest for contractor with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008799 | MSFOIA_WH008818 | 0.7.72.23672 | | | Presentation and Handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | not indicated on document | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008828 | MSFOIA_WH008831 | 0.7.72.565393 | | | Email | America Transfer Price | 11/17/2010 | Joy Yen | Joy Yen | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008832 | MSFOIA_WH008832 | 0.7.72.565393.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008833 | MSFOIA_WH008833 | 0.7.72.565393.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008834 | MSFOIA_WH008840 | 0.7.72.570758 | | | Email | RE: America Transfer Price | 11/22/2010 | Douglas Odell | Joy Yen | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008841 | MSFOIA_WH008841 | 0.7.72.570758.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008842 | MSFOIA_WH008842 | 0.7.72.570758.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 675 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008843 | MSFOIA_WH008850 | 0.7.72.572873 | | | Email | RE: America Transfer Price | 11/26/2010 | D.Odell | Joy Yen, Paul Weibel; cc: Cheryl Potop-Jackson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008851 | MSFOIA_WH008851 | 0.7.72.572873.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008852 | MSFOIA_WH008852 | 0.7.72.572873.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008853 | MSFOIA_WH008858 | 0.7.72.569730 | | | Workpaper | None provided on document | 1/14/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008859 | MSFOIA_WH008935 | 0.7.72.567253 | | | Draft Report | Economist Report | 6/2/2011 | Joy Yen, Douglas Odell (comments) | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-06 (WH Batch 002) | Full | MSFOIA_WH008938 | MSFOIA_WH008938 | 0.7.72.584325.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009612 | MSFOIA_WH009617 | 0.7.72.96420 | | | Draft notes | Jonathan Downes, Senior Director, WWLP Asia | 3/10/2009 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009618 | MSFOIA_WH009622 | 0.7.72.96081 | | | Draft notes | Henry Kwang, Director, APOC E&D OPS | 3/10/2009 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009623 | MSFOIA_WH009629 | 0.7.72.95713 | | | Draft notes | Ken Wye Saw, VP, Sales and Marketing APAC | 3/10/2009 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 676 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009630 | MSFOIA_WH009635 | 0.7.72.94992 | | | Draft notes | Jessica Tan, GM of Microsoft Singapore | 3/11/2009 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009637 | MSFOIA_WH009639 | 0.7.72.82333 | | | Email | FW: Foreign Travel - Manual Travel Voucher Preparation | 3/24/2009 | Paul Weibel | Charles Davis, William McCarthy, Joy Yen | Discussion regarding decisions to be made with respect to planning and resources for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009640 | MSFOIA_WH009649 | 0.7.72.84289 | | | Notes | None provided on document | 3/26/2009 | William McCarthy | Not indicated on document | Notes communicating agency attorney's preliminary thoughts and impressions about a memo being drafted in response to advice sought by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009650 | MSFOIA_WH009651 | 0.7.72.96021 | | | Email | Tomorrow's Conference call re: Outside Expert Report | 4/15/2009 | Joy Yen | Paul Weibel, Fred Rapaport, William McCarthy, Charles Davis, Cheryl Potop-Jackson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009652 | MSFOIA_WH009652 | 0.7.72.83483 | | | Memo | Status-IDRs & NOPAs | 1/9/2007 | Joy Yen | Not indicated on document | Discussion draft of a document communicating preliminary thoughts and analysis intended to aid in decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009653 | MSFOIA_WH009653 | 0.7.72.84033 | | | Workpaper | IDR IE-2027 APAC, Americas R&D Costs | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 677 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009654 | MSFOIA_WH009654 | 0.7.72.84061 | | | Workpaper | IDR IE-2028 APAC, Americas R&D Allocations | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009655 | MSFOIA_WH009655 | 0.7.72.83394 | | | Workpaper | IDR IE-2029 APAC, Americas CS Models | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009656 | MSFOIA_WH009656 | 0.7.72.83861 | | | Workpaper | IDR IE-2049 482 Legal (Economist) | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009657 | MSFOIA_WH009657 | 0.7.72.83043 | | | Workpaper | IDR IE-2047 Buy-in Calculations (Americas) | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009658 | MSFOIA_WH009658 | 0.7.72.83031 | | | Workpaper | IDR IE-2064 APAC CS Data for FY 2007 | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009659 | MSFOIA_WH009659 | 0.7.72.82830 | | | Workpaper | IDR IE-2065 Americas CS Data for FY 2007 | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009660 | MSFOIA_WH009660 | 0.7.72.83881 | | | Workpaper | None provided on document | 8/3/2009 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 678 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009661 | MSFOIA_WH009662 | 0.7.72.83076 | | | Workpaper | IDR IE-2069 Other Acquisition Buy-in Data | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009663 | MSFOIA_WH009663 | 0.7.72.83912 | | | Workpaper | IDR IE-2079 Valuation Studies & Acquisitions | 8/3/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009664 | MSFOIA_WH009665 | 0.7.72.84251 | | | Email | FW: Legal Advice | 8/17/2009 | Paul Weibel | Fred Rapaport | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009666 | MSFOIA_WH009666 | 0.7.72.53370 | | | Draft IDR | Form 4564 Information Document Request | 8/17/2009 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009667 | MSFOIA_WH009667 | 0.7.72.53667 | | | Memo | Microsoft: Information Request #24 | 8/17/2009 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009668 | MSFOIA_WH009668 | 0.7.72.52461 | | | Memo | Microsoft: Information Request #25 | 8/17/2009 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009670 | MSFOIA_WH009670 | 0.7.72.82084 | | | Workpaper | ISSUE: Transfer-Pricing Adj under IRC 482 | 12/16/2009 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 679 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009671 | MSFOIA_WH009671 | 0.7.72.84518 | | | Notes | Meeting to discuss buy-in resolution | 1/15/2010 | Paul Weibel | Not indicated on document | Notes communicating examiner's preliminary thoughts about exam issues and decisions following a meeting with the taxpayer. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009672 | MSFOIA_WH009672 | 0.7.72.84632 | | | Workpaper | None provided on document | 2/2/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009673 | MSFOIA_WH009673 | 0.7.72.84594 | | | Email | RE: | 1/22/2010 | Joy Yen | Paul Weibel, Charles Davis, Alton White, Cheryl Potop-Jackson; cc: Chris Miller | Internal discussion about the analysis to be used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009674 | MSFOIA_WH009675 | 0.7.72.84199 | | | Email | Buy-in FRE 408 | 1/28/2010 | Joy Yen | Paul Weibel | Internal discussion about the analysis to be used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009676 | MSFOIA_WH009679 | 0.7.72.84319 | | | Notes | Strategy Meeting – Next Steps CSA Buy-in Adjustment | 1/7/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating examiner's preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009680 | MSFOIA_WH009681 | 0.7.72.84351 | | | Email | RE: FRE 408 Acq Buy-in Spreadsheet | 1/26/2010 | Douglas Odell | Paul Weibel, Joy Yen, Fred Rapaport, Marie Ishii, William McCarthy, Charles Davis | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 680 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009682 | MSFOIA_WH009683 | 0.7.72.81700 | | | Workpaper | Crude Estimate of CIP Methodology - Americas CSA | 2/4/2010 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009684 | MSFOIA_WH009691 | 0.7.72.81683 | | | Workpaper | None provided on document | 2/5/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009692 | MSFOIA_WH009692 | 0.7.72.84611 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 2/8/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009693 | MSFOIA_WH009703 | 0.7.72.84450 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 2/8/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009704 | MSFOIA_WH009801 | 0.7.72.39261 | | | Draft Report | Economist Report | 3/12/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009802 | MSFOIA_WH009803 | 0.7.72.84579 | | | Email | FW: Contract TIRWR-08-C-00022 with Ceteris | 4/16/2010 | Charles Davis | Paul Weibel | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009804 | MSFOIA_WH009805 | 0.7.72.53167 | | | Memo | Transfer Pricing Analysis: Information Request #1 | 4/30/2010 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 681 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009806 | MSFOIA_WH009806 | 0.7.72.52473 | | | Memo | Transfer Pricing Analysis: Information Request #2 | 4/30/2010 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009809 | MSFOIA_WH009809 | 0.7.72.84461 | | | Memo | Transfer Pricing Analysis: Information Request #2 | 4/30/2010 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009810 | MSFOIA_WH009811 | 0.7.72.84410 | | | Memo | Transfer Pricing Analysis: Information Request #1 | 4/30/2010 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009812 | MSFOIA_WH009813 | 0.7.72.53652 | | | Workpaper | IDR IE-2089 APAC MSSH Markups | 5/27/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009814 | MSFOIA_WH009815 | 0.7.72.52702 | | | Workpaper | IDR IE-2090 APAC E&Y Study Follow-up | 5/27/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009816 | MSFOIA_WH009817 | 0.7.72.53515 | | | Workpaper | IDR IE-2091 Americas MOPR Assets | 5/28/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009818 | MSFOIA_WH009819 | 0.7.72.53917 | | | Workpaper | IDR IE-2092 APAC Buy-in Sales-Marketing | 5/28/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 682 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009820 | MSFOIA_WH009821 | 0.7.72.54043 | | | Workpaper | IDR IE-2093 Buy-in Sales-Marketing | 5/28/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009822 | MSFOIA_WH009822 | 0.7.72.53063 | | | Workpaper | IDR IE-2094 APAC MSSH Activities | 5/28/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009823 | MSFOIA_WH009823 | 0.7.72.53899 | | | Workpaper | IDR IE-2012 Singapore Interviewees | 6/1/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009824 | MSFOIA_WH009824 | 0.7.72.52693 | | | Draft IDR | Form 4564 Information Document Request | 6/1/2010 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009825 | MSFOIA_WH009825 | 0.7.72.53662 | | | Workpaper | IDR IE-2109 Final Projections Request - APAC (Withdrawn) | 6/3/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009826 | MSFOIA_WH009826 | 0.7.72.53731 | | | Workpaper | IDR IE-2110 (Withdrawn) Request - Americas | 6/3/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009829 | MSFOIA_WH009829 | 0.7.72.53707 | | | Workpaper | IDR IE-2117 CSA - Americas RAB Share Follow-up | 6/7/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 683 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009830 | MSFOIA_WH009830 | 0.7.72.53546 | | | Workpaper | IDR IE-2125 Cost Pools-S&M Adjustment | 6/7/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009831 | MSFOIA_WH009831 | 0.7.72.52424 | | | Workpaper | IDR IE-2129 Buy-in Analysis Question | 6/7/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009832 | MSFOIA_WH009833 | 0.7.72.53703 | | | Workpaper | IDR IE-2132 Acquisition Buy-in Data | 6/7/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009834 | MSFOIA_WH009835 | 0.7.72.54160 | | | Workpaper | IDR IE-2134 (rev) IP Cost Support | 6/1/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009836 | MSFOIA_WH009836 | 0.7.72.53495 | | | Notes | Trsf Pricing Mtg – Initial IDRs | 6/9/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating examiner's preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009837 | MSFOIA_WH009837 | 0.7.72.52622 | | | Workpaper | IDR IE-2001 FY04,05 Tfr Price Docs EMEA, Americas | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009838 | MSFOIA_WH009839 | 0.7.72.52585 | | | Workpaper | IDR IE-2013 FY06 Americas CS Docs | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 684 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009840 | MSFOIA_WH009841 | 0.7.72.54345 | | | Workpaper | IDR IE-2017 FY06 Americas Valuation Study | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009842 | MSFOIA_WH009842 | 0.7.72.52659 | | | Workpaper | IDR IE-2019 World Wide Org Charts | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009843 | MSFOIA_WH009844 | 0.7.72.52845 | | | Workpaper | IDR IE-2023 FY06 What's America Questions | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009845 | MSFOIA_WH009846 | 0.7.72.53480 | | | Workpaper | IDR IE-2024 FY06 MSPR to MOPR Asset Sale Docs | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009847 | MSFOIA_WH009847 | 0.7.72.54212 | | | Workpaper | IDR IE-2025 APAC | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009848 | MSFOIA_WH009848 | 0.7.72.52629 | | | Workpaper | IDR IE-2027 APAC, Americas R&D Costs | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009849 | MSFOIA_WH009849 | 0.7.72.53719 | | | Workpaper | IDR IE-2028 APAC, Americas R&D Allocations | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 685 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009850 | MSFOIA_WH009850 | 0.7.72.52555 | | | Workpaper | IDR IE-2029 APAC, Americas CS Models | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009851 | MSFOIA_WH009851 | 0.7.72.52841 | | | Workpaper | IDR IE-2030 IRC 482 Briefing | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009852 | MSFOIA_WH009852 | 0.7.72.52882 | | | Workpaper | IDR IE-2032 Folder Contents | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009853 | MSFOIA_WH009853 | 0.7.72.54328 | | | Workpaper | IDR IE-2033 IDR IE-2026 Follow-up | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009854 | MSFOIA_WH009854 | 0.7.72.52743 | | | Workpaper | IDR IE-2034 E&Y APAC Briefing | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009855 | MSFOIA_WH009855 | 0.7.72.53754 | | | Workpaper | IDR IE-2035 KPMG Americas Briefing | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009856 | MSFOIA_WH009856 | 0.7.72.52969 | | | Workpaper | IDR IE-2046 Buy-In Calculations (APAC) | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009857 | MSFOIA_WH009857 | 0.7.72.54086 | | | Workpaper | IDR IE-2047 Buy-In Calculations (Americas) | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009858 | MSFOIA_WH009858 | 0.7.72.53178 | | | Workpaper | IDR IE-2050 OEM Licenses (Economist) | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009859 | MSFOIA_WH009859 | 0.7.72.53003 | | | Workpaper | IDR IE-2051 APA Royalty Exhibit (Economist) | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009860 | MSFOIA_WH009860 | 0.7.72.54139 | | | Workpaper | IDR IE-2055 License Prepayment | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009861 | MSFOIA_WH009861 | 0.7.72.53805 | | | Workpaper | IDR IE-2056 936 CSA | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009862 | MSFOIA_WH009862 | 0.7.72.53148 | | | Workpaper | IDR IE-2057 MOPR Data | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009863 | MSFOIA_WH009863 | 0.7.72.53204 | | | Workpaper | IDR IE-2062 APAC Projections | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 687 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009864 | MSFOIA_WH009864 | 0.7.72.53193 | | | Workpaper | IDR IE-2063 Americas Projections | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009865 | MSFOIA_WH009865 | 0.7.72.53263 | | | Workpaper | IDR IE-2064 APAC CS Data for FY 2007 | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009866 | MSFOIA_WH009866 | 0.7.72.54158 | | | Workpaper | IDR IE-2065 Americas CS Data for FY 2007 | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009867 | MSFOIA_WH009867 | 0.7.72.54252 | | | Workpaper | IDR IE-2066 APAC Royalty Detail | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009868 | MSFOIA_WH009869 | 0.7.72.52499 | | | Workpaper | IDR IE-2067 HSR Great Plains Docs | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009870 | MSFOIA_WH009870 | 0.7.72.53735 | | | Workpaper | IDR IE-2068 Americas Retail Buy-in KPMG | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009871 | MSFOIA_WH009871 | 0.7.72.53388 | | | Workpaper | IDR IE-2069 Other Acquisition Buy-in Data | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 688 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009872 | MSFOIA_WH009873 | 0.7.72.52679 | | | Workpaper | IDR IE-2071 Great Plains Acquisition Due Diligence | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009874 | MSFOIA_WH009874 | 0.7.72.53532 | | | Workpaper | IDR IE-2076 FAS 141 and 142 (Withdrawn) | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009875 | MSFOIA_WH009876 | 0.7.72.53427 | | | Workpaper | IDR IE-2078 Great Plains Due Diligence | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009877 | MSFOIA_WH009877 | 0.7.72.53907 | | | Workpaper | IDR IE-2079 Valuation Studies 8 Acquisitions | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009878 | MSFOIA_WH009878 | 0.7.72.53240 | | | Workpaper | IDR IE-2081 E&Y APAC CUTS | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009879 | MSFOIA_WH009879 | 0.7.72.52533 | | | Workpaper | IDR IE-2082 APAC Paid-up License | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009880 | MSFOIA_WH009880 | 0.7.72.52789 | | | Workpaper | IDR IE-2083 E&Y IDR 25 Follow-up | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 689 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009881 | MSFOIA_WH009882 | 0.7.72.39413 | | | Workpaper | IDR IE-2078 Great Plains Due Dilligence | 6/11/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009883 | MSFOIA_WH009884 | 0.7.72.53307 | | | Workpaper | IDR IE-2088 APAC MSSH Policy Docs | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009885 | MSFOIA_WH009885 | 0.7.72.53758 | | | Workpaper | IDR IE-2095 WACC Request | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009886 | MSFOIA_WH009887 | 0.7.72.52939 | | | Workpaper | IDR IE-2096 Americas Contracts | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009888 | MSFOIA_WH009888 | 0.7.72.53339 | | | Workpaper | IDR IE-2099 ETI Buy-in Questions | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009889 | MSFOIA_WH009890 | 0.7.72.54001 | | | Workpaper | IDR IE-2103 APAC E&Y CUTs | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009891 | MSFOIA_WH009892 | 0.7.72.52695 | | | Workpaper | IDR IE-2105 Cost Sharing - Pivot Tables-Spreadsheets | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 690 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009893 | MSFOIA_WH009894 | 0.7.72.53475 | | | Workpaper | IDR IE-2108 Cost Sharing- Acquisitions-Invention Investment Fund | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009895 | MSFOIA_WH009895 | 0.7.72.52795 | | | Workpaper | IDR IE-2114 CSA - Americas RAB Share Questions-Revised | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009896 | MSFOIA_WH009896 | 0.7.72.54022 | | | Workpaper | IDR IE-2115 APAC Other Marketing | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009897 | MSFOIA_WH009897 | 0.7.72.52418 | | | Workpaper | IDR IE-2116 APAC Royalty | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009898 | MSFOIA_WH009898 | 0.7.72.52376 | | | Workpaper | IDR IE-2126 APAC Segmented P&L's | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009899 | MSFOIA_WH009899 | 0.7.72.53338 | | | Workpaper | IDR IE-2127 Americas CSA Questions | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009900 | MSFOIA_WH009902 | 0.7.72.52509 | | | Workpaper | IDR IE-2128 MOPR Functions | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 691 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009903 | MSFOIA_WH009903 | 0.7.72.53347 | | | Workpaper | IDR IE-2130 Americas Revenue by Source | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009904 | MSFOIA_WH009905 | 0.7.72.52561 | | | Workpaper | IDR IE-2135 Licensing Transactions | 6/14/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009906 | MSFOIA_WH009906 | 0.7.72.54355 | | | Workpaper | IDR IE-2080 KPMG Model Excel Functions | 6/28/2010 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009907 | MSFOIA_WH009908 | 0.7.72.53342 | | | Email | FW: Another Memory Question | 6/30/2010 | Fred Rapaport | Paul Weibel | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009911 | MSFOIA_WH009911 | 0.7.72.84397 | | | Email | Interview Requests | 7/16/2010 | Ceteris | Paul Weibel; cc: Michelle Johnson, Ceteris | Preliminary discussion about proposed interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009913 | MSFOIA_WH009915 | 0.7.72.84614 | | | Memo | IRS Marvin – Americas Retail Interviews | 8/16/2010 | Ceteris | Paul Weibel | Preliminary discussion about proposed interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH009916 | MSFOIA_WH010013 | 0.7.72.81608 | | | Draft Report | Economist Report | 8/23/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 692 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010014 | MSFOIA_WH010023 | 0.7.72.84517 | | | Draft notes | Interview Notes – David Webster | 9/11/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010024 | MSFOIA_WH010031 | 0.7.72.84616 | | | Draft notes | Interview Notes – Jon Roskill | 9/11/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010032 | MSFOIA_WH010036 | 0.7.72.82718 | | | Workpaper | None provided on document | 9/30/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010037 | MSFOIA_WH010037 | 0.7.72.81569 | | | Draft NOPA | NOTICE OF PROPOSED ADJUSTMENT | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010038 | MSFOIA_WH010038 | 0.7.72.81593 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010039 | MSFOIA_WH010039 | 0.7.72.39328 | | | Draft NOPA | NOTICE OF PROPOSED ADJUSTMENT | 10/1/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010040 | MSFOIA_WH010040 | 0.7.72.22208 | | | Email | RE: Microsoft CSA | 4/14/2009 | Steven Musher | Kenneth Christman, Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 693 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010041 | MSFOIA_WH010041 | 0.7.72.22223 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Christopher Bello | William McCarthy; Laurel Robinson; Michelle Korbas; Kenneth Christman; Barbara Leonard; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010042 | MSFOIA_WH010042 | 0.7.72.22225 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2007 | William McCarthy | Christopher Bello; Kenneth Christman; Michelle Korbas; Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010043 | MSFOIA_WH010044 | 0.7.72.22230 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Michelle Korbas | William McCarthy; Christopher Bello; Kenneth Christman; Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010045 | MSFOIA_WH010045 | 0.7.72.22236 | | | Email | FW: Meeting with Steve Musher | 7/15/2009 | Christopher Bello | Kenneth Christman | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010046 | MSFOIA_WH010046 | 0.7.72.22237 | | | Email | RE: Meeting with Steve Musher | 7/15/2009 | Kenneth Christman | Christopher Bello | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 694 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010047 | MSFOIA_WH010047 | 0.7.72.22250 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2009 | William McCarthy | Kenneth Christman; Christopher Bello; Michelle Korbas; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010048 | MSFOIA_WH010051 | 0.7.72.22250.1 | | | Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006) | 9/24/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo providing information to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010052 | MSFOIA_WH010052 | 0.7.72.22264 | | | Email | Microsoft Case - Facts | 12/18/2009 | Laurel Robinson | Kenneth Christman; cc: Steven Musher; Barbara Leonard; Christopher Bello; Cathy Goodson; William McCarthy | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010053 | MSFOIA_WH010053 | 0.7.72.22265 | | | Email | RE: Microsoft Case - Facts | 12/23/2009 | Kenneth Christman | William McCarthy; cc: Christopher Bello; Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010054 | MSFOIA_WH010054 | 0.7.72.22267 | | | Email | RE: Microsoft Case - Facts | 12/29/2009 | Laurel Robinson | Kenneth Christman; William McCarthy; cc: Christopher Bello; Barbara Leonard | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 695 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010055 | MSFOIA_WH010055 | 0.7.72.22269 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/4/2010 | Kenneth Christman | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010056 | MSFOIA_WH010064 | 0.7.72.22269.1 | | | Draft Memo | [Withheld - disclosure thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Kenneth Christman | Not indicated on document | Draft legal analysis circulated among agency attorneys for consideration while developing legal advice to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010065 | MSFOIA_WH010065 | 0.7.72.22268 | | | Email | Dumb as Dirt | 1/6/2010 | Laurel Robinson | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010066 | MSFOIA_WH010067 | 0.7.72.22271 | | | Email | FW: Microsoft Case - Facts | 1/12/2010 | Laurel Robinson | Christopher Bello; Kenneth Christman; cc: William McCarthy; Cathy Goodson; Barbara Leonard | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010068 | MSFOIA_WH010072 | 0.7.72.22271.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010073 | MSFOIA_WH010074 | 0.7.72.22270 | | | Email | RE: Microsoft Case - Facts | 1/12/2010 | Laurel Robinson | Christopher Bello; Kenneth Christman; cc: William McCarthy; Cathy Goodson; Barbara Leonard | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010075 | MSFOIA_WH010076 | 0.7.72.22272 | | | Email | RE: Microsoft Case - Facts | 1/12/2010 | Laurel Robinson | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010077 | MSFOIA_WH010078 | 0.7.72.22273 | | | Email | FW: Microsoft Case - Facts | 1/13/2010 | Christopher Bello | Kenneth Christman | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010079 | MSFOIA_WH010080 | 0.7.72.22274 | | | Email | RE: Microsoft Case - Facts | 1/13/2010 | Christopher Bello | Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010081 | MSFOIA_WH010082 | 0.7.72.22277 | | | Email | RE: Microsoft Case - Facts | 1/13/2010 | Laurel Robinson | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 697 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010083 | MSFOIA_WH010085 | 0.7.72.22275 | | | Email | RE: Microsoft Case - Facts | 1/14/2010 | Kenneth Christman | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010086 | MSFOIA_WH010087 | 0.7.72.22276 | | | Email | FW: Microsoft Case - Facts | 1/14/2010 | Christopher Bello | William McCarthy; Kenneth Christman; cc: Laurel Robinson; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010088 | MSFOIA_WH010090 | 0.7.72.22280 | | | Email | RE: Microsoft Case - Facts | 1/14/2010 | William McCarthy | Christopher Bello; cc: Kenneth Christman; Laurel Robinson; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010091 | MSFOIA_WH010095 | 0.7.72.22280.1 | | | Contract | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to examiners by Microsoft, which was shared with agency attorneys for consideration while developing requested legal advice to assist with decisions on issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010096 | MSFOIA_WH010098 | 0.7.72.22278 | | | Email | RE: Microsoft Case - Facts | 1/14/2010 | Kenneth Christman | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 698 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010099 | MSFOIA_WH010099 | 0.7.72.22279 | | | Email | Microsoft | 1/21/2010 | William McCarthy | Kenneth Christman, cc: Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010100 | MSFOIA_WH010101 | 0.7.72.22281 | | | Email | FW: Microsoft Case - Facts | 1/25/2010 | Christopher Bello | Laurel Robinson; Kenneth Christman; William McCarthy; Cathy Goodson; Barbara Leonard; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010102 | MSFOIA_WH010103 | 0.7.72.22282 | | | Email | RE: Microsoft Case - Facts | 1/26/2010 | William McCarthy | Christopher Bello; cc: Kenneth Christman; Laurel Robinson; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010104 | MSFOIA_WH010106 | 0.7.72.22283 | | | Email | FW: Microsoft Case - Facts | 2/11/2010 | Laurel Robinson | Christopher Bello; cc: William McCarthy | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010107 | MSFOIA_WH010109 | 0.7.72.22284 | | | Email | RE: Microsoft Case - Facts | 2/12/2010 | Christopher Bello | Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 699 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010110 | MSFOIA_WH010112 | 0.7.72.22285 | | | Email | FW: Microsoft Case - Facts | 2/12/2010 | Christopher Bello | William McCarthy; cc: Laurel Robinson; Cathy Goodson; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010113 | MSFOIA_WH010115 | 0.7.72.22286 | | | Email | RE: Microsoft Case - Facts | 2/12/2010 | Laurel Robinson | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010116 | MSFOIA_WH010118 | 0.7.72.22287 | | | Email | FW: Microsoft Case - Facts | 2/12/2010 | Christopher Bello | Laurel Robinson, William McCarthy, Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010119 | MSFOIA_WH010121 | 0.7.72.22288 | | | Email | RE: Microsoft Case - Facts | 2/15/2010 | William McCarthy | Christopher Bello; cc: Laurel Robinson; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010122 | MSFOIA_WH010124 | 0.7.72.22289 | | | Email | RE: Microsoft Case - Facts | 2/19/2010 | Laurel Robinson | Christopher Bello; cc: William McCarthy | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 700 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010125 | MSFOIA_WH010125 | 0.7.72.22762 | | | Email | Re: following up on NO position on the Seattle CSA issue | 12/3/2009 | Barbara Leonard | Maria Hwang; cc: P. Carter, Marty Walker, Patricia Chaback, T. Brandt, Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010126 | MSFOIA_WH010126 | 0.7.72.22763 | | | Email | RE: following up on NO position on the Seattle CSA issue | 12/4/2009 | Laurel Robinson | Barbara Leonard; Maria Hwang; cc: P. Carter, Marty Walker, Patricia Chaback, T. Brandt | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010127 | MSFOIA_WH010127 | 0.7.72.22764 | | | Email | Microsoft | 2/2/2010 | Laurel Robinson | Patricia Chaback; Barbara Leonard; Gloria Sullivan | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010452 | MSFOIA_WH010452 | 0.7.72.196324 | | | Email | RE: Microsoft Case - Facts | 12/23/2009 | William McCarthy | Kenneth Christman; cc: Laurel Robinson; Cathy Goodson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010453 | MSFOIA_WH010457 | 0.7.72.196324.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010507 | MSFOIA_WH010548 | 0.7.72.196464.1 | | | Draft NOPA | Form 886A - Explanation of Items | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 701 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010573 | MSFOIA_WH010586 | 0.7.72.134272.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 8/25/2010 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010590 | MSFOIA_WH010591 | 0.7.72.396342 | | | Email | Tomorrow's Conference call re: Outside Expert Report | 4/16/2009 | Joy Yen | Paul Weibel; Fred Rapaport; William McCarthy; Charles Davis; Cheryl Potop-Jackson | Internal discussion about the analysis to be used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010592 | MSFOIA_WH010593 | 0.7.72.404625 | | | Email | RE: Tomorrow's Conference call re: Outside Expert Report | 4/16/2009 | Charles Davis | Joy Yen; Paul Weibel; Fred Rapaport; M. McCarthy; Cheryl Potop-Jackson | Internal discussion about the analysis to be used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010594 | MSFOIA_WH010595 | 0.7.72.55312 | | | Email | DFO | 11/19/2007 | Timothy Wightman | Cheryl Potop-Jackson | Report addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010596 | MSFOIA_WH010597 | 0.7.72.55214 | | | Spreadsheet | None provided on document | 5/22/2009 | Cheryl Potop-Jackson | Not indicated on document | Communicating preliminary status and plans of examiners regarding certain aspects of the Microsoft examination, to inform decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010598 | MSFOIA_WH010598 | 0.7.72.54997 | | | Spreadsheet | None provided on document | 5/22/2009 | Cheryl Potop-Jackson | Not indicated on document | Communicating preliminary status and plans of examiners regarding certain aspects of the Microsoft examination, to inform decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010599 | MSFOIA_WH010600 | 0.7.72.54558 | | | Email | RE: DFO | 5/22/2009 | Cheryl Potop-Jackson | Timothy Wightman | Report addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010601 | MSFOIA_WH010602 | 0.7.72.54690 | | | Spreadsheet | None provided on document | 9/18/2008 | Cheryl Potop-Jackson | Not indicated on document | Communicating preliminary status and plans of examiners regarding certain aspects of the Microsoft examination, to inform decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010603 | MSFOIA_WH010605 | 0.7.72.404484 | | | Email | FW: TIRWR-08-C-00022 | 6/16/2009 | JoAnn Cutler | Charles Davis; cc: Julie izumoto | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010606 | MSFOIA_WH010607 | 0.7.72.391801 | | | Email | RE: TIRWR-08-C-00022 | 6/22/2009 | Paul Weibel | Julie izumoto, Charles Davis | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010608 | MSFOIA_WH010608 | 0.7.72.394597 | | | Email | Fund transfer request | 10/23/2009 | Julie izumoto | Charles Davis | Discussing reclassifying funding for Ceteris contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010609 | MSFOIA_WH010612 | 0.7.72.394597.1 | | | Workpaper | None provided on document | 10/23/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010613 | MSFOIA_WH010613 | 0.7.72.394597.2 | | | Workpaper | Request for Funding Reclassification | 10/22/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010615 | MSFOIA_WH010712 | 0.7.72.404659.1 | | | Draft Report | Economist Report | 1/5/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010713 | MSFOIA_WH010713 | 0.7.72.404659.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 703 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010715 | MSFOIA_WH010715 | 0.7.72.403181.1 | | | Word | Meeting to discuss buy-in resolution | 1/15/2010 | Paul Weibel | Not indicated on document | Notes from meeting with Microsoft, communicating examiner's preliminary thoughts and analysis about issues being examined and exam planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010716 | MSFOIA_WH010716 | 0.7.72.395037 | | | Email | RE: Tier I CSA estimate adjustment? | 1/26/2010 | Alton White | Geraldine Quinn, Charles Davis | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010717 | MSFOIA_WH010718 | 0.7.72.393032 | | | Email | RE: Tier I CSA estimate adjustment? | 1/26/2010 | Geraldine Quinn | Alton White, cc: Charles Davis | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010723 | MSFOIA_WH010813 | 0.7.72.54732 | | | Draft report | Evaluation of Acquisition Buy-in Payments | 8/1/2009 | Not indicated on document | Not indicated on document | Draft IRS economist report on acquisition buy-ins | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010814 | MSFOIA_WH010820 | 0.7.72.54738 | | | Workpaper | INTERNATIONAL AUDIT PLAN | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010821 | MSFOIA_WH010821 | 0.7.72.54817 | | | Email | Service of Summons | 8/17/2007 | William McCarthy | Cheryl Potop-Jackson | Internal communication between IRS examiner and agency attorney regarding legal advice relevant to issuance of summons. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010822 | MSFOIA_WH010848 | 0.7.72.54766 | | | Draft PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 10/24/2007 | Not indicated on document | Not indicated on document | Discussion draft of slides communicating preliminary thoughts and analysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010849 | MSFOIA_WH010849 | 0.7.72.54703 | | | Meeting agenda | Agenda – Meeting with DFO | 9/17/2009 | Cheryl Potop-Jackson | Not indicated on document | Agenda for an internal briefing, communicating preliminary examination plans and thoughts about exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010850 | MSFOIA_WH010850 | 0.7.72.54460 | | | Workpaper | APAC Buy-In | 10/24/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010851 | MSFOIA_WH010852 | 0.7.72.54855 | | | Email | DFO | 2007/11 | Timothy Wightman | Cheryl Potop-Jackson | Report addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010853 | MSFOIA_WH010859 | 0.7.72.392067 | | | Workpaper | INTERNATIONAL AUDIT PLAN | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010860 | MSFOIA_WH010890 | 0.7.72.392236 | | | Form | Domestic Audit Plan | 2/25/2010 | Not indicated on document | Not indicated on document | Discussion draft of audit plan communicating preliminary thoughts about how to conduct certain enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010891 | MSFOIA_WH010927 | 0.7.72.54651 | | | Draft NOPA | Form 886A - Explanation of Items | 7/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010928 | MSFOIA_WH010969 | 0.7.72.54702 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010971 | MSFOIA_WH010973 | 0.7.72.394246.1 | FOIA-0001993 | FOIA-0001995 | Draft memo | IRS Marvin - Americas Retail Interviews | 8/16/2010 | Ceteris | Paul Weibel | Discussion draft of a document communicating preliminary thoughts and analysis intended to aid in decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010975 | MSFOIA_WH010976 | 0.7.72.398040.1 | FOIA-0001997 | FOIA-0001998 | Spreadsheet | None provided on document | 8/1/2008 | Paul Weibel | Not indicated on document | List describing  preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010979 | MSFOIA_WH010979 | 0.7.72.395692 | | | Email | RE: Marvin Draft Transfer Pricing Report | 9/24/2010 | Ceteris | Paul Weibel, cc: Ceteris, Michelle Johnson, Charles Davis | Transmitting draft Ceteris report and PASSWORD | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Communications Between the Service and Experts |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010982 | MSFOIA_WH010983 | 0.7.72.55237 | | | Workpaper | Activity Record – Cheryl Potop-Jackson, STC | 9/1/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH010984 | MSFOIA_WH011081 | 0.7.72.52178 | | | Draft Report | Economist Report | 1/5/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011082 | MSFOIA_WH011179 | 0.7.72.52273 | | | Draft Report | Economist Report | 1/5/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 706 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011180 | MSFOIA_WH011200 | 0.7.72.215143 | | | Spreadsheet | Significant § 482 Buy-in Cases | 3/18/2009 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011202 | MSFOIA_WH011216 | 0.7.72.253881.1 | FOIA-0001841 | FOIA-0001855 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011258 | MSFOIA_WH011272 | 0.7.72.254999.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011278 | MSFOIA_WH011298 | 0.7.72.244889 | | | Workpaper | Significant § 482 Buy-in Cases | 4/22/2009 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011317 | MSFOIA_WH011319 | 0.7.72.229758.1 | FOIA-0001572 | FOIA-0001574 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011326 | MSFOIA_WH011328 | 0.7.72.238126.1 | FOIA-0001757 | FOIA-0001759 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011380 | MSFOIA_WH011383 | 0.7.72.219934.1 | FOIA-0001512 | FOIA-0001515 | Report | Tier I/II Monthly Report as of September 1, 2009 | 9/1/2009 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011399 | MSFOIA_WH011419 | 0.7.72.241269 | | | Workpaper | Significant § 482 Buy-in Cases | 9/15/2009 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011439 | MSFOIA_WH011444 | 0.7.72.245549.2 | | | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011445 | MSFOIA_WH011446 | 0.7.72.245549.3 | | | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE | NOT RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011448 | MSFOIA_WH011452 | 0.7.72.246106.1 | FOIA-0001804 | FOIA-0001808 | Report | Tier I/II Monthly Report as of October 31, 2009 | 10/31/2009 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011453 | MSFOIA_WH011456 | 0.7.72.246106.2 | FOIA-0001809 | FOIA-0001812 | Report | Tier I/II Monthly Report as of November 2, 2009 | 11/2/2009 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011494 | MSFOIA_WH011494 | 0.7.72.224691 | | | Email | My IMT notes-- Buy-in At Issue | 1/21/2010 | Michelle Korbas | Barbara Leonard, Geraldine Quinn, Nancy Bronson | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011495 | MSFOIA_WH011495 | 0.7.72.234170 | | | Email | Tier I CSA estimate adjustment? | 1/21/2010 | Geraldine Quinn | Alton White, Joy Yen, Nancy Bronson, Michelle Korbas | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011507 | MSFOIA_WH011537 | 0.7.72.234742 | | | Spreadsheet | Significant § 482 Buy-in Cases | 10/8/2009 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 708 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011538 | MSFOIA_WH011539 | 0.7.72.227469 | | | Email | FW: cost sharing case | 2/8/2010 | Joy Yen | Michelle Korbas; cc: Jon Tamaki, Nancy Bronson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011560 | MSFOIA_WH011591 | 0.7.72.235694.1 | FOIA-0001671 | FOIA-0001702 | Spreadsheet | Significant § 482 Buy-in Cases | 3/31/2010 | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011601 | MSFOIA_WH011631 | 0.7.72.223551 | | | Spreadsheet | Significant § 482 Buy-in Cases | 3/1/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011635 | MSFOIA_WH011650 | 0.7.72.233256.1 | FOIA-0001612 | FOIA-0001627 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011651 | MSFOIA_WH011681 | 0.7.72.233256.2 | FOIA-0001628 | FOIA-0001658 | Spreadsheet | Significant § 482 Buy-in Cases | 3/1/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 709 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011691 | MSFOIA_WH011726 | 0.7.72.213626 | | | Spreadsheet | Significant § 482 Buy-in Cases | 6/30/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011747 | MSFOIA_WH011760 | 0.7.72.235898.1 | FOIA-0001708 | FOIA-0001721 | Workpaper | CSA BUY-IN INVENTORY REPORT | 9/3/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011762 | MSFOIA_WH011793 | 0.7.72.226563 | | | Spreadsheet | Significant § 482 Buy-in Cases | 3/1/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011794 | MSFOIA_WH011834 | 0.7.72.220218 | | | Spreadsheet | Significant § 482 Buy-in Cases | 8/27/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011849 | MSFOIA_WH011858 | 0.7.72.265952 | | | Draft memo | None provided on document | 3/26/2009 | William McCarthy | Not indicated on document | Discussion draft of a memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 710 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011868 | MSFOIA_WH011868 | 0.7.72.267247 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011869 | MSFOIA_WH011888 | 0.7.72.267258 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011889 | | 0.7.72.266952 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Proposed exhibit for discussion draft of a memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011896 | MSFOIA_WH011915 | 0.7.72.264456 | | | Workpaper | CASE HISTORY | 9/9/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011916 | MSFOIA_WH011916 | 0.7.72.264200 | | | Notes | Ceteris Report | 7/13/2009 | William McCarthy | Not indicated on document | Notes on Ceteris report, communicating attorney's preliminary thoughts about legal advice related to expert report. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011918 | MSFOIA_WH011931 | 0.7.72.265266 | | | Workpaper | CASE HISTORY | 9/9/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011932 | MSFOIA_WH011947 | 0.7.72.265570 | | | Workpaper | CASE HISTORY | 9/10/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011948 | MSFOIA_WH011950 | 0.7.72.263909 | | | Draft memo | Microsoft Corporation (2004-2006) Review of Reports from A. Ceteris (APAC Region) | 9/15/2009 | William McCarthy | Charles Davis, Paul Weibel | Unsigned discussion draft of a memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011951 | MSFOIA_WH011954 | 0.7.72.264048 | | | Draft memo | Microsoft Corporation (2004-2006) Review of Reports from A. Ceteris (APAC Region) | 9/15/2009 | William McCarthy | Charles Davis, Paul Weibel | Unsigned discussion draft of a memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011955 | MSFOIA_WH011959 | 0.7.72.263939 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/23/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo providing information to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 712 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011960 | MSFOIA_WH011963 | 0.7.72.264857 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo providing information to agency attorneys to solicit legal advice to inform decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011964 | MSFOIA_WH011977 | 0.7.72.265180 | | | Workpaper | CASE HISTORY | 10/5/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011979 | MSFOIA_WH011992 | 0.7.72.266142 | | | Workpaper | CASE HISTORY | 10/6/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH011994 | MSFOIA_WH012006 | 0.7.72.264444 | | | Workpaper | CASE HISTORY | 12/3/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012008 | MSFOIA_WH012011 | 0.7.72.265120 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | William McCarthy | Not indicated on document | Discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012012 | MSFOIA_WH012016 | 0.7.72.267102 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012023 | MSFOIA_WH012023 | 0.7.72.266275.1 | FOIA-0001946 | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 1/28/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012024 | MSFOIA_WH012035 | 0.7.72.267153 | | | Workpaper | CASE HISTORY | 2/5/2010 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012036 | MSFOIA_WH012048 | 0.7.72.264403 | | | PowerPoint Presentation | Microsoft Cost Sharing | Not Dated | Not indicated on document | Not indicated on document | Draft of a powerpoint presentation reflecting examiners' and agency attorney's preliminary thoughts and analysis, and legal theories, regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012049 | MSFOIA_WH012070 | 0.7.72.266333 | | | PowerPoint Presentation | Microsoft Presentation CIP CSA Meeting Baltimore | 4/22/2008 | Not indicated on document | Not indicated on document | Draft presentation on Microsoft Cost Sharing, sharing examiners' and attorneys' preliminary thoughts and analysis regarding legal advice and exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012071 | MSFOIA_WH012093 | 0.7.72.267278 | | | PowerPoint Presentation | Microsoft Cost Sharing | 3/3/2010 | Not indicated on document | Not indicated on document | Draft presentation on Microsoft Cost Sharing, sharing examiners' and attorneys' preliminary thoughts and analysis regarding legal advice and exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012094 | MSFOIA_WH012119 | 0.7.72.266177 | | | Draft PowerPoint | Transfer of Intangibles Offshore – Cost Sharing Buy-In Document | 3/8/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012120 | MSFOIA_WH012142 | 0.7.72.263934 | | | PowerPoint Presentation | Microsoft Cost Sharing | 3/11/2010 | Not indicated on document | Not indicated on document | Draft presentation on Microsoft Cost Sharing | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012143 | MSFOIA_WH012165 | 0.7.72.264330 | | | PowerPoint Presentation | Microsoft Cost Sharing | 3/16/2010 | Not indicated on document | Not indicated on document | Draft presentation on Microsoft Cost Sharing | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012166 | MSFOIA_WH012188 | 0.7.72.267024 | | | PowerPoint Presentation | Microsoft Cost Sharing | 3/18/2010 | Not indicated on document | Not indicated on document | Draft presentation on Microsoft Cost Sharing | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012189 | MSFOIA_WH012272 | 0.7.72.265301 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 715 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012273 | MSFOIA_WH012296 | 0.7.72.264428 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012297 | MSFOIA_WH012320 | 0.7.72.267069 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012321 | MSFOIA_WH012345 | 0.7.72.264955 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012346 | MSFOIA_WH012346 | 0.7.72.267025 | | | Draft PowerPoint Presentation | None provided on document | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012347 | MSFOIA_WH012370 | 0.7.72.267276 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/1/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. Shared with agency attorney to solicit legal advice regarding issues in presentation. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 716 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012371 | MSFOIA_WH012382 | 0.7.72.265453 | | | Workpaper | CASE HISTORY | 2/4/2010 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012395 | MSFOIA_WH012395 | 0.7.72.276842.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012396 | MSFOIA_WH012396 | 0.7.72.272319 | | | Notes | MEETING WITH JOY YEN IN THE SJ OFFICE | 8/21/2009 | Not indicated on document | Not indicated on document | Meeting Notes on Joy Yen case updates, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012397 | MSFOIA_WH012397 | 0.7.72.337087 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/21/2009 | Kenneth Christman | Steven Musher; Christopher Bello; Bettie Ricca; Meryl Silver; Michael DiFronzo; cc: Lindsey Lindsey | Transmitting certain document to agency attorneys for consideration while providing advice to examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012398 | MSFOIA_WH012414 | 0.7.72.337087.1 | | | PowerPoint Presentation | Request for Chief Counsel, Advice on Microsoft CSA | 7/22/2009 | Kenneth Christman | Not indicated on document | Presentation from Counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012415 | MSFOIA_WH012415 | 0.7.72.349574 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/21/2009 | Steven Musher | Gwendolyn Holmes | Transmitting certain document to agency attorneys for consideration while providing advice to examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012416 | MSFOIA_WH012432 | 0.7.72.349574.1 | | | PowerPoint Presentation | Request for Chief Counsel, Advice on Microsoft CSA | 7/22/2009 | Kenneth Christman | Not indicated on document | Presentation from Counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012433 | MSFOIA_WH012433 | 0.7.72.293187 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/11/2009 | Kenneth Christman | Steven Musher; M. DiFronzo; B. Ricca; M. Silver | Transmitting certain document to agency attorneys for consideration while providing advice to examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012434 | MSFOIA_WH012440 | 0.7.72.293187.1 | | | Outline | "Economic Substance" analysis with respect to Microsoft/MOPR CSA. | 12/11/2009 | Not indicated on document | Not indicated on document | Outline for a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012441 | MSFOIA_WH012453 | 0.7.72.293187.2 | | | Draft PowerPoint | Briefing On Microsoft CSA | 12/14/2009 | Not indicated on document | Not indicated on document | Discussion draft of slides communicating preliminary thoughts and analysis, and legal advice sought, regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012454 | MSFOIA_WH012455 | 0.7.72.285815 | | | Email | FW: Microsoft Case - Facts | 1/12/2010 | Laurel Robinson | Steven Musher | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 718 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012456 | MSFOIA_WH012460 | 0.7.72.285815.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012461 | MSFOIA_WH012462 | 0.7.72.352580 | | | Email | Fw: Microsoft Case - Facts | 1/12/2010 | S Musher | E. Davis; Laurel Robinson | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012463 | MSFOIA_WH012467 | 0.7.72.352580.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/23/2009 | William McCarthy | Kenneth Christman | Discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012468 | MSFOIA_WH012469 | 0.7.72.318442 | | | Email | Preparation for Danilack Meeting Project; Status Update; Breakdown of Companies on CSA Buy-In Inventory into Mature CFC vs Startup CFC | 4/2/2010 | Joseph Tobin | Steven Musher; cc: Christopher Bello, Joseph Tobin | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012470 | MSFOIA_WH012480 | 0.7.72.318442.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012481 | MSFOIA_WH012512 | 0.7.72.318442.2 | | | Workpaper | Significant § 482 Buy-In Cases | 3/1/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3);6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examination and other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 719 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012513 | MSFOIA_WH012514 | 0.7.72.288263 | | | Email | FW: Preparation for Danilack Meeting Project; Status Update; Breakdown of Companies on CSA Buy-In Inventory into Mature CFC vs Startup CFC | 4/2/2010 | Steven Musher | Michael Danilack; bcc: IRSCounsel Message Archive | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012515 | MSFOIA_WH012525 | 0.7.72.288263.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012526 | MSFOIA_WH012557 | 0.7.72.288263.2 | | | Workpaper | Significant § 482 Buy-In Cases | 3/1/2010 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012558 | MSFOIA_WH012559 | 0.7.72.317083 | | | Email | RE: Preparation for Danilack Meeting Project; Status Update; Breakdown of Companies on CSA Buy-In Inventory into Mature CFC vs Startup CFC | 4/2/2010 | Joseph Tobin | Steven Musher; cc: Christopher Bello; J. Hinding; R. Weissler; D. McComber | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, taxpayers' examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012560 | MSFOIA_WH012563 | 0.7.72.317083.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012564 | MSFOIA_WH012565 | 0.7.72.358521 | | | Email | RE: Preparation for Danilack Meeting Project; Status Update; Breakdown of Companies on CSA Buy-In Inventory into Mature CFC vs Startup CFC | 4/2/2010 | R. Weissler | Joseph Tobin; Steven Musher cc: Christopher Bello; J. Hinding; D. McComber | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 720 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012566 | MSFOIA_WH012568 | 0.7.72.321569 | | | Email | Fw: Preparation for Danilack Meeting Project; Status Update; Breakdown of Companies on CSA Buy-In Inventory into Mature CFC vs Startup CFC | 4/5/2010 | Steven Musher | Michael Danilack | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012569 | MSFOIA_WH012572 | 0.7.72.321569.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012574 | MSFOIA_WH012593 | 0.7.72.377505.1 | FOIA-0001965 | FOIA-0001984 | Draft NOPA | Form 886A - Explanation of Items | 8/3/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012598 | MSFOIA_WH012601 | 0.7.72.385200.1 | FOIA-0001988 | FOIA-0001991 | Notes | Strategy Meeting – Next Steps CSA Buy-in Adjustment | 1/7/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes from Meeting on next steps on CSA issues, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012603 | MSFOIA_WH012604 | 0.7.72.378885 | | | Email | FW: Buy-in FRE 408 | 1/28/2010 | Paul Weibel | Charles Davis; Cheryl Potop-Jackson; Marie Ishii; Alton White; Douglas Odell; William McCarthy; cc:Ryan James E; Fred Rapaport | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012605 | MSFOIA_WH012609 | 0.7.72.378885.1 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 1/28/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012610 | MSFOIA_WH012610 | 0.7.72.375618 | | | Email | RE: Redmond Buy-in | 2/3/2010 | Joy Yen | Paul Weibel; Alton White; Fred Rapaport; Douglas Odell; Charles Davis; Cheryl Potop-Jackson; Marie Ishii; William McCarthy | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 721 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012611 | MSFOIA_WH012629 | 0.7.72.375618.1 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 2/3/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012630 | MSFOIA_WH012650 | 0.7.72.366793 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012651 | MSFOIA_WH012674 | 0.7.72.363395 | | | Draft NOPA | Form 886A - Explanation of Items | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012675 | MSFOIA_WH012696 | 0.7.72.367382 | | | Draft NOPA | Form 886A - Explanation of Items | 8/9/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012697 | MSFOIA_WH012719 | 0.7.72.364465 | | | Draft NOPA | Form 886A - Explanation of Items | 8/10/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012720 | MSFOIA_WH012742 | 0.7.72.366490 | | | Draft NOPA | Form 886A - Explanation of Items | 8/11/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012743 | MSFOIA_WH012764 | 0.7.72.367057 | | | Draft NOPA | Form 886A - Explanation of Items | 8/16/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012765 | MSFOIA_WH012784 | 0.7.72.367732 | | | Draft NOPA | Form 886A - Explanation of Items | 8/16/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012785 | MSFOIA_WH012804 | 0.7.72.370452 | | | Draft NOPA | Form 886A - Explanation of Items | 8/23/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012805 | MSFOIA_WH012824 | 0.7.72.366543 | | | Draft NOPA | Form 886A - Explanation of Items | 8/23/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012825 | MSFOIA_WH012826 | 0.7.72.388819 | | | Email | RE: Revised SBC | 9/13/2010 | Marie Ishii | Douglas Odell | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012827 | MSFOIA_WH012846 | 0.7.72.362243 | | | Draft NOPA | Form 886A - Explanation of Items | 8/23/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012847 | MSFOIA_WH012867 | 0.7.72.365904 | | | Draft NOPA | Form 886A - Explanation of Items | 9/17/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012868 | MSFOIA_WH012888 | 0.7.72.362872 | | | Draft NOPA | Form 886A - Explanation of Items | 9/20/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 723 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012889 | MSFOIA_WH012928 | 0.7.72.369240 | | | Draft NOPA | Form 886A - Explanation of Items | 9/30/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012930 | MSFOIA_WH012951 | 0.7.72.367863 | | | Draft NOPA | Form 886A - Explanation of Items | 10/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012952 | MSFOIA_WH012973 | 0.7.72.370518 | | | Draft NOPA | Form 886A - Explanation of Items | 10/7/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012974 | MSFOIA_WH012996 | 0.7.72.364555 | | | Draft NOPA | Form 886A - Explanation of Items | 10/12/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH012997 | MSFOIA_WH013019 | 0.7.72.370576 | | | Draft NOPA | Form 886A - Explanation of Items | 10/12/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013020 | MSFOIA_WH013042 | 0.7.72.368515 | | | Draft NOPA | Form 886A - Explanation of Items | 10/18/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 724 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013043 | MSFOIA_WH013062 | 0.7.72.422738 | | | Workpaper | Significant § 482 Buy-in Cases | 4/1/2009 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations and details thereof. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013063 | MSFOIA_WH013171 | 0.7.72.424033 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 3/12/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013172 | MSFOIA_WH013173 | 0.7.72.472468 | | | Email (draft never sent) | RE: Request advice re time allocations - Cost Sharing Presentation | 3/9/2010 | Laurel Robinson | Gloria Sullivan; Laurel Robinson | Preliminary discussion among agency attorneys regarding a briefing to be provided about legal issues involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013184 | MSFOIA_WH013187 | 0.7.72.446257.1 | FOIA-0002386 | FOIA-0002389 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013188 | MSFOIA_WH013191 | 0.7.72.446257.2 | FOIA-0002390 | FOIA-0002393 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013192 | MSFOIA_WH013193 | 0.7.72.446257.3 | FOIA-0002394 | FOIA-0002395 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013194 | MSFOIA_WH013194 | 0.7.72.446257.4 | FOIA-0002396 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013195 | MSFOIA_WH013196 | 0.7.72.446257.5 | FOIA-0002397 | FOIA-0002398 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013197 | MSFOIA_WH013199 | 0.7.72.446257.6 | FOIA-0002399 | FOIA-0002401 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013204 | MSFOIA_WH013206 | 0.7.72.446257.8 | FOIA-0002406 | FOIA-0002408 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013207 | MSFOIA_WH013208 | 0.7.72.446257.9 | FOIA-0002409 | FOIA-0002410 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013209 | MSFOIA_WH013209 | 0.7.72.446257.10 | FOIA-0002411 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013210 | MSFOIA_WH013212 | 0.7.72.446257.11 | FOIA-0002412 | FOIA-0002414 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013263 | MSFOIA_WH013266 | 0.7.72.451230.1 | FOIA-0002426 | FOIA-0002429 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013267 | MSFOIA_WH013270 | 0.7.72.451230.2 | FOIA-0002430 | FOIA-0002433 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013271 | MSFOIA_WH013273 | 0.7.72.451230.3 | FOIA-0002434 - FOIA-0002436 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013274 | MSFOIA_WH013275 | 0.7.72.451230.4 | FOIA-0002437 | FOIA-0002438 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013276 | MSFOIA_WH013277 | 0.7.72.451230.5 | FOIA-0002439 | FOIA-0002440 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013278 | MSFOIA_WH013280 | 0.7.72.451230.6 | FOIA-0002441 | FOIA-0002443 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013285 | MSFOIA_WH013286 | 0.7.72.451230.8 | FOIA-0002448 | FOIA-0002449 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013287 | MSFOIA_WH013289 | 0.7.72.451230.9 | FOIA-0002450 | FOIA-0002452 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013290 | MSFOIA_WH013292 | 0.7.72.451230.10 | FOIA-0002453 | FOIA-0002455 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013298 | MSFOIA_WH013301 | 0.7.72.439216.1 | FOIA-0002220 | FOIA-0002223 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013302 | MSFOIA_WH013305 | 0.7.72.439216.2 | FOIA-0002224 | FOIA-0002227 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013306 | MSFOIA_WH013308 | 0.7.72.439216.3 | FOIA-0002228 | FOIA-0002230 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013309 | MSFOIA_WH013310 | 0.7.72.439216.4 | FOIA-0002231 | FOIA-0002232 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013311 | MSFOIA_WH013312 | 0.7.72.439216.5 | FOIA-0002233 | FOIA-0002234 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013313 | MSFOIA_WH013315 | 0.7.72.439216.6 | FOIA-0002235 | FOIA-0002237 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013320 | MSFOIA_WH013321 | 0.7.72.439216.8 | FOIA-0002242 | FOIA-0002243 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013322 | MSFOIA_WH013324 | 0.7.72.439216.9 | FOIA-0002244 | FOIA-0002246 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013325 | MSFOIA_WH013325 | 0.7.72.439216.10 | FOIA-0002247 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013326 | MSFOIA_WH013329 | 0.7.72.439216.11 | FOIA-0002248 | FOIA-0002251 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013330 | MSFOIA_WH013330 | 0.7.72.474099 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/16/2009 | Laurel Robinson | Angelyna Nguyen | Forwarding request for legal advice related to issues being examined in the Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013331 | MSFOIA_WH013331 | 0.7.72.474099.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | Not indicated on document | Not indicated on document | Proposed exhibit for a discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 726 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013332 | MSFOIA_WH013332 | 0.7.72.474099.2 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | Not indicated on document | Not indicated on document | Proposed exhibit for a discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013333 | MSFOIA_WH013352 | 0.7.72.474099.3 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | Not indicated on document | Not indicated on document | Discussion draft of a memorandum from counsel, proposing legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013353 | MSFOIA_WH013356 | 0.7.72.443053 | | | Report | Tier I/II Monthly Report as of June 30, 2009 | 7/2/2009 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013358 | MSFOIA_WH013361 | 0.7.72.433642.1 | FOIA-0002119 | FOIA-0002122 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013362 | MSFOIA_WH013366 | 0.7.72.433642.2 | FOIA-0002123 | FOIA-0002127 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013367 | MSFOIA_WH013368 | 0.7.72.433642.3 | FOIA-0002128 | FOIA-0002129 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013369 | MSFOIA_WH013370 | 0.7.72.433642.4 | FOIA-0002130 | FOIA-0002131 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013371 | MSFOIA_WH013378 | 0.7.72.433642.5 | FOIA-0002132 | FOIA-0002134 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013378 | MSFOIA_WH013378 | 0.7.72.433642.7 | FOIA-0002139 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013379 | MSFOIA_WH013381 | 0.7.72.433642.8 | FOIA-0002140 | FOIA-0002142 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013382 | MSFOIA_WH013383 | 0.7.72.433642.9 | FOIA-0002143 | FOIA-0002144 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013384 | MSFOIA_WH013386 | 0.7.72.433642.10 | FOIA-0002145 | FOIA-0002147 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013387 | MSFOIA_WH013390 | 0.7.72.433642.11 | FOIA-0002148 | FOIA-0002151 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013401 | MSFOIA_WH013403 | 0.7.72.443463.1 | FOIA-0002327 | FOIA-0002329 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013404 | MSFOIA_WH013405 | 0.7.72.443463.2 | FOIA-0002330 | FOIA-0002331 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013406 | MSFOIA_WH013409 | 0.7.72.443463.3 | FOIA-0002332 | FOIA-0002335 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013415 | MSFOIA_WH013418 | 0.7.72.443463.5 | FOIA-0002341 | FOIA-0002344 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013419 | MSFOIA_WH013421 | 0.7.72.443463.6 | FOIA-0002345 | FOIA-0002347 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013422 | MSFOIA_WH013423 | 0.7.72.443463.7 | FOIA-0002348 | FOIA-0002349 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013424 | MSFOIA_WH013425 | 0.7.72.443463.8 | FOIA-0002350 | FOIA-0002351 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013426 | MSFOIA_WH013426 | 0.7.72.443463.9 | FOIA-0002352 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013427 | MSFOIA_WH013430 | 0.7.72.443463.10 | FOIA-0002353 | FOIA-0002356 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013437 | MSFOIA_WH013440 | 0.7.72.457538.1 | FOIA-0002581 | FOIA-0002584 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013441 | MSFOIA_WH013444 | 0.7.72.457538.2 | FOIA-0002585 | FOIA-0002588 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013445 | MSFOIA_WH013446 | 0.7.72.457538.3 | FOIA-0002589 | FOIA-0002590 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013447 | MSFOIA_WH013447 | 0.7.72.457538.4 | FOIA-0002591 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013448 | MSFOIA_WH013448 | 0.7.72.457538.5 | FOIA-0002592 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013449 | MSFOIA_WH013454 | 0.7.72.457538.6 | FOIA-0002593 | FOIA-0002598 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013455 | MSFOIA_WH013458 | 0.7.72.457538.7 | FOIA-0002599 | FOIA-0002602 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013459 | MSFOIA_WH013461 | 0.7.72.457538.8 | FOIA-0002603 | FOIA-0002605 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013462 | MSFOIA_WH013463 | 0.7.72.457538.9 | FOIA-0002606 | FOIA-0002607 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013464 | MSFOIA_WH013466 | 0.7.72.457538.10 | FOIA-0002608 | FOIA-0002610 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013480 | MSFOIA_WH013485 | 0.7.72.444071.2 | | | Draft briefing materials | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner, including a case currently in active litigation, and addressing issues also being examined in Microsoft audit. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. The information being withheld includes information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 728 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013486 | MSFOIA_WH013487 | 0.7.72.444071.3 | | | Draft briefing materials | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner, including a case currently in active litigation, and addressing issues also being examined in Microsoft audit. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. The information being withheld includes information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013496 | MSFOIA_WH013501 | 0.7.72.437997.2 | | | Draft briefing materials | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner, including a case currently in active litigation, and addressing issues also being examined in Microsoft audit. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. The information being withheld includes information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013502 | MSFOIA_WH013503 | 0.7.72.437997.3 | | | Draft briefing materials | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/4/2009 | Not indicated on document | Not indicated on document | Draft briefing report on CSA buy-in cases prepared for the Commissioner, including a case currently in active litigation, and addressing issues also being examined in Microsoft audit. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. The information being withheld includes information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013510 | MSFOIA_WH013511 | 0.7.72.458112.1 | FOIA-0002617 | FOIA-0002618 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013512 | MSFOIA_WH013515 | 0.7.72.458112.2 | FOIA-0002619 | FOIA-0002622 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013516 | MSFOIA_WH013521 | 0.7.72.458112.3 | FOIA-0002623 | FOIA-0002628 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013522 | MSFOIA_WH013524 | 0.7.72.458112.4 | FOIA-0002629 | FOIA-0002631 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013525 | MSFOIA_WH013526 | 0.7.72.458112.5 | FOIA-0002632 | FOIA-0002633 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 729 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013527 | MSFOIA_WH013529 | 0.7.72.458112.6 | FOIA-0002634 | FOIA-0002636 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013535 | MSFOIA_WH013536 | 0.7.72.458112.8 | FOIA-0002642 | FOIA-0002643 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013537 | MSFOIA_WH013537 | 0.7.72.458112.9 | FOIA-0002644 | | Report | Tier I/II Monthly Report as of November 2009 | 11/4/2009 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013538 | MSFOIA_WH013541 | 0.7.72.458112.10 | FOIA-0002645 | FOIA-0002648 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013549 | MSFOIA_WH013552 | 0.7.72.453339.1 | FOIA-0002457 | FOIA-0002460 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013553 | MSFOIA_WH013558 | 0.7.72.453339.2 | FOIA-0002461 | FOIA-0002466 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013559 | MSFOIA_WH013561 | 0.7.72.453339.3 | FOIA-0002467 | FOIA-0002469 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013562 | MSFOIA_WH013563 | 0.7.72.453339.4 | FOIA-0002470 | FOIA-0002471 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013564 | MSFOIA_WH013565 | 0.7.72.453339.5 | FOIA-0002472 | FOIA-0002473 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013566 | MSFOIA_WH013568 | 0.7.72.453339.6 | FOIA-0002474 | FOIA-0002476 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013575 | MSFOIA_WH013575 | 0.7.72.453339.8 | FOIA-0002483 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013576 | MSFOIA_WH013579 | 0.7.72.453339.9 | FOIA-0002484 | FOIA-0002487 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013580 | MSFOIA_WH013583 | 0.7.72.453339.10 | FOIA-0002488 | FOIA-0002491 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013584 | MSFOIA_WH013585 | 0.7.72.436816 | | | Email | FW: Tier I CSA estimate adjustment? | 1/26/2010 | Geraldine Quinn | Barbara Leonard, Nancy Bronson | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013587 | MSFOIA_WH013587 | 0.7.72.454540.1 | FOIA-0002531 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013588 | MSFOIA_WH013591 | 0.7.72.454540.2 | FOIA-0002532 | FOIA-0002535 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013592 | MSFOIA_WH013593 | 0.7.72.454540.3 | FOIA-0002536 | FOIA-0002537 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013594 | MSFOIA_WH013597 | 0.7.72.454540.4 | FOIA-0002538 | FOIA-0002541 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013598 | MSFOIA_WH013601 | 0.7.72.454540.5 | FOIA-0002542 | FOIA-0002545 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013602 | MSFOIA_WH013607 | 0.7.72.454540.6 | FOIA-0002546 | FOIA-0002551 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 730 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013608 | MSFOIA_WH013611 | 0.7.72.454540.7 | FOIA-0002552 | FOIA-0002555 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013612 | MSFOIA_WH013612 | 0.7.72.454540.8 | FOIA-0002556 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013613 | MSFOIA_WH013614 | 0.7.72.454540.9 | FOIA-0002557 | FOIA-0002558 | Report | Tier I/II Monthly Report as of February 2010 | 2/5/2010 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013615 | MSFOIA_WH013618 | 0.7.72.454540.10 | FOIA-0002559 | FOIA-0002562 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013634 | MSFOIA_WH013637 | 0.7.72.477123.1 | FOIA-0002672 | FOIA-0002675 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013638 | MSFOIA_WH013644 | 0.7.72.477123.2 | FOIA-0002676 | FOIA-0002682 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013645 | MSFOIA_WH013648 | 0.7.72.477123.3 | FOIA-0002683 | FOIA-0002686 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013649 | MSFOIA_WH013649 | 0.7.72.477123.4 | FOIA-0002687 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013650 | MSFOIA_WH013651 | 0.7.72.477123.5 | FOIA-0002688 | FOIA-0002689 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013652 | MSFOIA_WH013655 | 0.7.72.477123.6 | FOIA-0002690 | FOIA-0002693 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013660 | MSFOIA_WH013661 | 0.7.72.477123.8 | FOIA-0002698 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013662 | MSFOIA_WH013665 | 0.7.72.477123.9 | FOIA-0002699 | FOIA-0002702 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013666 | MSFOIA_WH013666 | 0.7.72.477123.10 | FOIA-0002703 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013667 | MSFOIA_WH013670 | 0.7.72.477123.11 | FOIA-0002704 | FOIA-0002707 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013686 | MSFOIA_WH013689 | 0.7.72.453448.1 | FOIA-0002493 | FOIA-0002496 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013690 | MSFOIA_WH013693 | 0.7.72.453448.2 | FOIA-0002497 | FOIA-0002500 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013694 | MSFOIA_WH013697 | 0.7.72.453448.3 | FOIA-0002501 | FOIA-0002504 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013698 | MSFOIA_WH013704 | 0.7.72.453448.4 | FOIA-0002505 | FOIA-0002511 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013705 | MSFOIA_WH013708 | 0.7.72.453448.5 | FOIA-0002512 | FOIA-0002515 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013709 | MSFOIA_WH013710 | 0.7.72.453448.6 | FOIA-0002516 | FOIA-0002517 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013711 | MSFOIA_WH013712 | 0.7.72.453448.7 | FOIA-0002518 | FOIA-0002519 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013713 | MSFOIA_WH013716 | 0.7.72.453448.8 | FOIA-0002520 | FOIA-0002523 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013721 | MSFOIA_WH013722 | 0.7.72.453448.10 | FOIA-0002528 | FOIA-0002529 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 731 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013724 | MSFOIA_WH013727 | 0.7.72.437654.1 | FOIA-0002164 | FOIA-0002167 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013732 | MSFOIA_WH013735 | 0.7.72.437654.3 | FOIA-0002172 | FOIA-0002175 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013736 | MSFOIA_WH013736 | 0.7.72.437654.4 | FOIA-0002176 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013737 | MSFOIA_WH013738 | 0.7.72.437654.5 | FOIA-0002177 | FOIA-0002178 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013739 | MSFOIA_WH013742 | 0.7.72.437654.6 | FOIA-0002179 | FOIA-0002182 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013743 | MSFOIA_WH013749 | 0.7.72.437654.7 | FOIA-0002183 | FOIA-0002189 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013750 | MSFOIA_WH013753 | 0.7.72.437654.8 | FOIA-0002190 | FOIA-0002193 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013754 | MSFOIA_WH013754 | 0.7.72.437654.9 | FOIA-0002194 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013755 | MSFOIA_WH013756 | 0.7.72.437654.10 | FOIA-0002195 | FOIA-0002196 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013757 | MSFOIA_WH013760 | 0.7.72.437654.11 | FOIA-0002197 | FOIA-0002200 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013761 | MSFOIA_WH013764 | 0.7.72.439965 | | | Report | Tier I/II Monthly Report as of April 30, 2010 | 5/28/2010 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013771 | MSFOIA_WH013772 | 0.7.72.462211 | | | Email | FW: DFO West CIC_Monitoring_Report 8 15 10.xls | 8/15/2010 | Maria Hwang | P. Carter; Laurel Robinson; cc: F. McGinnis | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013773 | MSFOIA_WH013789 | 0.7.72.462211.1 | | | Report | CIC Monitoring Report | 8/15/2010 | Not indicated on document | Not indicated on document | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple examinations, and decisions to be made regarding taxpayers' liability as it relates to a certain issue. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013795 | MSFOIA_WH013798 | 0.7.72.439415.1 | FOIA-0002253 | FOIA-0002256 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 732 of 1159     8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013799 | MSFOIA_WH013802 | 0.7.72.439415.2 | FOIA-0002257 | FOIA-0002260 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013807 | MSFOIA_WH013810 | 0.7.72.439415.4 | FOIA-0002265 | FOIA-0002268 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013811 | MSFOIA_WH013817 | 0.7.72.439415.5 | FOIA-0002269 | FOIA-0002275 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013818 | MSFOIA_WH013820 | 0.7.72.439415.6 | FOIA-0002276 | FOIA-0002278 | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013821 | MSFOIA_WH013821 | 0.7.72.439415.7 | FOIA-0002279 | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013838 | MSFOIA_WH013839 | 0.7.72.522643 | | | Email | Questions | 9/21/2010 | Charles Davis | Marty Walker | Proposed dates of certain aspects of Microsoft audit, communicated for decisions on how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013840 | MSFOIA_WH013840 | 0.7.72.522643.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013841 | MSFOIA_WH013882 | 0.7.72.89881 | | | Draft NOPA | Form 886A - Explanation of Items | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013883 | MSFOIA_WH013980 | 0.7.72.569057 | | | Draft Report | Economist Report | 1/5/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013982 | MSFOIA_WH013985 | 0.7.72.563329.1 | | | Notes | Strategy Meeting – Next Steps CSA Buy-in Adjustment | 1/7/2010 | Cheryl Potop-Jackson | Not indicated on document | Notes from meeting re: next steps on CSA buy-in issue, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013986 | MSFOIA_WH013987 | 0.7.72.562002 | | | Email | RE: Buy-in FRE 408 | 1/28/2010 | J Yen | Joy Yen | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 733 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013988 | MSFOIA_WH013992 | 0.7.72.562002.1 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 1/28/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013993 | MSFOIA_WH013994 | 0.7.72.584570 | | | Email | RE: Redmond Buy-in - Keep in mind... | 2/5/2010 | Daniel Asquith | Joy Yen | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013995 | MSFOIA_WH013995 | 0.7.72.572506 | | | Email | VMS | 2/8/2010 | Paul Weibel | Joy Yen | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013996 | MSFOIA_WH013996 | 0.7.72.584473 | | | Email | RE: VMS | 2/8/2010 | Joy Yen | Paul Weibel | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH013997 | MSFOIA_WH014004 | 0.7.72.566821 | | | Workpaper | Cost Sharing Analysis | 2/26/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014005 | MSFOIA_WH014023 | 0.7.72.584715 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 3/3/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014024 | MSFOIA_WH014064 | 0.7.72.566948 | | | Workpaper | None provided on document | 3/3/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 734 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014065 | MSFOIA_WH014065 | 0.7.72.581650 | | | Email | FW: Redmond Buy-in | 3/3/2010 | Joy Yen | Chris Miller | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014066 | MSFOIA_WH014084 | 0.7.72.581650.1 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 2/3/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014085 | MSFOIA_WH014119 | 0.7.72.570831 | | | Workpaper | None provided on document | 3/4/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014120 | MSFOIA_WH014163 | 0.7.72.580992 | | | Workpaper | None provided on document | 3/5/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014164 | MSFOIA_WH014214 | 0.7.72.587203 | | | Workpaper | Cost Sharing Analysis | 3/5/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014215 | MSFOIA_WH014267 | 0.7.72.571046 | | | Workpaper | None provided on document | 3/9/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014268 | MSFOIA_WH014302 | 0.7.72.585605 | | | Workpaper | None provided on document | 3/5/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014303 | MSFOIA_WH014383 | 0.7.72.571115 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 3/5/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014384 | MSFOIA_WH014387 | 0.7.72.562202 | | | Outline | CSA Buy In Presentation for Danilack | 3/10/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014388 | MSFOIA_WH014398 | 0.7.72.575673 | | | Workpaper | CSA BUY-IN INVENTORY REPORT | 2010/02 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014399 | MSFOIA_WH014403 | 0.7.72.574786 | | | Workpaper | Action Plan, Cost Sharing Presentation to Mike Danilack | 3/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014404 | MSFOIA_WH014405 | 0.7.72.559807 | | | Workpaper | IDRS RESEARCH, TAXABLE INCOME | 3/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014406 | MSFOIA_WH014421 | 0.7.72.584182 | | | Draft PowerPoint | Transfer of Intangibles Offshore Cost Sharing Buy-in | 3/12/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 736 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014422 | MSFOIA_WH014476 | 0.7.72.577813 | | | Workpaper | None provided on document | 3/9/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014477 | MSFOIA_WH014516 | 0.7.72.580964 | | | Workpaper | None provided on document | 3/15/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014517 | MSFOIA_WH014521 | 0.7.72.581565 | | | Workpaper | None provided on document | 3/16/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014522 | MSFOIA_WH014525 | 0.7.72.564784 | | | Workpaper | None provided on document | 3/16/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014526 | MSFOIA_WH014548 | 0.7.72.559799 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/16/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 737 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014549 | MSFOIA_WH014614 | 0.7.72.579458 | | | Workpaper | None provided on document | 3/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014615 | MSFOIA_WH014635 | 0.7.72.581793 | | | Workpaper | None provided on document | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014636 | MSFOIA_WH014642 | 0.7.72.583594 | | | Workpaper | None provided on document | 3/17/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014643 | MSFOIA_WH014654 | 0.7.72.568275 | | | Draft PowerPoint | Financial Overview | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014655 | MSFOIA_WH014673 | 0.7.72.565292 | | | Workpaper | Taxpayer's Proposal For Resolution - Americas Buy-in | 3/18/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014674 | MSFOIA_WH014675 | 0.7.72.582810 | | | Workpaper | Buy-in Proposed by Taxpayer | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 738 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014676 | MSFOIA_WH014694 | 0.7.72.565013 | | | PowerPoint Presentation | Financial Overview | 3/18/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014695 | MSFOIA_WH014718 | 0.7.72.566309 | | | PowerPoint Presentation | Microsoft Cost Sharing | 3/16/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014719 | MSFOIA_WH014720 | 0.7.72.565119 | | | Workpaper | IDRS RESEARCH, TAXABLE INCOME | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014721 | MSFOIA_WH014739 | 0.7.72.586591 | | | PowerPoint Presentation | Financial Overview | 3/18/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014740 | MSFOIA_WH014750 | 0.7.72.584361 | | | Workpaper | None provided on document | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014751 | MSFOIA_WH014900 | 0.7.72.577687 | | | Workpaper | None provided on document | 3/19/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 739 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014901 | MSFOIA_WH014912 | 0.7.72.571767 | | | Workpaper | Cost Sharing Analysis | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH014913 | MSFOIA_WH015003 | 0.7.72.575076 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015004 | MSFOIA_WH015095 | 0.7.72.574887 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015096 | MSFOIA_WH015187 | 0.7.72.577807 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015188 | MSFOIA_WH015271 | 0.7.72.584236 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015273 | MSFOIA_WH015283 | 0.7.72.579408 | | | Workpaper | None provided on document | 3/22/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 740 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015284 | MSFOIA_WH015306 | 0.7.72.561374 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015307 | MSFOIA_WH015390 | 0.7.72.562006 | | | Workpaper | None provided on document | 3/16/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015391 | MSFOIA_WH015407 | 0.7.72.586440 | | | Draft PowerPoint Presentation | None provided on document | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015408 | MSFOIA_WH015408 | 0.7.72.576715 | | | Draft PowerPoint Presentation | Basic Facts about Company Product Segments - worldwide | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015409 | MSFOIA_WH015432 | 0.7.72.575043 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015433 | MSFOIA_WH015457 | 0.7.72.568961 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015458 | MSFOIA_WH015466 | 0.7.72.560107 | | | Draft PowerPoint Presentation | None provided on document | 3/26/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 741 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015467 | MSFOIA_WH015476 | 0.7.72.569143 | | | Draft PowerPoint Presentation | None provided on document | 3/26/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015477 | MSFOIA_WH015489 | 0.7.72.568681 | | | Workpaper | None provided on document | 3/22/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015490 | MSFOIA_WH015497 | 0.7.72.579868 | | | Draft PowerPoint Presentation | None provided on document | 3/29/2010 | Not indicated on document | Not indicated on document | Excerpt of presentation to Michael Danilack on cost sharing | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015498 | MSFOIA_WH015577 | 0.7.72.559054 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015578 | MSFOIA_WH015700 | 0.7.72.568980 | | | Workpaper | None provided on document | 4/1/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determin taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015701 | MSFOIA_WH015730 | 0.7.72.581785 | | | Workpaper | None provided on document | 4/1/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determin taxpayer liability. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 742 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015731 | MSFOIA_WH015820 | 0.7.72.576794 | | | Workpaper | None provided on document | 4/1/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015821 | MSFOIA_WH015829 | 0.7.72.563991 | | | Draft PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/2/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015830 | MSFOIA_WH015832 | 0.7.72.562330 | | | Draft Workpaper | None provided on document | 4/2/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015833 | MSFOIA_WH015835 | 0.7.72.561525 | | | Draft Workpaper | None provided on document | 4/2/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015836 | MSFOIA_WH015849 | 0.7.72.564081 | | | Draft Workpaper | Income Shifting and Cost Sharing Arrangement | 4/2/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH015850 | MSFOIA_WH016006 | 0.7.72.579879 | | | Draft Workpaper | None provided on document | 3/9/2010 | Not indicated on document | Not indicated on document | Discussion draft of analysis of an issue in the examinations of Microsoft and other taxpayers, circulated for discussion in preparation for an internal briefing for agency managers. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016007 | MSFOIA_WH016008 | 0.7.72.571661 | | | Draft PowerPoint Presentation | None provided on document | 4/12/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 743 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016009 | MSFOIA_WH016099 | 0.7.72.581402 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/14/2010 | Not indicated on document | Not indicated on document | Discussion draft of presentation slides to be used to provide preliminary status and analysis of certain exam issues to executives, to aid in development of examination plans going forward. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016107 | MSFOIA_WH016148 | 0.7.72.568024.1 | | | Draft NOPA | Form 886A - Explanation of Items | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016150 | MSFOIA_WH016190 | 0.7.72.582434 | | | Draft NOPA | Form 886A - Explanation of Items | 9/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016191 | MSFOIA_WH016219 | 0.7.72.580784 | | | Workpaper | None provided on document | 9/29/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016221 | MSFOIA_WH016227 | 0.7.72.584772.1 | | | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2010 | Ceteris; Douglas Odell (comments) | Not indicated on document | Document received from Microsoft with internal comments reflecting preliminary analysis of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-08 (WH Batch 003) | Full | MSFOIA_WH016228 | MSFOIA_WH016320 | 0.7.72.565455 | | | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/24/2010 | Joy Yen (comments) | Not indicated on document | Draft expert report with internal comments reflecting preliminary analysis of examiner. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH016915 | MSFOIA_WH016947 | 0.7.72.96264 | | | Workpaper | Transfer Pricing Documentation: Asia Research and Development – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Research performed by contractor for expert services for the Service for the purpose of discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 744 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH016948 | MSFOIA_WH016951 | 0.7.72.96008 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Research performed by contractor for expert services for the Service for the purpose of discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH016952 | MSFOIA_WH016981 | 0.7.72.95976 | | | Workpaper | Transfer Pricing Documentation: Asia MCS – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Research performed by contractor for expert services for the Service for the purpose of discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH016982 | MSFOIA_WH017001 | 0.7.72.95938 | | | memorandum | Transfer Pricing Documentation: Asia Research and Development – Comparable Company Descriptions FY05 | Not Dated | Ceteris/Global Vantage | Not indicated on document | Research performed by contractor for expert services for the Service for the purpose of discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017002 | MSFOIA_WH017020 | 0.7.72.95189 | | | memorandum | Transfer Pricing Documentation: Asia MCS – Comparable Company Descriptions FY05 | Not Dated | Ceteris/Global Vantage | Not indicated on document | Research performed by contractor for expert services for the Service for the purpose of discussing decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017021 | MSFOIA_WH017022 | 0.7.72.96015 | | | Draft of IDR | Form 4564 Information Document Request | 10/29/2007 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017023 | MSFOIA_WH017024 | 0.7.72.61394 | | | Draft of IDR | Form 4564 Information Document Request | 11/1/2007 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017025 | MSFOIA_WH017027 | 0.7.72.94988 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport; Ahmad Shahshahani | Memorandum reporting on status of ongoing Microsoft examination; discussing decisions involved in the scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017028 | MSFOIA_WH017035 | 0.7.72.82050 | | | Draft notes | Microsoft Interview Notes – Chris Caposella, VP Information Worker, PM group | 6/15/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017036 | MSFOIA_WH017044 | 0.7.72.82054 | | | Draft notes | Microsoft Interview Notes – Mike Delman, VP Global Marcom (Mktg Communications) Group | 8/29/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 745 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017045 | MSFOIA_WH017052 | 0.7.72.82061 | | | Draft notes | Microsoft Interview Notes – Andrew Lees, VP, Server & Tools Marketing & Solutions | 9/11/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017053 | MSFOIA_WH017061 | 0.7.72.82062 | | | Draft notes | Microsoft Interview Notes – Anne Groom, Director of Brand & Mktg Research | 8/30/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017062 | MSFOIA_WH017070 | 0.7.72.82059 | | | Draft notes | Microsoft Interview Notes – Sanjay P., VP Developer & Platform Evangelism | 9/12/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017071 | MSFOIA_WH017077 | 0.7.72.82065 | | | Draft notes | Microsoft Interview Notes – Chris Caposella, VP Information Worker, PM group | 9/11/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017078 | MSFOIA_WH017088 | 0.7.72.82048 | | | Draft notes | Microsoft Interview Notes – Neil Holloway, President MS EMEA | 11/1/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017089 | MSFOIA_WH017097 | 0.7.72.82057 | | | Draft notes | Microsoft Interview Notes – Simon Brown, VP Developer Platform Evangelism EMEA | 10/30/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017098 | MSFOIA_WH017100 | 0.7.72.81893 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Paul Weibel | William McCarthy; Michael Aarstol, Charles Davis; Alton White; Aarstol Michael P.; Charles Davis; Alton White | Email between IRS employees and counsel regarding decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of IRS counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017101 | MSFOIA_WH017102 | 0.7.72.82002 | | | Email | RE: Contract | 2/15/2008 | Michael Aarstol | Paul Weibel; Charles Davis, Alton White, William McCarthy, JoAnn Cutler, Cheryl Potop-Jackson | Email between IRS employees and counsel regarding decisions involved in the scope and direction of Microsoft examination, including information communicated with attorneys for purpose of securing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communication with government attorney for purpose of securing/providing legal advice. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 746 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017103 | MSFOIA_WH017104 | 0.7.72.82020 | | | Email | RE: Outside Economic Experts in Cost Sharing / Intangibles Valuation | 9/18/2007 | Paul Weibel | William McCarthy, Joy Yen, Michael Aarstol, Alton White, Charles Davis, Cheryl Potop-Jackson, Ahmad Shahshahani, Fred Rapaport | Email between IRS employees and counsel regarding decisions involved in the scope and direction of Microsoft examination, including information communicated with attorneys for purpose of securing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communication with government attorney for purpose of securing/providing legal advice. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017105 | MSFOIA_WH017106 | 0.7.72.81890 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | [name withheld] | Paul Weibel | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017107 | MSFOIA_WH017108 | 0.7.72.81897 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | William McCarthy | Paul Weibel | Email between IRS employees and counsel regarding decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of IRS counsel attorney for purpose of providing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017109 | MSFOIA_WH017110 | 0.7.72.95485 | | | Draft of IDR | Form 4564 Information Document Request | 3/25/2008 | Paul Weibel | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017111 | MSFOIA_WH017113 | 0.7.72.84243 | | | Draft notes | Microsoft Interview Notes – Rob Short | 9/14/2006 | J. Ryan | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017114 | MSFOIA_WH017122 | 0.7.72.84526 | | | Draft notes | Microsoft Interview Notes – Amitabh Srivastava, VP Windows Core OS | 6/15/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017123 | MSFOIA_WH017130 | 0.7.72.84476 | | | Draft notes | Microsoft Interview Notes – Brendan Murphy, Researcher Cambridge UK | 6/13/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017131 | MSFOIA_WH017141 | 0.7.72.81736 | | | Draft notes | Microsoft Interview Notes – Brian Valentine, Sr. VP Windows Core OS | 6/13/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 747 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017142 | MSFOIA_WH017152 | 0.7.72.84509 | | | Draft notes | Microsoft Interview Notes – Chris Jones, VP Core OS | 6/12/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching strategic decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017153 | MSFOIA_WH017164 | 0.7.72.84366 | | | Draft notes | Microsoft Interview Notes – Rob Short, VP Windows Kernel | 6/13/2006 | Dianne Hill | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching strategic decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017165 | MSFOIA_WH017168 | 0.7.72.94976 | | | Worksheet | Chapter 7 – Outside Expert Requisitions Section E - Market Research | 10/8/2008 | Julie Izumoto, JoAnn Cutler, Paul Weibel, Chuck Davis, Mike Aarstol, Joy Yen, William McCarthy, Al White, Cheryl Potop-Jackson, Fred Rapaport, Ahmad Shashahani | Not indicated on document | market research performed for purpose of discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017169 | MSFOIA_WH017172 | 0.7.72.94982 | | | Draft Workpaper | None provided on document | 2/14/2008 | Not indicated on document | Not indicated on document | Expert Procurement Pre-Approval Worksheet | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017173 | MSFOIA_WH017173 | 0.7.72.54308 | | | Email | RE: 936 Matter | 4/10/2008 | Douglas Odell; Paul Weibel | Paul Weibel, William McCarthy; Fred Rapaport | Communications between IRS and IRS Counsel attorney discussing decisions involved in the scope and direction of Microsoft examination, including the thoughts and impressions of an IRS Chief Counsel attorney for purposes of providing legal advice to the IRS | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017174 | MSFOIA_WH017175 | 0.7.72.54359 | | | Draft of IDR | Form 4564 Information Document Request | 5/9/2008 | Not indicated on document | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017176 | MSFOIA_WH017176 | 0.7.72.95528 | | | Workpaper | IDR IE-2025 APAC | 5/21/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017177 | MSFOIA_WH017177 | 0.7.72.52422 | | | Memorandum | IDR IE-2061 Response | 6/2/2008 | Paul Weibel | Not indicated on document | Notes from IDR IE-2061 Meeting with Microsoft, containing IRS employee's mental impressions regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 748 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017178 | MSFOIA_WH017178 | 0.7.72.54111 | | | Workpaper | IDR IE-2061 MOPR Note Briefing (IE-2057 Follow-up) | 6/27/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017179 | MSFOIA_WH017186 | 0.7.72.82378 | | | Workpaper | Catalog of IDR's Relevant to Economic Analysis of Buy-Ins | 7/1/2008 | Michael Aarstol | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017190 | MSFOIA_WH017191 | 0.7.72.84323 | | | Email | valid CSA issue | 10/4/2007 | Fred Rapaport | Paul Weibel | Communication concerning requests from IRS employees for legal advice from IRS attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017192 | MSFOIA_WH017198 | 0.7.72.84287 | | | memorandum | Communication with IRS Counsel | 1/14/2008 | Not indicated on document | William McCarthy | Communication between IRS employees and IRS chief counsel attorney seeking legal advice regarding an issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017199 | MSFOIA_WH017199 | 0.7.72.84206 | | | Email | Requests for Legal Advice | 10/9/2007 | William McCarthy | Paul Weibel | Communication concerning requests from IRS employees for legal advice from IRS attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017200 | MSFOIA_WH017200 | 0.7.72.84556 | | | Email | Requests for Legal Advice | 10/9/2007 | Paul Weibel | William McCarthy | Communication concerning requests from IRS employees for legal advice from IRS attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017201 | MSFOIA_WH017201 | 0.7.72.84332 | | | Memorandum | Request for Counsel Assistance and Guidance | 10/6/2007 | Paul Weibel | William McCarthy | Communication concerning requests from IRS employees for legal advice from IRS chief counsel attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 749 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017202 | MSFOIA_WH017207 | 0.7.72.84524 | | | Memorandum | Communication with IRS Counsel | 12/10/2007 | Paul Weibel | William McCarthy | Communication concerning request from IRS employees for legal advice from IRS chief counsel attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017208 | MSFOIA_WH017213 | 0.7.72.84478 | | | Draft memo | DRAFT Communication with IRS Counsel (William McCarthy) | 12/6/2007 | Paul Weibel | William McCarthy | Draft communication concerning request for legal advice from IRS chief counsel attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017214 | MSFOIA_WH017214 | 0.7.72.84398 | | | Memorandum | Request for Counsel Assistance and Guidance | 10/6/2007 | Paul Weibel | William McCarthy | Communication concerning requests from IRS employees for legal advice from IRS chief counsel attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017215 | MSFOIA_WH017215 | 0.7.72.84208 | | | Memorandum | Request for Counsel Assistance and Guidance | 10/6/2007 | Paul Weibel | William McCarthy | Communication concerning requests from IRS employees for legal advice from IRS chief counsel attorney regarding issue identified in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017216 | MSFOIA_WH017217 | 0.7.72.82022 | | | Draft notes | Potential Interview Questions for Outside 482 Experts | 4/3/2008 | Not indicated on document | Not indicated on document | IRS employee's draft of questions for outside expert interview, containing discussion of decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017218 | MSFOIA_WH017224 | 0.7.72.82013 | | | Draft notes | Q&A discussion in advance of interviews | 2008/04 | Paul Weibel | Not indicated on document | IRS employee's draft of questions for outside expert interview, containing discussion of decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017225 | MSFOIA_WH017227 | 0.7.72.81935 | | | Draft notes | Potential Interview Questions for Outside 482 Experts | 7/1/2008 | Not indicated on document | Not indicated on document | IRS employee's draft of questions for outside expert interview, containing discussion of decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 750 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017229 | MSFOIA_WH017230 | 0.7.72.52570 | | | Email | RE: IDR's - New Information | 6/4/2008 | Joy Yen | Paul Weibel | List of IDR Folder Contents, describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017231 | MSFOIA_WH017232 | 0.7.72.95253 | | | Workpaper | IDR IE-2068 Americas Retail Buy-in KPMG | 7/7/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017233 | MSFOIA_WH017234 | 0.7.72.53873 | | | Workpaper | IDR IE-2011 FY06 APAC CS Docs | 7/7/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017235 | MSFOIA_WH017235 | 0.7.72.95929 | | | Workpaper | IDR IE-2012 FY06 Tfr Price Docs Americas | 7/7/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017236 | MSFOIA_WH017237 | 0.7.72.52888 | | | Workpaper | IDR IE-2014 FY04 APAC Valuation Study | 7/8/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017238 | MSFOIA_WH017239 | 0.7.72.95811 | | | Workpaper | IDR IE-2026 FY06 Americas Buy-in Background Docs | 7/8/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017240 | MSFOIA_WH017240 | 0.7.72.52748 | | | Workpaper | IDR IE-2005 FY04,05 Tfr Price Docs APAC | 8/1/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017241 | MSFOIA_WH017241 | 0.7.72.52884 | | | Workpaper | IDR IE-2010 FY06 Tfr Price Docs APAC | 8/1/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 751 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017242 | MSFOIA_WH017242 | 0.7.72.84666 | | | Workpaper | IDR IE-2012 FY06 Tfr Price Docs Americas | 8/1/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017243 | MSFOIA_WH017243 | 0.7.72.83125 | | | Workpaper | IDR IE-2028 APAC, Americas R&D Allocations | 8/1/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017248 | MSFOIA_WH017252 | 0.7.72.82424 | | | Email | FW: Outside Contract | 7/2/2008 | Cheryl Potop-Jackson | Matthew Terlouw; Paul Weibel; Fred Rapaport; Douglas Odell; Joy Yen | Email between IRS employees regarding decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017253 | MSFOIA_WH017257 | 0.7.72.82427 | | | Email | RE: Outside Contract | 7/2/2008 | JoAnn Cutler | Matthew Terlouw; Paul Weibel; Fred Rapaport; Joy Yen; Douglas Odell; Joy Yen; Charles Davis; Alton White | Email between IRS employees regarding decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017260 | MSFOIA_WH017264 | 0.7.72.82423 | | | Workpaper | Economist Examiner Audit Plan | 6/30/2008 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017265 | MSFOIA_WH017265 | 0.7.72.82365 | | | Email | Outside expert | 8/11/2008 | Paul Weibel | Michael Aarstol; Joy Yen; JoAnn Cutler; Matthew Terlouw; Cheryl Potop-Jackson; Charles Davis; Ryan James E; Alton White; Ahmad Shahshahani | Email between IRS employees regarding decisions involved in the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017266 | MSFOIA_WH017268 | 0.7.72.82376 | | | Email | RE: Updated Audit Plan & Risk Analysis | 7/2/2008 | Joy Yen | Paul Weibel; Cheryl Potop-Jackson | Discussion of memorandum prepared by IRS employee regarding proposed audit plan with respect to the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017269 | MSFOIA_WH017273 | 0.7.72.82430 | | | Workpaper | International Examiner Audit Plan | 6/25/2008 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 752 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017274 | MSFOIA_WH017275 | 0.7.72.82384 | | | Spreadsheet | None provided on document | 6/30/2008 | Joy Yen | Not indicated on document | Spreadsheet containing notes regarding mid-cycle audit plan, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017276 | MSFOIA_WH017278 | 0.7.72.81991 | | | Email | FW: Outside Expert Contract Status or Closing Reports | 7/8/2008 | Paul Weibel | Charles Davis | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017279 | MSFOIA_WH017280 | 0.7.72.81976 | | | Email | RE: Contract Proposal | 3/14/2008 | David Andrade | Paul Weibel | Discussion between members of IRS exam team and outside experts discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017281 | MSFOIA_WH017282 | 0.7.72.81966 | | | Email | RE: Contract Proposal | 3/13/2008 | David Andrade | Paul Weibel | Discussion between members of IRS exam team and outside experts discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017283 | MSFOIA_WH017284 | 0.7.72.81922 | | | Email | RE: Contract Proposal | 3/17/2008 | David Andrade | Paul Weibel | Discussion between members of IRS exam team and outside experts discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017285 | MSFOIA_WH017287 | 0.7.72.95702 | | | Email | RE: Stuff | 2/1/2008 | Michael Aarstol | Paul Weibel; Alton White; JoAnn Cutler | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017288 | MSFOIA_WH017288 | 0.7.72.81899 | | | Email | RE: Contract | 7/28/2008 | Charles Davis | Paul Weibel; William McCarthy | Discussion between members of IRS exam team and IRS chief counsel attorneys discussing status of Microsoft examination to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017289 | MSFOIA_WH017290 | 0.7.72.81963 | | | Email | RE: Contract | 7/29/2008 | Paul Weibel | Julie Izumoto | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 753 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017291 | MSFOIA_WH017292 | 0.7.72.81945 | | | Email | Conference Call | 7/29/2008 | Kathleen Spinetti | JoAnn Cutler; Charles Davis; Paul Weibel | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017293 | MSFOIA_WH017299 | 0.7.72.82007 | | | Email | FW: Response to Candidate's Inquiry | 7/31/2008 | JoAnn Cutler | Charles Davis; William McCarthy; Paul Weibel; Alton White; Julie Izumoto | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017300 | MSFOIA_WH017301 | 0.7.72.81956 | | | Email | FW: Conference Call | 7/30/2008 | Paul Weibel | Julie izumoto; JoAnn Cutler; Alton White; Ryan James E; Fred Rapaport; Charles Davis; Cheryl Potop-Jackson; Ahmad Shahshahani; Joy Yen; Aarstol Michael P; William McCarthy | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017302 | MSFOIA_WH017304 | 0.7.72.81957 | | | Email | RE: Contract | 7/29/2008 | Julie izumoto | Paul Weibel | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017305 | MSFOIA_WH017307 | 0.7.72.81967 | | | Email | RE: Conference Call | 7/30/2008 | Paul Weibel | Julie izumoto; Charles Davis | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017308 | MSFOIA_WH017310 | 0.7.72.81971 | | | Email | RE: Conference Call | 7/30/2008 | Paul Weibel | Charles Davis; JoAnn Cutler; William McCarthy; Alton White | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017311 | MSFOIA_WH017311 | 0.7.72.81932 | | | Email | RE: Contract | 7/29/2008 | Paul Weibel | William Morgan | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 754 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017312 | MSFOIA_WH017313 | 0.7.72.81933 | | | Email | FW: Microsoft Contract TIR-WR-08-C-00022 Communication Protocol | 7/31/2008 | Charles Davis | Paul Weibel; Alton White; Cheryl Potop-Jackson | Discussion among IRS employees regarding protocols with respect to procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017313 | MSFOIA_WH017316 | 0.7.72.81898 | | | Email | RE: Contract | 8/8/2008 | JoAnn Cutler | Julie Izumoto; Kathleen Spinetti; Charles Davis; Paul Weibel; Alton White; William McCarthy | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017317 | MSFOIA_WH017321 | 0.7.72.81909 | | | Email | FW: Contract | 8/8/2008 | JoAnn Cutler | Julie Izumoto; Kathleen Spinetti; Charles Davis; Paul Weibel; William McCarthy; Alton White | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017322 | MSFOIA_WH017322 | 0.7.72.81958 | | | Email | RE: Microsoft Contract TIR-WR-08-C-00022 Communication Protocol | 7/31/2008 | Paul Weibel | JoAnn Cutler | Discussion among IRS employees regarding protocols with respect to procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017323 | MSFOIA_WH017323 | 0.7.72.81972 | | | Email | Monday's Conference Call | 7/31/2008 | Paul Weibel | Charles Davis; Julie Izumoto | Discussion among IRS employees regarding protocols with respect to procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017324 | MSFOIA_WH017325 | 0.7.72.96208 | | | Email | RE: Non-Selected Outside Experts | 5/2/2008 | J. Ryan | Paul Weibel | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017327 | MSFOIA_WH017328 | 0.7.72.95885 | | | Email | RE: Non-Selected Outside Experts | 5/2/2008 | Julie Izumoto | Paul Weibel; JoAnn Cutler | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017329 | MSFOIA_WH017329 | 0.7.72.95393 | | | Email | RE: In your spare time.... | 5/20/2008 | Julie Izumoto | Paul Weibel | Discussion among IRS employees regarding procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 755 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017334 | MSFOIA_WH017336 | 0.7.72.96400 | | | Email | RE: Status | 5/30/2008 | J. Izomoto | Paul Weibel; Charles Davis; JoAnn Cutler; Alton White; Ryan James E; Cheryl Potop-Jackson | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017337 | MSFOIA_WH017339 | 0.7.72.96206 | | | Email | FW: Status | 5/30/2008 | Paul Weibel | JoAnn Cutler; Charles Davis; Alton White; Cheryl Potop-Jackson; Ryan James E | Discussion among IRS employees regarding procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017340 | MSFOIA_WH017342 | 0.7.72.95983 | | | Email | Outside Economist Contract - Status update | 5/23/2008 | Paul Weibel | William McCarthy; Fred Rapaport; Alton White; Ryan James E; Charles Davis; Cheryl Potop-Jackson; Ahmad Shahshahani; Joy Yen; JoAnn Cutler | Communications among exam team regarding decisions to be made with respect to retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017343 | MSFOIA_WH017345 | 0.7.72.95906 | | | Email | RE: Requisition #L-8-L3-01-ES-F03 | 5/5/2008 | Charles Davis | A. Malcolm; JoAnn Cutler; Julie Izumoto; Paul Weibel; Alton White; Cheryl Potop-Jackson; Ahmad Shahshahani; Aarstol Michael P; Joy Yen | Communications among exam team regarding decisions to be made with respect to retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017346 | MSFOIA_WH017350 | 0.7.72.95470 | | | Email | RE: Non-Selected Outside Experts | 5/5/2008 | William McCarthy | Paul Weibel | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice received from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017351 | MSFOIA_WH017353 | 0.7.72.95407 | | | Email | FW: Physical and Cyber Security Reviews | 5/3/2008 | JoAnn Cutler | Julie izumoto; Charles Davis; Alton White; Paul Weibel; William McCarthy; Aarstol Michael P; Joy Yen; Ahmad Shahshahani | Communications among exam team regarding decisions to be made with respect to retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017354 | MSFOIA_WH017357 | 0.7.72.95378 | | | Email | RE: Physical and Cyber Security Reviews | 5/5/2008 | Julie izumoto | Charles Davis; JoAnn Cutler; Alton White; Paul Weibel; William McCarthy; Aarstol Michael P; Joy Yen; Ahmad Shahshahani | Communications among exam team regarding decisions to be made with respect to retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017358 | MSFOIA_WH017360 | 0.7.72.95263 | | | Email | RE: Status | 5/29/2008 | Julie izumoto | Paul Weibel | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 756 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017361 | MSFOIA_WH017362 | 0.7.72.96376 | | | Email | RE: Status | 6/18/2008 | William McCarthy | Paul Weibel | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors, and discussion of legal advice sought from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017363 | MSFOIA_WH017364 | 0.7.72.95980 | | | Email | RE: Non-Selected Outside Experts | 5/5/2008 | Michael Aarstol | Paul Weibel; Joy Yen; Ahmad Shahshani; Ryan James E | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017365 | MSFOIA_WH017366 | 0.7.72.95944 | | | Email | RE: Contract | 6/24/2008 | Charles Davis | Paul Weibel; Alton White; J. Ryan | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017367 | MSFOIA_WH017370 | 0.7.72.95706 | | | Email | RE: Non-Selected Outside Experts | 5/5/2008 | Paul Weibel | JoAnn Cutler; Julie Izumoto | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017371 | MSFOIA_WH017372 | 0.7.72.95607 | | | Email | RE: Status | 6/17/2008 | Julie izumoto | Paul Weibel | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017373 | MSFOIA_WH017375 | 0.7.72.95431 | | | Email | Contract | 5/9/2008 | Paul Weibel | Joy Yen; William McCarthy; Charles Davis; Alton White; JoAnn Cutler; Cheryl Potop-Jackson; Ahmad Shahshani | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017376 | MSFOIA_WH017377 | 0.7.72.95093 | | | Email | RE: IRS Seattle Audit | 6/3/2008 | Paul Weibel | Ceteris | Discussion between members of IRS exam team and potential expert contractor regarding potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017378 | MSFOIA_WH017381 | 0.7.72.96310 | | | Email | FW: Draft report | 7/11/2008 | Charles Davis | Ahmad Shahshani; Paul Weibel; Cheryl Potop-Jackson; Matthew Terlouw; Alton White; Ryan James E | Discussion members of IRS exam team regarding status of Microsoft examination, including discussion of decisions to be made with respect to expert contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being debated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 757 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017382 | MSFOIA_WH017382 | 0.7.72.96034 | | | Email | RE: Contract | 7/8/2008 | Charles Davis | Paul Weibel; Alton White | Discussion members of IRS exam team regarding status of Microsoft examination, including discussion of decisions to be made with respect to expert work | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017383 | MSFOIA_WH017386 | 0.7.72.95805 | | | Email | RE: Outside Contract | 7/2/2008 | Charles Davis | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; Alton White; JoAnn Cutler; Matthew Terlouw | Discussion among members of IRS exam team regarding status of Microsoft examination, including discussion of decisions to be made with respect to expert work | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017389 | MSFOIA_WH017389 | 0.7.72.95828 | | | Email | FW: Status Report | 7/3/2008 | Charles Davis | Alton White; Ryan James E; Paul Weibel; Cheryl Potop-Jackson | Discussion among members of IRS exam team regarding status of Microsoft examination and status of expert contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017390 | MSFOIA_WH017391 | 0.7.72.95584 | | | Report | STATUS REPORT - LMSB OUTSIDE EXPERT CONTRACT | 8/11/2008 | unknown | Not indicated on document | Communicating preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist with exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017395 | MSFOIA_WH017455 | 0.7.72.96110 | | | Contract | Award/Contract | 8/11/2008 | Not indicated on document | Not indicated on document | Ceteris expert contract containing details concerning IRS's analysis of preliminary scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017456 | MSFOIA_WH017456 | 0.7.72.96077 | | | Email | RE: Outside Expert | 7/9/2008 | Charles Davis | Michael Aarstol; Joy Yen; JoAnn Cutler; Paul Weibel; Matthew Terlouw; Cheryl Potop-Jackson; Ryan James E; Alton White; Ahmad Shahshahani | Discussion among members of IRS exam team regarding status of Microsoft examination, including discussion of decisions to be made with respect to expert work | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017464 | MSFOIA_WH017464 | 0.7.72.82441 | | | Workpaper | International Agent Issue Time Line | 8/18/2008 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017465 | MSFOIA_WH017496 | 0.7.72.82448 | | | Workpaper | MS Initial Risk Analysis | 8/18/2008 | Paul Weibel | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017497 | MSFOIA_WH017497 | 0.7.72.96370 | | | Memorandum | Microsoft: Information Request #1 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017498 | MSFOIA_WH017498 | 0.7.72.95867 | | | Memorandum | Microsoft: Information Request #4 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017499 | MSFOIA_WH017499 | 0.7.72.95732 | | | Memorandum | Microsoft: Information Request #3 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017500 | MSFOIA_WH017500 | 0.7.72.95227 | | | Memorandum | Microsoft: Information Request #2 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017501 | MSFOIA_WH017501 | 0.7.72.95814 | | | Memorandum | Microsoft: Information Request #5 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017502 | MSFOIA_WH017502 | 0.7.72.95677 | | | Workpaper | IDR IE-2022 FY06 MOPR Software Sale Docs | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues.; describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017503 | MSFOIA_WH017503 | 0.7.72.95412 | | | Workpaper | IDR IE-2024 FY06 MSPR to MOPR Asset Sale Docs | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues.; describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017504 | MSFOIA_WH017504 | 0.7.72.96168 | | | Workpaper | IDR IE-2050 OEM Licenses (Economist) | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues.; describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 759 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017505 | MSFOIA_WH017505 | 0.7.72.95730 | | | Workpaper | IDR IE-2032 Folder Contents | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017506 | MSFOIA_WH017506 | 0.7.72.96158 | | | Workpaper | IDR IE-2033 IDR IE-2026 Follow-up | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017507 | MSFOIA_WH017507 | 0.7.72.96386 | | | Workpaper | IDR IE-2056 936 CSA | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017508 | MSFOIA_WH017508 | 0.7.72.95774 | | | Workpaper | IDR IE-2067 HSR Great Plains Docs | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017509 | MSFOIA_WH017509 | 0.7.72.96442 | | | Workpaper | IDR IE-2069 Other Acquisition Buy-in Data | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017510 | MSFOIA_WH017510 | 0.7.72.95986 | | | Workpaper | IDR IE-2071 Great Plains Acquisition Due Diligence | 9/9/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017511 | MSFOIA_WH017511 | 0.7.72.95795 | | | Memorandum | None provided on document | 9/9/2008 | Paul Weibel | Ceteris | Communication between IRS employee and outside expert concerning decisions to be made with respect to the scope and direction of the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017512 | MSFOIA_WH017512 | 0.7.72.95708 | | | Workpaper | IDR IE-2052 Interco Agreements (Economist) | 9/11/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 760 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017513 | MSFOIA_WH017514 | 0.7.72.95908 | | | Workpaper | None provided on document | 8/4/2008 | Paul Weibel | Not indicated on document | Communication between IRS employee and outside expert concerning decisions to be made with respect to the scope and direction of the Microsoft examination and containing IRS employee's notes regarding impressions regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017523 | MSFOIA_WH017524 | 0.7.72.95718 | | | Memorandum | CETERIS-IRS MEETING CHICAGO AUGUST 28, 2008 | 8/28/2008 | Paul Weibel | Not indicated on document | IRS employee notes of meeting with outside expert, containing notes of discussion regarding decisions to be made with respect to scope and direction of Microsoft examination; also contains notes of legal advice sought/received from IRS counsel attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017530 | MSFOIA_WH017532 | 0.7.72.82422 | | | spreadsheet | MID-CYCLE AUDIT ANALYSIS | 8/25/2008 | Cheryl Potop-Jackson | Not indicated on document | Spreadsheet containing notes regarding mid-cycle audit plan, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017537 | MSFOIA_WH017537 | 0.7.72.84650 | | | Email | RE: Conf Call Follow-Up | 9/15/2008 | William McCarthy | Fred Rapaport | Communication between IRS exam team and IRS counsel concerning request for information for the purpose of providing legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Reflects the thoughts and impressions of agency attorney during the course of providing legal advice to examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017538 | MSFOIA_WH017539 | 0.7.72.95865 | | | Email | RE: Outside Expert Documents | 9/9/2008 | William McCarthy | Paul Weibel | Discussion between IRS counsel and IRS exam team about proposed course of action with respect to Ceteris Expert Documents | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017541 | MSFOIA_WH017541 | 0.7.72.95527 | | | Workpaper | None provided on document | 9/19/2008 | Not indicated on document | Not indicated on document | Description of documentation to be transmitted to Microsoft from examination, including IRS employee's notes and impressions regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017542 | MSFOIA_WH017543 | 0.7.72.95480 | | | Memo | Microsoft: Information Request # 9 | 9/29/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017544 | MSFOIA_WH017544 | 0.7.72.95316 | | | Memo | Microsoft: Information Request #6 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017545 | MSFOIA_WH017545 | 0.7.72.95172 | | | Memo | Microsoft: Information Request #7 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017546 | MSFOIA_WH017546 | 0.7.72.95137 | | | Memo | Microsoft: Information Request # 9 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017549 | MSFOIA_WH017549 | 0.7.72.81826 | | | Email | NPV of buy-in royalty stream | 2/26/2008 | Fred Rapaport | Michael Aarstol, Joy Yen, William McCarthy, Paul Weibel, Alton White | Communication between IRS employees and IRS chief counsel attorney discussing issues identified during Microsoft examination, and discussing decisions to be made with respect to scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017550 | MSFOIA_WH017550 | 0.7.72.81824 | | | Email | None provided on document | 2/26/2008 | Fred Rapaport | Michael Aarstol; Joy Yen, Paul Weibel | Communication among IRS employees discussing analysis of information provided by Microsoft | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017553 | MSFOIA_WH017553 | 0.7.72.52699 | | | Workpaper | IDR IE-2077 6662 Interviews | 10/20/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017556 | MSFOIA_WH017557 | 0.7.72.95251 | | | Email | RE: Redmond tele-conference agenda | 12/2/2008 | JoAnn Cutler | Julie Izumoto, Paul Weibel | Internal discussion among IRS employees regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017558 | MSFOIA_WH017558 | 0.7.72.95144 | | | Email | Marvin | 12/1/2008 | Paul Weibel | Ceteris | Discussion between IRS employees and outside expert regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017559 | MSFOIA_WH017559 | 0.7.72.82335 | | | Draft memorandum | DRAFT NOTES ON SINGAPORE TRIP JUSTIFICATION | 12/8/2008 | Not indicated on document | Not indicated on document | Draft memorandum regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 762 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017615 | MSFOIA_WH017618 | 0.7.72.82331 | | | Word | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Not indicated on document | Memorandum proposing a course of action with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017619 | MSFOIA_WH017620 | 0.7.72.96099 | | | Email | Singapore Trip | 12/15/2008 | J. Radziewicz | Paul Weibel; cc: Ceteris | Dicussion between IRS employees and outside expert regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017621 | MSFOIA_WH017622 | 0.7.72.95273 | | | Email | status of items 9/25 | 9/25/2008 | Fred Rapaport | Paul Weibel | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017623 | MSFOIA_WH017634 | 0.7.72.96349 | | | spreadsheet | Potential Singapore Interviewees for FY04-06 IRS Audit | 1/12/2009 | Not indicated on document | Not indicated on document | Document communicating preliminary information for internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017635 | MSFOIA_WH017636 | 0.7.72.96006 | | | Email | FW: Court Reporter | 1/14/2009 | Cheryl Potop-Jackson | Charles Davis; cc: Paul Weibel, Alton White, Cheryl Potop-Jackson | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017637 | MSFOIA_WH017637 | 0.7.72.96324 | | | Email | RE: Extracts? | 1/21/2009 | Paul Weibel | Joy Yen | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017638 | MSFOIA_WH017638 | 0.7.72.95260 | | | Email | RE: Interview Notes - prior cycle | 1/14/2009 | Paul Weibel | Alton White | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017639 | MSFOIA_WH017639 | 0.7.72.52835 | | | Memorandum | Microsoft: Information Request #19 | 1/26/2009 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017640 | MSFOIA_WH017640 | 0.7.72.84367 | | | Email | IDR & Question for Bill | 1/26/2009 | J. Radziewicz | Paul Weibel; cc: Ceteris | Communication between outside expert and IRS employees concerning decisions to be made with respect to Microsoft examination; discussion of request for legal advice from IRS attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017641 | MSFOIA_WH017641 | 0.7.72.82347 | | | Email | AUTHORIZATION# FOR PAUL D WEIBEL (FOREIGN TRAVEL) | 2/5/2009 | T. Cox | Paul Weibel, J. Ryan | Discussion regarding decisions to be made with respect to planning and resources for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. Privacy interest of IRS employee in travel information outweighs any public interest in this information |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017664 | MSFOIA_WH017668 | 0.7.72.95746 | | | Workpaper | matrix of Microsoft business facts related to Asian retail sales | 2/10/2009 | Not indicated on document | Not indicated on document | Spreadsheet reflecting preliminary analysis related to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017669 | MSFOIA_WH017669 | 0.7.72.96242 | | | Email | RE: Prior Cycle APAC Internal Econ Report | 2/17/2009 | Paul Weibel | Paul Weibel | Internal discussion regarding legal advice sought from IRS counsel related to decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017670 | MSFOIA_WH017671 | 0.7.72.84532 | | | Email | RE: IDR & Question for Bill | 1/26/2009 | Ceteris | Paul Weibel, J. Radziewicz | Communication between outside expert and IRS employees concerning decisions to be made with respect to Microsoft examination; discussion of request for legal advice from IRS attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017672 | MSFOIA_WH017672 | 0.7.72.95034 | | | Memorandum | APAC Report Proofread | 2/23/2009 | Not indicated on document | Not indicated on document | Memorandum communicating preliminary thoughts and impressions regarding a document being drafted to assist with decisions being made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017673 | MSFOIA_WH017673 | 0.7.72.95816 | | | Memorandum | Americas Report Proofread | 2/24/2009 | Not indicated on document | Not indicated on document | Memorandum communicating preliminary thoughts and impressions regarding a document being drafted to assist with decisions being made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 764 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017674 | MSFOIA_WH017674 | 0.7.72.53954 | | | Workpaper | IDR IE-2075 MAIL/MOPL Agreement Clarification | 2/26/2009 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017675 | MSFOIA_WH017678 | 0.7.72.96309 | | | Draft notes | Michiel Verhoeven, General Manager, Asia Pacific, Greater China and Japan, Communications Sector | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017679 | MSFOIA_WH017681 | 0.7.72.95588 | | | Draft notes | Emilio Umeoka, President Microsoft Asia Pacific | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017682 | MSFOIA_WH017685 | 0.7.72.95261 | | | Draft notes | Chris Atkinson, Vice President, Sales & Marketing, Microsoft Asia Pacific Region | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017686 | MSFOIA_WH017688 | 0.7.72.95942 | | | Draft notes | Benoit Van Thienen, Vice President Enterprise & Partners Group Asia | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017689 | MSFOIA_WH017694 | 0.7.72.96095 | | | Draft notes | Interview with John MacLellan, Regional Finance Director, Microsoft APAC | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017695 | MSFOIA_WH017702 | 0.7.72.95566 | | | Draft notes | Interview with Eugene Saburi, GM Business, Marketing & Operations | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017703 | MSFOIA_WH017706 | 0.7.72.96032 | | | Draft notes | Daniel Yue, Director, Customer Operations | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017720 | MSFOIA_WH017721 | 0.7.72.22198 | | | Email | FW: Microsoft CSA & Buy-In (Americas) | 9/25/2008 | Michelle Korbas | Caroline Chen; Laurel Robinson; Christopher Bello; Kenneth Christman | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017722 | MSFOIA_WH017723 | 0.7.72.22199 | | | Email | RE: Microsoft CSA & Buy-In (Americas) | 9/25/2008 | Kenneth Christman | Michelle Korbas; Caroline Chen; Laurel Robinson; Christopher Bello | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017724 | MSFOIA_WH017725 | 0.7.72.22200 | | | Email | RE: Microsoft CSA & Buy-In (Americas) | 8/30/2008 | Michelle Korbas | William McCarthy; Kenneth Christman; Caroline Chen; Laurel Robinson; Christopher Bello | Discussion among IRS attorneys regarding decisions to be made with respect to the Microsoft examination, including discussion of legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017726 | MSFOIA_WH017726 | 0.7.72.22765 | | | Email | CSA Briefing | 11/4/2008 | Barbara Leonard | Patricia Chaback; cc: Laurel Robinson; Michelle Korbas; Barbara Leonard | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017727 | MSFOIA_WH017727 | 0.7.72.22765.1 | | | Memorandum | Microsoft | 11/5/2008 | Not indicated on document | Patricia Chaback | Memorandum communicating preliminary thoughts and impressions regarding a document being drafted to assist with decisions being made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017728 | MSFOIA_WH017733 | 0.7.72.22765.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017738 | MSFOIA_WH017739 | 0.7.72.22765.4 | | | Draft Memo | None provided on document | 11/5/2008 | Not indicated on document | Not indicated on document | IRS employee preliminary analysis of issues identified with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017741 | MSFOIA_WH017744 | 0.7.72.52128 | | | Memorandum | International Examiner Audit Plan | 10/17/2007 | Joy Yen | Not indicated on document | Memorandum prepared by IRS employee regarding proposed audit plan with respect to the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 766 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017746 | MSFOIA_WH017747 | 0.7.72.52095 | | | spreadsheet | None provided on document | 10/19/2007 | Cheryl Potop-Jackson | Not indicated on document | Draft spreadsheet containing notes regarding mid-cycle audit plan, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017748 | MSFOIA_WH017749 | 0.7.72.52103 | | | spreadsheet | None provided on document | 10/11/2007 | Cheryl Potop-Jackson | Not indicated on document | Draft spreadsheet containing notes regarding mid-cycle audit plan, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017751 | MSFOIA_WH017752 | 0.7.72.52110 | | | Memorandum | Microsoft 2004-2006 Audit Case – Status Report | 10/11/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson | Memorandum reporting on status of ongoing examination of Microsoft; discussing decisions involved in the scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017753 | MSFOIA_WH017755 | 0.7.72.52109 | | | Email | RE: M... 04-06 AUDIT case - revised timeline and work statements for outside experts | 11/26/2007 | Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport, Joy Yen; cc: Alton White | Revised economist timeline and discussion of decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017756 | MSFOIA_WH017757 | 0.7.72.52117 | | | Email | FW: Teleconference | 9/13/2007 | Joy Yen | Paul Weibel; William McCarthy; Alton White; JoAnn Cutler; Ahmad Shahshahani; Tamaki Jon A; Fred Rapaport; Joy Yen; Aarstol Michael P | Internal discussion among IRS employees and counsel regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017914 | MSFOIA_WH017914 | 0.7.72.180993 | | | Email | Outside Expert Budget Committee Meeting - 05/28/08 - Draft of Minutes | 6/3/2008 | A. Malcolm | Martin Howard S; Feliciano Ramona F; Garcia Maria T; Gonzalez Jose; Levitte Michelle A; Malcolm Anthony C; Meaux David J; Miller Chris L; Perrin Melanie; Photakis H Nicholas; Rookwood Jackie E; Zilka Bradley A; Hartman Matthew C; Drenthe Pamela J; cc: Latham Susan L; Dickson Deborah M | Discussion of draft of outside expert budget committee minutes | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017915 | MSFOIA_WH017916 | 0.7.72.180993.1 | | | Draft notes | LMSB OUTSIDE EXPERT BUDGET COMMITTEE MEETING | 5/28/2008 | A Malcolm | Not indicated on document | Draft of Minutes of Expert budget committee Meeting, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017917 | MSFOIA_WH017917 | 0.7.72.180993.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017919 | MSFOIA_WH017924 | 0.7.72.213202 | | | Draft memo | THE POST AWARD CONFERENCE | 8/8/2008 | Not indicated on document | Not indicated on document | Draft Post Award Conference Agenda to discuss decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017925 | MSFOIA_WH017930 | 0.7.72.213179 | | | Draft memo | THE POST AWARD CONFERENCE | 9/3/2008 | Not indicated on document | Not indicated on document | Draft Post Award Conference Agenda to discuss decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017931 | MSFOIA_WH017932 | 0.7.72.55073 | | | Email | RE: Tier 1 & Tier 2 Issues | 4/30/2007 | Douglas Odell | Charles Astleford; Peter Orth; Fred Rapaport; Charles Davis | Internal discussion among IRS employees regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017933 | MSFOIA_WH017934 | 0.7.72.395299 | | | Email | RE: Opening conference & other items | 6/20/2007 | Charles Davis | Cheryl Potop-Jackson; Joel Brotten | Internal discussion among IRS employees regarding decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017936 | MSFOIA_WH017940 | 0.7.72.404851.1 | | | Draft memorandum | None provided on document | 6/26/2007 | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017941 | MSFOIA_WH017983 | 0.7.72.54374 | | | Draft memorandum | Large Case Examination Plan Transmittal | 6/27/2007 | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH017984 | MSFOIA_WH018026 | 0.7.72.54658 | | | Draft memorandum | Large Case Examination Plan Transmittal | 6/27/2007 | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 768 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018027 | MSFOIA_WH018027 | 0.7.72.394440 | | | Email | Audit Plan | 6/27/2007 | Paul Weibel | Cheryl Potop-Jackson, Alton White, Fred Rapaport | Discussion of draft audit plan | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018028 | MSFOIA_WH018034 | 0.7.72.394440.1 | | | memorandum | INTERNATIONAL AUDIT PLAN MICROSOFT EXAM CYCLE: 200406 – 200606 | Not Dated | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018036 | MSFOIA_WH018066 | 0.7.72.401792.1 | | | memorandum | None provided on document | 7/3/2007 | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018067 | MSFOIA_WH018067 | 0.7.72.397323 | | | Email | Int'l Audit Plan | 7/11/2007 | Paul Weibel | Cheryl Potop-Jackson | Discussion of draft audit plan | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018068 | MSFOIA_WH018074 | 0.7.72.397323.1 | | | memorandum | INTERNATIONAL AUDIT PLAN MICROSOFT EXAM CYCLE: 200406 – 200606 | Not Dated | Not indicated on document | Not indicated on document | Draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018076 | MSFOIA_WH018076 | 0.7.72.392166.1 | | | Workpaper | Microsoft Corporation International Agent Issue Time Line 200406 through 200606 | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018078 | MSFOIA_WH018108 | 0.7.72.398014.1 | | | Workpaper | None provided on document | 7/3/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018109 | MSFOIA_WH018109 | 0.7.72.402473 | | | Email | Detail risk analysis and Audit Plan | 7/14/2007 | Cheryl Potop-Jackson | Paul Weibel | Internal discussion of draft audit plan, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018110 | MSFOIA_WH018173 | 0.7.72.402473.1 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 769 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018174 | MSFOIA_WH018174 | 0.7.72.402009 | | | Email | None provided on document | 7/27/2007 | Paul Weibel | Cheryl Potop-Jackson, Alton White | Internal discussion of draft initial risk analysis detail, discussing decisions to be made with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018175 | MSFOIA_WH018208 | 0.7.72.402009.1 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018210 | MSFOIA_WH018227 | 0.7.72.402085.1 | | | Workpaper | Microsoft Corporation Estimated Issue Time Lines 200406 through 200606 | 7/31/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018228 | MSFOIA_WH018228 | 0.7.72.402305 | | | Email | REVISED Risk Analysis - incl Engineers | 7/31/2007 | Cheryl Potop-Jackson | Charles Davis | Internal discussion of draft timeline concerning Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018229 | MSFOIA_WH018248 | 0.7.72.402305.1 | | | Workpaper | Microsoft Corporation Estimated Issue Time Lines 200406 through 200606 | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018253 | MSFOIA_WH018253 | 0.7.72.397534 | | | Email | Risk Analysis | 8/17/2007 | Cheryl Potop-Jackson | Joy Yen | Internal discussion of draft timeline concerning Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018254 | MSFOIA_WH018262 | 0.7.72.397534.1 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018265 | MSFOIA_WH018324 | 0.7.72.398324 | | | Email | Scope of Work | 9/21/2007 | Paul Weibel | Aarstol Michael P; Joy Yen; McCarthy William ; cc:JoAnn Cutler; Cheryl Potop-Jackson; Alton White; Ahmad Shahshahani; Fred Rapaport; Tamaki Jon A | Internal discussion among IRS employees and IRS counsel attorneys regarding drafting of scope of work for outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 770 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018266 | MSFOIA_WH018275 | 0.7.72.398324.1 | | | Contract | Section C | Not Dated | Not indicated on document | Not indicated on document | Excerpts from prior cycle outside expert contract, shared among examiners for use while drafting similar document for use during Microsoft exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018295 | MSFOIA_WH018297 | 0.7.72.408479 | | | Email | FW: Status meeting next week | 10/12/2007 | Cheryl Potop-Jackson | Charles Davis | Internal discussion among IRS employees regarding draft audit plan, and discussing decisions to be made with respect to the scope and direction of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018298 | MSFOIA_WH018299 | 0.7.72.408479.1 | | | Memorandum | Microsoft 2004-2006 Audit Case – Status Report | 10/11/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson | Internal discussion regarding decisions to be made with respect to the scope and direction of the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018300 | MSFOIA_WH018308 | 0.7.72.408479.2 | | | Workpaper | None provided on document | Not Dated | Potop-Jackson | Charles Davis | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018311 | MSFOIA_WH018321 | 0.7.72.392101.1 | | | Workpaper | None provided on document | 10/18/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018322 | MSFOIA_WH018325 | 0.7.72.392101.2 | | | memorandum | International Examiner Audit Plan | 10/18/2007 | Not indicated on document | Not indicated on document | Memorandum prepared by IRS employee regarding proposed audit plan with respect to the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018327 | MSFOIA_WH018330 | 0.7.72.396821.1 | | | memorandum | International Examiner Audit Plan | 10/19/2007 | Ahmad Shahshahani | Not indicated on document | Memorandum prepared by IRS employee regarding proposed audit plan with respect to the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018331 | MSFOIA_WH018341 | 0.7.72.396821.2 | | | Workpaper | None provided on document | 10/19/2007 | Shahshahani | Joy Yen | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018342 | MSFOIA_WH018343 | 0.7.72.397891 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/24/2007 | JoAnn Cutler | Charles Davis | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination, including decisions to be made with respect to engagement of outside economic experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 771 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018344 | MSFOIA_WH018344 | 0.7.72.397891.1 | | | Workpaper | Potential Outside Expert from Procurement List for 2005-2006 | Not Dated | Not indicated on document | Not indicated on document | Preliminary list of potential expert services contractors and areas of expertise, communicated among examiners for consideration during Microsoft exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018345 | MSFOIA_WH018345 | 0.7.72.399900 | | | Email | 482 Briefing IDR | 10/29/2007 | Paul Weibel | Michael Aarstol, Joy Yen, Fred Rapaport, Cheryl Potop-Jackson | Internal discussion of draft document to be issued with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018346 | MSFOIA_WH018347 | 0.7.72.399900.1 | | | Draft IDR | Form 4564 Information Document Request | Not Dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018348 | MSFOIA_WH018349 | 0.7.72.402513 | | | Email | RE: Related to Possible Summons | 11/20/2007 | Charles Davis | Cheryl Potop-Jackson | Internal discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018350 | MSFOIA_WH018352 | 0.7.72.394273 | | | Email | RE: M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/14/2007 | William McCarthy | Charles Davis; cc: R. Geraghty | Internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including input from counsel attorney regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018353 | MSFOIA_WH018355 | 0.7.72.406397 | | | Email | FW: M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/17/2007 | Charles Davis | Cheryl Potop-Jackson | Email forwarding email from counsel, containing Internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including input from counsel attorney regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018359 | MSFOIA_WH018361 | 0.7.72.401354 | | | Email | FW: M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/17/2007 | Paul Weibel | JoAnn Cutler; cc: Alton White; Aarstol Michael P; Cheryl Potop-Jackson | Email discussing email from counsel, containing Internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including input from counsel attorney regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 772 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018362 | MSFOIA_WH018365 | 0.7.72.395616 | | | Email | RE: M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/17/2007 | JoAnn Cutler | Paul Weibel; cc: Alton White; Aarstol Michael P; Cheryl Potop-Jackson | Email discussing email from counsel, containing internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including input from counsel attorney regarding draft document | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018366 | MSFOIA_WH018366 | 0.7.72.393489 | | | Email | FW: Recommendation re experts | 12/18/2007 | Charles Davis | JoAnn Cutler cc;Alton White; Paul Weibel; Ahmad Shahshahani; Joy Yen; Aarstol Michael P; Charles Davis; Cheryl Potop-Jackson; William McCarthy | Email discussing memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018367 | MSFOIA_WH018368 | 0.7.72.393489.1 | | | Memorandum | Recommendation for expert assistance Microsoft Corporation 2004-2006 | 12/17/2007 | LMSB Counsel | Charles Davis | Memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018369 | MSFOIA_WH018371 | 0.7.72.398474 | | | Email | RE: M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/19/2007 | Michael Aarstol | Charles Davis; cc: Alton White, Paul Weibel, Cheryl Potop-Jackson, Ahmad Shahshahani, William McCarthy | email discussing input received from counsel regarding decisions to be made with respect to scope and direction of Microsoft examination, and discussing draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018372 | MSFOIA_WH018373 | 0.7.72.397518 | | | Email | Draft Performance Work Statement | 1/9/2008 | JoAnn Cutler | Charles Davis; Cheryl Potop-Jackson; Paul Weibel; Alton White; Ahmad Shahshahani; Julie Izumoto; Aarstol Michael P; Joy Yen; Fred Rapaport; William McCarthy; CC: Stanley Perry; Cerruti Ron M | email discussing input received from counsel regarding decisions to be made with respect to scope and direction of Microsoft examination, and discussing draft document regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018374 | MSFOIA_WH018387 | 0.7.72.397518.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | JoAnn Cutler | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018401 | MSFOIA_WH018402 | 0.7.72.393340 | | | Email | FW: Requisition #L-8-L3-01-ES-F03 | 5/2/2008 | JoAnn Cutler | Charles Davis; Alton White; Maureen Szostak; Ahmad Shahshahani; Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; Aarstol Michael P; Joy Yen; William McCarthy cc: Julie Izumoto; Malcolm Anthony C | Internal discussion among examiners and agency attorney regarding draft of a requisition for expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018403 | MSFOIA_WH018404 | 0.7.72.393340.1 | | | Memo | Recommendation for expert assistance Microsoft Corporation 2004-2006 | 12/17/2007 | LMSB Counsel | Charles Davis | Memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018405 | MSFOIA_WH018405 | 0.7.72.393340.2 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018406 | MSFOIA_WH018410 | 0.7.72.393340.3 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | C. David, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport | Internal discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018411 | MSFOIA_WH018413 | 0.7.72.393340.4 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani | Internal discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018414 | MSFOIA_WH018416 | 0.7.72.393340.5 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport; cc: A. Shahshani | Internal discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 774 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018417 | MSFOIA_WH018419 | 0.7.72.393340.6 | | | Email | RE: Stuff | 2/1/2008 | Michael Aarstol | Paul Weibel, Alton White, JoAnn Cutler | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018420 | MSFOIA_WH018421 | 0.7.72.393340.7 | | | Workpaper | None provided on document | 5/1/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018422 | MSFOIA_WH018438 | 0.7.72.393340.8 | | | Memo | PERFORMANCE WORK STATEMENT (PWS) EXPERT SERVICE REQUIREMENT MS Corporation | 5/1/2008 | Not indicated on document | Not indicated on document | Internal discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018439 | MSFOIA_WH018442 | 0.7.72.393340.9 | | | Worksheet | Chapter 7 – Outside Expert Requisitions Section E - Market Research (Required For All Requisitions) | 4/11/2008 | Not indicated on document | Not indicated on document | draft market research performed for purpose of discussion of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018443 | MSFOIA_WH018448 | 0.7.72.393340.10 | | | Worksheet | Chapter 2 - Outside Expert Requisition Section A – General Information (Required For All Requisitions) | 5/1/2008 | Not indicated on document | Not indicated on document | Draft memorandum regarding decisions to be made with respect to Microsoft examination, including decisions to be made with respect to retention of potential expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018449 | MSFOIA_WH018454 | 0.7.72.393340.11 | | | Worksheet | DEPARTMENT OF THE TREASURY JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION (JOFOC) | 5/2/2008 | Not indicated on document | Not indicated on document | Draft Justification For Other Than Full and Open Competition | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018455 | MSFOIA_WH018458 | 0.7.72.393340.12 | | | Workpaper | None provided on document | 2/11/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018459 | MSFOIA_WH018459 | 0.7.72.393340.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018460 | MSFOIA_WH018461 | 0.7.72.395041 | | | Email | RE: Non-Selected Outside Experts | 5/2/2008 | Paul Weibel | JoAnn Cutler; Charles Davis; Alton White; cc:Cheryl Potop-Jackson; Julie Izumoto; Ryan James E | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 775 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018462 | MSFOIA_WH018464 | 0.7.72.395284 | | | Email | RE: Requisition #L-8-L3-01-ES-F03 | 5/5/2008 | Charles Davis | A. Malcolm; cc: JoAnn Cutler; Julie Izumoto; Paul Weibel; Alton White; Cheryl Potop-Jackson; Ahmad Shahshahani; Aarstol Michael P; Joy Yen | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018465 | MSFOIA_WH018465 | 0.7.72.395284.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018466 | MSFOIA_WH018468 | 0.7.72.396830 | | | Email | Contract | 5/9/2008 | Paul Weibel | Charles Davis; Alton White; JoAnn Cutler; Cheryl Potop-Jackson; Ahmad Shahshahani; cc: Joy Yen; William McCarthy | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018469 | MSFOIA_WH018469 | 0.7.72.396830.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018470 | MSFOIA_WH018470 | 0.7.72.396709 | | | Email | Revised Time Line | 5/13/2008 | Paul Weibel | Cheryl Potop-Jackson; Douglas Odell; Fred Rapaport; Matthew Terlouw; cc:Charles Davis; Alton White; Joy Yen | Title of discussion draft of document shared among agency employees for consideration and comment during Microsoft's examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018471 | MSFOIA_WH018471 | 0.7.72.396709.1 | | | Worksheet | International Agent Issue Time Line | 5/13/2008 | Not indicated on document | Not indicated on document | Discussion draft of International Agent Issue Time Line, shared among agency employees for consideration and comment | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018472 | MSFOIA_WH018474 | 0.7.72.391453 | | | Email | FW: Status | 5/30/2008 | Paul Weibel | JoAnn Cutler, Charles Davis, Alton White, Cheryl Potop-Jackson, J. Ryan | Discussion among IRS employees regarding procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018475 | MSFOIA_WH018475 | 0.7.72.391453.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018476 | MSFOIA_WH018478 | 0.7.72.391594 | | | Email | RE: Status | 6/8/2008 | Julie Izumoto | Paul Weibel, Charles Davis, JoAnn Cutler, Alton White, J. Ryan, Cheryl Potop-Jackson | Discussion among IRS employees regarding decisions to be made with respect to procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018479 | MSFOIA_WH018479 | 0.7.72.391594.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018480 | MSFOIA_WH018480 | 0.7.72.397063 | | | Email | FW: Due Date: 6/30/08 FY09 CIC Risk Assessment Template | 6/2/2008 | Cheryl Potop-Jackson | Cheryl Potop-Jackson | Internal discussion among IRS employees regarding draft status report on decisions to be made with respect to scope and direction of Microsoft examination, as well as examinations of third-party taxpayers | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 776 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018483 | MSFOIA_WH018486 | 0.7.72.397063.1 | | | Workpaper | CIC Case Completion Risk Assessment | 5/27/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018491 | MSFOIA_WH018492 | 0.7.72.396379 | | | Email | FW: OEP Package | 6/8/2008 | P Weibel | A White, J Ryan, C Davis, C Potop-Jackson, J Shahshahani, J Yen, Michael Aarstol, Fred Rapaport | Internal discussion among IRS employees regarding decisions to be made with respect to scope and direction of Microsoft examination, including retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018493 | MSFOIA_WH018493 | 0.7.72.396379.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018494 | MSFOIA_WH018496 | 0.7.72.395085 | | | Email | FW: Contract | 8/8/2008 | JoAnn Cutler | Julie Izumoto; Kathleen Spinetti; Charles Davis; Paul Weibel; Alton White; William McCarthy | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018497 | MSFOIA_WH018497 | 0.7.72.395085.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018498 | MSFOIA_WH018501 | 0.7.72.395567 | | | Email | FW: Contract | 8/8/2008 | JoAnn Cutler | Julie Izumoto; Kathleen Spinetti; Charles Davis; Paul Weibel; William McCarthy; Alton White | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018502 | MSFOIA_WH018502 | 0.7.72.395567.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018505 | MSFOIA_WH018537 | 0.7.72.393793.1 | | | Workpaper | MS Initial Risk Analysis 2004/06 - 2006/06 Cycle 7/12/07 | 8/22/2008 | Matthew Terlouw | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018539 | MSFOIA_WH018539 | 0.7.72.402418.1 | | | agenda | AGENDA FOR CHICAGO IRS-CETERIS MEETING | 8/25/2008 | Paul Weibel | Not indicated on document | Anticipated agenda for meeting between IRS and outside contractor, identifying issues to be discussed with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018540 | MSFOIA_WH018540 | 0.7.72.393525 | | | Email | Outside Experts | 9/2/2008 | Paul Weibel | Charles Davis; Joy Yen; Aarstol Michael P; William McCarthy; Alton White; Cheryl Potop-Jackson; Rapaport Fred | Internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including decisions to be made with respect to retention of potential outside experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 777 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018541 | MSFOIA_WH018541 | 0.7.72.393525.1 | | | Website | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/2/2008 | Not indicated on document | Not indicated on document | attachment to email, containing information about potential outside expert who is being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018542 | MSFOIA_WH018547 | 0.7.72.393525.2 | | | Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | attachment to email, containing information about potential outside expert who is being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018548 | MSFOIA_WH018550 | 0.7.72.393525.3 | | | Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | attachment to email, containing information about potential outside expert who is being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018551 | MSFOIA_WH018553 | 0.7.72.393525.4 | | | Website | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | attachment to email, containing information about potential outside expert who is being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018554 | MSFOIA_WH018554 | 0.7.72.396168 | | | Email | RE: Outside Experts | 9/2/2008 | Charles Davis | Paul Weibel; Charles Davis; Joy Yen; Aarstol Michael P; William McCarthy | Internal discussion between IRS counsel attorney and IRS employees concerning decisions to be made with respect to scope and direction of Microsoft examination, including decisions to be made with respect to retention of potential outside experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018556 | MSFOIA_WH018556 | 0.7.72.395767 | | | Email | Status Meeting Notes | 9/15/2008 | Cheryl Potop-Jackson | Charles Davis; Paul Weibel; Orth Peter A; Fred Rapaport | discussion of draft notes detailing meeting of Microsoft exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018557 | MSFOIA_WH018559 | 0.7.72.395767.1 | | | Memo | Microsoft 200406 – 200606 Audit Status Meeting IRS & MS September 5, 2008 | 9/15/2008 | Cheryl Potop-Jackson | Not indicated on document | attachment to email, containing draft notes detailing meetig of Microsoft exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 778 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018565 | MSFOIA_WH018568 | 0.7.72.395387.1 | | | Workpaper | CIC Case Completion Risk Assessment | 7/8/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018571 | MSFOIA_WH018572 | 0.7.72.396509 | | | Email | FW: Contract Dates | 12/5/2008 | JoAnn Cutler | J. Izumoto; cc: Alton White, Paul Weibel, Charles Davis | Internal discussion concerning decisions to be made with respect to scope and direction of Microsoft examination, and including discussion of anticipated timeline of audit activity and expert performance of work | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018573 | MSFOIA_WH018573 | 0.7.72.396509.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018574 | MSFOIA_WH018575 | 0.7.72.394268 | | | Email | RE: Contract Dates | 12/5/2008 | Paul Weibel | JoAnn Cutler, Julie Izumoto; cc: Alton White, Charles Davis, Cheryl Potop-Jackson | Internal discussion concerning decisions to be made with respect to scope and direction of Microsoft examination, and including discussion of anticipated timeline of audit activity and expert performance of work | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018576 | MSFOIA_WH018576 | 0.7.72.394268.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018579 | MSFOIA_WH018579 | 0.7.72.397269 | | | Email | Singapore Interviewees | 1/9/2009 | Paul Weibel | Charles Davis, Alton White, Joy Yen, William McCarthy | internal discussion of draft document detailing decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018580 | MSFOIA_WH018592 | 0.7.72.397269.1 | | | spreadsheet | Potential Singapore Interviewees for FY04-06 IRS Audit | 1/0/1900 | Not indicated on document | Not indicated on document | draft document detailing decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018593 | MSFOIA_WH018594 | 0.7.72.391407 | | | Email | RE: Court Reporter | 1/14/2009 | Paul Weibel | Alton White, Charles Davis; Cheryl Potop-Jackson | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018595 | MSFOIA_WH018595 | 0.7.72.391407.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018596 | MSFOIA_WH018597 | 0.7.72.398313 | | | Email | FW: Court Reporter | 1/14/2009 | C. Potop- Jackson | Charles Davis, cc: Paul Weibel, Alton White | Internal discussion among IRS employees regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018598 | MSFOIA_WH018598 | 0.7.72.398313.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018604 | MSFOIA_WH018604 | 0.7.72.395552.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 779 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018606 | MSFOIA_WH018610 | 0.7.72.398149.1 | | | excel spreadsheet | UPDATED SUMMARY COMPLETION ISSUES TIMEFRAME As of 1/30/09 | 1/30/2009 | Cheryl Potop-Jackson | Not indicated on document | timeline of Microsoft audit by issue, assigned auditor, and expected completion date | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018611 | MSFOIA_WH018614 | 0.7.72.52174 | | | Workpaper | Economist Examiner Audit Plan | 7/10/2007 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018615 | MSFOIA_WH018626 | 0.7.72.52299 | | | Workpaper | None provided on document | 8/17/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018627 | MSFOIA_WH018634 | 0.7.72.52161 | | | Workpaper | None provided on document | 10/9/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018635 | MSFOIA_WH018638 | 0.7.72.52204 | | | Workpaper | None provided on document | 10/31/2007 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018639 | MSFOIA_WH018639 | 0.7.72.52250 | | | Workpaper | IDR IE-2079 Valuation Studies 8 Acquisitions | Not Dated | Not indicated on document | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018640 | MSFOIA_WH018641 | 0.7.72.238085 | | | Email | RE: Contract | 2/19/2008 | J. Fields | William McCarthy; Michelle Korbas | Discussion between members of IRS exam team and IRS counsel discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018648 | MSFOIA_WH018651 | 0.7.72.242977 | | | Notes | Microsoft Concall—E-mail 4/1/08 | 4/1/2008 | Michelle Korbas | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018653 | MSFOIA_WH018655 | 0.7.72.254429.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 780 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018659 | MSFOIA_WH018659 | 0.7.72.213627 | | | Email | Counsel Lists of Buy-in Cases | 5/29/2008 | Michelle Korbas | Laurel Robinson, C. Chen | Email discussing draft Counsel Lists of Buy-In Cases, circulated for purposes of discussion and for consideration of issues to be examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018678 | MSFOIA_WH018689 | 0.7.72.213627.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018690 | MSFOIA_WH018691 | 0.7.72.250020 | | | Email | Funding Approved for Contract!! | 5/29/2008 | T. Tuey | Lott W Bruce; Adelberg Charles R; Asquith Daniel; Michelle Korbas; cc: Fields Julie A | Email discussing status of potential contract for expert services and anticipated work to be performed under the contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018692 | MSFOIA_WH018692 | 0.7.72.250020.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018693 | MSFOIA_WH018693 | 0.7.72.251804 | | | Email | RE: Counsel Lists of Buy-in Cases | 5/30/2008 | Michelle Korbas | Caroline Chen, Laurel Robinson | email discussing draft counsel list of buy-in cases circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination; identifying third-party taxpayer examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018694 | MSFOIA_WH018711 | 0.7.72.251804.1 | | | spreadsheet | Significant § 482 Buy-in Cases | Not Dated | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018712 | MSFOIA_WH018723 | 0.7.72.251804.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018725 | MSFOIA_WH018725 | 0.7.72.237047 | | | Email | Monthly Report - May 08 High Tech | 6/3/2008 | Michelle Korbas | S. March, C. Chen, R. Wolf, C. Lee | Email discussing counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018732 | MSFOIA_WH018734 | 0.7.72.237047.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 781 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018742 | MSFOIA_WH018742 | 0.7.72.254116 | | | Email | IC Cost Sharing Buy-in Cases | 6/6/2008 | M Korbas | N Hamilton, J Tamaki, M Hartman, L Robinson, C Chen | email discussing draft counsel list of buy-in cases circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination; identifying third-party taxpayer examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018743 | MSFOIA_WH018755 | 0.7.72.254116.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018756 | MSFOIA_WH018774 | 0.7.72.254116.2 | | | Excel Spreadsheet | Significant § 482 Buy-in Cases | 6/1/2008 | M Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018775 | MSFOIA_WH018793 | 0.7.72.236055 | | | Excel Spreadsheet | Significant § 482 Buy-in Cases | 6/6/2008 | Korbas, Michelle | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018794 | MSFOIA_WH018794 | 0.7.72.245374 | | | Email | RE: Tier Reports | 8/5/2008 | Laurel Robinson | Caroline Chen, Michelle Korbas | Internal communication among IRS examiners and agency attorneys regarding issues being examined in multiple taxpayers' examinations, and decisions to be made regarding taxpayers' liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018798 | MSFOIA_WH018800 | 0.7.72.245374.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 782 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018806 | MSFOIA_WH018806 | 0.7.72.249414 | | | Email | HT Monthly Report August 08 | 9/3/2008 | Michelle Korbas | A. Kim, Laurel Robinson, C. Chen, R. Wulf | Email discussing counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018812 | MSFOIA_WH018812 | 0.7.72.234178 | | | Email | RE: HT Monthly Report August 08 | 9/4/2009 | R. Wulf | Michelle Korbas, A. Kim, Laurel Robinson, C. Chen | Counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018819 | MSFOIA_WH018823 | 0.7.72.226640 | | | Report | August 2008 Monthly Report High Technology Industry | 9/29/2008 | Michelle Korbas, Caroline Chen, and Roy Wulf | Not indicated on document | Counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018825 | MSFOIA_WH018828 | 0.7.72.250305.1 | | | memorandum | September 2008 Monthly Report High Technology Industry | 9/29/2009 | Not indicated on document | Not indicated on document | Counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018829 | MSFOIA_WH018829 | 0.7.72.235732 | | | memorandum | Deliberative Process – Notes and Thoughts ofWriter Only Microsoft Notes 09-30-08 MDK | 9/30/2008 | Michelle Korbas | Not indicated on document | Counsel notes and thoughts on decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 783 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018830 | MSFOIA_WH018833 | 0.7.72.238007 | | | memorandum | September 2008 Monthly Report High Technology Industry | 9/30/2009 | Not indicated on document | Not indicated on document | Counsel High Technology Industry Monthly Report, containing information about examinations and litigations of third-party taxpayers and Microsoft, and discussion of decisions involved in various enforcement efforts. | (b)(3)(6103(a); 6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/document being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018835 | MSFOIA_WH018837 | 0.7.72.226756.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018858 | MSFOIA_WH018860 | 0.7.72.255651.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018881 | MSFOIA_WH018893 | 0.7.72.238878.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018894 | MSFOIA_WH018912 | 0.7.72.238878.2 | | | spreadsheet | Significant § 482 Buy-in Cases | 10/17/2008 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)(6103(a), 6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018928 | MSFOIA_WH018947 | 0.7.72.227880.1 | | | spreadsheet | Significant § 482 Buy-in Cases | 12/1/2008 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)(6103(a), 6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018949 | MSFOIA_WH018968 | 0.7.72.253756.1 | | | spreadsheet | Significant § 482 Buy-in Cases | 12/1/2008 | M.Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)(6103(a), 6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 784 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH018970 | MSFOIA_WH018989 | 0.7.72.220174.1 | | | spreadsheet | Significant § 482 Buy-in Cases | 12/1/2008 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019076 | MSFOIA_WH019092 | 0.7.72.266056 | | | Workpaper | Case history | 2007/09 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019095 | MSFOIA_WH019095 | 0.7.72.265169 | | | Email | RE: MS Buy-in (summoning spreadsheets) | 12/4/2007 | Michelle Korbas | William McCarthy; cc: Laurel Robinson | Internal discussion among counsel attorneys of decisions to be made with respect to scope and direction of Microsoft examination, and including discussion of legal issues involved in same | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019096 | MSFOIA_WH019114 | 0.7.72.265164 | | | Workpaper | Case history | 11/30/2007 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019115 | MSFOIA_WH019125 | 0.7.72.266882 | | | Workpaper | Case history | 12/5/2007 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019126 | MSFOIA_WH019127 | 0.7.72.266267 | | | memorandum | Recommendation for Expert Assistance Microsoft Corporation (2004-2006) | 12/17/2007 | LMSB Counsel | Charles Davis | Memorandum from counsel, providing legal advice regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019128 | MSFOIA_WH019136 | 0.7.72.264023 | | | Workpaper | Case history | 1/9/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019137 | MSFOIA_WH019137 | 0.7.72.264172 | | | Workpaper | WAM Workplan | 1/30/2008 | William McCarthy | Not indicated on document | William McCarthy workplan, discussing status of decisionmaking in multiple cases, including third-party taxpayers and Microsoft | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019141 | MSFOIA_WH019141 | 0.7.72.266116 | | | Email | Phases in Performance Work Statement | 2/5/2008 | JoAnn Cutler | Aarstol Michael P; Paul Weibel; Joy Yen; cc: Charles Davis; William McCarthy; Alton White; Ahmad Shahshahani; Cheryl Potop-Jackson; Julie Izumoto | Internal discussion of proposed phases in outside expert contract for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019142 | MSFOIA_WH019157 | 0.7.72.264039 | | | Workpaper | Case history | 2/7/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019161 | MSFOIA_WH019176 | 0.7.72.264978 | | | Workpaper | Case history | 3/5/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103.  Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.  Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019177 | MSFOIA_WH019194 | 0.7.72.264202 | | | Workpaper | Case history | 5/1/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103.  Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.  Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019197 | MSFOIA_WH019210 | 0.7.72.265181 | | | Workpaper | Case history | 7/8/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103.  Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.  Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019214 | MSFOIA_WH019227 | 0.7.72.266923 | | | Workpaper | Case history | 8/4/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103.  Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.  Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019228 | MSFOIA_WH019229 | 0.7.72.263999 | | | worksheet | LMSB TECHMIS CASE OPENING SHEET | 8/26/2008 | William McCarthy | Not indicated on document | Techmis Case Opening Sheet, identifying legal issues to be addressed with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration.  Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 787 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019230 | MSFOIA_WH019243 | 0.7.72.267093 | | | Workpaper | Case history | 9/5/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019244 | MSFOIA_WH019248 | 0.7.72.265131 | | | memorandm | Legal Issues Relating to Americas Buy-In legal issues with respect to Microsoft Corporation (2004-2006) | 9/24/2008 | William McCarthy | Not indicated on document | Draft counsel memo re: Americas Buy-In legal issues with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019252 | MSFOIA_WH019253 | 0.7.72.266272 | | | Email | RE: Microsoft CSA & Buy-In (Americas) | 9/30/2008 | Michelle Korbas | William McCarthy | internal discussion among IRS counsel attorneys regarding legal issues in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019254 | MSFOIA_WH019266 | 0.7.72.266332 | | | Workpaper | Case history | 10/9/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019271 | MSFOIA_WH019284 | 0.7.72.264107 | | | Workpaper | Case history | 11/5/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 788 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019290 | MSFOIA_WH019303 | 0.7.72.266835 | | | Workpaper | Case history | 12/1/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019309 | MSFOIA_WH019324 | 0.7.72.267230 | | | Workpaper | Case history | 1/12/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019327 | MSFOIA_WH019327 | 0.7.72.263941 | | | Email | FW: IDR & Question for Bill - READ ME | 1/26/2009 | Paul Weibel | William McCarthy; Fred Rapaport | Internal discussion of decisions to made with repect to scope and diretion of Microsoft examinatino, including request for legal advice from counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019328 | MSFOIA_WH019328 | 0.7.72.263941.1 | | | Word | Microsoft: Information Request #19 | 1/26/2009 | Ceteris | Paul Weibel | Memorandum prepared by expert contractor discussing decisions to be made with respect to scope and direction of Microsoft examination; containing proposed course of action with respect to specific issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019335 | MSFOIA_WH019339 | 0.7.72.266874 | | | memorandum | Re: Funding Request | 1/22/2009 | Charles Davis, Alton White | Maria Hwang | Interview travel funding request, discussing decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019340 | MSFOIA_WH019343 | 0.7.72.266278 | | | Form | Manual Travel Authorization | 2/4/2009 | Paul Weibel | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019346 | MSFOIA_WH019347 | 0.7.72.266816 | | | memorandum | WAM Game plan | 2/25/2009 | William McCarthy | Not indicated on document | William McCarthy workplan, discussing status of multiple cases, including third-party taxpayers and Microsoft | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 789 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019348 | MSFOIA_WH019367 | 0.7.72.266901 | | | Workpaper | Case history | 3/5/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019368 | MSFOIA_WH019371 | 0.7.72.52091 | | | memorandum | Field Economist Timeline to Analyze Buy In Payments in Cost Sharing Arrangements in the Microsoft, Inc. 2004-2006 Audit Case [DRAFT] | 12/11/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport | internal memorandum discussing proposed course of action and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019372 | MSFOIA_WH019374 | 0.7.72.52094 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | C Davis; C. Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; Ahmad Shahshahani | internal memorandum discussing proposed course of action and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019375 | MSFOIA_WH019377 | 0.7.72.52092 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport | internal memorandum discussing proposed course of action and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019378 | MSFOIA_WH019382 | 0.7.72.52093 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; Ahmad Shahshahani | internal memorandum discussing proposed course of action and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019383 | MSFOIA_WH019385 | 0.7.72.279633 | | | Email | FW: ACTION: CTM Outside Expert Contracts re High Tech" Cost Sharing Issues" | 9/10/2007 | A. Malcolm | K. Baryca, P. Drenthe, J. Ellis, M. Garcia, J. Gonzalez, F. Heggi, M. Levitte, S. Locke, A. Malcolm, Chris Miller, V. Miller, M. Perrin, N. Photakis, W. Sabin, E. Saylor, M. Szostak, B. Zilka; cc: L. Prendergast | internal discussion regarding draft document discussing decisions to be made with respect to expert contracting, discussing Microsoft examination as well as examinations of third parties | (b)(3)/6103(a); 6103(e)(7); (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019386 | MSFOIA_WH019388 | 0.7.72.279633.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019389 | MSFOIA_WH019389 | 0.7.72.279633.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 790 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019465 | MSFOIA_WH019468 | 0.7.72.372520.1 | | | Memo | CIC Case Completion Risk Assessment | 5/7/2008 | Douglas Odell | Not indicated on document | internal memorandum discussing proposed course of action and decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019469 | MSFOIA_WH019469 | 0.7.72.372520.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019471 | MSFOIA_WH019473 | 0.7.72.376180.1 | | | Memo | T/P: Microsoft Corp Cycle: 200406-200606 Date: 8/7/2008 International Status Meeting | 8/7/2008 | Douglas Odell | Not indicated on document | memorandum prepared by IRS employee regarding proposed audit plan with respect to the scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019475 | MSFOIA_WH019475 | 0.7.72.363688.1 | | | spreadsheet | Microsoft Corporation International Agent Issue Time Line 200406 through 200606 | 8/18/2008 | Douglas Odell | Not indicated on document | spreadsheet detailing proposed course of action with respect to Microsoft examination, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019477 | MSFOIA_WH019477 | 0.7.72.377363.1 | | | spreadsheet | Microsoft Corporation International Agent Issue Time Line 200406 through 200606 | 8/19/2008 | Paul Weibel | Not indicated on document | spreadsheet detailing proposed course of action with respect to Microsoft examination, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019478 | MSFOIA_WH019509 | 0.7.72.377363.2 | | | spreadsheet | MS Initial Risk Analysis 2004/06 - 2006/06 Cycle 7/12/07 | 8/19/2008 | Paul Weibel | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019511 | MSFOIA_WH019511 | 0.7.72.369276.1 | | | spreadsheet | Microsoft Corporation International Agent Issue Time Line 200406 through 200606 | 8/20/2008 | Paul Weibel | Not indicated on document | spreadsheet detailing proposed course of action with respect to Microsoft examination, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019512 | MSFOIA_WH019523 | 0.7.72.369276.2 | | | Workpaper | Coordinated Examination Program Audit Plan | 8/20/2008 | Douglas Odell | Not indicated on document | worksheet detailing proposed course of action, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019524 | MSFOIA_WH019555 | 0.7.72.369276.3 | | | spreadsheet | MS Initial Risk Analysis 2004/06 - 2006/06 Cycle 7/12/07 | 8/20/2008 | Cheryl Potop-Jackson | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 791 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019557 | MSFOIA_WH019557 | 0.7.72.377192.1 | | | spreadsheet | Microsoft Corporation International Agent Issue Time Line 200406 through 200606 | 8/20/2008 | Paul Weibel | Not indicated on document | spreadsheet detailing proposed course of action with respect to Microsoft examination, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019558 | MSFOIA_WH019569 | 0.7.72.377192.2 | | | Workpaper | Coordinated Examination Program Audit Plan | 8/20/2008 | Douglas Odell | Not indicated on document | worksheet detailing proposed course of action with respect to Microsoft examination, including international examiner proposed time line | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019570 | MSFOIA_WH019601 | 0.7.72.377192.3 | | | spreadsheet | MS Initial Risk Analysis 2004/06 - 2006/06 Cycle 7/12/07 | 8/20/2008 | Cheryl Potop-Jackson | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019603 | MSFOIA_WH019605 | 0.7.72.371663.1 | | | memorandum | Microsoft 200406 – 200606 Audit Status Meeting IRS & MS September 5, 2008 | 9/8/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes of audit status meeting with IRS counsel attorneys and exam team, discussing decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019611 | MSFOIA_WH019613 | 0.7.72.416206 | | | notes | Preliminary International Issues | 6/5/2007 | Fred Rapaport | Not indicated on document | IRS employee's Preliminary Notes of International Issues, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019614 | MSFOIA_WH019617 | 0.7.72.416020 | | | notes | Preliminary Commentary for International Examiner Audit Plan | 6/20/2007 | Fred Rapaport | Not indicated on document | IRS employee's Preliminary International Issues Commentary, communicating preliminary thoughts about exam issues and planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019618 | MSFOIA_WH019618 | 0.7.72.415959 | | | notes | Summary of IE-2022 and IE 2023 Responses | 9/5/2007 | Fred Rapaport | Not indicated on document | IRS employee Notes of summary of IDR responses, communicating preliminary thoughts about responses. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019619 | MSFOIA_WH019619 | 0.7.72.416201 | | | index | Index | 9/19/2007 | Fred Rapaport | Not indicated on document | Index of documents to share with counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 792 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019620 | MSFOIA_WH019620 | 0.7.72.416151 | | | notes | Comments re review for McCarthy meeting | 9/21/2007 | Fred Rapaport | Not indicated on document | IRS employee notes for meeting with Counsel, communicating preliminary thoughts about exam issues and legal advice sought to assist with exam decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019621 | MSFOIA_WH019621 | 0.7.72.416195 | | | notes | Summary of meeting with William McCarthy | 10/4/2007 | Fred Rapaport | Not indicated on document | IRS employee's notes of meeting with counsel attorney for purpose of receiving legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019622 | MSFOIA_WH019622 | 0.7.72.416045 | | | Drat memo | Request of Counsel: | 10/4/2007 | Fred Rapaport | William McCarthy | Request for legal advice to assist with decisions made regarding issues involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019623 | MSFOIA_WH019624 | 0.7.72.416180 | | | Draft memo | None provided on document | 10/4/2007 | Not indicated on document | Not indicated on document | Request for legal advice to assist with decisions made regarding issues involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019625 | MSFOIA_WH019625 | 0.7.72.416217 | | | Draft memo | One further thought about the issues for counsel: | 10/4/2007 | Fred Rapaport | Not indicated on document | Request for legal advice to assist with decisions made regarding issues involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019626 | MSFOIA_WH019627 | 0.7.72.468952 | | | Email | RE: 2004/2005 Buy-Ins (Microsoft) | 12/11/2007 | Laurel Robinson | Barbara Leonard; Michelle Korbas; cc: William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019637 | MSFOIA_WH019638 | 0.7.72.440139.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 793 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019639 | MSFOIA_WH019640 | 0.7.72.440139.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019641 | MSFOIA_WH019642 | 0.7.72.440139.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019643 | MSFOIA_WH019643 | 0.7.72.440139.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019644 | MSFOIA_WH019644 | 0.7.72.440139.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019645 | MSFOIA_WH019647 | 0.7.72.440139.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019651 | MSFOIA_WH019652 | 0.7.72.440139.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019653 | MSFOIA_WH019655 | 0.7.72.440139.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019656 | MSFOIA_WH019657 | 0.7.72.440139.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019658 | MSFOIA_WH019659 | 0.7.72.440139.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019660 | MSFOIA_WH019661 | 0.7.72.440139.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019662 | MSFOIA_WH019663 | 0.7.72.440139.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019665 | MSFOIA_WH019666 | 0.7.72.476023.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019667 | MSFOIA_WH019668 | 0.7.72.476023.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019669 | MSFOIA_WH019670 | 0.7.72.476023.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019671 | MSFOIA_WH019671 | 0.7.72.476023.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019672 | MSFOIA_WH019672 | 0.7.72.476023.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019673 | MSFOIA_WH019675 | 0.7.72.476023.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019679 | MSFOIA_WH019680 | 0.7.72.476023.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019681 | MSFOIA_WH019683 | 0.7.72.476023.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019684 | MSFOIA_WH019685 | 0.7.72.476023.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019686 | MSFOIA_WH019687 | 0.7.72.476023.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019688 | MSFOIA_WH019689 | 0.7.72.476023.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019690 | MSFOIA_WH019691 | 0.7.72.476023.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019698 | MSFOIA_WH019699 | 0.7.72.435530.1.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019700 | MSFOIA_WH019701 | 0.7.72.435530.1.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019702 | MSFOIA_WH019703 | 0.7.72.435530.1.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019704 | MSFOIA_WH019705 | 0.7.72.435530.1.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 794 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019706 | MSFOIA_WH019707 | 0.7.72.435530.1.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019711 | MSFOIA_WH019712 | 0.7.72.435530.1.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019713 | MSFOIA_WH019713 | 0.7.72.435530.1.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019714 | MSFOIA_WH019715 | 0.7.72.435530.1.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019716 | MSFOIA_WH019717 | 0.7.72.435530.1.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019718 | MSFOIA_WH019720 | 0.7.72.435530.1.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019721 | MSFOIA_WH019727 | 0.7.72.441233 | | | memorandum | FY08 YEAR-END REPORT – AREA COUNSEL (AC) Large & Midsized Business (LM), AREA 5 | 8/26/2008 | IRS Office of Chief Counsel, Large & Mid-Size Business, Area 5 | Not indicated on document | Draft counsel FY 2008 Area 5 year-end report, containing discussion of status of ongoing examinations and litigation cases involving third-party taxpayers and Microsoft | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019741 | MSFOIA_WH019743 | 0.7.72.444137.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019744 | MSFOIA_WH019746 | 0.7.72.444137.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019747 | MSFOIA_WH019748 | 0.7.72.444137.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019749 | MSFOIA_WH019749 | 0.7.72.444137.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019750 | MSFOIA_WH019751 | 0.7.72.444137.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019752 | MSFOIA_WH019754 | 0.7.72.444137.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019759 | MSFOIA_WH019761 | 0.7.72.444137.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019762 | MSFOIA_WH019763 | 0.7.72.444137.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019764 | MSFOIA_WH019764 | 0.7.72.444137.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019765 | MSFOIA_WH019766 | 0.7.72.444137.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019767 | MSFOIA_WH019769 | 0.7.72.444137.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019770 | MSFOIA_WH019772 | 0.7.72.444137.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019778 | MSFOIA_WH019781 | 0.7.72.444064.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019782 | MSFOIA_WH019784 | 0.7.72.444064.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019785 | MSFOIA_WH019786 | 0.7.72.444064.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 795 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019787 | MSFOIA_WH019787 | 0.7.72.444064.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019788 | MSFOIA_WH019789 | 0.7.72.444064.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019790 | MSFOIA_WH019792 | 0.7.72.444064.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019797 | MSFOIA_WH019799 | 0.7.72.444064.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019800 | MSFOIA_WH019801 | 0.7.72.444064.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019802 | MSFOIA_WH019802 | 0.7.72.444064.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019803 | MSFOIA_WH019804 | 0.7.72.444064.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019805 | MSFOIA_WH019807 | 0.7.72.444064.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019808 | MSFOIA_WH019810 | 0.7.72.444064.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019817 | MSFOIA_WH019819 | 0.7.72.460110.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019820 | MSFOIA_WH019823 | 0.7.72.460110.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019824 | MSFOIA_WH019827 | 0.7.72.460110.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019828 | MSFOIA_WH019829 | 0.7.72.460110.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019831 | MSFOIA_WH019832 | 0.7.72.460110.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019833 | MSFOIA_WH019835 | 0.7.72.460110.7 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019841 | MSFOIA_WH019841 | 0.7.72.460110.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019842 | MSFOIA_WH019844 | 0.7.72.460110.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019845 | MSFOIA_WH019846 | 0.7.72.460110.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019847 | MSFOIA_WH019848 | 0.7.72.493920 | | | Email | RE: M... 04-06 AUDIT case - Revised performance work statements -11-30-07 | 12/17/2007 | Paul Weibel | Jon Tamaki; cc: Alton White | Memorandum reporting on status of ongoing Microsoft examination; discussing decisions involved in the scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019849 | MSFOIA_WH019849 | 0.7.72.493920.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 796 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019864 | MSFOIA_WH019864 | 0.7.72.487686.1 | | | memorandum | CSA cases to be surveyed CTMDFO West | 12/12/2008 | Not indicated on document | Not indicated on document | CSA cases to be surveyed, identifying names of third-party taxpayer examinations and Microsoft examination | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019867 | MSFOIA_WH019888 | 0.7.72.572975.1 | | | agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2007/09 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document received from Microsoft with comments added by examiner, reflecting exam's preliminary thoughts and analysis about issues being examined. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019889 | MSFOIA_WH019890 | 0.7.72.569862 | | | Email | RE: Scope of Work | 9/24/2007 | Joy Yen | Ahmad Shahshahani | internal discussion regarding decisions to be made with respect to scope of work for outside expert | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019891 | MSFOIA_WH019892 | 0.7.72.586442 | | | Email | RE: IDR IE-2026 Response | 11/30/2007 | Paul Weibel | Michael Aarstol; Joy Yen; cc: Fred Rapaport | internal discussion regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019893 | MSFOIA_WH019894 | 0.7.72.564775 | | | Email | FW: Non-Selected Outside Experts | 5/2/2008 | Paul Weibel | Aarstol Michael P; Joy Yen; Ahmad Shahshahani; Ryan James E | Discussion between members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019895 | MSFOIA_WH019896 | 0.7.72.582537 | | | Email | RE: Non-Selected Outside Experts | 5/5/2008 | Michael Aarstol | Paul Weibel; cc: Joy Yen; Ahmad Shahshahani; Ryan James E | Discussion among members of IRS-exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019897 | MSFOIA_WH019897 | 0.7.72.579532 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/8/2008 | Fred Rapaport | Michael Aarstol; Joy Yen; Paul Weibel | Discussion among members of IRS-exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, and discussing draft document with respect to same | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 797 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019898 | MSFOIA_WH019902 | 0.7.72.579532.1 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/7/2008 | Fred Rapaport | Not indicated on document | Coordinated Issue Paper Case Model, circulated for discussing among IRS exam team regarding scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019903 | MSFOIA_WH019905 | 0.7.72.568689 | | | Email | FW: Requisition #L-8-L3-01-ES-F03 | 5/8/2008 | Joy Yen | Paul Weibel | Communications among exam team regarding decisions to be made with respect to retention of potential outside expert contractor | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019906 | MSFOIA_WH019906 | 0.7.72.568689.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019907 | MSFOIA_WH019907 | 0.7.72.582379 | | | Email | FW: Non-Selected Outside Experts | 5/8/2008 | Paul Weibel | Joy Yen | Discussion among members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019908 | MSFOIA_WH019909 | 0.7.72.583672 | | | Email | FW: Non-Selected Outside Experts | 5/8/2008 | Paul Weibel | Joy Yen | Discussion among members of IRS exam team discussing status of Microsoft examination and decisions to be made with respect to scope and direction of Microsoft examination, including decisions regarding retention of potential expert contractors | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019911 | MSFOIA_WH019912 | 0.7.72.560852.1 | | | Spreadsheet | None provided on document | 10/19/2007 | Not indicated on document | Not indicated on document | Spreadsheet containing notes regarding IRS employee's preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019914 | MSFOIA_WH019935 | 0.7.72.575894.1 | | | PowerPoint | Microsoft Presentation CIP CSA Meeting Baltimore Apr 22-23, 2008 | 5/29/2008 | Joy Yen | Not indicated on document | Cost Sharing Agreement CIP Training Baltimore, discussing issues to be examined during Microsoft examination and decisions to be made with respect to scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019936 | MSFOIA_WH019938 | 0.7.72.572016 | | | Email | FW: Status | 6/2/2008 | Paul Weibel | Joy Yen | Discussion among IRS employees regarding procurement of outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019939 | MSFOIA_WH019939 | 0.7.72.572016.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019942 | MSFOIA_WH019942 | 0.7.72.559016 | | | Workpaper | IDR IE 2031 Folder Contents.xls | 8/1/2008 | Not indicated on document | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues., describing documents used or created by IRS exam team for purposes of conducting Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 798 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019944 | MSFOIA_WH019944 | 0.7.72.585663.1 | | | memorandum | TENTATIVE PRELIMINARY AGENDA FOR CHICAGO TRIP | 8/11/2008 | Paul Weibel | Not indicated on document | draft agenda for meeting with expert, discussing issues involved in Microsoft examination and decisions to be made with respect to scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019945 | MSFOIA_WH019945 | 0.7.72.563024 | | | Email | manufacturing cost Americas | 8/13/2008 | Fred Rapaport | Joy Yen; Michael Aarstol; cc: Paul Weibel | internal discussion among members of IRS exam team regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019946 | MSFOIA_WH019946 | 0.7.72.576477 | | | Email | APAC agreements / China and Korea | 8/13/2008 | Fred Rapaport | Joy Yen; Michael Aarstol; cc: Paul Weibel | internal discussion among members of IRS exam team regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019949 | MSFOIA_WH019952 | 0.7.72.582695.1 | | | Memo | Microsoft Puerto Rico 936 | 6/26/2008 | Paul Weibel | Not indicated on document | IRS employee internal memorandum providing preliminary analysis of issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019955 | MSFOIA_WH019955 | 0.7.72.582695.3 | | | memorandum | Conference Call Discussion IMTs - §936 and Cost Sharing Involvement Microsoft Corp. 2004/06 – 2006/06 | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | notes of conference call between members of exam team and IRS counsel regarding decisions to be made with respect to Microsoft examination and legal issues regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019956 | MSFOIA_WH019957 | 0.7.72.582695.4 | | | Memo | Re: Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | 6/25/2008 | Paul Weibel | Matthew Hartman | memorandum from IRS exam team member providing preliminary analysis of issues identified during Microsoft examamination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019960 | MSFOIA_WH019961 | 0.7.72.565313 | | | Email | RE: Outside Expert Documents | 9/9/2008 | Paul Weibel | William McCarthy; Joy Yen; Aarstol Michael P; Fred Rapaport | discussion among IRS exam team and IRS counsel attorney regarding decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019964 | MSFOIA_WH019965 | 0.7.72.573860.1 | | | memorandum | Re: Potential trip to Singapore for the purpose of auditing transfer pricing issues | 12/9/2005 | M.E. Burkhart; C Smith; J Ryan | N Hamilton;C Adelberg | Memorandum proposing a course of action with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 799 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019966 | MSFOIA_WH019983 | 0.7.72.573860.2 | | | Memorandum | Trip Report - Singapore Microsoft Audit Functional Analysis of MO and MRS | 2/16/2006 | M.E. Burkhart; C Smith | N Hamilton; C Adelberg | Post-Trip Report for Singapore Visit, discussing issues involved in Microsoft examination, including discussion of scope, direction, timing, and strategy of that investigation | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019984 | MSFOIA_WH019987 | 0.7.72.577522 | | | Form | Manual Travel Authorization | 2/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019988 | MSFOIA_WH019990 | 0.7.72.576712 | | | Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned darft Form 1321 Authorization for Official Travel | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019991 | MSFOIA_WH019994 | 0.7.72.585403 | | | Form | Manual Travel Authorization | 2/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2014-07 (WH Batch 004) | Full | MSFOIA_WH019995 | MSFOIA_WH019997 | 0.7.72.575672 | | | Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned darft Form 1321 Authorization for Official Travel | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH019998 | MSFOIA_WH019999 | 0.7.72.95404 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/19/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020000 | MSFOIA_WH020001 | 0.7.72.96128 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/19/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020002 | MSFOIA_WH020003 | 0.7.72.95319 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/19/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020004 | MSFOIA_WH020005 | 0.7.72.96017 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/19/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020006 | MSFOIA_WH020009 | 0.7.72.96059 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/20/2005 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020010 | MSFOIA_WH020011 | 0.7.72.95301 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/20/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 800 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020012 | MSFOIA_WH020063 | 0.7.72.95898 | | | Workpaper | None provided on document | 9/23/2005 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020064 | MSFOIA_WH020116 | 0.7.72.96303 | | | Workpaper | MICROSOFT - MO MATRIX OF BUSINESS FACTS RELATED TO ASIAN RETAIL SALES KEY | 10/24/2005 | J. Ryan | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020117 | MSFOIA_WH020133 | 0.7.72.96362 | | | Workpaper | TRANSFER PRICING | 10/25/2005 | Not indicated on document | Not indicated on document | Draft of preliminary questions to be used during audit of taxpayer | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020134 | MSFOIA_WH020143 | 0.7.72.96216 | | | Workpaper | MICROSOFT - MO MATRIX OF BUSINESS FACTS RELATED TO ASIAN RETAIL SALES KEY | 11/2/2005 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020144 | MSFOIA_WH020179 | 0.7.72.95289 | | | Workpaper | None provided on document | 1/11/2006 | Not indicated on document | Not indicated on document | Notes of interviews from Singapore, providing preliminary analysis regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020180 | MSFOIA_WH020246 | 0.7.72.95813 | | | Workpaper | None provided on document | 11/7/2005 | Not indicated on document | Not indicated on document | Notes of interviews from Singapore, providing preliminary analysis regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020247 | MSFOIA_WH020263 | 0.7.72.96329 | | | Workpaper | FUNCTIONAL ANALYSIS (FUNCTIONS PERFORMED AND RISK ASSUMED) | 2/16/2006 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020264 | MSFOIA_WH020277 | 0.7.72.54050 | | | Workpaper | Transfer Pricing Documentation: Asia MCS - Audit Trail | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020278 | MSFOIA_WH020292 | 0.7.72.53949 | | | Workpaper | Transfer Pricing Documentation: Asia MCS – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 801 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020293 | MSFOIA_WH020297 | 0.7.72.54095 | | | Workpaper | Transfer Pricing Documentation: HR, Management and Other – Comparable Company Descriptions FY04 | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020298 | MSFOIA_WH020298 | 0.7.72.54366 | | | Workpaper | Transfer Pricing Documentation: Legal – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020299 | MSFOIA_WH020301 | 0.7.72.54079 | | | Workpaper | Microsoft Corporation Transfer Pricing Documentation Asia MCS Audit Trail | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020302 | MSFOIA_WH020303 | 0.7.72.54125 | | | Workpaper | Transfer Pricing Documentation: Accounting and Finance – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020304 | MSFOIA_WH020316 | 0.7.72.54010 | | | Workpaper | Microsoft Corporation Transfer Pricing Documentation Asia MCS Audit Trail | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020317 | MSFOIA_WH020326 | 0.7.72.53648 | | | Workpaper | Transfer Pricing Documentation: Asia R&D – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020327 | MSFOIA_WH020329 | 0.7.72.53573 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Audit Trail | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020330 | MSFOIA_WH020332 | 0.7.72.53379 | | | Workpaper | Transfer Pricing Documentation: Accounting and Finance - Comparable Company Financial Data | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020333 | MSFOIA_WH020342 | 0.7.72.53442 | | | Workpaper | Transfer Pricing Documentation: Asia PSS - Audit Trail | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)/A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 802 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020343 | MSFOIA_WH020348 | 0.7.72.53447 | | | Workpaper | Transfer Pricing Documentation: Asia PSS – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020349 | MSFOIA_WH020358 | 0.7.72.53462 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020359 | MSFOIA_WH020360 | 0.7.72.53078 | | | Workpaper | Transfer Pricing Documentation: Asia S&M – Comparable Company Descriptions FY04 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020361 | MSFOIA_WH020387 | 0.7.72.54313 | | | Workpaper | Transfer Pricing Documentation: Asia PSS – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020388 | MSFOIA_WH020403 | 0.7.72.53328 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services - Comparable Company Financial Data | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020404 | MSFOIA_WH020418 | 0.7.72.54352 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020419 | MSFOIA_WH020422 | 0.7.72.54074 | | | Workpaper | Transfer Pricing Documentation: Asia PSS – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020423 | MSFOIA_WH020442 | 0.7.72.54060 | | | Workpaper | Transfer Pricing Documentation: Asia Research and Development – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020443 | MSFOIA_WH020461 | 0.7.72.53165 | | | Workpaper | Transfer Pricing Documentation: Asia MCS – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 803 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020462 | MSFOIA_WH020465 | 0.7.72.52749 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020466 | MSFOIA_WH020495 | 0.7.72.52777 | | | Workpaper | Transfer Pricing Documentation: Asia MCS – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020496 | MSFOIA_WH020515 | 0.7.72.52572 | | | Workpaper | Transfer Pricing Documentation: Asia MCS - Comparable Company Financial Data | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020516 | MSFOIA_WH020548 | 0.7.72.52495 | | | Workpaper | Transfer Pricing Documentation: Asia Research and Development – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020549 | MSFOIA_WH020552 | 0.7.72.54350 | | | Workpaper | Transfer Pricing Documentation: Asia Sales and Marketing – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020553 | MSFOIA_WH020573 | 0.7.72.53641 | | | Workpaper | Transfer Pricing Documentation: Asia Research and Development - Comparable Company Financial Data FY05 | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020574 | MSFOIA_WH020577 | 0.7.72.53196 | | | Workpaper | Transfer Pricing Documentation: Asia Sales and Marketing – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020578 | MSFOIA_WH020578 | 0.7.72.53258 | | | Workpaper | Transfer Pricing Documentation: Legal – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020579 | MSFOIA_WH020585 | 0.7.72.53206 | | | Workpaper | Transfer Pricing Documentation: HR, Management and Other – Comparable Company Descriptions FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 804 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020586 | MSFOIA_WH020586 | 0.7.72.52959 | | | Workpaper | Transfer Pricing Documentation: Legal – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020587 | MSFOIA_WH020589 | 0.7.72.52704 | | | Workpaper | Transfer Pricing Documentation: Accounting and Finance – Comparable Company Descriptions FY05 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020590 | MSFOIA_WH020595 | 0.7.72.52806 | | | Workpaper | Transfer Pricing Documentation: HR, Management and Other – Audit Trail FY05 | Not Dated | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020596 | MSFOIA_WH020597 | 0.7.72.52453 | | | Workpaper | Transfer Pricing Documentation: Legal - Comparable Company Financial Data FY05 | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020598 | MSFOIA_WH020603 | 0.7.72.52492 | | | Workpaper | Transfer Pricing Documentation: Asia Sales and Marketing - Comparable Company Financial Data FY05 | 4/25/2007 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020604 | MSFOIA_WH020618 | 0.7.72.95623 | | | Workpaper | Transfer Pricing Documentation: Asia MCS – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020619 | MSFOIA_WH020632 | 0.7.72.95023 | | | Workpaper | Microsoft Corporation Transfer Pricing Documentation: Asia MCS Audit Trail | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020633 | MSFOIA_WH020634 | 0.7.72.96391 | | | Workpaper | Transfer Pricing Documentation: Accounting and Finance – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020635 | MSFOIA_WH020647 | 0.7.72.96447 | | | Workpaper | Transfer Pricing Documentation: Asia Research and Development Audit Trail | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 805 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020648 | MSFOIA_WH020657 | 0.7.72.95863 | | | Workpaper | Transfer Pricing Documentation: Asia R&D – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020658 | MSFOIA_WH020660 | 0.7.72.96052 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services Audit Trail | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020661 | MSFOIA_WH020662 | 0.7.72.95807 | | | Workpaper | Transfer Pricing Documentation: Asia S&M – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020663 | MSFOIA_WH020663 | 0.7.72.95567 | | | Workpaper | Transfer Pricing Documentation: Legal – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020664 | MSFOIA_WH020669 | 0.7.72.95570 | | | Workpaper | Transfer Pricing Documentation: Asia PSS – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020670 | MSFOIA_WH020672 | 0.7.72.95384 | | | Workpaper | Transfer Pricing Documentation: Asia Sales and Marketing Audit Trail | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020673 | MSFOIA_WH020682 | 0.7.72.95121 | | | Workpaper | Transfer Pricing Documentation: Asia Operational Support Services – Comparable Company Descriptions FY04 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020683 | MSFOIA_WH020687 | 0.7.72.95098 | | | Workpaper | Transfer Pricing Documentation: HR, Management and Other – Comparable Company Descriptions FY04 | 6/26/1905 | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020688 | MSFOIA_WH020707 | 0.7.72.95147 | | | Workpaper | Transfer Pricing Documentation: Asia MCS - Comparable Company Financial Data FY05 | Not Dated | Ceteris | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 806 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020708 | MSFOIA_WH020709 | 0.7.72.54417 | | | Workpaper | High level Issue Review FYE June 30, 2004 & 2005 | 3/6/2007 | Cheryl Potop-Jackson | Not indicated on document | Memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020711 | MSFOIA_WH020713 | 0.7.72.402875.1 | | | Workpaper | Preliminary List of Issues | Not Dated | Not indicated on document | Not indicated on document | Memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020715 | MSFOIA_WH020717 | 0.7.72.399399.1 | | | Workpaper | Preliminary List of Issues | Not Dated | Not indicated on document | Not indicated on document | Memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020718 | MSFOIA_WH020755 | 0.7.72.54714 | | | Workpaper | Microsoft Corporation-Consolidated Comparative M-1 Analysis Examination Cycle 2004 - 2006 | 4/18/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020756 | MSFOIA_WH020757 | 0.7.72.393475 | | | Email | FW: M... 04-06 AUDIT case - revised timeline and work statements for outside experts | 11/26/2007 | Charles Davis | JoAnn Cutler | Email forwarding Email contained at 0.7.72.400758 which transmitted and discussed draft work performance statements and timeline for audit of CSA of Microsoft for 2004-2006 cycle. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020758 | MSFOIA_WH020759 | 0.7.72.393475.1 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; cc: Ahmad Shahshahani | Memorandum reporting on status of ongoing Microsoft examination; discussing decisions involved in the scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020760 | MSFOIA_WH020761 | 0.7.72.393475.2 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; cc: Ahmad Shahshahani | Memorandum reporting on status of ongoing Microsoft examination; discussing decisions involved in the scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020762 | MSFOIA_WH020765 | 0.7.72.393475.3 | | | memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; cc: Ahmad Shahshahani | Memorandum reporting on status of ongoing Microsoft examination; discussing decisions involved in the scope and direction of the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020766 | MSFOIA_WH020766 | 0.7.72.325594 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2009 | Kenneth Christman | Christopher Bello | Internal discussion among attorneys planning certain exam activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 807 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020768 | MSFOIA_WH020769 | 0.7.72.373784.1 | | | memorandum | Microsoft Corporation Preliminary List ofIssues Exam Cycle 2004/06 – 2006/06 | Not Dated | Not indicated on document | Not indicated on document | Memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-07 (WH Batch 005) | Full | MSFOIA_WH020770 | MSFOIA_WH020772 | 0.7.72.416190 | | | memorandum | Preliminary International Issues | 4/3/2007 | Fred Rapaport | Not indicated on document | Notes re: preliminary International Issues, discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020782 | MSFOIA_WH020782 | 0.7.72.81578 | | | Workpaper | None provided on document | 10/6/2010 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020783 | MSFOIA_WH020783 | 0.7.72.81595 | | | draft NOPA | Notice of Proposed Adjustment | 10/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020784 | MSFOIA_WH020784 | 0.7.72.81583 | | | draft NOPA | Notice of Proposed Adjustment | 10/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020785 | MSFOIA_WH020801 | 0.7.72.81620 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 10/6/2010 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020802 | MSFOIA_WH020807 | 0.7.72.81652 | | | Workpaper | None provided on document | 2/7/2011 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020808 | MSFOIA_WH020810 | 0.7.72.81689 | | | Workpaper | Flat Rate Americas NOPA Royalty Computation | 2/7/2011 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020811 | MSFOIA_WH020856 | 0.7.72.84230 | | | Draft NOPA-A | Explanation of Items | 3/10/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 808 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020857 | MSFOIA_WH020864 | 0.7.72.84560 | | | memorandum | Life argument (4-14-11).doc | 4/14/2011 | Not indicated on document | Not indicated on document | memorandum containing preliminary analysis of issues related to Microsoft examination and containing draft legal argument with respect to issues identified | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020865 | MSFOIA_WH020872 | 0.7.72.82739 | | | Workpaper | None provided on document | 4/15/2011 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020875 | MSFOIA_WH020882 | 0.7.72.81629 | | | Draft NOPA-A | Explanation of Items | 4/29/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020883 | MSFOIA_WH020925 | 0.7.72.82644 | | | Draft NOPA-A | Explanation of Items | 5/16/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH020933 | MSFOIA_WH020958 | 0.7.72.22333.1 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/5/2011 | LB&I Exam Team and Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021025 | MSFOIA_WH021066 | 0.7.72.198082.1 | | | Draft NOPA-A | Explanation of Items | 4/14/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021067 | MSFOIA_WH021112 | 0.7.72.198082.2 | | | Draft NOPA-A | Explanation of Items | 4/14/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 809 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021113 | MSFOIA_WH021120 | 0.7.72.194735 | | | Draft rebuttal | None provided on document | 4/14/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021121 | MSFOIA_WH021128 | 0.7.72.198969 | | | Draft rebuttal | None provided on document | 4/14/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021518 | MSFOIA_WH021542 | 0.7.72.199313 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/3/2011 | exam team & counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021543 | MSFOIA_WH021549 | 0.7.72.197480 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) | 7/20/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021550 | MSFOIA_WH021574 | 0.7.72.196014 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | exam team & counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021575 | MSFOIA_WH021599 | 0.7.72.196457 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | exam team & counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 810 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021600 | MSFOIA_WH021624 | 0.7.72.198904 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | exam team & counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021625 | MSFOIA_WH021653 | 0.7.72.194852 | | | Workpaper | Outbound business | 8/4/2011 | Not indicated on document | Not indicated on document | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021656 | MSFOIA_WH021672 | 0.7.72.194874.1 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/5/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021673 | MSFOIA_WH021698 | 0.7.72.197495 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/6/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH021707 | MSFOIA_WH021999 | 0.7.72.196597.1 | | | spreadsheet | Outbound business | 9/1/2011 | Not indicated on document | Not indicated on document | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022001 | MSFOIA_WH022293 | 0.7.72.198957.1 | | | spreadsheet | Outbound business | 9/1/2011 | Not indicated on document | Not indicated on document | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice of government attorney, during the course of representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022294 | MSFOIA_WH022398 | 0.7.72.194992 | | | spreadsheet | Outbound business | 9/1/2011 | Not indicated on document | Not indicated on document | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022399 | MSFOIA_WH022503 | 0.7.72.198094 | | | spreadsheet | Outbound business | 9/1/2011 | Not indicated on document | Not indicated on document | International Briefing Book of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022504 | MSFOIA_WH022504 | 0.7.72.181221 | | | Email | CSA Buy-In Inventory Report | 11/9/2010 | Geraldine Quinn | Patricia Chaback, Gloria Sullivan, Nancy Bronson, Matthew Hartman, J. Tamaki, D. McGinty, N. Hodapp, Joanne Zhang, E. Alexander, L. Dearth, Joy Yen, Michelle Korbas, Laurel Robinson, Barbara Leonard | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined.  Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022519 | MSFOIA_WH022519 | 0.7.72.181221.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022535 | MSFOIA_WH022535 | 0.7.72.166353.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022537 | MSFOIA_WH022537 | 0.7.72.136712.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022554 | MSFOIA_WH022554 | 0.7.72.162229.1 | | | spreadsheet | Potential Outside Expert from Procurement List for 2005-2006 | Not Dated | Not indicated on document | Not indicated on document | Preliminary list of potential expert services contractors to be considered by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 812 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022557 | MSFOIA_WH022558 | 0.7.72.207301 | | | Email | Microsoft--Intangibles | 3/31/2011 | Goodson Cathy A | Daniel Lavassar; Hilty Melissa L; William McCarthy | Communications among Chief Counsel attorneys regarding the status of the Microsoft examination, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022559 | MSFOIA_WH022560 | 0.7.72.207301.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022561 | MSFOIA_WH022562 | 0.7.72.207330 | | | Email | RE: Draft Rebuttal (Protest Part 2) | 7/27/2011 | William McCarthy | Daniel Lavassar; Hilty Melissa L | Communications among Chief Counsel attorneys regarding the status of the Microsoft examination, including discussion of strategy, scope, and direction of examination and legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022568 | MSFOIA_WH022587 | 0.7.72.22981 | | | Email | Redmond contract | 12/17/2010 | Paul Weibel | Julie izumoto; JoAnn Cutler | Email discussing draft expert report | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022603 | MSFOIA_WH022604 | 0.7.72.22995 | | | Email | FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Paul Weibel | William McCarthy; Charles Davis; Alton White; JoAnn Cutler; Michael Aarstol; Joy Yen | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022605 | MSFOIA_WH022609 | 0.7.72.22991 | | | Email | RE: FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Outside Expert | Paul Weibel; cc: JoAnn Cutler | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022610 | MSFOIA_WH022610 | 0.7.72.22958 | | | Email | MS...04-06 AUDIT case - additional experts | 4/17/2008 | Michael Aarstol | Paul Weibel; Fred Rapaport; Joy Yen; cc: Charles Davis; Cheryl Potop-Jackson; Alton White; William McCarthy; JoAnn Cutler; Julie izumoto | Discussion of decisions being made regarding the use of expert services contractor during exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 813 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022628 | MSFOIA_WH022628 | 0.7.72.394423.1 | | | Draft workpaper | Performance Work Statement for Requisition # L8-L3-01-E5-F03-009 | Not Dated | Not indicated on document | Not indicated on document | preliminary statement of anticipated work to be performed by outside expert and preliminary list of timeline and deadlines with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022630 | MSFOIA_WH022630 | 0.7.72.396358.1 | | | Draft workpaper | Performance Work Statement for Requisition # L8-L3-01-E5-F03-009 | Not Dated | Not indicated on document | Not indicated on document | preliminary statement of anticipated work to be performed by outside expert and preliminary list of timeline and deadlines with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022632 | MSFOIA_WH022632 | 0.7.72.410757.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022633 | MSFOIA_WH022633 | 0.7.72.410757.2 | | | Draft NOPA | Notice of Proposed Adjustment | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022638 | MSFOIA_WH022638 | 0.7.72.403924.1 | | | Draft NOPA | Notice of Proposed Adjustment | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022639 | MSFOIA_WH022639 | 0.7.72.403924.2 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022653 | MSFOIA_WH022659 | 0.7.72.394145.1 | | | Workpaper | None provided on document | 2/14/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022665 | MSFOIA_WH022666 | 0.7.72.392676.1 | | | memorandum | None provided on document | Not Dated | Not indicated on document | Not indicated on document | memorandum discussing scope and direction of Microsoft examination and discussing preliminary analysis of timeline with respect to some; discussing legal issues involved and involvement of counsel | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 814 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022670 | MSFOIA_WH022672 | 0.7.72.396228 | | | Email | Timeline issues and case status | 3/2/2011 | Charles Davis | M. Walker; cc: Cheryl Potop-Jackson; Charles Davis | email discussing timeline of issues and case status, and discussing input requested from counsel regarding legal issues involved | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022673 | MSFOIA_WH022674 | 0.7.72.396228.1 | | | memorandum | None provided on document | Not Dated | Not indicated on document | Not indicated on document | memorandum providing preliminary analysis of draft expert report, and discussing legal issues involved and input requested from counsel regarding same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022675 | MSFOIA_WH022675 | 0.7.72.396228.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022676 | MSFOIA_WH022677 | 0.7.72.54673 | | | memorandum | re: workload review | 3/7/2011 | Charles Davis | Cheryl Potop-Jackson | memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022678 | MSFOIA_WH022679 | 0.7.72.393097 | | | memorandum | RE: WORKLOAD REVIEW. | 3/14/2011 | Not indicated on document | Not indicated on document | memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022680 | MSFOIA_WH022681 | 0.7.72.392222 | | | memorandum | RE: WORKLOAD REVIEW. | 3/18/2011 | Not indicated on document | Not indicated on document | memorandum discussing issues involved in Microsoft examination, including scope and direction of examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022682 | MSFOIA_WH022726 | 0.7.72.391552 | | | Draft NOPA | Notice of Proposed Adjustment | 3/21/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022728 | MSFOIA_WH022739 | 0.7.72.404506.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | spreadsheet providing preliminary analysis of issues involved in Microsoft examination, and discussing status of issues and anticipated next steps | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022741 | MSFOIA_WH022742 | 0.7.72.405241.1 | | | Draft Form | Form 870 Waiver of Restrictions on Assessment and Collection of Deficiency | Not Dated | Not indicated on document | Microsoft Corporation | Unsigned draft of form used to obtain waiver of assessment and collection restrictions from taxpayer, drafted and circulated for comments and edits from examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 815 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022743 | MSFOIA_WH022759 | 0.7.72.405241.2 | | | Workpaper | Capital Loss Summary | 3/25/2011 | Not indicated on document | Not indicated on document | Internal workpaper containing preliminary analysis of issues being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022760 | MSFOIA_WH022764 | 0.7.72.405241.3 | | | draft form | Form 4549-A Income Tax Examination Changes | 3/25/2011 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a proposed adjustment, circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022765 | MSFOIA_WH022765 | 0.7.72.404892 | | | Email | RE: APAC numbers | 3/28/2011 | Marie Ishii | Cheryl Potop-Jackson | email discussing preliminary calculations with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022771 | MSFOIA_WH022816 | 0.7.72.406087.1 | | | Draft Nopa | Explanation of Items | Not Dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022825 | MSFOIA_WH022870 | 0.7.72.392987 | | | Draft Nopa | Explanation of Items | 4/7/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022872 | MSFOIA_WH022872 | 0.7.72.406066.1 | | | Workpaper | AGREED NOPAS AFFECTING AVERAGE ANNUAL GROSS RECEIPTS: | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022877 | MSFOIA_WH022883 | 0.7.72.392178.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary thoughts and impressions in response to request for legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022890 | MSFOIA_WH022968 | 0.7.72.405249.1 | | | workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 816 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH022985 | MSFOIA_WH023009 | 0.7.72.403964.1 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | L&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023010 | MSFOIA_WH023034 | 0.7.72.392551 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/3/2011 | L&I Examination Team & Counsel | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023043 | MSFOIA_WH023106 | 0.7.72.52317 | | | workpaper | None provided on document | 8/10/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023107 | MSFOIA_WH023123 | 0.7.72.52225 | | | Workpaper | None provided on document | 8/13/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023124 | MSFOIA_WH023124 | 0.7.72.237025 | | | Email | FW: Environmental Scans | 11/5/2009 | Laurel Robinson | Rex Lee, Michelle Korbas, C. Chen | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023239 | MSFOIA_WH023267 | 0.7.72.237025.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023355 | MSFOIA_WH023468 | 0.7.72.242185.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023530 | MSFOIA_WH023536 | 0.7.72.242185.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023537 | MSFOIA_WH023550 | 0.7.72.242185.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 817 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023597 | MSFOIA_WH023598 | 0.7.72.220169 | | | Email | CSA Buy-In Inventory Report | 12/8/2010 | Laurel Robinson | Michelle Korbas | internal counsel email discussing CSA Buy-In Inventory Report | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023613 | MSFOIA_WH023613 | 0.7.72.220169.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023629 | MSFOIA_WH023629 | 0.7.72.253607.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023631 | MSFOIA_WH023631 | 0.7.72.245135.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023656 | MSFOIA_WH023661 | 0.7.72.235998 | | | Email | RE: HELP! -- DELIBERATIVE PROCESS -- THOUGHTS AND OPINIONS ONLY -- DO NOT DISCLOSE | 2/17/2011 | Joy Yen | Michelle Korbas; cc: J. Tamaki, Nancy Bronson | email requesting legal advice and discussing decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023677 | MSFOIA_WH023678 | 0.7.72.267029.1 | | | memorandum | Expert Opinion Language | 5/25/2010 | Not indicated on document | Not indicated on document | Draft language from a document drafted during exam of unrelated taxpayer, shared by agency attorney while providing legal advice regarding the drafting of similar document by Microsoft exam team. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023679 | MSFOIA_WH023679 | 0.7.72.267029.2 | | | memorandum | None provided on document | 5/18/2010 | Not indicated on document | Not indicated on document | Draft language provided by counsel for expert work on issues involved in Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023680 | MSFOIA_WH023681 | 0.7.72.267029.3 | | | memorandum | Amended and Supplemental Instructions to Ceteris | 8/5/2010 | N. Beltran | Ceteris | Language from a document drafted during exam of unrelated taxpayer, shared by agency attorney while providing legal advice regarding the drafting of similar document by Microsoft exam team. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 818 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023708 | MSFOIA_WH023714 | 0.7.72.267051 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary thoughts and impressions in response to request for legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023715 | MSFOIA_WH023721 | 0.7.72.264378 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary thoughts and impressions in response to request for legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023722 | MSFOIA_WH023722 | 0.7.72.264346 | | | Memo | None provided on document | 4/14/2011 | William McCarthy | Not indicated on document | Preliminary draft of an internal Chief Counsel memorandum relating legal analysis regarding issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023723 | MSFOIA_WH023729 | 0.7.72.263987 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary thoughts and impressions in response to request for legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023730 | MSFOIA_WH023737 | 0.7.72.264363 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary thoughts and impressions in response to request for legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023792 | MSFOIA_WH023796 | 0.7.72.264150 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (FACTS - IP Life) | 7/20/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 819 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023797 | MSFOIA_WH023803 | 0.7.72.264139 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) 7/20/11 Draft | 7/20/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023810 | MSFOIA_WH023827 | 0.7.72.264258 | | | Memo | None provided on document | 7/6/2011 | William McCarthy | Not indicated on document | Preliminary draft of an internal Chief Counsel memorandum relating legal analysis regarding issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023828 | MSFOIA_WH023840 | 0.7.72.267251 | | | Memo | Rebuttal: Americas Buy-In (LEGAL) | 7/26/2011 | William McCarthy | Not indicated on document | Agency attorney's preliminary discussion draft of rebuttal, to be circulated for comments and edits of other exam team members. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023841 | MSFOIA_WH023842 | 0.7.72.265315 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/26/2011 | William McCarthy | Not indicated on document | Preliminary draft of an internal Chief Counsel memorandum regarding legal analysis regarding issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023847 | MSFOIA_WH023855 | 0.7.72.265149.1 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) 7/20/11 Draft | 8/1/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023856 | MSFOIA_WH023869 | 0.7.72.266324 | | | memorandum | Rebuttal: Americas Buy-In (Legal Analysis) | 8/2/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary discussion draft of rebuttal, to be circulated for comments and edits of other exam team members. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 820 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023870 | MSFOIA_WH023878 | 0.7.72.264241 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) 7/20/11 Draft | 8/2/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023879 | MSFOIA_WH023886 | 0.7.72.266035 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) 7/20/11 Draft | 8/2/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023887 | MSFOIA_WH023911 | 0.7.72.267239 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | L&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH023972 | MSFOIA_WH024000 | 0.7.72.265411.11 | | | Workpaper | outbound business | 8/5/2011 | Not indicated on document | Not indicated on document | International Briefing Book spreadsheet of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024001 | MSFOIA_WH024025 | 0.7.72.266873 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/2/2011 | L&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024026 | MSFOIA_WH024051 | 0.7.72.264888 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/5/2011 | L&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 821 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024052 | MSFOIA_WH024068 | 0.7.72.267228 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: AMERICAS BUY-IN (Issue No. 2) | 8/5/2011 | LB&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024069 | MSFOIA_WH024073 | 0.7.72.265303 | | | Draft Memo | Microsoft Corp. & Subsidiaries (FYE June 30, 2004 - June 30, 2006) FOIA Request for Expert Files | 8/5/2011 | William McCarthy | Not indicated on document | Draft Legal Memo to Disclosure Regarding APAC/MOPR FOIA | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024074 | MSFOIA_WH024096 | 0.7.72.266893 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 8/29/2011 | LB&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024097 | MSFOIA_WH024120 | 0.7.72.264003 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: BUY-IN (APAC Issue No. 1) | 8/29/2011 | LB&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024126 | MSFOIA_WH024145 | 0.7.72.265436 | | | Draft Rebuttal | REBUTTAL TO TAXPAYER PROTEST: APAC BUY-IN (NOPA No. 40/Issue No. 1) | 9/12/2011 | LB&I Examination Team & Counsel | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024149 | MSFOIA_WH024149 | 0.7.72.102162 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/9/2008 | Paul Weibel | William McCarthy | Email forwarding email from Outside Expert regarding references | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024171 | MSFOIA_WH024174 | 0.7.72.101604 | | | Email | NOPA Americas | 4/15/2011 | Paul Weibel | William McCarthy | Internal discussion about the analysis used to reach decisions with regard to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024177 | MSFOIA_WH024177 | 0.7.72.102170 | | | Email | RE: NOPA #2 | 4/15/2011 | Paul Weibel | William McCarthy | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024178 | MSFOIA_WH024179 | 0.7.72.101650 | | | Email | FW: NOPA (round 2) | 4/15/2011 | William McCarthy | Alton White | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024180 | MSFOIA_WH024182 | 0.7.72.101928 | | | Email | FW: 886-A review | 9/24/2010 | William McCarthy | Cathy Goodson | Communicating preliminary thoughts about legal advice being provided to examiners to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024185 | MSFOIA_WH024188 | 0.7.72.101891 | | | Email | RE: Request of clarification for contractual issues on conflict of interest | 12/2/2009 | William McCarthy | Kathleen Spinetti; J. Krisch; C. Goodson | Email among IRS chief counsel attorneys discussing decisions to be made with respect to expert contract for purposes of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024189 | MSFOIA_WH024190 | 0.7.72.101935 | | | email with attachment | IE Issues Update - Redmond | 5/5/2010 | Douglas Odell | Alton White; cc: Cheryl Potop-Jackson, Paul Weibel, William McCarthy, Joy Yen, Marie Ishii | email transmitting and discussing index of International NOPAs with comments, and discussing decisions to be made with respect to same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 823 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024191 | MSFOIA_WH024192 | 0.7.72.101853 | | | Workpaper | Spreadsheet of International NOPAs | 5/5/2010 | Not indicated on document | Not indicated on document | email transmitting and discussing index of International NOPAs with comments, and discussing decisions to be made with respect to same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024199 | MSFOIA_WH024259 | 0.7.72.101704 | | | Draft contract | Award/Contract | 7/3/2008 | Not indicated on document | Not indicated on document | Discussion draft of a contract with prospective outside expert, circulated among examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024260 | MSFOIA_WH024268 | 0.7.72.276193 | | | Spreadsheet | TPP - Potential Cases | 4/27/2011 | Not indicated on document | Not indicated on document | spreadsheet identifying potential Transfer Pricing Practice Cases, discussing examinations of third-party taxpayers and Microsoft and current issues arising with respect to those examinations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024269 | MSFOIA_WH024272 | 0.7.72.277336 | | | Spreadsheet | TPP - Potential Cases | 4/27/2011 | Not indicated on document | Not indicated on document | spreadsheet identifying potential Transfer Pricing Practice Cases, discussing examinations of third-party taxpayers and Microsoft and current issues arising with respect to those examinations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024273 | MSFOIA_WH024308 | 0.7.72.366158 | | | Draft NOPA-A | Form 886A - Explanation of Items | 7/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024309 | MSFOIA_WH024345 | 0.7.72.366502 | | | Draft NOPA-A | Form 886A - Explanation of Items | 7/6/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024346 | MSFOIA_WH024443 | 0.7.72.363454 | | | Draft Report | Economist Report | 8/23/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024445 | MSFOIA_WH024542 | 0.7.72.367321 | | | Draft Report | Economist Report | 8/25/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 824 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024544 | MSFOIA_WH024551 | 0.7.72.373359.1 | | | Notes | Interview notes - Jon Roskill | 9/11/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024552 | MSFOIA_WH024556 | 0.7.72.373359.2 | | | Notes | David Webster | 9/11/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024557 | MSFOIA_WH024559 | 0.7.72.373359.3 | | | Notes | Jon Roskill | 9/11/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024560 | MSFOIA_WH024569 | 0.7.72.373359.4 | | | Notes | Interview notes - David Webster | 9/22/2006 | Not indicated on document | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024570 | MSFOIA_WH024571 | 0.7.72.365971 | | | memorandum | Questions for Julian Herencia (Puerto Rico) | 8/31/2010 | Douglas Odell | Not indicated on document | Examiner's preliminary draft of questions to be used during interview of Microsoft employee, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024572 | MSFOIA_WH024613 | 0.7.72.362788 | | | Draft NOPA | Form 886A - Explanation of Items | 9/30/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024623 | MSFOIA_WH024623 | 0.7.72.368999 | | | Email | APAC NOPA | 10/4/2010 | Paul Weibel | Douglas Odell | Transmitting preliminary discussion draft of a Notice of Proposed Adjustment | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024624 | MSFOIA_WH024663 | 0.7.72.368999.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024665 | MSFOIA_WH024681 | 0.7.72.388498.1 | | | spreadsheet | TP's Buy-in Calculation (or Cost Share payment calculation) | 11/25/2009 | Fred Rapaport | Not indicated on document | Spreadsheet containing preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 825 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024684 | MSFOIA_WH024778 | 0.7.72.363493.1 | | | draft memorandum | Evaluation of Acquisition Buy-in Payments | 8/1/2009 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a document intended to aprovide initial thoughts and analysis to assist with decisions regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024779 | MSFOIA_WH024818 | 0.7.72.369557 | | | Draft NOPA-A | Form 886A - Explanation of Items | 10/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024819 | MSFOIA_WH024820 | 0.7.72.362826 | | | workpaper | ISSUE: Americas Transfer-Price SUB-ISSUE(ifApplicable): Definition of Intangible | 10/5/2010 | Douglas Odell | William McCarthy | memorandum discussing legal advice from IRS counsel attorney, discussing decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024822 | MSFOIA_WH024916 | 0.7.72.362861 | | | draft memorandum | Evaluation of Acquisition Buy-in Payments | 10/6/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a document intended to aprovide initial thoughts and analysis to assist with decisions regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH024917 | MSFOIA_WH025011 | 0.7.72.367914 | | | draft memorandum | Evaluation of Acquisition Buy-in Payments | 10/6/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of a document intended to aprovide initial thoughts and analysis to assist with decisions regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025020 | MSFOIA_WH025022 | 0.7.72.362504 | | | spreadsheet | Updated Audit Analysis | 4/15/2009 | Cheryl Potop-Jackson | Not indicated on document | Spreadsheet containing preliminary analysis of the issues involved in Microsoft examination, containing notes of decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025023 | MSFOIA_WH025023 | 0.7.72.367084 | | | spreadsheet | INDEX OF INTERNATIONAL NOPAs | 3/16/2011 | Not indicated on document | Not indicated on document | Index of International NOPAs with comments, containing discussion of decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025024 | MSFOIA_WH025024 | 0.7.72.362864 | | | spreadsheet | INDEX OF INTERNATIONAL NOPAs | 3/28/2011 | Not indicated on document | Not indicated on document | Index of International NOPAs with comments, containing discussion of decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 826 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025025 | MSFOIA_WH025025 | 0.7.72.382726 | | | Email | Updated Index of Int'l NOPAs - Redmond | 3/28/2011 | Douglas Odell | Paul Weibel ; Al White (Alton.S.White@irs.gov); Cheryl Potop-Jackson (Sr. TC) | email transmitting and discussing Index of International NOPAs with comments, containing discussion of decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025026 | MSFOIA_WH025026 | 0.7.72.382726.1 | | | spreadsheet | INDEX OF INTERNATIONAL NOPAs | 3/28/2011 | Not indicated on document | Not indicated on document | Index of International NOPAs with comments, containing discussion of decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025030 | MSFOIA_WH025056 | 0.7.72.385196.1 | | | Draft Form | Form 4549 Report of Income Tax Examination Changes Microsoft | 4/27/2011 | Cheryl Potop-Jackson | Microsoft Corporation | Draft form 870 and draft computations | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025068 | MSFOIA_WH025095 | 0.7.72.365440 | | | Draft NOPA | Form 886A - Explanation of Items | 5/11/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025098 | MSFOIA_WH025174 | 0.7.72.370934.1 | | | Draft Report | Economist Report | Not dated | Not indicated on document | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025177 | MSFOIA_WH025179 | 0.7.72.366892 | | | Draft workpaper | ISSUE: NOPA 30 ETI Exclusion | 6/30/2011 | Douglas Odell | Not indicated on document | NOPA 30 Rebuttal Work paper, containing preliminary notes and analysis of IRS employee concerning Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025184 | MSFOIA_WH025190 | 0.7.72.390792.1 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (Facts Relied Upon) | 7/20/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025193 | MSFOIA_WH025194 | 0.7.72.367770 | | | Email | RE: MICR - Puerto Rico Sourcing Call F/U | 7/21/2011 | Paul Weibel | Anne Shelburne ; Joseph Tobin ; William McCarthy; Douglas Odell | email with IRS counsel discussing decisions to be made with respect to Microsoft examination and discussing legal issues with respect to same | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025202 | MSFOIA_WH025204 | 0.7.72.370197 | | | draft rebuttal | None provided on document | 8/4/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025206 | MSFOIA_WH025212 | 0.7.72.384058.1 | | | draft rebuttal | ISSUE: NOPA 21 FTC W/H Taxes On Sales / 901(l) | 7/12/2011 | Douglas Odell | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025213 | MSFOIA_WH025228 | 0.7.72.384058.2 | | | draft rebuttal | ISSUE: NOPA 33 Puerto Rico W/H Taxes / Sourcing | 7/18/2011 | Douglas Odell | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025230 | MSFOIA_WH025254 | 0.7.72.376177.1 | | | Draft Rebuttal | REBUTTAL – NOPA 33 | 9/2/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025264 | MSFOIA_WH025288 | 0.7.72.382510.1 | | | Draft Rebuttal | REBUTTAL – NOPA 34 | 8/31/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025290 | MSFOIA_WH025313 | 0.7.72.375308.1 | | | Draft Rebuttal | REBUTTAL – NOPA 35 | 9/26/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025316 | MSFOIA_WH025316 | 0.7.72.419600.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025317 | MSFOIA_WH025318 | 0.7.72.419600.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025319 | MSFOIA_WH025319 | 0.7.72.419600.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025320 | MSFOIA_WH025327 | 0.7.72.419600.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025328 | MSFOIA_WH025332 | 0.7.72.419600.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025333 | MSFOIA_WH025335 | 0.7.72.419600.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025336 | MSFOIA_WH025336 | 0.7.72.419600.7 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025337 | MSFOIA_WH025339 | 0.7.72.419600.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025340 | MSFOIA_WH025343 | 0.7.72.419600.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025344 | MSFOIA_WH025346 | 0.7.72.419600.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025347 | MSFOIA_WH025375 | 0.7.72.419600.11 | | | spreadsheet | outbound business | 8/4/2011 | Not indicated on document | Not indicated on document | International Briefing Book spreadsheet of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025390 | MSFOIA_WH025417 | 0.7.72.422920 | | | Memo | Communications, Technology and Media - Industry Director One-on-One Report | 3/23/2011 | Geraldine Quinn | Not indicated on document | Preliminary discussion draft of a report intended to aprovide initial thoughts and analysis, and legal advice being developed, to assist with decisions regarding issues being examined in various taxpayers' audits. | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025444 | MSFOIA_WH025462 | 0.7.72.23085 | | | Email and draft tables | Growth rates used in Buy-In Valuations Follow-up | 9/3/2009 | Joy Yen | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport | Email and attachment discussing decisions to be made with respect to outside expert work and draft tables | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025463 | MSFOIA_WH025465 | 0.7.72.23085 | | | Email | RE: Phase 4.2 | 9/1/2009 | Joy Yen | Paul Weibel; Alton White; Charles Davis; cc: Cheryl Potop-Jackson; Fred Rapaport; William McCarthy | Email discussing decisions to be made with respect to outside expert work and draft tables | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025466 | MSFOIA_WH025466 | 0.7.72.459051 | | | Email | Enviromental scans | 6/2/2009 | Laurel Robinson | Patricia Chaback, Gloria Sullivan, T. Brandt, Barbara Leonard | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025467 | MSFOIA_WH025580 | 0.7.72.459051.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025581 | MSFOIA_WH025609 | 0.7.72.459051.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025642 | MSFOIA_WH025648 | 0.7.72.459051.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 829 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025649 | MSFOIA_WH025662 | 0.7.72.459051.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025883 | MSFOIA_WH025996 | 0.7.72.460527.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH025997 | MSFOIA_WH026025 | 0.7.72.460527.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026058 | MSFOIA_WH026064 | 0.7.72.460527.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026065 | MSFOIA_WH026078 | 0.7.72.460527.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026564 | MSFOIA_WH026566 | 0.7.72.467718.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026567 | MSFOIA_WH026567 | 0.7.72.467718.2 | | | spreadsheet | Outbound Business | 7/26/2011 | Not indicated on document | Not indicated on document | International Briefing Book spreadsheet of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026625 | MSFOIA_WH026627 | 0.7.72.446768.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026628 | MSFOIA_WH026683 | 0.7.72.446768.2 | | | spreadsheet | Outbound Business | 7/27/2011 | Not indicated on document | Not indicated on document | International Briefing Book spreadsheet of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026684 | MSFOIA_WH026685 | 0.7.72.439321 | | | Email | FW: International Briefing Book Directions | 8/3/2011 | Fields Julie A | Laurel Robinson; Purkiss Ewan D; Ravi Usha | email among IRS counsel attorneys discussing decisions to be made with respect to international briefing book preparation | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026686 | MSFOIA_WH026688 | 0.7.72.439321.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 830 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026689 | MSFOIA_WH026717 | 0.7.72.439321.2 | | | spreadsheet | Outbound Business | 8/3/2011 | Not indicated on document | Not indicated on document | International Briefing Book spreadsheet of IRS Counsel, containing report of status of ongoing examinations involving third-party taxpayers and Microsoft; discussing decisions involved in the scope and direction of examinations; discussing legal theories and legal advice involved in the above-referenced examinations | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Information about third-party taxpayers' examinations is return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026816 | MSFOIA_WH026816 | 0.7.72.523079.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026817 | MSFOIA_WH026822 | 0.7.72.519297 | | | excel spreadsheet | CIC Monitoring Report | 4/3/2011 | Not indicated on document | Not indicated on document | CIC Monitoring Report, reporting on status of ongoing examinations of third-party taxpayers and Microsoft, discussing strategy, scope, and direction of each examination | (b)(3)/6103(a); 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026826 | MSFOIA_WH026830 | 0.7.72.89884 | | | spreadsheet | None provided on document | Various | Not indicated on document | Not indicated on document | draft spreadsheets for inclusion in draft NOPA | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026831 | MSFOIA_WH026869 | 0.7.72.23739 | | | various | None provided on document | 12/14/2011 | Not indicated on document | Not indicated on document | File folder containing Non-Ceteris Expert contract documents | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026870 | MSFOIA_WH026907 | 0.7.72.23721 | | | various | None provided on document | 12/14/2011 | Not indicated on document | Not indicated on document | File folder containing Non-Ceteris Expert contract documents | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026908 | MSFOIA_WH026952 | 0.7.72.23663 | | | various | Various documents related to selection of outside expert | 12/14/2011 | Not indicated on document | Not indicated on document | File folder containing Non-Ceteris Expert contract documents | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026953 | MSFOIA_WH026958 | 0.7.72.23666 | | | Disclosure Statements | Disclosure statements from outside experts | 12/14/2011 | Not indicated on document | Not indicated on document | Disclosure statements from Non-Ceteris non-retained outside experts | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026959 | MSFOIA_WH026960 | 0.7.72.532056 | | | spreadsheet | None provided on document | 6/15/2011 | Paul Weibel | Not indicated on document | spreadsheet containing IRS employee's analysis of pending cases and decisions to be made and work to be performed with respect to same; identifying third-party and Microsoft examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026961 | MSFOIA_WH026962 | 0.7.72.531352 | | | spreadsheet | None provided on document | 6/16/2011 | Paul Weibel | Not indicated on document | spreadsheet containing IRS employee's analysis of pending cases and decisions to be made and work to be performed with respect to same; identifying third-party and Microsoft examinations | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026966 | MSFOIA_WH026967 | 0.7.72.573672.1 | | | workpaper | ISSUE: Americas Transfer-Price | Not Dated | Douglas Odell | Not indicated on document | memorandum discussing legal advice from IRS counsel attorney, discussing decisions to be made with respect to Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope of its investigation. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026978 | MSFOIA_WH026978 | 0.7.72.570030 | | | draft NOPA | Form 5701 Notice of Proposed Adjustment | 3/21/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026984 | MSFOIA_WH026988 | 0.7.72.577760 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026989 | MSFOIA_WH026993 | 0.7.72.562226 | | | Workpaper | None provided on document | 4/15/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026995 | MSFOIA_WH026998 | 0.7.72.572916 | | | Workpaper | None provided on document | 7/31/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 006) | Full | MSFOIA_WH026999 | MSFOIA_WH027015 | 0.7.72.580673 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 11/25/2009 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029378 | MSFOIA_WH029378 | 0.7.72.52567 | | | Memorandum | Microsoft: Information Request #20 | 2/26/2009 | Ceteris | Paul Weibel | Memorandum from contractor to IRS proposing that certain information be requested from Microsoft to assist with analysis of certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029379 | MSFOIA_WH029379 | 0.7.72.96351 | | | Notes | Americas Critique Report Proof Read | 9/23/2009 | Paul Weibel | Not indicated on document | Notes from proof read of report relating to decisions to be made in the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Service case notes used for internal deliberations, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029380 | MSFOIA_WH029380 | 0.7.72.95761 | | | Notes | APAC Analysis Proof Read | 9/23/2009 | Paul Weibel | Not indicated on document | Notes from proof read of report relating to decisions to be made in the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Service case notes used for internal deliberations, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029381 | MSFOIA_WH029381 | 0.7.72.95822 | | | Notes | APAC Critique Report Proof Read | 9/23/2009 | Paul Weibel | Not indicated on document | Notes from proof read of report relating to decisions to be made in the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Service case notes used for internal deliberations, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029382 | MSFOIA_WH029382 | 0.7.72.95369 | | | Notes | Americas Analysis Proof Read | 9/23/2009 | Paul Weibel | Not indicated on document | Notes from proof read of report relating to decisions to be made in the Microsoft examination. | (b)(5)/Deliberative Process Privilege | Service case notes used for internal deliberations, which does not contain the agency's final determination with respect to the Microsoft examination. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029389 | MSFOIA_WH029390 | 0.7.72.81729 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/1/2009 | Fred Rapaport | Not indicated on document | Spreadsheet with notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029396 | MSFOIA_WH029398 | 0.7.72.81669 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/1/2009 | Not indicated on document | Not indicated on document | Spreadsheet with notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029399 | MSFOIA_WH029419 | 0.7.72.81679 | | | Spreadsheet | None provided on document | 10/1/2009 | Fred Rapaport | Not indicated on document | Spreadsheet relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029425 | MSFOIA_WH029427 | 0.7.72.82563 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/1/2009 | Fred Rapaport | Not indicated on document | Spreadsheet with notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029428 | MSFOIA_WH029447 | 0.7.72.81835 | | | Spreadsheet | None provided on document | 10/1/2009 | Not indicated on document | Not indicated on document | Spreadsheet relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 833 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029452 | MSFOIA_WH029510 | 0.7.72.81827 | | | Spreadsheet | None provided on document | 10/1/2009 | Michelle Johnson | Not indicated on document | Spreadsheet with notes relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029511 | MSFOIA_WH029546 | 0.7.72.83459 | | | Draft NOPA | Form 886A - Explanation of Items | 11/17/2009 | Douglas Odell | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029557 | MSFOIA_WH029559 | 0.7.72.82391 | | | Draft Form 4549A | Form 4549-A Income Tax Examination Changes | 11/25/2009 | Tax Comp Specialist | Microsoft Corporation | Draft report of tax calculations used for potential income tax examination changes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029560 | MSFOIA_WH029562 | 0.7.72.82408 | | | Draft Form 4549A | Form 4549-A Income Tax Examination Changes | 11/25/2009 | Tax Comp Specialist | Microsoft Corporation | Draft report of tax calculations used for potential income tax examination changes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029563 | MSFOIA_WH029565 | 0.7.72.82370 | | | Draft Form 4549A | Form 4549-A Income Tax Examination Changes | 11/25/2009 | Matthew Terlouw | Microsoft Corporation | Draft report of tax calculations used for potential income tax examination changes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029566 | MSFOIA_WH029572 | 0.7.72.82385 | | | Draft Form 4549A | Form 4549-A Income Tax Examination Changes | 11/25/2009 | Matthew Terlouw | Microsoft Corporation | Draft report of tax calculations used for potential income tax examination changes | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029576 | MSFOIA_WH029577 | 0.7.72.82760 | | | Workpaper | Summary of Buy-in Payments | 1/13/2010 | Not indicated on document | Not indicated on document | Spreadsheet with notes relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029599 | MSFOIA_WH029603 | 0.7.72.22253.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/3/2009 | Kenneth Christman | Not indicated on document | Draft outline of legal analysis relating to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 834 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029607 | MSFOIA_WH029613 | 0.7.72.22257.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/25/2009 | Kenneth Christman | Not indicated on document | Draft outline of legal analysis relating to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029619 | MSFOIA_WH029619 | 0.7.72.127053 | | | Email | CTM | 4/2/2010 | Steven Musher | Danilack Michael | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029620 | MSFOIA_WH029699 | 0.7.72.127053.1 | | | Draft PowerPoint Presentation | LMSB – CTM International Compliance Challenge | 4/1/2010 | Joy Yen | Danilack Michael | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029744 | MSFOIA_WH029744 | 0.7.72.406857.1 | | | Workpaper | Buy-in Royalty Calculation | Not dated | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029747 | MSFOIA_WH029747 | 0.7.72.401117.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/6/2009 | Fred Rapaport | Not indicated on document | Calculations and notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029750 | MSFOIA_WH029750 | 0.7.72.396652.1 | | | Workpaper | "What if" Scenarios - Adjustments | 10/5/2009 | Cheryl Potop-Jackson | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029752 | MSFOIA_WH029758 | 0.7.72.404699.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/8/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029761 | MSFOIA_WH029851 | 0.7.72.400685.1 | | | Draft Report | Evaluation of Acquisition Buy-in Payments | 8/1/2009 | Not indicated on document | Not indicated on document | Draft report relating to decisions to be made in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 835 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029862 | MSFOIA_WH029864 | 0.7.72.396492 | | | Email | RE: Request of clarification for contractual issues on conflict of interest | 11/17/2009 | JoAnn Cutler | Charles Davis; Julie Izumoto | Email among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029865 | MSFOIA_WH029865 | 0.7.72.396492.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029872 | MSFOIA_WH029890 | 0.7.72.400952.1 | | | Spreadsheet | None provided on document | 11/4/2009 | M. Vlahovich | Not indicated on document | Financial information relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029891 | MSFOIA_WH029954 | 0.7.72.400952.2 | | | Spreadsheet | None provided on document | 11/24/2009 | Joy Yen | Not indicated on document | Tax Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029955 | MSFOIA_WH029956 | 0.7.72.391970 | | | Email | RE: For Later Discussions | 11/24/2009 | Joy Yen | Fred Rapaport; Paul Weibel; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. Phone number and access code for internal IRS teleconference line. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. Specific conference line numbers constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to eavesdrop on confidential internal conversations conducted for law enforcement purposes. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH029957 | MSFOIA_WH030020 | 0.7.72.391970.1 | | | Spreadsheet | None provided on document | Not dated | Not indicated on document | Not indicated on document | Tax Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030021 | MSFOIA_WH030113 | 0.7.72.391970.2 | | | Report | Evaluation of Acquisition Buy-in Payments | 8/1/2009 | Joy Yen | Not indicated on document | Draft economist report relating to decisions to be made in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030116 | MSFOIA_WH030117 | 0.7.72.391555 | | | Email | RE: Contract and Report | 12/16/2009 | Julie Izumoto | Charles Davis | Discussion among IRS and IRS counsel, discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030128 | MSFOIA_WH030131 | 0.7.72.393341 | | | Email | FW: Request of clarification for contractual issues on conflict of interest | 12/17/2009 | William McCarthy | Charles Davis | Discussion among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030132 | MSFOIA_WH030132 | 0.7.72.393341.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030133 | MSFOIA_WH030136 | 0.7.72.395743 | | | Email | RE: Request of clarification for contractual issues on conflict of interest | 12/17/2009 | Charles Davis | Julie Izumoto(Julie.Izumoto@irs.gov) ; William McCarthy (William.A.McCarthy@IRSCOUNSEL.TREAS.GOV); JoAnn Cutler (JoAnn.S.Cutler@irs.gov); Charles Davis(Charles.D.Davis@irs.gov) | Discussion among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030137 | MSFOIA_WH030137 | 0.7.72.395743.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030138 | MSFOIA_WH030141 | 0.7.72.401614 | | | Email | RE: Request of clarification for contractual issues on conflict of interest | 12/17/2009 | Julie Izumoto | Charles Davis | Discussion among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030142 | MSFOIA_WH030142 | 0.7.72.401614.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030158 | MSFOIA_WH030202 | 0.7.72.55196 | | | Memorandum | Large Case Examination Plan Transmittal | 6/27/2007 | Cheryl Potop-Jackson; Charles Davis; Maureen Szostak | not indicated on document | Preliminary information about the Service's plan for the Microsoft examination, communicating initial thoughts to other examiners for planning considerations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030203 | MSFOIA_WH030236 | 0.7.72.54827 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030237 | MSFOIA_WH030257 | 0.7.72.55119 | | | Workpaper | Estimated Issue Time Lines | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030258 | MSFOIA_WH030261 | 0.7.72.391429 | | | Memorandum | ISSUE: Cost Sharing (CSA) | 4/24/2014 | Douglas Odell | Not indicated on document | Internal notes from meeting with taxpayer discussing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030262 | MSFOIA_WH030263 | 0.7.72.391735 | | | Memorandum | Topic Areas for Interview with KPMG regarding Americas Buy-in Report | 2/25/2010 | Ceteris | Paul Weibel | Memorandum from contractor to IRS proposing that certain information be requested from Microsoft to assist with analysis of certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030264 | MSFOIA_WH030266 | 0.7.72.392138 | | | Workpaper | NOPA Log with Details | 6/11/2014 | Not indicated on document | Not indicated on document | Internal workpaper with notes relating to decisions to made in the Microsoft examination, prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030267 | MSFOIA_WH030267 | 0.7.72.392031 | | | Workpaper | Potential Unagreed Issues | 11/17/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes relating to decisions to made in the Microsoft examination, prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030268 | MSFOIA_WH030273 | 0.7.72.392395 | | | Workpaper | CIC Cases | 2/25/2010 | Not indicated on document | Not indicated on document | Information about the examinations of Microsoft and of taxpayers who are not Microsoft and discussions of decisions involved in the various enforcement efforts. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030274 | MSFOIA_WH030277 | 0.7.72.391476 | | | Spreadsheet | CIC Case Completion Risk Assessment | 9/24/2008 | Chuck Davis; Cheryl Potop-Jackson | Not indicated on document | Progress summary and discussion of decisions to made in the Microsoft examination, prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030278 | MSFOIA_WH030286 | 0.7.72.392113 | | | Memorandum | International Status Update | 1/29/2009 | Douglas Odell | Not indicated on document | Progress summary and discussion of decisions to made in the Microsoft examination, prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030287 | MSFOIA_WH030289 | 0.7.72.392090 | | | Workpaper | Mid-Cycle Audit Analysis | 8/25/2008 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030290 | MSFOIA_WH030338 | 0.7.72.391812 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 838 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030339 | MSFOIA_WH030340 | 0.7.72.392487 | | | Workpaper | Examiner's Risk Analysis Worksheet | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030341 | MSFOIA_WH030360 | 0.7.72.393255 | | | Workpaper | Estimated Issue Time Lines | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030361 | MSFOIA_WH030362 | 0.7.72.391618 | | | Workpaper | Examiner's Risk Analysis Worksheet | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030363 | MSFOIA_WH030426 | 0.7.72.391877 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030427 | MSFOIA_WH030429 | 0.7.72.392643 | | | Workpaper | None provided on document | 2/25/2010 | Not indicated on document | | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030430 | MSFOIA_WH030461 | 0.7.72.393155 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030462 | MSFOIA_WH030464 | 0.7.72.391761 | | | Workpaper | MS Initial Risk Analysis | 10/17/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030465 | MSFOIA_WH030482 | 0.7.72.392366 | | | Workpaper | MS Mid Risk Analysis | 8/25/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030483 | MSFOIA_WH030485 | 0.7.72.392524 | | | Workpaper | Updated Audit Analysis | 4/15/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 839 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030494 | MSFOIA_WH030495 | 0.7.72.397866 | | | Email | NOPA review | 2/27/2010 | William McCarthy <william.a.mccarthy@irscounsel.treas.gov> | Cheryl Potop-Jackson ; Goodson Cathy A | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030496 | MSFOIA_WH030497 | 0.7.72.397866.1 | | | Memorandum | None provided on document | 2/26/2010 | William McCarthy | Not indicated on document | Notes from IRS attorney's review of report regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030498 | MSFOIA_WH030500 | 0.7.72.395524 | | | Email | RE: Due Date: 4.7.10 - TTY 4 Action Items from meeting held 3.3.10 | 4/5/2010 | Cheryl Potop-Jackson | Wightman Timothy ; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030501 | MSFOIA_WH030505 | 0.7.72.395524.1 | | | Spreadsheet | CIC Monitoring Report | 2/11/2010 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030506 | MSFOIA_WH030506 | 0.7.72.395524.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030507 | MSFOIA_WH030511 | 0.7.72.391464 | | | Spreadsheet | CIC Monitoring Report | 2/11/2010 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030512 | MSFOIA_WH030512 | 0.7.72.391561 | | | Email | NOPA 25 Cost Sharing - Legal Settlements | 4/8/2010 | Douglas Odell | Cheryl Potop-Jackson; Paul Weibel; Alton White; Charles Davis | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030513 | MSFOIA_WH030513 | 0.7.72.394113 | | | Email | IE Updated NOPA Schedules | 4/8/2010 | Douglas Odell | Paul Weibel; Cheryl Potop-Jackson; Alton White; Charles Davis; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 840 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030514 | MSFOIA_WH030515 | 0.7.72.394113.1 | | | Spreadsheet | Index of International NOPA's | 4/8/2010 | Douglas Odell | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030516 | MSFOIA_WH030519 | 0.7.72.396232 | | | Email | FW: TIRWR-08-C-00022 | 4/21/2010 | Focht Donald R | Malcolm Anthony C ; Charles Davis | IRS discussion about possible contractual issues with contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030526 | MSFOIA_WH030526 | 0.7.72.54949 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030528 | MSFOIA_WH030531 | 0.7.72.393379.1 | | | Memorandum | Performance Work Statement... | 2010/04/28 | Paul Weibel | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030532 | MSFOIA_WH030537 | 0.7.72.44606 | | | Memorandum | Microsoft Corporation Activity Record | 4/30/2010 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues and progress regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030539 | MSFOIA_WH030553 | 0.7.72.397348.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/30/2010 | Paul Weibel | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030554 | MSFOIA_WH030617 | 0.7.72.52190 | | | Spreadsheet | None provided on document | 11/30/2009 | Joy Yen | Not indicated on document | Financial Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030618 | MSFOIA_WH030626 | 0.7.72.52168 | | | Spreadsheet | None provided on document | 4/27/2010 | Not indicated on document | Not indicated on document | Financial Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030791 | MSFOIA_WH030791 | 0.7.72.228791 | | | Email | RE: HT Environmental Scan | 11/4/2009 | Rex Lee | Laurel Robinson ; Michelle Korbas; Caroline Chen | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 841 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030792 | MSFOIA_WH030793 | 0.7.72.228793.1 | | | Email | RE: 2009 Briefing Book HT - Combined Draft.doc | 5/18/2009 | Rex Lee | Laurel Robinson ; Michelle Korbas; Caroline Chen | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030794 | MSFOIA_WH030828 | 0.7.72.228791.1.1 | | | Report | High-Technology Industry Briefing Book | 5/18/2009 | Michelle Korbas; Caroline Chen; Rex Lee | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030829 | MSFOIA_WH030918 | 0.7.72.228791.1.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030919 | MSFOIA_WH030952 | 0.7.72.228791.1.3 | | | Report | High-Technology Industry Briefing Book | 5/18/2009 | Michelle Korbas; Caroline Chen; Rex Lee | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030953 | MSFOIA_WH030954 | 0.7.72.213594 | | | Email | RE: Entire Buy-in for computer software | 11/10/2009 | Michelle Korbas | Fields Julie A; Laurel Robinson ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030955 | MSFOIA_WH030956 | 0.7.72.230882 | | | Email | RE: Entire Buy-in for computer software - Confidential for deliberation only | 11/10/2009 | Laurel Robinson | Michelle Korbas ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030957 | MSFOIA_WH030958 | 0.7.72.228509 | | | Email | RE: Entire Buy-in for computer software - Confidential for deliberation only | 11/10/2009 | Michelle Korbas | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 842 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030959 | MSFOIA_WH030960 | 0.7.72.214947 | | | Email | RE: Entire Buy-in for computer software - Confidential for deliberation only | 11/10/2009 | Laurel Robinson | Michelle Korbas ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030961 | MSFOIA_WH030962 | 0.7.72.242676 | | | Email | RE: Entire Buy-in for computer software - Confidential for deliberation only | 11/10/2009 | Michelle Korbas | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030963 | MSFOIA_WH030965 | 0.7.72.239762 | | | Email | FW: Entire Buy-in for computer software | 11/10/2009 | Michelle Korbas | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030966 | MSFOIA_WH030968 | 0.7.72.228608 | | | Email | RE: Entire Buy-in for computer software | 11/10/2009 | Michelle Korbas | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030969 | MSFOIA_WH030970 | 0.7.72.244922 | | | Email | FW: Entire Buy-in for computer software - Confidential for deliberation only | 11/10/2009 | Michelle Korbas | Rex Lee ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030971 | MSFOIA_WH030973 | 0.7.72.244998 | | | Email | FW: Entire Buy-in for computer software | 11/10/2009 | Michelle Korbas | Rex Lee ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 843 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030974 | MSFOIA_WH030975 | 0.7.72.228522 | | | Email | Re: Entire Buy-in for computer software | 11/12/2009 | J. Fields | Michelle Korbas ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030976 | MSFOIA_WH030977 | 0.7.72.217656 | | | Email | FW: Entire Buy-in for computer software | 11/12/2009 | Laurel Robinson | Christopher Bello ; Fields Julie A; Michelle Korbas | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030978 | MSFOIA_WH030978 | 0.7.72.232850 | | | Email | 199 / 482 buy-in informal memo. | 11/13/2009 | Michelle Korbas | Fields Julie A ; Rex Lee; Carolin Chen; Laurel Robinson; Nathan Hall; Scott Mentink | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030979 | MSFOIA_WH030981 | 0.7.72.253506 | | | Email | FW: Entire Buy-in for computer software | 11/16/2009 | Laurel Robinson | Michelle Korbas; Fields Julie A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030982 | MSFOIA_WH030984 | 0.7.72.245576 | | | Email | RE: Entire Buy-in for computer software -- Deliberative Process | 11/16/2009 | Michelle Korbas | Laurel Robinson; Fields Julie A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH030985 | MSFOIA_WH030988 | 0.7.72.242013 | | | Email | RE: Entire Buy-in for computer software -- Deliberative Process | 11/16/2009 | Laurel Robinson | Michelle Korbas ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 844 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031060 | MSFOIA_WH031060 | 0.7.72.241913.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031061 | MSFOIA_WH031072 | 0.7.72.241913.2 | | | Spreadsheet | CSA Buy-In Inventory Report Open Cases | 1/29/2010 | Not indicated on document | Not indicated on document | Draft of report summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration of Microsoft's examination. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031145 | MSFOIA_WH031145 | 0.7.72.249345 | | | Email | FW: Tier I CSA inventory report February, 2010 | 4/29/2010 | Michelle Korbas | Quinn Geraldine M ; | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031146 | MSFOIA_WH031146 | 0.7.72.249345.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031147 | MSFOIA_WH031157 | 0.7.72.249345.2 | | | Spreadsheet | CSA Buy-In Inventory Report | 3/10/2010 | Geraldine Quinn | Not indicated on document | Draft of report summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031158 | MSFOIA_WH031160 | 0.7.72.221390 | | | Email | FW: VERITAS Opinion / 199 DPGR | 7/1/2010 | Rex Lee | Fields Julie A; Michelle Korbas; Hall Nathan H ; Mentink Scott W | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031161 | MSFOIA_WH031161 | 0.7.72.266322 | | | Notes | None provided on document | 9/28/2009 | William McCarthy | Not indicated on document | Internal notes from meeting between IRS attorney and Microsoft employees, communicating agency attorney's preliminary thoughts about exam issues discussed during the meeting and advice sought by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031162 | MSFOIA_WH031163 | 0.7.72.266913 | | | Email | Request of clarification for contractual issues on conflict of interest | 11/4/2009 | Ceteris <michael.heimert @ceterisgroup.com> | William McCarthy; Charles Davis; | Email among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 845 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031164 | MSFOIA_WH031164 | 0.7.72.266913.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031165 | MSFOIA_WH031166 | 0.7.72.264212 | | | Email | RE: Request of clarification for contractual issues on conflict of interest | 11/4/2009 | Goodson Cathy A | William McCarthy | Email among IRS, IRS counsel, and contractor discussing possible contractual issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031167 | MSFOIA_WH031167 | 0.7.72.264212.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031168 | MSFOIA_WH031169 | 0.7.72.267056 | | | Email | RE: Microsoft legal issue | 11/13/2009 | Kenneth Christman | William McCarthy | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031170 | MSFOIA_WH031170 | 0.7.72.265089 | | | Email | RE: For Wednesday's Conference Call | 2/3/2010 | Joy Yen | Paul Weibel; Alton White; Fred Rapaport; Douglas Odell; Charles Davis; Cheryl Potop-Jackson; Marie Ishii; William McCarthy ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Teleconference passcode. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031171 | MSFOIA_WH031171 | 0.7.72.317426 | | | Email | Our meeting with Mike Danilack | 4/2/2010 | Barbara Leonard | Musher Steven A ; | Discussion about draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031172 | MSFOIA_WH031251 | 0.7.72.317426.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/2/2010 | Joy Yen | Not indicated on document | Draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 846 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031252 | MSFOIA_WH031252 | 0.7.72.314481 | | | Email | CTM | 4/10/2010 | Steven Musher | Danilack Michael ; | Discussion about draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031253 | MSFOIA_WH031332 | 0.7.72.314481.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/1/2010 | Joy Yen | Not indicated on document | Draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031333 | MSFOIA_WH031333 | 0.7.72.317271 | | | Email | Fw: Our meeting with Mike Danilack | 4/6/2010 | Steven Musher | Sharon Craig A ; | Discussion about draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031334 | MSFOIA_WH031413 | 0.7.72.317271.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/2/2010 | Joy Yen | Not indicated on document | Draft of presentation summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031491 | MSFOIA_WH031494 | 0.7.72.372704.1 | | | Notes | None provided on document | Not dated | Not indicated on document | Not indicated on document | Chart with handwritten notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031622 | MSFOIA_WH031623 | 0.7.72.362694.1 | | | Workpaper | "What if" Scenarios - Adjustments | 10/5/2009 | Cheryl Potop-Jackson | Not indicated on document | Calculations and/or economic modeling relating to the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 847 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031626 | MSFOIA_WH031627 | 0.7.72.375322.1 | | | Workpaper | "What if" Scenarios | 10/5/2009 | Cheryl Potop-Jackson | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031633 | MSFOIA_WH031633 | 0.7.72.378808.1 | | | Workpaper | "What if" Scenarios - Adjustments | 10/5/2009 | Cheryl Potop-Jackson | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031634 | MSFOIA_WH031635 | 0.7.72.373047 | | | Email | NOPA Brief Explanation (Draft) | 10/22/2009 | Douglas Odell <Douglas Odell> | Joseph Tobin ; Anne Shelburne (Anne.P.Shelburne @irscounsel.treas. gov) ; Paul Weibel ; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031636 | MSFOIA_WH031636 | 0.7.72.373047.1 | | | Draft memo | None provided on document | Not dated | Not indicated on document | Not indicated on document | Draft of document related to the Microsoft examination shared among agency attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031637 | MSFOIA_WH031637 | 0.7.72.373047.2 | | | Draft NOPA | Notice of Proposed Adjustment | 10/26/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031640 | MSFOIA_WH031640 | 0.7.72.368271 | | | Email | NOPA 28 | 10/29/2009 | Douglas Odell <Douglas Odell> | Marie Ishii (Marie.L.Ishii@irs.gov) ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031641 | MSFOIA_WH031672 | 0.7.72.368271.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031673 | MSFOIA_WH031675 | 0.7.72.368579 | | | Email | NOPA 28 SBC_Doug3 | 11/2/2009 | Douglas Odell | Marie Ishii ; Douglas Odell | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 848 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031676 | MSFOIA_WH031707 | 0.7.72.368579.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031708 | MSFOIA_WH031708 | 0.7.72.372749 | | | Email | Services Agreements | 11/5/2009 | Douglas Odell | William McCarthy ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031709 | MSFOIA_WH031713 | 0.7.72.372749.1 | | | Contract | Amended and Restated Services Agreement | 7/1/2005 | Not indicated on document | Not indicated on document | MOPR service agreement shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031714 | MSFOIA_WH031714 | 0.7.72.383076 | | | Email | Edited Report | 11/12/2009 | Paul Weibel | Douglas Odell ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031715 | MSFOIA_WH031752 | 0.7.72.383076.1 | | | Draft NOPA | Form 886A - Explanation of Items | 11/11/2009 | Paul Weibel | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031753 | MSFOIA_WH031753 | 0.7.72.385236 | | | Email | NOPA | 11/12/2009 | Marie Ishii | Douglas Odell ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031754 | MSFOIA_WH031789 | 0.7.72.385236.1 | | | Draft NOPA | Form 886A - Explanation of Items | 11/12/2009 | Marie Ishii | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031790 | MSFOIA_WH031790 | 0.7.72.370941 | | | Email | RE: Edited Report | 11/12/2009 | Douglas Odell | Paul Weibel ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 849 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031791 | MSFOIA_WH031833 | 0.7.72.370941.1 | | | Draft NOPA | Form 886A - Explanation of Items | 11/12/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031834 | MSFOIA_WH031834 | 0.7.72.372481 | | | Email | RE: NOPA | 11/16/2009 | Douglas Odell | Marie Ishii ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031835 | MSFOIA_WH031870 | 0.7.72.372481.1 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031871 | MSFOIA_WH031871 | 0.7.72.370141 | | | Email | FYI... NOPA 25 | 11/16/2009 | Douglas Odell | Fred Rapaport; Alton White; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031872 | MSFOIA_WH031914 | 0.7.72.370141.1 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031915 | MSFOIA_WH031919 | 0.7.72.89837 | | | Draft NOPA | Form 886A - Explanation of Items | 11/30/2009 | Fred Rapaport | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031920 | MSFOIA_WH031920 | 0.7.72.365963 | | | Email | Other Timeline Reports | 12/30/2009 | Douglas Odell <Douglas Odell> | Thompson Steven E (Steven.E.Thompson@irs.gov) ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031921 | MSFOIA_WH031952 | 0.7.72.365963.1 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031953 | MSFOIA_WH031953 | 0.7.72.365963.2 | | | Workpaper | International Agent Issue Time Line | 8/20/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 850 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031954 | MSFOIA_WH031965 | 0.7.72.365963.3 | | | Workpaper | Coordinated Examination Program Audit Plan | 10/1/2009 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031966 | MSFOIA_WH031966 | 0.7.72.371579 | | | Email | January 15 Meeting | 1/26/2010 | Paul Weibel | Douglas Odell ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031967 | MSFOIA_WH031973 | 0.7.72.371579.1 | | | PowerPoint presentation | Microsoft & IRS Discussion of Buy-Ins | 1/15/2010 | Not indicated on document | Not indicated on document | PowerPoint presentation provided by Microsoft during meeting with the IRS containing the handwritten notes of IRS employee. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031974 | MSFOIA_WH031974 | 0.7.72.371579.2 | | | Memorandum | Meeting to discuss buy-in resolution | 1/15/2010 | Not indicated on document | Not indicated on document | Exam team notes communicating preliminary thoughts and analysis from meeting with Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031975 | MSFOIA_WH031975 | 0.7.72.373070 | | | Email | Cases Distinguished | 1/26/2010 | Paul Weibel | William McCarthy; Joy Yen; Charles Davis; Alton White; Douglas Odell ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031976 | MSFOIA_WH031977 | 0.7.72.373070.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Not indicated on document | Not indicated on document | Preliminary analysis of factual and legal differences respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031978 | MSFOIA_WH031979 | 0.7.72.364294 | | | Email | RE: FRE 408 Act Buy-in Spreadsheet | 1/26/2010 | Douglas Odell | Paul Weibel; Joy Yen; Fred Rapaport; Marie Ishii; William McCarthy; Chuck Davis (Charles.D.Davis@irs.gov) ; Douglas Odell | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 851 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031980 | MSFOIA_WH031981 | 0.7.72.372399 | | | Email | Acquisition Buy-ins - GP | 1/27/2010 | Douglas Odell | Cheryl Potop-Jackson; Paul Weibel ; Fred Rapaport; Joy Yen (Joy.S.Yen@irs.gov ); Marie Ishii (Marie.L.Ishii@irs.gov) William McCarthy ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031982 | MSFOIA_WH031982 | 0.7.72.372399.1 | | | URL | | | Not indicated on document | | URL link to materials pertaining to decisions to be made with respect to the Microsoft examination. | NO EXEMPTIONS ASSERTED | |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031983 | MSFOIA_WH031984 | 0.7.72.368224 | | | Email | RE: Acquisition Buy-ins GP | 1/27/2010 | Joy Yen | Douglas Odell; Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; Marie Ishii; William McCarthy ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031985 | MSFOIA_WH031986 | 0.7.72.379794 | | | Email | FW: Acquisition Buy-ins - GP | 1/27/2010 | Fred Rapaport | Douglas Odell ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031987 | MSFOIA_WH031987 | 0.7.72.377294 | | | Email | Redmond Buy-in - Keep in mind... | 2/3/2010 | Douglas Odell | Alton White (Alton.S.White@irs.gov); Jim Ryan - 1307 ATM (James.E.Ryan@irs.gov); Cheryl Potop-Jackson; Paul Weibel ; Fred Rapaport; Chuck Davis (Charles.D.Davis@irs.gov); Joy Yen (Joy.S.Yen@irs.gov); William McCarthy; Marie Ishii (Marie.L.Ishii@irs.gov) ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031988 | MSFOIA_WH031989 | 0.7.72.366901 | | | Email | RE: Redmond Buy-in - Keep in mind... | 2/3/2010 | Douglas Odell | Joy Yen ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH031990 | MSFOIA_WH032021 | 0.7.72.363331 | | | Spreadsheet | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 852 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032022 | MSFOIA_WH032022 | 0.7.72.370271 | | | Draft NOPA | Notice of Proposed Adjustment | 10/26/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032023 | MSFOIA_WH032034 | 0.7.72.368130 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032035 | MSFOIA_WH032040 | 0.7.72.364210 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032041 | MSFOIA_WH032048 | 0.7.72.368469 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032049 | MSFOIA_WH032058 | 0.7.72.362244 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032059 | MSFOIA_WH032068 | 0.7.72.363579 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032069 | MSFOIA_WH032078 | 0.7.72.365899 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032079 | MSFOIA_WH032088 | 0.7.72.367963 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032089 | MSFOIA_WH032100 | 0.7.72.362282 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 853 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032101 | MSFOIA_WH032113 | 0.7.72.369707 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032114 | MSFOIA_WH032127 | 0.7.72.366746 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032128 | MSFOIA_WH032141 | 0.7.72.369132 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032142 | MSFOIA_WH032152 | 0.7.72.364914 | | | Draft NOPA | Form 886A - Explanation of Items | 2/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032153 | MSFOIA_WH032153 | 0.7.72.375189 | | | Email | Briefing of LMSB Deputy Commissioner Michael Danilack (International) | 2/26/2010 | Alton White | Paul Weibel; Ryan James E; Fred Rapaport; Douglas Odell ; William McCarthy | Discussion of presentation reflecting preliminary analysis related to Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032154 | MSFOIA_WH032154 | 0.7.72.375189.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032165 | MSFOIA_WH032181 | 0.7.72.369012 | | | Draft NOPA | Form 886A - Explanation of Items | 3/1/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032182 | MSFOIA_WH032198 | 0.7.72.365726 | | | Draft NOPA | Form 886A - Explanation of Items | 3/3/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032199 | MSFOIA_WH032218 | 0.7.72.370510 | | | Draft NOPA | Form 886A - Explanation of Items | 3/9/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 854 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032219 | MSFOIA_WH032239 | 0.7.72.364219 | | | Draft NOPA | Form 886A - Explanation of Items | 3/9/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032240 | MSFOIA_WH032260 | 0.7.72.364562 | | | Draft NOPA | Form 886A - Explanation of Items | 3/24/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032261 | MSFOIA_WH032281 | 0.7.72.368297 | | | Draft NOPA | Form 886A - Explanation of Items | 3/29/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032282 | MSFOIA_WH032302 | 0.7.72.363319 | | | Draft NOPA | Form 886A - Explanation of Items | 3/31/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032303 | MSFOIA_WH032324 | 0.7.72.362283 | | | Draft NOPA | Form 886A - Explanation of Items | 4/1/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032325 | MSFOIA_WH032347 | 0.7.72.368028 | | | Draft NOPA | Form 886A - Explanation of Items | 4/5/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032348 | MSFOIA_WH032370 | 0.7.72.367154 | | | Draft NOPA | Form 886A - Explanation of Items | 4/7/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032371 | MSFOIA_WH032375 | 0.7.72.363457 | | | Spreadsheet | None provided on document | 4/8/2010 | Douglas Odell | Not indicated on document | Tax calculations relating to decisions to be made in the Microsoft examination prepared by or modified by the Service, circulated for purposes of discussion. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032376 | MSFOIA_WH032377 | 0.7.72.364975 | | | Spreadsheet | INDEX OF INTERNATIONAL NOPA's | 4/8/2008 | Douglas Odell | Not indicated on document | Summary of issues, status, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 855 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032378 | MSFOIA_WH032404 | 0.7.72.364448 | | | Draft NOPA | Form 886A - Explanation of Items | 4/13/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032405 | MSFOIA_WH032431 | 0.7.72.367009 | | | Draft NOPA | Form 886A - Explanation of Items | 4/14/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032432 | MSFOIA_WH032458 | 0.7.72.369688 | | | Draft NOPA | Form 886A - Explanation of Items | 4/15/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032459 | MSFOIA_WH032490 | 0.7.72.363693 | | | Draft NOPA | Form 886A - Explanation of Items | 4/19/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032491 | MSFOIA_WH032523 | 0.7.72.362743 | | | Draft NOPA | Form 886A - Explanation of Items | 4/21/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032526 | MSFOIA_WH032529 | 0.7.72.367969 | | | Workpaper | ISSUE: FTC | 6/14/2010 | Douglas Odell | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032530 | MSFOIA_WH032546 | 0.7.72.362292 | | | Workpaper | Issue: Foreign Tax Credit | 6/17/2010 | Douglas Odell | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032547 | MSFOIA_WH032548 | 0.7.72.364309 | | | Workpaper | ISSUE: Cost Sharing Payments | 6/22/2010 | Douglas Odell | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032549 | MSFOIA_WH032550 | 0.7.72.369762 | | | Workpaper | ISSUE: Cost Sharing Payments | 6/22/2010 | Douglas Odell | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 856 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032551 | MSFOIA_WH032583 | 0.7.72.363728 | | | Draft NOPA | Form 886A - Explanation of Items | 6/25/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032584 | MSFOIA_WH032617 | 0.7.72.370363 | | | Draft NOPA | Form 886A - Explanation of Items | 6/28/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032618 | MSFOIA_WH032651 | 0.7.72.362539 | | | Draft NOPA | Form 886A - Explanation of Items | 6/29/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032652 | MSFOIA_WH032687 | 0.7.72.363826 | | | Draft NOPA | Form 886A - Explanation of Items | 7/1/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032688 | MSFOIA_WH032723 | 0.7.72.364731 | | | Draft NOPA | Form 886A - Explanation of Items | 7/1/2010 | Not indicated on document | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032724 | MSFOIA_WH032814 | 0.7.72.422693 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/2/2010 | Joy Yen | Danilack Michael | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032815 | MSFOIA_WH032823 | 0.7.72.423415 | | | Report | Report UIL 482.11-12 Acquisition Buy-In (OPEN & CLOSED CASES February, 2010) | 4/2/2010 | Geraldine Quinn | Not indicated on document | Case status summaries for the Microsoft examination and the examinations of other taxpayers. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 857 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032824 | MSFOIA_WH032914 | 0.7.72.423297 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032930 | MSFOIA_WH032931 | 0.7.72.468733 | | | Email | RE: Getting together on Cases with Potential for Designation -- call tomorrow? | 11/2/2009 | Michelle Korbas | Nancy Bronson; Laurel Robinson ; Cuesta Susette O | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032934 | MSFOIA_WH032936 | 0.7.72.463186 | | | Email | FW: help regarding Doug's speech in San Jose | 11/4/2009 | Laurel Robinson | Gloria Sullivan ; | Discussion of draft of report containing information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032937 | MSFOIA_WH032955 | 0.7.72.463186.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032956 | MSFOIA_WH032980 | 0.7.72.463186.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032981 | MSFOIA_WH032981 | 0.7.72.463186.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032982 | MSFOIA_WH032994 | 0.7.72.463186.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH032995 | MSFOIA_WH033002 | 0.7.72.463186.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033003 | MSFOIA_WH033006 | 0.7.72.463186.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033007 | MSFOIA_WH033014 | 0.7.72.463186.7 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033015 | MSFOIA_WH033026 | 0.7.72.463186.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033027 | MSFOIA_WH033060 | 0.7.72.463186.9 | | | Report | High-Technology Industry Briefing Book (May 2009) | 5/1/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 858 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033061 | MSFOIA_WH033063 | 0.7.72.453154 | | | Email | RE: Entire Buy-in for computer software | 11/12/2009 | C. Bello | Julie Fields; Michelle Korbas | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033064 | MSFOIA_WH033064 | 0.7.72.472368 | | | Email | Timelines | 11/17/2009 | Laurel Robinson | Christopher Bello ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033067 | MSFOIA_WH033067 | 0.7.72.432109 | | | Email | Bi-weekly report | 11/17/2009 | K. Trujillo | Laurel Robinson ; | Email circulating bi-weekly report containing information about the examinations of Microsoft and taxpayers who are not Microsoft among IRS attorneys for discussion regarding decisions to be made with respect to the various examinations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033068 | MSFOIA_WH033076 | 0.7.72.432109.1 | | | Report | Area 5 Bi-Weekly Report Ending November 17, 2009 | 11/17/2009 | Laurel Robinson | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033081 | MSFOIA_WH033081 | 0.7.72.451931 | | | Email | Industry Reports | 12/1/2009 | Laurel Robinson | Leonard Barbara M; Trujillo Kimberly ; | Email circulating among IRS attorneys various industry reports containing information about the examinations of Microsoft and taxpayers who are not Microsoft among IRS attorneys discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033082 | MSFOIA_WH033087 | 0.7.72.451931.1 | | | Report | November 2009 Monthly Report High Technology Industry | 12/1/2009 | Michelle Korbas, Caroline Chen, and Rex Lee | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts.  Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations.  Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033088 | MSFOIA_WH033089 | 0.7.72.451931.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033090 | MSFOIA_WH033090 | 0.7.72.451931.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033091 | MSFOIA_WH033092 | 0.7.72.451931.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 859 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033093 | MSFOIA_WH033095 | 0.7.72.451931.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033096 | MSFOIA_WH033097 | 0.7.72.451931.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033098 | MSFOIA_WH033098 | 0.7.72.432667 | | | Email | Industry Reports | 12/2/2009 | Laurel Robinson | Leonard Barbara M; Trujillo Kimberly ; | Email circulating various industry reports containing information about the examinations of Microsoft and taxpayers who are not Microsoft among IRS attorneys for discussion regarding decisions to be made with respect to the various examinations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033099 | MSFOIA_WH033100 | 0.7.72.432667.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033101 | MSFOIA_WH033101 | 0.7.72.432667.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033102 | MSFOIA_WH033103 | 0.7.72.432667.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033104 | MSFOIA_WH033106 | 0.7.72.432667.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033107 | MSFOIA_WH033112 | 0.7.72.432667.5 | | | Report | November 2009 Monthly Report High Technology Industry | 12/1/2009 | Michelle Korbas, Caroline Chen, and Rex Lee | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033113 | MSFOIA_WH033114 | 0.7.72.432667.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033209 | MSFOIA_WH033209 | 0.7.72.440929 | | | Email | RE: Microsoft | 12/7/2009 | William McCarthy | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033229 | MSFOIA_WH033229 | 0.7.72.456388 | | | Email | Re: Microsoft | 12/8/2009 | Laurel Robinson | William McCarthy ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033254 | MSFOIA_WH033254 | 0.7.72.434473 | | | Email | Microsoft | 2/3/2010 | Laurel Robinson | Chaback Patricia C ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 860 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033255 | MSFOIA_WH033255 | 0.7.72.440111 | | | Email | 3 Sentences | 2/22/2010 | Laurel Robinson | Leonard Barbara M ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033256 | MSFOIA_WH033256 | 0.7.72.446991 | | | Email | RE: 3 Sentences | 2/22/2010 | Leonard Barbara M | Laurel Robinson ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033258 | MSFOIA_WH033268 | 0.7.72.447351.1 | | | Report | Area 5 Bi-Weekly Report for the Week Ending February 23, 2010 | 2/24/2010 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033336 | MSFOIA_WH033336 | 0.7.72.447422 | | | Email | More than you wanted but just in case | 3/3/2010 | Laurel Robinson | Leonard Barbara M ; | Email circulating various industry reports containing information about the examinations of Microsoft and taxpayers who are not Microsoft among IRS attorneys for discussion regarding decisions to be made with respect to the various examinations. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033337 | MSFOIA_WH033450 | 0.7.72.447422.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033451 | MSFOIA_WH033479 | 0.7.72.447422.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033480 | MSFOIA_WH033511 | 0.7.72.447422.3 | | | Report | November 2009 Monthly Report High Technology Industry | 3/2/2010 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033512 | MSFOIA_WH033518 | 0.7.72.447422.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 861 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033520 | MSFOIA_WH033599 | 0.7.72.466999.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033601 | MSFOIA_WH033680 | 0.7.72.446741.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Not indicated on document | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033681 | MSFOIA_WH033760 | 0.7.72.449233 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033761 | MSFOIA_WH033840 | 0.7.72.446316 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033841 | MSFOIA_WH033841 | 0.7.72.449182 | | | Email | Danilack meeting | 4/2/2010 | Barbara Leonard | Kroening Linda M; Fultz Richard D; Vidano Thomas A; Tonuzi Drita; Lanning James C ; Leonard Barbara M; Laurel Robinson | Circulation of draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 862 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033842 | MSFOIA_WH033921 | 0.7.72.449182.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033922 | MSFOIA_WH033922 | 0.7.72.436154 | | | Email | Slides | 4/1/2010 | Laurel Robinson | Gloria Sullivan ; | Circulation of draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH033923 | MSFOIA_WH034002 | 0.7.72.436154.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034003 | MSFOIA_WH034003 | 0.7.72.461610 | | | Email | Our meeting with Mike Danilack | 4/1/2010 | Barbara Leonard | Musher Steven A ; | Circulation of draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034004 | MSFOIA_WH034083 | 0.7.72.461610.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 863 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034087 | MSFOIA_WH034087 | 0.7.72.432257 | | | Email | Final Presentation and Handouts - Please take quick look and advise of any changes asap | 4/2/2010 | Gloria Sullivan | Leonard Barbara M; Laurel Robinson; Tamaki Jon A; Nancy Bronson; Quinn Geraldine M; Rex Lee; William McCarthy; Joy Yen; Stanley Perry; Larson Charles R ; | Circulation of draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034088 | MSFOIA_WH034089 | 0.7.72.432257.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034090 | MSFOIA_WH034097 | 0.7.72.432257.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034098 | MSFOIA_WH034099 | 0.7.72.432257.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034100 | MSFOIA_WH034102 | 0.7.72.432257.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034103 | MSFOIA_WH034103 | 0.7.72.432257.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034104 | MSFOIA_WH034194 | 0.7.72.432257.6 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034248 | MSFOIA_WH034248 | 0.7.72.512302 | | | Email | Tier I CSA inventory report January, 2010 | 1/29/2010 | Geraldine Quinn | Nancy Bronson; Beck Kathy J; Tamaki Jon A; McGinty Donald R; Hodapp Natalie; Zhang Joanne J; Alexander Elisabeth A; Dearth Lorraine C; Joy Yen; Michelle Korbas ; Gloria Sullivan; Chaback Patricia C | Discussion about draft of report shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034249 | MSFOIA_WH034249 | 0.7.72.512302.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034250 | MSFOIA_WH034261 | 0.7.72.512302.2 | | | Spreadsheet | CSA Buy-in Inventory Report Open Cases | 1/29/2010 | Not indicated on document | Not indicated on document | Draft of report summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency attorneys for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 864 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034390 | MSFOIA_WH034391 | 0.7.72.540769 | | | Email | FW: NOPA Brief Explanation (Draft) | 10/23/2009 | Anne Shelburne | Joseph Tobin | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034392 | MSFOIA_WH034392 | 0.7.72.540769.1 | | | Draft Memo | None provided on document | Not dated | Not indicated on document | Not indicated on document | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034393 | MSFOIA_WH034393 | 0.7.72.540769.2 | | | Draft NOPA | Notice of Proposed Adjustment | 10/26/2009 | Douglas Odell | Microsoft Corporation | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034394 | MSFOIA_WH034394 | 0.7.72.539647 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2010 | Kenneth Christman | Joseph Tobin | Circulation of drafts of materials prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation in plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034395 | MSFOIA_WH034411 | 0.7.72.539647.1 | | | PowerPoint Presentation | Request for Chief Counsel Advice on Microsoft CSA | 7/22/2009 | Kenneth Christman | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034412 | MSFOIA_WH034424 | 0.7.72.539647.2 | | | PowerPoint Presentation | Briefing On Microsoft CSA | 12/14/2009 | Not indicated on document | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034425 | MSFOIA_WH034431 | 0.7.72.539647.3 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2010 | Not indicated on document | Not indicated on document | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 865 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034432 | MSFOIA_WH034440 | 0.7.72.539647.4 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/14/2010 | Not indicated on document | Not indicated on document | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034441 | MSFOIA_WH034441 | 0.7.72.89840 | | | Workpaper | Consolidated Americas Income | 11/25/2009 | Ceteris | Not indicated on document | Expert service contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034442 | MSFOIA_WH034442 | 0.7.72.89867 | | | Workpaper | None provided on document | 4/5/2010 | Paul Weibel | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034443 | MSFOIA_WH034475 | 0.7.72.530622 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034476 | MSFOIA_WH034476 | 0.7.72.572876 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/21/2009 | Fred Rapaport | Joy Yen ; Paul Weibel | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034477 | MSFOIA_WH034497 | 0.7.72.572876.1 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2009 | Not indicated on document | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034498 | MSFOIA_WH034499 | 0.7.72.559064 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/22/2009 | Joy Yen | Paul Weibel; Fred Rapaport ; Cheryl Potop-Jackson | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034501 | MSFOIA_WH034505 | 0.7.72.562333 | | | Workpaper | None provided on document | 10/2/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 866 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034506 | MSFOIA_WH034521 | 0.7.72.586284 | | | Workpaper | None provided on document | 10/2/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034522 | MSFOIA_WH034522 | 0.7.72.564968 | | | Email | Acquisition buy-in Calculation - Help needed  Liabilities Assumed | 10/2/2009 | Joy Yen | Fred Rapaport ; Paul Weibel | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034523 | MSFOIA_WH034527 | 0.7.72.564968.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034536 | MSFOIA_WH034536 | 0.7.72.587267 | | | Email | What-in Analysis - APAC | 10/9/2009 | Paul Weibel | Joy Yen ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034537 | MSFOIA_WH034537 | 0.7.72.578468 | | | Email | RE: What-in Analysis - APAC | 10/9/2009 | Joy Yen | Paul Weibel ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034538 | MSFOIA_WH034538 | 0.7.72.583431 | | | Email | RE: What-in Analysis - APAC | 10/9/2009 | Paul Weibel | Joy Yen ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034539 | MSFOIA_WH034541 | 0.7.72.569073 | | | Workpaper | None provided on document | 10/19/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034542 | MSFOIA_WH034545 | 0.7.72.559483 | | | Workpaper | Developer Software - Cost Approach | 10/20/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 867 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034546 | MSFOIA_WH034568 | 0.7.72.570818 | | | Workpaper | None provided on document | 10/20/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034569 | MSFOIA_WH034587 | 0.7.72.580009 | | | Workpaper | None provided on document | 10/21/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034588 | MSFOIA_WH034595 | 0.7.72.585336 | | | Workpaper | None provided on document | 10/21/2009 | Not indicated on document | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034601 | MSFOIA_WH034603 | 0.7.72.568944 | | | Email | Thanks, Fred | 10/30/2009 | Joy Yen | Fred Rapaport; Paul Weibel ; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034604 | MSFOIA_WH034605 | 0.7.72.566988 | | | Draft memo | None provided on document | 10/30/2009 | Not indicated on document | Not indicated on document | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034607 | MSFOIA_WH034697 | 0.7.72.558987.1 | | | Report | Evaluation of Acquisition Buy-in Payments | 9/1/2009 | Not indicated on document | Not indicated on document | Draft report shared among Service employees for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034708 | MSFOIA_WH034709 | 0.7.72.579405 | | | Email | RE: question to Molly | 11/19/2009 | Fred Rapaport | Joy Yen ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034710 | MSFOIA_WH034710 | 0.7.72.572613 | | | Email | IDR 2089 clarification | 11/20/2009 | Fred Rapaport | ; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034712 | MSFOIA_WH034712 | 0.7.72.577751 | | | Email | 6 small acquisitions | 11/26/2009 | Fred Rapaport | ; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 868 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034713 | MSFOIA_WH034713 | 0.7.72.572807 | | | Email | RE: RAB share change - Americas | 11/30/2009 | Joy Yen | Fred Rapaport ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034714 | MSFOIA_WH034714 | 0.7.72.582571 | | | Email | RE: preliminary spreadsheets for discussion  (the summary not adjusted for new Americas RAB) | 11/30/2009 | Joy Yen | Fred Rapaport ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034717 | MSFOIA_WH034742 | 0.7.72.565103.1 | | | Report | Open in AIMS with AAC | 12/8/2009 | Not indicated on document | Not indicated on document | Draft of report summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency employees for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034743 | MSFOIA_WH034750 | 0.7.72.565103.2 | | | Spreadsheet | Open in Groups Not on CSA Inventory List | 12/8/2009 | Not indicated on document | Not indicated on document | Draft of report summarizing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and the examinations of taxpayers who are not Microsoft shared among agency employees for consideration and comment during Microsoft's examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034751 | MSFOIA_WH034848 | 0.7.72.560413 | | | Draft Report | Economist Report | 2/2/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034852 | MSFOIA_WH034852 | 0.7.72.579827 | | | Email | FW: Redmond Buy-in - Keep in mind... | 2/3/2010 | Joy Yen | Asquith Daniel ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034853 | MSFOIA_WH034950 | 0.7.72.587632 | | | Draft Report | Economist Report | 2/11/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034951 | MSFOIA_WH034966 | 0.7.72.561500 | | | PowerPoint Presentation | Microsoft Corp. APAC Retail Buy-in | 2/28/2010 | Joy Yen | Not indicated on document | Draft presentation shared among Service employees for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 869 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH034967 | MSFOIA_WH035064 | 0.7.72.559029 | | | Draft Report | Economist Report | 3/10/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035066 | MSFOIA_WH035163 | 0.7.72.583364.1 | | | Draft Report | Economist Report | Not dated | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035166 | MSFOIA_WH035174 | 0.7.72.569685.1 | | | PowerPoint presentation | A Macro View: : Changes in the Distribution of Profits, Assets, and Taxes for Companies Engaged in Cost Sharing | 4/1/2010 | Joy Yen | Not indicated on document | Draft presentation discussing the Microsoft examination and examinations of taxpayers who are not Microsoft shared among Service employees for consideration and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035176 | MSFOIA_WH035176 | 0.7.72.567337 | | | Email | Final Presentation and Handouts - Please take quick look and advise of any changes asap | 4/2/2010 | Gloria Sullivan | Leonard Barbara M; Laurel Robinson; Tamaki Jon A; Nancy Bronson; Quinn Geraldine M; Rex Lee; William McCarthy; Joy Yen; Stanley Perry; Larson Charles R ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035177 | MSFOIA_WH035178 | 0.7.72.567337.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035179 | MSFOIA_WH035186 | 0.7.72.567337.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035187 | MSFOIA_WH035188 | 0.7.72.567337.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035189 | MSFOIA_WH035191 | 0.7.72.567337.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035192 | MSFOIA_WH035192 | 0.7.72.567337.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035193 | MSFOIA_WH035283 | 0.7.72.567337.6 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Draft of presentation prepared for briefing of Deputy Commissioner about issues in the Microsoft examination shared among IRS and IRS attorneys for purposes of discussion. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 007) | Full | MSFOIA_WH035285 | MSFOIA_WH035288 | 0.7.72.559785.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/28/2010 | Paul Weibel | Not indicated on document | Draft performance work statement shared among Service employees for consideration and comment during Microsoft's examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 870 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035342 | MSFOIA_WH035342 | 0.7.72.52688 | | | Email | RE: IDR Question Follow-up | 3/26/2009 | William McCarthy | Paul Weibel; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035343 | MSFOIA_WH035343 | 0.7.72.95915 | | | Email | Phase 3 Briefing Password | 4/17/2009 | Justin Radziewicz | Paul Weibel; | Communication between contractor and Service containing access password | (b)(7)(E) | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035344 | MSFOIA_WH035345 | 0.7.72.95476 | | | Email | RE: Outside Economist's Presentation - Why Fair Market Value??? | 4/7/2009 | Paul Weibel | Joy Yen; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035346 | MSFOIA_WH035355 | 0.7.72.84197 | | | Draft memo | None provided on document | 3/26/2009 | William McCarthy | Not indicated on document | Draft memorandum discussing decisions to be made with respect to the Microsoft examination, shared among IRS and IRS attorneys for purposes of discussion. Reflects the thoughts and impressions of attorneys advising the IRS. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys during the process of formulating legal advice for the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035359 | MSFOIA_WH035359 | 0.7.72.84254 | | | Email | Projections | 4/9/2009 | Paul Weibel | William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035360 | MSFOIA_WH035361 | 0.7.72.96097 | | | Email | RE: Competitive Advantage Period | 4/17/2009 | Joy Yen; | Fred Rappaport; Paul Weibel; Fred Rappaport; William McCarthy; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035362 | MSFOIA_WH035364 | 0.7.72.82415 | | | Spreadsheet | UPDATED AUDIT ANALYSIS | 4/15/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035366 | MSFOIA_WH035370 | 0.7.72.96214 | | | Draft contract | Phase 4 - Expert Reports & Related Services | 4/27/2009 | Not indicated on document | Not indicated on document | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 871 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035371 | MSFOIA_WH035373 | 0.7.72.84403 | | | Email | Americas Contracts | 4/27/2009 | Paul Weibel | William McCarthy; Fred Rapoport; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035372 | MSFOIA_WH035372 | 0.7.72.84534 | | | Email | RE: Americas Contracts | 4/29/2009 | Paul Weibel | William McCarthy; Fred Rapoport; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035373 | MSFOIA_WH035374 | 0.7.72.84320 | | | Email | RE: Americas Contracts | 4/28/2009 | Paul Weibel | William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035378 | MSFOIA_WH035380 | 0.7.72.83217 | | | Email | RE: Call Me Please | 5/2/2009 | Paul Weibel | Douglas Odell; Lee Cherrilynn P | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035382 | MSFOIA_WH035382 | 0.7.72.84346 | | | Email | Documents | 5/27/2009 | William McCarthy | Fred Rapoport; Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035383 | MSFOIA_WH035385 | 0.7.72.82393 | | | Meeting notes | Status Meeting IRS & MS | 4/15/2009 | Chuck Davis; Cheryl Potop-Jackson | Not indicated on document | Internal notes from meeting with taxpayer discussing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035390 | MSFOIA_WH035400 | 0.7.72.81614 | | | Spreadsheet | None provided on document | 5/16/2009 | Not indicated on document | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035404 | MSFOIA_WH035404 | 0.7.72.82086 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2009 | Cheryl Potop-Jackson | Paul Weibel; Odell Douglass M | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 872 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035405 | MSFOIA_WH035405 | 0.7.72.84623 | | | Email | RE: Draft Final Report | 6/4/2009 | Charles Davis | Paul Weibel; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035406 | MSFOIA_WH035414 | 0.7.72.95162 | | | Spreadsheet | Microsoft Puerto Rico Retail Cost Sharing | 6/26/2009 | Not indicated on document | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035415 | MSFOIA_WH035437 | 0.7.72.81860 | | | Spreadsheet | America Retail | 6/26/2009 | Not indicated on document | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035440 | MSFOIA_WH035440 | 0.7.72.81781 | | | Email | CIP Americas model | 6/5/2009 | Fred Rapaport | Paul Weibel; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035441 | MSFOIA_WH035441 | 0.7.72.82721 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/5/2009 | Fred Rapaport | Paul Weibel; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035442 | MSFOIA_WH035442 | 0.7.72.82531 | | | Email | FW: APAC CIP model | 6/9/2009 | Fred Rapaport | Joy Yen; Paul Weibel; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035443 | MSFOIA_WH035447 | 0.7.72.81763 | | | Email | RE: Review of Ceteris Reports | 6/26/2009 | Joy Yen | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; Charles Davis; Alton White; William McCarthy; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035448 | MSFOIA_WH035449 | 0.7.72.95351 | | | Email | RE: PowerPoint Presentation | 6/29/2009 | Michelle Johnson | Paul Weibel; cc: Ceteris; J. Radziewicz, A. Kroll; | Discussion between Experts and the Service regarding decisions to be made with respect to the Microsoft examination. Password for file access. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A); (b)(7)(E) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 873 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035450 | MSFOIA_WH035450 | 0.7.72.53957 | | | Memorandum | Microsoft: Information Request | 7/31/2009 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035451 | MSFOIA_WH035453 | 0.7.72.83683 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/12/2009 | Douglas Odell | Not indicated on document | Proposed agenda for Service employee meeting to discuss decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035454 | MSFOIA_WH035457 | 0.7.72.83290 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/17/2009 | Douglas Odell | Not indicated on document | Notes from Service employee meeting to discuss decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035458 | MSFOIA_WH035459 | 0.7.72.83308 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/19/2009 | Cherrilynn Lee | Not indicated on document | Proposed agenda for Service employee meeting to discuss decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035460 | MSFOIA_WH035462 | 0.7.72.83214 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/17/2009 | Cherrilynn Lee | Not indicated on document | Notes from Service employee meeting to discuss decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035463 | MSFOIA_WH035465 | 0.7.72.82805 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/9/2014 | Douglas Odell | Not indicated on document | Draft analysis of issues related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035466 | MSFOIA_WH035467 | 0.7.72.84083 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/16/2014 | Douglas Odell | Not indicated on document | Draft analysis of issues related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035468 | MSFOIA_WH035468 | 0.7.72.83634 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/3/2009 | Not indicated on document | Not indicated on document | Draft analysis of issues related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035469 | MSFOIA_WH035469 | 0.7.72.83591 | | | Spreadsheet | T/P: Microsoft Corp | 6/1/2009 | Douglas Odell | Not indicated on document | Calculations and notes relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035470 | MSFOIA_WH035470 | 0.7.72.82772 | | | Memorandum | ISSUE: Cost Sharing Payments | 5/16/2014 | Douglas Odell | Not indicated on document | Draft analysis of issues related to decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035471 | MSFOIA_WH035471 | 0.7.72.53496 | | | Email | Additional IDR | 7/30/2009 | Justin Radziewicz | Paul Weibel | Discussion between contractor and IRS about information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035472 | MSFOIA_WH035473 | 0.7.72.54337 | | | Email | RE: Additional IDR | 7/31/2009 | Justin Radziewicz | Paul Weibel | Discussion between contractor and IRS about information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035474 | MSFOIA_WH035478 | 0.7.72.82447 | | | Memorandum | Audit Status Meeting July 21, 2009 | 7/21/2009 | Not indicated on document | Not indicated on document | Internal notes about issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035487 | MSFOIA_WH035491 | 0.7.72.81858 | | | Spreadsheet | Test of KPMG Americas Model | 7/20/2009 | Fred Rapaport | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035492 | MSFOIA_WH035493 | 0.7.72.81654 | | | Memorandum | None provided on document | 8/27/2009 | Not indicated on document | Not indicated on document | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035494 | MSFOIA_WH035498 | 0.7.72.81682 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2009 | Fred Rapaport | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035499 | MSFOIA_WH035502 | 0.7.72.81695 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2009 | Fred Rapaport | Not indicated on document | Examiner's internal workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 875 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035503 | MSFOIA_WH035503 | 0.7.72.84691 | | | Email | Additional info needed for legal advice | 8/10/2009 | William McCarthy | Paul Weibel; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035505 | MSFOIA_WH035505 | 0.7.72.82811 | | | Draft NOPA | Form 886A - Explanation of Items | 9/16/2009 | Not indicated on document | Not indicated on document | Draft of notice of proposed adjustment related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035522 | MSFOIA_WH035522 | 0.7.72.22206 | | | Email | Microsoft CSA | 4/14/2009 | Kenneth Christman | Christopher Bello; Musher Steven A.; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035523 | MSFOIA_WH035523 | 0.7.72.22209 | | | Email | RE: Microsoft CSA | 4/15/2009 | Kenneth Christman | Musher Steven A.; Christopher Bello ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035524 | MSFOIA_WH035524 | 0.7.72.22211 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | TSS4510 ; Kenneth Christman; Christopher Bello; Laurel Robinson; Michelle Korbas; Goodson Cathy A | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035525 | MSFOIA_WH035525 | 0.7.72.22211.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/27/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035526 | MSFOIA_WH035526 | 0.7.72.22211.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/28/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 876 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035527 | MSFOIA_WH035546 | 0.7.72.22211.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035547 | MSFOIA_WH035547 | 0.7.72.22212 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Gilbert Craig R | Christopher Bello; Kenneth Christman; Ricca Bettie N; Holmes Gwendolyn L; McKinney Natalie; Yates Willard W | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035548 | MSFOIA_WH035548 | 0.7.72.22212.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035549 | MSFOIA_WH035549 | 0.7.72.22212.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035550 | MSFOIA_WH035569 | 0.7.72.22212.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035570 | MSFOIA_WH035571 | 0.7.72.22215 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Musher Steven A | Ricca Bettie N; Green Patricia W; Christopher Bello; Silver Meryl | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035572 | MSFOIA_WH035572 | 0.7.72.22215.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035573 | MSFOIA_WH035573 | 0.7.72.22215.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035574 | MSFOIA_WH035593 | 0.7.72.22215.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035594 | MSFOIA_WH035594 | 0.7.72.22214 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/25/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035595 | MSFOIA_WH035595 | 0.7.72.22213 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/28/2009 | Kenneth Christman | Christopher Bello ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035596 | MSFOIA_WH035597 | 0.7.72.22216 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/28/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035598 | MSFOIA_WH035598 | 0.7.72.22217 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Kenneth Christman | William McCarthy; TSS4510 ; Christopher Bello; Laurel Robinson; Michelle Korbas | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035599 | MSFOIA_WH035599 | 0.7.72.22220 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | William McCarthy | Kenneth Christman ; Christopher Bello; Laurel Robinson; Michelle Korbas | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035600 | MSFOIA_WH035601 | 0.7.72.22218 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Kenneth Christman | William McCarthy ; Christopher Bello; Laurel Robinson; Michelle Korbas | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035605 | MSFOIA_WH035605 | 0.7.72.22224 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Laurel Robinson | Christopher Bello ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035606 | MSFOIA_WH035607 | 0.7.72.22226 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Michelle Korbas | William McCarthy; Christopher Bello ; Kenneth Christman; Laurel Robinson | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035608 | MSFOIA_WH035609 | 0.7.72.22227 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | William McCarthy | Michelle Korbas ; Christopher Bello; Kenneth Christman; Laurel Robinson | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035610 | MSFOIA_WH035611 | 0.7.72.22228 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035612 | MSFOIA_WH035614 | 0.7.72.22229 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035615 | MSFOIA_WH035615 | 0.7.72.22231 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/26/2009 | Kenneth Christman | Christopher Bello ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035616 | MSFOIA_WH035616 | 0.7.72.22232 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]. | 6/26/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035617 | MSFOIA_WH035618 | 0.7.72.22233 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]. | 6/26/2009 | Kenneth Christman | Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035619 | MSFOIA_WH035621 | 0.7.72.22234 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]. | 6/26/2009 | Christopher Bello | Kenneth Christman ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035622 | MSFOIA_WH035624 | 0.7.72.22235 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions]. | 6/29/2009 | Kenneth Christman | Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035625 | MSFOIA_WH035625 | 0.7.72.22240 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/21/2009 | Kenneth Christman | Musher Steven A; Christopher Bello; Ricca Bettie N; Silver Meryl; DiFronzo Michael A ; Lindsey LaShawn C | IRS attorney email circulating file for discussion and comment regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035626 | MSFOIA_WH035642 | 0.7.72.22240.1 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/22/2009 | Kenneth Christman | Not indicated on document | PowerPoint presentation circulated among IRS attorneys for discussion and comment regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035643 | MSFOIA_WH035643 | 0.7.72.22238 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/23/2009 | Kenneth Christman | William McCarthy ; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 880 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W. D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035647 | MSFOIA_WH035647 | 0.7.72.196765 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/29/2009 | Goodson Cathy A | Goodson Cathy A ; | IRS attorney email circulating file for discussion and comment regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035648 | MSFOIA_WH035666 | 0.7.72.196765.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/29/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Draft of request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035671 | MSFOIA_WH035672 | 0.7.72.195042 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/18/2009 | William McCarthy | Goodson Cathy A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035677 | MSFOIA_WH035677 | 0.7.72.197513 | | | Email | Microsoft | 8/12/2009 | William McCarthy | Goodson Cathy A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035679 | MSFOIA_WH035686 | 0.7.72.194461.1 | | | Report | FY 2009 Year End Report—Area 5—Seattle | 8/14/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. Includes internal tax administration initiatives and goals. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035687 | MSFOIA_WH035688 | 0.7.72.196177 | | | Email | FW: Legal Advice | 8/13/2009 | William McCarthy | Goodson Cathy A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035689 | MSFOIA_WH035689 | 0.7.72.196177.1 | | | Draft IDR | Form 4564 Information Document Request | 8/17/2009 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 881 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035690 | MSFOIA_WH035693 | 0.7.72.196177.2 | | | Workpaper | Microsoft Puerto Rico 936 | 8/14/2009 | Not indicated on document | Not indicated on document | Agency employee notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035694 | MSFOIA_WH035694 | 0.7.72.199292 | | | Email | Seattle's year end report | 8/14/2009 | Cathy Goodson | &Seattle LM Group ; | Email transmitting Seattle LB&I counsel 2010 year end report final. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035695 | MSFOIA_WH035702 | 0.7.72.199292.1 | | | Report | FY 2009 Year End Report—Area 5—Seattle | 8/14/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. Includes internal tax administration initiatives and goals. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035709 | MSFOIA_WH035711 | 0.7.72.213256 | | | Memorandum | Workload Review | 6/22/2009 | Julie Izumoto | Neil B. Mills-Mazer | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to guidance proposals and the drafting of regulations. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035714 | MSFOIA_WH035715 | 0.7.72.395729.1 | | | Spreadsheet | None provided on document | Not dated | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035716 | MSFOIA_WH035720 | 0.7.72.395729.2 | | | Memorandum | International Examiner Audit Plan | 6/25/2009 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035721 | MSFOIA_WH035722 | 0.7.72.395729.3 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Paul Weibel | Matthew Hartman | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 882 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035726 | MSFOIA_WH035730 | 0.7.72.406693.1 | | | Memorandum | International Examiner Audit Plan | 6/30/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035732 | MSFOIA_WH035733 | 0.7.72.396411.1 | | | Memorandum | Performance Work Statement | 4/7/2009 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035743 | MSFOIA_WH035759 | 0.7.72.393320.1 | | | Memorandum | Performance Work Statement | 5/1/2008 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035766 | MSFOIA_WH035766 | 0.7.72.395465.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035768 | MSFOIA_WH035768 | 0.7.72.400796.1 | | | Spreadsheet | UPDATED AUDIT ANALYSIS | 4/15/2009 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035769 | MSFOIA_WH035769 | 0.7.72.401828 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2009 | Cheryl Potop-Jackson | Joy Yen ; Charles Davis; Fred Rapaport; Paul Weibel; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035777 | MSFOIA_WH035777 | 0.7.72.393609.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035800 | MSFOIA_WH035800 | 0.7.72.401412.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035808 | MSFOIA_WH035808 | 0.7.72.393520.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035812 | MSFOIA_WH035812 | 0.7.72.399117.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035816 | MSFOIA_WH035816 | 0.7.72.392528.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035818 | MSFOIA_WH035822 | 0.7.72.392034.1 | | | Memorandum | Performance Work Statement | 4/27/2009 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 883 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035824 | MSFOIA_WH035828 | 0.7.72.398127.1 | | | Memorandum | Performance Work Statement | 4/29/2009 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035844 | MSFOIA_WH035846 | 0.7.72.55156 | | | Memorandum | CIC Case Completion Risk Assessment | 9/12/2007 | Chuck Davis | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035858 | MSFOIA_WH035859 | 0.7.72.395394 | | | Email | FW: Scope of Work | 6/16/2009 | JoAnn Cutler | Charles Davis; Julie Izumoto | Discussion of scope and progress of work by contractor retained with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035860 | MSFOIA_WH035860 | 0.7.72.395394.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035864 | MSFOIA_WH035868 | 0.7.72.396773.1 | | | Memorandum | Economist Examiner Audit Plan | 6/30/2009 | Cheryl Potop-Jackson; Joy Yen | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035887 | MSFOIA_WH035887 | 0.7.72.404540 | | | Email | What if's? | 7/10/2009 | Paul Weibel | Charles Davis; Fred Rapaport; Joy Yen | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035888 | MSFOIA_WH035888 | 0.7.72.404540.1 | | | Spreadsheet | Crude Estimate of CIP Methodology | 6/9/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035889 | MSFOIA_WH035889 | 0.7.72.404540.2 | | | Spreadsheet | Crude Estimate of CIP Methodology | 6/5/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035892 | MSFOIA_WH035892 | 0.7.72.392659.1 | | | Memorandum | Form 13839-A | 7/16/2009 | Not indicated on document | Not indicated on document | Agency request for extension including Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 884 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035898 | MSFOIA_WH035899 | 0.7.72.394454 | | | Email | Foregone Profits | 7/23/2009 | Joy Yen | William McCarthy; Charles Davis; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035900 | MSFOIA_WH035900 | 0.7.72.394454.1 | | | Workpaper | None provided on document | 2009/23/2009 | Joy Yen | Not indicated on document | Calculations relating to decisions to be made in the Microsoft examination prepared or modified by the Service shared among agency employees and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035904 | MSFOIA_WH035906 | 0.7.72.399398.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035907 | MSFOIA_WH035907 | 0.7.72.399398.2 | | | Draft Form | Estimated Completion Date extension request for Microsoft, Corp. & Subsidiaries - 200406-200606 | 7/17/2009 | Charles Davis | D. Burnside, P. Carter, M. Walker, M. Hwang; | Preliminary draft of internal form requesting change to an aspect of examination management. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035908 | MSFOIA_WH035908 | 0.7.72.399398.3 | | | Draft form | Estimated Completion Date extension request for Microsoft, 200406-200607 | 7/16/2009 | Not indicated on document | Not indicated on document | Preliminary draft of internal form requesting change to an aspect of examination management. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035909 | MSFOIA_WH035910 | 0.7.72.399398.4 | | | Memorandum | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 10/30/09 to 6/30/10 | 6/30/2009 | Charles Davis | Maria Hwang | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035915 | MSFOIA_WH035917 | 0.7.72.402177.1 | | | Memorandum | CIC Case Completion Risk Assessment | 8/14/2009 | Charles Davis; Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035926 | MSFOIA_WH035926 | 0.7.72.391260 | | | Email | FW: Royalty #'s | 8/26/2009 | Paul Weibel | William McCarthy; Joy Yen; Charles Davis; Ryan James E; Fred Rapaport | Discussion including IRS, IRS attorneys, and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 885 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035927 | MSFOIA_WH035928 | 0.7.72.393325 | | | Email | FW: Royalty #'s | 8/28/2009 | Paul Weibel | Cheryl Potop-Jackson; Charles Davis; | Discussion including IRS, IRS attorneys, and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035929 | MSFOIA_WH035931 | 0.7.72.52324 | | | Workpaper | None provided on document | 7/15/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035932 | MSFOIA_WH035934 | 0.7.72.52290 | | | Workpaper | None provided on document | 8/28/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035935 | MSFOIA_WH035937 | 0.7.72.52202 | | | Workpaper | None provided on document | 9/1/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035938 | MSFOIA_WH035960 | 0.7.72.52249 | | | Workpaper | America Retail | 9/15/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH035991 | MSFOIA_WH035992 | 0.7.72.242321.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036020 | MSFOIA_WH036030 | 0.7.72.237830 | | | Draft report | Briefing Book: High-Technology Industry | 8/27/2014 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036033 | MSFOIA_WH036043 | 0.7.72.255209.1 | | | Draft report | Briefing Book: High-Technology Industry | 8/27/2014 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 886 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036044 | MSFOIA_WH036044 | 0.7.72.238191 | | | Email | 2009 Briefing Book - HT - Combined Draft 02.doc | 5/11/2009 | Rex Lee | Laurel Robinson ; Michelle Korbas; Caroline Chen | Email circulating among IRS attorneys an industry report containing information about the examinations of Microsoft and taxpayers who are not Microsoft for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036045 | MSFOIA_WH036078 | 0.7.72.238191.1 | | | Draft report | Briefing Book: High-Technology Industry | 5/22/2014 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036079 | MSFOIA_WH036079 | 0.7.72.232050 | | | Email | FW: TO the Keeper of the Master File | 5/15/2009 | Rex Lee | Michelle Korbas; Caroline Chen ; | Email circulating among IRS attorneys an industry report containing information about the examinations of Microsoft and taxpayers who are not Microsoft for discussion and comment. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036080 | MSFOIA_WH036113 | 0.7.72.232050.1 | | | Draft report | Briefing Book: High-Technology Industry | 5/15/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036114 | MSFOIA_WH036114 | 0.7.72.249458 | | | Email | 2009 Briefing Book - HT - Combined Draft.doc | 5/15/2009 | Rex Lee | Laurel Robinson ; Michelle Korbas; Caroline Chen | Email circulating among IRS attorneys an industry report containing information about the examinations of Microsoft and taxpayers who are not Microsoft for discussion and comment. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036115 | MSFOIA_WH036149 | 0.7.72.249458.1 | | | Draft report | High-Technology Industry Briefing Book May 2009 | 5/15/2009 | Rex Lee; Michelle Korbas; Caroline Chen | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036150 | MSFOIA_WH036151 | 0.7.72.243744 | | | Email | RE: 2009 Briefing Book - HT - Combined Draft.doc | 5/18/2009 | Rex Lee | Laurel Robinson ; Michelle Korbas; Caroline Chen | Email circulating among IRS attorneys an industry report containing information about the examinations of Microsoft and taxpayers who are not Microsoft for discussion and comment. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 887 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036152 | MSFOIA_WH036186 | 0.7.72.243744.1 | | | Draft report | High-Technology Industry Briefing Book May 2009 | 5/15/2009 | Rex Lee; Michelle Korbas; Caroline Chen | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036187 | MSFOIA_WH036276 | 0.7.72.243744.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036277 | MSFOIA_WH036310 | 0.7.72.243744.3 | | | Draft report | High-Technology Industry Briefing Book May 2009 | 5/15/2009 | Rex Lee; Michelle Korbas; Caroline Chen | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036348 | MSFOIA_WH036437 | 0.7.72.224824.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036477 | MSFOIA_WH036478 | 0.7.72.249740 | | | Email | FW: Your Slides | 6/5/2009 | Pudsey Michelle <michelle.pudsey@irs.gov> | Mentink Scott W; Michelle Korbas; Tamaki Jon A; Lee Cherrilynn P; William McCarthy; Feldhammer Jon D; Christopher Bello; Frost Sandra M; Schnuriger Robert L; Buxbaum Charles E | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036479 | MSFOIA_WH036480 | 0.7.72.249740.1 | | | Draft memo | Cost Sharing Buy-In Payment | Not dated | Not indicated on document | Not indicated on document | Draft of document analyzing issues related to the Microsoft examination shared among Service employees and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036481 | MSFOIA_WH036482 | 0.7.72.240623 | | | Email | Follow Up to 199/Buy-In Issue Call 6-5-09 | 6/5/2009 | Pudsey Michelle <michelle.pudsey@irs.gov> | Michelle Korbas; Tamaki Jon A; Feldhammer Jon D; Mentink Scott W; Schnuriger Robert L; Buxbaum Charles E ; Christopher Bello; Lee Cherrilynn P; Frost Sandra M; Caroline Chen; Rex Lee; William McCarthy; Gloria Sullivan | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 888 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036483 | MSFOIA_WH036484 | 0.7.72.240623.1 | | | Draft memo | Cost Sharing Buy-In Payment | Not dated | Not indicated on document | Not indicated on document | Draft of document analyzing issues related to the Microsoft examination shared among Service employees and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036485 | MSFOIA_WH036486 | 0.7.72.213845 | | | Email | RE: Follow Up to 199/Buy-In Issue Call 6-5-09 | 6/5/2009 | Michelle Korbas | Charles Buxbaum; | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036487 | MSFOIA_WH036488 | 0.7.72.236878 | | | Email | RE: Follow Up to 199/Buy-In Issue Call 6-5-09 | 6/5/2009 | Christopher Bello | Handleman Paul F ; Michelle Korbas; Tamaki Jon A; Feldhammer Jon D; Mentink Scott W; Schnuriger Robert L; Buxbaum Charles E; Lee Cherrilynn P; Frost Sandra M; Caroline Chen; Rex Lee; William McCarthy; Gloria Sullivan; Christopher Bello | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036492 | MSFOIA_WH036493 | 0.7.72.224665 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/17/2009 | Michelle Korbas | William McCarthy ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036496 | MSFOIA_WH036497 | 0.7.72.235557.1 | | | Memorandum | Cost Sharing Buy-In Payment | Not dated | Not indicated on document | Not indicated on document | Draft of document analyzing issues related to the Microsoft examination shared among Service employees and attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036524 | MSFOIA_WH036528 | 0.7.72.234852.1 | | | Report | June 2009 Monthly Report | 7/1/2009 | Rex Lee; Michelle Korbas; Caroline Chen | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 889 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036535 | MSFOIA_WH036538 | 0.7.72.223692 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/22/2009 | Pudsey Michelle <michelle.pudsey@irs.gov> | Schnuriger Robert L; Mentink Scott W; Feldhammer Jon D ; Michelle Korbas; Lee Cherrilynn P; Gloria Sullivan; Fields Julie A; Buxbaum Charles E; Frost Sandra M | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036564 | MSFOIA_WH036568 | 0.7.72.234600 | | | Report | High Technology Industry | 8/5/2009 | Rex Lee; Michelle Korbas; Caroline Chen | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036579 | MSFOIA_WH036598 | 0.7.72.265281.1 | | | Workpaper | CASE HISTORY | 3/5/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including description of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have reached the agency final determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. The information being withheld consists of advice prepared by Chief Counsel attorneys in response to a request for legal advice associated with the hazards of litigating specific transactions from plaintiff's audit. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C § 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036600 | MSFOIA_WH036601 | 0.7.72.264338 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/27/2009 | Not indicated on document | Not indicated on document | Draft legal analysis relating to decisions to be made with respect to the Microsoft examination, shared among agency employees for discussion an comment. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 890 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036602 | MSFOIA_WH036602 | 0.7.72.265155 | | | Email | Updated: Ceteris Draft/Final Reports - Phase 4.1 and 4.2 | 4/29/2009 | Paul Weibel <paul.d.weibel@irs.gov> | Paul Weibel; Charles Davis; William McCarthy; Cheryl Potop-Jackson; Joy Yen; Fred Rapaport; Alton White; Ryan James E; Ahmad Shahshahani | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. Teleconference passcode. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(7)(E) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to improperly eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036603 | MSFOIA_WH036607 | 0.7.72.265155.1 | | | Memorandum | Phase 4 - Expert Reports & Related Services | 4/29/2009 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036608 | MSFOIA_WH036608 | 0.7.72.266151 | | | Email | is this right? I annotated it while we were on the phone, then figured out the net amount going to Bermuda | 4/29/2009 | Goodson Cathy A | William McCarthy; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036609 | MSFOIA_WH036609 | 0.7.72.267034 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Kendrick Raymond A | William McCarthy; Gilbert Craig R; TSS4510 | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination and internal | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036610 | MSFOIA_WH036610 | 0.7.72.267034.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036611 | MSFOIA_WH036611 | 0.7.72.267034.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 891 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036612 | MSFOIA_WH036631 | 0.7.72.267034.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036634 | MSFOIA_WH036634 | 0.7.72.264913 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/29/2009 | Michelle Korbas | William McCarthy ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination and internal | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036646 | MSFOIA_WH036646 | 0.7.72.272526.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036650 | MSFOIA_WH036651 | 0.7.72.304176 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Ricca Bettie N | Musher Steven A ; | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination and internal | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036652 | MSFOIA_WH036652 | 0.7.72.304176.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036653 | MSFOIA_WH036653 | 0.7.72.304176.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | Not indicated on document | Not indicated on document | Information shared among IRS attorneys for purposes of obtaining legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036654 | MSFOIA_WH036673 | 0.7.72.304176.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/4/2009 | William McCarthy | Associate Chief Counsel (International); Kenneth P. Christman; Christopher J. Bello | Request by IRS attorneys for legal advice with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036674 | MSFOIA_WH036675 | 0.7.72.376082 | | | Email | Call Me Please | 4/2/2009 | Douglas Odell | Lee Cherrilynn P ; Douglas Odell; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 892 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036676 | MSFOIA_WH036678 | 0.7.72.365523 | | | Email | RE: Call Me Please | 4/2/2009 | Douglas Odell | Douglas Odell; Lee Cherrilynn P ; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036687 | MSFOIA_WH036689 | 0.7.72.373104.1 | | | Spreadsheet | Updated Audit Analysis | 4/15/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036690 | MSFOIA_WH036691 | 0.7.72.371024 | | | Email | RE: Stock Options Report - Cost Center | 4/14/2009 | Lee Cherrilynn P | Douglas Odell ; Cheryl Potop-Jackson; Marie Ishii | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036692 | MSFOIA_WH036692 | 0.7.72.369275 | | | Email | Stock Comp Summary | 4/16/2009 | Douglas Odell | King Jeffrey E; Marie Ishii ; Douglas Odell | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036693 | MSFOIA_WH036693 | 0.7.72.369275.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2009 | Not indicated on document | Not indicated on document | Summary of preliminary issues and approaches taken by the agency with respect to the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036694 | MSFOIA_WH036694 | 0.7.72.372745 | | | Email | FW: StkOption | 4/16/2009 | Douglas Odell | Marie Ishii; King Jeffrey E ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036695 | MSFOIA_WH036706 | 0.7.72.372745.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2009 | Not indicated on document | Not indicated on document | Summary of data pertinent to decisions to made in the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036730 | MSFOIA_WH036731 | 0.7.72.373876.1 | | | Memorandum | ISSUE: CSA – Cost Pools | 4/30/2009 | Not indicated on document | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036732 | MSFOIA_WH036732 | 0.7.72.365482 | | | Email | ESOP Final Write-up | 4/30/2009 | Douglas Odell | Marie Ishii ; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 893 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036733 | MSFOIA_WH036734 | 0.7.72.365482.1 | | | Memorandum | ISSUE: CSA – Cost Pools | 4/30/2009 | Not indicated on document | Not indicated on document | Draft of preliminary analysis of issues related to the Microsoft examination, circulated for purposes of discussion regarding decisions to be made with respect to Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036747 | MSFOIA_WH036748 | 0.7.72.378236 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2008 | Paul Weibel | Cheryl Potop-Jackson; Douglas Odell; Fred Rappaort ; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036749 | MSFOIA_WH036751 | 0.7.72.371702 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2009 | Fred Rapaport | Paul Weibel; Douglas Odell; Cheryl Potop-Jackson ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036752 | MSFOIA_WH036755 | 0.7.72.372494 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2009 | Fred Rapaport | Paul Weibel; Cheryl Potop-Jackson; Douglas Odell ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036756 | MSFOIA_WH036759 | 0.7.72.370790 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2008 | Paul Weibel | Fred Rapaport; Cheryl Potop-Jackson; Douglas Odell ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036760 | MSFOIA_WH036763 | 0.7.72.370391 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2008 | Cheryl Potop-Jackson | Fred Rapaport; Paul Weibel; Douglas Odell ; Joy Yen | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036764 | MSFOIA_WH036767 | 0.7.72.377452 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/8/2008 | Fred Rapaport | Cheryl Potop-Jackson; Paul Weibel; Douglas Odell ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036768 | MSFOIA_WH036768 | 0.7.72.383638 | | | Email | APAC CIP model | 6/10/2009 | Fred Rapaport | Ryan James E; Douglas Odell ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036769 | MSFOIA_WH036770 | 0.7.72.383638.1 | | | Spreadsheet | Crude Estimate of CIP Methodology | 6/9/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036771 | MSFOIA_WH036771 | 0.7.72.368109 | | | Email | MAP Letter | 6/10/2009 | Douglas Odell | Paul Weibel ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036773 | MSFOIA_WH036776 | 0.7.72.386938.1 | | | Memorandum | Valuation of Microsoft Americas Covered Intangibles | 6/10/2009 | Ceteris | Not indicated on document | Draft of contractor memorandum analyzing valuation issues in the Microsoft examination, with comments, shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036777 | MSFOIA_WH036777 | 0.7.72.368846 | | | Email | RE: MAP Letter | 6/11/2009 | Paul Weibel | Douglas Odell ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036779 | MSFOIA_WH036807 | 0.7.72.367184.1 | | | Spreadsheet | Transfer Price - Comparables | 6/11/2009 | Not indicated on document | Not indicated on document | Information about the examinations of taxpayers who are not Microsoft, shared among examiners to inform decisions related to issues in the Microsoft exam. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036818 | MSFOIA_WH036818 | 0.7.72.374510.1 | | | Workpaper | Status Meeting July 21 2009 | 7/21/2009 | Douglas Odell | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036820 | MSFOIA_WH036820 | 0.7.72.375432.1 | | | Workpaper | Status Meeting July 21 2009 | 7/21/2009 | Douglas Odell | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 895 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036821 | MSFOIA_WH036822 | 0.7.72.369568 | | | Email | RAB Shares | 7/21/2009 | Douglas Odell | Joy Yen ; Fred Rapaport; Paul Weibel; Douglas Odell | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036823 | MSFOIA_WH036824 | 0.7.72.373328 | | | Email | RE: RAB Shares | 7/21/2009 | Joy Yen | Douglas Odell ; Fred Rapaport; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036825 | MSFOIA_WH036834 | 0.7.72.367202 | | | Memorandum | Workload Review | 1/17/2006 | Douglas Odell | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. Includes manager's evaluation of employee's performance. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Government employee's privacy interest in manager's evaluation of employee's performance is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036867 | MSFOIA_WH036900 | 0.7.72.468751 | | | Report | Briefing Book: High-Technology Industry | 5/15/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036901 | MSFOIA_WH036934 | 0.7.72.468816 | | | Report | High-Technology Industry Briefing Book May 2009 | 5/19/2009 | Michelle D. Korbas; Caroline T. Chen; Rex K. Lee | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Discussions of decisions to be made with respect to legislative and guidance proposals and the drafting of regulations. Subjects of various agency requests for legal advice and the thoughts and impressions of attorneys. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036969 | MSFOIA_WH036970 | 0.7.72.466129.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036971 | MSFOIA_WH036973 | 0.7.72.466129.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036974 | MSFOIA_WH036975 | 0.7.72.466129.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036981 | MSFOIA_WH036982 | 0.7.72.466129.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 896 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH036984 | MSFOIA_WH036991 | 0.7.72.439304.1 | | | Report | FY 2009 Year End Report—Area 5—Seattle | 8/17/2009 | Not indicated on document | Not indicated on document | Information about the Microsoft examination, examinations of taxpayers who are not Microsoft, and discussions of decisions involved in the various enforcement efforts. Describes the subjects of various requests for legal advice from attorneys and the thoughts and impressions of attorneys. Includes internal tax administration initiatives and goals. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037007 | MSFOIA_WH037007 | 0.7.72.494769 | | | Memorandum | Memorandum of Recommendation for Outside Expert | 4/6/2009 | Jon A. Tamaki; Cherrilynn Lee | Charles D. Davis; Alton White | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037009 | MSFOIA_WH037010 | 0.7.72.502146.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037035 | MSFOIA_WH037038 | 0.7.72.577512 | | | Memorandum | APAC Transfer Price Issues | 4/2/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, and tactics for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037039 | MSFOIA_WH037049 | 0.7.72.571771 | | | Memorandum | Singapore Trip Report | 3/30/2009 | Joy Yen | Charles Davis; Ahmad Shahshahani | Summary of purpose and objectives for international trip taken by Service employees for fact gathering and analysis related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037056 | MSFOIA_WH037058 | 0.7.72.585258 | | | Email | RE: My Travel Plan | 4/7/2009 | Joy Yen | Fred Rapaport ; | Discussion regarding travel logistics and issues being examined during the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Agency employees' privacy interest in information about travel plans is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037075 | MSFOIA_WH037075 | 0.7.72.576581.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037077 | MSFOIA_WH037086 | 0.7.72.573594.1 | | | Spreadsheet | None provided on document | 4/13/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037090 | MSFOIA_WH037090 | 0.7.72.580702 | | | Email | Competitive Advantage Period | 4/15/2009 | Paul Weibel | Joy Yen ; Fred Rapaport; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 897 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037091 | MSFOIA_WH037091 | 0.7.72.571642 | | | Email | RE: Competitive Advantage Period | 4/15/2009 | Fred Rapaport | Paul Weibel ; Joy Yen; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037092 | MSFOIA_WH037093 | 0.7.72.567852 | | | Email | RE: Competitive Advantage Period | 4/15/2009 | Joy Yen | Fred Rapaport; Paul Weibel ; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A); (b)(6) and (b)(7)(C) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037094 | MSFOIA_WH037105 | 0.7.72.578479 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document used by agency employees and attorneys to inform legal analysis of issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues examined in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037106 | MSFOIA_WH037107 | 0.7.72.559081 | | | Email | RE: Competitive Advantage Period | 4/15/2009 | Joy Yen | Joy Yen ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037108 | MSFOIA_WH037109 | 0.7.72.583715 | | | Email | RE: Tomorrow's Conference call re: Outside Expert Report | 4/16/2009 | Cheryl Potop-Jackson | Joy Yen; Paul Weibel; Fred Rapaport; William McCarthy; Charles Davis; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037110 | MSFOIA_WH037111 | 0.7.72.565244 | | | Email | FW: Phase 3 Briefing | 4/16/2009 | Paul Weibel | Alton White; Ryan James E; Fred Rapaport; Charles Davis; Cheryl Potop-Jackson; Joy Yen; William McCarthy; Ahmad Shahshahani ; | Teleconference passcode. | (b)(7)(E) | Passwords to protect electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037115 | MSFOIA_WH037115 | 0.7.72.584612 | | | Email | IDR 2116 | 4/22/2009 | Cheryl Potop-Jackson | Paul Weibel; Joy Yen ; | | NO EXEMPTIONS ASSERTED | |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 898 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037116 | MSFOIA_WH037118 | 0.7.72.565271 | | | Email | Ceteris Draft/Final Reports - Phase 4.1 and 4.2 | 4/27/2009 | Paul Weibel | Charles Davis; William McCarthy; Cheryl Potop-Jackson; Joy Yen; Fred Rapaport ; Alton White; Ryan James E; Ahmad Shahshahani | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037117 | MSFOIA_WH037121 | 0.7.72.565271.1 | | | Draft contract | Phase 4 - Expert Reports & Related Services | 4/27/2009 | Not indicated on document | Not indicated on document | Draft of performance work statement discussing progress and scope of contractor's work with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037127 | MSFOIA_WH037130 | 0.7.72.586408.1 | | | Spreadsheet | Data derived from Taxpayer Valuation Studies | 5/18/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037133 | MSFOIA_WH037159 | 0.7.72.562243 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/20/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037171 | MSFOIA_WH037171 | 0.7.72.570828 | | | Email | RE: Now look what you done | 6/5/2009 | Joy Yen | Paul Weibel ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037172 | MSFOIA_WH037210 | 0.7.72.559527 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to agency examiners by outside party as part of the examination, used by examiners to inform decisions regarding certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037214 | MSFOIA_WH037215 | 0.7.72.585492 | | | Spreadsheet | Based on KPMG Data | 6/9/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037216 | MSFOIA_WH037216 | 0.7.72.581665 | | | Email | Americas CIP model | 6/9/2008 | Fred Rapaport | Joy Yen ; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 899 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037217 | MSFOIA_WH037218 | 0.7.72.581665.1 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/5/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037219 | MSFOIA_WH037219 | 0.7.72.569107 | | | Email | Preliminary Report | 6/1/102009 | Joy Yen | Fred Rapaport ; | | NO EXEMPTIONS ASSERTED | |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037220 | MSFOIA_WH037221 | 0.7.72.569107.1 | | | Memorandum | Acquisition Buy-ins Status Update | 2/26/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037228 | MSFOIA_WH037231 | 0.7.72.576473 | | | Email | RE: Review of Ceteris Reports | 6/26/2009 | William McCarthy <william.a.mccarthy@irscounsel.treas.gov> | Joy Yen ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037238 | MSFOIA_WH037242 | 0.7.72.584468 | | | Draft memo | None provided on document | 7/17/2009 | Not indicated on document | Not indicated on document | Discussion of facts and law pertaining regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037244 | MSFOIA_WH037253 | 0.7.72.582833 | | | Spreadsheet | Based on KPMG Data | 7/21/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037254 | MSFOIA_WH037260 | 0.7.72.558961 | | | Memorandum | None provided on document | 7/21/2009 | Not indicated on document | Not indicated on document | Economic analysis relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037261 | MSFOIA_WH037261 | 0.7.72.588130 | | | Spreadsheet | None provided on document | 7/21/2009 | Not indicated on document | Not indicated on document | Calculations or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037262 | MSFOIA_WH037262 | 0.7.72.560437 | | | Email | Financial data | 7/22/2009 | Joy Yen | Paul Weibel; Fred Rapaport ; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 900 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037263 | MSFOIA_WH037264 | 0.7.72.570965 | | | Email | FW: Foregone Profits | 7/23/2009 | Joy Yen | Asquith Daniel ; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037265 | MSFOIA_WH037265 | 0.7.72.570965.1 | | | Spreadsheet | None provided on document | 7/23/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037266 | MSFOIA_WH037276 | 0.7.72.561532 | | | Spreadsheet | None provided on document | 7/27/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037278 | MSFOIA_WH037278 | 0.7.72.565931.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037279 | MSFOIA_WH037279 | 0.7.72.565931.2 | | | Workpaper | Amortization Example | Not dated | Not indicated on document | Not indicated on document | Spreadsheet annotated by Expert relating to decisions to be made in the Microsoft examination prepared or modified by the Service/experts and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037292 | MSFOIA_WH037295 | 0.7.72.567901 | | | Email | RE: Meeting? | 8/21/2009 | Fred Rapaport | Joy Yen ; | Discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft, and describing resource availability and limitations. Details about employee's personal travel/vacation/leave plans. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Agency employee's privacy interest in information about personal travel/vacation/leave is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037303 | MSFOIA_WH037304 | 0.7.72.560466 | | | Memorandum | Case Summary from March 2007 to October 2007 | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, timelines, and/or other information about the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037305 | MSFOIA_WH037305 | 0.7.72.582445 | | | Memorandum | Case Status Update as of October 15, 2008 | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037306 | MSFOIA_WH037306 | 0.7.72.587643 | | | Memorandum | Workload Review | 4/24/2014 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, timelines, and/or other information about the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037307 | MSFOIA_WH037308 | 0.7.72.569721 | | | Memorandum | Workload Review | 4/24/2014 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, timelines, and/or other information about the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037309 | MSFOIA_WH037310 | 0.7.72.571578 | | | Memorandum | Case Review | 10/15/2008 | Joy Yen | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037311 | MSFOIA_WH037330 | 0.7.72.569843 | | | PowerPoint Presentation | Microsoft Corp. | 8/21/2009 | Joy Yen | Not indicated on document | Presentation prepared by IRS economist discussing decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037331 | MSFOIA_WH037338 | 0.7.72.587231 | | | Memorandum | MS...04-06 AUDIT case | 4/21/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037339 | MSFOIA_WH037341 | 0.7.72.577787 | | | Memorandum | Audit Status Meeting | 10/16/2007 | Chuck Davis; Cheryl Potop-Jackson; Paul Weibel; JoAnn Cutler; Fred Rapaport; Matt TerLouw | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037342 | MSFOIA_WH037346 | 0.7.72.560903 | | | Memorandum | International Examiner Audit Plan | 8/21/2009 | Cheryl Potop-Jackson; Joy Yen; Michael Aarstol | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, communicated to inform decisions regarding how to conduct exam and manage agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 902 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037347 | MSFOIA_WH037348 | 0.7.72.570976 | | | Spreadsheet | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037349 | MSFOIA_WH037350 | 0.7.72.577511 | | | Spreadsheet | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037351 | MSFOIA_WH037352 | 0.7.72.573813 | | | Draft memo | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037353 | MSFOIA_WH037354 | 0.7.72.568270 | | | Memorandum | Preliminary Audit Plan | 8/21/2009 | Joy Yen | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037355 | MSFOIA_WH037366 | 0.7.72.575690 | | | Spreadsheet | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037367 | MSFOIA_WH037374 | 0.7.72.577949 | | | Spreadsheet | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037375 | MSFOIA_WH037378 | 0.7.72.582265 | | | Memorandum | Economist Examiner Audit Plan | 8/21/2009 | Cheryl Potop-Jackson; Joy Yen; Ahmad Shahshahani | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037379 | MSFOIA_WH037387 | 0.7.72.586510 | | | Spreadsheet | Microsoft Puerto Rico Retail Cost Sharing Financial Data | 8/21/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037388 | MSFOIA_WH037392 | 0.7.72.568147 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas | 5/7/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 903 of 1159

8/22/2022

| Production Date/Name | WIP or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037431 | MSFOIA_WH037434 | 0.7.72.581415 | | | Spreadsheet | None provided on document | 8/21/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037435 | MSFOIA_WH037436 | 0.7.72.561530 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Not indicated on document | Not indicated on document | Discussion with potential contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037437 | MSFOIA_WH037442 | 0.7.72.567851 | | | Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Bio & C.V. of potential expert services contractor being considered by examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037443 | MSFOIA_WH037660 | 0.7.72.581411 | | | Spreadsheet | Microsoft Profit Split Model – Structure | 8/25/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037661 | MSFOIA_WH037662 | 0.7.72.565928 | | | Email | RE: Royalty #'s | 8/26/2009 | Joy Yen | Joy Yen ; | Discussion between IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037663 | MSFOIA_WH037665 | 0.7.72.583703 | | | Spreadsheet | None provided on document | 8/28/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037676 | MSFOIA_WH037678 | 0.7.72.561345 | | | Spreadsheet | None provided on document | 9/1/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037679 | MSFOIA_WH037699 | 0.7.72.571875 | | | Spreadsheet | None provided on document | 9/15/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037700 | MSFOIA_WH037701 | 0.7.72.586247 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 7/13/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 904 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037702 | MSFOIA_WH037710 | 0.7.72.576608 | | | Spreadsheet | America Retail | 9/16/2009 | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037712 | MSFOIA_WH037720 | 0.7.72.584567.1 | | | Spreadsheet | America Retail | Not dated | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037721 | MSFOIA_WH037740 | 0.7.72.584567.2 | | | Spreadsheet | None provided on document | Not dated | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037741 | MSFOIA_WH037743 | 0.7.72.584567.3 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 7/14/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 008) | Full | MSFOIA_WH037744 | MSFOIA_WH037745 | 0.7.72.584567.4 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 7/13/2009 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039412 | MSFOIA_WH039412 | 0.7.72.53083 | | | Email | RE: IDR's | 6/11/2008 | William McCarthy <william.a.mccarthy@irscounsel.treas.gov> | Paul Weibel; Fred Rapaport; Robert Geraghty | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039413 | MSFOIA_WH039416 | 0.7.72.81910 | | | Email | RE: Response to Candidate's Inquiry | 7/31/2008 | Charles Davis | JoAnn Cutler; cc: Paul Weibel, William McCarthy; Alton White | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039417 | MSFOIA_WH039420 | 0.7.72.81903 | | | Email | RE: Response to Candidate's Inquiry | 7/31/2008 | JoAnn Cutler | Julie Izumoto; cc: Paul Weibel; William McCarthy; Alton White; Charles Davis | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039421 | MSFOIA_WH039421 | 0.7.72.81886 | | | Email | Contract | 7/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039422 | MSFOIA_WH039423 | 0.7.72.81914 | | | Email | RE: Contract | 7/28/2008 | William McCarthy | Paul Weibel; Charles Davis | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039429 | MSFOIA_WH039431 | 0.7.72.82379 | | | Memorandum | Audit Status Meeting IRS & MS September 5, 2008 | 9/15/2008 | Chuck Davis; Cheryl Potop-Jackson; Paul Weibel; Peter Orth; Fred Rapaport | Not indicated on document | Internal notes from meeting with taxpayer discussing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039433 | MSFOIA_WH039433 | 0.7.72.84694 | | | Email | RE: CSA Question | 9/24/2008 | Fred Rapaport | William McCarthy; Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039436 | MSFOIA_WH039439 | 0.7.72.95521 | | | Memorandum | Sample questions for KPMG regarding Americas Buy-in Report | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039440 | MSFOIA_WH039443 | 0.7.72.95218 | | | Memorandum | Sample questions for E&Y regarding APAC | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039444 | MSFOIA_WH039447 | 0.7.72.84291 | | | Spreadsheet | Aggregate Profits Left in Puerto Rico | 2/20/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039448 | MSFOIA_WH039448 | 0.7.72.81872 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 5/7/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 906 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039449 | MSFOIA_WH039455 | 0.7.72.81841 | | | Draft report | None provided on document | 10/7/2008 | Paul Weibel | Not indicated on document | Summary of issues and preliminary analysis for the Microsoft examination, shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039475 | MSFOIA_WH039475 | 0.7.72.84649 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 5/7/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039478 | MSFOIA_WH039478 | 0.7.72.81874 | | | Email | IDR 2024 response | 9/27/2007 | Fred Rapaport | Paul Weibel; Douglas Odell | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039479 | MSFOIA_WH039479 | 0.7.72.81754 | | | Email | manufacturing cost Americas | 8/13/2008 | Fred Rapaport | Joy Yen; Michael Aarstol; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039480 | MSFOIA_WH039481 | 0.7.72.81677 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/28/2008 | Michael Aarstol | Fred Rapaport; Paul Weibel; Joy Yen | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039482 | MSFOIA_WH039482 | 0.7.72.81691 | | | Email | CIP Simple Case Model S 7 08 .xls | 5/7/2008 | Fred Rapaport | Michael Aarstol; Joy Yen; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039483 | MSFOIA_WH039484 | 0.7.72.81738 | | | Workpaper | MS... 04-06 AUDIT case PRELIMINARY(!!!!) | 3/3/2008 | Paul Weibel | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039485 | MSFOIA_WH039491 | 0.7.72.81710 | | | Workpaper | Aggregate Profits Left in Puerto Rico | 1/15/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039492 | MSFOIA_WH039517 | 0.7.72.82722 | | | Memorandum | Microsoft Corporation Buy-In and Cost Sharing for Asia-Pacific Region Retail Segment Intangibles | 11/5/2007 | Paul Weibel | Not indicated on document | Summary of issues and preliminary analysis for the Microsoft examination, shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 907 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039518 | MSFOIA_WH039519 | 0.7.72.82553 | | | Workpaper | Crude Estimate of CIP Methodology - Americas CSA | 5/14/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039520 | MSFOIA_WH039529 | 0.7.72.81701 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Various workpapers and exhibits being considered by examiners while making decisions with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039530 | MSFOIA_WH039539 | 0.7.72.81647 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Various workpapers and exhibits being considered by examiners while making decisions with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039540 | MSFOIA_WH039542 | 0.7.72.82616 | | | Email | FW: APAC CIP Model | 5/20/2008 | Fred Rapaport | J. Ryan; Alton White; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039543 | MSFOIA_WH039545 | 0.7.72.82608 | | | Spreadsheet | Crude Estimate of CIP Methodology - Americas CSA | 5/14/2008 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039547 | MSFOIA_WH039547 | 0.7.72.82742 | | | Email | APA Study Guide | 11/20/2007 | J. Ryan | Paul Weibel; Fred Rapaport | Email sharing a link to informational resources to be referenced regarding the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039548 | MSFOIA_WH039549 | 0.7.72.82747 | | | Memorandum | Draft language for next set of 482 IDRs | 2/21/2008 | Paul Weibel | Not indicated on document | Preliminary language for inquiries from the Service seeking information in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039550 | MSFOIA_WH039550 | 0.7.72.82750 | | | Email | Section 6 Numbers | 1/15/2008 | Paul Weibel | Charles Davis; JoAnn Cutler; Fred Rapaport; Alton White | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039554 | MSFOIA_WH039554 | 0.7.72.82752 | | | Email | Net present value various years | 1/15/2008 | Fred Rapaport | Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 908 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039564 | MSFOIA_WH039565 | 0.7.72.53406 | | | Email | RE: IDR's | 2/25/2008 | Michael Aarstol; | Joy Yen; Paul Weibel; Fred Rapaport | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039567 | MSFOIA_WH039569 | 0.7.72.82748 | | | Email | RE: CIP | 5/20/2008 | Fred Rapaport | Paul Weibel; William McCarthy, Joy Yen; Aarstol Michael P; Ryan James E | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039570 | MSFOIA_WH039571 | 0.7.72.82753 | | | Email | RE: Chuck & Pat | 5/19/2008 | Paul Weibel | Alton White; J. Ryan; Joy Yen; Fred Rapaport; Cheryl Potop-Jackson; Michael Aarstol | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039572 | MSFOIA_WH039572 | 0.7.72.82755 | | | Email | RE: Intercompany Transactions - Transfer Pricing Resources | 11/8/2007 | J. Tamaki | Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039573 | MSFOIA_WH039576 | 0.7.72.82763 | | | Spreadsheet | Summary of Buy-in Payments | 9/8/2007 | Fred Rapaport | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039577 | MSFOIA_WH039577 | 0.7.72.82203 | | | Memorandum | Conference Call Discussion | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Internal notes from meeting with taxpayer discussing issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039582 | MSFOIA_WH039584 | 0.7.72.84162 | | | Email | RE: M... 04-06 AUDIT case - revised timeline and work statements for outside experts | 11/26/2007 | Michael Aarstol | William McCarthy; Alton White; Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; Joy Yen | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039585 | MSFOIA_WH039586 | 0.7.72.84132 | | | Spreadsheet | None provided on document | 10/19/2007 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 909 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039587 | MSFOIA_WH039590 | 0.7.72.84158 | | | Memo | International Examiner Audit Plan | 10/17/2007 | Cheryl Potop-Jackson; Joy Yen; Michael Aarstol | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039591 | MSFOIA_WH039592 | 0.7.72.84156 | | | Memorandum | Microsoft 2004-2006 Audit Case – Status Report | 10/11/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039595 | MSFOIA_WH039596 | 0.7.72.84175 | | | Spreadsheet | None provided on document | 2007 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039597 | MSFOIA_WH039597 | 0.7.72.84141 | | | Email | Americas Cost Sharing Agmt | 10/16/2007 | Paul Weibel | Joy Yen; Fred Rapaport; Michael Aarstol | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039598 | MSFOIA_WH039599 | 0.7.72.81582 | | | Email | RE: MS... 04-06 AUDIT case - research on acquisitions and followup IDRs | 3/31/2008 | Joy Yen | Michael Aarstol; Fred Rapaport; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039601 | MSFOIA_WH039601 | 0.7.72.81570 | | | Email | Acquisition Buy-in IDR 2031 and 2031 | 5/19/2008 | Joy Yen | Fred Rapaport; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039602 | MSFOIA_WH039662 | 0.7.72.95758 | | | Contract | Award/Contract | 7/3/2008 | Kathleen Spinetti | Ceteris | Unsigned draft contract with outside expert containing summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination.. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039663 | MSFOIA_WH039666 | 0.7.72.96112 | | | Memorandum | Sample questions for KPMG regarding Americas Buy-in Report | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039667 | MSFOIA_WH039669 | 0.7.72.96367 | | | Memorandum | Sample questions for E&Y regarding APAC Report | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 910 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039671 | MSFOIA_WH039671 | 0.7.72.95209 | | | Spreadsheet | PHASE 2: Review of Taxpayer's Appraisal Reports | 10/9/2008 | Ceteris | Not indicated on document | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039673 | MSFOIA_WH039674 | 0.7.72.95755 | | | Memorandum | Status Report - LMSB Outside Expert Contract | 10/15/2008 | Not indicated on document | Not indicated on document | Description of issues, timeline, amounts paid to contractor, and decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039675 | MSFOIA_WH039675 | 0.7.72.53318 | | | Email | Follow-up IDR E&Y model | 10/16/2008 | Joy Yen | Paul Weibel; Fred Rapaport | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039678 | MSFOIA_WH039678 | 0.7.72.96004 | | | Email | RE: Revised contract | 10/17/2008 | Paul Weibel | Ceteris; Michelle Johnson | Discussion between IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039679 | MSFOIA_WH039680 | 0.7.72.96050 | | | Email | RE: TIRWR-08-C-00022 Notification of 85% on phase 2 | 10/17/2008 | Paul Weibel | Cheryl Potop-Jackson; Alton White, Charles Davis; Julie Izumoto; JoAnn Cutler | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039681 | MSFOIA_WH039682 | 0.7.72.96057 | | | Memorandum | Topic Areas for Interview with KPMG regarding Americas Buy-in Report | 11/3/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039683 | MSFOIA_WH039684 | 0.7.72.95007 | | | Memorandum | Topic Areas for Interview with E&Y regarding APAC Buy-in Report | 11/4/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039685 | MSFOIA_WH039685 | 0.7.72.95494 | | | Email | RE: TIRWR-08-C-00022 Notification of 85% on phase 2 | 10/17/2008 | Julie izumoto | Paul Weibel; Cheryl Potop-Jackson; Charles Davis; JoAnn Cutler | Discussion among examiners regarding decisions with respect to contract for expert services. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 911 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039686 | MSFOIA_WH039686 | 0.7.72.96192 | | | Email | RE: Bernard 10-23-2008.doc | 10/23/2008 | William McCarthy | Charles Davis; Cheryl Potop-Jackson; Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039688 | MSFOIA_WH039689 | 0.7.72.81949 | | | Resume | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/21/2006 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039690 | MSFOIA_WH039691 | 0.7.72.81926 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/11/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel | Discussion between IRS and potential contractor considered for hire by the Service with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039705 | MSFOIA_WH039714 | 0.7.72.82369 | | | Memorandum | Audit Status Meeting October 16, 2008 | 10/16/2008 | Chuck Davis; Cheryl Potop-Jackson; Greg Atwood; Marie Ishii; Karen Beard; Jon Gee | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039715 | MSFOIA_WH039715 | 0.7.72.84676 | | | Email | Agreement List | 10/28/2008 | Paul Weibel | William McCarthy, Fred Rapaport | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039716 | MSFOIA_WH039726 | 0.7.72.95248 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039727 | MSFOIA_WH039737 | 0.7.72.96152 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/12/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 912 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039738 | MSFOIA_WH039748 | 0.7.72.95628 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/12/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039750 | MSFOIA_WH039751 | 0.7.72.84463 | | | Email | FW: Agreements Cost Share | 10/28/2008 | Michelle Korbas | Paul Weibel; Fred Rapaport; William McCarthy; Caroline Chen; Laurel Robinson | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039752 | MSFOIA_WH039752 | 0.7.72.84578 | | | Email | RE: Agreement List | 10/28/2008 | Fred Rapaport | Paul Weibel, cc: William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039756 | MSFOIA_WH039757 | 0.7.72.84352 | | | Email | RE: Agreements Cost Share | 11/19/2008 | Fred Rapaport | Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039758 | MSFOIA_WH039759 | 0.7.72.84568 | | | Email | Americas Agreements Cost Share/Buy-in | 11/19/2008 | Paul Weibel | Michelle Korbas; cc: Fred Rapaport, William McCarthy, C.Chen, Laurel Robinson | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039764 | MSFOIA_WH039765 | 0.7.72.82325 | | | Memorandum | Exhibit 1 | 2/6/2009 | Not indicated on document | Not indicated on document | Information regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039766 | MSFOIA_WH039767 | 0.7.72.53521 | | | Email | RE: IDR Assistance | 2/6/2009 | Joy Yen | William McCarthy; Paul Weibel; Fred Rapaport | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 913 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039773 | MSFOIA_WH039782 | 0.7.72.96387 | | | Workpaper | None provided on document | 2/26/2009 | Not indicated on document | Not indicated on document | Backgrounds and questions for Microsoft interviewees, and calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayer's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039783 | MSFOIA_WH039784 | 0.7.72.54062 | | | Email | RE: IDR Re-word? | 3/2/2009 | Justin Radziewicz | Paul Weibel | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039785 | MSFOIA_WH039785 | 0.7.72.54032 | | | Email | Fax received | 3/17/2009 | Ceteris | Paul Weibel | Discussion among examiners and expert services contractor regarding decisions involved in examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039786 | MSFOIA_WH039786 | 0.7.72.53143 | | | Memorandum | Microsoft: Information Request #21 | 3/23/2009 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039787 | MSFOIA_WH039787 | 0.7.72.53103 | | | Memorandum | Microsoft: Information Request #22 | 3/23/2009 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039788 | MSFOIA_WH039789 | 0.7.72.82324 | | | Form | Travel Voucher | 2009/03 | Paul Weibel | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039792 | MSFOIA_WH039793 | 0.7.72.84592 | | | Email | RE: Your assistance (cs) | 3/26/2009 | Fred Rapaport | William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039798 | MSFOIA_WH039801 | 0.7.72.22210.1 | | | Form | Manual Travel Authorization | 2/11/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 914 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039802 | MSFOIA_WH039806 | 0.7.72.22210.2 | | | Memorandum | Funding Request | 1/22/2009 | Chuck Davis; Alton White | Maria Hwang | Discussion regarding decisions to be made with respect to travel for purposes of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039817 | MSFOIA_WH039820 | 0.7.72.136770.1 | | | Memorandum | Microsoft Puerto Rico 936 | Not dated | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039823 | MSFOIA_WH039823 | 0.7.72.136770.3 | | | Memorandum | Conference Call Discussion | 4/1/2008 | Not indicated on document | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039824 | MSFOIA_WH039825 | 0.7.72.136770.4 | | | Memorandum | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039828 | MSFOIA_WH039846 | 0.7.72.175031.1 | | | Spreadsheet | Significant § 482 Buy-in Cases | 6/1/2008 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. The information being withheld consists of advice prepared by Chief Counsel attorneys in response to a request for legal advice associated with the hazards of litigating specific transactions from plaintiff's audit. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039864 | MSFOIA_WH039924 | 0.7.72.213205 | | | Contract | Award/Contract | 7/2/2008 | Kathleen Spinetti | Ceteris | Unsigned draft contract with outside expert containing summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 915 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039925 | MSFOIA_WH039925 | 0.7.72.213209 | | | Memorandum | Request for Investigation for Contract | 7/23/2008 | Julie izumoto | National Background Investigations Center | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039926 | MSFOIA_WH039927 | 0.7.72.213174 | | | Memorandum | Contractor Risk Assessment Checklist | 7/15/2008 | Julie izumoto | Not indicated on document | Discussion regarding decisions involved in hiring expert services contractor to assist, indicating scope of resources allocated to examination. | (b)(2); (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039928 | MSFOIA_WH039928 | 0.7.72.213161 | | | Memorandum | Request for Investigation for Contract | 7/15/2008 | Julie izumoto | National Background Investigations Center | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039929 | MSFOIA_WH039929 | 0.7.72.213230 | | | Memorandum | Request for Investigation for Contract | 7/15/2008 | Julie izumoto | National Background Investigations Center | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039930 | MSFOIA_WH039948 | 0.7.72.213195 | | | Spreadsheet | None provided on document | 7/17/2008 | Julie izumoto | Not indicated on document | Information about contractors engaged for the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)6103(a); (b)(3)6103(e)(7); (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039949 | MSFOIA_WH039950 | 0.7.72.213148 | | | Letter | None provided on document | 7/21/2008 | Julie izumoto | Ceteris | Discussion about background investigation for contractor. | (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter addressed in the document. Contractor's privacy interest in background check information is not outweighed by any public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039952 | MSFOIA_WH039954 | 0.7.72.213171 | | | Memorandum | Examining Officer's Activity Record | 9/12/2008 | Julie izumoto | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 916 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH039959 | MSFOIA_WH040019 | 0.7.72.393298.1 | | | Contract | Award/Contract | 7/2/2008 | Kathleen Spinetti | Ceteris | Unsigned draft contract with outside expert containing summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040027 | MSFOIA_WH040027 | 0.7.72.395536.3 | | | Memorandum | Approval of Interim Staff-Like Access | 7/25/2008 | C. Baker | Julie Izumoto | Discussion regarding decisions involved in hiring expert services contractor assist, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040029 | MSFOIA_WH040030 | 0.7.72.391790 | | | Email | RE: Contract | 7/28/2008 | William McCarthy | Paul Weibel; Charles Davis | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040031 | MSFOIA_WH040033 | 0.7.72.391767 | | | Email | RE: Conference Call | 7/30/2008 | William McCarthy | Paul Weibel; cc: Charles Davis; JoAnn Cutler | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040034 | MSFOIA_WH040034 | 0.7.72.391767.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040035 | MSFOIA_WH040037 | 0.7.72.393636 | | | Email | RE: Conference Call | 7/30/2008 | Paul Weibel | Charles Davis; cc: JoAnn Cutler; William McCarthy; Alton White | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040038 | MSFOIA_WH040038 | 0.7.72.393636.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040052 | MSFOIA_WH040052 | 0.7.72.396352.1 | | | Memorandum | Microsoft: Information Request #5 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040053 | MSFOIA_WH040053 | 0.7.72.396352.2 | | | Memorandum | Microsoft: Information Request #4 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 917 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040054 | MSFOIA_WH040054 | 0.7.72.396352.3 | | | Memorandum | Microsoft: Information Request #3 | 8/29/2008 | M. Heiber | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040055 | MSFOIA_WH040055 | 0.7.72.396352.4 | | | Memorandum | Microsoft: Information Request #2 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040056 | MSFOIA_WH040056 | 0.7.72.396352.5 | | | Memorandum | Microsoft: Information Request #1 | 8/29/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040064 | MSFOIA_WH040064 | 0.7.72.397356 | | | Email | Chicago Meeting | 9/3/2008 | Paul Weibel | Fred Rapaport; Cheryl Potop-Jackson; J. Ryan; Joy Yen; Aarstol Michael P; Charles Davis; William McCarthy; Fred Rapaport; Cheryl Potop-Jackson; Ryan James E | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040065 | MSFOIA_WH040066 | 0.7.72.397356.1 | | | Memorandum | Ceteris-IRS Meeting Chicago | 8/28/2008 | Paul Weibel | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040070 | MSFOIA_WH040072 | 0.7.72.55046 | | | Memorandum | CIC Case Completion Risk Assessment | 10/16/2007 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040073 | MSFOIA_WH040073 | 0.7.72.55250 | | | Workpaper | None provided on document | 6/4/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040074 | MSFOIA_WH040076 | 0.7.72.54533 | | | Memorandum | CIC Case Completion Risk Assessment | 9/12/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 918 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040077 | MSFOIA_WH040080 | 0.7.72.54951 | | | Memorandum | CIC Case Completion Risk Assessment | 7/8/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040081 | MSFOIA_WH040084 | 0.7.72.54898 | | | Memorandum | CIC Case Completion Risk Assessment | 7/8/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040085 | MSFOIA_WH040088 | 0.7.72.54637 | | | Memorandum | CIC Case Completion Risk Assessment | 5/27/2008 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040090 | MSFOIA_WH040092 | 0.7.72.394625.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided by Microsoft to examiners which was in turn provided to expert services contractor for particular scrutiny with respect to issues regarding which contractor's expertise was sought. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040093 | MSFOIA_WH040093 | 0.7.72.394625.2 | | | Memorandum | Microsoft: Information Request #7 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040094 | MSFOIA_WH040095 | 0.7.72.394625.3 | | | Memorandum | Microsoft: Information Request # 9 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040096 | MSFOIA_WH040096 | 0.7.72.394625.4 | | | Memorandum | Microsoft: Information Request # 9 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040097 | MSFOIA_WH040097 | 0.7.72.394625.5 | | | Memorandum | Microsoft: Information Request #6 | 9/23/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040102 | MSFOIA_WH040102 | 0.7.72.397504 | | | Email | IDR's | 10/6/2008 | Paul Weibel | Cheryl Potop-Jackson; Fred Rapaport; Joy Yen | Email transmitting IDRs | NO EXEMPTIONS ASSERTED | |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 919 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040103 | MSFOIA_WH040103 | 0.7.72.397504.1 | | | Form | Department of the Treasury Internal Revenue Service Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Draft of information document request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040104 | MSFOIA_WH040104 | 0.7.72.397504.2 | | | Form | Department of the Treasury Internal Revenue Service Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Draft of information document request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040112 | MSFOIA_WH040115 | 0.7.72.393806.1 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040116 | MSFOIA_WH040119 | 0.7.72.393806.2 | | | Memorandum | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040123 | MSFOIA_WH040123 | 0.7.72.393589.1 | | | Spreadsheet | PHASE 2: Review of Taxpayer's Appraisal Reports | 10/9/2008 | Ceteris | Not indicated on document | Invoice amounts, hours worked, bank account number, tax ID number, and other invoice details. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (5)/Deliberative Process Privilege; (b)(4); (b)(7)(A) | TIN is return information of a third party taxpayer, which the IRS is not authorized to disclose to Microsoft. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. Bank account number of government contractor constitutes financial information expected to be kept confidential, and whose disclosure could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040126 | MSFOIA_WH040127 | 0.7.72.393051 | | | Email | RE: TIRWR-08-C-00022 Notification of 85% on phase 2 | 10/10/2008 | Paul Weibel | Charles Davis; Julie Izumoto; JoAnn Cutler; Cheryl Potop-Jackson; Alton White | Discussion among examiners regarding decisions to be made with respect to expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040134 | MSFOIA_WH040134 | 0.7.72.395081 | | | Email | FW: Revised contract | 10/16/2008 | Paul Weibel | Charles Davis; Cheryl Potop-Jackson | Discussion including IRS and contractor regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040135 | MSFOIA_WH040135 | 0.7.72.393683 | | | Email | RE: TIRWR-08-C-00022 Notification of 85% on phase 2 | 10/17/2008 | Paul Weibel | Julie izumoto | Discussion including examiners regarding decisions to be made with respect to expert services contract | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 920 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040139 | MSFOIA_WH040139 | 0.7.72.400995 | | | Email | FW: Topics for Discussion with Report Preparers/Taxpayer on Nov. 3 - 4 | 10/22/2008 | Paul Weibel | Michael Aarstol; Joy Yen; Fred Rapaport; Charles Davis; Alton White; Cheryl Potop-Jackson; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040140 | MSFOIA_WH040141 | 0.7.72.400995.1 | | | Memorandum | Topic Areas for Interview with KPMG regarding Americas Buy-in Report | 11/3/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040142 | MSFOIA_WH040143 | 0.7.72.400995.2 | | | Memorandum | Topic Areas for Interview with E&Y regarding APAC Buy-in Report | 11/4/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040145 | MSFOIA_WH040145 | 0.7.72.391721 | | | Email | RE: Bernard 10-23-2008.doc | 10/23/2008 | Cheryl Potop-Jackson | Charles Davis; William McCarthy; Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040146 | MSFOIA_WH040147 | 0.7.72.391721.1 | | | Draft Letter | None provided on document | 10/23/2008 | Charles Davis | Microsoft Corporation | Draft letter to Microsoft counsel, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040148 | MSFOIA_WH040152 | 0.7.72.395600 | | | Email | RE: Rev Proc | 10/24/2008 | Cheryl Potop-Jackson | Mark Frost; Charles Davis | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040153 | MSFOIA_WH040154 | 0.7.72.395254 | | | Email | RE: Bernard 10-23-2008.doc | 10/24/2008 | Cheryl Potop-Jackson | Charles Davis; Paul Weibel | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040155 | MSFOIA_WH040159 | 0.7.72.398002 | | | Email | FW: Rev Proc | 10/24/2008 | Cheryl Potop-Jackson | Charles Davis | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 921 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040160 | MSFOIA_WH040164 | 0.7.72.392041 | | | Email | RE: Rev Proc | 10/27/2008 | Mark Frost | Charles Davis; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040165 | MSFOIA_WH040170 | 0.7.72.392003 | | | Email | FW: Rev Proc | 10/28/2008 | Charles Davis | Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040174 | MSFOIA_WH040175 | 0.7.72.397266.1 | | | Memorandum | IRS Marvin – Singapore, Puerto Rico & Redmond Interviews | 11/4/2008 | Ceteris | Paul Weibel | Summary of issues, preliminary analysis, timelines, and areas of interest for contractor with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040176 | MSFOIA_WH040176 | 0.7.72.397266.2 | | | Memorandum | Microsoft: Information Request #12 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040177 | MSFOIA_WH040177 | 0.7.72.397266.3 | | | Memorandum | Microsoft: Information Request #11 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040178 | MSFOIA_WH040178 | 0.7.72.397266.4 | | | Memorandum | Microsoft: Information Request #17 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040179 | MSFOIA_WH040179 | 0.7.72.397266.5 | | | Memorandum | Microsoft: Information Request #16 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040180 | MSFOIA_WH040180 | 0.7.72.397266.6 | | | Memorandum | Microsoft: Information Request #15 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040181 | MSFOIA_WH040181 | 0.7.72.397266.7 | | | Memorandum | Microsoft: Information Request #14 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 922 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040182 | MSFOIA_WH040182 | 0.7.72.397266.8 | | | Memorandum | Microsoft: Information Request #13 | 11/4/2008 | Ceteris | Paul Weibel | Memorandum from contractor to Service containing information sought in IDR request related to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040192 | MSFOIA_WH040202 | 0.7.72.396677.1 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040203 | MSFOIA_WH040213 | 0.7.72.396677.2 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040215 | MSFOIA_WH040225 | 0.7.72.391397.1 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040226 | MSFOIA_WH040236 | 0.7.72.391397.2 | | | PowerPoint Presentation | Ceteris' Preliminary Comments Regarding Review of Taxpayer's Appraisal Reports | 11/2/2008 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; FRCP 26(b) (expert materials); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Drafts of expert reports are protected from disclosure under FRCP 26(b)(3). Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040245 | MSFOIA_WH040245 | 0.7.72.396503.1 | | | Draft contract | TIRWR-08-C-00022_Phase 2_Draft APAC Report-15Dec08.pdf | 12/15/2008 | Not indicated on document | Not indicated on document | Draft of a portion of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040246 | MSFOIA_WH040246 | 0.7.72.396503.2 | | | Draft contract | TIRWR-08-C-00022_Phase 2_Draft Americas Report-15Dec08.pdf | 12/15/2008 | Not indicated on document | Not indicated on document | Draft of a portion of contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 923 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040247 | MSFOIA_WH040249 | 0.7.72.397202 | | | Email | RE: Buy-In Payment | 12/17/2008 | Joanne Zhang | Cheryl Potop-Jackson | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040252 | MSFOIA_WH040255 | 0.7.72.395699 | | | Email | FW: Manual Travel Authorization - Updated Routing Form | 2/11/2009 | Paul Weibel | Charles Davis | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040258 | MSFOIA_WH040260 | 0.7.72.395699.3 | | | Form | Authorization for Official Travel | 2/11/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040306 | MSFOIA_WH040306 | 0.7.72.398142.1 | | | Email | RE: TIRWR-08-C-00022 Notification of 85% on phase 2 | 10/17/2008 | Julie Izumoto | Paul Weibel; Charles Davis; Cheryl Potop-Jackson; JoAnn Cutler | Discussion among examiners regarding decisions with respect to contract for expert services | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040307 | MSFOIA_WH040307 | 0.7.72.398142.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040308 | MSFOIA_WH040309 | 0.7.72.402296 | | | Email | FW: Foreign Travel - Manual Travel Voucher Preparation | 3/18/2009 | Paul Weibel | William McCarthy; Joy Yen; Charles Davis | Discussion regarding decisions to be made with respect to planning and resources for the Microsoft examination. | (b)(6) and (b)(7)(C) | Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040310 | MSFOIA_WH040311 | 0.7.72.402296.1 | | | Form | Travel Voucher | 3/18/2009 | Paul Weibel | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040317 | MSFOIA_WH040317 | 0.7.72.55227 | | | Spreadsheet | Microsoft Corporation International Agent Issue Time Line | 3/20/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040318 | MSFOIA_WH040318 | 0.7.72.54412 | | | Spreadsheet | Microsoft Corporation International Agent Issue Time Line | 3/20/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 924 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040319 | MSFOIA_WH040319 | 0.7.72.55165 | | | Spreadsheet | UPDATED SUMMARY COMPLETION ISSUES TIMEFRAME | 1/30/2009 | Cheryl Potop-Jackson | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040321 | MSFOIA_WH040322 | 0.7.72.404764.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040323 | MSFOIA_WH040323 | 0.7.72.404764.2 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Draft treasury regulations, shared for discussion and comment. | (b)(5)/Deliberative Process Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040324 | MSFOIA_WH040324 | 0.7.72.404764.3 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Draft treasury regulations, shared for discussion and comment. | (b)(5)/Deliberative Process Privilege | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040325 | MSFOIA_WH040326 | 0.7.72.52293 | | | Workpaper | Acquisition Buy-ins - Status Update | 2/26/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040328 | MSFOIA_WH040330 | 0.7.72.250019.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040340 | MSFOIA_WH040342 | 0.7.72.238049.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040348 | MSFOIA_WH040349 | 0.7.72.234708 | | | Memorandum | MDK Notes | 10/3/2008 | Michelle Korbas | Not indicated on document | IRS attorney's notes regarding cases with potential for litigation. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040397 | MSFOIA_WH040398 | 0.7.72.213822.1 | | | Draft memo | None provided on document | 2/11/2009 | Not indicated on document | Not indicated on document | Preiminary draft memorandum discussing attributes sought for cases to be selected for a certain enforcement effort. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. The information being withheld consists of advice prepared by Chief Counsel attorneys in response to a request for legal advice associated with the hazards of litigating specific transactions from plaintiff's audit. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C. § 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040399 | MSFOIA_WH040400 | 0.7.72.222439 | | | Email | RE: Cases for discussion | 2/20/2009 | Stanley Perry | Michelle Korbas | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040401 | MSFOIA_WH040402 | 0.7.72.234730 | | | Email | RE: Cases for discussion | 2/20/2009 | Ahmad Shahshahani | Michelle Korbas; Stanley Perry; Catel Markos G | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040405 | MSFOIA_WH040500 | 0.7.72.249308.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 926 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040501 | MSFOIA_WH040502 | 0.7.72.251931 | | | Email | RE: Cases for discussion | 2/20/2009 | Markos Catel | Michelle Korbas; Stanley Perry; Ahmad Shahshahani | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040503 | MSFOIA_WH040598 | 0.7.72.234751 | | | Workpaper | None provided on document | 2/23/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040599 | MSFOIA_WH040694 | 0.7.72.237906 | | | Workpaper | None provided on document | 2/23/2009 | Not indicated on document | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040700 | MSFOIA_WH040702 | 0.7.72.252017 | | | Email | FW: VERITAS thoughts | 3/19/2009 | Michelle Korbas | Hester Rachel L; Caroline Chen | IRS attorney discussion regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040703 | MSFOIA_WH040705 | 0.7.72.252017.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040706 | MSFOIA_WH040706 | 0.7.72.245366 | | | Email | FW: My thoughts... | 3/19/2009 | Michelle Korbas | Robinson Laurel; Kenneth Christman; Christopher Bello | Discussion among agency employees and attorney regarding decisions involving analyzing issues being examined and legal advice being formulated by agency attorneys at examiners' request | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects information shared with attorneys to solicit advice to assist IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040709 | MSFOIA_WH040714 | 0.7.72.231916.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 927 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040718 | MSFOIA_WH040731 | 0.7.72.265296.1 | | | Memorandum | With WAM June '08 Activity | 7/8/2008 | William McCarthy | Not indicated on document | Internal Case History summary prepared by Counsel, describing confidential thoughts and communications of agency attorney regarding the examination and advice requested by examiners. | (b)(3)/IRC § 6103(a); (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Attorney Work Product; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency (including the Office of Chief Counsel), in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions. It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. The information being withheld consists of information subject to the attorney client privilege which protects confidential communications between an attorney and client relating to a legal matter for which the client has sought professional advice. The privilege also applies to agency counsel who provides guidance to the agency. The privilege extends not only to facts divulged by a client to his attorney in confidence, but also to opinions rendered by an attorney to his client based upon those facts. The attorney-client privilege protects confidential inter-attorney communications as well as confidential attorney-client communications. The information being withheld consists of information subject to the work product doctrine which protects documents and other memoranda prepared by an attorney in contemplation of litigation. The doctrine extends not only to documents prepared by an attorney, but also to those working under the direction of an attorney. The information being withheld consists of advice prepared by Chief Counsel attorneys in response to a request for legal advice associated with the hazards of litigating specific transactions from plaintiff's audit. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7). Further, certain information is withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a), as it consists of Federal tax return information of third party taxpayer(s) to which plaintiff is not entitled. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040732 | MSFOIA_WH040732 | 0.7.72.264897 | | | Email | Microsoft | 10/1/2009 | Michelle Korbas | William McCarthy | IRS attorney discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040736 | MSFOIA_WH040737 | 0.7.72.266920.1 | | | Draft Letter | None provided on document | 10/23/2008 | Charles Davis | Microsoft Corporation | Draft letter to Microsoft counsel, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040754 | MSFOIA_WH040757 | 0.7.72.266954 | | | Form | Manual Travel Authorization | 2/9/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040758 | MSFOIA_WH040761 | 0.7.72.264373 | | | Form | Manual Travel Authorization | 2/10/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 928 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040780 | MSFOIA_WH040832 | 0.7.72.270079.1 | | | Spreadsheet | LMSB Outside Expert Program Summary | 6/30/2008 | Not indicated on document | Not indicated on document | Internal Service report including preliminary case analysis and information about the use of experts in the Microsoft examination and the examinations of taxpayers who are not Microsoft. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the investigations being discussed. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, limits, and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040833 | MSFOIA_WH040833 | 0.7.72.270079.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040835 | MSFOIA_WH040838 | 0.7.72.344221.1 | | | Form | Manual Travel Authorization | 2/11/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040839 | MSFOIA_WH040843 | 0.7.72.344221.2 | | | Memorandum | Funding Request | 1/22/2009 | Chuck Davis; Alton White | Maria Hwang | Discussion regarding decisions to be made with respect to travel for purposes of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040849 | MSFOIA_WH040849 | 0.7.72.331249.1 | | | Memorandum | Microsoft | 2/12/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040852 | MSFOIA_WH040866 | 0.7.72.299787.1 | | | Memorandum | Microsoft | 2/12/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040863 | MSFOIA_WH040866 | 0.7.72.352736.1 | | | Form | Manual Travel Authorization | 2/12/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM      Document 66-3      Filed 08/22/22      Page 929 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040867 | MSFOIA_WH040871 | 0.7.72.352736.2 | | | Memorandum | Funding Request | 1/22/2009 | Chuck Davis; Alton White | Maria Hwang | Discussion regarding decisions to be made with respect to travel for purposes of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040893 | MSFOIA_WH040902 | 0.7.72.374826.1 | | | Notes | Audit Status Meeting | 10/20/2008 | Cheryl Potop-Jackson | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040903 | MSFOIA_WH040904 | 0.7.72.378788 | | | Email | Puerto Rico W/H Taxes | 11/4/2008 | Douglas Odell | LaRusso Richard; Paul Weibel | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040905 | MSFOIA_WH040906 | 0.7.72.378788.1 | | | Memorandum | Department of the Treasury Internal Revenue Service Information Document Request | 11/1/2008 | Paul Weibel | Microsoft Corporation | Draft of IRS memorandum seeking information from Microsoft regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040926 | MSFOIA_WH040926 | 0.7.72.364276.1 | | | Notes | Conference Call Discussion §199 DPGR Income and Cost Share Buy-In | 12/2/2008 | Not indicated on document | Not indicated on document | Internal notes from meeting discussing issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice and the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040944 | MSFOIA_WH040946 | 0.7.72.369734 | | | Email | RE: Buy-In Payment | 12/17/2008 | Cheryl Potop-Jackson | Christopher Bello; Schnuriger Robert L; Zhang Joanne J; Corradi Jean; Frost Sandra M; Buxbaum Charles E; Tamaki Jon A; Handleman Paul F; Paul Weibel; Fred Rapaport; Douglas Odell; Alton White; Charles Davis; Marie Ishii; Joy Yen; William McCarthy | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040966 | MSFOIA_WH040968 | 0.7.72.376207.1 | | | Workpaper | ISSUE: Cost Sharing – Cost Pools | 3/13/2014 | Douglas Odell | Not indicated on document | Preliminary agenda for meeting to discuss issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 930 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040978 | MSFOIA_WH040979 | 0.7.72.367756 | | | Email | Amortization of PY Acquisitions | 3/2/2009 | Douglas Odell | Joy Yen; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040982 | MSFOIA_WH040983 | 0.7.72.373991 | | | Email | IDRs 2108 (Acquisitions) | 3/18/2009 | Douglas Odell | Joy Yen ; Paul Weibel; Joy Yen; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040983 | MSFOIA_WH040984 | 0.7.72.369624 | | | Email | RE: IDRs 2108 (Acquisitions) | 3/18/2009 | Joy Yen | Douglas Odell ; Paul Weibel; Cheryl Potop-Jackson | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040985 | MSFOIA_WH040985 | 0.7.72.370458 | | | Email | RE: IDRs 2108 (Acquisitions) | 3/18/2009 | Douglas Odell | Joy Yen ; Paul Weibel; Cheryl Potop-Jackson; Douglas Odell; Fred Rapaport | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040988 | MSFOIA_WH040992 | 0.7.72.424034 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH040993 | MSFOIA_WH041002 | 0.7.72.424367 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041003 | MSFOIA_WH041035 | 0.7.72.423384 | | | Spreadsheet | Summary Report for August 2008 CSA Inventory | 2008/08 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041036 | MSFOIA_WH041090 | 0.7.72.422613 | | | Spreadsheet | CSA Database Closed Cases | 8/7/2008 | Not indicated on document | Not indicated on document | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 931 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041091 | MSFOIA_WH041098 | 0.7.72.422539 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041099 | MSFOIA_WH041103 | 0.7.72.422980 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041104 | MSFOIA_WH041108 | 0.7.72.422581 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041109 | MSFOIA_WH041109 | 0.7.72.423660 | | | Spreadsheet | Cost Sharing Cases - In-Process Inventory | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041110 | MSFOIA_WH041110 | 0.7.72.423215 | | | Spreadsheet | Cost Sharing Cases - In-Process Inventory | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041111 | MSFOIA_WH041142 | 0.7.72.423222 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041143 | MSFOIA_WH041174 | 0.7.72.422557 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041175 | MSFOIA_WH041176 | 0.7.72.422425 | | | Spreadsheet | None provided on document | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. Identifies and discusses preliminary strategy for cases designated for litigation. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Work Product Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Summary were prepared by attorneys in contemplation of litigation. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041177 | MSFOIA_WH041263 | 0.7.72.424163 | | | Spreadsheet | TIER I CSA CASE LIST | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041264 | MSFOIA_WH041288 | 0.7.72.422281 | | | Spreadsheet | CSA Database Closed Cases | 12/10/2008 | Not indicated on document | Not indicated on document | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041289 | MSFOIA_WH041307 | 0.7.72.423493 | | | Spreadsheet | CSA Database Closed Cases | 12/10/2008 | Not indicated on document | Not indicated on document | Information about the examination of a taxpayer who is not Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041308 | MSFOIA_WH041322 | 0.7.72.422626 | | | Spreadsheet | Summary Report for June 2008 CSA Inventory | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041323 | MSFOIA_WH041337 | 0.7.72.422928 | | | Spreadsheet | Summary Report for June 2008 CSA Inventory | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 933 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041338 | MSFOIA_WH041408 | 0.7.72.422719 | | | Spreadsheet | Cost Sharing Buy-in by Case | 11/3/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041409 | MSFOIA_WH041419 | 0.7.72.422800 | | | Memorandum | Tier I Report Sec. 482 Cost Sharing Buy-in | 12/10/2008 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. Identifies and discusses preliminary strategy for cases designated for litigation. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney-Client Privilege, and Work Product Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Summary were prepared by attorneys in contemplation of litigation. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041420 | MSFOIA_WH041515 | 0.7.72.423618 | | | Spreadsheet | None provided on document | 2/20/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041516 | MSFOIA_WH041600 | 0.7.72.423945 | | | Spreadsheet | None provided on document | 2/20/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041602 | MSFOIA_WH041605 | 0.7.72.477931.1 | | | Form | Manual Travel Authorization | 2/10/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041609 | MSFOIA_WH041609 | 0.7.72.478831.1 | | | Workpaper | Microsoft | 2/11/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 934 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041612 | MSFOIA_WH041612 | 0.7.72.459119.1 | | | Workpaper | Microsoft | 2/12/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041622 | MSFOIA_WH041625 | 0.7.72.474271.1 | | | Form | Manual Travel Authorization | 2/17/2009 | William McCarthy | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041626 | MSFOIA_WH041627 | 0.7.72.448493 | | | Email | RE: CIC Monitoring Reports w/ Counsel Reference | 1/20/2010 | Patricia Chaback | Laurel Robinson, cc: Barbara Leonard; Leonard Barbara M | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the examinations of Microsoft and of taxpayers who are not Microsoft. | (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. Disclosure of specific details about agency resources and goals would risk circumvention of the law. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041628 | MSFOIA_WH041640 | 0.7.72.448493.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041668 | MSFOIA_WH041761 | 0.7.72.511972.1 | | | Spreadsheet | None provided on document | 3/12/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041764 | MSFOIA_WH041857 | 0.7.72.500529.1 | | | Spreadsheet | None provided on document | 3/13/2009 | Not indicated on document | Not indicated on document | Summary of issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination and examinations of taxpayers who are not Microsoft, shared for discussion and comment. | (b)(3)/6103(a); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041865 | MSFOIA_WH041925 | 0.7.72.561581.1 | | | Draft Contract | Award/Contract | 7/2/2008 | Kathleen Spinetti | Ceteris | Unsigned draft contract with outside expert containing summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination.. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 935 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041926 | MSFOIA_WH041927 | 0.7.72.587592 | | | Email | Conference Call Change | 7/30/2008 | Paul Weibel | Alton White; Ryan James E; Fred Rapaport; Charles Davis; Cheryl Potop-Jackson; Ahmad Shahshahani; Joy Yen; Aarstol Michael P; William McCarthy ; cc: Julie Izumoto; JoAnn Cutler; Julie Izumoto; JoAnn Cutler | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041928 | MSFOIA_WH041928 | 0.7.72.587592.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041930 | MSFOIA_WH041937 | 0.7.72.587266.1 | | | Memorandum | MS...04-06 AUDIT case | 4/21/2008 | Paul Weibel | Not indicated on document | Summary of issues, preliminary analysis progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041938 | MSFOIA_WH041939 | 0.7.72.586587 | | | Workpaper | IDR IE-2069 Other Acquisition Buy-in Data | 8/1/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041942 | MSFOIA_WH041942 | 0.7.72.562969 | | | Email | FW: Marvin - Sample Interview Questions | 10/3/2008 | Paul Weibel | Fred Rapaport; Joy Yen; William McCarthy; Michael Aarstol; Aarstol Michael P | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects confidential communications made to attorneys for the purpose of obtaining legal advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into plaintiff's potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041943 | MSFOIA_WH041946 | 0.7.72.562969.1 | | | Memorandum | Sample questions for KPMG regarding Americas Buy-in Report | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041947 | MSFOIA_WH041950 | 0.7.72.562969.2 | | | Memorandum | Sample questions for E&Y regarding APAC Report | 10/2/2008 | Ceteris | Paul Weibel | Draft memorandum from contractor to Service containing discussion of information sought from accounting firm that prepared a report furnished to the Service during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041962 | MSFOIA_WH041963 | 0.7.72.580466 | | | Memorandum | Case Review | 10/15/2008 | Joy Yen | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 936 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041966 | MSFOIA_WH041966 | 0.7.72.571755 | | | Email | Follow-up IDR E&Y model | 10/16/2008 | Joy Yen | Paul Weibel; R. Rapaport; Fred Rapaport | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041967 | MSFOIA_WH041967 | 0.7.72.572749 | | | Email | RE: Follow-up IDR E&Y model | 10/16/2008 | Paul Weibel | Joy Yen; Fred Rapaport; Fred Rapaport | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041968 | MSFOIA_WH041968 | 0.7.72.560114 | | | Workpaper | IDR IE-2079 Valuation Studies 8 Acquisitions | 10/20/2008 | Paul Weibel | Not indicated on document | List of contents of a folder in the examination file, describing documents identified for use by, or created by, IRS exam team to aid in decisions regarding specific exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH041975 | MSFOIA_WH041975 | 0.7.72.578909.1 | | | Memorandum | Department of the Treasury Internal Revenue Service Information Document Request | 11/24/2008 | Paul Weibel | Microsoft Corporation | Draft of IRS memorandum seeking information from Microsoft regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042005 | MSFOIA_WH042007 | 0.7.72.585392.1 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042008 | MSFOIA_WH042011 | 0.7.72.585392.2 | | | Draft Form | Manual Travel Authorization | 2/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042012 | MSFOIA_WH042014 | 0.7.72.575497 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 937 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042017 | MSFOIA_WH042017 | 0.7.72.584311.1 | | | Draft Form | Staff Summary Sheet | 2/9/2009 | Joy Yen | Not indicated on document | Unsigned draft Staff Summary Sheet for case-related travel request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042018 | MSFOIA_WH042020 | 0.7.72.584311.2 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042021 | MSFOIA_WH042024 | 0.7.72.584311.3 | | | Draft Form | Manual Travel Authorization | 2/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042028 | MSFOIA_WH042030 | 0.7.72.575493.2 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042035 | MSFOIA_WH042037 | 0.7.72.577791.2 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042042 | MSFOIA_WH042042 | 0.7.72.572665.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042043 | MSFOIA_WH042043 | 0.7.72.572665.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 938 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042044 | MSFOIA_WH042046 | 0.7.72.572665.3 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042048 | MSFOIA_WH042048 | 0.7.72.569092 | | | Memorandum | Case-Related Travel to Singapore | 2/11/2009 | Joy Yen | David Jackson | Draft travel request for official travel for purposes of the Microsoft examination, communicating facts and preliminary recommendations to assist with decisions regarding use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042049 | MSFOIA_WH042049 | 0.7.72.566243 | | | Draft Form | Staff Summary Sheet | 2/9/2009 | Joy Yen | Not indicated on document | Unsigned draft Staff Summary Sheet for case-related travel request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042055 | MSFOIA_WH042055 | 0.7.72.576931.2 | | | Memorandum | Case-Related Travel to Singapore | 2/11/2009 | Joy Yen | David Jackson | Draft travel request for official travel for purposes of the Microsoft examination, communicating facts and preliminary recommendations to assist with decisions regarding use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042056 | MSFOIA_WH042058 | 0.7.72.576931.3 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft of a Travel Authorization Form describing prospective employee travel. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042059 | MSFOIA_WH042059 | 0.7.72.576931.4 | | | Draft Form | Staff Summary Sheet | 2/9/2009 | Joy Yen | Not indicated on document | Unsigned draft Staff Summary Sheet for case-related travel request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042064 | MSFOIA_WH042068 | 0.7.72.584480.1 | | | Memorandum | Funding Request | 1/22/2009 | Chuck Davis; Alton White | Maria Hwang | Discussion regarding decisions to be made with respect to travel for purposes of the Microsoft examination. | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 939 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042070 | MSFOIA_WH042070 | 0.7.72.584480.3 | | | Memorandum | Case-Related Travel to Singapore | 2/11/2009 | Joy Yen | David Jackson | Draft travel request for official travel for purposes of the Microsoft examination, communicating facts and preliminary recommendations to assist with decisions regarding use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042071 | MSFOIA_WH042073 | 0.7.72.584480.4 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042074 | MSFOIA_WH042074 | 0.7.72.584480.5 | | | Draft Form | Staff Summary Sheet | 2/9/2009 | Joy Yen | Not indicated on document | Unsigned draft Staff Summary Sheet for case-related travel request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042076 | MSFOIA_WH042076 | 0.7.72.560100 | | | Draft Form | Staff Summary Sheet | 2/9/2009 | Joy Yen | Not indicated on document | Unsigned draft Staff Summary Sheet for case-related travel request. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042077 | MSFOIA_WH042080 | 0.7.72.563175 | | | Email | FW: Manual Travel Authorization - Updated Routing Form | 2/11/2009 | Joy Yen | Vergara Fanny ; Ahmad Shahshahani | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042083 | MSFOIA_WH042083 | 0.7.72.563175.3 | | | Memorandum | Case-Related Travel to Singapore | 2/11/2009 | Joy Yen | David Jackson | Draft travel request for official travel for purposes of the Microsoft examination, communicating facts and preliminary recommendations to assist with decisions regarding use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042084 | MSFOIA_WH042086 | 0.7.72.563175.4 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 940 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042094 | MSFOIA_WH042094 | 0.7.72.587217.3 | | | Memorandum | Case-Related Travel to Singapore | 2/11/2009 | Joy Yen | David Jackson | Draft travel request for official travel for purposes of the Microsoft examination, communicating facts and preliminary recommendations to assist with decisions regarding use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042095 | MSFOIA_WH042097 | 0.7.72.587217.4 | | | Draft Form | Authorization for Official Travel | 3/4/2009 | Joy Yen | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(6) and (b)(7)(C); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Agency employee's privacy interest in information about business trip and family contact information is not outweighed by any public interest in this information. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042098 | MSFOIA_WH042100 | 0.7.72.572535 | | | Workpaper | ISSUE: Cost Sharing – Cost Pools | 7/16/2014 | Douglas Odell | Not indicated on document | Preliminary agenda for meeting to discuss issues, preliminary analysis, progress, employee responsibilities, and/or timelines for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042104 | MSFOIA_WH042113 | 0.7.72.577494.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Backgrounds and questions for Microsoft interviewees, and calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042114 | MSFOIA_WH042123 | 0.7.72.559043 | | | Workpaper | None provided on document | 2/26/2009 | Not indicated on document | Not indicated on document | Backgrounds and questions for Microsoft interviewees, and calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042124 | MSFOIA_WH042124 | 0.7.72.576935 | | | Workpaper | None provided on document | 2/27/2009 | Not indicated on document | Not indicated on document | Service employee's notes relating to decisions to be made in the Microsoft examination prepared by or modified by the Service. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042126 | MSFOIA_WH042134 | 0.7.72.564182.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042135 | MSFOIA_WH042135 | 0.7.72.579668 | | | Email | Amortization of PY Acquisitions | 3/2/2009 | Douglas Odell | Joy Yen; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042137 | MSFOIA_WH042138 | 0.7.72.566306 | | | Email | FW: Your assistance (cs) | 3/23/2009 | Paul Weibel | Joy Yen ; Fred Rapaport | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042139 | MSFOIA_WH042141 | 0.7.72.571689 | | | Email | FW: Foreign Travel - Manual Travel Voucher Preparation | 3/24/2009 | Paul Weibel | Charles Davis; William McCarthy; Joy Yen; | Discussion regarding decisions to be made with respect to planning and resources for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042142 | MSFOIA_WH042145 | 0.7.72.571689.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042146 | MSFOIA_WH042148 | 0.7.72.571689.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2014-12 (WH Batch 009) | Full | MSFOIA_WH042149 | MSFOIA_WH042150 | 0.7.72.571689.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042315 | MSFOIA_WH042319 | 0.7.72.94980 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport | Draft of a memo among examiners discussing decisions involved in obtaining a contract for expert services. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042320 | MSFOIA_WH042322 | 0.7.72.94985 | | | Email | RE: Stuff | 2/1/2008 | Aarstol Michael P | Paul Weibel (cc: Alton White; JoAnn Cutler); | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042323 | MSFOIA_WH042332 | 0.7.72.56349 | | | Worksheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/4/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Calculations and/or economic modeling relating to decisions to be made in the Microsoft examination prepared or modified by the Service and shared among agency employees for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042333 | MSFOIA_WH042333 | 0.7.72.81908 | | | Email | Re: Expert Services - Cost Sharing Buy-in Valuations | 2/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042334 | MSFOIA_WH042335 | 0.7.72.82014 | | | Email | Re: Expert Services - Cost Sharing Buy-in Valuations | 2/8/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042337 | MSFOIA_WH042337 | 0.7.72.81961 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/20/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042367 | MSFOIA_WH042376 | 0.7.72.81883 | | | Letter | None provided on document | 3/5/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; Charles Davis; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042377 | MSFOIA_WH042382 | 0.7.72.81884 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/5/2008 | Not indicated on document | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042383 | MSFOIA_WH042396 | 0.7.72.81882 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/5/2008 | Not indicated on document | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042397 | MSFOIA_WH042405 | 0.7.72.81880 | | | Letter | Expert Services, Cost Sharing Buy-In Valuations | 3/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Charles Davis; Paul Weibel; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)(6103(e)(7); (b)(5)Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 943 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042406 | MSFOIA_WH042498 | 0.7.72.81885 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/10/2008 | Not indicated on document | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042499 | MSFOIA_WH042499 | 0.7.72.82008 | | | Email | Outside Expert | 10/11/2007 | Alton White | Paul Weibel; | Discussion regarding potential contractor considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042502 | MSFOIA_WH042507 | 0.7.72.81916 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/5/2005 | Not indicated on document | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042524 | MSFOIA_WH042525 | 0.7.72.81906 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/7/2008 | Alton White | Paul Weibel; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042530 | MSFOIA_WH042530 | 0.7.72.81985 | | | Email | RE: Another Possibility | 2/13/2008 | Michael Aarstol | Paul Weibel; Ahmad Shahshahani; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042538 | MSFOIA_WH042539 | 0.7.72.82003 | | | memo | Recommendation for Expert Assistance | 12/17/2007 | William McCarthy | Charles Davis; | Communicating agency attorney's legal advice to inform examiners' decisions regarding whether to retain expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 944 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042540 | MSFOIA_WH042543 | 0.7.72.81990 | | | Draft Memo | Field Economist Timeline to Analyze Buy In Payments in Cost Sharing Arrangements in the Microsoft, Inc. 2004-2006 Audit Case [DRAFT] | 12/11/2007 | Joy Yen, Michael Aarstol | Ahmad Shahshahani; Chuck Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport | Draft of a memo among examiners discussing decisions involved in managing examination resources and arriving at a determination regarding certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042544 | MSFOIA_WH042546 | 0.7.72.81915 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/11/2007 | Joy Yen, Michael Aarstol | Ahmad Shahshahani; Chuck Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042549 | MSFOIA_WH042554 | 0.7.72.81960 | | | Draft Letter | Expert Services - Cost Sharing Buy-In Valuations | Not Dated | Not indicated on document | Not indicated on document | Discussion draft of letter to potential outside expert not ultimately chosen, communicating preliminary thoughts about analysis and strategy needed for exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042559 | MSFOIA_WH042572 | 0.7.72.81923 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/8/2008 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042573 | MSFOIA_WH042573 | 0.7.72.84460 | | | Notes | Summary of meeting with Bill McCarthy 9/27/07 | 9/27/2007 | Fred Rapaport | Not indicated on document | Notes communicating preliminary thoughts about exam issues, legal advice sought from agency attorney, and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042574 | MSFOIA_WH042575 | 0.7.72.81896 | | | agreement | Disclosure Statement | 2/22/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 945 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042576 | MSFOIA_WH042577 | 0.7.72.81979 | | | agreement | Disclosure Statement | 2/15/2008 | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042580 | MSFOIA_WH042580 | 0.7.72.81927 | | | Email | Additional Outside Expert | 2/15/2008 | Paul Weibel | Michael Aarstol; Cheryl Potop-Jackson; JoAnn Cutler; Julie Izumoto; | Discussion regarding decisions to be made with respect to the Microsoft examination. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042582 | MSFOIA_WH042587 | 0.7.72.81894 | | | Resume/Biography | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/5/2008 | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042588 | MSFOIA_WH042588 | 0.7.72.82024 | | | Email | RE: Non-Disclosure Statement | 2/15/2008 | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Privacy interest of individual who was not awarded contract in details about personal and professional experience is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042589 | MSFOIA_WH042590 | 0.7.72.81981 | | | Email | RE: Seattle Case | 2/21/2008 | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042591 | MSFOIA_WH042591 | 0.7.72.81986 | | | Email | RE: Seattle Case | 2/21/2008 | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042592 | MSFOIA_WH042597 | 0.7.72.82001 | | | Letter | Expert Services - Cost Sharing Buy-In Valuations | 2/19/2008 | Charles Davis | [Withheld – disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Letter to potential outside expert not ultimately chosen, communicating preliminary thoughts about analysis and strategy needed for exam. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 946 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042598 | MSFOIA_WH042599 | 0.7.72.81999 | | | Email | RE: Seattle Case | 2/22/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; K. Button; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042600 | MSFOIA_WH042601 | 0.7.72.81968 | | | Email | RE: Seattle Case | 2/19/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042602 | MSFOIA_WH042602 | 0.7.72.81937 | | | Email | RE: Seattle Case | 3/5/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042603 | MSFOIA_WH042604 | 0.7.72.81895 | | | Email | RE: FW: Expert Services - Cost Sharing Buy-in Valuations | 2/11/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042605 | MSFOIA_WH042605 | 0.7.72.81900 | | | Email | FW: Expert Services - Cost Sharing Buy-in Valuations | 2/7/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042606 | MSFOIA_WH042611 | 0.7.72.81913 | | | Letter | Expert Services - Cost Sharing Buy-In Valuations | 2/11/2008 | Charles Davis | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Letter to potential outside expert not ultimately chosen, communicating preliminary thoughts about analysis and strategy needed for exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042612 | MSFOIA_WH042613 | 0.7.72.82023 | | | Email | RE: Contract Proposal | 4/4/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042614 | MSFOIA_WH042615 | 0.7.72.81983 | | | agreement | Disclosure Statement | 2/11/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042616 | MSFOIA_WH042616 | 0.7.72.81975 | | | Email | Contract Proposal | 2/21/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042617 | MSFOIA_WH042619 | 0.7.72.81918 | | | Email | RE: FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; JoAnn Cutler; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042620 | MSFOIA_WH042620 | 0.7.72.81921 | | | Email | RE: FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042621 | MSFOIA_WH042622 | 0.7.72.81925 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/11/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042637 | MSFOIA_WH042637 | 0.7.72.95069 | | | Email | Section 6 Numbers | 1/15/2008 | Paul Weibel | Charles Davis; JoAnn Cutler; Fred Rapaport; Alton White; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042638 | MSFOIA_WH042653 | 0.7.72.96330 | | | memo | Performance Work Statement (PWS) | 3/10/2008 | JoAnn Cutler | Ceteris | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 948 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042654 | MSFOIA_WH042655 | 0.7.72.96047 | | | Workpaper | None provided on document | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a cost estimate document used to communicate preliminary thoughts and analysis to assist with decisions regarding hiring of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042656 | MSFOIA_WH042659 | 0.7.72.95489 | | | Draft Memo | Field Economist Timeline to Analyze Buy In Payments in Cost Sharing Arrangements in the Microsoft, Inc. 2004-2006 Audit Case [DRAFT] | 12/11/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; Ahmad Shahshahani; | Draft of a memo among examiners discussing decisions involved in managing examination resources and arriving at a determination regarding certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042660 | MSFOIA_WH042660 | 0.7.72.52502 | | | Draft IDR | None provided on document | 1/28/2008 | Paul Weibel | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042661 | MSFOIA_WH042666 | 0.7.72.96189 | | | Draft letter | Expert Services - Cost Sharing Buy-In Valuations | Not Dated | Charles Davis | Not indicated on document | Discussion draft of a letter to potential outside experts, for circulation among other examiners to solicit edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042667 | MSFOIA_WH042669 | 0.7.72.95685 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042670 | MSFOIA_WH042671 | 0.7.72.95703 | | | Workpaper | Summary of Buy-in Payments / Transfer Pricing | 3/10/2008 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042672 | MSFOIA_WH042674 | 0.7.72.95294 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; P. White; Fred Rapaport; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042675 | MSFOIA_WH042675 | 0.7.72.81887 | | | Email | RE: One More Question? | 2/12/2008 | William McCarthy | Paul Weibel; Michael Aarstol; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the hiring of expert services contractor for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042676 | MSFOIA_WH042677 | 0.7.72.81905 | | | Email | RE: Proposal | 2/20/2008 | Paul Weibel | Charles Davis; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the hiring of expert services contractor for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042678 | MSFOIA_WH042678 | 0.7.72.81907 | | | Email | Proposal | 3/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; D. Frisch; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042679 | MSFOIA_WH042679 | 0.7.72.82026 | | | Email | RE: One More Question? | 2/12/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042680 | MSFOIA_WH042680 | 0.7.72.82025 | | | Email | Proposal | 2/20/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; D. Frisch; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042681 | MSFOIA_WH042681 | 0.7.72.81987 | | | Email | Expert Services - Cost Sharing Buy-In Valuations | 2/7/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042682 | MSFOIA_WH042682 | 0.7.72.81995 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/27/2008 | Paul Weibel | Michael Aarstol; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042683 | MSFOIA_WH042684 | 0.7.72.82012 | | | Email | RE: Proposal | 2/20/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Charles Davis; William McCarthy; Alton White; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the hiring of expert services contractor for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042685 | MSFOIA_WH042685 | 0.7.72.81930 | | | Email | RE: One More Question? | 2/12/2008 | Paul Weibel | William McCarthy; | Discussion including IRS and IRS attorneys regarding decisions to be made with respect to the hiring of expert services contractor for the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042686 | MSFOIA_WH042687 | 0.7.72.81936 | | | Email | RE: Proposal | 2/26/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042694 | MSFOIA_WH042695 | 0.7.72.81998 | | | Agreement | Disclosure Statement | 2/20/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document communicating details sought for consideration of decision about regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042696 | MSFOIA_WH042701 | 0.7.72.81969 | | | Draft letter | Expert Services - Cost Sharing Buy-In Valuations | 2/11/2008 | Charles Davis | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion draft of a letter to a prospective expert services contractor discussing examiners' preliminary thoughts about how exam will be conducted and issues of focus. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 951 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042702 | MSFOIA_WH042707 | 0.7.72.95688 | | | Draft letter | Expert Services - Cost Sharing Buy-In Valuations | 2/11/2008 | Charles Davis | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion draft of a letter to a prospective expert services contractor discussing examiners' preliminary thoughts about how exam will be conducted and issues of focus. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042708 | MSFOIA_WH042708 | 0.7.72.82015 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/8/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042709 | MSFOIA_WH042709 | 0.7.72.82018 | | | Email | Expert Services - Cost Sharing Buy-in Valuations | 2/7/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042710 | MSFOIA_WH042710 | 0.7.72.81989 | | | Email | Expert Services - Cost Sharing Buy-in Valuations | 3/10/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042711 | MSFOIA_WH042711 | 0.7.72.81946 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042712 | MSFOIA_WH042712 | 0.7.72.52788 | | | Draft memo | None provided on document | 1/25/2008 | Paul Weibel | Not indicated on document | Discussion draft of language for a memo to communicate examiner's preliminary thoughts about issues being examined for purposes of a briefing. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042713 | MSFOIA_WH042751 | 0.7.72.84392 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Presentation provided by expert services contractor candidate. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 952 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042752 | MSFOIA_WH042780 | 0.7.72.95352 | | | Letter | None provided on document | 2/25/2008 | Ceteris | Charles Davis; | Expert response to questions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042781 | MSFOIA_WH042797 | 0.7.72.94981 | | | Draft memo | Performance Work Statement (PWS) | 4/1/2008 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042798 | MSFOIA_WH042803 | 0.7.72.94986 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 2/4/2008 | Not indicated on document | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/ IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042804 | MSFOIA_WH042805 | 0.7.72.94977 | | | Draft workpaper | None provided on document | 5/1/2008 | Not indicated on document | Not indicated on document | Independent Government Cost Estimate Expert Witness | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042806 | MSFOIA_WH042806 | 0.7.72.82388 | | | Workpaper | APAC Buy-In | 7/1/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042807 | MSFOIA_WH042815 | 0.7.72.82406 | | | Workpaper | None provided on document | 8/17/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042816 | MSFOIA_WH042816 | 0.7.72.82405 | | | Spreadsheet | International Agent Issue Time Line | 7/1/2008 | Paul Weibel | Not indicated on document | Document communicating examiners' preliminary thoughts regarding issues and activities of focus during examination, used to inform decisions regarding management of exam resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 953 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042817 | MSFOIA_WH042849 | 0.7.72.82449 | | | Spreadsheet | MS Initial Risk Analysis | 7/12/2007 | Paul Weibel | Not indicated on document | Document communicating analysis of issues being examined and preliminary detils about exam resource management, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042850 | MSFOIA_WH042851 | 0.7.72.84393 | | | Memo | QUESTIONS – CASE INFORMATION § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/23/2008 | Not indicated on document | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042852 | MSFOIA_WH042860 | 0.7.72.82395 | | | Notes | Audit Status Meeting | 3/5/2008 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042861 | MSFOIA_WH042862 | 0.7.72.82414 | | | Workpaper | None provided on document | 7/1/2008 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts and analysis regarding issues bineg examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042863 | MSFOIA_WH042866 | 0.7.72.82358 | | | Workpaper | Preliminary Commentary for International Examiner Audit Plan | 7/1/2008 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts and analysis regarding issues bineg examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042867 | MSFOIA_WH042887 | 0.7.72.84411 | | | PowerPoint Presentation | Microsoft Corp. | 7/1/2008 | Joy Yen | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 954 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042888 | MSFOIA_WH042890 | 0.7.72.82425 | | | Notes | Audit Status Meeting | 10/16/2007 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042896 | MSFOIA_WH042896 | 0.7.72.82242 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042897 | MSFOIA_WH042899 | 0.7.72.82124 | | | Email | Red Highlight Info | 5/20/2008 | Paul Weibel | James Ryan, Fred Rapaport, Joy Yen | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042900 | MSFOIA_WH042900 | 0.7.72.82139 | | | Email | PS | 5/20/2008 | Paul Weibel | J. Ryan; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042901 | MSFOIA_WH042902 | 0.7.72.84692 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/5/2007 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042905 | MSFOIA_WH042921 | 0.7.72.82010 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 4/10/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 955 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042922 | MSFOIA_WH042923 | 0.7.72.81952 | | | Letter | None provided on document | Not Dated | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion draft of letter regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042924 | MSFOIA_WH042925 | 0.7.72.81891 | | | Email | RE: Redmond Cost Share Case | 4/17/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042926 | MSFOIA_WH042927 | 0.7.72.81904 | | | Email | RE: Redmond Cost Share Case | 4/17/2008 | Paul Weibel | A. Shahahani, Michael Aarstol, Joy Yen, Alton White, Fred Rapaport, Charles Davis, Cheryl Potop-Jackson, Julie Izumoto, JoAnn Cutler, William McCarthy; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042928 | MSFOIA_WH042929 | 0.7.72.81993 | | | Email | RE: Redmond Cost Share Case | 5/2/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042930 | MSFOIA_WH042930 | 0.7.72.81953 | | | Email | Re: IRS Proposal | 4/2/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042931 | MSFOIA_WH042932 | 0.7.72.81977 | | | Email | RE: Redmond Cost Share Case | 4/17/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042933 | MSFOIA_WH042934 | 0.7.72.81892 | | | Draft letter | None provided on document | Not Dated | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Draft Letter to non-selected outside expert | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 956 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042935 | MSFOIA_WH042940 | 0.7.72.82005 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/1/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042941 | MSFOIA_WH042944 | 0.7.72.82011 | | | Email | RE: Contract Proposal | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042945 | MSFOIA_WH042946 | 0.7.72.81934 | | | Memo | Fee estimates for taxpayer cost sharing issues | 7/1/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Responses from outside expert being considered for possible contract to examiners' questions.  This contractor was not ultimately selected. | (b)(3)/6103(e)(7); (b)(4); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary estimates and other information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042947 | MSFOIA_WH042948 | 0.7.72.81889 | | | Email | RE: Contract Proposal | 3/14/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042949 | MSFOIA_WH042950 | 0.7.72.81912 | | | Email | RE: Contract Proposal | 3/13/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042951 | MSFOIA_WH042952 | 0.7.72.81911 | | | Email | RE: Contract Proposal | 3/18/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 957 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042953 | MSFOIA_WH042956 | 0.7.72.81948 | | | Email | RE: Contract Proposal | 3/24/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042957 | MSFOIA_WH042958 | 0.7.72.81973 | | | Email | RE: Contract Proposal | 3/17/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; William McCarthy | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042959 | MSFOIA_WH042961 | 0.7.72.81924 | | | Email | RE: Contract Proposal | 3/18/2008 | Michael Aarstol | Paul Weibel, cc: William McCarthy; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042962 | MSFOIA_WH042964 | 0.7.72.81941 | | | Email | RE: Contract Proposal | 3/18/2008 | William McCarthy | Paul Weibel, Michael Aarstol; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042965 | MSFOIA_WH042966 | 0.7.72.96313 | | | Email | FW: re: RTS REQUEST # L-8-L3-01-E5-F03 Expert | 5/8/2008 | JoAnn Cutler | Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042970 | MSFOIA_WH042971 | 0.7.72.95970 | | | Workpaper | None provided on document | 3/26/2008 | JoAnn Cutler | Not indicated on document | Draft of a cost estimate document used to communicate preliminary thoughts and analysis to assist with decisions regarding hiring of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042972 | MSFOIA_WH042975 | 0.7.72.95894 | | | Email | RE: Non-Selected Outside Experts | 5/3/2008 | JoAnn Cutler | Julie Izumoto; Paul Weibel; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 958 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042976 | MSFOIA_WH042982 | 0.7.72.81959 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 3/26/2008 | Paul Weibel | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042981 | MSFOIA_WH042982 | 0.7.72.81938 | | | Agreement | Disclosure Statement | 3/26/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042983 | MSFOIA_WH042983 | 0.7.72.81901 | | | Email | Statement of Work | 4/15/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042984 | MSFOIA_WH042984 | 0.7.72.81992 | | | Email | Contract - background checks | 4/9/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; cc: [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042985 | MSFOIA_WH042985 | 0.7.72.81962 | | | Email | MS... 04-06 AUDIT case - references for experts | 4/16/2008 | Michael Aarstol | Ahmad Shahshahani; cc: Paul Weibel; Cheryl Potop-Jackson; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042986 | MSFOIA_WH042986 | 0.7.72.81980 | | | Email | RE: Proposal | 3/10/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042987 | MSFOIA_WH042987 | 0.7.72.81939 | | | Email | References | 4/9/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; cc: [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 959 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042988 | MSFOIA_WH042988 | 0.7.72.81940 | | | Email | Re: IRS Proposal | 4/1/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH042989 | MSFOIA_WH042990 | 0.7.72.81917 | | | Draft letter | None provided on document | Not Dated | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Information submitted by prospective expert services contractor who was not ultimately selected for hire, to be used by examiners to make decisions regarding hiring of contractor and overall exam strategy. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043000 | MSFOIA_WH043000 | 0.7.72.82751 | | | Draft IDR | None provided on document | Not Dated | Paul Weibel | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043001 | MSFOIA_WH043002 | 0.7.72.95719 | | | Draft letter | None provided on document | 10/23/2008 | Charles Davis | Microsoft Corporation | Unsigned discussion draft of a letter, to be shared with other examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043003 | MSFOIA_WH043003 | 0.7.72.95046 | | | Email | Outside expert assistance add'l buy-in analysis | 11/19/2008 | Cheryl Potop-Jackson | Paul Weibel; Fred Rapaport; Douglas Odell; William McCarthy; Joy Yen; cc: Charles Davis; Alton White; | Discussion regarding potential contractor being considered for hire by the Service with respect to the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043008 | MSFOIA_WH043008 | 0.7.72.84535 | | | Email | RE: CSA Question | 9/24/2008 | Fred Rapaport | William McCarthy, Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 960 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043009 | MSFOIA_WH043009 | 0.7.72.82578 | | | Email | documents | 9/29/2008 | Fred Rapaport | William McCarthy, Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043010 | MSFOIA_WH043010 | 0.7.72.95101 | | | Draft workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/13/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043011 | MSFOIA_WH043011 | 0.7.72.95615 | | | Email | Court Reporter | 1/14/2009 | Alton White | Charles Davis, Paul Weibel, JoAnn Cutler | Internal discussion regarding preliminary planning decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043022 | MSFOIA_WH043023 | 0.7.72.95428 | | | Email | RE: Court Reporter | 1/14/2009 | Paul Wiebel | Charles Davis, Alton White, Cheryl Potop-Jackson | Internal discussion regarding preliminary planning decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043025 | MSFOIA_WH043026 | 0.7.72.82336 | | | Email | RE: Travel Authorization | 1/14/2009 | Paul Wiebel | William McCarthy | Internal discussion regarding preliminary planning decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043027 | MSFOIA_WH043028 | 0.7.72.95158 | | | Memo | Budget Assessment Report, TIRWR-08-C-00022 | 1/26/2009 | Ceteris | Julie Izumoto; | Communicating assessment of resources allocated for examination, to assist with decisions being made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043029 | MSFOIA_WH043029 | 0.7.72.83166 | | | Draft IDR | Form 4564 Information Document Request | 3/2/2009 | Douglas Odell | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043030 | MSFOIA_WH043030 | 0.7.72.54296 | | | Spreadsheet | SUMMARY OF ADJUSTMENTS - PEOPLE AND OTHER COSTS | Not dated | Marie Ishii | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043032 | MSFOIA_WH043049 | 0.7.72.83296 | | | Draft NOPA | Form 886A - Explanation of Items | 10/22/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043050 | MSFOIA_WH043084 | 0.7.72.82836 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043085 | MSFOIA_WH043102 | 0.7.72.83250 | | | Draft NOPA | Form 886A - Explanation of Items | 12/8/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043103 | MSFOIA_WH043166 | 0.7.72.81580 | | | Workpaper | None provided on document | 1/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043167 | MSFOIA_WH043170 | 0.7.72.39400 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/25/2009 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043171 | MSFOIA_WH043183 | 0.7.72.84681 | | | Workpaper | Crude Estimate of CIP Methodology - Americas CSA | 2/10/2010 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 962 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043187 | MSFOIA_WH043187 | 0.7.72.84377 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043188 | MSFOIA_WH043188 | 0.7.72.81561 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043194 | MSFOIA_WH043201 | 0.7.72.81566 | | | Draft NOPA | Form 886A - Explanation of Items | 3/18/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043202 | MSFOIA_WH043202 | 0.7.72.84703 | | | Spreadsheet | Maria Hwang Briefing | 3/24/2010 | Paul Weibel | Maria Hwang; | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043203 | MSFOIA_WH043205 | 0.7.72.81575 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 4/16/2010 | Unknown | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043206 | MSFOIA_WH043210 | 0.7.72.96145 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 963 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043215 | MSFOIA_WH043215 | 0.7.72.84457 | | | Email | Transfer Price | 4/16/2010 | Paul Weibel | Joy Yen; | Discussion among examiners of issues being examined during Microsoft audit, and comment regarding examiner's family member's health. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C) (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about family member's health is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043216 | MSFOIA_WH043217 | 0.7.72.84249 | | | Spreadsheet | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Preliminary workplan provided by expert services contractor to examiners to assist with decisions being made regarding the use of contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043218 | MSFOIA_WH043218 | 0.7.72.82612 | | | Email | RE: Heads Up Follow-up | 3/26/2010 | Ceteris | Paul Weibel; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043219 | MSFOIA_WH043219 | 0.7.72.81751 | | | Email | RE: MOPR RPSM Report | 4/6/2010 | Ceteris | Paul Weibel; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043220 | MSFOIA_WH043221 | 0.7.72.84368 | | | Email | Redmond Case - Alternative | 3/25/2010 | Alton White | Charles Davis; Walker Marty; Kariya Sharon M; Joy Yen; Paul Weibel; Cheryl Potop-Jackson; William McCarthy; Fred Rapaport; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043224 | MSFOIA_WH043227 | 0.7.72.84488 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 964 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043228 | MSFOIA_WH043244 | 0.7.72.84234 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 5/11/2010 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043245 | MSFOIA_WH043261 | 0.7.72.84645 | | | Draft memo | Performance Work Statement (PWS) | 5/20/2010 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043283 | MSFOIA_WH043299 | 0.7.72.84226 | | | Draft memo | Performance Work Statement (PWS) | 5/21/2010 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043300 | MSFOIA_WH043316 | 0.7.72.84331 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 5/26/2010 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043330 | MSFOIA_WH043330 | 0.7.72.96074 | | | Email | Simple Int'l Timeline | 4/23/2010 | Paul Weibel | Cheryl Potop-Jackson; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043335 | MSFOIA_WH043336 | 0.7.72.81592 | | | Draft workpaper | Acquisition Buy-In Summary | 6/28/2010 | Fred Rapaport | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 965 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043337 | MSFOIA_WH043342 | 0.7.72.84263 | | | Workpaper | None provided on document | 10/14/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043345 | MSFOIA_WH043384 | 0.7.72.82579 | | | Draft NOPA | Form 886A - Explanation of Items | 10/21/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043385 | MSFOIA_WH043385 | 0.7.72.81584 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 10/28/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043388 | MSFOIA_WH043388 | 0.7.72.81792 | | | Email | RE: Memory | 10/28/2010 | Joy Yen | Paul Weibel | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043389 | MSFOIA_WH043394 | 0.7.72.84471 | | | Workpapers | None provided on document | 11/19/2010 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043395 | MSFOIA_WH043395 | 0.7.72.84318 | | | Workpaper | Issue: Cost Sharing (Americas) - RAB Calculation - 200606 | 6/9/2009 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043403 | MSFOIA_WH043404 | 0.7.72.81810 | | | Email | FW: Memory | 11/1/2010 | Joy Yen | Paul Weibel; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 966 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043410 | MSFOIA_WH043413 | 0.7.72.84273 | | | Draft memo | None provided on document | 12/13/2010 | Joy Yen, Douglas Odell | Not indicated on document | Copy of communications sharing examiner's preliminary analysis of an issue being examined, for consideration of exam team involved in audit decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043415 | MSFOIA_WH043415 | 0.7.72.81634 | | | Workpaper | Table 10. Calculation of Buy-In | 1/19/2011 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043416 | MSFOIA_WH043424 | 0.7.72.84268 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2011 | Joy Yen | Not indicated on document | Copy of communications sharing examiner's preliminary analysis of an issue being examined, for consideration of exam team involved in audit decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043425 | MSFOIA_WH043442 | 0.7.72.84420 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043450 | MSFOIA_WH043456 | 0.7.72.81868 | | | Workpaper | None provided on document | Not Dated | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043457 | MSFOIA_WH043457 | 0.7.72.81675 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043458 | MSFOIA_WH043462 | 0.7.72.81770 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Expert services contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 967 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043464 | MSFOIA_WH043468 | 0.7.72.81780 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043469 | MSFOIA_WH043485 | 0.7.72.81711 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043486 | MSFOIA_WH043496 | 0.7.72.81793 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043497 | MSFOIA_WH043499 | 0.7.72.81859 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043500 | MSFOIA_WH043512 | 0.7.72.84688 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043516 | MSFOIA_WH043530 | 0.7.72.81853 | | | Workpaper | None provided on document | Not Dated | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043531 | MSFOIA_WH043531 | 0.7.72.84334 | | | Workpaper | CONCLUSION | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 968 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043532 | MSFOIA_WH043532 | 0.7.72.81815 | | | Memo | ISSUE: Subpart F Income (Puerto Rico CFC/MOPR) | 4/22/2011 | Douglas Odell | Not indicated on document | Copy of communications sharing examiner's preliminary analysis of an issue being examined, for consideration of exam team involved in audit decisions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043538 | MSFOIA_WH043590 | 0.7.72.39585 | | | Draft NOPA | draft NOPA 41 re MOPR buy-in | 4/22/2011 | Paul Weibel | Not indicated on document | Discussion draft of a document presenting agency's position and analysis regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043593 | MSFOIA_WH043593 | 0.7.72.39558 | | | Draft Workpaper | Form 4665 (continued) | Not Dated | Not indicated on document | Not indicated on document | Draft of an internal form communicating preliminary details for consideration by managers responsible for making decisions regarding exam activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043594 | MSFOIA_WH043594 | 0.7.72.39351 | | | Draft Workpaper | Form 4665 (continued) | Not Dated | Not indicated on document | Not indicated on document | Draft of an internal form communicating preliminary details for consideration by managers responsible for making decisions regarding exam activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043595 | MSFOIA_WH043595 | 0.7.72.39454 | | | Draft Workpaper | Report Transmittal | Not Dated | Not indicated on document | Microsoft Corporation | Draft of an internal form communicating preliminary details for consideration by managers responsible for making decisions regarding exam activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043596 | MSFOIA_WH043597 | 0.7.72.39494 | | | Draft Workpaper | Report Transmittal | Not Dated | Not indicated on document | Microsoft Corporation | Draft of an internal form communicating preliminary details for consideration by managers responsible for making decisions regarding exam activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043602 | MSFOIA_WH043602 | 0.7.72.22241 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/27/2009 | Kenneth Christman | Crystal Brooks; cc: Christopher Bello | Internal communication among IRS Chief Counsel attorneys regarding a request for legal advice from examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 969 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043603 | MSFOIA_WH043603 | 0.7.72.22254 | | | Email | FW: Americas TLA and CSA and Distribution Agreement | 10/7/2009 | Anne Shelburne | Christopher Bello; Joseph Tobin | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043604 | MSFOIA_WH043609 | 0.7.72.22254.1 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043610 | MSFOIA_WH043631 | 0.7.72.22254.2 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043632 | MSFOIA_WH043642 | 0.7.72.22254.3 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043643 | MSFOIA_WH043644 | 0.7.72.22258 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/1/2009 | Christopher Bello | Kenneth Christman; Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 970 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043645 | MSFOIA_WH043647 | 0.7.72.22259 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/1/2009 | Kenneth Christman | Christopher Bello | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043672 | MSFOIA_WH043693 | 0.7.72.22307.1 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043694 | MSFOIA_WH043704 | 0.7.72.22307.2 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043706 | MSFOIA_WH043906 | 0.7.72.22311.1 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document from Microsoft shared with agency attorneys to solicit legal advice during the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043937 | MSFOIA_WH043944 | 0.7.72.200183.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 971 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043949 | MSFOIA_WH043951 | 0.7.72.205033.1 | | | Draft Memo | Request for Approval of Initial P-4-5 Deviation | Not Dated | Alton White | Nancy Bronson; | Unsigned discussion draft of a memo providing examiner's thoughts and seeking decision from executives regarding the assignment of employee to assist with certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C) (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about work assignment is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043954 | MSFOIA_WH043956 | 0.7.72.204759.1 | | | Draft Memo | Request for Approval of Initial P-4-5 Deviation | Not Dated | Alton White | Kathy Robbins; Nancy Bronson; Carol Poindexter | Unsigned discussion draft of a memo seeking decision from executives regarding the assignment of employee to assist with certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C) (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about work assignment is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043958 | MSFOIA_WH043960 | 0.7.72.203947.1 | | | Draft Memo | Request for Approval of Initial P-4-5 Deviation | Not Dated | Alton White | Kathy Robbins; Carol Poindexter; Nancy Bronson; | Unsigned discussion draft of a memo providing examiner's thoughts and seeking decision from executives regarding the assignment of employee to assist with certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about work assignment is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043977 | MSFOIA_WH043987 | 0.7.72.127481.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 3/2/2010 | Geraldine Quinn | Michael Danilack; DeNard Paul D; Gloria Sullivan; Drenthe Pamela J; Leonard Barbara M; Kroening Linda M; Tonuzi Drita; Musher Steven A; Ricca Bettie N; Christopher Bello; Silver Meryl; | An internal spreadsheet of open CSA buy-in cases annotated with information industry counsel had compiled and providing details as to proposed adjustments. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | The withheld information is deliberative in that it contains opinions and/or recommendations reflecting the "give-and-take" of the agency's deliberative processes which may or may not have led to final agency determinations. The disclosure of this information would expose the decision-making processes of the agency in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration functions.  It is therefore withheld pursuant to the deliberative process privilege under FOIA exemption 5. This information is also being withheld pursuant to FOIA exemption 7A, and FOIA exemption 3 in conjunction with 26 U.S.C.§ 6103(e)(7).  Further, certain of the information is being withheld pursuant to FOIA exemption 3 and the confidentiality provisions of 26 U.S.C. § 6103(a) as it consists of the Federal tax return information of third party taxpayer(s) to which plaintiff has failed to demonstrate any entitlement. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043988 | MSFOIA_WH043988 | 0.7.72.127481.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043990 | MSFOIA_WH043992 | 0.7.72.128956.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 972 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH043993 | MSFOIA_WH044083 | 0.7.72.128956.2 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044102 | MSFOIA_WH044102 | 0.7.72.127058.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044109 | MSFOIA_WH044151 | 0.7.72.23522 | | | Workpaper | Large Case Examination Plan Transmittal | 12/20/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044152 | MSFOIA_WH044152 | 0.7.72.23630 | | | Workpaper | Examiner's Risk Analysis Worksheet | 8/25/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044155 | MSFOIA_WH044156 | 0.7.72.23615 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/27/2007 | Michael Aarstol | Alton White, cc: Charles Davis; | Internal communication among IRS examiners  and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044188 | MSFOIA_WH044204 | 0.7.72.23397 | | | Draft PowerPoint | TIRWR-08-C-00022 Phase 3 Briefing | 4/15/2009 | Ceteris | Not indicated on document | Discussion draft of a presentation slide deck addressing details of expert services contractor's analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044206 | MSFOIA_WH044209 | 0.7.72.23542 | | | Draft memo with handwritten notes | Sample questions for KPMG regarding Americas Buy-in Report | 10/8/2008 | Ceteris | Paul Weibel | Discussion draft of a memo from expert services contractor with notes reflecting examiner's preliminary thoughts and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 973 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044210 | MSFOIA_WH044213 | 0.7.72.23450 | | | Draft Memo | Sample questions for KPMG regarding Americas Buy-in Report | 10/9/2008 | Ceteris | Paul Weibel | Preliminary discussion draft of questions to be used during interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044286 | MSFOIA_WH044299 | 0.7.72.197865.1 | | | Workpaper | CASE HISTORY | 8/11/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044303 | MSFOIA_WH044315 | 0.7.72.195007.1 | | | Workpaper | CASE HISTORY | 12/3/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044317 | MSFOIA_WH044317 | 0.7.72.198939 | | | Email | RE: CSA Danilack Outline | 3/3/2010 | William McCarthy | Laurel Robinson; Goodson Cathy A | Internal communication among agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044318 | MSFOIA_WH044340 | 0.7.72.198939.1 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/3/2010 | William McCarthy | Laurel Robinson; | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044349 | MSFOIA_WH044372 | 0.7.72.195295.1 | | | PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044383 | MSFOIA_WH044383 | 0.7.72.198950.1 | | | PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044442 | MSFOIA_WH044442 | 0.7.72.196744 | | | Email | FW: Tax Form | 11/11/2010 | William McCarthy | Cathy Goodson; | Internal communication among agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044445 | MSFOIA_WH044450 | 0.7.72.197757.1 | | | Draft memo | Transfer Pricing Hazards | Not Dated | Melissa Hilty | Not indicated on document | Unsigned discussion draft of memo communicating legal advice sought by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044457 | MSFOIA_WH044457 | 0.7.72.199293 | | | Email | MS update | 3/3/2011 | William McCarthy | Goodson Cathy A ; | Transmitting a certain document between agency attorneys engaged in providing legal advice to examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044458 | MSFOIA_WH044458 | 0.7.72.199293.1 | | | Draft memo | SharePoint Entry | 3/3/2011 | William McCarthy | Not indicated on document | Summary of Conference Call with Counsel and Exam Economist, communicating thoughts and impressions of agency attorney regarding legal advice sought by examiners to assist with decisions involved in the audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044461 | MSFOIA_WH044463 | 0.7.72.199083.1 | | | Workpaper | NATURAL RATE COMPUTATION | 3/22/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 975 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044464 | MSFOIA_WH044464 | 0.7.72.194988 | | | Email | FW: Draft report #2 (nits) | 3/23/2011 | William McCarthy | Goodson Cathy A ; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044469 | MSFOIA_WH044469 | 0.7.72.198927 | | | Email | FW: Combination Reminder-Observation-Question | 4/4/2011 | William McCarthy | Cathy Goodson; | Internal communication among agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044479 | MSFOIA_WH044484 | 0.7.72.197789.1 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not Dated | Not indicated on document | Not indicated on document | Unsigned discussion draft of memo communicating legal advice sought by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044490 | MSFOIA_WH044491 | 0.7.72.199089 | | | Email | RE: NOPA (round 2) | 4/15/2011 | William McCarthy | Goodson Cathy A ; | Internal communication among agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044509 | MSFOIA_WH044509 | 0.7.72.199266 | | | Workpaper | LMSB TECHMIS CASE OPENING SHEET | 5/11/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044511 | MSFOIA_WH044511 | 0.7.72.194835.1 | | | Workpaper | LMSB TECHMIS CASE OPENING SHEET | 5/16/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 976 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044521 | MSFOIA_WH044646 | 0.7.72.198848.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/18/2011 | Microsoft Corporation | IRS | Certain document form Microsoft shared with other examiners and with agency attorney to solicit legal advice on a particular subject. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044657 | MSFOIA_WH044657 | 0.7.72.195291.1.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2011 | Not indicated on document | Not indicated on document | Briefing from a case involving a taxpayer other than Microsoft, shared among attorneys to inform the drafting of a document for the Microsoft exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044658 | MSFOIA_WH044658 | 0.7.72.195291.1.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/20/2011 | Not indicated on document | Not indicated on document | Briefing from a case involving a taxpayer other than Microsoft, shared among attorneys to inform the drafting of a document for the Microsoft exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044659 | MSFOIA_WH044659 | 0.7.72.195291.1.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/15/2011 | Not indicated on document | Not indicated on document | Briefing from a case involving a taxpayer other than Microsoft, shared among attorneys to inform the drafting of a document for the Microsoft exam. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044664 | MSFOIA_WH044665 | 0.7.72.195291.4 | | | Email | RE: Microsoft Briefing | 7/20/2011 | Laurel Robinson | Cathy Goodson cc: Mary Wynne, William McCarthy | Internal communication among agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044672 | MSFOIA_WH044695 | 0.7.72.195311.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 977 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044697 | MSFOIA_WH044720 | 0.7.72.194595.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044721 | MSFOIA_WH044721 | 0.7.72.197919 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] request | 8/3/2011 | William McCarthy | Goodson Cathy A ; | Discussion among agency attorneys regarding a request for legal advice from examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044722 | MSFOIA_WH044741 | 0.7.72.197919.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044742 | MSFOIA_WH044742 | 0.7.72.195157 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] request | 8/3/2011 | Goodson Cathy A | William McCarthy ; | Discussion among agency attorneys regarding a request for legal advice from examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044743 | MSFOIA_WH044762 | 0.7.72.195157.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/1/2009 | William McCarthy | Kenneth Christman, Christopher Bello | Memo requesting legal advice from agency attorneys regarding decisions involved in examining certain issues during the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice to be provided by government attorneys who are providing legal assistance to IRS examiners. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 978 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044774 | MSFOIA_WH044774 | 0.7.72.195278.1 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044776 | MSFOIA_WH044777 | 0.7.72.198918.1 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044778 | MSFOIA_WH044779 | 0.7.72.198934 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044780 | MSFOIA_WH044781 | 0.7.72.196328 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044783 | MSFOIA_WH044803 | 0.7.72.140285.1 | | | Draft PowerPoint | XYZ Corp. | 3/11/2008 | Joy Yen, Michael Aarstol | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044818 | MSFOIA_WH044822 | 0.7.72.137902 | | | Email | RE: Another Change RE: Seattle Cost Share Case | 3/24/2008 | Matthew Hartman | Khin Chow; | Internal communication among IRS examiners and agency attorneys regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 979 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044858 | MSFOIA_WH044858 | 0.7.72.141996.1 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044863 | MSFOIA_WH044947 | 0.7.72.180345.1 | | | Draft PowerPoint | Coordinated Issue Paper, §482 CSA Buy-in Workshops | 3/11/2008 | Joy Yen, Michael Aarstol | Not indicated on document | Discussion draft of presentation to be used to brief issues being examined in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044949 | MSFOIA_WH044959 | 0.7.72.161608.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH044979 | MSFOIA_WH045048 | 0.7.72.150576.1 | | | Spreadsheet | Significant § 482 Buy-in Cases | Not dated | Not indicated on document | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(e)(7), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045049 | MSFOIA_WH045049 | 0.7.72.162201 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/18/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Internal communication among IRS examiners regarding decisions involved in selecting expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045050 | MSFOIA_WH045059 | 0.7.72.162201.1 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Journal article by expert services contractor considered but not selected | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045060 | MSFOIA_WH045063 | 0.7.72.162201.2 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Bio & C.V. of potential expert services contractor being considered by examination team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 980 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045064 | MSFOIA_WH045064 | 0.7.72.135039 | | | Email | RE: two other Expert consultants recommended have conflicts....other suggestions? | 4/29/2008 | M. Calabrese | M. Calabrese; Thomas Vidano; Boorstein Joseph; Espinosa Andres E; Southam John; Williams Lillie M; Guidone James S; Peltier Steven W; Hartman Matthew C; Boorstein Joseph; Espinosa Andres E; Southam John; Williams Lillie M; Guidone James S; Peltier Steven W; Hartman Matthew C | Discussion among agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045068 | MSFOIA_WH045100 | 0.7.72.151170.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045101 | MSFOIA_WH045201 | 0.7.72.151170.2 | | | Workpaper | None provided on document | 1/27/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045203 | MSFOIA_WH045266 | 0.7.72.171804.1 | | | Workpaper | None provided on document | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045294 | MSFOIA_WH045296 | 0.7.72.132425.1 | | | Report | PFTG Bi-Monthly Report | 6/1/2010 | Joanne Zhang | Not indicated on document | Report communicating examiner's preliminary thoughts and analysis regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045299 | MSFOIA_WH045314 | 0.7.72.141798.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045315 | MSFOIA_WH045315 | 0.7.72.141798.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045328 | MSFOIA_WH045333 | 0.7.72.207389.1 | | | Spreadsheet | None provided on document | 10/29/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 981 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045334 | MSFOIA_WH045334 | 0.7.72.207389.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045335 | MSFOIA_WH045337 | 0.7.72.206564 | | | Spreadsheet | Annual Income Statement | 10/29/2010 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045482 | MSFOIA_WH045490 | 0.7.72.206674.1 | | | Draft Rebuttal | Rebuttal to 30-Day Protest Letter | Not Dated | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045491 | MSFOIA_WH045500 | 0.7.72.23794 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/19/2010 | Melissa Hilty | Not indicated on document | Printout of a case from Westlaw containing handwritten notes by Melissa Hilty | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045503 | MSFOIA_WH045503 | 0.7.72.113081.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045504 | MSFOIA_WH045509 | 0.7.72.113081.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045528 | MSFOIA_WH045528 | 0.7.72.114947.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045530 | MSFOIA_WH045532 | 0.7.72.116162.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045558 | MSFOIA_WH045558 | 0.7.72.110206.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045611 | MSFOIA_WH045616 | 0.7.72.113341.1 | | | Draft memo | Seattle Territory Visit, January 5th - 7th, 2011 | 1/31/2011 | Patricia Chaback | Maria Hwang | Internal communication sharing examiner's preliminary thoughts and impressions to assist with decisions regarding issues being examined, as well as discussion of another taxpayer's exam. | (b)(3)/6103(a) and 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Information related to the examinations of taxpayers who are not Microsoft constitutes return information statutorily protected from disclosure by IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045637 | MSFOIA_WH045637 | 0.7.72.119636.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045642 | MSFOIA_WH045642 | 0.7.72.258777 | | | Spreadsheet | None provided on document | Not dated | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045643 | MSFOIA_WH045671 | 0.7.72.258549 | | | Workpaper | None provided on document | 5/3/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045672 | MSFOIA_WH045699 | 0.7.72.258785 | | | Workpaper | Total Issues | 5/3/2011 | Cheryl Potop-Jackson | Microsoft Corporation | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045700 | MSFOIA_WH045736 | 0.7.72.258784 | | | Workpaper | Total Issues | 5/4/2011 | Cheryl Potop-Jackson | Microsoft Corporation | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045737 | MSFOIA_WH045737 | 0.7.72.50701 | | | Workpaper | None provided on document | 6/25/2008 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045738 | MSFOIA_WH045738 | 0.7.72.50695 | | | Workpaper | None provided on document | 4/21/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045739 | MSFOIA_WH045739 | 0.7.72.49837 | | | Workpaper | None provided on document | 4/21/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 983 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045740 | MSFOIA_WH045740 | 0.7.72.50375 | | | Notes | NOTES TO MEETING | 8/11/2009 | Marie Ishii | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045741 | MSFOIA_WH045745 | 0.7.72.51449 | | | Workpaper | None provided on document | 8/4/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH045746 | MSFOIA_WH046807 | 0.7.72.50462 | | | Workpaper | None provided on document | 8/4/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046808 | MSFOIA_WH046811 | 0.7.72.49938 | | | Workpaper | None provided on document | 8/4/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046812 | MSFOIA_WH046812 | 0.7.72.51126 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 6/9/2009 | Douglas Odell, Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046813 | MSFOIA_WH046813 | 0.7.72.50523 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/9/2009 | Douglas Odell, Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046814 | MSFOIA_WH046837 | 0.7.72.50969 | | | Workpaper | None provided on document | 6/8/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 984 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046838 | MSFOIA_WH046845 | 0.7.72.51040 | | | Workpaper | None provided on document | 6/4/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046846 | MSFOIA_WH046853 | 0.7.72.50848 | | | Workpaper | None provided on document | 6/4/2009 | M Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046854 | MSFOIA_WH046873 | 0.7.72.50432 | | | Workpaper | None provided on document | 6/9/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH046874 | MSFOIA_WH046999 | 0.7.72.49893 | | | Workpaper | None provided on document | 6/9/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047000 | MSFOIA_WH047271 | 0.7.72.50629 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/1/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047272 | MSFOIA_WH047274 | 0.7.72.51565 | | | Workpaper | None provided on document | 7/6/2009 | J. King, Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047275 | MSFOIA_WH047278 | 0.7.72.51452 | | | Workpaper | None provided on document | 6/5/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 985 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047279 | MSFOIA_WH047282 | 0.7.72.50140 | | | Workpaper | None provided on document | 6/15/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047283 | MSFOIA_WH047283 | 0.7.72.51818 | | | Workpaper | None provided on document | 7/23/2009 | Douglas Odell, Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047284 | MSFOIA_WH047284 | 0.7.72.51431 | | | Workpaper | None provided on document | 7/10/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047285 | MSFOIA_WH047285 | 0.7.72.51185 | | | Workpaper | None provided on document | 7/20/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047286 | MSFOIA_WH047286 | 0.7.72.49666 | | | Workpaper | None provided on document | 7/20/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047287 | MSFOIA_WH047287 | 0.7.72.51190 | | | Workpaper | None provided on document | 7/20/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047288 | MSFOIA_WH047292 | 0.7.72.51013 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/28/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 986 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047293 | MSFOIA_WH047295 | 0.7.72.50689 | | | Draft NOPA | Form 886A - Explanation of Items | 1/8/2008 | F. Keiser, Marie Ishii | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047296 | MSFOIA_WH047315 | 0.7.72.50849 | | | Draft NOPA | Form 886A - Explanation of Items | 8/3/2009 | F. Keiser, Douglas Odell | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047316 | MSFOIA_WH047319 | 0.7.72.50742 | | | Draft Workpaper | Stock Options | 12/17/2009 | Not indicated on document | Microsoft Corporation | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047320 | MSFOIA_WH047360 | 0.7.72.50277 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047361 | MSFOIA_WH047396 | 0.7.72.50811 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047397 | MSFOIA_WH047432 | 0.7.72.49684 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047433 | MSFOIA_WH047466 | 0.7.72.51045 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047467 | MSFOIA_WH047501 | 0.7.72.50356 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047502 | MSFOIA_WH047544 | 0.7.72.50698 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047545 | MSFOIA_WH047564 | 0.7.72.50463 | | | Draft NOPA | Form 886A - Explanation of Items | 12/17/2009 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047565 | MSFOIA_WH047565 | 0.7.72.51344 | | | Email | Redmond Buy-in - Keep in mind....htm | 2/3/2020 | Douglas Odell | Alton White, James Ryan, Cheryl Potop-Jackson, Paul Weibel, Fred Rapaport, Charles Davis, Joy Yen, William McCarthy, Marie Ishii | Discussion including examiners and agency attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047566 | MSFOIA_WH047572 | 0.7.72.50025 | | | Workpaper | Examination Plan Issue Leadsheet | 6/22/2010 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047573 | MSFOIA_WH047575 | 0.7.72.50249 | | | Draft NOPA | Form 886A - Explanation of Items | 6/22/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047576 | MSFOIA_WH047578 | 0.7.72.51224 | | | Notes | STATUS MEETING UPDATE-DOMESTIC MEETING HELD ON October 16, 2007 | 10/15/2007 | Marie Ishii | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 988 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047579 | MSFOIA_WH047585 | 0.7.72.50955 | | | Workpaper | Examination Plan Issue Leadsheet | 6/22/2010 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047586 | MSFOIA_WH047588 | 0.7.72.50679 | | | Draft NOPA | Form 886A - Explanation of Items | 6/22/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047589 | MSFOIA_WH047591 | 0.7.72.49936 | | | Notes | STATUS MEETING UPDATE-DOMESTIC MEETING HELD ON October 16, 2007 | 10/15/2007 | Marie Ishii | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047592 | MSFOIA_WH047592 | 0.7.72.50638 | | | Email | Redmond Buy-in - Keep in mind... | 2/3/2010 | Douglas Odell | Alton White (Alton.S.White@irs.gov); Jim Ryan - 1307 ATM (James.E.Ryan@irs.gov); Cheryl Potop-Jackson; Paul Weibel ; Fred Rapaport; Chuck Davis (Charles.D.Davis@irs.gov); Joy Yen (Joy.S.Yen@irs.gov ); William McCarthy; Marie Ishii (Marie.L.Ishii@irs.gov) ; | Discussion including examiners and agency attorneys regarding decisions to be made with respect to the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of attorneys formulating legal advice for their client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into plaintiff's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047593 | MSFOIA_WH047612 | 0.7.72.44592 | | | Workpaper | Examining Officer's Activity Record | 3/12/2010 | Marie Ishii | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047613 | MSFOIA_WH047632 | 0.7.72.213217 | | | Draft Contract | performance work statement - Section C | 7/1/2008 | Julie Izumoto | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 989 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047633 | MSFOIA_WH047633 | 0.7.72.213242 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047634 | MSFOIA_WH047634 | 0.7.72.213249 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047635 | MSFOIA_WH047635 | 0.7.72.213248 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047636 | MSFOIA_WH047636 | 0.7.72.213200 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047637 | MSFOIA_WH047637 | 0.7.72.213265 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047638 | MSFOIA_WH047638 | 0.7.72.213201 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047639 | MSFOIA_WH047639 | 0.7.72.213177 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047640 | MSFOIA_WH047640 | 0.7.72.213196 | | | Memo | Request for Investigation for Contract | 7/15/2008 | Julie Izumoto | National Background Investigations Center; | Information transmitted to inform decisions involved in hiring expert services contractor to assist with examination, indicating scope of resources allocated to examination. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047653 | MSFOIA_WH047654 | 0.7.72.23001 | | | Workpaper | None provided on document | 6/15/2009 | JoAnn Cutler; | Julie Izumoto | Workpaper communicating analysis of resources available to conduct exam, for purposes of assisting with case management. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047683 | MSFOIA_WH047685 | 0.7.72.397885 | | | Email | RE: Rejected Request Conversation | 8/15/2007 | Elaine Wright | Cheryl Potop-Jackson; | Discussion among examiners about decisions involved in handling documents involved in the Microsoft examination, and indicating issues of focus for examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047686 | MSFOIA_WH047688 | 0.7.72.403922 | | | Email | RE: IDR Process | 8/27/2007 | Charles Davis | M. Szostak; Charles Davis; | Preliminary discussion among examiners regarding decisions involved in issuing document requests to Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047690 | MSFOIA_WH047691 | 0.7.72.394521.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 991 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047692 | MSFOIA_WH047693 | 0.7.72.403720 | | | Email | FW: Additional possibility | 8/30/2007 | Paul Weibel | Ahmad Shahshahani; Charles Davis; Cheryl Potop-Jackson; Joy Yen; Michael Aarstol; William McCarthy; Cheryl Potop-Jackson; Joy Yen; Aarstol Michael P; William McCarthy | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047694 | MSFOIA_WH047694 | 0.7.72.403720.1 | | | Image | None provided on document | 8/30/2007 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Logo of potential outside expert firm attached to email. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047698 | MSFOIA_WH047706 | 0.7.72.403791.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047711 | MSFOIA_WH047719 | 0.7.72.402516.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047723 | MSFOIA_WH047723 | 0.7.72.391878.1 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047726 | MSFOIA_WH047735 | 0.7.72.405250.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047739 | MSFOIA_WH047748 | 0.7.72.395621.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 992 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047750 | MSFOIA_WH047776 | 0.7.72.396341.1 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 10/24/2007 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047777 | MSFOIA_WH047777 | 0.7.72.396341.2 | | | Outline | IRS Examination of Microsoft Corporation, Case Briefing for DFO-West | 10/24/2007 | Not indicated on document | Not indicated on document | Preliminary draft of agenda for internal briefing describing aspects of particular scrutiny in the Microsoft exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047781 | MSFOIA_WH047790 | 0.7.72.399392.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047792 | MSFOIA_WH047823 | 0.7.72.392561.1 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 10/24/2007 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047825 | MSFOIA_WH047826 | 0.7.72.395064.1 | | | Draft IDR | Form 4564 Information Document Request | 10/29/2007 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047827 | MSFOIA_WH047830 | 0.7.72.394637 | | | Email | RE: Outside Expert Request | 11/2/2007 | Ahmad Shahshahani | Charles Davis; Stanley Perry; Alton White; Cheryl Potop-Jackson; Stanley Perry; Alton White; Cheryl Potop-Jackson | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 993 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047831 | MSFOIA_WH047835 | 0.7.72.403147 | | | Email | RE: Outside Expert Request | 11/3/2007 | Charles Davis | Ahmad Shahshahani; Stanley Perry; Alton White; Cheryl Potop-Jackson; William McCarthy; Charles Davis; Stanley Perry; Alton White; Cheryl Potop-Jackson; William McCarthy; Charles Davis | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047837 | MSFOIA_WH047844 | 0.7.72.395581.1 | | | Workpaper | Estimated Issue Time Lines | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047847 | MSFOIA_WH047848 | 0.7.72.409051.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047849 | MSFOIA_WH047850 | 0.7.72.409051.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047851 | MSFOIA_WH047854 | 0.7.72.409051.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Ahmad Shahshahani | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047857 | MSFOIA_WH047858 | 0.7.72.392666.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 994 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047859 | MSFOIA_WH047860 | 0.7.72.392666.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047861 | MSFOIA_WH047864 | 0.7.72.392666.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/13/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047866 | MSFOIA_WH047867 | 0.7.72.398400.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047868 | MSFOIA_WH047869 | 0.7.72.398400.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047870 | MSFOIA_WH047873 | 0.7.72.398400.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047876 | MSFOIA_WH047877 | 0.7.72.400758.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047878 | MSFOIA_WH047879 | 0.7.72.400758.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson; Paul Weibel, Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 995 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047880 | MSFOIA_WH047883 | 0.7.72.400758.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/19/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047886 | MSFOIA_WH047887 | 0.7.72.391336.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/20/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047888 | MSFOIA_WH047889 | 0.7.72.391336.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/21/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047890 | MSFOIA_WH047893 | 0.7.72.391336.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/22/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047898 | MSFOIA_WH047899 | 0.7.72.396212.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/23/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047900 | MSFOIA_WH047901 | 0.7.72.396212.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/24/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047902 | MSFOIA_WH047905 | 0.7.72.396212.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/25/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 996 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047908 | MSFOIA_WH047908 | 0.7.72.398274 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/27/2007 | Alton White | Michael Aarstol; Charles Davis; Charles Davis | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047909 | MSFOIA_WH047909 | 0.7.72.398274.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047910 | MSFOIA_WH047911 | 0.7.72.394477 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/27/2007 | Michael Aarstol | Alton White; Charles Davis; Charles Davis | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047912 | MSFOIA_WH047912 | 0.7.72.394477.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047914 | MSFOIA_WH047917 | 0.7.72.393375.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047918 | MSFOIA_WH047920 | 0.7.72.393375.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047921 | MSFOIA_WH047923 | 0.7.72.393375.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047926 | MSFOIA_WH047929 | 0.7.72.400133.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 997 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047930 | MSFOIA_WH047932 | 0.7.72.400133.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047933 | MSFOIA_WH047935 | 0.7.72.400133.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047937 | MSFOIA_WH047939 | 0.7.72.396762.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047940 | MSFOIA_WH047942 | 0.7.72.396762.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047943 | MSFOIA_WH047943 | 0.7.72.396762.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047946 | MSFOIA_WH047948 | 0.7.72.392328.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047949 | MSFOIA_WH047951 | 0.7.72.392328.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 11/30/2007 | Joy Yen, Michael Aarstol | Cheryl Potop-Jackson, Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Inernal memo sharing examiner's preliminary thoughts and analysis about issues being examined and management of agency resources to accomplish exam activities | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047952 | MSFOIA_WH047952 | 0.7.72.392328.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 998 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047959 | MSFOIA_WH047960 | 0.7.72.399732 | | | Email | M... 04-06 AUDIT case - outside experts and the buy-in transactions | 12/11/2007 | Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani, Joy Yen.; Ahmad Shahshahani; Joy Yen | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047961 | MSFOIA_WH047963 | 0.7.72.399732.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/11/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047964 | MSFOIA_WH047966 | 0.7.72.399732.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/12/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047967 | MSFOIA_WH047970 | 0.7.72.399732.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/13/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047971 | MSFOIA_WH047975 | 0.7.72.399732.4 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/14/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047980 | MSFOIA_WH047982 | 0.7.72.394691.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/15/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047983 | MSFOIA_WH047987 | 0.7.72.394691.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/16/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 999 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047988 | MSFOIA_WH047990 | 0.7.72.394691.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/17/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH047995 | MSFOIA_WH047999 | 0.7.72.393360 | | | Draft Workpaper | Attachment E - Market Research | 1/13/2008 | Not indicated on document | Not indicated on document | Discussion draft of a document providing information used to consider decision regarding use of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048000 | MSFOIA_WH048005 | 0.7.72.393019 | | | Draft form | Department of the Treasury Justification for Other Than Full and Open Competition (JOFOC) | 1/13/2008 | JoAnn Cutler | Not indicated on document | Unsigned draft of form provided to Department of the Treasury procurement officials, providing detailed information regarding a proposed contract for services. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048008 | MSFOIA_WH048009 | 0.7.72.396246.1 | | | Draft workpaper | None provided on document | 1/13/2008 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048010 | MSFOIA_WH048024 | 0.7.72.396246.2 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048025 | MSFOIA_WH048028 | 0.7.72.396246.3 | | | Draft form | None provided on document | 1/13/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048029 | MSFOIA_WH048034 | 0.7.72.396246.4 | | | Draft form | Department of the Treasury Justification for Other Than Full and Open Competition (JOFOC) | 1/14/2008 | JoAnn Cutler | Not indicated on document | Unsigned draft of form provided to Department of the Treasury procurement officials, providing detailed information regarding a proposed contract for services. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1000 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048035 | MSFOIA_WH048039 | 0.7.72.396246.5 | | | Draft Workpaper | Attachment E - Market Research | 1/13/2008 | Not indicated on document | Not indicated on document | Discussion draft of a document providing information used to consider decision regarding use of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048040 | MSFOIA_WH048040 | 0.7.72.396246.6 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048041 | MSFOIA_WH048042 | 0.7.72.396246.7 | | | Memo | Recommendation for Expert Assistance / Microsoft Corporation (2004-2006) | 12/17/2007 | Robert Geraghty, LMSB Seattle | Charles Davis | Communication between exam and counsel providing confidential advice regarding decisions being made during the exam | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048048 | MSFOIA_WH048062 | 0.7.72.392010.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048070 | MSFOIA_WH048084 | 0.7.72.403220.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048085 | MSFOIA_WH048089 | 0.7.72.392008 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 1/14/2008 | Julie Izumoto | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1001 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048093 | MSFOIA_WH048107 | 0.7.72.397398.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048111 | MSFOIA_WH048125 | 0.7.72.398144.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/13/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048126 | MSFOIA_WH048141 | 0.7.72.393373 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/14/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048142 | MSFOIA_WH048143 | 0.7.72.392687 | | | Draft Form | Independent Government Cost Estimate | 1/14/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048144 | MSFOIA_WH048147 | 0.7.72.392203 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/11/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048148 | MSFOIA_WH048150 | 0.7.72.393190 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1002 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048151 | MSFOIA_WH048155 | 0.7.72.392187 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048156 | MSFOIA_WH048158 | 0.7.72.391529 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048159 | MSFOIA_WH048162 | 0.7.72.391633 | | | Draft Form | None provided on document | 1/14/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048165 | MSFOIA_WH048169 | 0.7.72.396831.1 | | | Draft Workpaper | Attachment E - Market Research | 1/13/2008 | Not indicated on document | Not indicated on document | Discussion draft of a document providing information used to consider decision regarding use of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048170 | MSFOIA_WH048174 | 0.7.72.396831.2 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048175 | MSFOIA_WH048177 | 0.7.72.396831.3 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048178 | MSFOIA_WH048180 | 0.7.72.396831.4 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1003 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048181 | MSFOIA_WH048184 | 0.7.72.396831.5 | | | Draft Form | None provided on document | 1/15/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048185 | MSFOIA_WH048190 | 0.7.72.396831.6 | | | Draft form | Department of the Treasury Justification for Other Than Full and Open Competition (JOFOC) | 1/14/2008 | JoAnn Cutler | Not indicated on document | Unsigned draft of form provided to Department of the Treasury procurement officials, providing detailed information regarding a proposed contract for services. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being evaluated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048191 | MSFOIA_WH048206 | 0.7.72.396831.7 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/14/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048207 | MSFOIA_WH048207 | 0.7.72.396831.8 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048208 | MSFOIA_WH048212 | 0.7.72.396831.9 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 1/14/2008 | Julie Izumoto | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048215 | MSFOIA_WH048216 | 0.7.72.396831.11 | | | Memo | Recommendation for Expert Assistance / Microsoft Corporation (2004-2006) | 12/17/2007 | Robert Geraghty, LMSB Seattle | Charles Davis | Communication between exam and counsel providing confidential advice regarding decisions being made during the exam | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1004 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048217 | MSFOIA_WH048218 | 0.7.72.396831.12 | | | Draft Form | Independent Government Cost Estimate | 1/15/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048219 | MSFOIA_WH048222 | 0.7.72.396831.13 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048223 | MSFOIA_WH048222 | 0.7.72.397887 | | | Email | None provided on document | 1/15/2008 | Paul Weibel | Charles Davis, JoAnn Cutler; | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048224 | | 0.7.72.400638 | | | Email | Section 6 Numbers | 1/15/2008 | Paul Weibel | Charles Davis; JoAnn Cutler ; Fred Rapaport; Alton White | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048225 | MSFOIA_WH048226 | 0.7.72.400638.1 | | | Workpaper | Summary of Buy-in Payments / Transfer Pricing | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048228 | | 0.7.72.399926 | | | Email | Stuff | 1/28/2008 | Paul Weibel | Michael Aarstol; cc: Alton White, JoAnn Cutler Charles Davis, Cheryl Potop-Jackson; Alton White; JoAnn Cutler; Charles Davis; Cheryl Potop-Jackson | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048229 | MSFOIA_WH048230 | 0.7.72.399084 | | | Email | RE: Stuff | 1/28/2008 | Michael Aarstol | Paul Weibel; cc: Alton White, JoAnn Cutler, Charles Davis, Cheryl Potop-Jackson; Alton White; JoAnn Cutler; Charles Davis; Cheryl Potop-Jackson | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1005 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048233 | MSFOIA_WH048238 | 0.7.72.392287.1 | | | Draft Letter | Expert Services - Cost Sharing Buy-in Valuations | Not dated | Charles Davis | Not indicated on document | Discussion draft of a letter to potential outside experts, for circulation among other examiners to solicit edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048239 | MSFOIA_WH048243 | 0.7.72.399079 | | | Email | FW: Stuff | 2/1/2008 | Paul Weibel | William McCarthy, Alton White, Charles Davis; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048246 | MSFOIA_WH048249 | 0.7.72.391348.1 | | | Worksheet | None provided on document | 1/14/2008 | JoAnn Cutler | Charles Davis; M. Szostak; A.Shahshahani; A. White; R. cerruti; A. Malcolm; Stanley Perry; P. Wibel; Michael Aarstol; Joy Yen; Cheryl Potop-Jackson; Julie izumoto; | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048250 | MSFOIA_WH048265 | 0.7.72.391348.2 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 4/10/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048266 | MSFOIA_WH048267 | 0.7.72.391348.3 | | | Memo | Recommendation for Expert Assistance / Microsoft Corporation (2004-2006) | 12/17/2007 | Robert Geraghty, LMSB Seattle | Charles Davis | Communication between exam and counsel providing confidential advice regarding decisions being made during the exam | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048268 | MSFOIA_WH048269 | 0.7.72.391348.4 | | | Draft Form | Independent Government Cost Estimate | 1/17/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048270 | MSFOIA_WH048275 | 0.7.72.391348.5 | | | Draft form | Department of the Treasury Justification for Other Than Full and Open Competition (JOFOC) | 1/14/2008 | JoAnn Cutler | Not indicated on document | Unsigned draft of form provided to Department of the Treasury procurement officials, providing detailed information regarding a proposed contract for services. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy/draft being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048276 | MSFOIA_WH048276 | 0.7.72.391348.6 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy being conducted or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048277 | MSFOIA_WH048281 | 0.7.72.391348.7 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048282 | MSFOIA_WH048284 | 0.7.72.391348.8 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048285 | MSFOIA_WH048287 | 0.7.72.391348.9 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048288 | MSFOIA_WH048293 | 0.7.72.391348.10 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 1/14/2008 | Julie Izumoto | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048294 | MSFOIA_WH048296 | 0.7.72.391348.11 | | | Email | RE: Stuff | 2008/01/28 to 2008/02/01 | Michael Aarstol | Paul Weibel (cc: Alton White; JoAnn Cutler; | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1007 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048297 | MSFOIA_WH048301 | 0.7.72.391348.12 | | | Draft Form | Attachment E - Market Research | 1/13/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048307 | MSFOIA_WH048312 | 0.7.72.393633.1 | | | Draft Letter | Expert Services - Cost Sharing Buy-in Valuations | Not dated | Charles Davis | Not indicated on document | Discussion draft of a letter to potential outside experts, for circulation among other examiners to solicit edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048314 | MSFOIA_WH048317 | 0.7.72.394281.1 | | | Draft Form | None provided on document | 2/7/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048318 | MSFOIA_WH048319 | 0.7.72.394281.2 | | | Memo | Recommendation for Expert Assistance / Microsoft Corporation (2004-2006) | 12/17/2007 | Robert Geraghty, LMSB Seattle | Charles Davis | Communication between exam and counsel providing confidential advice regarding decisions being made during the exam | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048320 | MSFOIA_WH048321 | 0.7.72.394281.3 | | | Draft Form | Independent Government Cost Estimate | 1/17/2008 | Not indicated on document | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048322 | MSFOIA_WH048327 | 0.7.72.394281.4 | | | Draft form | Department of the Treasury Justification for Other Than Full and Open Competition (JOFOC) | 1/14/2008 | JoAnn Cutler | Not indicated on document | Unsigned draft of form provided to Department of the Treasury procurement officials, providing detailed information regarding a proposed contract for services. | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered, or the issues being evaluated. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048328 | MSFOIA_WH048343 | 0.7.72.394281.5 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 2/5/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048344 | MSFOIA_WH048348 | 0.7.72.394281.6 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048349 | MSFOIA_WH048351 | 0.7.72.394281.7 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048352 | MSFOIA_WH048354 | 0.7.72.394281.8 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis; Cheryl Potop-Jackson; Alton White; Paul Weibel; Fred Rapaport; cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048355 | MSFOIA_WH048355 | 0.7.72.394281.9 | | | Memo | Memorandum of Recommendation for Outside Expert Microsoft Corporation, Inc., Tax Years 200406 and 200606 | 1/11/2008 | Jon Tamaki, Cherrilynn Lee | Charles Davis, Alton White | Memorandum providing recommendation regarding decisions to be made with respect to scope and direction of Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048356 | MSFOIA_WH048358 | 0.7.72.394281.10 | | | Email | RE: Stuff | 2/1/2008 | Michael Aarstol | Paul Weibel, Alton White, JoAnn Cutler | Discussion among examiners regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048359 | MSFOIA_WH048364 | 0.7.72.394281.11 | | | Draft Contract | Chapter 2 - Outside Expert Requisition | 2/4/2008 | Julie Izumoto | Not indicated on document | Internal form providing information needed to determine whether to procure expert services | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048365 | MSFOIA_WH048369 | 0.7.72.394281.12 | | | Draft Workpaper | Attachment E - Market Research | 1/13/2008 | Not indicated on document | Not indicated on document | Discussion draft of a document providing information used to consider decision regarding use of expert services contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1009 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048374 | MSFOIA_WH048377 | 0.7.72.396499.1 | | | Draft Form | None provided on document | 2/11/2008 | JoAnn Cutler | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048379 | MSFOIA_WH048382 | 0.7.72.394117.1 | | | Draft Form | None provided on document | 2/11/2008 | JoAnn Cutler | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048383 | MSFOIA_WH048384 | 0.7.72.391613 | | | Email | FW: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Paul Weibel | William McCarthy; Charles Davis; Alton White; JoAnn Cutler; Aarstol Michael P; Joy Yen; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048385 | MSFOIA_WH048387 | 0.7.72.403288 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/12/2008 | Paul Weibel | William McCarthy; Michael Aarstol, Charles Davis; Alton White; Aarstol Michael P; Charles Davis; Alton White | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048388 | MSFOIA_WH048390 | 0.7.72.394669 | | | Email | RE: Expert Services - Cost Sharing Buy-in Valuations | 2/13/2008 | Michael Aarstol | Paul Weibel; William McCarthy; Charles Davis; Alton White; Charles Davis; Alton White | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048394 | MSFOIA_WH048394 | 0.7.72.395706 | | | Email | FW: Proposal | 2/20/2008 | Paul Weibel | Aarstol Michael P; William McCarthy; Charles Davis; Alton White; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1010 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048395 | MSFOIA_WH048396 | 0.7.72.406160 | | | Email | RE: Proposal | 2/20/2008 | Michael Aarstol | Charles Davis; Paul Weibel; William McCarthy; Alton White; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048397 | MSFOIA_WH048398 | 0.7.72.394418 | | | Email | RE: Proposal | 2/20/2008 | Paul Weibel | Charles Davis; William McCarthy; Michael Aarstol; Alton White; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048400 | MSFOIA_WH048402 | 0.7.72.394456.1 | | | Workpaper | CIC Case Completion Risk Assessment | 10/16/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048403 | MSFOIA_WH048407 | 0.7.72.394456.2 | | | Workpaper | CIC Case Completion Risk Assessment | 10/1/2007 | Charles Davis | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048409 | MSFOIA_WH048411 | 0.7.72.394234.1 | | | Draft Workpaper | CIC Case Completion Risk Assessment | 10/16/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048413 | MSFOIA_WH048433 | 0.7.72.392364.1 | | | Workpaper | Estimated Issue Time Lines | 12/7/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048434 | MSFOIA_WH048436 | 0.7.72.393509 | | | Email | RE: RESPOND: Outside Expert Funding Pre-approval | 2/14/2008 | JoAnn Cutler | A. Malcom; Feinberg Marc A; Julie Izumoto; Charles Davis; Paul Weibel; Aarstol Michael P; Cheryl Potop-Jackson; Maureen Szostak; Feinberg Marc A; Julie Izumoto; Charles Davis; Paul Weibel; Aarstol Michael P; Cheryl Potop-Jackson; Maureen Szostak | Discussion about decisions to allocate certain resources for expert services contractor to assist with examination efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048437 | MSFOIA_WH048437 | 0.7.72.393509.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048439 | MSFOIA_WH048440 | 0.7.72.399600.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048441 | MSFOIA_WH048449 | 0.7.72.399600.2 | | | Notes | Audit Status Meeting | 3/5/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048452 | MSFOIA_WH048459 | 0.7.72.392426 | | | Email | RE: RESPOND: Outside Expert Funding Pre-approval | 3/19/2008 | JoAnn Cutler | Julie izumoto; A. Malcom; Feinberg Marc A; Charles Davis; Alton White; Paul Weibel; Aarstol Michael P; Cheryl Potop-Jackson; Maureen Szostak; Ahmad Shahshahani; Cerruti Ron M; Feinberg Marc A; Charles Davis; Alton White; Paul Weibel; Aarstol Michael P; Cheryl Potop-Jackson; Maureen Szostak; Ahmad Shahshahani; Cerruti Ron M | Discussion about decisions to allocate certain resources for expert services contractor to assist with examination efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048460 | MSFOIA_WH048460 | 0.7.72.392426.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1012 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048461 | MSFOIA_WH048469 | 0.7.72.393759 | | | Email | RE: RESPOND: Outside Expert Funding Pre-approval | 3/20/2008 | JoAnn Cutler | Charles Davis; Alton White | Responses from outside expert being considered for possible contract to examiners' questions. This contractor was not ultimately selected. | (b)(3)/6103(e)(7); (b)(4) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Preliminary information offered by prospective contractor who was not ultimately selected for hire constitutes commercial and financial information expected to be kept confidential, disclosure of which could cause competitive harm to the contractor and could impair the government's ability to hire contractors in the future. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048470 | MSFOIA_WH048470 | 0.7.72.393759.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048471 | MSFOIA_WH048474 | 0.7.72.394173 | | | Email | FW: Contract Proposal Andrade | 3/28/2008 | Paul Weibel | Michael Aarstol; Joy Yen; William McCarthy; Julie Izumoto; Alton White; cc Charles Davis; JoAnn Cutler; Fred Rapaport; Cheryl Potop-Jackson; Charles Davis; JoAnn Cutler; Fred Rapaport; Cheryl Potop-Jackson | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048475 | MSFOIA_WH048477 | 0.7.72.394173.1 | | | Reference document [excerpt] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Excerpt from a research document provided by a prospective expert services contractor who was not ultimately selected for contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048478 | MSFOIA_WH048483 | 0.7.72.394173.2 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Memo provided by a prospective expert services contractor who was not ultimately selected for contract, used by examiners to decide whether to retain this contractor. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048487 | MSFOIA_WH048488 | 0.7.72.400005.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/4/2008 | Paul Weibel | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048491 | MSFOIA_WH048493 | 0.7.72.403714.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/7/2008 | Joy Yen | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1013 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048497 | MSFOIA_WH048497 | 0.7.72.397272 | | | Email | RE: IRS Seattle Exam | 4/8/2008 | Paul Weibel | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Discussion with prospective expert services contractors who were not ultimately hired. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048499 | MSFOIA_WH048501 | 0.7.72.393252.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/8/2008 | Paul Weibel | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048505 | MSFOIA_WH048507 | 0.7.72.403178.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/7/2008 | Joy Yen | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048510 | MSFOIA_WH048510 | 0.7.72.399793.1 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048512 | MSFOIA_WH048513 | 0.7.72.395405.1 | | | Draft Workpaper | Examiner's Risk Analysis Worksheet | 4/9/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048514 | MSFOIA_WH048515 | 0.7.72.395405.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048516 | MSFOIA_WH048517 | 0.7.72.395405.3 | | | Draft Workpaper | Examiner's Risk Analysis Worksheet | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1014 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048518 | MSFOIA_WH048519 | 0.7.72.395405.4 | | | Draft Workpaper | Examiner's Risk Analysis Worksheet | 4/9/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048523 | MSFOIA_WH048524 | 0.7.72.396839.1 | | | Notes/Outline | QUESTIONS - CASE INFORMATION, § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/22/2008 | Paul Weibel | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048526 | MSFOIA_WH048542 | 0.7.72.398919.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 4/10/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048546 | MSFOIA_WH048562 | 0.7.72.403877.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 4/10/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048563 | MSFOIA_WH048563 | 0.7.72.396835 | | | Email | MS... 04-06 AUDIT case - additional experts | 4/17/2008 | Michael Aarstol | Paul Weibel; Joy Yen; Fred Rapaport; Charles Davis; Cheryl Potop-Jackson; Alton White; William McCarthy; JoAnn Cutler; Julie Izumoto; Charles Davis; Cheryl Potop-Jackson; Alton White; William McCarthy; JoAnn Cutler; Julie Izumoto | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048564 | MSFOIA_WH048565 | 0.7.72.393523 | | | Email | FW: Redmond Cost Share Case | 4/17/2008 | Paul Weibel | Ahmad Shahshahani; Aarstol Michael P; Joy Yen; Alton White; Fred Rapaport; Charles Davis; Cheryl Potop-Jackson; Julie Izumoto; JoAnn Cutler; William McCarthy; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1015 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048566 | MSFOIA_WH048571 | 0.7.72.393523.1 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048572 | MSFOIA_WH048573 | 0.7.72.393523.2 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel | Memo from potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048576 | MSFOIA_WH048577 | 0.7.72.407130.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048603 | MSFOIA_WH048605 | 0.7.72.407130.10 | | | Draft Form | CIC Case Completion Risk Assessment | 2/29/2008 | Cheryl Potop-Jackson | Not indicated on document | Risk assessment worksheet providing details about planning and resource allocation to inform decisions regarding the Microsoft examination | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048618 | MSFOIA_WH048620 | 0.7.72.407130.15 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048621 | MSFOIA_WH048622 | 0.7.72.54511 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/16/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048623 | MSFOIA_WH048657 | 0.7.72.55178 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 5/16/2008 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048658 | MSFOIA_WH048658 | 0.7.72.54763 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5) Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1016 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048659 | MSFOIA_WH048675 | 0.7.72.54697 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 5/16/2008 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048676 | MSFOIA_WH048707 | 0.7.72.55357 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 5/16/2008 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048708 | MSFOIA_WH048738 | 0.7.72.55175 | | | PowerPoint | Microsoft Corp. CTM DFO-West Briefing | 5/16/2008 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048739 | MSFOIA_WH048739 | 0.7.72.55035 | | | Notes | Conference Call with Stan Perry, Discussion about Outside Experts | 10/23/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048740 | MSFOIA_WH048741 | 0.7.72.54980 | | | Notes | Meeting with Bill McCarthy, Paul Weibel, CP Jackson, Discussion Outside Experts - 200406 - 200606 Cycle | 8/30/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048742 | MSFOIA_WH048746 | 0.7.72.54946 | | | Notes | Status Meeting | 3/5/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048747 | MSFOIA_WH048750 | 0.7.72.55047 | | | Notes | Preliminary Audit Plan Meeting | 6/14/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048761 | MSFOIA_WH048764 | 0.7.72.404080.1 | | | Workpaper | Microsoft Puerto Rico | 6/20/2008 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048767 | MSFOIA_WH048767 | 0.7.72.404080.3 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048768 | MSFOIA_WH048769 | 0.7.72.404080.4 | | | Draft memo | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman; | Discussion draft of examiner's thoughts and analysis of an issue being examined, shared with agency attorney to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048772 | MSFOIA_WH048773 | 0.7.72.393663.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048774 | MSFOIA_WH048778 | 0.7.72.393663.2 | | | Workpaper | International Examiner Audit Plan | 6/25/2008 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048779 | MSFOIA_WH048780 | 0.7.72.393663.3 | | | Draft memo | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman; | Discussion draft of examiner's thoughts and analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048782 | MSFOIA_WH048784 | 0.7.72.394604.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1018 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048829 | MSFOIA_WH048829 | 0.7.72.393199.1 | | | Agenda | AGENDA FOR CHICAGO IRS-CETERIS MEETING | 8/12/2008 | Paul Weibel | Not indicated on document | Draft meeting agenda describing decisions to be made in the Microsoft examination, circulated for comment from other examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048839 | MSFOIA_WH048839 | 0.7.72.394520.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048840 | MSFOIA_WH048840 | 0.7.72.392104 | | | Email | Court Reporter | 1/14/2009 | Alton White | Charles Davis; Paul Weibel ; JoAnn Cutler | Discussion of preliminary considerations involved in decision to seek certain resources to assist with exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048841 | MSFOIA_WH048841 | 0.7.72.392104.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048848 | MSFOIA_WH048848 | 0.7.72.393250.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048852 | MSFOIA_WH048852 | 0.7.72.399054.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048856 | MSFOIA_WH048856 | 0.7.72.398309.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048860 | MSFOIA_WH048863 | 0.7.72.395761 | | | Email | RE: Status Report | 1/23/2009 | Ceteris | Julie izumoto; cc: Charles Davis; Charles Davis | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist with exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048864 | MSFOIA_WH048867 | 0.7.72.391388 | | | Email | RE: Status Report | 1/23/2009 | Julie izumoto | Ceteris; cc: Charles Davis; Charles Davis | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist with exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048878 | MSFOIA_WH048879 | 0.7.72.399876.1 | | | Memo | Budget Assessment Report, TIRWR-08-C-00022 | 1/26/2009 | Ceteris | Julie izumoto; | Communicating assessment of resources allocated for examination, to assist with decisions being made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1019 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048880 | MSFOIA_WH048884 | 0.7.72.393811 | | | Email | RE: Status Report | 1/26/2009 | Julie izumoto | Ceteris, cc: Charles Davis, JoAnn Cutler; Charles Davis; JoAnn Cutler | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist on exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048885 | MSFOIA_WH048889 | 0.7.72.397536 | | | Email | RE: Status Report | 1/26/2009 | Charles Davis | Julie izumoto; cc: JoAnn Cutler, Paul Weibel, A.White, Charles Davis, Cheryl Potop-Jackson; JoAnn Cutler; Paul Weibel; Alton White; Charles Davis; Cheryl Potop-Jackson | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist on exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048890 | MSFOIA_WH048893 | 0.7.72.393495 | | | Email | FW: Status Report | 1/26/2009 | Charles Davis | Paul Weibel; Cheryl Potop-Jackson; | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist on exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048894 | MSFOIA_WH048895 | 0.7.72.393495.1 | | | Memo | Budget Assessment Report, TIRWR-08-C-00022 | 1/26/2009 | Ceteris | Julie izumoto; | Communicating assessment of resources allocated for examination, to assist with decisions being made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048898 | MSFOIA_WH048898 | 0.7.72.394508.1 | | | Workpaper | UPDATED SUMMARY COMPLETION ISSUES TIMEFRAME | 1/28/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH048997 | MSFOIA_WH049002 | 0.7.72.392617.1 | | | Notes | Jonathan Downes, Senior Director, WWLP Asia | 3/10/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049003 | MSFOIA_WH049007 | 0.7.72.392617.2 | | | Notes | Henry Kwang, Director, APOC E&D OPS | 3/10/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1020 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049008 | MSFOIA_WH049014 | 0.7.72.392617.3 | | | Notes | Ken Wye Saw, VP, Sales and Marketing APAC | 3/10/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049015 | MSFOIA_WH049018 | 0.7.72.392617.4 | | | Notes | Chris Atkinson, Vice President, Sales & Marketing, Microsoft Asia Pacific Region | 3/12/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049019 | MSFOIA_WH049021 | 0.7.72.392617.5 | | | Notes | Benoit Van Thienen, Vice President Enterprise & Partners Group Asia | 3/12/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049022 | MSFOIA_WH049025 | 0.7.72.392617.6 | | | Notes | Michiel Verhoeven, General Manager, Asia Pacific, Greater China and Japan, Communications Sector | 3/10/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049026 | MSFOIA_WH049028 | 0.7.72.392617.7 | | | Notes | Emilio Umeoka, President Microsoft Asia Pacific | 3/11/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049029 | MSFOIA_WH049034 | 0.7.72.392617.8 | | | Notes | Interview with John MacLellan, Regional Finance Director, Microsoft APAC | 3/9/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049035 | MSFOIA_WH049040 | 0.7.72.392617.9 | | | Notes | Jessica Tan, GM of Microsoft Singapore | 3/11/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1021 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049041 | MSFOIA_WH049048 | 0.7.72.392617.10 | | | Notes | Interview with Eugene Saburi, GM Business, Marketing & Operations | 3/9/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049049 | MSFOIA_WH049052 | 0.7.72.392617.11 | | | Notes | Daniel Yue, Director, Customer Operations | 3/11/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049055 | MSFOIA_WH049055 | 0.7.72.398310.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049109 | MSFOIA_WH049110 | 0.7.72.407233 | | | Email | FW: Amortization Example with attachment | 9/1/2009 | Joy Yen | Cheryl Potop-Jackson; | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049111 | MSFOIA_WH049112 | 0.7.72.407233.1 | | | Notes | None provided on document | 8/5/2009 | Fred Rapaport | Not indicated on document | Examiner's notes responding to another examiner's questions regarding preliminary thoughts and analysis about issues bineg examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049113 | MSFOIA_WH049171 | 0.7.72.407233.2 | | | Workpaper | None provided on document | 8/5/2009 | Michelle Johnson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049176 | MSFOIA_WH049178 | 0.7.72.394671.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049186 | MSFOIA_WH049188 | 0.7.72.399338.1 | | | Letter | Request for Revisions to Contract TIRWR-08-C-0022 | 9/10/2009 | Ceteris | Julie izumoto; | Communicates information from expert services contractor to assist examiners in deciding whether to modify contract, and indicating exam planning and resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1022 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049191 | MSFOIA_WH049191 | 0.7.72.393756.1 | | | Workpaper | Buy-In Royalty Calculation | 9/10/2009 | Ceteris | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049196 | MSFOIA_WH049196 | 0.7.72.398993.1 | | | Workpaper | Buy-In Royalty Calculation | 9/10/2009 | Ceteris | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049198 | MSFOIA_WH049198 | 0.7.72.393817.1 | | | Draft Agenda | Agenda - Meeting with DFO | 9/17/2009 | Cheryl Potop-Jackson | Not indicated on document | Draft meeting agenda describing decisions to be made in the Microsoft examination, circulated for comment from other examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049201 | MSFOIA_WH049201 | 0.7.72.391316.1 | | | Handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/7/2007 | Joel Brotten | Not indicated on document | Notes from conference call regarding analysis of issue being examined, shared with other examiners to assist with decisions involved in examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049202 | MSFOIA_WH049202 | 0.7.72.391316.2 | | | Handwritten notes | Conference Call | 3/11/2007 | Joel Brotten | Not indicated on document | Notes from conference call regarding analysis of issue being examined, shared with other examiners to assist with decisions involved in examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049203 | MSFOIA_WH049204 | 0.7.72.391316.3 | | | Handwritten notes | Buy-In Issue Meeting | 3/8/2007 | Joel Brotten | Not indicated on document | Notes from meeting regarding analysis of issue being examined, shared with other examiners to assist with decisions involved in examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049205 | MSFOIA_WH049220 | 0.7.72.391316.4 | | | Meeting minutes | Minutes, IRS Audit of Microsoft Corporation, 2000 thru 2003 Cycle, IE Status Update Meeting | 10/10/2006 | Dianne Hill | Not indicated on document | Examiner's internal workpaper communicating notes of preliminary discussion of issues being examined in previous exam cycle, for purposes of assisting with decisions involved in determing taxpayer liability during the current cycle. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1023 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049223 | MSFOIA_WH049224 | 0.7.72.404445.1 | | | Notes | None provided on document | 8/5/2009 | Fred Rapaport | Not indicated on document | Examiner's notes responding to another examiner's questions regarding preliminary thoughts and analysis about issues bineg examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049225 | MSFOIA_WH049283 | 0.7.72.404445.2 | | | Workpaper | None provided on document | 8/5/2009 | Michelle Johnson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049286 | MSFOIA_WH049286 | 0.7.72.402930.1 | | | Handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/7/2007 | Joel Brotten | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049287 | MSFOIA_WH049287 | 0.7.72.402930.2 | | | Handwritten notes | Conference Call | 3/11/2007 | Joel Brotten | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049288 | MSFOIA_WH049289 | 0.7.72.402930.3 | | | Handwritten notes | Buy-In Issue Meeting | 3/8/2007 | Joel Brotten | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049290 | MSFOIA_WH049305 | 0.7.72.402930.4 | | | Meeting minutes | Minutes, IRS Audit of Microsoft Corporation, 2000 thru 2003 Cycle, IE Status Update Meeting | 10/10/2006 | Dianne Hill | Not indicated on document | Examiner's internal workpaper communicating notes of preliminary discussion of issues being examined in previous exam cycle, for purposes of assisting with decisions involved in determing taxpayer liability during the current cycle. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049317 | MSFOIA_WH049318 | 0.7.72.391401.1 | | | Workpaper | None provided on document | 9/29/2009 | Julie izumoto | Not indicated on document | Information about amounts billed to expert services contracting, indicating decisions regarding allocation of examination resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1024 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049323 | MSFOIA_WH049329 | 0.7.72.396428.1 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | 10/15/2009 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049330 | MSFOIA_WH049332 | 0.7.72.396428.2 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | 10/16/2009 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049333 | MSFOIA_WH049335 | 0.7.72.396428.3 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | 10/17/2009 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049336 | MSFOIA_WH049338 | 0.7.72.396428.4 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | 10/18/2009 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049341 | MSFOIA_WH049343 | 0.7.72.408943.1 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | 10/19/2009 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049348 | MSFOIA_WH049348 | 0.7.72.399917.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049364 | MSFOIA_WH049364 | 0.7.72.393483.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049395 | MSFOIA_WH049396 | 0.7.72.403934.2 | | | Draft memo | Counsel Advice/Response that has been requested | Not dated | Cheryl Potop-Jackson | Marty Walker, Charles Davis; | Draft of internal communication describing legal advice requested from agency attorneys to assist with decisions to be made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1025 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049400 | MSFOIA_WH049401 | 0.7.72.399265.2 | | | Draft memo | Counsel Advice/Response that has been requested | Not dated | Cheryl Potop-Jackson | Marty Walker, Charles Davis; | Draft of internal communication describing legal advice requested from agency attorneys to assist with decisions to be made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049409 | MSFOIA_WH049409 | 0.7.72.399057.1 | | | Workpaper | None provided on document | Not dated | Cheryl Potop-Jackson | Not indicated on document | Workpaper used for briefing senior examiner on issues being examined and providing preliminary information used ot decide exam issues. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049414 | MSFOIA_WH049414 | 0.7.72.394267.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049433 | MSFOIA_WH049433 | 0.7.72.54391 | | | Memo | Note To Reviewer For a Signature Package | 2/25/2010 | Cheryl Potop-Jackson-Potop | Not indicated on document | Communicating assessment of resources allocated for examination, to assist with decisions made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049434 | MSFOIA_WH049440 | 0.7.72.54927 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/8/2009 | Cheryl Potop-Jackson-Potop | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049441 | MSFOIA_WH049444 | 0.7.72.55113 | | | Workpaper | Initial Comments / Concerns - Possible Significant Items | 10/9/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049445 | MSFOIA_WH049448 | 0.7.72.54977 | | | Workpaper | Initial Comments / Concerns | 7/23/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049449 | MSFOIA_WH049452 | 0.7.72.54582 | | | Workpaper | Initial Comments / Concerns - Possible Significant Items | 10/11/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049453 | MSFOIA_WH049454 | 0.7.72.393212 | | | Memo | Counsel Advice/Response that has been requested | Not dated | Cheryl Potop-Jackson | Marty Walker, Charles Davis; | Draft of internal communication describing legal advice requested from agency attorneys to assist with decisions to be made in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049455 | MSFOIA_WH049457 | 0.7.72.393153 | | | Form | None provided on document | 8/15/2007 | Cheryl Potop-Jackson-Potop | Not indicated on document | Referral for assistance of specialist examiner to assist with analysis and decisions involved in Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049458 | MSFOIA_WH049498 | 0.7.72.391417 | | | Draft memo | Large Case Examination Plan Transmittal | 11/14/2007 | Cheryl Potop-Jackson-Potop | Charles Davis | Communicating assessment of resources allocated for examination, to assist with decisions being made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049499 | MSFOIA_WH049500 | 0.7.72.391775 | | | Workpaper | Estimated Issue Time Lines | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049501 | MSFOIA_WH049504 | 0.7.72.391874 | | | Workpaper | Initial Comments / Concerns | 7/23/2007 | Charles Davis | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049505 | MSFOIA_WH049508 | 0.7.72.392423 | | | Workpaper | Initial Comments / Concerns - Possible Significant Items | 10/11/2007 | Cheryl Potop-Jackson-Potop | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1027 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049509 | MSFOIA_WH049512 | 0.7.72.391437 | | | Workpaper | Initial Comments / Concerns - Possible Significant Items | 10/9/2007 | Cheryl Potop-Jackson-Potop | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049513 | MSFOIA_WH049553 | 0.7.72.392140 | | | Draft memo | Large Case Examination Plan Transmittal | 11/14/2007 | Cheryl Potop-Jackson-Potop | Charles Davis | Communicating assessment of resources allocated for examination, to assist with decisions being made by examiners regarding prospective enforcement activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049554 | MSFOIA_WH049554 | 0.7.72.392990 | | | Workpaper | "What if" Scenarios - Adjustments | 10/9/2009 | Cheryl Potop-Jackson-Potop | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049555 | MSFOIA_WH049557 | 0.7.72.391844 | | | Workpaper | Audit Plan Summary Risk Assessment - ALL Issues | 11/27/2007 | Cheryl Potop-Jackson-Potop | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049558 | MSFOIA_WH049563 | 0.7.72.392450 | | | Workpaper | Activity Record – Cheryl Potop-Jackson, STC | 2/29/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049564 | MSFOIA_WH049569 | 0.7.72.391657 | | | Workpaper | Activity Record – Cheryl Potop-Jackson, STC | 9/28/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049570 | MSFOIA_WH049571 | 0.7.72.391462 | | | Draft memo | Topic Areas for Interview with E&Y regarding APAC Buy-in Report | 11/4/2008 | Ceteris | Paul Weibel | Preliminary discussion about proposed interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1028 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049572 | MSFOIA_WH049573 | 0.7.72.391382 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049574 | MSFOIA_WH049576 | 0.7.72.391565 | | | Workpaper | NOPA Log with Details | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049581 | MSFOIA_WH049581 | 0.7.72.391323.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049584 | MSFOIA_WH049584 | 0.7.72.55362 | | | Workpaper | Microsoft APAC Retail Segment Transactions | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049587 | MSFOIA_WH049587 | 0.7.72.398959.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049590 | MSFOIA_WH049590 | 0.7.72.395038.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049591 | MSFOIA_WH049591 | 0.7.72.408617 | | | Email | Flow Chart | 3/2/2010 | Paul Weibel | Cheryl Potop-Jackson; | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049592 | MSFOIA_WH049592 | 0.7.72.408617.1 | | | Workpaper | Microsoft APAC Retail Segment Transactions | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049593 | MSFOIA_WH049593 | 0.7.72.391731 | | | Workpaper | Microsoft APAC Retail Segment Transactions | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1029 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049597 | MSFOIA_WH049597 | 0.7.72.400777.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049601 | MSFOIA_WH049601 | 0.7.72.395468.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049604 | MSFOIA_WH049604 | 0.7.72.395240.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049606 | MSFOIA_WH049615 | 0.7.72.395039.1 | | | Workpaper | Tasks & Timelines - Completion of Microsoft 200406 - 200606 | 3/3/2010 | Cheryl Potop-Jackson | Charles Davis; | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049617 | MSFOIA_WH049626 | 0.7.72.407255.1 | | | Workpaper | Tasks & Timelines - Completion of Microsoft 200406 - 200607 | 3/3/2010 | Cheryl Potop-Jackson | Charles Davis; | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049634 | MSFOIA_WH049637 | 0.7.72.398306.1 | | | Workpaper | Action Plan, Cost Sharing Presentation to Mike Danilack | 3/5/2010 | Gloria Sullivan | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049639 | MSFOIA_WH049639 | 0.7.72.402339.1 | | | Workpaper | None provided on document | 2/17/2010 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049641 | MSFOIA_WH049641 | 0.7.72.393210.1 | | | Workpaper | None provided on document | 2/18/2010 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049644 | MSFOIA_WH049647 | 0.7.72.398263.1 | | | Workpaper | Action Plan, Cost Sharing Presentation to Mike Danilack | 3/5/2010 | Gloria Sullivan | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1030 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049648 | MSFOIA_WH049651 | 0.7.72.44603 | | | Workpaper | Activity Record – Cheryl Potop-Jackson, STC | 2/26/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049653 | MSFOIA_WH049653 | 0.7.72.409834.1 | | | Workpaper | Microsoft APAC Retail Segment Transactions | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049656 | MSFOIA_WH049656 | 0.7.72.406395 | | | Email | Fred's NOPA | 3/17/2010 | Paul Weibel | Cheryl Potop-Jackson ; | Email transmitting attachments whose names indicate subjects being addressed in draft documents. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049657 | MSFOIA_WH049663 | 0.7.72.406395.1 | | | Draft NOPA | Form 886A – Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049664 | MSFOIA_WH049666 | 0.7.72.406395.2 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 3/16/2010 | Cheryl Potop-Jackson | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049667 | MSFOIA_WH049764 | 0.7.72.406395.3 | | | Draft Report | Economist Report | Not dated | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049783 | MSFOIA_WH049786 | 0.7.72.44622 | | | Workpaper | Activity Record – Cheryl Potop-Jackson, STC | 3/31/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049789 | MSFOIA_WH049789 | 0.7.72.404887.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1031 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049798 | MSFOIA_WH049804 | 0.7.72.396516.1 | | | Draft Notes | None provided on document | 12/3/2009 | Not indicated on document | Not indicated on document | Rough draft of introductory language and questions for certain interviewees, for consideration by examiners and possible use during the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049805 | MSFOIA_WH049807 | 0.7.72.391802 | | | Workpaper | NOPA Log with Details | 4/15/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049811 | MSFOIA_WH049812 | 0.7.72.392522.1 | | | Report | Budget & Workplan | 4/16/2010 | Ceteris | Not indicated on document | Preliminary planning document submitted by expert services contractor to assist examiners in deciding on course of action for exam and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049815 | MSFOIA_WH049816 | 0.7.72.396841.1 | | | Report | Budget & Workplan | 4/16/2010 | Ceteris | Not indicated on document | Preliminary planning document submitted by expert services contractor to assist examiners in deciding on course of action for exam and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049819 | MSFOIA_WH049820 | 0.7.72.394549.1 | | | Report | Budget & Workplan | 4/16/2010 | Ceteris | Not indicated on document | Preliminary planning document submitted by expert services contractor to assist examiners in deciding on course of action for exam and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049837 | MSFOIA_WH049837 | 0.7.72.397036.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049843 | MSFOIA_WH049843 | 0.7.72.408248.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049850 | MSFOIA_WH049850 | 0.7.72.402850.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049851 | MSFOIA_WH049892 | 0.7.72.393150 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1032 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049899 | MSFOIA_WH049899 | 0.7.72.407976.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049905 | MSFOIA_WH049905 | 0.7.72.396760.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049909 | MSFOIA_WH049925 | 0.7.72.408646.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049926 | MSFOIA_WH049927 | 0.7.72.408646.2 | | | Report | Budget & Workplan | 5/3/2010 | Ceteris | Not indicated on document | Preliminary planning document submitted by expert services contractor to assist examiners in deciding on course of action for exam and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049928 | MSFOIA_WH049928 | 0.7.72.391666 | | | Email | IE Issues Update - Redmond | 5/5/2010 | Douglas Odell | Alton White ; Cheryl Potop-Jackson; Paul Weibel; William McCarthy; Joy Yen; Marie Ishii | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049929 | MSFOIA_WH049930 | 0.7.72.391666.1 | | | Spreadsheet | INDEX OF INTERNATIONAL NOPA's | 5/5/2010 | Douglas Odell | Not indicated on document | List of NOPAs describing status of examiners' preliminary analysis and comments regarding issues addressed in each NOPA, communicating information to inform decisions being made during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049943 | MSFOIA_WH049959 | 0.7.72.398322.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 5/11/2010 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049963 | MSFOIA_WH049965 | 0.7.72.54467 | | | Workpaper | NOPA Log with Details | 5/24/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049972 | MSFOIA_WH049972 | 0.7.72.404767.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1033 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049975 | MSFOIA_WH049976 | 0.7.72.392238.1 | | | Report | Budget & Workplan | 5/7/2010 | Ceteris | Not indicated on document | Preliminary planning document submitted by expert services contractor to assist examiners in deciding on course of action for exam and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049978 | MSFOIA_WH049979 | 0.7.72.405596.1 | | | Draft memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049981 | MSFOIA_WH049997 | 0.7.72.396267.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH049999 | MSFOIA_WH050015 | 0.7.72.397204.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050026 | MSFOIA_WH050042 | 0.7.72.395063.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050043 | MSFOIA_WH050059 | 0.7.72.395063.2 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050060 | MSFOIA_WH050061 | 0.7.72.55074 | | | Draft memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1034 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050062 | MSFOIA_WH050065 | 0.7.72.55117 | | | Workpaper | CIC Case Completion Risk Assessment | 6/3/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050066 | MSFOIA_WH050067 | 0.7.72.391311 | | | Draft memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 | 6/30/2009 | Charles Davis | Maria Hwang | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050070 | MSFOIA_WH050073 | 0.7.72.397385.1 | | | Workpaper | CIC Case Completion Risk Assessment | 6/3/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050076 | MSFOIA_WH050080 | 0.7.72.408925.1 | | | Workpaper | CIC Case Completion Risk Assessment | 6/3/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050081 | MSFOIA_WH050082 | 0.7.72.55351 | | | Workpaper | None provided on document | 6/7/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050086 | MSFOIA_WH050092 | 0.7.72.55045 | | | Workpaper | Issue Control Summary | 6/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050094 | MSFOIA_WH050096 | 0.7.72.403193.1 | | | Workpaper | IE Doug Odell Issue Time Line | 6/10/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050099 | MSFOIA_WH050101 | 0.7.72.399066.1 | | | Workpaper | IE Doug Odell Issue Time Line | 6/11/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1035 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050103 | MSFOIA_WH050103 | 0.7.72.393437.1 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 6/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050120 | MSFOIA_WH050121 | 0.7.72.406158.1 | | | Notes | Summary of Acquisition Buy-Ins | 6/24/2010 | Fred Rapaport | Not indicated on document | Examiner's notes communicating preliminary thoughts and analysis regarding issues binege examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050123 | MSFOIA_WH050126 | 0.7.72.409751.1 | | | Draft memo | Post Audit Critique | 6/1/2008 | Joel Brotten | Case File | Internal communication describing examiners' analysis of previous exam cycle, shared to inform decisions involved in Micrsoot current audit cycle. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050129 | MSFOIA_WH050130 | 0.7.72.395061.1 | | | Memo | IRS Marvin - Americas Retail Interviews | 7/16/2010 | Ceteris | Paul Weibel; | Preliminary discussion about proposed interviews to elicit information to inform analysis and decisions related to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050137 | MSFOIA_WH050138 | 0.7.72.403918.1 | | | Draft Report | Ten Oldest CIC Cases | 7/8/2010 | Not indicated on document | Not indicated on document | Report describing preliminary status and analysis of certain issues in various taxpayers' examinations, used by managers to make decisions regarding use of agency resources and to direct enforcement activity. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050140 | MSFOIA_WH050141 | 0.7.72.408952.1 | | | Draft Report | Ten Oldest CIC Cases | 7/9/2010 | Not indicated on document | Not indicated on document | Report describing preliminary status and analysis of certain issues in various taxpayers' examinations, used by managers to make decisions regarding use of agency resources and to direct enforcement activity. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050142 | MSFOIA_WH050165 | 0.7.72.55399 | | | Draft NOPA | Form 886A - Explanation of Items | 7/22/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050166 | MSFOIA_WH050189 | 0.7.72.391668 | | | Draft NOPA | Form 886A - Explanation of Items | 7/22/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050220 | MSFOIA_WH050221 | 0.7.72.398475.1 | | | Workpaper | ISSUE: Americas Transfer-Price | Not dated | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050224 | MSFOIA_WH050229 | 0.7.72.391300.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050230 | MSFOIA_WH050230 | 0.7.72.391300.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050232 | MSFOIA_WH050271 | 0.7.72.54612 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050272 | MSFOIA_WH050311 | 0.7.72.392190 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050330 | MSFOIA_WH050334 | 0.7.72.395571.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1037 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050336 | MSFOIA_WH050340 | 0.7.72.393020.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050345 | MSFOIA_WH050361 | 0.7.72.397849.1 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | Not Dated | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050362 | MSFOIA_WH050364 | 0.7.72.391465 | | | Workpaper | Activity Record – C.P. Jackson, STC | 10/29/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050366 | MSFOIA_WH050366 | 0.7.72.410175.1 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 11/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050376 | MSFOIA_WH050376 | 0.7.72.397842.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/8/2010 | Not indicated on document | Not indicated on document | Document which appears to have been provided by Microsoft, circulated among examiners and expert services contractor for particular consideration to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050403 | MSFOIA_WH050403 | 0.7.72.397488.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Expert services contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050406 | MSFOIA_WH050406 | 0.7.72.398156.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Expert services contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1038 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050408 | MSFOIA_WH050410 | 0.7.72.393765.1 | | | Notes | Meeting with Territory Mgr & Taxpayer | 11/17/2010 | Cheryl Potop-Jackson | Not indicated on document | Examiner's notes summarizing preliminary thoughts and analysis of exam team regarding issues discussed with Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050414 | MSFOIA_WH050414 | 0.7.72.393387.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Expert services contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050416 | MSFOIA_WH050416 | 0.7.72.399791.1 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 11/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050417 | MSFOIA_WH050420 | 0.7.72.399791.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050424 | MSFOIA_WH050424 | 0.7.72.405491 | | | Email | FW: Redmond Contract | 12/17/2010 | Julie izumoto | Charles Davis; | Email discussing expert witness work and transmitting performance work statement (duplicate). | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050425 | MSFOIA_WH050441 | 0.7.72.405491.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 6/2/2010 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050445 | MSFOIA_WH050445 | 0.7.72.54455 | | | Workpaper | Compare Issues Identified Initial Risk Analysis and Audit Results | 1/4/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1039 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050446 | MSFOIA_WH050447 | 0.7.72.54958 | | | Draft memo | Information Required for CIC Monitoring Report | 12/15/2010 | Cheryl Potop-Jackson | Charles Davis | Preliminary thoughts and status updates of examiners communicated to managers to assist with decisions regarding use of agency resources and potential enforcement actions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050448 | MSFOIA_WH050449 | 0.7.72.391449 | | | Draft memo | Information Required for CIC Monitoring Report | 12/15/2010 | Cheryl Potop-Jackson | Charles Davis | Preliminary thoughts and status updates of examiners communicated to managers to assist with decisions regarding use of agency resources and potential enforcement actions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050452 | MSFOIA_WH050454 | 0.7.72.400129.1 | | | Notes | Meeting with CTM Industry Director and Taxpayer | 1/5/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's notes summarizing preliminary thoughts and analysis of exam team regarding issues discussed with Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050472 | MSFOIA_WH050472 | 0.7.72.395109.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Expert services contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050482 | MSFOIA_WH050482 | 0.7.72.397211 | | | Email | Status Update - IMPORTANT - READ ME | 1/21/2011 | Paul Weibel | William McCarthy, Charles Davis, Alton White, Cheryl Potop-Jackson; | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050484 | MSFOIA_WH050492 | 0.7.72.391971.1 | | | Draft Memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2010 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1040 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050493 | MSFOIA_WH050529 | 0.7.72.391971.2 | | | Workpaper | Microsoft Puerto Rico Retail Cost Sharing | Not Dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050531 | MSFOIA_WH050533 | 0.7.72.54985 | | | Draft memo | Information Required for CIC Monitoring Report | 1/24/2011 | Cheryl Potop-Jackson | Charles Davis | Preliminary thoughts and status updates of examiners communicated to managers to assist with decisions regarding use of agency resources and potential enforcement actions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050534 | MSFOIA_WH050536 | 0.7.72.393228 | | | Draft memo | Information Required for CIC Monitoring Report | 1/25/2011 | Cheryl Potop-Jackson | Charles Davis | Preliminary thoughts and status updates of examiners communicated to managers to assist with decisions regarding use of agency resources and potential enforcement actions. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050550 | MSFOIA_WH050551 | 0.7.72.399938.1 | | | Questionnaire | ACTION: For your CIC/CAP cases | 1/27/2001 | Cheryl Potop-Jackson | Not indicated on document | Examiner's preliminary notes in response to questions from other agency eplmoyee regarding proposed examination activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050581 | MSFOIA_WH050595 | 0.7.72.395396.1 | | | Workpaper | None provided on document | 2/15/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050598 | MSFOIA_WH050606 | 0.7.72.406257.1 | | | Workpaper | None provided on document | 2/15/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1041 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050608 | MSFOIA_WH050624 | 0.7.72.391562.1 | | | Workpaper | None provided on document | 2/16/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050630 | MSFOIA_WH050640 | 0.7.72.396531.1 | | | Workpaper | None provided on document | 2/18/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050664 | MSFOIA_WH050704 | 0.7.72.406282.1 | | | Workpaper | Large Case Examination Plan Transmittal | 4/2/2008 | Cheryl Potop-Jackson | Charles Davis | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050706 | MSFOIA_WH050721 | 0.7.72.392337.1 | | | Workpaper | None provided on document | 3/1/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050723 | MSFOIA_WH050738 | 0.7.72.403668.1 | | | Workpaper | None provided on document | 3/1/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050742 | MSFOIA_WH050743 | 0.7.72.400961 | | | Email | RE: Time Line for Case - Please Review | 3/1/2011 | Cheryl Potop-Jackson | Charles Davis; | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding management of exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050752 | MSFOIA_WH050753 | 0.7.72.391811 | | | Memo | WORKLOAD REVIEW | 3/7/2011 | Charles Davis | Cheryl Potop-Jackson | Internal communication describing examiner's planned work on exam, and discussing agency resources and limitations. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Internal agency forms used to manage employees security access are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050754 | MSFOIA_WH050757 | 0.7.72.393079 | | | Draft Rebuttal | Response T/P's Rebuttal sec. 199 | 3/16/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050763 | MSFOIA_WH050763 | 0.7.72.54502 | | | Workpaper | Table 20: Calculation of Lump Sum Buy-In Payment | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050764 | MSFOIA_WH050764 | 0.7.72.405379 | | | Email | TABLE 20 APAC Correction | 3/17/2011 | Cheryl Potop-Jackson | Paul Weibel; | Internal communication among IRS examiners regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050765 | MSFOIA_WH050765 | 0.7.72.405379.1 | | | Workpaper | Table 20: Calculation of Lump Sum Buy-In Payment | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050766 | MSFOIA_WH050766 | 0.7.72.392044 | | | Workpaper | Table 21 - APAC (Page 85 of Report) | 3/21/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050768 | MSFOIA_WH050812 | 0.7.72.395071.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050814 | MSFOIA_WH050814 | 0.7.72.405539.1 | | | Workpaper | Table 21 - APAC (Page 85 of Report) | 3/21/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1043 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050817 | MSFOIA_WH050824 | 0.7.72.401339.1 | | | Workpaper | None provided on document | 3/21/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050826 | MSFOIA_WH050828 | 0.7.72.392103.1 | | | Workpaper | NATURAL RATE COMPUTATION | 3/22/2011 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050830 | MSFOIA_WH050870 | 0.7.72.400061.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050872 | MSFOIA_WH050883 | 0.7.72.396502.1 | | | Workpaper | NOPAs Issued | 3/24/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050885 | MSFOIA_WH050929 | 0.7.72.391915.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050930 | MSFOIA_WH050930 | 0.7.72.391915.2 | | | Workpaper | NATURAL RATE COMPUTATION | 3/11/2011 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050931 | MSFOIA_WH050931 | 0.7.72.396184 | | | Email | Combination Reminder-Observation-Question | 4/4/2011 | Paul Weibel | Alton White; William McCarthy; Charles Davis; cc:Joy Yen; Cheryl Potop-Jackson; Hilty Melissa; Joy Yen; Cheryl Potop-Jackson; Hilty Melissa L | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1044 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050932 | MSFOIA_WH050932 | 0.7.72.393614 | | | Email | RE: Combination Reminder-Observation-Question | 4/4/2011 | Joy Yen | Paul Weibel; Alton White; William McCarthy; Charles Davis; cc:Cheryl Potop-Jackson; Hilty Melissa; Cheryl Potop-Jackson; Hilty Melissa L | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050937 | MSFOIA_WH050937 | 0.7.72.397489 | | | Email | RE: Combination Reminder-Observation-Question | 4/4/2011 | McCarthy William | Paul Weibel; cc: Alton White; Cheryl Potop-Jackson; Alton White; Cheryl Potop-Jackson | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050938 | MSFOIA_WH050939 | 0.7.72.409818 | | | Email | RE: Combination Reminder-Observation-Question | 4/4/2011 | Paul Weibel | Cheryl Potop-Jackson; | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050942 | MSFOIA_WH050944 | 0.7.72.399761.1 | | | Workpaper | Acting Management Activity, Chuck Davis, Team 1234 | 4/8/2011 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Employee's privacy interest in details about job performance are not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050949 | MSFOIA_WH050949 | 0.7.72.406354 | | | Email | Draft argument | 4/14/2011 | William McCarthy | Paul Weibel; Cheryl Potop-Jackson; Joy Yen ; | Internal communication among IRS examiners and agency attorney regarding issues being examined and decisions to be made regarding taxpayer's liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050950 | MSFOIA_WH050956 | 0.7.72.406354.1 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050958 | MSFOIA_WH050964 | 0.7.72.398430.1 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050966 | MSFOIA_WH050973 | 0.7.72.394643.1 | | | Draft Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050976 | MSFOIA_WH050976 | 0.7.72.391619.1 | | | Draft memo | CONCLUSION | 4/14/2011 | William McCarthy | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH050987 | MSFOIA_WH051002 | 0.7.72.399790.1 | | | Workpaper | None provided on document | 4/18/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051040 | MSFOIA_WH051043 | 0.7.72.394256.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1046 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051050 | MSFOIA_WH051174 | 0.7.72.402394.1 | | | Draft Report | Analysis of Microsoft APAC Retail Buy-in | 3/30/2011 | Ceteris | Not indicated on document | Discussion draft of expert report reflecting preliminary analysis to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051182 | MSFOIA_WH051182 | 0.7.72.392290 | | | Workpaper | Updated Timelines to Completion | 4/20/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051188 | MSFOIA_WH051203 | 0.7.72.402330.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051204 | MSFOIA_WH051218 | 0.7.72.402330.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051219 | MSFOIA_WH051219 | 0.7.72.402330.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051228 | MSFOIA_WH051325 | 0.7.72.405452.1 | | | Draft Report | Economist Report | 10/8/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051326 | MSFOIA_WH051326 | 0.7.72.405452.2 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051327 | MSFOIA_WH051334 | 0.7.72.405452.3 | | | Draft NOPA | Form 886A - Explanation of Items | 3/18/2010 | Paul Weibel | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051335 | MSFOIA_WH051346 | 0.7.72.405452.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051347 | MSFOIA_WH051347 | 0.7.72.405452.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1047 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051348 | MSFOIA_WH051348 | 0.7.72.398071 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/2/2011 | Cheryl Potop-Jackson | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Transmitting a certain document to a certain IRS employee, indicating certain direction and scope of exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051349 | MSFOIA_WH051349 | 0.7.72.398071.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 1/13/2010 | Cheryl Potop-Jackson | Not indicated on document | Certain document transmitted to certain IRS employee, communicating analysis of issues being examined to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051350 | MSFOIA_WH051389 | 0.7.72.392116 | | | Workpaper | Summary NOPAs | 4/28/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051399 | MSFOIA_WH051441 | 0.7.72.398969.1 | | | Draft Report | Economist Report | 4/15/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051442 | MSFOIA_WH051518 | 0.7.72.398969.2 | | | Draft Report | Economist Report | 5/5/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051523 | MSFOIA_WH051527 | 0.7.72.392299 | | | Workpaper | Activity Record – C.P. Jackson, STC | 4/29/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051531 | MSFOIA_WH051607 | 0.7.72.391759 | | | Draft Report | Economist Report | 4/15/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051612 | MSFOIA_WH051614 | 0.7.72.391274 | | | Workpaper | Activity Record – C.P. Jackson, STC | 5/18/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051624 | MSFOIA_WH051624 | 0.7.72.405729.1 | | | Draft Letter | None provided on document | 5/20/2011 | Maria Hwang | Microsoft Corporation | Discussion draft of a letter to be issued to Microsoft, circulated among examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051625 | MSFOIA_WH051625 | 0.7.72.391866 | | | Draft Letter | None provided on document | 5/20/2011 | Maria Hwang | Microsoft Corporation | Discussion draft of a letter to be issued to Microsoft, circulated among examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051628 | MSFOIA_WH051628 | 0.7.72.396204.1 | | | Draft Letter | None provided on document | 5/20/2011 | Maria Hwang | Microsoft Corporation | Discussion draft of a letter to be issued to Microsoft, circulated among examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051634 | MSFOIA_WH051635 | 0.7.72.407673.1 | | | Draft Workpaper | None provided on document | Not dated | not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051642 | MSFOIA_WH051643 | 0.7.72.392962 | | | Notes | None provided on document | 7/8/2011 | Not indicated on document | Not indicated on document | Examiner's preliminary notes regarding intangibles agreements, to be included in exam file for consideration by other examiners to aid in decisionmaking | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051664 | MSFOIA_WH051666 | 0.7.72.400035.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051678 | MSFOIA_WH051679 | 0.7.72.408190.1 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051680 | MSFOIA_WH051680 | 0.7.72.408190.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051682 | MSFOIA_WH051696 | 0.7.72.396774.1 | | | Return | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Copy of a return shared among examiners at suggestion of agency attorney during consideration of an issue being examined and drafting of IDR | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051697 | MSFOIA_WH051698 | 0.7.72.396774.2 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051702 | MSFOIA_WH051702 | 0.7.72.398436.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051706 | MSFOIA_WH051706 | 0.7.72.399792.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051707 | MSFOIA_WH051707 | 0.7.72.399792.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051712 | MSFOIA_WH051712 | 0.7.72.404086.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051723 | MSFOIA_WH051729 | 0.7.72.52295 | | | Workpaper | INTERNATIONAL AUDIT PLAN | 8/9/2007 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1050 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051730 | MSFOIA_WH051732 | 0.7.72.52154 | | | Notes | Audit Status Meeting | 10/16/2007 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051733 | MSFOIA_WH051733 | 0.7.72.52325 | | | Workpaper | APAC Cost Sharing | 2/7/2008 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051734 | MSFOIA_WH051748 | 0.7.72.52268 | | | Workpaper | None provided on document | 9/3/2009 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051749 | MSFOIA_WH051752 | 0.7.72.52313 | | | Workpaper | Sales by Product Segment | 9/3/2009 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051753 | MSFOIA_WH051783 | 0.7.72.52246 | | | Workpaper | None provided on document | 10/19/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051784 | MSFOIA_WH051802 | 0.7.72.52169 | | | Workpaper | None provided on document | 12/1/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051803 | MSFOIA_WH051808 | 0.7.72.52191 | | | Workpaper | None provided on document | 3/10/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1051 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051809 | MSFOIA_WH051832 | 0.7.72.52219 | | | Workpaper | None provided on document | 3/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051833 | MSFOIA_WH051833 | 0.7.72.52206 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051834 | MSFOIA_WH051853 | 0.7.72.52263 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051854 | MSFOIA_WH051928 | 0.7.72.52319 | | | Workpaper | None provided on document | 3/23/2010 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051929 | MSFOIA_WH051933 | 0.7.72.52289 | | | Workpaper | None provided on document | 4/27/2010 | Fred Rapaport | Joy Yen; | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051934 | MSFOIA_WH051951 | 0.7.72.52330 | | | Memo | SINGAPORE TRIP REPORT, APAC FUNCTIONAL ANALYSIS | 3/30/2009 | Joy Yen | Charles Davis, Ahmad Shahshahani | Internal communication sharing examiner's preliminary thoughts and impressions to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051952 | MSFOIA_WH051961 | 0.7.72.52189 | | | Workpaper | None provided on document | 8/2/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1052 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051962 | MSFOIA_WH051969 | 0.7.72.52337 | | | Workpaper | None provided on document | 8/11/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051970 | MSFOIA_WH051970 | 0.7.72.52212 | | | Workpaper | None provided on document | 8/18/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051971 | MSFOIA_WH051981 | 0.7.72.52227 | | | Workpaper | None provided on document | 8/19/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051982 | MSFOIA_WH051991 | 0.7.72.52315 | | | Workpaper | None provided on document | 10/27/2011 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH051992 | MSFOIA_WH051999 | 0.7.72.52159 | | | Workpaper | None provided on document | 10/31/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052013 | MSFOIA_WH052023 | 0.7.72.245220.1 | | | Spreadsheet | Significant § 482 Buy-in Cases | 9/11/2007 | Michelle Korbas | Not indicated on document | Agency attorneys' draft list of buy-in cases with attorneys' notes about the cases, circulated for discussion purposes and for consideration of issues to be examined with respect to Microsoft examination and other taxpayers' examinations; identifying third-party taxpayer examinations | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052094 | MSFOIA_WH052105 | 0.7.72.238930.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1053 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052142 | MSFOIA_WH052162 | 0.7.72.229656.1 | | | Draft PowerPoint | XYZ Corp. | 2/19/2008 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052188 | MSFOIA_WH052272 | 0.7.72.240444.1 | | | Draft PowerPoint | Coordinated Issue Paper, §482 CSA Buy-In Workshops | 3/11/2008 | Joy Yen, Michael Aarstol | Not indicated on document | Discussion draft of presentation to be used to brief issues being examined in the Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052303 | MSFOIA_WH052303 | 0.7.72.239614 | | | Email | RE: Expert Question | 4/28/2008 | William McCarthy | Michelle Korbas; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052304 | MSFOIA_WH052304 | 0.7.72.239614.1 | | | Email | RE: Ceteris (Ceteris) | 4/17/2008 | Curt Rubin | William McCarthy; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052305 | MSFOIA_WH052305 | 0.7.72.239614.2 | | | Email | RE: Ceteris (Ceteris) | 4/18/2008 | Danielle Dold | William McCarthy; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052306 | MSFOIA_WH052308 | 0.7.72.255035 | | | Email | RE: Heimert & Co Resumes | 4/28/2008 | Michelle Korbas | Tuey Tim; Lott W Bruce; Adelberg Charles R; Asquith Daniel; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052309 | MSFOIA_WH052311 | 0.7.72.216136 | | | Email | RE: Heimert & Co Resumes | 4/28/2008 | D. Asquieth | Michelle Korbas; Tuey Tim; Lott W Bruce; Adelberg Charles R; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052312 | MSFOIA_WH052315 | 0.7.72.242384 | | | Email | Bruce Lott Case Recommendation from Economist Program | 4/29/2008 | T. Tuey | C. Adelberg; Asquith Daniel; Michelle Korbas; Lott W Bruce;; Asquith Daniel; Michelle Korbas; Lott W Bruce; Tuey Tim | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052317 | MSFOIA_WH052320 | 0.7.72.253941.1 | | | Memo | International Issues and Developments January through mid-May 2008 | 5/16/2008 | Michelle Korbas | Laurel Robinson; | Internal summary of agency attorneys' work developing legal advice sought by examiners working on various audits. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052473 | MSFOIA_WH052473 | 0.7.72.236723.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052474 | MSFOIA_WH052484 | 0.7.72.236723.2 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 3/2/2010 | not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052505 | MSFOIA_WH052505 | 0.7.72.235000.1 | | | PowerPoint Slide | Basic Facts about Company Product Segments - worldwide | 2/5/2008 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1055 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052506 | MSFOIA_WH052513 | 0.7.72.235000.2 | | | PowerPoint | Microsoft Transfer Pricing: Asia & Americas Buy-In Briefings | 2/5/2008 | Microsoft Corporation | IRS | MS presentation with examiner's handwritten notes reflecting thoughts and impressions | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052538 | MSFOIA_WH052538 | 0.7.72.228916.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052611 | MSFOIA_WH052611 | 0.7.72.218593.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052650 | MSFOIA_WH052651 | 0.7.72.244953.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052652 | MSFOIA_WH052653 | 0.7.72.244953.2 | | | Draft letter | Amended and Supplemental Instructions to Ceteris | Not dated | Nora Beltran | Ceteris | Discussion of preliminary considerations involved in decision regarding allocation of certain resources for expert services contractor to assist with exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052681 | MSFOIA_WH052681 | 0.7.72.219991 | | | Email | FW: Microsoft buy-in Protest (APAC) | 7/18/2011 | Michelle Korbas | Fields Julie A ; Rex Lee; Mentink Scott W | Indication of subject for which agency attorney's advice was sought. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052682 | MSFOIA_WH052882 | 0.7.72.219991.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Not indicated on document | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to other agency employees during the course of developing legal advice requested by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052888 | MSFOIA_WH052896 | 0.7.72.220392.1 | | | Draft Rebuttal | Rebuttal to 30-Day Protest Letter | 8/24/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052901 | MSFOIA_WH052901 | 0.7.72.266083.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1056 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052902 | MSFOIA_WH052902 | 0.7.72.264207 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/9/2008 | Paul Weibel | William McCarthy; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052903 | MSFOIA_WH052903 | 0.7.72.267141 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/16/2008 | Marikay Lee-Martinez | William McCarthy; Hosler Rick V; Lee-Martinez Marikay K | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052907 | MSFOIA_WH052907 | 0.7.72.263924 | | | Email | RE: Expert Question | 4/28/2008 | Michelle Korbas | William McCarthy; | Discussion among examiners and agency attorneys regarding possible expert services contractors to consider and details regarding decisions about who to retain. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052908 | MSFOIA_WH052921 | 0.7.72.266331 | | | Workpaper | CASE HISTORY | 6/4/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052923 | MSFOIA_WH052936 | 0.7.72.264306.1 | | | Workpaper | CASE HISTORY | 11/5/2008 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1057 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052940 | MSFOIA_WH052959 | 0.7.72.264303.1 | | | Workpaper | CASE HISTORY | 3/6/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052962 | MSFOIA_WH052975 | 0.7.72.265295.1 | | | Workpaper | CASE HISTORY | 8/11/2009 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH052982 | MSFOIA_WH052993 | 0.7.72.264891.1 | | | Workpaper | CASE HISTORY | 2/5/2010 | William McCarthy | Cathy Goodson; | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053000 | MSFOIA_WH053000 | 0.7.72.266824 | | | Workpaper | None provided on document | 3/23/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053001 | MSFOIA_WH053001 | 0.7.72.266068 | | | Workpaper | None provided on document | 3/23/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053005 | MSFOIA_WH053005 | 0.7.72.267285 | | | Workpaper | None provided on document | 3/24/2010 | William McCarthy | Not indicated on document | Agency attorney's notes reflecting preliminary thoughts and impressions regarding legal advice being developed to assist examiners' decisionmaking. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053008 | MSFOIA_WH053031 | 0.7.72.265011.1 | | | PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/25/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053033 | MSFOIA_WH053035 | 0.7.72.266186.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053036 | MSFOIA_WH053126 | 0.7.72.266186.2 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053157 | MSFOIA_WH053168 | 0.7.72.266067.1 | | | Workpaper | CASE HISTORY | 3/31/2010 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053179 | MSFOIA_WH053180 | 0.7.72.266806 | | | Draft Letter | Draft Transfer Price Report for Microsoft case | Not dated | William McCarthy | Ceteris | Agency attorney's preliminary discussion draft of letter, reflecting legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1059 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053181 | MSFOIA_WH053181 | 0.7.72.264228 | | | Notes | None provided on document | 12/16/2010 | William McCarthy | Not indicated on document | Agency attorneys' notes communicating preliminary thoughts and impressions regarding legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053183 | MSFOIA_WH053194 | 0.7.72.264251.1 | | | Workpaper | CASE HISTORY | 2/4/2010 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053207 | MSFOIA_WH053221 | 0.7.72.266303.1 | | | Workpaper | None provided on document | 2/15/2011 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053224 | MSFOIA_WH053224 | 0.7.72.264316 | | | Notes | SharePoint Entry | 3/11/2011 | William McCarthy | Not indicated on document | Agency attorney's notes on conference call about exam issues, posted on Sharepoint to share with examiners | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053227 | MSFOIA_WH053227 | 0.7.72.264116 | | | Notes | MS Life issue | 3/24/2011 | William McCarthy | Not indicated on document | Agency attorneys' notes communicating preliminary thoughts and impressions regarding legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053231 | MSFOIA_WH053237 | 0.7.72.264981.1 | | | Workpaper | CASE HISTORY | 3/4/2011 | William McCarthy | Not indicated on document | Description of agency attorney's activities working on exam, including descriptions of decisions being discussed and legal advice requested or provided to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1060 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053239 | MSFOIA_WH053251 | 0.7.72.266302 | | | Email | RE: KPMG report | 4/12/2011 | Daniel Lavassar | William McCarthy | Discussion of agency attorneys about the subject of legal advice sought by examiners to assist with decisions being made in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053242 | MSFOIA_WH053251 | 0.7.72.266302.1 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Article used by agency attorney for legal research, reflecting subject of legal advice sought by examiners and attorney's development of same. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053252 | MSFOIA_WH053256 | 0.7.72.266302.2 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Article used by agency attorney for legal research, reflecting subject of legal advice sought by examiners and attorney's development of same. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053257 | MSFOIA_WH053262 | 0.7.72.266302.3 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Article used by agency attorney for legal research, reflecting subject of legal advice sought by examiners and attorney's development of same. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053263 | MSFOIA_WH053267 | 0.7.72.266302.4 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Article used by agency attorney for legal research, reflecting subject of legal advice sought by examiners and attorney's development of same. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1061 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053268 | MSFOIA_WH053271 | 0.7.72.266302.5 | | | Legal research document | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Article used by agency attorney for legal research, reflecting subject of legal advice sought by examiners and attorney's development of same. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053273 | MSFOIA_WH053273 | 0.7.72.266037 | | | Draft rebuttal | Conclusion | 4/14/2011 | Daniel Lavassar | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053275 | MSFOIA_WH053278 | 0.7.72.266872 | | | Email | RE: Timelines for protest and rebuttal (PRIVILEGED) | 4/20/2011 | Daniel Lavassar | William McCarthy | Discussion of agency attorneys about the subject of legal advice sought by examiners to assist with decisions being made in the Microsoft audit. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053279 | MSFOIA_WH053297 | 0.7.72.266872.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Document provided by Microsoft to examiners which was in turn provided to agency attorneys and exam team for particular scrutiny with respect to issues for which legal advice is being sought. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053308 | MSFOIA_WH053309 | 0.7.72.264877 | | | Draft Rebuttal | Rebuttal: Americas Buy-In (FACTS -- Misc.) | 7/19/2011 | Not indicated on document | Not indicated on document | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053312 | MSFOIA_WH053312 | 0.7.72.267031.1 | | | Draft rebuttal | None provided on document | 8/3/2011 | William McCarthy | Not indicated on document | Discussion draft of report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1062 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053315 | MSFOIA_WH053315 | 0.7.72.264159 | | | Draft rebuttal | None provided on document | 8/4/2011 | William McCarthy | Not indicated on document | Discussion draft of report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053345 | MSFOIA_WH053347 | 0.7.72.264040 | | | Draft Notes | None provided on document | 9/16/2011 | William McCarthy | Not indicated on document | Agency attorneys' notes communicating preliminary thoughts and impressions regarding legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053348 | MSFOIA_WH053349 | 0.7.72.265265 | | | Draft IDR | Draft IDR language (Form 5471) | 9/19/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053351 | MSFOIA_WH053352 | 0.7.72.265122 | | | Draft IDR | Draft IDR language (Form 5471) | 9/19/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053354 | MSFOIA_WH053355 | 0.7.72.265004.1 | | | Draft IDR | Draft IDR language (Form 5471) | 9/20/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1063 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053356 | MSFOIA_WH053357 | 0.7.72.266323 | | | Draft IDR | Draft IDR language (Form 5471) | 9/20/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053359 | MSFOIA_WH053373 | 0.7.72.266141.1 | | | Return | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Copy of a return shared among examiners at suggestion of agency attorney during consideration of an issue being examined and drafting of IDR | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053374 | MSFOIA_WH053375 | 0.7.72.266141.2 | | | Draft IDR | Draft IDR language (Form 5471) | 9/20/2011 | Not indicated on document | Not indicated on document | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053381 | MSFOIA_WH053382 | 0.7.72.101739 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 2/20/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential outside expert who was being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053383 | MSFOIA_WH053384 | 0.7.72.101858 | | | Notes/Outline | QUESTIONS - CASE INFORMATION, § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/23/2008 | not indicated on document | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053385 | MSFOIA_WH053385 | 0.7.72.102183 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential outside expert who was being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1064 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053386 | MSFOIA_WH053386 | 0.7.72.102144 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Information about potential outside expert who was being considered by IRS exam team for potential engagement | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053389 | MSFOIA_WH053390 | 0.7.72.101906 | | | Email | RE: Foreign Travel Request--Singapore | 2/17/2009 | Johanna Jones | William McCarthy | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053391 | MSFOIA_WH053396 | 0.7.72.102129 | | | Email | FW: Foreign Travel Request--Singapore | 2/17/2009 | William McCarthy | Carlos Weems | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053397 | MSFOIA_WH053397 | 0.7.72.101790 | | | Email | RE: Approval for Foreign travel for William McCarthy commencing March 6 | 2/11/2009 | Carlos Weems | William McCarthy | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053398 | MSFOIA_WH053398 | 0.7.72.102000 | | | Email | Approval for Foreign travel for William McCarthy commencing March 6 | 2/10/2009 | Barbara Leonard | Drita Tonuzi; cc: Laurel Robinson, William McCarthy, Cathy Goodson | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053399 | MSFOIA_WH053399 | 0.7.72.102010 | | | Email | RE: Singapore Trip | 2/3/2009 | Laurel Robinson | William McCarthy; | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053400 | MSFOIA_WH053404 | 0.7.72.101735 | | | Email | Singapore Trip | 2/2/2009 | Alton White | William McCarthy; | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053405 | MSFOIA_WH053406 | 0.7.72.101861 | | | Email with handwritten notes | Microsoft CSA & Buy-In (Americas) | 9/25/2008 | William McCarthy | Michelle Korbas; | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053407 | MSFOIA_WH053407 | 0.7.72.102157 | | | Email with handwritten notes | Thank you! Facts to Review | 11/3/2008 | Laurel Robinson | William McCarthy | Discussion of preliminary information involved in decision whether to allocate resources for travel of agency attorney for the purpose of developing legal advice to assist with certain issues in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053408 | MSFOIA_WH053416 | 0.7.72.102190 | | | Email | RE: Review of Ceteris Reports | 6/26/2009 | various (emails), William McCarthy (notes) | various; | Agency attorney's notes indicating thoughts and impressions regarding examiner's preliminary assessment of issues being examined, noted for purposes of developing legal advice sought by exam team. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053417 | MSFOIA_WH053417 | 0.7.72.102041 | | | Notes | Ceteris Report | 7/13/2009 | William McCarthy | Not indicated on document | Agency attorneys' notes communicating preliminary thoughts and impressions regarding legal advice being developed with respect to a report being drafted as part of the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053418 | MSFOIA_WH053479 | 0.7.72.101894 | | | Draft report | Analysis of Microsoft Americas Retail Buy-in | 5/29/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM   Document 66-3   Filed 08/22/22   Page 1066 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053480 | MSFOIA_WH053553 | 0.7.72.101995 | | | Draft report | Analysis of Microsoft APAC Retail Buy-in | 5/29/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053554 | MSFOIA_WH053640 | 0.7.72.101684 | | | Draft report | Analysis of Microsoft Americas Retail Buy-in | 8/28/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053641 | MSFOIA_WH053713 | 0.7.72.101724 | | | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/28/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053714 | MSFOIA_WH053813 | 0.7.72.102165 | | | Draft report | Analysis of Microsoft APAC Retail Buy-in | 8/28/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053814 | MSFOIA_WH053901 | 0.7.72.101721 | | | Draft report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 8/28/2009 | Ceteris; William McCarthy (handwriting) | Not indicated on document | Discussion draft of expert report with handwritten notes reflecting legal advice being developed by agency attorney at the request of examiners to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1067 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053902 | MSFOIA_WH053903 | 0.7.72.101816 | | | Workpaper with handwritten notes | Crude Estimate of CIP Methodology - APAC CSA | 5/1/2008 | Fred Rapaport; William McCarthy (handwriting) | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053903 | MSFOIA_WH053903 | 0.7.72.101757 | | | Workpaper with handwritten notes | Net Present Value Estimate | 2/21/2013 | William McCarthy (handwriting) | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053904 | MSFOIA_WH053904 | 0.7.72.102149 | | | Workpaper with handwritten notes | Crude Estimate of CIP Methodology - Americas CSA | 5/7/2008 | Fred Rapaport; William McCarthy (handwriting) | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053905 | MSFOIA_WH053907 | 0.7.72.102075 | | | Memo with handwritten notes | Request for Counsel Assistance and Guidance | 10/6/2007 | Paul Weibel; William McCarthy (handwriting) | William McCarthy; | Copy of memo requesting legal advice, with agency attorney's handwritten notes reflecting preliminary thoughts about legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053908 | MSFOIA_WH053913 | 0.7.72.101905 | | | Workpaper with handwritten notes | Summary of Microsoft Americas region retail segment cost sharing and related software transfer pricing | 7/5/2007 | Fred Rapaport; William McCarthy (handwriting) | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. Includes handwritten thoughts and impressions of agency attorney developing legal advice requested by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053914 | MSFOIA_WH053914 | 0.7.72.101968 | | | Workpaper with handwritten notes | Summary of Buy-in Payments / Transfer Pricing | 9/1/2007 | Fred Rapaport; William McCarthy (handwriting) | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053915 | MSFOIA_WH053915 | 0.7.72.101943 | | | Draft email with handwritten notes | MS meeting with Joy Y | 2/21/2013 | William McCarthy | Not indicated on document | Agency attorney's notes indicating thoughts and impressions regarding examiner's preliminary assessment of issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053916 | MSFOIA_WH053917 | 0.7.72.101847 | | | Email | Microsoft CSA & Buy-In (Americas) | 9/30/2008 | Michelle Korbas | Kenneth Christman, Caroline Chen, Laurel Robinson, Christopher Bello; cc: William McCarthy; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053918 | MSFOIA_WH053918 | 0.7.72.102066 | | | Draft email | None provided on document | undated | William McCarthy | Not indicated on document | Talking points about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053919 | MSFOIA_WH053920 | 0.7.72.101812 | | | Email | Americas Agreements Cost Share/Buy-in | 11/19/2008 | Paul Weibel | Michelle Korbas; cc: Fred Rapaport, William McCarthy, Caroline Chen, Laurel Robinson; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1069 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053921 | MSFOIA_WH053921 | 0.7.72.101763 | | | Email | RE: Microsoft | 10/1/2008 | William McCarthy | Michelle Korbas; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053923 | MSFOIA_WH053923 | 0.7.72.102204 | | | Handwritten notes | None provided on document | 2/21/2013 | William McCarthy | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053924 | MSFOIA_WH053935 | 0.7.72.101965 | | | PowerPoint with handwritten notes | Microsoft IRS Audit FY04-FY06, Response to IDR 2030 — Americas Sharing Arrangement | 2/21/2013 | William McCarthy (notes) | Not indicated on document | Copy of examination document with agency attorney's handwritten notes reflecting preliminary thoughts about legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053936 | MSFOIA_WH053936 | 0.7.72.102087 | | | Email | Some thoughts on life | 1/20/2009 | William McCarthy | Paul Weibel, Fred Rapaport; cc: J. Ryan; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053937 | MSFOIA_WH053938 | 0.7.72.101665 | | | Email | RE: Some thoughts on life | 1/20/2009 | William McCarthy | Paul Weibel; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1070 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH053939 | MSFOIA_WH054031 | 0.7.72.102172 | | | Email with attachment and handwritten notes | KPMG Interview Notes | 9/3/2008 | Joy Yen; William McCarty (notes) | William McCarthy, Paul Weibel; | Agency attorney's handwritten notes on copies of email and other exam-related documents shared with attorney to solicit advice that will inform decisions regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054032 | MSFOIA_WH054032 | 0.7.72.102148 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2011 | Cathy Goodson | Laurel Robinson; cc: William McCarthy, Cathy Goodson, Julie Fields; | Discussan about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054033 | MSFOIA_WH054033 | 0.7.72.101843 | | | Email | IFC conf call | 3/23/2011 | William McCarthy | Cathy Goodson; | Discussan about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054034 | MSFOIA_WH054034 | 0.7.72.101669 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2011 | William McCarthy | Michelle Korbas; | Discussan about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054096 | MSFOIA_WH054096 | 0.7.72.101950 | | | Email | NOPA #2 | 4/15/2011 | William McCarthy | Paul Weibel; cc: Cathy Goodson; | Discussan about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054097 | MSFOIA_WH054137 | 0.7.72.101666 | | | Draft NOPA with handwritten notes | Form 886A - Explanation of Items | 4/15/2011 | William McCarthy (handwriting) | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054139 | MSFOIA_WH054139 | 0.7.72.101793 | | | Email | FW: NOPA #2 | 4/15/2011 | William McCarthy | Alton White; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054147 | MSFOIA_WH054147 | 0.7.72.101870 | | | Email | NOPAs | 4/14/2011 | William McCarthy | Paul Weibel; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054148 | MSFOIA_WH054151 | 0.7.72.101912 | | | Email with handwriting | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | S. Funk | William McCarthy; cc: Cathy Goodson; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054152 | MSFOIA_WH054152 | 0.7.72.101756 | | | Email | FW: Revised life argument (4-14-11) | 4/14/2011 | William McCarthy | Laurel Robinson; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1072 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054153 | MSFOIA_WH054160 | 0.7.72.102027 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | William McCarthy | Not indicated on document | Agency attorney's preliminary discussion draft of legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054161 | MSFOIA_WH054168 | 0.7.72.101627 | | | Draft rebuttal with redline and handwritten notes | None provided on document | Not dated | William McCarthy | Not indicated on document | Copy of discussion draft of agency rebuttal document with agency attorney's handwritten notes reflecting preliminary thoughts about legal advice being developed to assist examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054169 | MSFOIA_WH054176 | 0.7.72.101923 | | | Email and attachment with redline and handwritten notes | FW: Microsoft-- intangibles | 4/13/2011 | Julie Fields | Cathy Goodson, cc: William McCarthy; | Discussion about preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054177 | MSFOIA_WH054186 | 0.7.72.101933 | | | Email and attachment with redline | RE: Draft argument | 4/14/2011 | Paul Weibel | William McCarthy, Cheryl Potop-Jackson; cc: Joy Yen, Charles Davis, Cathy Goodson, Alton White; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054187 | MSFOIA_WH054194 | 0.7.72.101705 | | | Email with attachment | Draft argument | 4/13/2011 | William McCarthy | Paul Weibel, Cheryl Potop-Jackson, Joy Yen; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1073 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054195 | MSFOIA_WH054195 | 0.7.72.101774 | | | Email | RE: Microsoft--intangibles | 4/13/2011 | William McCarthy | Laurel Robinson; Fields Julie A cc: Goodson Cathy A; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054199 | MSFOIA_WH054200 | 0.7.72.102053 | | | Email with handwritten notes | FW: Draft Report (nits) | 3/22/2011 | William McCarthy | Cathy Goodson; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054201 | MSFOIA_WH054201 | 0.7.72.102056 | | | Email | Draft report #2 (nits) | 3/23/2011 | William McCarthy | Paul Weibel; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054202 | MSFOIA_WH054204 | 0.7.72.101618 | | | Email | FW: Comments regarding F886-A | 3/24/2011 | William McCarthy | Paul Weibel; cc: Cathy Goodson; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054205 | MSFOIA_WH054207 | 0.7.72.101740 | | | Email | Comments regarding F886-A | 3/24/2011 | William McCarthy | Paul Weibel; cc: Cathy Goodson; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners while drafting exam documents and analyzing issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1074 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054208 | MSFOIA_WH054208 | 0.7.72.101937 | | | Email | MS buy-in adjustment | 2/15/2011 | William McCarthy | Michelle Korbas, cc: Melissa Hilty; | Preliminary legal advice provided by agency attorney to assist with decisions being considered by examiners regarding issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054209 | MSFOIA_WH054210 | 0.7.72.101857 | | | Email | RE: Heimert | 2/25/2011 | William McCarthy | Michelle Korbas, S. mentick, Rex Lee; cc: Caroline Chen, Cathy Goodson; | Legal advice provided by agency attorney to assist with decisions being considered by examiners regarding issues under audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054211 | MSFOIA_WH054219 | 0.7.72.101811 | | | Email with attached workpaper, with handwritten notes | Pick Yo' Rate | 2/15/2011 | Paul Weibel (email); William McCarthy (notes) | Charles Davis, Alton White, Cheryl Potop-Jackson, William McCarthy, Joy Yen; | Discussion of analysis conducted to inform decisions to be made regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054221 | MSFOIA_WH054221 | 0.7.72.101661 | | | Handwritten notes | None provided on document | 10/19/2009 | William McCarthy | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054232 | MSFOIA_WH054239 | 0.7.72.102180 | | | Workpaper with handwritten notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/6/2009 | Fred Rapaport (spreadsheet); William McCarthy (notes) | Not indicated on document | Document communicating analysis of issues being examined, with agency attorney's handwritten notes reflecting preliminary thoughts and impressions on legal advice being developed. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054245 | MSFOIA_WH054259 | 0.7.72.101999 | | | Email, handwritten notes, and draft report | RE: Buy-in (royalty payments) | 1/19/2011 | William McCarthy | Cathy Goodson | Discussion among agency attorneys about legal advice being developed at the request of examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054260 | MSFOIA_WH054260 | 0.7.72.102089 | | | Folder | CHIEF COUNSEL'S FILE | 2/21/2013 | William McCarthy | Not indicated on document | Scan of cover page of file folder revealing information about advice being provided by agency attorney, and availability of resources to support exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054265 | MSFOIA_WH054265 | 0.7.72.101784 | | | Draft IDR | Form 4564 Information Document Request | 8/17/2009 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054292 | MSFOIA_WH054294 | 0.7.72.273181.1 | | | Draftt minutes | None provided on document | 11/27/2007 | Not indicated on document | Not indicated on document | Draft minutes from Outside Expert committee meeting | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054295 | MSFOIA_WH054295 | 0.7.72.273181.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054297 | MSFOIA_WH054300 | 0.7.72.272020.1 | | | Worksheet | None provided on document | 2/14/2008 | JoAnn Cutler | Not indicated on document | Preliminary draft of an internal form used to communicate information and analysis for use by management in deciding whether to authorize certain enforcement activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054304 | MSFOIA_WH054304 | 0.7.72.272020.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054307 | MSFOIA_WH054308 | 0.7.72.268417.1 | | | Draft minutes | None provided on document | 2/14/2008 | Not indicated on document | Not indicated on document | Draft minutes from Outside Expert committee meeting | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054349 | MSFOIA_WH054349 | 0.7.72.268509.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054353 | MSFOIA_WH054353 | 0.7.72.268321 | | | Spreadsheet | Team 1886 | 3/2/2010 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054354 | MSFOIA_WH054357 | 0.7.72.270243 | | | Spreadsheet | Cases closing within the next 6 months with Unagreed Transfer Pricing Issues | 1/10/2011 | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054358 | MSFOIA_WH054366 | 0.7.72.274333 | | | Spreadsheet | None provided on document | 4/26/2011 | Chris Miller | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054372 | MSFOIA_WH054382 | 0.7.72.332526.1 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 3/2/2010 | Geraldine Quinn | G. Holmes; Steven Musher; | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054383 | MSFOIA_WH054383 | 0.7.72.332526.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1077 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054384 | MSFOIA_WH054385 | 0.7.72.309814 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/2/2010 | Musher Steven A | Joseph Tobin Christopher Bello | Update from agency attorneys regarding development of legal advice related to decisions to be made in examinations of several taxpayers, including Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource constraints of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054387 | MSFOIA_WH054389 | 0.7.72.349573.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054390 | MSFOIA_WH054480 | 0.7.72.349573.2 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/6/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054484 | MSFOIA_WH054513 | 0.7.72.311249.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054569 | MSFOIA_WH054598 | 0.7.72.332754.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054619 | MSFOIA_WH054648 | 0.7.72.331570.1 | | | Workpaper | None provided on document | 8/1/2011 | Not indicated on document | Not indicated on document | Workpaper communicating analysis of issues being examined, shared by agency attorney in response to examiners' request for advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054662 | MSFOIA_WH054691 | 0.7.72.287325.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054707 | MSFOIA_WH054724 | 0.7.72.322931.1 | | | Workpaper | None provided on document | 8/2/2011 | Not indicated on document | Not indicated on document | Workpaper communicating analysis of issues being examined, shared by agency attorney in response to examiners' request for advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054732 | MSFOIA_WH054734 | 0.7.72.365714.1 | | | Notes | Audit Status Meeting | 10/16/2007 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054738 | MSFOIA_WH054744 | 0.7.72.375341.1 | | | Notes | Audit Status Meeting | 10/16/2007 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054746 | MSFOIA_WH054766 | 0.7.72.378373.1 | | | Draft PowerPoint | XYZ Corp. | 3/11/2008 | Joy Yen, Michael Aarstol | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054771 | MSFOIA_WH054773 | 0.7.72.380385.1 | | | Workpaper | None provided on document | 3/25/2008 | Douglas Odell | Not indicated on document | Workpaper communicating analysis of issues being examined, shared with agency attorney to solicit legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054774 | MSFOIA_WH054778 | 0.7.72.380385.2 | | | Workpaper | None provided on document | 3/12/2008 | Douglas Odell | Not indicated on document | Workpaper communicating analysis of issues being examined, shared with agency attorney to solicit legal advice | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054779 | MSFOIA_WH054779 | 0.7.72.380385.3 | | | Draft Workpaper | Closing Agreement Between Microsoft Corporation and Subsidiaries and the Commissioner of Internal Revenue | 3/26/2008 | Douglas Odell | Not indicated on document | Workpaper shared with agency attorney to solicit legal advice regarding issues involved in the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054781 | MSFOIA_WH054781 | 0.7.72.362328.1 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054783 | MSFOIA_WH054783 | 0.7.72.363674.1 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054785 | MSFOIA_WH054785 | 0.7.72.364519.1 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054787 | MSFOIA_WH054787 | 0.7.72.364515.1 | | | Notes/Outline | QUESTIONS - CASE INFORMATION, § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/22/2008 | Paul Weibel | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054789 | MSFOIA_WH054790 | 0.7.72.376503.1 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054791 | MSFOIA_WH054791 | 0.7.72.364315 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/10/2008 | Douglas Odell | Alton White; Ryan James E; Paul Weibel; Fred Rapaport; Joy Yen; Douglas Odell | Discussion among examiners regarding research about an issue being decided in the examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054792 | MSFOIA_WH054792 | 0.7.72.364315.1 | | | Internet hyperlink | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Not indicated on document | Not indicated on document | Research resource shared among examiners to assist with decisionmaking about a particular issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054794 | MSFOIA_WH054795 | 0.7.72.372405.1 | | | Notes/Outline | QUESTIONS - CASE INFORMATION, § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/22/2008 | Douglas Odell | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054797 | MSFOIA_WH054797 | 0.7.72.373700.1 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054798 | MSFOIA_WH054798 | 0.7.72.373700.2 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054800 | MSFOIA_WH054801 | 0.7.72.366768.1 | | | Notes/Outline | QUESTIONS - CASE INFORMATION, § 482 COST SHARING BUY-IN ISSUE FOCUS WORKSHOP | 4/22/2008 | Douglas Odell | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054803 | MSFOIA_WH054803 | 0.7.72.377378.1 | | | Workpaper | International Agent Issue Time Line | 5/14/2008 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1081 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054805 | MSFOIA_WH054805 | 0.7.72.378938.1 | | | Workpaper | International Agent Issue Time Line | 5/14/2008 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054807 | MSFOIA_WH054807 | 0.7.72.373989.1 | | | Workpaper | International Agent Issue Time Line | 5/14/2008 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054828 | MSFOIA_WH054829 | 0.7.72.365778.1 | | | Draft IDR | Form 4564 Information Document Request | 2/9/2009 | Douglas Odell | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054845 | MSFOIA_WH054850 | 0.7.72.378691.1 | | | Research Resource | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Guidance document used as background research by examiners to assist with decision on a particular issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054851 | MSFOIA_WH054851 | 0.7.72.378691.2 | | | Draft IDR | Form 4564 Information Document Request | 3/2/2009 | Marie Ishii | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054852 | MSFOIA_WH054852 | 0.7.72.378691.3 | | | Draft IDR | Form 4564 Information Document Request | 3/3/2009 | Marie Ishii | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054858 | MSFOIA_WH054858 | 0.7.72.387894.1 | | | Workpaper | NOPA Completion Schedule | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating status of issues being analyzed and aspects of case management, for purposes of informing decisions involved in managing case and determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054859 | MSFOIA_WH054859 | 0.7.72.387894.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1082 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054861 | MSFOIA_WH054862 | 0.7.72.388717.1 | | | Workpaper | Crude Estimate of CIP Methodology - Americas CSA | 6/5/2009 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054869 | MSFOIA_WH054873 | 0.7.72.369277.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/28/2009 | Marie Ishii, Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054878 | MSFOIA_WH054882 | 0.7.72.372315.1 | | | Notes | Audit Status Meeting | 7/21/2009 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054891 | MSFOIA_WH054895 | 0.7.72.374040.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 7/28/2009 | Marie Ishii | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054896 | MSFOIA_WH054905 | 0.7.72.366956 | | | Report | Workload Review | 1/29/2009 | Douglas Odell | Alton White | Detailed description of examiner's work on the Microsoft examination, including descriptions of issues and decisions to be made; and commenting on employee's work performance during the exam. | (b)(2); (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Internal agency records used by managers to document employee performance are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Employee's privacy interest in manager's comments about work performance and assignments is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054908 | MSFOIA_WH054908 | 0.7.72.375302 | | | Email | Americas TLA and CSA and Distribution Agreement | 10/5/2009 | Douglas Odell | Anne Shelburne | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054909 | MSFOIA_WH054914 | 0.7.72.375302.1 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Document provided by Microsoft to examiners which was in turn provided to another examiner exam team for particular scrutiny with respect to issues for which legal advice is being sought. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1083 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054915 | MSFOIA_WH054936 | 0.7.72.375302.2 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Document provided by Microsoft to examiners which was in turn provided to another examiner exam team for particular scrutiny with respect to issues for which legal advice is being sought. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054937 | MSFOIA_WH054947 | 0.7.72.375302.3 | | | Agreement | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft Corporation | Not indicated on document | Document provided by Microsoft to examiners which was in turn provided to another examiner exam team for particular scrutiny with respect to issues for which legal advice is being sought. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054951 | MSFOIA_WH054953 | 0.7.72.390811.1 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054954 | MSFOIA_WH054960 | 0.7.72.390811.2 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054961 | MSFOIA_WH054963 | 0.7.72.390811.3 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054964 | MSFOIA_WH054966 | 0.7.72.390811.4 | | | Draft NOPA | Form 4549-A Income Tax Examination Changes | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH054974 | MSFOIA_WH055004 | 0.7.72.375601.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1084 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055005 | MSFOIA_WH055005 | 0.7.72.375601.2 | | | Draft NOPA | NOPA 28 - EXHIBIT G | Not dated | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055006 | MSFOIA_WH055006 | 0.7.72.375601.3 | | | Draft NOPA | NOPA 28 - EXHIBIT F | Not dated | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055007 | MSFOIA_WH055007 | 0.7.72.375601.4 | | | Draft NOPA | NOPA 28 - EXHIBIT E | Not dated | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055010 | MSFOIA_WH055010 | 0.7.72.371583.1 | | | Workpaper | ISSUE: Transfer-Pricing Adj under IRC 482 | Not dated | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055012 | MSFOIA_WH055015 | 0.7.72.368917 | | | Draft report (excerpt) | None provided on document | 2/25/2010 | Ceteris; Douglas Odell (comments) | Not indicated on document | Discussion draft of expert report with notes communicating preliminary thoughts of examiner, to assist with decisions involved in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055016 | MSFOIA_WH055016 | 0.7.72.367320 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 1/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055017 | MSFOIA_WH055017 | 0.7.72.370145 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 1/13/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055018 | MSFOIA_WH055019 | 0.7.72.367064 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 2/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055020 | MSFOIA_WH055021 | 0.7.72.366714 | | | Workpaper | "What if" Scenarios - Adjustments | 10/5/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055022 | MSFOIA_WH055033 | 0.7.72.363411 | | | Draft Form | Coordinated Examination Program Audit Plan | Not dated | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055034 | MSFOIA_WH055042 | 0.7.72.368199 | | | Notes | Audit Status Meeting | 3/5/2008 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055043 | MSFOIA_WH055052 | 0.7.72.364230 | | | Notes | Audit Status Meeting | 5/12/2008 | Not indicated on document | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055053 | MSFOIA_WH055061 | 0.7.72.367750 | | | Report | WORKLOAD REVIEW w/ ALTON WHITE | 1/28/2009 | Douglas Odell | Not indicated on document | Internal document commincating status of employee's work on exam issues, describing preliminary activity and anaysis regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Internal agency records used by managers to document employee performance are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Employee's privacy interest in details about work performance and assignments is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055062 | MSFOIA_WH055069 | 0.7.72.369777 | | | Report | Status Update for Alton White - IE Doug Odell | 2/27/2009 | Douglas Odell | Alton White | Internal report communicating extensive preliminary details and analysis of issues being examined to assist management with decisions regardign future exam activity and use of agency resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1086 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055070 | MSFOIA_WH055167 | 0.7.72.365853 | | | Draft Report | Economist Report | Not dated | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055168 | MSFOIA_WH055191 | 0.7.72.362862 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055192 | MSFOIA_WH055218 | 0.7.72.362916 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055219 | MSFOIA_WH055245 | 0.7.72.362958 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055246 | MSFOIA_WH055272 | 0.7.72.365047 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055273 | MSFOIA_WH055299 | 0.7.72.362376 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055300 | MSFOIA_WH055325 | 0.7.72.365613 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1087 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055326 | MSFOIA_WH055361 | 0.7.72.366095 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055362 | MSFOIA_WH055392 | 0.7.72.368141 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055393 | MSFOIA_WH055424 | 0.7.72.367139 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055425 | MSFOIA_WH055456 | 0.7.72.365972 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055457 | MSFOIA_WH055490 | 0.7.72.370257 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055491 | MSFOIA_WH055526 | 0.7.72.364546 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055527 | MSFOIA_WH055559 | 0.7.72.367435 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055560 | MSFOIA_WH055592 | 0.7.72.365518 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055593 | MSFOIA_WH055609 | 0.7.72.362621 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055610 | MSFOIA_WH055611 | 0.7.72.368015 | | | Workpaper | Preliminary List of Issues | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055612 | MSFOIA_WH055612 | 0.7.72.364446 | | | Workpaper | Issue: Section 936 (Puerto Rico) Exit Strategy | 3/21/2007 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055613 | MSFOIA_WH055613 | 0.7.72.366044 | | | Email | Pureto Rico Transfer Pricing | 10/26/2007 | Joy Yen | Michael Aarstol, Paul Weibel, Fred Rapaport, Douglas Odell, cc: Alton White, Ahmad Shahshahani; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055614 | MSFOIA_WH055614 | 0.7.72.370664 | | | Workpaper | ISSUE: Transfer-Pricing Adj under IRC 482 | 2/25/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055615 | MSFOIA_WH055616 | 0.7.72.362759 | | | Workpaper | ISSUE: Transfer-Pricing Adj under IRC 483 | 12/17/2009 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1089 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055617 | MSFOIA_WH055628 | 0.7.72.362604 | | | Workpaper | None provided on document | 2/25/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055631 | MSFOIA_WH055644 | 0.7.72.369385.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055645 | MSFOIA_WH055654 | 0.7.72.369385.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055655 | MSFOIA_WH055670 | 0.7.72.369385.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055671 | MSFOIA_WH055680 | 0.7.72.369385.4 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Material provided to agency attorney to solicit legal advice to be presented in a brief to examiners to assist with decisions being made during the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055706 | MSFOIA_WH055715 | 0.7.72.369385.6 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Material provided to agency attorney to solicit legal advice to be presented in a brief to examiners to assist with decisions being made during the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055716 | MSFOIA_WH055721 | 0.7.72.369385.7 | | | PowerPoint Presentation | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Material provided to agency attorney to solicit legal advice to be presented in a brief to examiners to assist with decisions being made during the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055722 | MSFOIA_WH055722 | 0.7.72.369385.8 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055723 | MSFOIA_WH055724 | 0.7.72.364572 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 3/2/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1090 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055726 | MSFOIA_WH055726 | 0.7.72.369094 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055727 | MSFOIA_WH055727 | 0.7.72.364978 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055729 | MSFOIA_WH055729 | 0.7.72.377594.1 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055730 | MSFOIA_WH055730 | 0.7.72.377594.2 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/13/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055731 | MSFOIA_WH055828 | 0.7.72.377594.3 | | | Draft Report | Economist Report | 3/10/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055829 | MSFOIA_WH055829 | 0.7.72.377594.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055830 | MSFOIA_WH055837 | 0.7.72.362852 | | | Draft NOPA | Form 886A - Explanation of Items | 3/18/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055840 | MSFOIA_WH055840 | 0.7.72.364013.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055843 | MSFOIA_WH055843 | 0.7.72.363001.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055848 | MSFOIA_WH055853 | 0.7.72.377498.1 | | | Draft NOPA | NOPA 25 Schedule 1 | 3/31/2010 | Douglas Odell | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055854 | MSFOIA_WH055860 | 0.7.72.377498.2 | | | Workpaper | Comments on What If Scenarios | 3/30/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055861 | MSFOIA_WH055862 | 0.7.72.366653 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 4/6/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055864 | MSFOIA_WH055869 | 0.7.72.374860.1 | | | Draft NOPA | NOPA 25 Schedule 1 | 3/31/2010 | Douglas Odell | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055870 | MSFOIA_WH055880 | 0.7.72.44648 | | | Workpaper | Examining Officer's Activity Record | 4/22/2010 | Douglas Odell | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055885 | MSFOIA_WH055885 | 0.7.72.363691.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's notes used while drafting documents involved in examination decisionmaking. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055886 | MSFOIA_WH055887 | 0.7.72.365881 | | | Spreadsheet | INDEX OF INTERNATIONAL NOPA's | 5/5/2010 | Not indicated on document | Not indicated on document | List of NOPAs describing status of examiners' preliminary analysis and comments regarding issues addressed in each NOPA, communicating information to inform decisions being made during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1092 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055888 | MSFOIA_WH055899 | 0.7.72.362507 | | | PowerPoint Presentation with handwritten annotations | Microsoft IRS Audit FY04-FY06, Response to IDR 2030 -- Americas Sharing Arrangement | 11/6/2007 | Douglas Odell (handwriting) | Not indicated on document | Copy of presentation slides with examiner's handwritten notes reflecting preliminary thoughts about decisions to be made regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055905 | MSFOIA_WH055905 | 0.7.72.376735.1 | | | Notes | Trsf Pricing Mtg - Initial IDRs | 6/1/2010 | Not indicated on document | Not indicated on document | Notes communicating examiner's preliminary thoughts about exam issues and decisions discussed during a meeting with Microsoft. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055906 | MSFOIA_WH055906 | 0.7.72.366038 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 6/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055907 | MSFOIA_WH055907 | 0.7.72.369497 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 6/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055915 | MSFOIA_WH055926 | 0.7.72.44647 | | | Workpaper | Examining Officer's Activity Record | 6/16/2010 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055927 | MSFOIA_WH055938 | 0.7.72.363426 | | | Workpaper | Examining Officer's Activity Record | 6/16/2010 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055939 | MSFOIA_WH055940 | 0.7.72.363334 | | | Workpaper | ISSUE: FTC | 6/16/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1093 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055943 | MSFOIA_WH055945 | 0.7.72.367848 | | | Workpaper | ISSUE: Cost Sharing Payments | 6/22/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055946 | MSFOIA_WH055948 | 0.7.72.369244 | | | Workpaper | ISSUE: Cost Sharing Payments | 6/22/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055949 | MSFOIA_WH055970 | 0.7.72.367351 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055971 | MSFOIA_WH055972 | 0.7.72.382414 | | | Email | Unfinished Business and More | 6/23/2010 | Douglas Odell | Alton White ; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined and management of examination resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055973 | MSFOIA_WH055982 | 0.7.72.44649 | | | Workpaper | Examining Officer's Activity Record | 6/24/2010 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055983 | MSFOIA_WH055995 | 0.7.72.369165 | | | Workpaper | Examining Officer's Activity Record | 6/28/2010 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH055996 | MSFOIA_WH056008 | 0.7.72.364567 | | | Workpaper | Examining Officer's Activity Record | 6/28/2010 | Not indicated on document | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056009 | MSFOIA_WH056018 | 0.7.72.366631 | | | Workpaper | Examining Officer's Activity Record | 6/25/2010 | Douglas Odell | Not indicated on document | Examiner's case history communicating actions taken in analyzing issues being examined and aspects of case management, for purposes of assisting with decisions involved in conducting examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056020 | MSFOIA_WH056021 | 0.7.72.381723.1 | | | Draft NOPA | NOPA 28 - Exhibit E | Not dated | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056022 | MSFOIA_WH056044 | 0.7.72.362734 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056045 | MSFOIA_WH056066 | 0.7.72.368889 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056067 | MSFOIA_WH056088 | 0.7.72.366891 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056089 | MSFOIA_WH056110 | 0.7.72.368145 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056111 | MSFOIA_WH056134 | 0.7.72.366103 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1095 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056139 | MSFOIA_WH056155 | 0.7.72.368523 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 10/6/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056156 | MSFOIA_WH056161 | 0.7.72.364999 | | | Email | RE: Revised NOPA 36 - Acquisitions | 10/4/2010 | Douglas Odell | Fred Rapaport; cc: Paul Weibel | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056165 | MSFOIA_WH056167 | 0.7.72.365930 | | | Email | RE: Acquisition Buy-in Report_Draft 7.pdf - Adobe Acrobat Professional | 10/4/2010 | Douglas Odell | Fred Rapaport, Paul Weibel; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056168 | MSFOIA_WH056168 | 0.7.72.367785 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 10/5/2010 | Douglas Odell | Joy Yen; Paul Weibel; Cheryl Potop-Jackson; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056170 | MSFOIA_WH056175 | 0.7.72.380198.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056176 | MSFOIA_WH056176 | 0.7.72.380198.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056181 | MSFOIA_WH056206 | 0.7.72.364686 | | | Draft NOPA | Form 886A - Explanation of Items | 10/14/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056207 | MSFOIA_WH056232 | 0.7.72.368348 | | | Draft NOPA | Form 886A - Explanation of Items | 10/18/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056233 | MSFOIA_WH056239 | 0.7.72.370498 | | | Workpaper | None provided on document | 8/27/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating initial thoughts and impressions regarding Microsoft's response to a NOPA, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056242 | MSFOIA_WH056243 | 0.7.72.365359 | | | Email | RE: Transfer-Price Review | 10/29/2010 | Joy Yen | Douglas Odell; Paul Weibel; William McCarthy; Cheryl Potop-Jackson ; Alton White; Charles Davis | Internal preliminary discussion regarding decisions to be made with respect to issues examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056249 | MSFOIA_WH056249 | 0.7.72.372784.1 | | | spreadsheet | Buy-in Proposed by Taxpayer | 10/28/2010 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056250 | MSFOIA_WH056250 | 0.7.72.363623 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 11/4/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056255 | MSFOIA_WH056269 | 0.7.72.370695.1 | | | Form | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Copy of a certain document supplied by Microsoft that was provided to agency attorneys to solicit legal advice regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056279 | MSFOIA_WH056280 | 0.7.72.369432 | | | Workpaper | Preliminary List of Issues | 3/27/2007 | Charles Astleford | Not indicated on document | Examiner's workpaper communicating preliminary list of issues identified for scrutiny and focus to assist in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056281 | MSFOIA_WH056287 | 0.7.72.366708 | | | Draft report (excerpt) | Executive Summary | 11/5/2007 | Paul Weibel | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1097 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056288 | MSFOIA_WH056288 | 0.7.72.362429 | | | Workpaper | International Agent Issue Time Line | 5/14/2008 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056289 | MSFOIA_WH056292 | 0.7.72.364521 | | | Workpaper | CIC Case Completion Risk Assessment | 5/27/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy being considered, or the issues being examined. Disclosure would harm IRS law enforcement efforts to prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056293 | MSFOIA_WH056324 | 0.7.72.364629 | | | Workpaper | MS Initial Risk Analysis | 7/12/2007 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056325 | MSFOIA_WH056325 | 0.7.72.365981 | | | Workpaper | UPDATED SUMMARY COMPLETION ISSUES TIMEFRAME | 1/28/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056327 | MSFOIA_WH056327 | 0.7.72.368278 | | | Workpaper | NOPA Completion Schedule | 5/8/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056328 | MSFOIA_WH056328 | 0.7.72.366515 | | | Workpaper | "What if" Scenarios - Adjustments | 10/9/2009 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056331 | MSFOIA_WH056331 | 0.7.72.362379 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 1/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1098 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056332 | MSFOIA_WH056333 | 0.7.72.366454 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 11/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056334 | MSFOIA_WH056334 | 0.7.72.389022.1 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 11/10/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056335 | MSFOIA_WH056347 | 0.7.72.389022.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056348 | MSFOIA_WH056348 | 0.7.72.367856 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 1/24/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056361 | MSFOIA_WH056362 | 0.7.72.371705 | | | Email | FW: Americas Royalty Comps | 3/16/2011 | Paul Weibel | Douglas Odell; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056363 | MSFOIA_WH056373 | 0.7.72.371705.1 | | | Workpaper | None provided on document | 3/18/2011 | Joy Yen | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056378 | MSFOIA_WH056378 | 0.7.72.373123.1 | | | Draft PowerPoint Slide | Microsoft's Indian Software Transacations | 3/29/2011 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056379 | MSFOIA_WH056379 | 0.7.72.373123.2 | | | Draft PowerPoint Slide | Other Asia S&M IC Flows | 3/29/2011 | Douglas Odell | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1099 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056380 | MSFOIA_WH056380 | 0.7.72.373123.3 | | | Draft NOPA | Form 886A - Explanation of Items | 11/16/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056382 | MSFOIA_WH056382 | 0.7.72.369408 | | | Workpaper | ISSUE: Subpart F Income (Puerto Rico CFC/MOPR) | 4/11/2011 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056383 | MSFOIA_WH056384 | 0.7.72.379050 | | | Email | FW: 2007 Report | 4/18/2011 | Paul Weibel | Douglas Odell ; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056386 | MSFOIA_WH056401 | 0.7.72.384558.1 | | | Workpaper | NOPAs Issued | 4/18/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056408 | MSFOIA_WH056408 | 0.7.72.363542 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 4/15/2011 | Paul Weibel | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056409 | MSFOIA_WH056460 | 0.7.72.363381 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1100 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056461 | MSFOIA_WH056462 | 0.7.72.364450 | | | Notes | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/19/2011 | Paul Weibel | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056468 | MSFOIA_WH056483 | 0.7.72.382481.1 | | | Workpaper | None provided on document | 4/21/2011 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056484 | MSFOIA_WH056485 | 0.7.72.364642 | | | Draft NOPA | NOPA 40 - SCHEDULE OF ADJUSTMENTS FOR THE MICROSOFT APAC BUY-IN | 4/26/2011 | Paul Weibel | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056486 | MSFOIA_WH056487 | 0.7.72.371004 | | | Email | RE: RAR | 4/27/2011 | Douglas Odell | Pfeil James R; Cheryl Potop-Jackson ; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056488 | MSFOIA_WH056524 | 0.7.72.371004.1 | | | Draft NOPA | Form 886A - Explanation of Items | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056525 | MSFOIA_WH056525 | 0.7.72.371004.2 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056526 | MSFOIA_WH056528 | 0.7.72.368568 | | | Email | MICR - NOPA 33 - Disallowed FTC | 4/27/2011 | Douglas Odell | Joseph Tobin ; Anne Shelburne ; Al White (Alton.S.White@irs .gov) | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056529 | MSFOIA_WH056530 | 0.7.72.368568.1 | | | Draft NOPA | NOPA 33 Schedule 4, Schedule 5 | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056531 | MSFOIA_WH056536 | 0.7.72.368568.2 | | | Draft NOPA | NOPA 33 Schedule 1 | 10/26/2009 | Douglas Odell | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056537 | MSFOIA_WH056573 | 0.7.72.368568.3 | | | Draft NOPA | Form 886A - Explanation of Items | 8/5/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056574 | MSFOIA_WH056574 | 0.7.72.368568.4 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 8/5/2010 | Douglas Odell | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056575 | MSFOIA_WH056575 | 0.7.72.362722 | | | Email | RAR | 5/2/2011 | James Pfeil | Cheryl Potop-Jackson; Douglas Odell; | Internal preliminary discussion regarding decisions to be made with respect to drafting of exam-related documents addressing issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056576 | MSFOIA_WH056656 | 0.7.72.362722.1 | | | Workpaper | None provided on document | 5/2/2011 | James Pfeil | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1102 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056657 | MSFOIA_WH056683 | 0.7.72.362722.2 | | | Draft RAR | Form 4549-A Income Tax Examination Changes | 5/2/2011 | James Pfeil | Not indicated on document | Unsigned discussion draft of a revenue agent's report circulated for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056684 | MSFOIA_WH056685 | 0.7.72.371775 | | | Email | What' Doug Doing Now? | 5/4/2011 | Douglas Odell | Paul Weibel; Alton White; Paul Weibel; Douglas Odell | Description of issues examiner is focusing on and describing preliminary thoughts about how to conduct future steps in audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056687 | MSFOIA_WH056729 | 0.7.72.390663.1 | | | Draft Report | Economist Report | 4/15/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056730 | MSFOIA_WH056806 | 0.7.72.390663.2 | | | Draft Report | Economist Report | Not dated | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056808 | MSFOIA_WH056809 | 0.7.72.385486 | | | Email | RE: MICR - 30-Day Letter Question | 5/10/2011 | Paul Weibel | Douglas Odell; Alton White; Cheryl Potop-Jackson; Cheryl Potop-Jackson | Discussion among examiners regarding issues being examined and decisions about how to manage agency resources to conduct remaining audit activities. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056816 | MSFOIA_WH056818 | 0.7.72.381443.1 | | | NOPA Response | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Microsoft NOPA response shared by examiner with other agency employee to inform decision regarding a specific issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056849 | MSFOIA_WH056851 | 0.7.72.366074 | | | Memo | Request for Approval of Initial P-4-5 Deviation | 5/16/2011 | Alton White | Kathy Robbins; | Unsigned discussion draft of a memo providing examiner's thoughts and seeking decision from executives regarding the assignment of employee to assist with certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(6) and (b)(7)(C); (b)(7)(A) | Internal agency records used by managers to document employee performance are solely related to internal personnel practices, and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Employee's privacy interest in details about work performance and assignments is not outweighed by public interest in this information. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, and direction of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1103 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056878 | MSFOIA_WH056878 | 0.7.72.386368 | | | Email | Compare TLA with Protests | 7/7/2011 | Cheryl Potop-Jackson | William McCarthy; Daniel Lavassar; Melissa Hilty; cc: Paul Weibel; Douglas Odell; Alton White; Joy Yen; Paul Weibel; Douglas Odell; Alton White; Joy Yen | Discussion among examiners and agency attorneys about issues addressed in Microsoft protests and preliminary thoughts about how to respond. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056879 | MSFOIA_WH056880 | 0.7.72.371820 | | | Email | RE: Compare TLA with Protests | 7/8/2011 | Douglas Odell | Cheryl Potop-Jackson; William McCarthy; Daniel Lavassar; Hilty Melissa L; Paul Weibel; Alton White; Joy Yen | Discussion among examiners and agency attorneys about issues addressed in Microsoft protests and preliminary thoughts about how to respond. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056891 | MSFOIA_WH056893 | 0.7.72.375285.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/26/2008 | Douglas Odell | Not indicated on document | Workpaper pertaining to legal advice being developed by agency attorney, sent by agency attorney to examiner while developing legal advice requested by exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056894 | MSFOIA_WH056898 | 0.7.72.375285.2 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/26/2008 | Douglas Odell | Not indicated on document | Workpaper pertaining to legal advice being developed by agency attorney, sent by agency attorney to examiner while developing legal advice requested by exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056899 | MSFOIA_WH056899 | 0.7.72.375285.3 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/26/2008 | Douglas Odell | Not indicated on document | Workpaper pertaining to legal advice being developed by agency attorney, sent by agency attorney to examiner while developing legal advice requested by exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056911 | MSFOIA_WH056920 | 0.7.72.381441.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Not indicated on document | Not indicated on document | Workpaper pertaining to legal advice being developed by agency attorney, sent by agency attorney to agency attorney developing legal advice requested by exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1104 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056921 | MSFOIA_WH056940 | 0.7.72.381441.2 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | Not indicated on document | Not indicated on document | Workpaper pertaining to legal advice being developed by agency attorney, sent by examiner to agency attorney developing legal advice requested by exam team | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056973 | MSFOIA_WH056973 | 0.7.72.367792 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 8/17/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determining taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056977 | MSFOIA_WH056986 | 0.7.72.378923.1 | | | Draft Rebuttal | Rebuttal to 30-Day Protest Letter | Not dated | Daniel Lavassar | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH056990 | MSFOIA_WH057006 | 0.7.72.366822 | | | Draft Rebuttal | Exam's Rebuttal To Microsoft's Protest (Issue 7) Submitted June 29, 2011 Pertaining to Notice of Proposed Adjustment (NOPA) 33 | 8/22/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057023 | MSFOIA_WH057047 | 0.7.72.366098 | | | Draft Rebuttal | REBUTTAL - NOPA 33 | 9/1/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057048 | MSFOIA_WH057072 | 0.7.72.370454 | | | Draft Rebuttal | REBUTTAL - NOPA 34 | 9/5/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1105 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057073 | MSFOIA_WH057097 | 0.7.72.368091 | | | Draft Rebuttal | REBUTTAL - NOPA 35 | 9/6/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057098 | MSFOIA_WH057122 | 0.7.72.368473 | | | Draft Rebuttal | REBUTTAL - NOPA 36 | 9/6/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057123 | MSFOIA_WH057147 | 0.7.72.368530 | | | Draft Rebuttal | REBUTTAL - NOPA 37 | 9/7/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057148 | MSFOIA_WH057172 | 0.7.72.362719 | | | Draft Rebuttal | REBUTTAL - NOPA 38 | 9/7/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057173 | MSFOIA_WH057197 | 0.7.72.364538 | | | Draft Rebuttal | REBUTTAL - NOPA 39 | 9/8/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057198 | MSFOIA_WH057222 | 0.7.72.366641 | | | Draft Rebuttal | REBUTTAL - NOPA 40 | 9/12/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1106 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057228 | MSFOIA_WH057251 | 0.7.72.365398 | | | Draft Rebuttal | REBUTTAL - NOPA 41 | 9/21/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of rebuttal communicated to examiners for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH057844 | MSFOIA_WH058243 | 0.7.72.424306 | | | Spreadsheet | CSA BUY-IN IMS REPORT | 2/4/2010 | Geraldine Quinn | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058244 | MSFOIA_WH058267 | 0.7.72.424331 | | | Spreadsheet | Cost Sharing Analysis | 3/5/2010 | David Wagner | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058268 | MSFOIA_WH058348 | 0.7.72.422293 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/5/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058349 | MSFOIA_WH058359 | 0.7.72.423201 | | | Spreadsheet | CSA BUY-IN INVENTORY REPORT | 3/5/2010 | Geraldine Quinn | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058360 | MSFOIA_WH058363 | 0.7.72.423369 | | | Draft Outline | Action Plan, Cost Sharing Presentation to Mike Danilack | 3/5/2010 | Gloria Sullivan | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1107 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058364 | MSFOIA_WH058472 | 0.7.72.422563 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/12/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058660 | MSFOIA_WH058661 | 0.7.72.84806 | | | Notes/Outline | Summary of Acquisition Buy-Ins | 6/24/2010 | Fred Rapaport | Not indicated on document | Examiner's notes communicating initial thoughts and analysis of issues and decisions involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058685 | MSFOIA_WH058687 | 0.7.72.23084 | | | Workpaper | Retail CSA Buy-in | 12/16/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058688 | MSFOIA_WH058688 | 0.7.72.23045 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/16/2011 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058689 | MSFOIA_WH058695 | 0.7.72.23097 | | | Workpapers with handwritten notes | Microsoft Profit Split Model – Structure | 12/16/2011 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, with handwritten notes reflecting examiner's preliminary thoughts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058703 | MSFOIA_WH058704 | 0.7.72.23092 | | | Workpaper | Crude Estimate of CIP Methodology - APAC CSA | 6/9/2009 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058705 | MSFOIA_WH058709 | 0.7.72.23046 | | | Handwritten notes | None provided on document | 2/7/2008 | Fred Rapaport | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1108 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058718 | MSFOIA_WH058720 | 0.7.72.469728.1 | | | Report | Tier I/II Monthly Report as of January 5, 2008 | 2/5/2008 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058721 | MSFOIA_WH058722 | 0.7.72.469728.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058723 | MSFOIA_WH058723 | 0.7.72.469728.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058724 | MSFOIA_WH058725 | 0.7.72.469728.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058726 | MSFOIA_WH058727 | 0.7.72.469728.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058728 | MSFOIA_WH058729 | 0.7.72.469728.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058730 | MSFOIA_WH058731 | 0.7.72.469728.7 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058732 | MSFOIA_WH058734 | 0.7.72.469728.8 | | | Report | Tier I/II Monthly Report as of February 2008 | 2/5/2008 | Not indicated on document | Not indicated on document | Discussions of issues and decisions involved in the Microsoft examination, and issues and decisions involved in pursuing enforcement efforts related to taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to Microsoft pursuant to IRS § 6103. Return information of Microsoft could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the taxpayers' examinations. Reflects confidential communications made for the purpose of obtaining or providing legal advice from government attorneys. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into taxpayers' potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058738 | MSFOIA_WH058739 | 0.7.72.469728.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058740 | MSFOIA_WH058741 | 0.7.72.469728.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058742 | MSFOIA_WH058742 | 0.7.72.469728.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058744 | MSFOIA_WH058746 | 0.7.72.450016.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058747 | MSFOIA_WH058748 | 0.7.72.450016.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058749 | MSFOIA_WH058749 | 0.7.72.450016.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058750 | MSFOIA_WH058751 | 0.7.72.450016.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1109 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058752 | MSFOIA_WH058753 | 0.7.72.450016.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058754 | MSFOIA_WH058755 | 0.7.72.450016.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058756 | MSFOIA_WH058757 | 0.7.72.450016.7 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058764 | MSFOIA_WH058765 | 0.7.72.450016.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058766 | MSFOIA_WH058767 | 0.7.72.450016.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058768 | MSFOIA_WH058768 | 0.7.72.450016.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058770 | MSFOIA_WH058771 | 0.7.72.443215.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058772 | MSFOIA_WH058772 | 0.7.72.443215.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058773 | MSFOIA_WH058775 | 0.7.72.443215.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058776 | MSFOIA_WH058777 | 0.7.72.443215.4 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058778 | MSFOIA_WH058780 | 0.7.72.443215.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058781 | MSFOIA_WH058782 | 0.7.72.443215.6 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058789 | MSFOIA_WH058790 | 0.7.72.443215.9 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058791 | MSFOIA_WH058792 | 0.7.72.443215.10 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058793 | MSFOIA_WH058793 | 0.7.72.443215.11 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058794 | MSFOIA_WH058795 | 0.7.72.443215.12 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058796 | MSFOIA_WH058797 | 0.7.72.443215.13 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1110 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058946 | MSFOIA_WH058949 | 0.7.72.438274.1 | | | Draft Outline | CSA Buy In Presentation for Danilack | 3/2/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058950 | MSFOIA_WH058953 | 0.7.72.449203 | | | Draft Outline | CSA Buy In Presentation for Danilack | 3/2/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058954 | MSFOIA_WH058954 | 0.7.72.452396 | | | Email | RE: CSA Danilack Outline | 3/3/2010 | Laurel Robinson | Barbara Leonard; | Preliminary discussion among agency attorneys regarding a briefing to be provided about legal issues involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058970 | MSFOIA_WH058973 | 0.7.72.452396.2 | | | Draft Outline | CSA Buy In Presentation for Danilack | 3/2/2010 | Laurel Robinson | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH058990 | MSFOIA_WH058993 | 0.7.72.446665.2 | | | Draft Outline | CSA Buy In Presentation for Danilack | 3/3/2010 | Barbara Leonard | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1111 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059010 | MSFOIA_WH059013 | 0.7.72.443652.2 | | | Draft Outline | CSA Buy In Presentation for Danilack | 3/3/2010 | Barbara Leonard | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059015 | MSFOIA_WH059037 | 0.7.72.442406.1 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/3/2010 | Laurel Robinson | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059060 | MSFOIA_WH059103 | 0.7.72.453502.2 | | | Spreadsheet | None provided on document | 3/5/2010 | Joy Yen | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. Shared with agency attorney to solicit legal advice. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059104 | MSFOIA_WH059129 | 0.7.72.453502.3 | | | Draft PowerPoint | Transfer of Intangibles Offshore – Cost Sharing Buy-in Document | 3/5/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059132 | MSFOIA_WH059136 | 0.7.72.462737.1 | | | Draft Outline | Action Plan, Cost Sharing Presentation to Mike Danilack | 2/23/2010 | Not indicated on document | Not indicated on document | Action plan for drafting a presentation regarding decisions and issues being examined, including description of assistance being sought from agency attorney. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1112 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059153 | MSFOIA_WH059156 | 0.7.72.462737.5 | | | Outline | CSA Buy In Presentation for Danilack | 3/2/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059157 | MSFOIA_WH059237 | 0.7.72.462737.6 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/5/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059240 | MSFOIA_WH059243 | 0.7.72.435821.1 | | | Draft Outline | Action Plan, Cost Sharing Presentation to Mike Danilack | 3/5/2010 | Not indicated on document | Not indicated on document | Preliminary discussion draft of outline for briefing executives regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059250 | MSFOIA_WH059272 | 0.7.72.440927.1 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/11/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059274 | MSFOIA_WH059296 | 0.7.72.472261.1 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/11/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059298 | MSFOIA_WH059325 | 0.7.72.458338.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1113 of 1159

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059326 | MSFOIA_WH059326 | 0.7.72.442965 | | | Email | RE: CSA presentation - William McCarthy availability | 3/15/2010 | Laurel Robinson | Gloria Sullivan; Barbara Leonard | Preliminary discussion among agency attorneys regarding a briefing to be provided about legal issues involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059327 | MSFOIA_WH059327 | 0.7.72.444206 | | | Email | RE: CSA presentation - William McCarthy availability | 3/15/2010 | Barbara Leonard | Laurel Robinson; | Preliminary discussion among agency attorneys regarding a briefing to be provided about legal issues involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059328 | MSFOIA_WH059436 | 0.7.72.445560 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/16/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059438 | MSFOIA_WH059460 | 0.7.72.450076.1 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/16/2010 | William McCarthy | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059461 | MSFOIA_WH059514 | 0.7.72.437856 | | | Draft PowerPoint | Typical Cost Sharing Case | 3/16/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1114 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059515 | MSFOIA_WH059515 | 0.7.72.446944 | | | Draft PowerPoint Slide | None provided on document | 3/16/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059516 | MSFOIA_WH059624 | 0.7.72.443810 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/18/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059630 | MSFOIA_WH059652 | 0.7.72.436693 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/18/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059653 | MSFOIA_WH059675 | 0.7.72.461020 | | | Draft PowerPoint | Microsoft Cost Sharing | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059677 | MSFOIA_WH059684 | 0.7.72.454862.1 | | | Draft PowerPoint | BRAINSTORMING | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1115 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059685 | MSFOIA_WH059707 | 0.7.72.454862.2 | | | Draft PowerPoint | None provided on document | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059708 | MSFOIA_WH059730 | 0.7.72.471561 | | | Draft PowerPoint | None provided on document | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059731 | MSFOIA_WH059790 | 0.7.72.435075 | | | Draft PowerPoint | Typical Cost Sharing Case | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059792 | MSFOIA_WH059851 | 0.7.72.443812.1 | | | Draft PowerPoint | The Typical Cost Sharing Case | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059853 | MSFOIA_WH059912 | 0.7.72.472956.1 | | | Draft PowerPoint | The Typical Cost Sharing Case | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1116 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059913 | MSFOIA_WH059916 | 0.7.72.439088 | | | Draft PowerPoint | None provided on document | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH059918 | MSFOIA_WH060008 | 0.7.72.454429.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060010 | MSFOIA_WH060101 | 0.7.72.467760.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/19/2009 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060102 | MSFOIA_WH060185 | 0.7.72.456401 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060187 | MSFOIA_WH060270 | 0.7.72.451105.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060272 | MSFOIA_WH060355 | 0.7.72.456754.1 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/19/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060364 | MSFOIA_WH060387 | 0.7.72.456544 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060391 | MSFOIA_WH060414 | 0.7.72.472302.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060423 | MSFOIA_WH060447 | 0.7.72.445605 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060449 | MSFOIA_WH060473 | 0.7.72.435066.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060474 | MSFOIA_WH060498 | 0.7.72.460784 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1118 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060500 | MSFOIA_WH060501 | 0.7.72.451587.1 | | | Draft PowerPoint | None provided on document | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060503 | MSFOIA_WH060527 | 0.7.72.467510.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060528 | MSFOIA_WH060552 | 0.7.72.442164 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060554 | MSFOIA_WH060577 | 0.7.72.463657.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/25/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060582 | MSFOIA_WH060605 | 0.7.72.443608.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/25/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060619 | MSFOIA_WH060620 | 0.7.72.451570.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060624 | MSFOIA_WH060624 | 0.7.72.451570.5 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1119 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060625 | MSFOIA_WH060715 | 0.7.72.451570.6 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 4/2/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060912 | MSFOIA_WH060922 | 0.7.72.459195.1 | | | Report | LMSB Bi-Weeklies for Area 5 | 10/19/2010 | Not indicated on document | Not indicated on document | Internal report communicating preliminary details and analysis of issues being examined in various taxpayers' audits. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060968 | MSFOIA_WH060968 | 0.7.72.476320 | | | Email | Re: IMPORTANT - Some Experts need to stop working | 4/9/2011 | Wynne Mary E | Goodson Cathy A; Laurel Robinson ; | Discussion regarding potential impact of government shutdown on resources available to conduct Microsoft examination, and decisions to be made with respect to examiners' work on the exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the exam. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060972 | MSFOIA_WH060978 | 0.7.72.449147.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/13/2011 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060981 | MSFOIA_WH060988 | 0.7.72.434498.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH060991 | MSFOIA_WH060998 | 0.7.72.458918.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/14/2011 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1120 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061053 | MSFOIA_WH061060 | 0.7.72.461132.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/24/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061062 | MSFOIA_WH061069 | 0.7.72.455748.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/25/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061075 | MSFOIA_WH061082 | 0.7.72.458102.1 | | | Draft memo | Microsoft - Transfer Pricing Briefing | 8/26/2011 | Laurel Robinson | Drita Tonuzi | Unsigned draft of an internal Chief Counsel memorandum discussing issues being considered in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061093 | MSFOIA_WH061093 | 0.7.72.446852.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061097 | MSFOIA_WH061097 | 0.7.72.448501.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061102 | MSFOIA_WH061115 | 0.7.72.495761.1 | | | Draft Contract | Performance Work Statement (PWS) Expert Service Requirement | 1/8/2008 | Not indicated on document | Not indicated on document | Draft of a section of a prospective contract describing work to be performed and performance requirements | (b)(3)/IRC § 6103(e)(7); (b)(5)/Deliberative Process Privilege, Attorney Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Included as part of pre-decisional, deliberative internal communications shared with expert service provider, and does not represent the agency's final determination with respect to the issues addressed. Document was included in portion of examination administrative file that was provided to IRS Chief Counsel attorneys and to Compliance's contracted expert service provider to solicit confidential legal review and advice. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061116 | MSFOIA_WH061116 | 0.7.72.495761.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061118 | MSFOIA_WH061122 | 0.7.72.504278.1 | | | Draft memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 12/19/2007 | Joy Yen, Michael Aarstol | Charles Davis, Cheryl Potop-Jackson, Alton White, Paul Weibel, Fred Rapaport, cc: Ahmad Shahshahani; | Preliminary discussion draft of internal economist memo discussing proposal regarding work to be performed by expert services contractor to assist in analysis needed for decisions in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061894 | MSFOIA_WH061896 | 0.7.72.495862 | | | Email | HELP! | 2/17/2011 | Joy Yen | Michelle Korbas, cc: Jon Tamaki, Nancy Bronson | Discussion about about legal advice from agency attorneys related to issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061897 | MSFOIA_WH061897 | 0.7.72.495862.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061905 | MSFOIA_WH061907 | 0.7.72.23298 | | | Email with handwritten notes | HELP! | 2/16/2011 | Joy Yen | Michelle Korbas, cc: Jon Tamaki, Nancy Bronson | Discussion about about legal advice from agency attorneys related to issues being examined | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061908 | MSFOIA_WH061911 | 0.7.72.23268 | | | Spreadsheet | MOPR Potential Royalty Rate Calculation | Not dated | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061912 | MSFOIA_WH061954 | 0.7.72.23330 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061955 | MSFOIA_WH061956 | 0.7.72.23179 | | | Email | FW: Redmond Case - Alternative | 3/25/2010 | Joy Yen | Jon Tamaki, Michelle Korbas; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1122 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061962 | MSFOIA_WH061963 | 0.7.72.23162 | | | Workpaper | Transfer Price to MOPR in 2006 | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH061996 | MSFOIA_WH061997 | 0.7.72.23165 | | | Email | Numbers MAIL/MOPR | 1/11/2008 | Paul Weibel | Jon Tamaki; Joy Yen, Michael Aarstol | Internal preliminary discussion regarding decisions to be made with respect to issues examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062068 | MSFOIA_WH062068 | 0.7.72.538466 | | | Email | RE: NOPA 33 Draft Rebuttal 8-02-11; Br 6 comments deadline? | 8/4/2011 | William McCarthy | Joseph Tobin Paul Weibel; Douglas Odell | Internal preliminary discussion involving legal advice regarding drafting of exam document and decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062070 | MSFOIA_WH062070 | 0.7.72.539821 | | | Email | MS doc: KPMG Americas buy-in valuation | 9/1/2011 | William McCarthy | Joseph Tobin; | Internal preliminary discussion involving legal advice regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062071 | MSFOIA_WH062145 | 0.7.72.539821.1 | | | Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to another agency attorney during the course of developing legal advice requested by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062146 | MSFOIA_WH062146 | 0.7.72.541000 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/1/2011 | William McCarthy | Joseph Tobin; | Transmitting document provided to the Service by Microsoft which was in turn sent by an agency attorney to another agency attorney during the course of developing legal advice requested by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062147 | MSFOIA_WH062220 | 0.7.72.541000.1 | | | Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to another agency attorney during the course of developing legal advice requested by examiners. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062355 | MSFOIA_WH062220 | 0.7.72.549770.1 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to another agency attorney during the course of developing legal advice requested by examiners. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062356 | MSFOIA_WH062556 | 0.7.72.549770.2 | | | Protest | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to another agency attorney during the course of developing legal advice requested by examiners. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062589 | MSFOIA_WH062589 | 0.7.72.527713.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062631 | MSFOIA_WH062645 | 0.7.72.517774.1 | | | Return | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by Microsoft which was in turn sent by an agency attorney to aexaminer during the course of developing legal advice requested by examiners. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062646 | MSFOIA_WH062647 | 0.7.72.517774.2 | | | Draft IDR | Draft IDR language (Form 5471) | Not dated | Not indicated on document | Microsoft Corporation | | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3);6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1124 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062658 | MSFOIA_WH062658 | 0.7.72.89849 | | | Workpaper | None provided on document | Not dated | Ceteris | Not indicated on document | Expert service contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062659 | MSFOIA_WH062659 | 0.7.72.89864 | | | Workpaper | None provided on document | 3/29/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062660 | MSFOIA_WH062661 | 0.7.72.89875 | | | Report (excerpt) | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Document provided to the Service by outside party which was in turn shared among examiners to assist with decisions involved in the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062662 | MSFOIA_WH062662 | 0.7.72.89841 | | | Workpaper | Buy-in Proposed by Taxpayer | 10/28/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062663 | MSFOIA_WH062663 | 0.7.72.89861 | | | Workpaper | None provided on document | 11/2/2010 | Ceteris | Not indicated on document | Expert service contractor's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062664 | MSFOIA_WH062664 | 0.7.72.89854 | | | Diagram | Microsoft Americas Retail Segment Transactions | 11/2/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062665 | MSFOIA_WH062665 | 0.7.72.89856 | | | Diagram | Microsoft Americas Retail Segment Transactions | 11/2/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062666 | MSFOIA_WH062670 | 0.7.72.89859 | | | Workpaper | None provided on document | 11/3/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062671 | MSFOIA_WH062673 | 0.7.72.89860 | | | Workpaper | None provided on document | 12/1/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062674 | MSFOIA_WH062676 | 0.7.72.89885 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 10/25/2010 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062677 | MSFOIA_WH062679 | 0.7.72.89857 | | | Draft NOPA | Form 5701 Notice of Proposed Adjustment | 2/8/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062680 | MSFOIA_WH062731 | 0.7.72.89839 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062732 | MSFOIA_WH062815 | 0.7.72.23688 | | | Various, with handwritten comments | None provided on document | Not dated | Douglas Odell | Not indicated on document | Duplicate copies of various draft NOPAs, emails, and workpapers with handwritten comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062877 | MSFOIA_WH062928 | 0.7.72.23677 | | | Workpapers | None provided on document | Not dated | Not indicated on document | Not indicated on document | Draft performance work statements, internal memos discussing outside experts, draft outside expert requisition forms; preapproval worksheet | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1126 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062934 | MSFOIA_WH062966 | 0.7.72.23732 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | 4/10/2008 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Communicates thoughts and impressions of government attorney, and/or a request for advice from Chief Counsel attorney representing client agency, the IRS. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062980 | MSFOIA_WH062998 | 0.7.72.23662 | | | Various, with handwritten comments | None provided on document | Not dated | Not indicated on document | Not indicated on document | Duplicate copies of various draft NOPAs, emails, and workpapers with handwritten comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH062999 | MSFOIA_WH063000 | 0.7.72.23680 | | | Spreadsheets | International Agent Issue Time Line; INDEX OF INTERNATIONAL NOPA's | 6/10/2010 | Not indicated on document | Not indicated on document | Document communicating examiners' preliminary thoughts regarding issues and activities of focus during examination, used to inform decisions regarding management of exam resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063001 | MSFOIA_WH063007 | 0.7.72.23674 | | | Handwritten notes | None provided on document | 3/23/2012 | Paul Weibel | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063008 | MSFOIA_WH063010 | 0.7.72.23698 | | | Outline and handwritten notes | Americas & APAC Buy-In Adjustments, Ceteris Reports, Discussion Topics | 10/27/2009 | Paul Weibel | Not indicated on document | Copy of expert report outline, with examiner's handwritten notes reflecting preliminary thoughts about decisions to be made regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063024 | MSFOIA_WH063026 | 0.7.72.23725 | | | Workpapers with handwritten notes | Crude Estimate of CIP Methodology - Americas CSA | 5/7/2008 | Paul Weibel (handwriting) | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063027 | MSFOIA_WH063033 | 0.7.72.23644 | | | Workpapers | None provided on document | 2008/02 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063034 | MSFOIA_WH063038 | 0.7.72.23671 | | | Table of contents with handwritten notes | America's Cost Share | Not dated | Paul Weibel (handwriting) | Not indicated on document | Copy of table of contents from a report, with examiner's handwritten notes reflecting preliminary thoughts about decisions to be made regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063039 | MSFOIA_WH063044 | 0.7.72.23743 | | | Spreadsheets and handwritten notes | Estimated Issue Time Lines | Not dated | Paul Weibel (handwriting) | Not indicated on document | Document communicating examiners' preliminary thoughts regarding issues and activities of focus during examination, used to inform decisions regarding management of exam resources. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063045 | MSFOIA_WH063046 | 0.7.72.23691 | | | Handwritten notes | None provided on document | Not dated | Paul Weibel (handwriting) | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063047 | MSFOIA_WH063048 | 0.7.72.23727 | | | Handwritten notes | None provided on document | 6/5/2007 | Paul Weibel (handwriting) | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063049 | MSFOIA_WH063052 | 0.7.72.23729 | | | Handwritten notes | None provided on document | 5/23/2007 | Paul Weibel (handwriting) | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063053 | MSFOIA_WH063054 | 0.7.72.23654 | | | Handwritten notes | None provided on document | 8/15/2007 | Paul Weibel (handwriting) | Not indicated on document | Notes taken to communicate preliminary thoughts and impressions to inform examiners' decisions about issues being examined and/or activities involved in conducting the examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1128 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063097 | MSFOIA_WH063110 | 0.7.72.532437 | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | 1/8/2008 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063111 | MSFOIA_WH063114 | 0.7.72.531752 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063115 | MSFOIA_WH063117 | 0.7.72.531612 | | | Draft memo | Singapore Interviews and Functional Analysis | 6/30/2010 | Not indicated on document | Not indicated on document | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063118 | MSFOIA_WH063121 | 0.7.72.532365 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063793 | MSFOIA_WH063793 | 0.7.72.531655 | | | Spreadsheet | None provided on document | Not dated | Not indicated on document | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063922 | MSFOIA_WH063925 | 0.7.72.531230 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063926 | MSFOIA_WH063929 | 0.7.72.531341 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1129 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063930 | MSFOIA_WH063934 | 0.7.72.530857 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/22/2009 | Charles Davis, Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063935 | MSFOIA_WH063938 | 0.7.72.531627 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/6/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063939 | MSFOIA_WH063942 | 0.7.72.531383 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063943 | MSFOIA_WH063946 | 0.7.72.531172 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063947 | MSFOIA_WH063951 | 0.7.72.531131 | | | Draft Memo | Funding Request | 1/22/2009 | Charles Davis, Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063952 | MSFOIA_WH063955 | 0.7.72.530637 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/6/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063956 | MSFOIA_WH063957 | 0.7.72.532547 | | | Draft Memo | Additional questions for conference call: | Not dated | Not indicated on document | Not indicated on document | Examiner's preliminary notes in response to questions from other agency employee regarding proposed examination activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063958 | MSFOIA_WH063959 | 0.7.72.531229 | | | Draft Memo | Additional questions for conference call: | Not dated | Not indicated on document | Not indicated on document | Examiner's preliminary notes in response to questions from other agency epmloyee regarding proposed examination activity. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063960 | MSFOIA_WH063960 | 0.7.72.532179 | | | Draft cover sheet | Staff Summary Sheet | Not dated | Not indicated on document | Not indicated on document | Singapore Staff Summary Sheet request, describing an issue to be examined and resources allocated to that issue | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063961 | MSFOIA_WH063965 | 0.7.72.531324 | | | Draft Memo | Funding Request | 1/22/2009 | Charles Davis, Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063966 | MSFOIA_WH063968 | 0.7.72.531413 | | | Workpaper | None provided on document | 10/30/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063969 | MSFOIA_WH063972 | 0.7.72.532273 | | | Draft Memo | Funding Request - trip to Singapore to perform a functional analysis | 1/8/2009 | Alton White | Maria Hwang | Draft of an internal communication sharing preliminary details and recommendations to inform decisions regarding allocation of resources used to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063974 | MSFOIA_WH063974 | 0.7.72.530436 | | | Draft cover sheet | Staff Summary Sheet | Not dated | Not indicated on document | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063975 | MSFOIA_WH063975 | 0.7.72.531535 | | | Draft cover sheet | Staff Summary Sheet | 1/22/2009 | Alton White | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1131 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063976 | MSFOIA_WH063983 | 0.7.72.531285 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063990 | MSFOIA_WH063997 | 0.7.72.532388 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH063998 | MSFOIA_WH063999 | 0.7.72.532603 | | | Draft memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang, Martin Walker | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064000 | MSFOIA_WH064001 | 0.7.72.531109 | | | Draft memo | Request to Change ECD for Microsoft Corp. & Subs. 200406-200606 from 6/30/10 to 6/30/11 | 5/26/2010 | Charles Davis | Maria Hwang, Martin Walker | Memorandum communicating examination team's preliminary thoughts and impressions regarding the timeline, plan, and resource limitations for the exam, to assist with decisions regarding how to conduct exam. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the issues addressed in the document. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and direction of the investigation into a taxpayer's potential liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064002 | MSFOIA_WH064008 | 0.7.72.531112 | | | PowerPoint Slides with handwritten comments | Microsoft & IRS Discussion of Buy-Ins | 1/15/2010 | Ellen Burkhart | Not indicated on document | Copy of presentation slides with examiner's handwritten notes reflecting preliminary thoughts about decisions to be made regarding issues under examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064011 | MSFOIA_WH064052 | 0.7.72.532224 | | | Draft NOPA | Form 886A - Explanation of Items | 10/7/2010 | Not indicated on document | Not indicated on document | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064053 | MSFOIA_WH064054 | 0.7.72.530256 | | | spreadsheet | None provided on document | 1/3/2011 | Paul Weibel | Not indicated on document | List describing preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1132 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064055 | MSFOIA_WH064055 | 0.7.72.530587 | | | Workpaper | INDEX OF INTERNATIONAL NOPA's | 11/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in managing examination resources and timelines for determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064061 | MSFOIA_WH064063 | 0.7.72.532084 | | | Draft Memo | Request for Approval of Initial P-4-S Deviation | 5/12/2011 | Alton White | Katherine Robbins, Nancy Bronson, Carol Poindexter | Unsigned discussion draft of a memo providing examiner's thoughts and seeking decision from executives regarding the assignment of employee to assist with certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064090 | MSFOIA_WH064091 | 0.7.72.530459 | | | spreadsheet | None provided on document | 10/1/2010 | Paul Weibel | Not indicated on document | List describing  preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064092 | MSFOIA_WH064093 | 0.7.72.530630 | | | spreadsheet | None provided on document | 11/1/2010 | Paul Weibel | Not indicated on document | List describing  preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064094 | MSFOIA_WH064095 | 0.7.72.532435 | | | spreadsheet | None provided on document | 12/1/2010 | Paul Weibel | Not indicated on document | List describing  preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064096 | MSFOIA_WH064097 | 0.7.72.532072 | | | spreadsheet | None provided on document | 3/1/2011 | Paul Weibel | Not indicated on document | List describing  preliminary status, focus, resources, and direction of various examinations, including exams of taxpayers other than Microsoft. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064098 | MSFOIA_WH064099 | 0.7.72.530905 | | | Draft IDR | Form 4564 Information Document Request | Not dated | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064106 | MSFOIA_WH064115 | 0.7.72.582423.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064117 | MSFOIA_WH064126 | 0.7.72.566804.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064131 | MSFOIA_WH064140 | 0.7.72.569717.1 | | | Draft Contract | Section C | Not dated | Not indicated on document | Not indicated on document | Preliminary draft of a section of a contract for discussion and possible use in retaining prospective contractor, describing preliminary plans for examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064169 | MSFOIA_WH064169 | 0.7.72.573722.1 | | | Spreadsheet | Potential Outside Expert from Procurement List for 2005-2006 | Not dated | JoAnn Cutler | Not indicated on document | Preliminary list of potential expert services contractors to be considered by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064171 | MSFOIA_WH064185 | 0.7.72.575024.1 | | | Notes/Outline | CASE INFORMATION, § 482 COST SHARING BUY-IN CIP WORKSHOP | 2/29/2008 | Joy Yen | Not indicated on document | Notes providing requested information about examiners' preliminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1134 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064189 | MSFOIA_WH064203 | 0.7.72.566973.2 | | | Notes/Outline | CASE INFORMATION, § 482 COST SHARING BUY-IN CIP WORKSHOP | 3/1/2008 | Not indicated on document | Not indicated on document | Notes providing requested information about examiners' prelminary thoughts and activities around an issue that is being examined in various enforcement activities, including the Microsoft audit. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064205 | MSFOIA_WH064206 | 0.7.72.582297 | | | Email | FW: [Fwd: Fwd: Microsoft Research Asia] | 3/3/2008 | Ellen Burkhart | Joy Yen; Daniel Asquith; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064207 | MSFOIA_WH064208 | 0.7.72.568214 | | | Email | FW: [Fwd: Fwd: Microsoft Research Asia] | 3/3/2008 | Joy Yen | Paul Weibel; Fred Rapaport; Douglas Odell; Michael Aarstol; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064209 | | 0.7.72.579819 | | | Email | Microsoft Research Asia | 3/3/2008 | Paul Weibel | Joy Yen; Michael Aarstol; Douglas Odell; Fred Rapaport; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064212 | MSFOIA_WH064212 | 0.7.72.575807.1 | | | Draft IDR | Form 4564 Information Document Request | 3/10/2008 | Paul Weibel | Microsoft Corporation | Preliminary discussion draft of an Information Document Request communicated among examiners and agency legal counsel for comments and edits. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064213 | MSFOIA_WH064214 | 0.7.72.575584 | | | Draft Form | Case Review | 3/10/2008 | Joy Yen | Not indicated on document | Summary of issues, progress, employee responsibilities, and/or timelines for the Microsoft examination, shared for discussion and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064216 | | 0.7.72.576829.1 | | | Draft PowerPoint | Microsoft Corp. | 3/10/2008 | Joy Yen, Michael Aarstol | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064268 | MSFOIA_WH064277 | 0.7.72.569268.2 | | | Letter | None provided on document | 3/5/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel, Charles Davis | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064278 | MSFOIA_WH064286 | 0.7.72.569268.3 | | | Letter | Expert Services, Cost Sharing Buy-In Valuations | 3/7/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel, Charles Davis | Information about potential contractor considered for hire by the Service with respect to the Microsoft examination, considered by examiners to assist with decision regarding expert services contract. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064291 | MSFOIA_WH064293 | 0.7.72.584190 | | | Email | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 4/1/2008 | Joy Yen | Ahmad Shahshahani; | Internal discussion sharing preliminary thoughts about decisions to hire a prospective expert services contractor and about how to analyze certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064294 | MSFOIA_WH064296 | 0.7.72.584190.1 | | | Memo | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not dated | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel | Memo from prospective outside expert providing preliminary thoughts to examiners about how to analyze a particular issue being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064297 | MSFOIA_WH064302 | 0.7.72.584190.2 | | | Memo | Response to questions regarding taxpayer cost sharing issue | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Memo from prospective outside expert providing preliminary thoughts to examiners about how to analyze a particular issue being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064339 | MSFOIA_WH064344 | 0.7.72.572878.1 | | | Memo | Response to questions regarding taxpayer cost sharing issue | 3/28/2008 | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Paul Weibel; | Memo from prospective outside expert providing preliminary thoughts to examiners about how to analyze a particular issue being examined during Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064348 | MSFOIA_WH064349 | 0.7.72.560861.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/7/2008 | Michael Aarstol | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064351 | MSFOIA_WH064352 | 0.7.72.569836.1 | | | Draft Notes/Outline | Potential Interview Questions for Outside 482 Experts | 4/8/2008 | Michael Aarstol | Not indicated on document | Examiner's preliminary draft of questions to be used during interviews of prospective expert services contractors, communicated to other members of exam team for edits and comments. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064355 | MSFOIA_WH064358 | 0.7.72.569138 | | | Email | FW: Follow-up to Discussion on Wednesday | 4/17/2008 | Michael Aarstol | Joy Yen; | Internal discussion sharing preliminary thoughts about decisions to hire a prospective expert services contractor and about how to analyze certain issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064359 | MSFOIA_WH064359 | 0.7.72.569138.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064361 | MSFOIA_WH064368 | 0.7.72.561574.1 | | | Workpaper | Catalog of IDR's Relevant to Economic Analysis of Buy-Ins | 4/21/2008 | Michael Aarstol | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064370 | MSFOIA_WH064371 | 0.7.72.569126.1 | | | Research Resource | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Article shared by examiners to inform decisions related to issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064374 | MSFOIA_WH064375 | 0.7.72.560799.1 | | | Workpaper | Crude Estimate of CIP Methodology - APAC CSA | 5/14/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064376 | MSFOIA_WH064378 | 0.7.72.560799.2 | | | Workpaper | Crude Estimate of CIP Methodology - APAC CSA | 5/14/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1137 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064386 | MSFOIA_WH064389 | 0.7.72.580587.1 | | | Draft memo | Microsoft Puerto Rico 936 | 6/26/2008 | Paul Weibel | Not indicated on document | Discussion draft of examiner's thoughts and analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064392 | MSFOIA_WH064392 | 0.7.72.580587.3 | | | Notes | Conference Call Discussion, IMTs - §936 and Cost Sharing Involvement | 4/1/2008 | Cheryl Potop-Jackson | Not indicated on document | Notes communicating preliminary thoughts about exam issues and decisions, and legal advice sought from agency attorneys, discussed during an internal meeting. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064393 | MSFOIA_WH064394 | 0.7.72.580587.4 | | | Draft memo | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman; | Discussion draft of examiner's thoughts and analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064396 | MSFOIA_WH064397 | 0.7.72.584587.1 | | | Draft memo | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman; | Discussion draft of examiner's thoughts and analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064398 | MSFOIA_WH064399 | 0.7.72.584587.2 | | | Workpaper | None provided on document | 6/30/2008 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064400 | MSFOIA_WH064404 | 0.7.72.584587.3 | | | Workpaper | International Examiner Audit Plan | 6/30/2008 | Joy Yen | Ahmad Shahshahani; | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064407 | MSFOIA_WH064408 | 0.7.72.566169.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1138 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064409 | MSFOIA_WH064413 | 0.7.72.566169.2 | | | Workpaper | International Examiner Audit Plan | 6/25/2008 | Joy Yen | Ahmad Shahshahani; | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064415 | MSFOIA_WH064416 | 0.7.72.581616.1 | | | Workpaper | None provided on document | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064417 | MSFOIA_WH064421 | 0.7.72.581616.2 | | | Workpaper | International Examiner Audit Plan | 6/25/2008 | Joy Yen | Ahmad Shahshahani; | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064422 | MSFOIA_WH064423 | 0.7.72.581616.3 | | | Draft memo | Microsoft Corporation, 936 Exit and Cost-Sharing Buy-In Arrangement | Not dated | Paul Weibel | Matthew Hartman | Discussion draft of examiner's thoughts and analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064430 | MSFOIA_WH064456 | 0.7.72.566145.1 | | | Report | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 5/2/2007 | Not indicated on document | Not indicated on document | Internal report describing examner's preliminary analysis of an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064462 | MSFOIA_WH064465 | 0.7.72.578505.1 | | | Form | Manual Travel Authorization | 2/4/2009 | Not indicated on document | Not indicated on document | Unsigned draft form communicating information about employee travel plans and allocation of resources for Microsoft examination | (b)(6) and (b)(7)(C) | Employee's privacy interest in travel details and contact information outweighs any public interest in this information |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064466 | MSFOIA_WH064467 | 0.7.72.566142 | | | Resume/Biography | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Biographies of certain Microsoft employees shared among examiners for consideration during examination planning. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

8/22/2022

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064469 | MSFOIA_WH064474 | 0.7.72.579548.1 | | | Notes | Jonathan Downes, Senior Director, WWLP Asia | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064475 | MSFOIA_WH064479 | 0.7.72.579548.2 | | | Notes | Henry Kwang, Director, APOC E&D OPS | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064480 | MSFOIA_WH064486 | 0.7.72.579548.3 | | | Notes | Ken Wye Saw, VP, Sales and Marketing APAC | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064487 | MSFOIA_WH064490 | 0.7.72.579548.4 | | | Notes | Chris Atkinson, Vice President, Sales & Marketing, Microsoft Asia Pacific Region | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064491 | MSFOIA_WH064493 | 0.7.72.579548.5 | | | Notes | Benoit Van Thienen, Vice President Enterprise & Partners Group Asia | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064494 | MSFOIA_WH064497 | 0.7.72.579548.6 | | | Notes | Michiel Verhoeven, General Manager, Asia Pacific, Greater China and Japan, Communications Sector | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064498 | MSFOIA_WH064500 | 0.7.72.579548.7 | | | Notes | Emilio Umeoka, President Microsoft Asia Pacific | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1140 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064501 | MSFOIA_WH064506 | 0.7.72.579548.8 | | | Notes | Interview with John MacLellan, Regional Finance Director, Microsoft APAC | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064507 | MSFOIA_WH064512 | 0.7.72.579548.9 | | | Notes | Jessica Tan, GM of Microsoft Singapore | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064513 | MSFOIA_WH064520 | 0.7.72.579548.10 | | | Notes | Interview with Eugene Saburi, GM Business, Marketing & Operations | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064521 | MSFOIA_WH064524 | 0.7.72.579548.11 | | | Notes | Daniel Yue, Director, Customer Operations | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064526 | MSFOIA_WH064529 | 0.7.72.570708 | | | Notes | Michiel Verhoeven, General Manager, Asia Pacific, Greater China and Japan, Communications Sector | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064530 | MSFOIA_WH064532 | 0.7.72.571772 | | | Notes | Emilio Umeoka, President Microsoft Asia Pacific | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064533 | MSFOIA_WH064536 | 0.7.72.574900 | | | Notes | Chris Atkinson, Vice President, Sales & Marketing, Microsoft Asia Pacific Region | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1141 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064537 | MSFOIA_WH064539 | 0.7.72.568975 | | | Notes | Benoit Van Thienen, Vice President Enterprise & Partners Group Asia | 3/12/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064540 | MSFOIA_WH064545 | 0.7.72.586516 | | | Notes | Interview with John MacLellan, Regional Finance Director, Microsoft APAC | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064546 | MSFOIA_WH064551 | 0.7.72.584329 | | | Notes | Jessica Tan, GM of Microsoft Singapore | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064552 | MSFOIA_WH064559 | 0.7.72.568702 | | | Notes | Interview with Eugene Saburi, GM Business, Marketing & Operations | 3/9/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064560 | MSFOIA_WH064563 | 0.7.72.587633 | | | Notes | Daniel Yue, Director, Customer Operations | 3/11/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064564 | MSFOIA_WH064569 | 0.7.72.570709 | | | Notes | Jonathan Downes, Senior Director, WWLP Asia | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064570 | MSFOIA_WH064574 | 0.7.72.578833 | | | Notes | Henry Kwang, Director, APOC E&D OPS | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1142 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064575 | MSFOIA_WH064581 | 0.7.72.564259 | | | Notes | Ken Wye Saw, VP, Sales and Marketing APAC | 3/10/2009 | Ceteris | Not indicated on document | Notes recorded during a field interview to communicate the initial thoughts and impressions to be considered by exam team in reaching decisions regarding issues being examined. from Ceteris | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064588 | MSFOIA_WH064588 | 0.7.72.577496 | | | Passwords | Critique and models Dc 15,2008 | 9/1/2009 | Not indicated on document | Not indicated on document | Passwords to open files sent by expert services contractor to examiners | (b)(7)(E) | Passwords to protect electronic information and electronic means of communication constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially eavesdrop on internal discussions conducted for law enforcement purposes. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064591 | MSFOIA_WH064671 | 0.7.72.569913 | | | Spreadsheet | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064673 | MSFOIA_WH064676 | 0.7.72.574717 | | | spreadsheet | Sales by Product Segment | 9/3/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064678 | MSFOIA_WH064683 | 0.7.72.574742.1 | | | Worksheet | None provided on document | 9/3/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064684 | MSFOIA_WH064701 | 0.7.72.574742.2 | | | Worksheet | None provided on document | 9/3/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064710 | MSFOIA_WH064712 | 0.7.72.574736.1 | | | Worksheet | Crude Estimate of CIP Methodology - APAC CSA | 6/9/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1143 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064714 | MSFOIA_WH064715 | 0.7.72.582806.1 | | | Worksheet | Crude Estimate of CIP Methodology - Americas CSA | 7/13/2009 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064716 | MSFOIA_WH064719 | 0.7.72.579568 | | | Workpaper | Acquisition Buy-ins | 10/21/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064726 | MSFOIA_WH064726 | 0.7.72.571011 | | | Workpaper | Summary of Proposed Acquisition Buy-ins | 11/30/2009 | Fred Rapaport | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064727 | MSFOIA_WH064745 | 0.7.72.578478 | | | Workpaper | None provided on document | 12/2/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064749 | MSFOIA_WH064843 | 0.7.72.563483.1 | | | Draft Report | Economist Report | Not dated | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064845 | MSFOIA_WH064868 | 0.7.72.569852 | | | Workpaper | None provided on document | 12/9/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064870 | MSFOIA_WH064888 | 0.7.72.586294.1 | | | Workpaper | None provided on document | 12/11/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1144 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064889 | MSFOIA_WH064907 | 0.7.72.586294.2 | | | Workpaper | None provided on document | 12/11/2009 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064908 | MSFOIA_WH064908 | 0.7.72.586294.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064914 | MSFOIA_WH064933 | 0.7.72.572890 | | | Workpaper | None provided on document | 2/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064939 | MSFOIA_WH064946 | 0.7.72.570836.1 | | | Workpaper | None provided on document | 2/26/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064947 | MSFOIA_WH064963 | 0.7.72.563107 | | | Workpaper | None provided on document | 3/1/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH064965 | MSFOIA_WH065013 | 0.7.72.579870.1 | | | Draft PowerPoint | Transfer of Intangibles Offshore – Cost Sharing Buy-in | 3/1/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065014 | MSFOIA_WH065014 | 0.7.72.579870.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065017 | MSFOIA_WH065017 | 0.7.72.559214.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065020 | MSFOIA_WH065020 | 0.7.72.571632.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1145 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065026 | MSFOIA_WH065074 | 0.7.72.585398.1 | | | Draft PowerPoint | Transfer of Intangibles Offshore – Cost Sharing Buy-in | 3/2/2010 | Joy Yen | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065075 | MSFOIA_WH065075 | 0.7.72.585398.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065077 | MSFOIA_WH065077 | 0.7.72.587341.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065081 | MSFOIA_WH065081 | 0.7.72.577507.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065082 | MSFOIA_WH065085 | 0.7.72.584216 | | | Notes/Outline | OUTLINE - CSA Buy In Presentation for Danilack | 3/3/2010 | Not indicated on document | Not indicated on document | Examiner's preliminary thoughts and analysis in outline format, drafted for discussion about how to provide an internal presentation to executives about enforcement efforts. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065087 | MSFOIA_WH065087 | 0.7.72.567861.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065089 | MSFOIA_WH065096 | 0.7.72.567411.1 | | | Draft PowerPoint | None provided on document | 3/4/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065097 | MSFOIA_WH065097 | 0.7.72.567411.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065100 | MSFOIA_WH065100 | 0.7.72.578642.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065101 | MSFOIA_WH065108 | 0.7.72.586399 | | | Draft PowerPoint | None provided on document | 3/5/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065110 | MSFOIA_WH065133 | 0.7.72.578512.1 | | | Workpaper | Cost Sharing Analysis | 3/4/2010 | David Wagner | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065135 | MSFOIA_WH065169 | 0.7.72.566323.1 | | | Workpaper | None provided on document | 3/5/2010 | Stanley Perry | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065176 | MSFOIA_WH065215 | 0.7.72.565143.1 | | | Workpaper | Cost Sharing Analysis | 3/8/2010 | David Wagner | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065218 | MSFOIA_WH065241 | 0.7.72.567142 | | | Workpapers | None provided on document | 3/10/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065242 | MSFOIA_WH065243 | 0.7.72.577911 | | | Notes | None provided on document | 3/10/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065244 | MSFOIA_WH065341 | 0.7.72.578748 | | | Draft Report | Economist Report | 3/11/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065342 | MSFOIA_WH065342 | 0.7.72.562020 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065343 | MSFOIA_WH065362 | 0.7.72.560244 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/11/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065363 | MSFOIA_WH065363 | 0.7.72.565300 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/12/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065365 | MSFOIA_WH065381 | 0.7.72.566259.1 | | | Workpaper | TP's Buy-in Calculation (or Cost Share payment calculation) | 3/15/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065382 | MSFOIA_WH065382 | 0.7.72.566259.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065385 | MSFOIA_WH065482 | 0.7.72.582421 | | | Draft Report | Economist Report | 3/17/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065582 | MSFOIA_WH065582 | 0.7.72.587338.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065583 | MSFOIA_WH065594 | 0.7.72.568000 | | | PowerPoint Slides | Financial Overview | 3/18/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065596 | MSFOIA_WH065597 | 0.7.72.581742 | | | Email | Work in Progress | 3/18/2010 | Joy Yen | Stanley Perry | Preliminary discussion regarding a briefing to be provided about issues involved in the Microsoft examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065598 | MSFOIA_WH065598 | 0.7.72.581742.1 | | | Workpaper | Buy-in Proposed by Taxpayer | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065599 | MSFOIA_WH065616 | 0.7.72.581742.2 | | | Workpaper | None provided on document | 3/18/2010 | Paul Weibel | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065617 | MSFOIA_WH065617 | 0.7.72.581742.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065618 | MSFOIA_WH065618 | 0.7.72.581742.4 | | | Workpaper | None provided on document | 3/18/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065626 | MSFOIA_WH065626 | 0.7.72.572002.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065628 | MSFOIA_WH065711 | 0.7.72.562500 | | | Draft PowerPoint Presentation | LMSB - CTM International Compliance Challenge | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065712 | MSFOIA_WH065786 | 0.7.72.581670 | | | Workpaper | None provided on document | 3/23/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065790 | MSFOIA_WH065813 | 0.7.72.560845.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/23/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065825 | MSFOIA_WH065825 | 0.7.72.559026.1 | | | Draft PowerPoint | Basic Facts about Company Product Segments - worldwide | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1149 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065826 | MSFOIA_WH065833 | 0.7.72.559026.2 | | | PowerPoint with handwritten notes | Microsoft Transfer Pricing: Asia & Americas Buy-In Briefings | 2/5/2008 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065846 | MSFOIA_WH065846 | 0.7.72.564770.1 | | | Draft PowerPoint Slide | Profit Shift (Result of APAC CSA) | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065849 | MSFOIA_WH065872 | 0.7.72.583479.1 | | | Draft PowerPoint | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Discussion draft of a presentation slide deck addressing details of examiners' analysis, work, considerations, and legal issues with respect to issues being examined in the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065874 | MSFOIA_WH065892 | 0.7.72.581623 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065895 | MSFOIA_WH065913 | 0.7.72.574519.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 3/24/2010 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH065914 | MSFOIA_WH066010 | 0.7.72.572786 | | | Draft Report | Economist Report | 3/25/2010 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066036 | MSFOIA_WH066036 | 0.7.72.576958.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066041 | MSFOIA_WH066041 | 0.7.72.564080.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066043 | MSFOIA_WH066043 | 0.7.72.567205 | | | Email | Transfer Price | 4/16/2010 | Paul Weibel | Joy Yen; | Internal preliminary discussion involving decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066045 | MSFOIA_WH066061 | | | | Draft memo | Performance Work Statement (PWS) Expert Service Requirement | 5/11/2010 | Not indicated on document | Not indicated on document | Draft of a section of a document related to procuring expert services via contract, describing proposed work to be performed and performance requirements. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, and strategy of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determinations with respect to the strategy/draft being considered or issues being examined. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the scope and focus of its investigation. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066077 | MSFOIA_WH066094 | 0.7.72.568891 | | | Memo | SINGAPORE TRIP REPORT APAC FUNCTIONAL ANALYSIS | 3/30/2009 | Joy Yen | Charles Davis, Ahmad Shahshahani | Internal communication sharing examiner's preliminary thoughts and impressions to assist with decisions regarding issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066145 | MSFOIA_WH066164 | 0.7.72.583517 | | | Workpaper | AMERICA RETAIL | Not dated | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066167 | MSFOIA_WH066168 | 0.7.72.561354.1 | | | Workpaper | ISSUE: Americas Transfer-Price | 10/12/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066173 | MSFOIA_WH066173 | 0.7.72.576478.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066177 | MSFOIA_WH066179 | 0.7.72.587537 | | | Draft Form | EVALUATION and WORKLOAD REVIEW | 11/3/2010 | Joy Yen | Not indicated on document | Internal form used to communicate details about agent's work on examination, and describing preliminary work and analysis regarding certain exam issues. | (b)(3)/6103(a), 6103(e)(7) (b)(2) (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Internal agency forms used to manage employees' workloads are solely related to internal personnel practices and the agency typically keeps them to itself for its own use. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066180 | MSFOIA_WH066180 | 0.7.72.587612 | | | Email | Trsf Price addendum - IDR 2135 | 11/10/2010 | Cheryl Potop-Jackson | Paul Weibel, Joy Yen, Douglas Odell; | Internal preliminary discussion regarding decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066182 | MSFOIA_WH066196 | 0.7.72.572639.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066197 | MSFOIA_WH066197 | 0.7.72.568860 | | | Email | RE: Tax Form | 11/12/2010 | Paul Weibel | William McCarthy; Melissa Coe | Discussion about legal advice sought from agency attorney regarding an issue being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066204 | MSFOIA_WH066207 | 0.7.72.560429.1 | | | spreadsheet | Cases closing within the next 6 months with Unagreed Transfer Pricing Issues | 12/17/2010 | Not indicated on document | Not indicated on document | Descriptions of issues and decisions to be made in various taxpayers' examinations. | (b)(3)/6103(a), 6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Names of third party taxpayers and information about those taxpayers' examinations are return information that the IRS is prohibited from disclosing to plaintiff pursuant to IRC § 6103. Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examinations, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examinations or other taxpayers' examinations, or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into various taxpayers' potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066209 | MSFOIA_WH066227 | 0.7.72.586413 | | | Workpaper | None provided on document | 1/20/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066228 | MSFOIA_WH066237 | 0.7.72.563951 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066238 | MSFOIA_WH066278 | 0.7.72.572678 | | | Workpaper | Microsoft Puerto Rico Retail Cost Sharing | 1/24/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1152 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066279 | MSFOIA_WH066288 | 0.7.72.575748 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066290 | MSFOIA_WH066325 | 0.7.72.586438.1 | | | Workpaper | Microsoft Puerto Rico Retail Cost Sharing | 1/24/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066326 | MSFOIA_WH066335 | 0.7.72.586438.2 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066338 | MSFOIA_WH066350 | 0.7.72.568182.1 | | | Workpaper | Microsoft Puerto Rico Retail Cost Sharing | 1/27/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066351 | MSFOIA_WH066361 | 0.7.72.568182.2 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066362 | MSFOIA_WH066371 | 0.7.72.566843 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066372 | MSFOIA_WH066374 | 0.7.72.565118 | | | Workpaper | MOPR Potential Royalty Rate Calculation | 2/1/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1153 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066387 | MSFOIA_WH066406 | 0.7.72.581459.1 | | | Workpaper | None provided on document | 2/14/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066402 | MSFOIA_WH066402 | 0.7.72.586303 | | | Email | Pick Yo' Rate | 2/15/2011 | Paul Weibel | Charles Davis; Alton White; Cheryl Potop-Jackson; William McCarthy; Joy Yen; | Internal preliminary discussion involving decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066403 | MSFOIA_WH066422 | 0.7.72.586303.1 | | | Workpaper | None provided on document | 2/15/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066426 | MSFOIA_WH066442 | 0.7.72.584194.1 | | | Workpaper | None provided on document | 2/16/2011 | Joy Yen | Joy Yen | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066445 | MSFOIA_WH066455 | 0.7.72.567070 | | | Draft memo | Transfer Price for Sale of Software during Fiscal Year 2006 | 1/12/2009 | Joy Yen | File | Discussion draft of an internal memo to file, to communicate to other users of exam file the examiner's thoughts and analysis regarding transactions being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066456 | MSFOIA_WH066468 | 0.7.72.560890 | | | Workpaper | Microsoft Puerto Rico Retail Cost Sharing | 2/16/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066469 | MSFOIA_WH066471 | 0.7.72.573985 | | | Email | FW: HELP! | 2/17/2011 | Joy Yen | Paul Weibel; | Internal discussion regarding a question about guidance from counsel needed to assist with decisions being made in examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066472 | MSFOIA_WH066472 | 0.7.72.573985.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066473 | MSFOIA_WH066475 | 0.7.72.567273 | | | Email | FW: HELP! | 2/17/2011 | Joy Yen | Joanne Zhang; | Internal discussion regarding a question about guidance from counsel needed ot assist with decisions being made in examination. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066476 | MSFOIA_WH066476 | 0.7.72.567273.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066477 | MSFOIA_WH066492 | 0.7.72.579717 | | | Workpaper | None provided on document | 2/18/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066500 | MSFOIA_WH066501 | 0.7.72.585320 | | | Workpaper | None provided on document | 3/17/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066502 | MSFOIA_WH066516 | 0.7.72.567215 | | | Workpaper | None provided on document | 3/17/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066517 | MSFOIA_WH066526 | 0.7.72.559394 | | | Workpaper | None provided on document | 3/17/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066527 | MSFOIA_WH066527 | 0.7.72.568196 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1155 of 1159

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066529 | MSFOIA_WH066573 | 0.7.72.566316.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066576 | MSFOIA_WH066673 | 0.7.72.570749 | | | Draft Report | Economist Report | 4/5/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066675 | MSFOIA_WH066675 | 0.7.72.580588.1 | | | Workpaper | [Withheld - disclosure would thwart (b)(3), (b)(5), and (b)(7)(A) exemptions] | 9/30/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066676 | MSFOIA_WH066682 | 0.7.72.580588.2 | | | Workpaper | None provided on document | 8/27/2010 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066690 | MSFOIA_WH066727 | 0.7.72.567366 | | | Workpaper | None provided on document | 4/8/2011 | Not indicated on document | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066733 | MSFOIA_WH066775 | 0.7.72.587400.1 | | | Draft NOPA | Form 886A - Explanation of Items | Not dated | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066781 | MSFOIA_WH066781 | 0.7.72.576592 | | | Email | Acquisition Buy-in | 4/29/2011 | Paul Weibel | Joy Yen ; | Internal preliminary discussion involving decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1156 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066782 | MSFOIA_WH066786 | 0.7.72.576592.1 | | | Draft NOPA | Form 886A - Explanation of Items | 4/28/2011 | Not indicated on document | Microsoft Corporation | Discussion draft of a Notice of Proposed Adjustment circulated among examiners for review, edits, and/or comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066792 | MSFOIA_WH066868 | 0.7.72.582320.1 | | | Draft Memo | Economist Report | 5/5/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066881 | MSFOIA_WH066928 | 0.7.72.569682.1 | | | Draft Memo | Economist Report | 5/31/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH066930 | MSFOIA_WH067006 | 0.7.72.560897 | | | Draft Report | Economist Report | 4/15/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067019 | MSFOIA_WH067066 | 0.7.72.577643.1 | | | Draft Report | Economist Report | 5/31/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067069 | MSFOIA_WH067146 | 0.7.72.569732.1 | | | Draft Report | Economist Report | 5/31/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067150 | MSFOIA_WH067227 | 0.7.72.586542 | | | Draft Report | Economist Report | 5/31/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067228 | MSFOIA_WH067228 | 0.7.72.561207 | | | Email | Status Update and Questions | 7/20/2011 | Paul Weibel | Joy Yen | Internal preliminary discussion involving decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067230 | MSFOIA_WH067307 | 0.7.72.585180 | | | Draft Report | Economist Report | 6/3/2011 | Joy Yen | Not indicated on document | Unsigned discussion draft of economist report providing preliminary analysis of issues being examined, to assist examiners with decisions regarding taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067309 | MSFOIA_WH067311 | 0.7.72.571128.1 | | | Protest (excerpt) | Issue No.9b: Acquisition Buy-Ins | 8/12/2011 | Microsoft Corporation | Not indicated on document | Excerpt from Microsoft protest with detailed notes from examiner communicating initial thoughts and impressions, and proposing work plan, for drafting of rebuttal. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067312 | MSFOIA_WH067313 | 0.7.72.571128.2 | | | Draft notes | None provided on document | 3/10/2010 | Not indicated on document | Not indicated on document | Document communicating analysis of issues being examined, to inform decisions being made during the Microsoft audit. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067314 | MSFOIA_WH067314 | 0.7.72.571128.3 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067317 | MSFOIA_WH067317 | 0.7.72.570610.1 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067319 | MSFOIA_WH067328 | 0.7.72.583678.1 | | | Draft Memo | Response to Taxpayer's Protest to the Notice of Proposed Adjustments for Tax Year Ended June 30, 2005 and June 30, 2007 | Not dated | Joy Yen | Paul Weibel, Cheryl Potop-Jackson, Alton White, William McCarthy, Ellen Burkhart | Draft memo providing preliminary thoughts and analysis for response to Microsoft protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM     Document 66-3     Filed 08/22/22     Page 1158 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067330 | MSFOIA_WH067346 | 0.7.72.581404.1 | | | Draft Memo | Response to Taxpayer's Protest on the Notice of Proposed Adjustments for Tax Year Ended June 30, 2005 and June 30, 2007 | Not dated | Joy Yen | Paul Weibel, Cheryl Potop-Jackson, Alton White, William McCarthy, Ellen Burkhart | Draft memo providing preliminary thoughts and analysis for response to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067347 | MSFOIA_WH067347 | 0.7.72.581404.2 | | | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE | NON-RESPONSIVE |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067348 | MSFOIA_WH067357 | 0.7.72.567093 | | | Draft Memo | Response to Taxpayer's Protest on the Notice of Proposed Adjustments for Tax Year Ended June 30, 2005 and June 30, 2007 | Not dated | Joy Yen | Paul Weibel, Cheryl Potop-Jackson, Alton White, William McCarthy, Ellen Burkhart | Draft memo providing preliminary thoughts and analysis for response to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067363 | MSFOIA_WH067372 | 0.7.72.583605 | | | Draft Memo | Response to Taxpayer's Protest on the Notice of Proposed Adjustments for Tax Year Ended June 30, 2005 and June 30, 2007 | Not dated | Joy Yen | Paul Weibel, Cheryl Potop-Jackson, Alton White, William McCarthy, Ellen Burkhart | Draft memo providing preliminary thoughts and analysis for response to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 010 and 011) | Full | MSFOIA_WH067373 | MSFOIA_WH067389 | 0.7.72.587645 | | | Draft Memo | Response to Taxpayer's Protest on the Notice of Proposed Adjustments for Tax Year Ended June 30, 2005 and June 30, 2007 | Not dated | Joy Yen | Paul Weibel, Cheryl Potop-Jackson, Alton White, William McCarthy, Ellen Burkhart | Draft memo providing preliminary thoughts and analysis for response to Microsot protest, circulated among IRS examiners and Chief Counsel attorneys for consideration and comment. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 012) | Full | MSFOIA_WH078437 | MSFOIA_WH078437 | 0.7.72.22315.1 | | | Draft memo | None provided on document | 7/12/2011 | Anne Shelburne | Not indicated on document | Draft language for a memo discussing issues being examined, shared with agency attorneys to solicit legal advice. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 012) | Full | MSFOIA_WH078441 | MSFOIA_WH078444 | 0.7.72.398248.1 | | | Draft form | CIC Case Completion Risk Assessment | 9/24/2008 | Cheryl Potop-Jackson | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined and aspects of case management, for purposes of assisting with decisions involved in determing taxpayer liability. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |

IRS Amended Vaughn Index
Microsoft Corp. v. IRS
2:15-cv-01605 (W.D. Wash.)

Case 2:15-cv-01605-RSM    Document 66-3    Filed 08/22/22    Page 1159 of 1159

8/22/2022

| Production Date/Name | WIF or WIP | First (or Only) Page of Redacted Item(s) | Last Page of Redacted Item(s) | Document ID | Alternate First Page | Alternate Last Page | Document Type | Subject/Title | Date | From | To | Description of Redacted Information | Exemptions | Bases for Exemptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-02 (WH Batch 012) | Full | MSFOIA_WH078548 | MSFOIA_WH078548 | 0.7.72.370568 | | | Email | RE: Question | 8/24/2011 | Douglas Odell | Paul Weibel | Internal preliminary discussion involving decisions to be made with respect to issues being examined. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 012) | Full | MSFOIA_WH078549 | MSFOIA_WH078549 | 0.7.72.370568.1 | | | Workpaper | None provided on document | 8/24/2011 | Douglas Odell | Not indicated on document | Examiner's workpaper communicating analysis of issues being examined, requested by agency attorney to help develop legal advice requested by examiners. | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |
| 2015-02 (WH Batch 012) | Full | MSFOIA_WH078568 | MSFOIA_WH078568 | 0.7.72.550318.1 | | | Draft NOPA | Form 886A - Explanation of Items | 4/6/2011 | Joseph Tobin | Microsoft Corporation | Draft NOPA with redline edits and comments from agency attorney | (b)(3)/6103(e)(7); (b)(5)/Deliberative Process Privilege and Attorney-Client Privilege; (b)(7)(A) | Return information of plaintiff could prematurely disclose to plaintiff the scope, direction, strategy, and resource constraints of the IRS in conducting plaintiff's examination, thereby impairing Federal tax administration. Pre-decisional document used for internal discussions, which does not contain the agency's final determination with respect to the Microsoft examination or the subject matter of this record. Reflects the thoughts and impressions of government attorneys, and/or information provided to attorneys to solicit or inform legal advice sought by the client agency. Disclosure would harm IRS law enforcement efforts by prematurely revealing information indicating the strategy, scope, direction, and resource limitations of the ongoing investigation into Microsoft's potential tax liability. |